# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### (EASTERN DIVISION)

|  |  |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| LYMAN-CUTLER, LLC ) | No. 15-13881-FJB |
| Debtor. ) | |
| ) | |
| ) | |
| LYMAN-CUTLER, LLC ) | |
| Plaintiff. ) | Adv. Pro. No. 16-01120 |
| ) | |
| v. ) | |
| ) | |
| VADIM KAGAN ) | |
| TATIANA KAGAN ) | |
| KAGAN DEVELOPMENT KDC, CORP. ) | |
| PROEXCAVATION CORP. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Christopher M. Candon and John H. Perten of Sheehan Phinney Bass & Green PA, hereby appear in the above-captioned proceeding on behalf of Vadim Kagan, Tatiana Kagan, Kagan Development KDC, Corp. and ProExcavation Corp. pursuant to Fed. R. Bankr. P. 9010 and MLBR 9010-3, and request that all notices given or required to be given in this case and all papers served in this case be served on the undersigned at the address set forth below.

{S0803629.1}

Respectfully submitted,

VADIM KAGAN
TATIANA KAGAN
KAGAN DEVELOPMENT KDC, CORP.
PROEXCAVATION CORP.

By its attorneys,

/s/ Christopher M. Candon
Christopher M. Candon, BBO# 650855
John H. Perten, BBO# 548728
SHEEHAN PHINNEY BASS & GREEN, PA
255 State Street, 5th Floor
Boston, MA  02109
Fax: 603-641-8768
E-mail: ccandon@sheehan.com

Dated:   July 7, 2016

{S0803629.1}

## CERTIFICATE OF SERVICE

      I, Christopher M. Candon, certify that a copy of the Notice of Appearance and Request for Service of Papers was served upon the parties listed below via first class mail, postage prepaid, or electronically via the CM/ECF system on July 7, 2016.

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Peter N. Tamposi
The Tamposi Law Group
159 Main Street
Nashua, NH 03060

Sean T. Carnathan
O'Connor, Carnathan and Mack, LLC
8 New England Executive Park
Suite 310
Burlington, MA 01803

                            /s/ Christopher M. Candon
                             Christopher M. Candon

{S0803629.1}