Chapter 7
Adversary Proceeding: 16–01120
Judge Frank J. Bailey

## CERTIFICATE OF SERVICE

I, _____Peter N. Tamposi, Esq._____(name), certify that service of this summons and a copy of the complaint was made :___July 7, 2016_____(date) by:

Agreement of Christopher Candon, Esq., to accept service on behalf of all defendants.

☐  Mail service: Regular, first class United States mail, postage fully pre−paid, addressed to:

☐  Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐  Residence Service: By leaving the process with the following adult at:

☐  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐  Publication: The defendant was served as follows: [Describe briefly]

☐  State Law: The defendant was served pursuant to the laws of the State of_____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____7/13/2016_____                              _____/s/ Peter N. Tamposi, Esq._____
Date                                                                        Signature

Peter N. Tamposi, Esq.        BB0#639497
Print Name
159 Main St.
Business Address
Nashua, NH 03060
City                          State              Zip