# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# (EASTERN DIVISION)

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| LYMAN-CUTLER, LLC | ) | No. 15-13881-FJB |
| Debtor. | ) | |
| | ) | |
| LYMAN-CUTLER, LLC | ) | |
| Plaintiff. | ) | Adv. Pro. No. 16-01120 |
| | ) | |
| v. | ) | |
| | ) | |
| VADIM KAGAN | ) | |
| TATIANA KAGAN | ) | |
| KAGAN DEVELOPMENT KDC, CORP. | ) | |
| PROEXCAVATION CORP. | ) | |
| | ) | |
| Defendants. | ) | |

## ASSENTED-TO MOTION TO EXTEND RESPONSE DEADLINES

Defendants, Vadim Kagan, Tatiana Kagan, Kagan Development KDC, Corp., and ProExcavation Corp. (the "Defendants"), by and through their undersigned attorneys, with the assent of Plaintiff, Lyman-Cutler, LLC (the "Plaintiff") and proposed intervenors Alex Filippov and Nick Lipetsker (the "Proposed Intervenors"), respectfully submit this motion to extend response deadlines in the above-captioned matter.

In support of this Motion, the Defendants state as follows:

{S0813059.2}

1.      On or about July 5, 2016, Plaintiff commenced this adversary proceeding by filing a complaint against the Defendants (the "Complaint").

2.      Pursuant to the Summons issued by the Court on July 6, 2016, the deadline by which the Defendants are to answer or otherwise plead to the Complaint is August 5, 2016.

3.      On July 21, 2016, the Plaintiff and the Proposed Intervenors filed objections to the various claims filed by the Defendants in the main case (Case No. 15-13881-FJB) (the "Claim Objections"), which presumably supersede the claim objections filed by the Plaintiff.

4.      On July 22, 2016, Proposed Intervenors filed their Motion to Intervene (the "Motion to Intervene") in this adversary proceeding. Under the local rules of this Court, the deadline to respond to the Motion to Intervene is also August 5, 2016.

5.      At a hearing on July 12, 2016, the Court set a status conference for August 2, 2016 at 2:30 p.m. at which issues concerning the pending Claim Objections and this adversary proceeding will be addressed (the "Status Conference"). The Defendants anticipate that the filing deadlines with respect to the Claim Objections, the Complaint and the Motion to Intervene will be discussed.[1] As a result, the Defendants have requested, and the Plaintiff and Proposed Intervenors have assented, to an extension of the deadlines by which the Defendants respond to the Complaint and the Motion to Intervene to August 19, 2016 or such other dates established at the Status Conference.

5.      No party will be prejudiced by this extension. The Chapter 7 Trustee, David B. Madoff, does not oppose the relief requested.

---

[1] The parties agreed at the July 12, 2016 hearing that responses to any amended or new claim objections would be the subject of further discussion at the Status Conference.

{S0813059.2}                                          2

WHEREFORE, the Defendants, with the assent of the Plaintiff and Proposed Intervenors, respectfully request that the deadlines to respond to the Complaint, the Motion to Intervene and revised Claim Objections be extended to and including August 19, 2016 or such other dates as the Court establishes at the Status Conference and for such further relief as this Court deems just.

Dated:   July 27, 2016                              Respectfully submitted,

                                                    VADIM KAGAN
                                                    TATIANA KAGAN
                                                    KAGAN DEVELOPMENT KDC, CORP.
                                                    PROEXCAVATION CORP.

                                                    By its attorneys,

                                                    /s/ Christopher M. Candon
                                                    Christopher M. Candon, BBO# 650855
                                                    John H. Perten, BBO# 548728
                                                    SHEEHAN PHINNEY BASS & GREEN, PA
                                                    255 State Street, 5th Floor
                                                    Boston, MA  02109
                                                    Tel:  603-627-8168
                                                    Fax: 603-641-8768
                                                    E-mail: ccandon@sheehan.com

**ASSENTED TO:**

                                                    ALEX FILIPPOV
LYMAN-CUTLER, LLC                                   NICKOLAY LIPETSKER

By its Attorney,                                    By Their Attorneys,

THE TAMPOSI LAW GROUP, P.C.                         O'CONNOR, CARNATHAN AND
                                                    MACK, LLC


/s/ Peter N. Tamposi                                /s/ Sean T. Carnathan
Peter N. Tamposi, BBO# 639497                       Sean T. Carnathan, BBO# 636889
The Tamposi Law Group, P.C.                         O'Connor, Carnathan and Mack, LLC
159 Main St.                                        8 New England Executive Park
Nashua, NH 03060                                    Suite 310
Tel: 603-204-5513                                   Burlington, MA  01803
peter@thetamposilawgroup.com                        Tel: 781-359-9021
                                                    scarnathan@ocmlaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of July, 2016, a copy of the foregoing was served upon the parties listed below via ECF and/or first class mail, postage prepaid.

| | |
|---|---|
| Sean T. Carnathan<br>O'Connor, Carnathan and Mack, LLC<br>8 New England Executive Park<br>Suite 310<br>Burlington, MA 01803 | Eric K. Bradford<br>Office of the United States Trustee<br>5 Post Office Square<br>10th Floor, Suite 1000<br>Boston, MA 02109-3934 |
| Peter N. Tamposi<br>The Tamposi Law Group, P.C.<br>159 Main St.<br>Nashua, NH 03060 | David B. Madoff<br>Madoff & Khoury LLP<br>124 Washington Street - Suite 202<br>Foxborough, MA 02035 |

/s/ Christopher M. Candon
Christopher M. Candon

{S0813059.2}                      4