UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al

**Case/AP Number** 16-01120 **-FJB**
**Chapter**

#6 Assented to Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. to Extend Time to Respond [Re: [1] Complaint, [5] Motion to Intervene] with certificate of service. (Candon, Christopher)

**COURT ACTION:**

_____Hearing held
_____Granted    _____Approved    _____Moot
_____Denied    _____Denied without prejudice    _____Withdrawn in open court
_____Overruled    _____Sustained
_____Continued to_____
_____Proposed order to be submitted by_____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted.  The deadline for the Defendants to respond to the complaint shall be August 26, 2016.  In the event that the Defendants file a motion to dismiss, the Court will scheduled a hearing on said motion on September 19, 2016 at 1:30 P.M. at the Springfield courthouse.  Responses to the motion to dismiss shall be due on or before September 9, 2016.

IT IS SO ORDERED:

_____Dated: 08/03/2016
Frank J. Bailey
United States Bankruptcy Judge