UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al         **Case/AP Number** 16-01120 **-FJB**
                                                    **Chapter**

#5 Motion filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker to Intervene

**COURT ACTION:**

_____Hearing held

_____Granted      _____Approved      _____Moot

_____Denied       _____Denied without prejudice      _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order       _____Released _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Court will hold a hearing on this motion on September 19, 2016 at 1:30 P.M. at the Springfield courthouse.  Oppositions to the motion shall be due on or before August 26, 2016. Any reply to the opposition shall by due by September 9, 2016.

IT IS SO ORDERED:

*/s/ Frank J Bailey*

_____Dated: 08/03/2016
Frank J. Bailey
United States Bankruptcy Judge