United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
    Plaintiff

Adv. Proc. No. 16-01120-fjb

Kagan,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1    User: telam    Page 1 of 1    Date Rcvd: Aug 03, 2016
                  Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Aug 03 2016 23:28:56      John Fitzgerald,
             Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
             5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
                                                                                                                      TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2016 at the address(es) listed below:
          Christopher M. Candon    on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon    on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon    on behalf of Defendant   ProExcavation Corp. ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon    on behalf of Defendant   Kagan Development KDC, Corp. ccandon@sheehan.com,
           ntoli@sheehan.com
          Peter N. Tamposi    on behalf of Plaintiff    Lyman-Cutler, LLC peter@thetamposilawgroup.com,
           Susan@tlgnh.com
          Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net,
           lbrennan@ocmlaw.net
          Sean T. Carnathan    on behalf of Plaintiff    Lyman-Cutler, LLC scarnathan@ocmlaw.net,
           lbrennan@ocmlaw.net
          Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net,
           lbrennan@ocmlaw.net
                                                                                                                               TOTAL: 8

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al     **Case/AP Number** 16-01120 **-FJB**
**Chapter**

#5 Motion filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker to Intervene

**COURT ACTION:**

_____Hearing held

_____Granted     _____Approved     _____Moot

_____Denied      _____Denied without prejudice     _____Withdrawn in open court

_____Overruled   _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Court will hold a hearing on this motion on September 19, 2016 at 1:30 P.M. at the Springfield courthouse. Oppositions to the motion shall be due on or before August 26, 2016. Any reply to the opposition shall by due by September 9, 2016.

IT IS SO ORDERED:

*Frank J Bailey*

_____  Dated: 08/03/2016
Frank J. Bailey
United States Bankruptcy Judge