UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re: <br><br> LYMAN-CUTLER, LLC, <br><br> Debtor. | Chapter 7 <br> Case No. 15-13881-FJB |
| LYMAN-CUTLER, LLC, <br><br> Plaintiff, <br><br> v. <br><br> VADIM KAGAN, TATIANA KAGAN, KAGAN DEVELOPMENT KDC, CORP. and PROEXCAVATION CORP. <br><br> Defendants. | Adv. Case No. 16-01120-FJB |

## **CERTIFICATION OF COMPLIANCE**

In accordance with this Court's Scheduling and Pretrial Order, ¶6, the undersigned counsel hereby certify that they have conferred with their clients regarding the obligations to preserve evidence and the provisions of Rule 37(e) of the Federal Rules of Civil Procedure.

{S0821795.1}

        VADIM KAGAN, TATIANA KAGAN,
        KAGAN DEVELOPMENT KDC, CORP. and
        PROEXCAVATION CORP.

        By their attorneys,


        /s/ Christopher M. Candon
        Christopher M. Candon (BBO# 650855)
        John H. Perten (BBO# 548728)
        SHEEHAN PHINNEY BASS & GREEN, P.A.
        255 State Street, Fifth Floor
        Boston, MA 02109
        (617) 897-5600
        ccandon@sheehan.com
        jperten@sheehan.com


Dated: August 10, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2016, a copy of the foregoing was served upon the parties listed below via ECF and/or first class mail, postage prepaid.

Sean T. Carnathan
O'Connor, Carnathan and Mack, LLC
8 New England Executive Park
Suite 310
Burlington, MA 01803

Eric K. Bradford
Office of the United States Trustee
5 Post Office Square
10th Floor, Suite 1000
Boston, MA 02109-3934

Peter N. Tamposi
The Tamposi Law Group, P.C.
159 Main St.
Nashua, NH 03060

David B. Madoff
Madoff & Khoury LLP
124 Washington Street - Suite 202
Foxborough, MA 02035

/s/ Christopher M. Candon
Christopher M. Candon

{S0821795.1}