UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

|  |  |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>    Debtor. | Chapter 7<br>Case No. 15-13881-FJB |
| LYMAN-CUTLER, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VADIM KAGAN, TATIANA KAGAN,<br>KAGAN DEVELOPMENT KDC, CORP.<br>and PROEXCAVATION CORP.<br><br>    Defendants. | Adv. Case No.16-01120 |

**DEFENDANTS' MOTION TO DISMISS PURSUANT TO
FED. R. CIV. P. 12(b)(6) and SPECIAL MOTION TO DISMISS
PURSUANT TO THE MASSACHUSETTS ANTI-SLAPP STATUTE, G.L. c. 231, §59H**

Pursuant to Fed. R. Civ. P. 12(b)(6), made applicable to this proceeding by Fed. R. Bankr. P. 7012, Defendants Kagan Development KDC, Corp., Vadim Kagan, Tatiana Kagan, and ProExcavation Corp. (collectively, "Defendants") hereby move to dismiss all claims asserted against them in the Adversary Complaint ("Complaint") filed by the Debtor, Lyman-Cutler, LLC ("Debtor"). Defendants also move to dismiss Debtor's claims on the basis of the Massachusetts Anti-SLAPP statute, M.G.L. c. 231, §59H, and seek an order awarding Defendants their

{S0830680.1}

attorneys' fees pursuant to that statute. In support thereof, Defendants incorporate by reference their Memorandum in Support of Their Motion to Dismiss filed herewith.

WHEREFORE, Defendants respectfully request that this Court enter an order (a) dismissing all counts of the Complaint, (b) issuing an order awarding Defendants their fees and costs pursuant to the Massachusetts Anti-SLAPP statute, M.G.L. c. 231, §59H, and (c) grant such other relief as the Court deems just and proper.

    Respectfully submitted,

    VADIM KAGAN, TATIANA KAGAN,
    KAGAN DEVELOPMENT KDC, CORP. and
    PROEXCAVATION CORP.

    By their attorneys,

    /s/ Christopher M. Candon, Esq.
    Christopher M. Candon (BBO# 650855)
    John H. Perten (BBO# 548728)
    SHEEHAN PHINNEY BASS & GREEN PA
    255 State Street, Fifth Floor
    Boston, MA 02109
    (617) 897-5600
    ccandon@sheehan.com
    jperten@sheehan.com

Dated: August 26, 2016