# EXHIBIT A

# Project "Lyman (1)"

Estimated Financials and Risk Analysis

Investment and Profit Allocation Alternatives

October 25, 2012



# Estimated Project Financials and Risk Analysis

## Project Scenario and Assumptions

| Partner | Investment Allocation | Profit Sharing |
|---|---|---|
| Investor 1 | 80.00% | 40.00% |
| Investor 2 | 20.00% | 10.00% |
| Managing Partner | 00.00% | 50.00% |

| | | |
|---|---|---|
| Project Begin Date | | 01/01/2013 |
| Project End Date | | 09/01/2014 |
| Project Timeline (month) | | |
| Pre-Construction | | 2 |
| Construction | | 12 |
| Sale | | 6 |
| Lot Purchase | | |
| Purchase Price | | $ 2,000,000 |
| Down Payment | 62.5% | $ 1,250,000 |
| Construction Funding | | |
| Construction Budget | | $ 1,200,000 |
| Carrying Cost Margin | | $ 200,000 |
| Sale Price | | $ 4,900,000 |
| Interest Rate | | 4.750% |
| *Assumed to remain flat for the duration of the project* | | |
| Escrow (months of Interest) | | 6 |
| Points | | 1.000% |
| Actual Construction Costs *as % of Budget* | | 100.00% |
| Annual Real Estate Tax Rate | | |
| Pre-Construction | | $ 20,000 |
| Post-Construction | | $ 35,000 |
| Annual Insurance Premium | | |
| Pre-Construction | | $ 15,000 |
| Post-Construction | | $ 15,000 |
| Commissions | | 5.000% |

## Investment and Profit Allocation

| Overall Project | | |
|---|---|---|
| Initial Deposit | 11/02/2012 | $ 100,000 |
| Lot Purchase Closing | 01/01/2013 | 1,193,645 |
| Pre-Construction Carrying Costs | 01/01/2013 | 5,568 |
| Construction Loan Closing | 03/01/2013 | 45,275 |
| Funding Shortfall | N/A | - |
| Total Cash Commitment | | $ 1,344,488 |
| Net Profit / (Loss) | 09/01/2014 | $ 1,075,861 |
| Return on Investment | | 80.0% |
| Annualized Return | | 41.4% |

| Investor 1 | | |
|---|---|---|
| Initial Deposit | 11/02/2012 | $ 80,000 |
| Lot Purchase Closing | 01/01/2013 | 954,916 |
| Pre-Construction Carrying Costs | 01/01/2013 | 4,454 |
| Construction Loan Closing | 03/01/2013 | 36,220 |
| Funding Shortfall | N/A | - |
| Total Cash Commitment | | $ 1,075,590 |
| Net Profit / (Loss) | 09/01/2014 | $ 430,345 |
| Return on Investment | | 40.0% |
| Annualized Return | | 22.0% |

| Investor 2 | | |
|---|---|---|
| Initial Deposit | 11/02/2012 | $ 20,000 |
| Lot Purchase Closing | 01/01/2013 | 238,729 |
| Pre-Construction Carrying Costs | 01/01/2013 | 1,114 |
| Construction Loan Closing | 03/01/2013 | 9,055 |
| Funding Shortfall | N/A | - |
| Total Cash Commitment | | $ 268,898 |
| Net Profit / (Loss) | 09/01/2014 | $ 107,586 |
| Return on Investment | | 40.0% |
| Annualized Return | | 22.0% |

| Managing Partner | | |
|---|---|---|
| Initial Deposit | 11/02/2012 | $ - |
| Lot Purchase Closing | 01/01/2013 | - |
| Pre-Construction Carrying Costs | 01/01/2013 | - |
| Construction Loan Closing | 03/01/2013 | - |
| Funding Shortfall | N/A | - |
| Total Cash Commitment | | $ - |
| Net Profit / (Loss) | 09/01/2014 | $ 537,931 |
| Return on Investment | | N/A |
| Annualized Return | | N/A |

