# EXHIBIT C

SHEEHAN
PHINNEY
BASS +
GREEN
PROFESSIONAL
ASSOCIATION



ATTORNEYS AT LAW

BOSTON
255 STATE STREET
BOSTON, MA
02109
T 617 897-5600
F 617 439-9363

MANCHESTER
1000 ELM STREET
MANCHESTER, NH
03101
T 603 668-0300
F 603 627-8121

CONCORD
TWO EAGLE SQUARE
CONCORD, NH
03301
T 603 223-2020
F 603 224-8899

HANOVER
½ LEBANON STREET
HANOVER, NH
03755
T 603 643-9070
F 603 643-3679

WWW.SHEEHAN.COM

Alexander H. Pyle
617-897-5642
apyle@sheehan.com

May 7, 2015

**VIA OVERNIGHT DELIVERY**

Mr. Alex Filippov
130 Trapelo Road
Belmont, MA 02478

Mr. Nickolay Lipetsker
52 Stony Brae Road
Newton, MA 02461

Mr. Vadim Kagan
239 Nahanton St.
Newton, MA 02459

Re: **Lyman-Cutler, LLC**

Dear Messrs. Filippov, Lipetsker and Kagan:

I am writing on behalf of our clients, Vadim Kagan and Kagan Development Corporation, to open a discussion regarding several matters pertaining to Lyman Cutler, LLC (the "Company").

As you know, the three of you are the members of the Company, which is governed by an Operating Agreement dated as of November 14, 2012 (the "Operating Agreement"). In accordance with the terms of the Operating Agreement, Mr. Kagan and his company, Kagan Development Corporation ("KDC") have constructed two homes on the real property owned by the Company in Brookline, Massachusetts. The homes were completed in accordance with all the deadlines specified in the Operating Agreement and have been on the market for approximately ten months, but neither home has yet been sold. Under current market conditions, a reduction to the listing price is clearly necessary, but to date I understand that Mr. Filippov has refused to approve any price change.

The need for a price reduction is particularly important given the November 30, 2015 dissolution date of the Company, which is rapidly approaching. It is not in the interest of any of the members to have the homes sold as part of a liquidation, particularly when the liquidation would occur during the traditionally weak winter real estate market.

{S0554989.4}

Mr. Alex Filippov
Mr. Nickolay Lipetsker
Mr. Vadim Kagan
May 7, 2015
Page 2

      To date, Mr. Kagan and KDC have incurred substantial costs and expenses in complying with their obligations under the Operating Agreement. KDC's best accounting as to the unreimbursed construction costs as of May 7, 2015 total $758,025.56, exclusive of interest charges, with approximately $50,000 of additional vendor costs anticipated. These construction costs are detailed on the accompanying spreadsheet, and will be payable after repayment of the existing bank debt and before any proceeds are available for distribution to the Company's members. In addition, since November 2013, Mr. Kagan has made additional capital contributions totaling over $251,000 to cover carrying costs associated with the homes. While these additional capital contributions do not bear interest, they do have the effect of increasing Mr. Kagan's capital account and thereby increasing his share of the proceeds available for distribution when the Company is liquidated.[1]

      Under the current circumstances, Mr. Kagan is not prepared to continue paying the carrying costs of the homes, which total approximately $28,000 per month. Section 8.1 of the Operating Agreement provides that if Mr. Kagan does not pay the carrying costs, then Mr. Filippov will be required to pay them. In such an event, Mr. Filippov's capital account would be increased by the amount of his contributions, which would increase his share of liquidation proceeds.[2] If, however, all members agree to a reduction in the listing price of each home from $5.5 million to $5.25 million (and to a reduction to $5.199 million if the houses do not sell within one month), Mr. Kagan would be willing to split equally with Mr. Filippov the carrying costs of the homes once Mr. Filippov has contributed carrying costs equal to those contributed by Mr. Kagan to date, until both homes are sold. Given the substantial costs already incurred by Mr. Kagan and KDC, we believe this approach is more than fair to the other members of the Company.

      If you are amenable to the foregoing compromise, I would be happy to prepare an amendment to the Operating Agreement which reflects this approach, and also extends the term of the Company until November, 30 2016 and clarifies the economic rights and obligations of the members.

---

[1] Section 9.2 of the Operating Agreement provides that the upon dissolution, Company's assets, after payment of liabilities to creditors and member loans, "shall be distributed to the Members in accordance with their respective Capital Accounts after giving effect to all contributions, distributions and allocations for all periods." Note that Capital Accounts, not Percentage Interests, determine how liquidation proceeds are allocated.

[2] Section 8.1 makes reference to a reduction of Mr. Kagan's share of capital contributions and percentage interest in the Company if Mr. Filippov pays the carrying costs. While the language is inartfully drafted, it simply states the same principle that applies to carrying costs paid by Mr. Kagan: The increase in Mr. Filippov's capital account has the effect of reducing the proportion of total capital contributed by Mr. Kagan and therefore, pursuant to Section 9.2, the proportion of liquidation proceeds he receives.

Mr. Alex Filippov
Mr. Nickolay Lipetsker
Mr. Vadim Kagan
May 7, 2015
Page 3

It is the desire of Mr. Kagan and KDC to arrive at a mutually acceptable path forward that is fair to all of the members and recognizes the contributions that each of them has made to the Company. I would be pleased to work with you or your counsel towards this goal in a cooperative and constructive manner.

Because the active spring real estate market is currently underway, I would ask that you give this matter your prompt attention.

I look forward to hearing from you.

Sincerely,

Alexander H. Pyle

cc: Mr. J. Joseph Cohen

{S0554989 4}

05/07/15

Lyman-Cutler, LLC
A/P Aging Summary
All Transactions

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| BST Plumbing | 39,340.00 | 0.00 | 0.00 | 0.00 | 0.00 | 39,340.00 |
| Decor Art | 11,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,250.00 |
| Dream Flooring | 15,460.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,460.00 |
| KDC | 5,928.72 | 0.00 | 47.78 | 8,272.73 | 230,027.33 | 244,276.56 |
| National Grid | 0.00 | 198.00 | 0.00 | 0.00 | 0.00 | 198.00 |
| ProExcavation | 0.00 | 0.00 | 0.00 | 0.00 | 325,000.00 | 325,000.00 |
| Sergey Nikolaev | 19,320.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19,320.00 |
| Town of Brookline | 0.00 | 281.00 | 0.00 | 0.00 | 0.00 | 281.00 |
| Unicon Electric | 65,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65,000.00 |
| V&D Heat | 37,900.00 | 0.00 | 0.00 | 0.00 | 0.00 | 37,900.00 |
| TOTAL | 194,198.72 | 479.00 | 47.78 | 8,272.73 | 555,027.33 | 758,025.56 |

Current Carrying costs
(per month - approximate)   $30,000

Estimated additional vendor
costs:   $50,000