**EXHIBIT F**

## CONSTRUCTION LOAN SUPPLEMENT

This Construction Loan Supplement sets forth certain terms and conditions upon which the Loan proceeds will be disbursed by the Bank in connection with the hereinafter defined "Project", all of which will be more fully set forth and described in the definitive loan documents.

USE OF LOAN PROCEEDS: The proceeds of the loan shall be used solely for costs incurred in connection with construction of the "Project". "Project" shall mean: a single family home with approximately 6,730 s.f. gross living area.

PLANS AND SPECIFICATIONS. Prior to the loan closing, the Borrower must submit to the Bank for approval a complete and accurate set of Plans and Specifications, suitable for the purposes intended, prepared by a registered architect or engineer (which Plans and Specifications, along with all changes thereafter approved by Bank, are herein referred to as the "Plans and Specifications").

OVERALL PROJECT BUDGET. Prior to the loan closing, Borrower must submit to the Bank for the Bank's approval a complete itemized budget for the Project (the "Budget"). The Budget must include not only the direct hard construction costs but also interest expense through completion of the Project and all related Project development costs including non-construction indirect soft costs, and also show sources of the funding for the costs.

LOAN DISBURSEMENT SCHEDULE. Prior to the loan closing, Borrower must submit to the Bank for the Bank's approval a complete itemized Loan Disbursement Schedule in a format that presents a progress time schedule for the related construction costs. A sample form will be provided to the Borrower. The Schedule must be consistent with the Budget. Costs to be paid from Borrower's funds must be shown as well as the sources for such Borrower funds.

INSPECTIONS. Borrower shall permit the Bank and its representatives at all reasonable times to enter the Property for the purpose of inspecting the progress of work on the Project. The Bank may engage a construction inspector for such purpose, the cost of which will be the responsibility of Borrower. A fee of $125.00 is charged per site inspection performed by the Bank.

AGREEMENTS WITH GENERAL CONTRACTOR AND ARCHITECT. Prior to the loan closing, Borrower must provide the Bank with copies of the agreement between Borrower and the General Contractor (the "Construction Contract") and any Agreement between Owner and Architect (if applicable). The selection of the General Contractor and the Architect, and the forms of agreement, must be reasonably satisfactory to the Bank.

The definitive loan documents may require that such agreements be assigned as collateral to the Bank and that the General Contractor and Architect consent to such assignments.

CHANGES IN PLANS AND SPECIFICATIONS, BUDGET AND AGREEMENTS. None of the Plans and Specifications, Budget nor the agreement with the General Contractor or Architect shall be modified or amended in any material respect, nor terminated, without Bank's written consent, which consent shall not be unreasonably withheld, provided that it shall not be deemed unreasonable for Bank to deny consent for changes which materially affect the scope or cost of the Project, impair the bank's security or adversely affect the prospects of completion of the Project on schedule and within budget.

PERMITS, LICENSES, APPROVALS AND AUTHORIZATION. Prior to the loan closing, Borrower must provide the Bank with copies of all permits, licenses, approvals and authorizations required by any governmental authorities for the construction, use and occupancy of the Project, together with evidence as required by Bank (including certifications, affidavits and letters of opinion) that all necessary permits, licenses, approvals and authorizations have been obtained and that the Project, if constructed in

1

rev. 6/22/2012

accordance with the Plans and Specifications, will comply with all requirements of all governmental authorities and will comply with all easements, rights, reservations and restrictions of record.

*ADVANCE REQUESTS.* Each advance requested shall be for work performed in accordance with the Plans and Specifications and shall be consistent with the Budget, the Loan Disbursement Schedule, and the Agreement between Owner and Contractor. Unless the Bank otherwise agrees in its sole discretion, all other funding sources for the Property shall have funded and be used for land or construction costs prior to any Loan advances. All liens on the Property shall have been released, waived or subordinated to the Bank's satisfaction. The Bank and Borrower will arrange prior to each advance for the title insurance policy to be updated to confirm that the Bank's mortgage remains as a valid first mortgage both to the extent of such advance and to the extent of all other amounts previously advanced.

In calculating the amounts to be disbursed under a requisition, the Bank will deduct from the requisition the amounts of retainage in accordance with the Construction Contract.

The Bank shall have a reasonable time after the receipt of each requisition to have its representatives make such investigation as the Bank deems necessary to determine whether the amount of the requisition is payable by it in accordance with the loan agreement which will be part of the definitive documents, and whether the loan is "in balance," (meaning that the undisbursed loan proceeds together with other funds of the Borrower pledged to or deposited with the Bank for the purpose are sufficient to complete the Project).

The requisition will be processed for approval only at such time as all reasonably required information and/or documentation has been received by the Bank. The Bank shall not be required to make any advance hereunder until the requisition is approved by its representatives, including without limitation, its inspecting engineer (who may be an employee of, or a consultant to the Bank) and its title examiner.

*OTHER INSURANCE.* In addition to insurance required by the commitment letter to which this supplement is attached, the Borrower shall carry and maintain (or cause the General Contractor to maintain): full Builder's All Risk Coverage, completed value non-reporting form, affording protection against such risks and with such insurance companies as the Bank may require, such Builder's Risk Insurance to be payable in case of loss to the Bank as mortgagee (as its interest may appear), and be maintained in such amounts as to equal the full replacement value of the Property.

*MISCELLANEOUS.* By reason of possessing and/or exercising its rights of approval, the Bank shall in no event be liable to the Borrower or any third party in regard to the Project in any manner.

This Supplement is hereby approved by The Bank and Borrower as a Supplement to the Commitment Letter dated May 7, 2013 and is hereby made a part hereof. Capitalized terms used herein and not otherwise defined herein shall have the meanings set forth in said Commitment Letter.

BORROWER: Lyman-Cutler, LLC

By _____
Alexander Filippov, Manager

ROCKLAND TRUST COMPANY

By _____
John McGregor, First Vice President

2

rev. 6/22/2012