# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### (EASTERN DIVISION)

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| LYMAN-CUTLER, LLC ) | No. 15-13881-FJB |
|     Debtor. ) | |
| ) | |
| ) | |
| LYMAN-CUTLER, LLC ) | |
|     Plaintiff. ) | Adv. Pro. No. 16-01120 |
| ) | |
| v. ) | |
| ) | |
| VADIM KAGAN ) | |
| TATIANA KAGAN ) | |
| KAGAN DEVELOPMENT KDC, CORP. ) | |
| PROEXCAVATION CORP. ) | |
| ) | |
|     Defendants. ) | |

## **CERTIFICATE OF SERVICE**

    I, Christopher M. Candon, hereby certify that on August 26, 2016, copies of the following documents were served by the Court's ECF system or by first class U.S. mail on those parties listed on the attached service list:

1. Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and Special Motion to Dismiss Pursuant to the Massachusetts Anti-Slapp Statute, G.L.c. 231, §59H; and

2. Defendants' Memorandum in Support of Motion to Dismiss Adversary Complaint and Special Motion to Dismiss Based on the Massachusetts Anti-Slapp Statute.

Dated:  August 26, 2016        /s/ Christopher M. Candon
                                          Christopher M. Candon

## SERVICE LIST

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Peter N. Tamposi
The Tamposi Law Group
159 Main Street
Nashua, NH 03060

Sean T. Carnathan
O'Connor, Carnathan and Mack, LLC
8 New England Executive Park
Suite 310
Burlington, MA 01803

{S0830247.1}