# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# (EASTERN DIVISION)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| LYMAN-CUTLER, LLC | ) | No. 15-13881-FJB |
| Debtor. | ) | |
| | ) | |
| | ) | |
| LYMAN-CUTLER, LLC | ) | |
| Plaintiff. | ) | Adv. Pro. No. 16-01120 |
| | ) | |
| v. | ) | |
| | ) | |
| VADIM KAGAN | ) | |
| TATIANA KAGAN | ) | |
| KAGAN DEVELOPMENT KDC, CORP. | ) | |
| PROEXCAVATION CORP. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher M. Candon, hereby certify that on August 30, 2016, a copy of the Notice of Nonevidentiary Hearing [Docket No. 16] was served by the Court's ECF system upon the registered parties or by first class mail on those parties listed on the attached service list.


Dated:  August 30, 2016              /s/ Christopher M. Candon
                                     Christopher M. Candon

{S0832004.1}

## SERVICE LIST

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Peter N. Tamposi
The Tamposi Law Group
159 Main Street
Nashua, NH 03060

Sean T. Carnathan
O'Connor, Carnathan and Mack, LLC
8 New England Executive Park
Suite 310
Burlington, MA 01803

{S0832004.1}