# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# (EASTERN DIVISION)

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| LYMAN-CUTLER, LLC | ) | No. 15-13881-FJB |
|     Debtor. | ) | |
| | ) | |
| LYMAN-CUTLER, LLC | ) | |
|     Plaintiff. | ) | Adv. Pro. No. 16-01120 |
| v. | ) | |
| VADIM KAGAN | ) | |
| TATIANA KAGAN | ) | |
| KAGAN DEVELOPMENT KDC, CORP. | ) | |
| PROEXCAVATION CORP. | ) | |
|     Defendants. | ) | |

**JOINT MOTION TO EXTEND CERTAIN DEADLINES IN SCHEDULING AND PRETRIAL ORDER AND CONTINUANCE OF SEPTEMBER 19, 2016 HEARING**
(EMERGENCY DETERMINATION REQUESTED)

Plaintiff, Lyman-Cutler, LLC (the "Plaintiff") and proposed intervenors Alex Filippov and Nick Lipetsker (the "Proposed Intervenors") and Defendants, Vadim Kagan, Tatiana Kagan, Kagan Development KDC, Corp., and ProExcavation Corp. (the "Defendants," together with the Plaintiff and the Proposed Intervenors, the "Parties"), by and through their undersigned attorneys, respectfully submit this motion to extend certain response deadlines in the Scheduling and Pretrial Order dated August 3, 2016 [Docket No. 155] (the "Pretrial Order") and continue the hearing currently scheduled for September 19, 2016.

In support of this Motion, the Parties state as follows:

{S0838057.1}

1.      After an August 2, 2016 status conference, this Court issued the Pretrial Order. Pursuant to the Pretrial Order, the Court established certain filing deadlines and scheduled a hearing for September 19, 2016 at 1:30 p.m. in Springfield, Massachusetts.

2.      The Parties have conferred and have agreed to an extension of certain filing deadlines set forth in the Pretrial Order. Specifically, the Parties have agreed to extend the deadline set forth in Paragraph 2 (Responses to Claim Objections), Paragraph 3 (Response to Motion to Dismiss) and Paragraph 8 (Filing of Rule 26(f) Report) by one week from September 9, 2016 to September 16, 2016. The Parties have further agreed to extend the reply deadline set forth in Paragraph 3 from September 14, 2016 to September 23, 2016. The Parties have agreed to comply with automatic disclosure requirements under Fed. R. Civ. P. 26(a)(1) on or before September 16, 2016. All other deadlines will remain unchanged.

3.      The Parties request that the September 19, 2016 hearing be continued to the Court's first available date after September 30, 2016, except for October 3, the afternoon of October 11 and October 12, 2016. In the event that the Court's calendar does not presently permit an October hearing date, the Parties would request that any November hearing date that is scheduled be moved, subject to their availability, to October if the Court's calendar becomes available.

4.      Because the request seeks to modify imminent deadlines, the Parties respectfully request that the Court determine the Motion on an emergency basis.

WHEREFORE, the Parties respectfully request that the specified deadlines set forth in the Pretrial Order be extended as set forth above and to continue the September 19, 2016 hearing and for such further relief as this Court deems just.

Dated:   September 9, 2016

Respectfully submitted,

VADIM KAGAN
TATIANA KAGAN
KAGAN DEVELOPMENT KDC, CORP.
PROEXCAVATION CORP.

By their Attorneys,

/s/ Christopher M. Candon
Christopher M. Candon, BBO# 650855
John H. Perten, BBO# 548728
SHEEHAN PHINNEY BASS & GREEN, PA
255 State Street, 5th Floor
Boston, MA  02109
Tel:  603-627-8168
Fax: 603-641-8768
E-mail: ccandon@sheehan.com

LYMAN-CUTLER, LLC

By its Attorney,

THE TAMPOSI LAW GROUP, P.C.

/s/ Peter N. Tamposi
Peter N. Tamposi, BBO# 639497
The Tamposi Law Group, P.C.
159 Main St.
Nashua, NH 03060
Tel: 603-204-5513
peter@thetamposilawgroup.com

ALEX FILIPPOV
NICKOLAY LIPETSKER

By their Attorneys,

O'CONNOR, CARNATHAN AND MACK, LLC

/s/ Sean T. Carnathan
Sean T. Carnathan, BBO# 636889
O'Connor, Carnathan and Mack, LLC
8 New England Executive Park
Suite 310
Burlington, MA  01803
Tel: 781-359-9021
scarnathan@ocmlaw.net

{S0838057.1}                                            3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of September, 2016, a copy of the foregoing was served upon the parties listed below via ECF and/or first class mail, postage prepaid.

| | |
|---|---|
| Sean T. Carnathan<br>O'Connor, Carnathan and Mack, LLC<br>8 New England Executive Park<br>Suite 310<br>Burlington, MA 01803 | Eric K. Bradford<br>Office of the United States Trustee<br>5 Post Office Square<br>10th Floor, Suite 1000<br>Boston, MA 02109-3934 |
| Peter N. Tamposi<br>The Tamposi Law Group, P.C.<br>159 Main St.<br>Nashua, NH 03060 | David B. Madoff<br>Madoff & Khoury LLP<br>124 Washington Street - Suite 202<br>Foxborough, MA 02035 |

/s/ Christopher M. Candon
Christopher M. Candon

{S0838057.1}               4