UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al

**Case/AP Number** 16-01120 -FJB
**Chapter**

#19 Emergency Motion filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker, Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Plaintiff Lyman-Cutler, LLC to Extend Certain Deadlines in Scheduling and Pretrial Order and Continuance of September 19, 2016 Hearing (Emergency Determination Requested) )

**COURT ACTION:**

_____Hearing held

_____Granted          _____Approved       _____Moot

_____Denied           _____Denied without prejudice      _____Withdrawn in open court

_____Overruled        _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released  _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted as follows:

The hearing currently scheduled for September 19, 2016 is hereby rescheduled to October 13, 2016 at 2:00 P.M. in Boston, Massachusetts.  The deadlines currently set for September 9, 2016 are extended to September 16, 2016.  The reply deadline set for September 14, 2016 is extended to September 23, 2016.  The parties shall comply with the automatic disclosure deadline by September 16, 2016.

IT IS SO ORDERED:

*Frank J. Bailey*                              Dated: 09/09/2016
_____
Frank J. Bailey
United States Bankruptcy Judge