UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYMAN-CUTLER, LLC, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Adv. Case No. 1:16-ap-01120 |
| v. | ) <br> ) |
| VADIM KAGAN, TATIANA KAGAN, KAGAN DEVELOPMENT KDC, CORP. and PROEXCAVATION CORP. | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Joseph P. Calandrelli, of O'Connor Carnathan and Mack LLC, 1 Van De Graaff Drive, Suite 104, Burlington, MA on behalf of Alex Filippov and Nickolay Lipetsker, individually, in the above-captioned matter.

Respectfully Submitted,

*/s/ Joseph P. Calandrelli*
Joseph P. Calandrelli, BBO No. 666128
*jcalandrelli@ocmlaw.net*
**O'Connor, Carnathan and Mack LLC**
Landmark One, Suite 104
1 Van de Graaff Dr.
Burlington, Massachusetts 01803
Dated: September 13, 2016    T: (781) 359-9000

## **CERTIFICATE OF SERVICE**

      I, Joseph P. Calandrelli, hereby certify that the foregoing document has been filed and served through the Court's electronic filing system and to all parties, this 13th day of September, 2016.

                                          */s/ Joseph P. Calandrelli*
                                          Joseph P. Calandrelli

4832-4009-6824, v. 1