UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>    Debtor. | Chapter 7<br>Case No. 15-13881-FJB |
| LYMAN-CUTLER, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VADIM KAGAN, TATIANA KAGAN,<br>KAGAN DEVELOPMENT KDC, CORP.<br>and PROEXCAVATION CORP.<br><br>    Defendants. | Adv. Case No.16-01120 |

**RULE 26(f) DISCOVERY CONFERENCE**
**CERTIFICATION and WRITTEN REPORT**

Pursuant to the Court's Scheduling and Pretrial Order dated August 3, 2016 ("Order"), the Debtor Lyman-Cutler, LLC ("the Debtor"), Creditors Alex Filippov ("Filippov") and Nickolay Lipestker ("Lipetsker")[1], and Defendants Vadim Kagan ("Kagan"), Tatiana Kagan ("Ms. Kagan"), Kagan Development KDC, Corp. ("KDC") and ProExcavation Corp. ("ProExcavation")[2] (collectively, "the Parties") hereby certify that, on August 25, 2016, they conducted a conference pursuant to Fed. R. Civ. P. 26(f) and further certify the following:

---

[1] Filippov and Lipetsker will be collectively referred to as "Creditors."
[2] Kagan, Ms. Kagan, KDC, and ProExcavation will be collectively referred to as "Defendants."

{S0842512.1}

I.  **Proposed Discovery Plan**

The Parties have considered the topics referenced in Rule 26(f)(3) relating to a discovery plan and state as follows:

**a. Depositions**

The Order provides that, "[a]bsent agreement in writing by the parties or further order of the Court, parties shall be limited to deposing two (2) fact witnesses (excluding parties, experts, and those deposed pursuant to Fed. R. Civ. P. 30(b)(6), and each deposition shall not exceed four (4) hours of actual questioning time as recorded by the stenographer. Depositions of parties, depositions of experts, and depositions pursuant to Rule 30(b)(6) shall not exceed seven (7) hours of actual questioning as recorded by the stenographers." Order, p. 4. Plaintiffs have identified four (4) fact witnesses (outside the exclusions) whom they believe should be deposed. Defendants have not yet identified their fact witnesses and do not assent to any increase in the number of permitted depositions other than as set forth in (i) below. The Parties will endeavor to work out the depositions by agreement. In addition, the Parties have agreed to amend the Order as follows:

  i. In addition to the depositions referenced in the Order, the Parties may serve a subpoena for the production of documents upon the keeper of records of Rockland Trust Company.

  ii. For each fact witness called by any party, the Defendants, collectively, will be permitted a total of (4) hours of actual questioning time as recorded by the stenographer and the Creditors and Debtor, collectively, will also be permitted a total of (4) hours of actual questioning time as recorded by the stenographer.

  iii. The undersigned agree that a "party" for purposes of the Order includes any party that is joining this Certification.

b. **Written Discovery and Initial Disclosures**

The Parties certify that they have served their initial disclosures. They may serve interrogatories and requests for the production of documents in accordance with the Federal Rules of Civil Procedure. The Parties have already exchanged many documents in connection with the state court action that was stayed when the Debtor filed its Chapter 11 petition. They expect to seek additional documents from one another in this matter.

c. **Issues Regarding Privileges**

The Parties do not anticipate extensive disputes regarding claims of privilege. Defendants reserve the right to call Debtor's counsel, Peter Tamposi, Esq., as a fact witness.

## II.  Estimated Length of Trial

The parties estimate that the trial will last five to seven days.

## III.  The Court's Authority to Enter Final Order

The Parties consent to the Court's jurisdiction to enter a final order on all controversies between the Parties.

## IV.  Jury Trial Issues

The Parties are not demanding a trial by jury.

## V.  Issues Related to ESI

The Parties have limited discoverable ESI and the parties have conferred about potential ESI issues. The Parties understand that there may be discoverable ESI stored within the Parties' email accounts. The Debtor has represented that it will request inspection of KDC and ProExcavation's QuickBooks. KDC and ProExcavation are willing to provide certain information contained in these records, but the parties disagree on the proper scope of this request. The Parties will attempt to resolve this issue without judicial intervention.

Dated: September 16, 2016

| | |
|---|---|
| LYMAN-CUTLER, LLC | VADIM KAGAN, TATIANA KAGAN, KAGAN DEVELOPMENT KDC, CORP. PROEXCAVATION CORP. |
| By their attorneys, | By their attorneys, |
| /s/ Peter N. Tamposi | /s/ Christopher M. Candon |
| Peter N. Tamposi (BBO # 639497) | Christopher M. Candon, BBO # 650855 |
| THE TAMPOSI LAW GROUP, P.C. | John H. Perten, BBO # 548728 |
| 159 Main Street | SHEEHAN PHINNEY BASS & GREEN P.A. |
| Nashua, NH 03060 | 255 State Street, 5th Floor |
| Tel: 603-204-5513 | Boston, MA 02109 |
| Email: peter@thetamposilawgroup.com | Tel.: 617-897-5600 |
| | Fax: 617-439-9363 |
| | Email: ccandon@sheehan.com |

ALEX FILLIPPOV and
NIKOLAY LIPETSKER

By their attorneys,

/s/ Sean T. Carnathan
Sean T. Carnathan (BBO # 636889)
O'CONNOR, CARNATHAN AND MACK, LLC
Landmark One, 1 Van de Graff Dr., #104
Burlington, MA 01803
Tel: 781-359-9000
Email: scarnathan@ocmlaw.net

                            Document      Page 5 of 5

## **CERTIFICATE OF SERVICE**

      I, Christopher M. Candon, certify that a copy of the foregoing Rule 26(f) Discovery Conference Certification and Written Report was served upon the parties listed below via first class mail, postage prepaid, or electronically via the CM/ECF system on September 16, 2016.

David C. Phalen
Sarah A. Smegal
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Amy M. McCallen
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110

Eric K. Bradford
Office of the United States Trustee
5 Post Office Square
10th Floor, Suite 1000
Boston, MA 02109-3934

Peter N. Tamposi
The Tamposi Law Group
159 Main Street
Nashua, NH 03060

Joseph P. Calandrelli
Sean T. Carnathan
O'Connor Carnathan and Mack LLC
1 Van De Graaff Drive
Suite 104
Burlington, MA 01772

Stephen G. DeLisle
Rubin and Rudman LLP
50 Rowes Wharf
3rd Floor
Boston, MA 02110

David B. Madoff
Steffani Pelton Nicholson
Madoff & Khoury LLP
124 Washington Street - Suite 202
Foxborough, MA 02035

      /s/ Christopher M. Candon
      Christopher M. Candon