UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al

**Case/AP Number** 16-01120 -FJB
Chapter

[#5] Motion filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker to Intervene

**COURT ACTION:**

_____Hearing held

_____Granted          _____Approved          _____Moot

_____Denied           _____Denied without prejudice          _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

On October 13, 2016, the Court held a hearing on the Motion of Alex Filippov and Nick Lipitsker to Intervene [Doc. #5]. No objection having been filed, the Court indicated at that hearing, without discussion of the merits, that the motion to intervene would be granted. However, Filippov and Lipitsker do not indicate in this motion what they propose to do as intervening plaintiffs. A motion to intervene "must . . . be accompanied by a pleading that sets out the claim or defense for which intervention is sought." Fed. R. Civ. P. 24(c), made applicable by Fed. R. Bankr. P. 7024. Do Filippov and Lipitsker seek to prosecute claims of their own, to prosecute the Debtor's existing claims derivatively, or simply to be heard on the Debtor's claims?

Accordingly, the Court hereby ORDERS as follows:

i. On or before April 28, 2017, Filippov and Lipitsker shall file and serve on all defendants a supplement to their motion to intervene that answers these questions and is accompanied by the required "pleading that sets out the claim or defense for which intervention is sought."

ii. The Court will hold a further hearing on the Motion to Intervene on May 31, 2017, at 11:30 a.m.

iii. The chapter 7 trustee, David Madoff, is ordered to appear at the hearing, and Filippov and Lipitsker are hereby directed to give him notice of this order and, on or before April 19, 2017, to file a certificate of such notice.

No final order shall enter on the motion to intervene until after consideration of the issues raised by this order.

IT IS SO ORDERED:

*Frank J. Bailey* (signature)

Dated: 04/12/2017

_____
Frank J. Bailey
United States Bankruptcy Judge