United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
    Plaintiff

Kagan,
    Defendant

Adv. Proc. No. 16-01120-fjb

## CERTIFICATE OF NOTICE

District/off: 0101-1    User: jlavalley    Page 1 of 1    Date Rcvd: Apr 12, 2017
                    Form ID: pdf012    Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2017.
```
ip         +Alex Filippov,    130 Trapelo Road,    Belmont, Ma 02478-1873
dft        +Kagan Development KDC, Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
pla        +Lyman-Cutler, LLC,    Lyman-Cutler, LLC,    130 Trapelo Rd.,    Belmont, MA 02478-1873
ip         +Nickolay Lipetsker,    52 Stony Brae Road,    Newton, MA 02461-1727
dft        +ProExcavation Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
dft        +Tatiana Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
dft        +Vadim Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust         +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Apr 12 2017 22:25:09      John Fitzgerald,
             Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
             5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                             TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2017 at the address(es) listed below:
```
              Christopher M. Candon    on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker
               jcalandrelli@ocmlaw.net,    hwolti@ocmlaw.net
              Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net,
               hwolti@ocmlaw.net
              Peter N. Tamposi    on behalf of Plaintiff    Lyman-Cutler, LLC peter@thetamposilawgroup.com,
               Judy@tlgnh.com
              Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net,
               hwolti@ocmlaw.net
              Sean T. Carnathan    on behalf of Plaintiff    Lyman-Cutler, LLC scarnathan@ocmlaw.net,
               hwolti@ocmlaw.net
              Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net,
               hwolti@ocmlaw.net
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al             **Case/AP Number** 16-01120 **-FJB**
                                                        **Chapter**

[#5] Motion filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker to Intervene

**COURT ACTION:**

_____Hearing held

_____Granted       _____Approved        _____Moot

_____Denied        _____Denied without prejudice        _____Withdrawn in open court

_____Overruled     _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

On October 13, 2016, the Court held a hearing on the Motion of Alex Filippov and Nick Lipitsker to Intervene [Doc. #5]. No objection having been filed, the Court indicated at that hearing, without discussion of the merits, that the motion to intervene would be granted. However, Filippov and Lipitsker do not indicate in this motion what they propose to do as intervening plaintiffs. A motion to intervene "must . . . be accompanied by a pleading that sets out the claim or defense for which intervention is sought." Fed. R. Civ. P. 24(c), made applicable by Fed. R. Bankr. P. 7024. Do Filippov and Lipitsker seek to prosecute claims of their own, to prosecute the Debtor's existing claims derivatively, or simply to be heard on the Debtor's claims?

Accordingly, the Court hereby ORDERS as follows:

i. On or before April 28, 2017, Filippov and Lipitsker shall file and serve on all defendants a supplement to their motion to intervene that answers these questions and is accompanied by the required "pleading that sets out the claim or defense for which intervention is sought."

ii. The Court will hold a further hearing on the Motion to Intervene on May 31, 2017, at 11:30 a.m.

iii. The chapter 7 trustee, David Madoff, is ordered to appear at the hearing, and Filippov and Lipitsker are hereby directed to give him notice of this order and, on or before April 19, 2017, to file a certificate of such notice.

No final order shall enter on the motion to intervene until after consideration of the issues raised by this order.

IT IS SO ORDERED:

*Frank J. Bailey*

_____  Dated: 04/12/2017
Frank J. Bailey
United States Bankruptcy Judge