UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: )<br>)<br>LYMAN-CUTLER, LLC )<br>Debtor )<br>) | |
| )<br>LYMAN-CUTLER, LLC, )<br>)<br>)<br>Plaintiff, )<br>) | Adv. Case No. 1:16-ap-01120 |
| v. )<br>)<br>VADIM KAGAN, TATIANA KAGAN, )<br>KAGAN DEVELOPMENT KDC, CORP. and )<br>PROEXCAVATION CORP. )<br>)<br>Defendants. )<br>) | |

**CERTIFICATE OF COMPLIANCE**

In accordance with this Court's April 12, 2017 Order, Alex Filippov and Nickolay Lipetsker certify that they notified the Chapter 7 Trustee, David Madoff, Esq., that a further hearing on their Motion to Intervene has been scheduled for May 31, 2017 at 11:30 a.m., and that the Trustee has been ordered to be present at this hearing.

1

        ALEX FILIPPOV and
NICKOLAY LIPETSKER,
By their attorneys,

*/s/ Joseph P. Calandrelli*
Sean T. Carnathan, BBO No. 636889
*scarnathan@ocmlaw.net*
Joseph P. Calandrelli, BBO No. 666128
*jcalandrelli@ocmlaw.net*
O'Connor, Carnathan & Mack, LLC
1 Van de Graaff Dr., Suite 104
Burlington, MA 01803

Dated: April 19, 2017

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 19, 2017.

*/s/ Joseph P. Calandrelli*

4820-9278-8295, v. 1

2