UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*  )<br>)<br>LYMAN-CUTLER, LLC  )<br>Debtor  )<br>  ) | |
| )<br>LYMAN-CUTLER, LLC,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>VADIM KAGAN, TATIANA KAGAN,  )<br>KAGAN DEVELOPMENT KDC, CORP. and  )<br>PROEXCAVATION CORP.  )<br>)<br>Defendants.  )<br>) | Adv. Case No. 1:16-ap-01120 |

**ALEX FILIPPOV AND NICK LIPETSKER'S
MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL PAPERS**

On April 12, 2017, this Court issued an Order [Doc. 26] requiring Alex Filippov and Nickolay Lipetsker to submit a supplement to their previously filed Motion to Intervene [Doc. 5] by today, April 28, 2017, along with a proposed amendment to the Complaint filed by Plaintiff Lyman-Cutler, LLC (the "Order").

Earlier today, April 28, 2017, however, the Court issued a number of rulings on various parties' objections to claims filed in the underlying bankruptcy proceedings as well as some important procedural rulings in the adversary proceeding, including Orders raising questions about the Court's jurisdiction and/or whether it should abstain from hearing the adversary proceeding in light of the Trustee's abandonment of claims in the pending adversary proceeding. The Court's rulings today include an Order in the underlying bankruptcy [Doc. 220], which

1

requires the Parties to file a written memorandum on or before May 19, 2017, to show cause why the Court should not dismiss without prejudice or otherwise abstain from ruling on these various claims due to questions surrounding the Court's subject matter jurisdiction. Separately, the Court also issued an Order in this adversary proceeding [Doc. 29], similarly requiring the parties to file a written memorandum demonstrating why the Court should not dismiss without prejudice or otherwise abstain from hearing the claims asserted by the LLC in the adversary proceeding due to the same questions concerning the Court's subject matter jurisdiction. This memorandum is also due by May 19, 2017. Further hearings on these motions and claim objections are scheduled for May 31, 2017.

Mr. Filippov and Mr. Lipetsker must analyze the effect of these rulings on the current claims of the LLC and what effect, if any, they may have on their previously filed Motion to Intervene. Mr. Filippov and Mr. Lipetsker, therefore, respectfully request that the Court extend the time to file their supplemental papers pursuant to the prior Order [Doc. 26], until May 19, 2017, which is the same day the parties must file their show cause memoranda. The additional time will streamline matters by allowing Mr. Filippov and Mr. Lipetsker to take into account today's rulings in making their filing. Because the further hearings on all of these issues is scheduled for May 31, 2017, there will be no prejudice to any party by this requested extension.

**CONCLUSION**

For the foregoing reasons, Mr. Filippov and Mr. Lipetsker respectfully request that the Court extend the time to file the supplemental papers required by the Order [Doc. 26] until May 19, 2017.

        ALEX FILIPPOV and
        NICKOLAY LIPETSKER,
        By their attorneys,

        */s/ Sean T. Carnathan*
        Sean T. Carnathan, BBO No. 636889
        scarnathan@ocmlaw.net
        Joseph P. Calandrelli, BBO No. 666128
        jcalandrelli@ocmlaw.net
        O'Connor, Carnathan & Mack, LLC
        1 Van de Graaff Dr., Suite 104
        Burlington, MA 01803

Dated: April 28, 2017

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 28, 2017.

        */s/ Joseph P. Calandrelli*

4851-5689-1463, v. 1