UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>    LYMAN-CUTLER, LLC<br>    Debtor | )<br>)<br>)<br>)<br>) |
| LYMAN-CUTLER, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VADIM KAGAN, TATIANA KAGAN,<br>KAGAN DEVELOPMENT KDC, CORP. and<br>PROEXCAVATION CORP.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Adv. Case No. 1:16-ap-01120<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ALEX FILIPPOV AND NICK LIPETSKER'S
MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL PAPERS**

    On April 12, 2017, this Court issued an Order [Doc. 26] requiring Alex Filippov and Nickolay Lipetsker to submit a supplement to their previously filed Motion to Intervene [Doc. 5] by today, April 28, 2017, along with a proposed amendment to the Complaint filed by Plaintiff Lyman-Cutler, LLC (the "Order").

    Earlier today, April 28, 2017, however, the Court issued a number of rulings on various parties' objections to claims filed in the underlying bankruptcy proceedings as well as some important procedural rulings in the adversary proceeding, including Orders raising questions about the Court's jurisdiction and/or whether it should abstain from hearing the adversary proceeding in light of the Trustee's abandonment of claims in the pending adversary proceeding. The Court's rulings today include an Order in the underlying bankruptcy [Doc. 220], which

1

05/02/2017. This motion is moot as it has been superseded by an assented to motion [#31].