UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al

**Case/AP Number** 16-01120 -FJB
**Chapter**

Rescheduled Hearing:
#5; Motion to Intervene
#13 Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. to Dismiss Adversary Proceeding [1] Complaint. (Candon, Christopher)

**COURT ACTION:**

_____Hearing held

_____Granted          _____ Approved          _____ Moot

_____Denied           _____ Denied without prejudice      _____ Withdrawn in open court

_____Overruled        _____ Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by _____

_____No appearance by _____

Show Cause Order      _____ Released      _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

In light of the parties indication that they are pursuing mediation, the hearings scheduled for May 31, 2017 in both the Debtor's main bankruptcy case (Case No. 15-13881) and the adversary proceeding (A.P. No. 16-1120) are hereby continued generally. The existing deadlines relating to the adversary proceeding and the objections to claims are suspended pending further order of the Court. On or before August 18, 2017, the parties shall file a status report as to the progress of the mediation.

IT IS SO ORDERED:

_____ Dated: 05/18/2017
Frank J. Bailey
United States Bankruptcy Judge