United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
       Plaintiff

Adv. Proc. No. 16-01120-fjb

Kagan,
       Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-1         User: ab         Page 1 of 1         Date Rcvd: May 18, 2017
                             Form ID: pdf012    Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2017.
```
ip         +Alex Filippov,    130 Trapelo Road,    Belmont, Ma 02478-1873
dft        +Kagan Development KDC, Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
pla        +Lyman-Cutler, LLC,    Lyman-Cutler, LLC,    130 Trapelo Rd.,    Belmont, MA 02478-1873
ip         +Nickolay Lipetsker,    52 Stony Brae Road,    Newton, MA 02461-1727
dft        +ProExcavation Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
dft        +Tatiana Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
dft        +Vadim Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust         +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov May 18 2017 22:29:08      John Fitzgerald,
              Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
              5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
```
                                                                                                                                                      TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2017                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2017 at the address(es) listed below:
```
              Christopher M. Candon    on behalf of Defendant Tatiana   Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant Vadim   Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay   Lipetsker
               jcalandrelli@ocmlaw.net,    hwolti@ocmlaw.net
              Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex   Filippov jcalandrelli@ocmlaw.net,
               hwolti@ocmlaw.net
              Peter N. Tamposi    on behalf of Plaintiff    Lyman-Cutler, LLC peter@thetamposilawgroup.com,
               Judy@tlgnh.com
              Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay   Lipetsker scarnathan@ocmlaw.net,
               hwolti@ocmlaw.net
              Sean T. Carnathan    on behalf of Plaintiff    Lyman-Cutler, LLC scarnathan@ocmlaw.net,
               hwolti@ocmlaw.net
              Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex   Filippov scarnathan@ocmlaw.net,
               hwolti@ocmlaw.net
```
                                                                                                                                    TOTAL: 10

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al              **Case/AP Number** 16-01120 -FJB
                                                         **Chapter**

Rescheduled Hearing:
#5; Motion to Intervene
#13 Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. to Dismiss Adversary Proceeding [1] Complaint. (Candon, Christopher)


**COURT ACTION:**

_____Hearing held

_____Granted          _____Approved          _____Moot

_____Denied           _____Denied without prejudice     _____Withdrawn in open court

_____Overruled        _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released      _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

In light of the parties indication that they are pursuing mediation, the hearings scheduled for May 31, 2017 in both the Debtor's main bankruptcy case (Case No. 15-13881) and the adversary proceeding (A.P. No. 16-1120) are hereby continued generally. The existing deadlines relating to the adversary proceeding and the objections to claims are suspended pending further order of the Court. On or before August 18, 2017, the parties shall file a status report as to the progress of the mediation.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_____ Dated: 05/18/2017
Frank J. Bailey
United States Bankruptcy Judge