UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>        Debtor. | Chapter 7<br><br>Case No. 15-13881-FJB |
| LYMAN-CUTLER, LLC,<br><br>        Plaintiff,<br>v.<br><br>VADIM KAGAN, TATIANA KAGAN, KAGAN DEVELOPMENT KDC, CORP. and PROEXCAVATION CORP.,<br><br>        Defendants. | Adv. Pro. No. 16-01120 |

**NOTICE OF APPEARANCE**

The undersigned hereby appears in this adversary proceeding as counsel to David B. Madoff, the Chapter 7 Trustee, for notice purposes only.

Respectfully submitted this 18th day of August, 2017.

        DAVID B. MADOFF, TRUSTEE

        By his attorneys,

        */s/ David B. Madoff*
        David B. Madoff (BBO#552968)
        Steffani M. Pelton Nicholson (BBO#666470)
        MADOFF & KHOURY LLP
        124 Washington St., Suite 202
        Foxborough, MA  02035
        (508) 543-0040
        madoff@mandkllp.com