UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al                    **Case/AP Number** 16-01120 **-FJB**
                                                              **Chapter**

#29 Order dated 4/28/2017 Re: [13]Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. to Dismiss Adversary Proceeding (Re: [1] Complaint). HEARING HELD ON 10/13/2016. AT THE TIME OF THE HEARING, THE CLAIMS THAT THE PLAINTIFF DEBTOR, LYMAN-CUTLER, LLC (THE DEBTOR) ASSERTS IN THIS ADVERSARY PROCEEDING BELONGED TO THE THE DEBTORS BANKRUPTCY ESTATE, AND THEREFORE ONLY THE CHAPTER 7 TRUSTEE HAD STANDING TO PROSECUTE THEM. IN VIEW OF THE DEBTORS LACK OF STANDING, THE COURT LACKED SUBJECT MATTER JURISDICTION OVER THE ADVERSARY PROCEEDING AND OVER THIS RULE 12(B)(6)

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved        _____Moot

_____Denied         _____Denied without prejudice        _____Withdrawn in open court

_____Overruled      _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order        _____Released        _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

As the parties have reported that their attempts to mediate this dispute were unsuccessful, the Court will hold a hearing on this Order to Show Cause on October 31, 2017 at 11:30 A.M.

As the parties have been unable to agree on a discovery plan, the Court's pretrial and scheduling order shall control discovery matters except that that the deadline for completion of discovery shall be January 31, 2018 unless the Court orders or the parties agree otherwise.

IT IS SO ORDERED:

*Frank J Bailey*

_____ Dated: 08/25/2017
Frank J. Bailey
United States Bankruptcy Judge