UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al        **Case/AP Number** 16-01120 **-FJB**
                                                   **Chapter**

[#5] Motion of Alex Filippov and Nickolay Lipetsker to Intervene

**COURT ACTION:**

_____ Hearing held
_____ Granted        _____ Approved        _____ Moot
_____ Denied         _____ Denied without prejudice        _____ Withdrawn in open court
_____ Overruled      _____ Sustained
_____ Continued to _____
_____ Proposed order to be submitted by _____
_____ Stipulation to be submitted by _____
_____ No appearance by _____
Show Cause Order      _____ Released      _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

On or before September 15, 2017, the movants Alex Filippov and Nickolay Lipetsker shall comply with paragraph (i) of the Court's order of April 12, 2017 [doc. #26].

IT IS SO ORDERED:

*Frank J. Bailey*                               Dated: 08/31/2017
_____
Frank J. Bailey
United States Bankruptcy Judge