United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
    Plaintiff                                                                                    Adv. Proc. No. 16-01120-fjb

Kagan,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1       User: jlavalley          Page 1 of 1           Date Rcvd: Aug 31, 2017
                         Form ID: pdf012       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.
ip         +Alex Filippov,   130 Trapelo Road,    Belmont, Ma 02478-1873
ip         +Nickolay Lipetsker,   52 Stony Brae Road,    Newton, MA 02461-1727

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Aug 31 2017 23:48:16      John Fitzgerald,
            Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
            5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                                                 TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:
           Christopher M. Candon   on behalf of Defendant   ProExcavation Corp. ccandon@sheehan.com,
      ntoli@sheehan.com
           Christopher M. Candon   on behalf of Defendant   Kagan Development KDC, Corp. ccandon@sheehan.com,
      ntoli@sheehan.com
           Christopher M. Candon   on behalf of Defendant Vadim   Kagan ccandon@sheehan.com,
      ntoli@sheehan.com
           Christopher M. Candon   on behalf of Defendant Tatiana   Kagan ccandon@sheehan.com,
      ntoli@sheehan.com
           David B. Madoff    on behalf of Trustee David   Madoff madoff@mandkllp.com, alston@mandkllp.com
           Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Nickolay   Lipetsker
      jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
           Joseph P. Calandrelli   on behalf of Plaintiff   Lyman-Cutler, LLC jcalandrelli@ocmlaw.net,
      hwolti@ocmlaw.net
           Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Alex   Filippov jcalandrelli@ocmlaw.net,
      hwolti@ocmlaw.net
           Peter N. Tamposi   on behalf of Plaintiff   Lyman-Cutler, LLC peter@thetamposilawgroup.com,
      Judy@tlgnh.com
           Sean T. Carnathan   on behalf of Plaintiff   Lyman-Cutler, LLC scarnathan@ocmlaw.net,
      hwolti@ocmlaw.net
           Sean T. Carnathan   on behalf of Intervenor-Plaintiff Alex   Filippov scarnathan@ocmlaw.net,
      hwolti@ocmlaw.net
           Sean T. Carnathan   on behalf of Intervenor-Plaintiff Nickolay   Lipetsker scarnathan@ocmlaw.net,
      hwolti@ocmlaw.net
                                                                                                                  TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al

**Case/AP Number** 16-01120 **-FJB**
**Chapter**

[#5] Motion of Alex Filippov and Nickolay Lipetsker to Intervene

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

On or before September 15, 2017, the movants Alex Filippov and Nickolay Lipetsker shall comply with paragraph (i) of the Court's order of April 12, 2017 [doc. #26].

IT IS SO ORDERED:

_/s/ Frank J. Bailey_____    Dated: 08/31/2017
Frank J. Bailey
United States Bankruptcy Judge