UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al     **Case/AP Number** 16-01120 -FJB
**Chapter**

Rescheduled Hearing:
#5 Motion filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker to Intervene. (Carnathan, Sean)
#28 Certificate of Compliance Re: [26] Order on [5] Motion to Intervene filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker. (Calandrelli, Joseph)

#46 Supplement to [5] Motion to Intervene filed by Intervenor-Plaintiffs Alex Filippov,

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled  _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released  _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held on October 31, 2017. The Motion to Intervene is hereby granted as follows: Alex Filippov and Nickolay Lipetsker are hereby granted leave to intervene as parties plaintiff for the purposes articulated. On or before November 17, 2017, they and the Debtor shall file an amended complaint that includes the new count they seek leave to prosecute and adds them as a plaintiff to the others that they seek leave to join in asserting.

IT IS SO ORDERED:

*Frank J. Bailey*    Dated: 11/01/2017
_____
Frank J. Bailey
United States Bankruptcy Judge