# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (EASTERN DIVISION)

|  |  |
|---|---|
| In re: ) | Chapter 7 |
| ) | Case No. 15-13881-FJB |
| LYMAN-CUTLER, LLC, ) |  |
| ) |  |
| Debtor. ) |  |
|  |  |
| LYMAN-CUTLER, LLC, ALEX ) |  |
| FILIPPOV AND NICKOLAY LIPETSKER ) |  |
| ) |  |
| Plaintiffs, ) |  |
| ) | Adv. Proc. No. 16-01120 |
| v. ) |  |
| ) |  |
| VADIM KAGAN, TATIANA KAGAN, ) |  |
| KAGAN DEVELOPMENT KDC, CORP. ) |  |
| and PROEXCAVATION CORP. ) |  |
| ) |  |
| Defendants. ) |  |

**TATIANA KAGAN'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Pursuant to Fed. R. Civ. P. 12(b)(6), made applicable to this proceeding by Fed. R. Bankr. P. 7012, Tatiana Kagan (the "Defendant") hereby moves to dismiss all claims asserted against her in the Amended Complaint (the "Complaint") filed by Lyman-Cutler, LLC, Alex Filippov and Nickolay Lipetsker. In support hereof, the Defendant incorporates by reference her Memorandum in Support of Motion to Dismiss Amended Complaint filed herewith.

{S1059621.1}

WHEREFORE, the Defendant respectfully request that this Court enter an order (a) dismissing all counts of the Complaint and (b) grant such other relief as the Court deems just and proper.

        Respectfully submitted,

        TATIANA KAGAN,

        By her attorneys,

        /s/ Christopher M. Candon, Esq.
        Christopher M. Candon (BBO# 650855)
        John H. Perten (BBO# 548728)
        SHEEHAN PHINNEY BASS & GREEN PA
        255 State Street, Fifth Floor
        Boston, MA 02109
        (617) 897-5600
        ccandon@sheehan.com
        jperten@sheehan.com

Dated: November 21, 2017