# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>    Debtor. | Chapter 7<br>Case No. 15-13881-FJB |
| LYMAN-CUTLER, LLC, ALEX FILIPPOV AND NICKOLAY LIPETSKER<br><br>    Plaintiffs,<br><br>v.<br><br>VADIM KAGAN, TATIANA KAGAN, KAGAN DEVELOPMENT KDC, CORP. and PROEXCAVATION CORP.<br><br>    Defendants. | Adv. Proc. No. 16-01120 |

## PROEXCAVATION CORP.'S
## MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

Pursuant to Fed. R. Civ. P. 12(b)(6), made applicable to this proceeding by Fed. R. Bankr. P. 7012, ProExcavation Corp., (the "Defendant") hereby moves to dismiss all claims asserted against it in the Amended Complaint (the "Complaint") filed by Lyman-Cutler, LLC, Alex Filippov and Nickolay Lipetsker. In support hereof, the Defendant incorporates by reference its Memorandum in Support of Motion to Dismiss filed herewith.

{S1059623.1}

WHEREFORE, the Defendant respectfully request that this Court enter an order (a) dismissing all counts of the Complaint and (b) grant such other relief as the Court deems just and proper.

> Respectfully submitted,
>
> PROEXCAVATION CORP.
>
> By its attorneys,
>
> /s/ Christopher M. Candon, Esq.
> Christopher M. Candon (BBO# 650855)
> John H. Perten (BBO# 548728)
> SHEEHAN PHINNEY BASS & GREEN PA
> 255 State Street, Fifth Floor
> Boston, MA 02109
> (617) 897-5600
> ccandon@sheehan.com
> jperten@sheehan.com

Dated: November 21, 2017