# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (EASTERN DIVISION)

|  |  |
|---|---|
| In re: ) | Chapter 7 |
| ) | Case No. 15-13881-FJB |
| LYMAN-CUTLER, LLC, ) |  |
| Debtor. ) |  |
|  |  |
| LYMAN-CUTLER, LLC, ALEX ) |  |
| FILIPPOV AND NICKOLAY LIPETSKER ) |  |
| Plaintiffs, ) |  |
| ) | Adv. Proc. No. 16-01120 |
| v. ) |  |
| VADIM KAGAN, TATIANA KAGAN, ) |  |
| KAGAN DEVELOPMENT KDC, CORP. ) |  |
| and PROEXCAVATION CORP. ) |  |
| Defendants. ) |  |

## VADIM KAGAN'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

Pursuant to Fed. R. Civ. P. 12(b)(6), made applicable to this proceeding by Fed. R. Bankr. P. 7012, Vadim Kagan (the "Defendant") hereby moves to dismiss all claims asserted against him in the Amended Complaint (the "Complaint") filed by Lyman-Cutler, LLC, Alex Filippov and Nickolay Lipetsker. In support hereof, the Defendant incorporates by reference his Memorandum in Support of Motion to Dismiss Amended Complaint filed herewith.

{S1059618.1}

WHEREFORE, the Defendant respectfully request that this Court enter an order (a) dismissing all counts of the Complaint and (b) grant such other relief as the Court deems just and proper.

Respectfully submitted,

VADIM KAGAN,

By his attorneys,

/s/ Christopher M. Candon, Esq.
Christopher M. Candon (BBO# 650855)
John H. Perten (BBO# 548728)
SHEEHAN PHINNEY BASS & GREEN PA
255 State Street, Fifth Floor
Boston, MA 02109
(617) 897-5600
ccandon@sheehan.com
jperten@sheehan.com

Dated:  November 21, 2017