# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (EASTERN DIVISION)

|  |  |
|---|---|
| In re: | Chapter 7 |
| LYMAN-CUTLER, LLC, | Case No. 15-13881-FJB |
| Debtor. |  |
|  |  |
| LYMAN-CUTLER, LLC, ALEX FILIPPOV AND NICKOLAY LIPETSKER |  |
| Plaintiffs, |  |
| v. | Adv. Proc. No. 16-01120 |
| VADIM KAGAN, TATIANA KAGAN, KAGAN DEVELOPMENT KDC, CORP. and PROEXCAVATION CORP. |  |
| Defendants. |  |

## CERTIFICATE OF SERVICE

I, Christopher M. Candon, hereby certify that copies of the following documents were served on this 21st day of November, 2017, on the parties listed on the attached service list via the CM/ECF system:

1. Kagan Development KDC, Corp.'s Motion to Dismiss Amended Complaint;
2. Kagan Development KDC, Corp.'s Memorandum in Support of Motion to Dismiss Amended Complaint;
3. Vadim Kagan's Motion to Dismiss Amended Complaint;
4. Vadim Kagan's Memorandum in Support of Motion to Dismiss Amended Complaint;
5. ProExcavation Corp.'s Motion to Dismiss Amended Complaint;

{S1059671.1}

6. ProExcavation Corp.'s Memorandum in Support of Motion to Dismiss Amended Complaint;

7. Tatiana Kagan's Motion to Dismiss Amended Complaint, and

8. Tatiana Kagan's Memorandum in Support of Motion to Dismiss Amended Complaint.

/s/ Christopher M. Candon, Esq.
Christopher M. Candon (BBO# 650855)
SHEEHAN PHINNEY BASS & GREEN PA
255 State Street, Fifth Floor
Boston, MA 02109
(617) 897-5600
ccandon@sheehan.com

Dated:  November 21, 2017

## SERVICE LIST

Eric K. Bradford
Office of the United States Trustee
5 Post Office Square
10th Floor, Suite 1000
Boston, MA 02109-3934

Joseph P. Calandrelli, Esq.
Sean T. Carnathan, Esq.
O'Connor Carnathan and Mack LLC
1 Van De Graaff Drive
Suite 104
Burlington, MA 01772

David B. Madoff, Esq.
Madoff & Khoury LLP
124 Washington Street - Suite 202
Foxborough, MA 02035

Peter N. Tamposi, Esq.
The Tamposi Law Group
159 Main Street
Nashua, NH 03060