UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| *In re:* | ) | |
| | ) | |
| LYMAN-CUTLER, LLC | ) | Chapter 7 |
| Debtor | ) | Case No. 15-13881 FJB |
| | ) | |
| | | |
| LYMAN-CUTLER, LLC, ALEX | ) | |
| FILIPPOV and NICKOLAY LIPETSKER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Adv. Case No. 16-01120-FJB |
| v. | ) | |
| | ) | |
| VADIM KAGAN, TATIANA KAGAN, | ) | |
| KAGAN DEVELOPMENT KDC, CORP. and | ) | |
| PROEXCAVATION CORP. | ) | |
| | ) | |
| Defendants. | ) | |

**ASSENTED TO MOTION TO EXTEND DEADLINE
TO OPPOSE DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs Lyman-Cutler, LLC, Alex Filippov, and Nickolay Lipetsker ("Plaintiffs"), with the assent of the Defendants, respectfully move this Court to extend the deadline to oppose the Defendants' motions to dismiss.

On November 21, 2017, each of the four Defendants filed a motion to dismiss. Under Local Rule 9013, the Plaintiffs' oppositions to these motions is currently due on December 5, 2017. Plaintiffs have requested, and the Defendants have agreed, that Plaintiffs can have one additional week – until December 12, 2017 – to file their oppositions. Accordingly, Plaintiffs respectfully request that the Court grant this motion and extend the response deadline to December 12, 2017. The brief, one-week extension will not prejudice any party.

Respectfully Submitted,

Lyman-Cutler, LLC
By Its attorneys,
The Tamposi Law Group, P.C.

*/s/ Peter N. Tamposi*
Peter N. Tamposi, BBO No. 639497
The Tamposi Law Group, P.C.
159 Main Street
Nashua, NH 03060
(603) 204-5513
(603) 204-5515 (fax)

ALEX FILIPPOV and
NICKOLAY LIPETSKER,
By their attorneys,


*/s/ Sean T. Carnathan*
Sean T. Carnathan, BBO No. 636889
*scarnathan@ocmlaw.net*
Joseph P. Calandrelli, BBO No. 666128
*jcalandrelli@ocmlaw.net*
O'Connor, Carnathan and Mack, LLC
1 Van de Graaff Dr. Suite 104
Burlington, MA 01803
T:  781-359-9000

*Assented to:*

DEFENDANTS,
By their attorneys,


*/s/ John Perten*
Christopher M. Candon, BBO NO. 650855
John H. Perten, BBO No. 548728
SHEEHAN PHINNEY BASS & GREEN, P.A.
255 State Street, Fifth Floor
Boston, MA 02109
T: 617-897-5600
ccandon@sheehan.com
jperten@sheehan.com

Dated: November 29, 2017

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 29, 2017.

/s/ Joseph P. Calandrelli