UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al            **Case/AP Number** 16-01120 **-FJB**
                                                       **Chapter**

Rescheduled Hearing:
#13 Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. to Dismiss Adversary Proceeding [1] Complaint. (Candon, Christopher)
#14 Memorandum In Support filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. (Candon, Christopher).
#22 Objection filed by the Plaintiff Lyman-Cutler, LLC. (Tamposi, Peter)

**COURT ACTION:**

_____Hearing held
_____Granted        _____Approved       _____Moot
_____Denied         _____Denied without prejudice      _____Withdrawn in open court
_____Overruled      _____Sustained
_____Continued to_____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order       _____Released      _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

This Motion to Dismiss [#13] is moot as the Plaintiffs have filed an Amended Complaint [#52].

IT IS SO ORDERED:

*Frank J. Bailey* (signature)

_____ Dated: 11/29/2017
Frank J. Bailey
United States Bankruptcy Judge