## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## (EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>      Debtor. | Chapter 7<br>Case No. 15-13881-FJB |
| LYMAN-CUTLER, LLC, ALEX FILIPPOV AND NICKOLAY LIPETSKER<br><br>      Plaintiffs,<br><br>v.<br><br>VADIM KAGAN, TATIANA KAGAN, KAGAN DEVELOPMENT KDC, CORP. and PROEXCAVATION CORP.<br><br>      Defendants. | Adv. Proc. No. 16-01120 |

### CERTIFICATE OF SERVICE

I, Christopher M. Candon, hereby certify that on November 30, 2017, a copy of the Notice of Nonevidentiary Hearing [Docket No. 64] was served by the Court's ECF system upon the registered parties or by first class mail on those parties listed on the attached service list.

Dated:  November 30, 2017

/s/ Christopher M. Candon, Esq.
Christopher M. Candon (BBO# 650855)
SHEEHAN PHINNEY BASS & GREEN PA
255 State Street, Fifth Floor
Boston, MA 02109
(617) 897-5600
ccandon@sheehan.com

{S1062707.1}

## SERVICE LIST

Eric K. Bradford
Office of the United States Trustee
5 Post Office Square
10th Floor, Suite 1000
Boston, MA 02109-3934

David B. Madoff, Esq.
Madoff & Khoury LLP
124 Washington Street - Suite 202
Foxborough, MA 02035

Joseph P. Calandrelli, Esq.
Sean T. Carnathan, Esq.
O'Connor Carnathan and Mack LLC
1 Van De Graaff Drive
Suite 104
Burlington, MA 01772

Peter N. Tamposi, Esq.
The Tamposi Law Group
159 Main Street
Nashua, NH 03060

{S1062707.1}

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re    Lyman–Cutler<br><br>            Debtor | Related Bankruptcy Case: 15-13881<br>Chapter 7<br>Judge Frank J. Bailey |
| Lyman–Cutler, LLC<br>        Plaintiff<br>vs.<br>Vadim Kagan<br>        Defendant | Adversary Proceeding: 16-01120 |

## NOTICE OF NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **1/9/18 at 11:30 A.M** before the Honorable Judge Frank J. Bailey, Courtroom 3, J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, MA 02109-3945 to consider the following:

[53] Motion to Dismiss Adversary Proceeding filed by Defendant Tatiana Kagan.
[55] Motion to Dismiss Adversary Proceeding filed by Defendant Kagan Development KDC, Corp.
[57] Motion to Dismiss Adversary Proceeding filed by Defendant ProExcavation Corp.
[59] Motion to Dismiss Adversary Proceeding filed by Defendant Vadim Kagan.

**OBJECTION/RESPONSE DEADLINE: DECEMBER 20, 2017 4:30 P.M.**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013-1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is less than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. **Your rights may be affected.** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071-1.

3. The above hearing shall be nonevidentiary. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing.

Date: 11/29/17                                By the Court,

                                              Mary Murray

Deputy Clerk
617-748-5350

**Emergency Closings:** To find out if the Court will be closed in case of stormy weather or other emergency, dial (617) 748-5314 or (866) 419-5695 (toll free) for a recorded message.