United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
        Plaintiff                                                       Adv. Proc. No. 16-01120-fjb

Kagan,
        Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-1          User: jlavalley          Page 1 of 1          Date Rcvd: Nov 29, 2017
                              Form ID: pdf012          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2017.
```
tr           +David Madoff,   Madoff & Khoury LLP,   124 Washington Street,   Foxboro, MA 02035-1368
ip           +Alex Filippov,   130 Trapelo Road,   Belmont, Ma 02478-1873
dft          +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
pla          +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
ip           +Nickolay Lipetsker,   52 Stony Brae Road,   Newton, MA 02461-1727
dft          +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
dft          +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
dft          +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust          +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Nov 29 2017 23:03:42      John Fitzgerald,
               Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                             TOTAL: 1
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2017 at the address(es) listed below:
```
          Christopher M. Candon   on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon   on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon   on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon   on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
           ntoli@sheehan.com
          David B. Madoff    on behalf of Trustee David  Madoff madoff@mandkllp.com,   alston@mandkllp.com
          Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Nickolay  Lipetsker
           jcalandrelli@ocmlaw.net,   hwolti@ocmlaw.net
          Joseph P. Calandrelli   on behalf of Plaintiff    Lyman-Cutler, LLC jcalandrelli@ocmlaw.net,
           hwolti@ocmlaw.net
          Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net,
           hwolti@ocmlaw.net
          Peter N. Tamposi   on behalf of Plaintiff    Lyman-Cutler, LLC peter@thetamposilawgroup.com,
           Judy@tlgnh.com
          Sean T. Carnathan   on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net,
           hwolti@ocmlaw.net
          Sean T. Carnathan   on behalf of Plaintiff    Lyman-Cutler, LLC scarnathan@ocmlaw.net,
           hwolti@ocmlaw.net
          Sean T. Carnathan   on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net,
           hwolti@ocmlaw.net
                                                                                            TOTAL: 12
```

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al          **Case/AP Number** 16-01120 **-FJB**
                                                     **Chapter**

> Rescheduled Hearing:
> #13 Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. to Dismiss Adversary Proceeding [1] Complaint. (Candon, Christopher)
> #14 Memorandum In Support filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. (Candon, Christopher).
> #22 Objection filed by the Plaintiff Lyman-Cutler, LLC. (Tamposi, Peter)

**COURT ACTION:**

_____Hearing held

_____Granted          _____Approved          _____Moot

_____Denied           _____Denied without prejudice          _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released     _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

This Motion to Dismiss [#13] is moot as the Plaintiffs have filed an Amended Complaint [#52].

IT IS SO ORDERED:

_____  Dated: 11/29/2017
Frank J. Bailey
United States Bankruptcy Judge