UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| LYMAN-CUTLER, LLC | ) | Chapter 7 |
|     Debtor | ) | Case No. 15-13881 FJB |
| | ) | |
| | | |
| | ) | |
| LYMAN-CUTLER, LLC, ALEX FILIPPOV and NICKOLAY LIPETSKER, | ) | |
| | ) | |
|     Plaintiffs, | ) | Adv. Case No. 16-01120-FJB |
| v. | ) | |
| VADIM KAGAN, TATIANA KAGAN, KAGAN DEVELOPMENT KDC, CORP. and PROEXCAVATION CORP. | ) | |
|     Defendants. | ) | |

**ASSENTED TO MOTION TO EXTEND DEADLINE
TO OPPOSE DEFENDANTS' MOTIONS TO DISMISS**

    Plaintiffs Lyman-Cutler, LLC, Alex Filippov, and Nickolay Lipetsker ("Plaintiffs"), with the assent of the Defendants, respectfully move this Court to extend the deadline to oppose the Defendants' motions to dismiss.

    On November 21, 2017, each of the four Defendants filed a motion to dismiss. Under Local Rule 9013, the Plaintiffs' oppositions to these motions is currently due on December 5, 2017. Plaintiffs have requested, and the Defendants have agreed, that Plaintiffs can have one additional week – until December 12, 2017 – to file their oppositions. Accordingly, Plaintiffs respectfully request that the Court grant this motion and extend the response deadline to December 12, 2017. The brief, one-week extension will not prejudice any party.

12/04/2017. This motion is moot as the Court has set December 20, 2017 as the deadline to file responses.