UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACUSETTS

| | |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>    Debtor. | Chapter 7<br>No. 15-13881-FJB |
| LYMAN-CUTLER, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VADIM KAGAN, TATIANA KAGAN,<br>KAGAN DEVELOPMENT KDC, CORP.<br>and PROEXCAVATION CORP.<br><br>    Defendants. | Adv. Proc. No. 16-01120 |

## JOINT REQUEST TO MODIFY SCHEDULING ORDERS

NOW COME Vadim Kagan, Tatiana Kagan, Kagan Development KDC, Corp., ProExcavation Corp. (collectively, the "Kagan Parties"), and the Debtor, Alex Filippov and Nickolay Lipetsker (collectively, the "Filippov Parties") and jointly move to modify the scheduling orders currently in effect relating to discovery and expert disclosure for objections to the proofs of claim, objections to proofs of interest and the pending Adversary Proceeding, as follows:

1. Discovery shall be completed within sixty (60) days from this Court's decision on the pending motions to dismiss the Amended Complaint [A. P. Doc. Nos. 53, 55, 57 and 59).

2. Expert disclosures shall be due thirty (30) days following the close of discovery.

3. Rebuttal expert disclosures shall be due sixty (60) days following the close of discovery.

4. Currently, the following scheduling orders are in effect for these proceedings: Main Case Document Nos. 155, 222, 232, 235, 236 and 237 and Adversary Proceeding Document Nos. 8 and 39.  The parties request that a single unified order issue governing all of the claims and proceedings.

The Parties disagree as to whether discovery should be stayed pending this Court's decision on the motions to dismiss the Amended Complaint.  The Kagan Parties request a stay.  The Filippov Parties do not agree to a stay.

Dated:   December 15, 2017                        Respectfully submitted,

                                                              VADIM KAGAN,
TATIANA KAGAN,
KAGAN DEVELOPMENT KDC, CORP. and
PROEXCAVATION CORP.,

By their Attorneys,

/s/ Christopher M. Candon
Christopher M. Candon, BBO# 650855
John H. Perten, BBO# 548728
SHEEHAN PHINNEY BASS & GREEN, PA
255 State Street, 5th Floor
Boston, MA  02109
Tel:  603-627-8168
Fax: 603-641-8768
E-mail: ccandon@sheehan.com

2

| | |
|---|---|
| LYMAN-CUTLER, LLC | ALEX FILIPPOV<br>NICKOLAY LIPETSKER |
| By its Attorney, | By their Attorneys, |
| THE TAMPOSI LAW GROUP, P.C. | O'CONNOR, CARNATHAN AND MACK, LLC |
| /s/ Peter N. Tamposi<br>Peter N. Tamposi, BBO# 639497<br>The Tamposi Law Group, P.C.<br>159 Main St.<br>Nashua, NH 03060<br>Tel: 603-204-5513<br>peter@thetamposilawgroup.com | /s/ Sean T. Carnathan<br>Sean T. Carnathan, BBO# 636889<br>O'Connor, Carnathan and Mack, LLC<br>1 Van De Graaff Drive<br>Suite 104<br>Burlington, MA 01772<br>Tel: 781-359-9021<br>scarnathan@ocmlaw.net |

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2017, a copy of the foregoing was served upon the parties listed below via ECF and/or first class mail, postage prepaid.

| | |
|---|---|
| John Fitzgerald<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109 | Joseph P. Calandrelli<br>O'Connor Carnathan and Mack LLC<br>1 Van De Graaff Drive<br>Suite 104<br>Burlington, MA 01772 |
| Sean T. Carnathan<br>O'Connor, Carnathan and Mack, LLC<br>1 Van De Graaff Drive<br>Suite 104<br>Burlington, MA 01803 | Stephen G. DeLisle<br>Rubin and Rudman LLP<br>50 Rowes Wharf<br>3rd Floor<br>Boston, MA 02110 |
| David B. Madoff<br>Madoff & Khoury LLP<br>124 Washington Street - Suite 202<br>Foxborough, MA 02035 | Amy M. McCallen<br>Rubin and Rudman LLP<br>50 Rowes Wharf<br>Boston, MA 02110 |
| Steffani Pelton Nicholson<br>Madoff & Khoury LLP<br>124 Washington Street<br>Foxborough, MA 02035 | David C. Phalen<br>Hackett Feinberg P.C.<br>155 Federal Street, 9th Floor<br>Boston, MA 02110 |
| Sarah A Smegal<br>Hackett Feinberg P.C.<br>155 Federal Street<br>9th Floor<br>Boston, MA 02110 | Peter N. Tamposi<br>The Tamposi Law Group<br>159 Main Street<br>Nashua, NH 03060 |

/s/ Christopher M. Candon
Christopher M. Candon

4