UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>    Debtor. | Chapter 7<br>No. 15-13881-FJB |
| LYMAN-CUTLER, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VADIM KAGAN, TATIANA KAGAN,<br>KAGAN DEVELOPMENT KDC, CORP.<br>and PROEXCAVATION CORP.<br><br>    Defendants. | Adv. Pro. No. 16-01120 |

## AFFIDAVIT OF JASON GORDON, CPA

I, Jason Gordon, depose and state on my own personal knowledge as follows:

1. I am a certified public accountant and an officer of the accounting firm of S. Gordon Corporation.

2. In or about late 2013 or early 2014, I was retained to provide primarily year-end tax preparation services for Kagan Development KDC, Corp. ("KDC"), ProExcavation Corp. ("ProExcavation"), Vadim Kagan, Tatiana Kagan and other entities in which KDC or Mr. Kagan had an interest. My role is primarily to prepare year-end tax returns.

3. I am in receipt of a subpoena asking me to provide documents. I have reviewed the subpoena to get a sense of what is being asked, the volume of documents sought, and to determine how long it might take me to provide responsive documents.

4. I did not prepare the tax returns for Lyman-Cutler, LLC. I was never engaged to work directly on this entity. The LLC and project started before I was involved in any KDC jobs

5. I am troubled by the breadth of the subpoena. For example, the definition section is so broad that we are potentially talking about hundreds of documents. For example, the definition of "KDC" includes not just that entity but its "agents, representatives, employees, officers, directors, members, affiliates, parent companies, or subsidiaries, and any attorney retained by or otherwise working on its behalf." I don't know if I am legally qualified to determine who is an "affiliate," who is an "agent or representative," and what is meant by a "parent company." Read literally, this might mean as many as twenty different entities.

6. My firm has six accountants and only two administrative staff. To properly respond to this subpoena would take, to the best of my ability to estimate, at least 24 hours. My hourly rate is $235, and I do not have 24 hours to devote to this project without compensation without adversely impacting my firm's finances or my family. I cannot dedicate either of my support staff full time to this project as it would negatively impact my ability to serve my paying clients.

7. I have limited information relating to the Lyman-Cutler project. It was just one of many projects in which KDC, ProExcavation or Vadim Kagan was involved. I understand that copies of invoices and receipts have already been produced. Unless there is some real reason why this production is insufficient, I would greatly appreciate relief from this onerous subpoena.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 20 DAY OF DECEMBER, 2017.

Jason Gordon, CPA

2