UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACUSETTS

| | |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>    Debtor. | Chapter 7<br>No. 15-13881-FJB |
| LYMAN-CUTLER, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VADIM KAGAN, TATIANA KAGAN,<br>KAGAN DEVELOPMENT KDC, CORP.<br>and PROEXCAVATION CORP.<br><br>    Defendants. | Adv. Pro. No. 16-01120 |

### AFFIDAVIT OF DANIEL GERSH

I, Daniel Gersh, depose and state on my own personal knowledge as follows:

1. I run the accounting department for Kagan Development KDC, Corp. ("KDC"). I also manage the financial books and records for ProExcavation Corp. ("ProExcavation")

2. As part of its effort to track project costs, KDC has separate American Express cards issued which are dedicated to each individual project on which KDC works. During the pendency of the Lyman-Cutler project, KDC worked on approximately twenty separate projects and therefore had approximately twenty different cards. The dedicated American Express card for the Lyman-Cutler project ends in account no. 91100.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 20th DAY OF DECEMBER, 2017.

_____
Daniel Gersh