## Project Financing

| | | |
|---|---|---|
| **Lot Purchase Closing** | | 01/01/2013 |
| Down Payment | | $ 1,250,000 |
| Points | | 7,500 |
| Settlement Charges | | 9,645 |
| LLC Filing and Representation | | 3,500 |
| Real Estate Taxes | | 5,000 |
| Escrow Deposit | | 18,000 |
| Total | | $ 1,293,645 |
| **Construction Loan Closing** | | 03/01/2013 |
| Points | | $ 15,000 |
| Settlement Charges | | 3,775 |
| Legal Fees | | 2,500 |
| Escrow Deposit | | 24,000 |
| Total | | $ 45,275 |
| **Pre-Construction Carrying Costs** 01/01/2013 - 02/28/2013 | | $ 5,568 |
| **Total Initial Investment** To be made by 03/01/2013 | | $ 1,344,488 |
| **Loan Amounts** | | |
| Lot Purchase Mortgage | | $ 750,000 |
| Construction Loan | | 1,500,000 |
| Total | | $ 2,250,000 |
| **Construction Loan Shortfall / (Excess)** | | 03/01/2014 |
| Loan Amount | | $ 1,500,000 |
| Cost of Construction | | 1,200,000 |
| Carrying Costs | | 196,138 |
| Funding Shortfall / (Excess) | | $ (3,802) |
| **Cash Commitment** | | |
| Initial Deposit | 11/02/2012 | $ 100,000 |
| Lot Purchase Closing | 01/01/2013 | 1,193,645 |
| Pre-Construction Carrying Costs | 01/01/2013 | 5,568 |
| Construction Loan Closing | 03/01/2013 | 45,275 |
| Funding Shortfall | N/A | - |
| Total | | $ 1,344,488 |
| **Reconciliation Account** | | |
| Cash at Closing | | $ 2,415,457 |
| Total Initial Investment | | (1,344,488) |
| Funding (Shortfall) / Excess | | 3,802 |
| Net Profit | | $ 1,075,861 |

## Profit and (Loss) Statement

| | | |
|---|---|---|
| **Sale Proceeds** | | |
| Sale Price | | $ 4,900,000 |
| Commissions | | 245,000 |
| Net Proceeds | | $ 4,655,000 |
| Lot Purchase Price | | $ 2,000,000 |
| Cost of Construction | | $ 1,200,000 |
| **Closing Costs and Legal Fees** | | |
| Legal Fees | | |
| - LLC Filing and Representation | $ | 3,500 |
| - Construction Loan | | 2,500 |
| - Sale Closing | | 3,000 |
| Points | | |
| - Lot Purchase | | 7,500 |
| - Construction Loan | | 15,000 |
| Settlement Charges and Stamps | | |
| - Lot Purchase | | 9,645 |
| - Construction Loan | | 3,775 |
| - Sale | | 22,644 |
| Real Estate Taxes | | |
| - Lot Purchase | | 5,000 |
| - Sale | | (2,948) |
| Interest paid at Sale Closing | | |
| - Lot Purchase Loan | | 3,068 |
| - Construction Loan | | 4,750 |
| Total | $ | 77,433 |
| **Carrying Costs, 01/01/2013 - 02/28/2013** | | |
| Mortgage Interest Payments | $ | 3,068 |
| Real Estate Taxes | | - |
| Insurance | | 2,500 |
| Total | $ | 5,568 |
| **Carrying Costs, 03/01/2013 - 08/31/2014** | | |
| Lot Purchase Loan Interest Payments | $ | 54,031 |
| Construction Loan Interest Payments | | 79,481 |
| Construction Loan Distribution Fees | | 2,625 |
| Real Estate Taxes | | 37,500 |
| Insurance | | 22,500 |
| Total | $ | 196,138 |
| All Costs | | $ 3,579,139 |
| Net Profit / (Loss) | | $ 1,075,861 |

## Estimated Settlement Statement - Lot Purchase

### Charges

| | | | | |
|---|---|---|---|---|
| Sale Price | | | $ | 2,000,000 |
| Settlement Charges | | | $ | 29,645 |
| Points | 1.000% | 7,500 | | |
| Title Search | | 500 | | |
| Lender's Title Insurance | $ 2.50 | 1,875 | | |
| Owner's Title Insurance | $ 4.00 | 6,300 | | |
| Appraisal | | 425 | | |
| Flood Certificate | | 20 | | |
| Municipal Lien Certificate | | 25 | | |
| Recording Charges | | 500 | | |
| LLC Representation | | 3,000 | | |
| LLC Filing | | 500 | | |
| Escrow Deposit | | | $ | 18,000 |
| City Taxes | | | $ | 5,000 |
| Total Charges | | | $ | 2,043,645.00 |

### Credits

| | | | |
|---|---|---|---|
| Initial Deposit | 5.00% | $ | 100,000.00 |
| Loan Amount | | $ | 750,000.00 |
| Total Credits | | $ | 850,000.00 |
| Cash at Closing | | $ | 1,193,645 |

## Estimated Settlement Statement - Construction Loan

| | | | | |
|---|---|---|---|---|
| Loan Amount | | | $ | 1,500,000 |

### Charges

| | | | | |
|---|---|---|---|---|
| Settlement Charges | | | $ | 21,275.00 |
| Point | 1.000% | 15,000 | | |
| Lender's Title Insurance Cost | $ 1.50 | 2,250 | | |
| Lender's Title Insurance Loading | $ 0.50 | 750 | | |
| Appraisal | | 350 | | |
| Recording Charges | | 300 | | |
| Run Down Title Fee | | 125 | | |
| Legal Fees | | 2,500 | | |
| Escrow Deposit | | | $ | 24,000 |
| Cash at Closing | | | $ | 49,275.00 |

## Estimated Settlement Statement - Construction Loan

### Charges

| | | | | |
|---|---|---|---|---|
| Loan Repayments: | | | | |
| Lot Purchase | | | $ | 750,000 |
| Construction Loan | | | $ | 1,500,000 |
| Settlement Charges | | | $ | 278,482 |
| Commissions | 5.00% | 245,000 | | |
| Stamps | 0.40% | 22,344 | | |
| Recording Charges | | 300 | | |
| Legal Fees | | 9,000 | | |
| Remaining Interest | | | | |
| Lot Purchase Loan | | 3,088 | | |
| Construction Loan | | 4,750 | | |
| City Taxes | | | $ | - |
| Total Charges | | | $ | 2,528,482 |

### Credits

| | | | |
|---|---|---|---|
| Sale Price | | $ | 4,900,000 |
| Escrow Return | | $ | 42,000 |
| City Taxes | | $ | 2,946 |
| Total Credits | | $ | 4,944,946 |
| Cash at Closing | | $ | 2,416,487 |

Initial Loan Interest Schedule

| Lot Purchase | Closing Date | Loan Amount | Project End Date | | 4.75% 02/01/2013 | 4.75% 03/01/2013 | 4.75% 04/01/2013 | 4.75% 05/01/2013 | 4.75% 06/01/2013 | 4.75% 07/01/2013 | 4.75% 08/01/2013 | 4.75% 09/01/2013 | 4.75% 10/01/2013 | 4.75% 11/01/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01/01/2013 | $750,000 | 09/01/2014 | | $3,008 | $2,771 | $3,068 | $2,969 | $3,068 | $2,969 | $3,068 | $3,068 | $2,969 | $2,969 |

Construction Loan Distribution Schedule

| Description | % | Budget | Week | Distribution Date | Per | 4.75% 04/01/2013 | 4.75% 05/08/2013 | 4.75% 06/08/2013 | 4.75% 07/08/2013 | 4.75% 08/08/2013 | 4.75% 09/08/2013 | 4.75% 10/08/2013 | 4.75% 11/08/2013 | 4.75% 12/08/2013 | 4.75% 01/08/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plans & Permits | 3.0% | $45,000 | 1 | | $125 | | | | | | | | | | |
| Foundation (As-built required) | 5.0% | $75,000 | 3 | | $125 | $184 | $178 | $184 | $178 | $184 | $184 | $178 | $184 | $178 | $184 |
| Framing | 9.0% | $135,000 | 5 | | $125 | $302 | $334 | $352 | | $552 | $552 | $552 | $552 | $534 | $552 |
| Sheathing | 6.0% | $90,000 | 6 | | $0 | $53 | $534 | $552 | $534 | $552 | $552 | $534 | $552 | $534 | $552 |
| Roof Boarding | 2.0% | $30,000 | 6 | | $125 | $38 | $356 | $356 | $356 | $356 | $356 | $356 | $356 | $356 | $356 |
| Roof Shingle | 2.0% | $30,000 | 9 | | $0 | $0 | $48 | $123 | $119 | $123 | $123 | $119 | $123 | $119 | $123 |
| Exterior Doors & Windows | 6.0% | $90,000 | 9 | | $125 | $0 | $48 | $123 | $119 | $123 | $123 | $119 | $123 | $119 | $123 |
| Exterior Siding Installed | 3.0% | $45,000 | 9 | | $0 | $0 | $59 | $356 | $356 | | $356 | $358 | $356 | $356 | $356 |
| Interior & Exterior Paint | 4.0% | $60,000 | 10 | | $125 | $0 | $30 | $184 | $178 | $184 | $184 | $178 | $184 | $178 | $184 |
| Chimney & Fireplace | 3.0% | $45,000 | 11 | | $125 | $0 | $0 | $230 | $238 | $245 | $245 | $238 | $245 | $238 | $245 |
| Rough Plumbing (sign off required) | 3.0% | $45,000 | 14 | | $125 | $0 | $0 | $131 | $170 | $194 | $184 | $178 | $184 | $170 | $184 |
| Rough Electric (sign off required) | 2.0% | $30,000 | 14 | | $0 | $0 | $0 | $8 | $170 | $184 | $184 | $178 | $184 | $170 | $184 |
| Rough Heat | 2.0% | $30,000 | 15 | | $125 | $0 | $0 | $6 | $178 | $184 | $184 | $178 | $184 | $170 | $184 |
| Sewer/Septic (Cert of Compliance required) | 3.0% | $45,000 | 6 | | $0 | $0 | $0 | $30 | $95 | $123 | $123 | $178 | $184 | $170 | $184 |
| Water | 2.0% | $30,000 | 8 | | $0 | $0 | $71 | $184 | $184 | $184 | $123 | $118 | $123 | $110 | $123 |
| Insulation (sign off required) | 2.0% | $30,000 | 10 | | $0 | $0 | $46 | $123 | $119 | $184 | $184 | $178 | $184 | $178 | $178 |
| Sheetrock | 5.0% | $75,000 | 22 | | $125 | $0 | $0 | $0 | $119 | $123 | $123 | $119 | $123 | $119 | $123 |
| Interior Doors | 2.0% | $30,000 | 24 | | $125 | $0 | $0 | $0 | $0 | $59 | $123 | $119 | $123 | $119 | $123 |
| Interior Finish (woodwork) | 4.0% | $60,000 | 26 | | $125 | $0 | $0 | $0 | $0 | $359 | $307 | $297 | $307 | $119 | $123 |
| Finish Plumbing (sign off required) | 1.0% | $15,000 | 40 | | $0 | $0 | $0 | $0 | $0 | $0 | $91 | $119 | $297 | $307 |
| Finish Electric (sign off required) | 1.0% | $15,000 | 40 | | $125 | $0 | $0 | $0 | $0 | $0 | $71 | $238 | $123 | $119 | $123 |
| Finish Heat | 2.0% | $30,000 | 40 | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $245 | $230 | $245 |
| Cellar & Garage Finish Floor | 1.0% | $15,000 | 40 | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $4 | $61 |
| Bath & Kitchen Finish Floor | 2.0% | $30,000 | 26 | | $125 | $0 | $0 | $0 | $57 | $59 | $0 | $0 | $0 | $0 | $61 |
| Hardwood/Carpet Finish Floor | 3.0% | $45,000 | 33 | | $125 | $0 | $0 | $0 | $0 | $81 | $61 | $59 | $58 | $123 |
| Kitchen Cabinets w/ tops | 5.0% | $75,000 | 35 | | $125 | $0 | $0 | $0 | $0 | $0 | $0 | $59 | $61 | $81 |
| Appliances | 1.0% | $15,000 | 38 | | $125 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $119 | $123 |
| Driveway (2%) & Steps (3%) | 3.0% | $45,000 | 44 | | $125 | $0 | $0 | $0 | $0 | $0 | $156 | $297 | $307 | $95 | $184 |
| Landscaping (2%) & Deck (1%) | 3.0% | $45,000 | 46 | | $125 | $0 | $0 | $0 | $0 | $0 | $0 | $22 | $81 | $307 |
| Contingency & Holdback-Occupancy Permit-5% | 5.0% | $75,000 | 47 | | $125 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $59 | $61 |
| Total | 100.0% | $1,500,000 | | | | $576 | $1,906 | $3,190 | $3,598 | $3,861 | $4,493 | $4,712 | $4,908 | $4,988 | $5,430 |

Real Estate Taxes and Insurance Payments

| Tax Rates | Pre-Construction $20,000 | Post-Construction $35,000 | | 09/01/2013 $5,000 | 08/01/2013 $5,000 | 11/01/2013 $5,000 | 02/01/2014 $5,000 | 05/01/2014 $8,750 | 08/01/2014 $8,750 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Insurance Rates | Pre-Construction $15,000 | Post-Construction $15,000 | | 01/01/2013 $1,250 | 02/01/2013 $1,250 | 03/01/2013 $1,250 | 04/01/2013 $1,250 | 05/01/2013 $1,250 | 06/01/2013 $1,250 | 07/01/2013 $1,250 | 08/01/2013 $1,250 | 09/01/2013 $1,250 | 10/01/2013 $1,250 |

Initial Loan Interest Schedule

| | Closing Date | Loan Amount | Project End Date | | | | 4.75% 12/01/2013 | 4.75% 01/01/2014 | 4.75% 02/01/2014 | 4.75% 03/01/2014 | 4.75% 04/01/2014 | 4.75% 05/01/2014 | 4.75% 06/01/2014 | 4.75% 07/01/2014 | 4.75% 08/01/2014 | 4.75% 09/01/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lot Purchase: | 01/01/2013 | $750,000 | 02/01/2014 | | | | $2,969 | $3,068 | $3,068 | $2,771 | $3,083 | $2,969 | $3,038 | $2,969 | $3,068 | $3,068 |

Construction Loan Distribution Schedule

| Description | % | Budget | Week | Date | Fee | 4.75% 02/00/2014 | 4.75% 03/03/2014 | 4.75% 04/03/2014 | 4.75% 05/08/2014 | 4.75% 06/08/2014 | 4.75% 07/08/2014 | 4.75% 08/08/2014 | 4.75% 09/01/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Real Estate Taxes and Insurance Payments

| | Pre-Construction | Post-Construction | | | | 11/01/2013 | 12/01/2013 | 01/01/2014 | 02/01/2014 | 03/01/2014 | 04/01/2014 | 05/01/2014 | 06/01/2014 | 07/01/2014 | 08/01/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tax Rates | $20,000 | $36,000 | | | | | | | | | | | | | |
| Insurance Rates | $15,000 | $15,000 | | | | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 |

Profit / (Loss) Risk Analysis – Overall Project

| | |
|---|---|
| Target Sale Price | $4,900,000 |
| Target Project Timeline (month) | 20 |
| Target Profit | $1,075,861 |

| Sale Price | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3,850,000 | 36,877 | 22,868 | 9,408 | | | | | | | | | | | | | | |
| 3,850,000 | 83,149 | 70,140 | 56,736 | 43,729 | 30,327 | 16,662 | 4,578 | | | | | | | | | | |
| 3,900,000 | 130,421 | 117,412 | 104,010 | 91,001 | 77,599 | 64,134 | 51,850 | 38,383 | 26,341 | 11,907 | | | | | | | |
| 3,950,000 | 177,693 | 164,684 | 151,282 | 138,273 | 124,871 | 111,406 | 99,122 | 85,655 | 72,513 | 59,179 | 46,138 | 32,735 | 19,334 | 6,324 | | | |
| 4,000,000 | 224,965 | 211,956 | 198,554 | 185,545 | 172,143 | 158,678 | 146,394 | 132,927 | 119,885 | 106,451 | 93,410 | 80,007 | 66,606 | 53,596 | 40,195 | 27,185 | 13,724 |
| 4,050,000 | 272,237 | 259,228 | 245,826 | 232,817 | 219,415 | 205,950 | 193,656 | 180,199 | 167,157 | 153,723 | 140,682 | 127,279 | 113,878 | 100,868 | 87,467 | 74,457 | 61,055 |
| 4,100,000 | 319,509 | 306,500 | 293,098 | 280,089 | 266,687 | 253,222 | 240,938 | 227,471 | 214,429 | 200,995 | 187,954 | 174,551 | 151,150 | 148,140 | 134,739 | 121,729 | 108,328 |
| 4,150,000 | 366,781 | 353,772 | 340,370 | 327,361 | 313,959 | 300,494 | 288,210 | 274,743 | 261,701 | 248,267 | 235,226 | 221,823 | 208,422 | 195,412 | 182,011 | 169,001 | 155,600 |
| 4,200,000 | 414,053 | 401,044 | 387,642 | 374,633 | 361,231 | 347,765 | 335,482 | 322,015 | 308,973 | 295,539 | 262,498 | 268,095 | 255,694 | 242,684 | 229,283 | 216,273 | 202,872 |
| 4,250,000 | 461,325 | 448,316 | 434,914 | 421,905 | 408,503 | 395,038 | 382,754 | 369,287 | 355,245 | 342,811 | 325,770 | 316,367 | 302,966 | 289,956 | 275,555 | 263,545 | 250,144 |
| 4,300,000 | 508,597 | 495,588 | 482,186 | 469,177 | 455,775 | 442,310 | 430,026 | 416,559 | 403,517 | 390,083 | 377,042 | 363,639 | 350,238 | 337,228 | 323,827 | 310,817 | 297,416 |
| 4,350,000 | 555,869 | 542,860 | 529,452 | 516,449 | 503,047 | 489,582 | 477,298 | 463,831 | 450,789 | 437,355 | 424,314 | 410,911 | 397,510 | 384,500 | 371,099 | 358,089 | 344,588 |
| 4,400,000 | 603,141 | 590,132 | 576,730 | 563,721 | 550,319 | 536,854 | 524,570 | 511,103 | 498,061 | 484,627 | 471,586 | 458,183 | 444,782 | 431,772 | 418,371 | 405,361 | 391,960 |
| 4,450,000 | 650,413 | 637,404 | 624,002 | 610,993 | 597,591 | 584,125 | 571,842 | 558,375 | 545,333 | 531,899 | 518,858 | 505,455 | 492,054 | 479,044 | 465,643 | 452,633 | 439,232 |
| 4,500,000 | 697,685 | 684,676 | 671,274 | 658,265 | 644,863 | 631,398 | 619,114 | 605,647 | 592,605 | 579,171 | 566,130 | 552,727 | 539,326 | 526,316 | 512,915 | 499,905 | 486,504 |
| 4,550,000 | 744,957 | 731,948 | 718,546 | 705,537 | 692,135 | 678,670 | 666,386 | 652,919 | 639,877 | 626,443 | 613,402 | 599,999 | 586,598 | 573,588 | 560,187 | 547,177 | 533,776 |
| 4,600,000 | 792,229 | 779,220 | 765,818 | 752,809 | 739,407 | 725,942 | 713,658 | 700,191 | 687,149 | 673,715 | 660,674 | 647,271 | 633,870 | 620,860 | 607,459 | 594,449 | 581,048 |
| 4,650,000 | 839,501 | 826,492 | 813,090 | 800,081 | 786,679 | 773,214 | 760,930 | 747,463 | 734,421 | 720,987 | 707,946 | 694,543 | 681,142 | 668,132 | 654,731 | 641,721 | 628,320 |
| 4,700,000 | 886,773 | 873,764 | 860,352 | 847,353 | 833,951 | 820,486 | 808,202 | 794,735 | 781,693 | 768,259 | 755,218 | 741,815 | 728,414 | 715,404 | 702,003 | 698,993 | 675,592 |
| 4,750,000 | 934,045 | 921,036 | 907,634 | 894,625 | 881,223 | 867,758 | 855,474 | 842,007 | 828,965 | 815,531 | 802,490 | 789,087 | 775,686 | 762,676 | 749,275 | 736,255 | 722,854 |
| 4,800,000 | 981,317 | 968,308 | 954,906 | 941,897 | 928,495 | 915,030 | 902,746 | 889,279 | 876,237 | 862,803 | 849,762 | 836,359 | 822,958 | 809,948 | 796,547 | 783,537 | 770,135 |
| 4,850,000 | 1,028,589 | 1,015,580 | 1,002,178 | 989,159 | 975,767 | 962,302 | 950,018 | 936,551 | 923,509 | 910,075 | 897,034 | 883,631 | 870,230 | 857,220 | 843,819 | 830,809 | 817,408 |
| 4,900,000 | 1,075,861 | 1,062,852 | 1,049,450 | 1,036,441 | 1,023,039 | 1,009,574 | 997,290 | 983,823 | 970,781 | 957,347 | 944,306 | 930,903 | 917,502 | 904,492 | 891,091 | 878,081 | 864,680 |
| 4,950,000 | 1,123,133 | 1,110,124 | 1,096,722 | 1,083,713 | 1,070,311 | 1,056,846 | 1,044,562 | 1,031,095 | 1,018,053 | 1,004,619 | 991,578 | 978,175 | 964,774 | 951,764 | 938,363 | 925,353 | 911,952 |
| 5,000,000 | 1,170,405 | 1,157,396 | 1,143,994 | 1,130,985 | 1,117,583 | 1,104,118 | 1,091,834 | 1,078,367 | 1,065,325 | 1,051,891 | 1,038,850 | 1,025,447 | 1,012,046 | 999,036 | 985,635 | 972,625 | 959,224 |
| 5,050,000 | 1,217,677 | 1,204,668 | 1,191,266 | 1,178,257 | 1,164,855 | 1,151,390 | 1,139,106 | 1,125,639 | 1,112,557 | 1,099,163 | 1,086,122 | 1,072,719 | 1,059,318 | 1,046,308 | 1,032,907 | 1,019,897 | 1,006,496 |
| 5,100,000 | 1,264,949 | 1,251,940 | 1,238,538 | 1,225,529 | 1,212,127 | 1,198,662 | 1,186,378 | 1,172,911 | 1,159,869 | 1,146,435 | 1,133,394 | 1,119,991 | 1,106,590 | 1,093,580 | 1,080,179 | 1,067,169 | 1,053,768 |
| 5,150,000 | 1,312,221 | 1,299,212 | 1,285,810 | 1,272,801 | 1,259,399 | 1,245,934 | 1,233,650 | 1,220,183 | 1,207,141 | 1,193,707 | 1,180,666 | 1,167,263 | 1,153,862 | 1,140,852 | 1,127,451 | 1,114,441 | 1,101,040 |
| 5,200,000 | 1,359,493 | 1,345,484 | 1,333,082 | 1,320,073 | 1,306,671 | 1,293,206 | 1,280,922 | 1,267,455 | 1,254,413 | 1,240,979 | 1,227,938 | 1,214,535 | 1,201,134 | 1,188,124 | 1,174,723 | 1,161,713 | 1,148,312 |
| 5,250,000 | 1,406,765 | 1,393,756 | 1,380,354 | 1,367,345 | 1,353,943 | 1,340,478 | 1,328,194 | 1,314,727 | 1,301,685 | 1,288,251 | 1,275,210 | 1,261,807 | 1,248,406 | 1,235,398 | 1,221,995 | 1,208,985 | 1,195,584 |
| 5,300,000 | 1,454,037 | 1,441,028 | 1,427,626 | 1,414,617 | 1,401,215 | 1,387,750 | 1,375,466 | 1,361,999 | 1,348,957 | 1,335,523 | 1,322,482 | 1,309,079 | 1,295,678 | 1,282,668 | 1,269,267 | 1,256,257 | 1,242,856 |