# EXHIBIT 2

## LYMAN DOCUMENTS

| TAB | VENDOR/SUBCONTRACTOR | BATES NUMBER | AMOUNT PAID |
|---|---|---|---|
| L1 | European Closets By Design | KDC00001-00002 | $18,630.00 |
| L2 | Yale Appliance and Lighting | KDC00188-00189 | $24,267.50 |
| L3 | Business Licenses & Permits – Town of Brookline | KDC01255-01267 KDC00278-00290 | $15,555.00 |
| L4 | Sergey Nikolaev | KDC00295-00298 | $24,660.00 |
| L5 | Paul Digiacomo | KDC01285-01298 | $49,105.00 |
| L6 | Antonov Stone | KDC00299-00300 | $31,457.00 |
| L7 | Construction Specialties Unltd., Inc. | KDC00301-00315 | $19,347.50 |
| L8 | Harvey Industries | KDC02073-02074 | $91.68 |
| L9 | Home Depot | KDC00316 | $64,624.45 |
| L10 | Home Goods | KDC00003-00009 | $1,171.28 |
| L11 | Horner Millwork | KDC00010-00090 | $132,183.96 |
| L12 | Ideal Tile of Newton | KDC00091-00102 | $35,419.92 |
| L13 | Ikea | KDC00103-00104 | $23.89 |
| L14 | Lowe's | KDC00105-00109 | $2,369.09 |
| L15 | Merrimack Building Supply | KDC00110-00114 | $14,998.03 |
| L16 | Metrostone | KDC00115-00121 | $0 (ProExcavation responsible for paying this sub) |
| L17 | National Lumber | KDC00122-00176 | $259,881.57 |

| TAB | VENDOR/SUBCONTRACTOR | BATES NUMBER | AMOUNT PAID |
|---|---|---|---|
| L18 | VIS - Home | KDC00177-00179 | $648.50 |
| L19 | Waterfalls Construction | KDC00180-00187 | $0 (ProExcavation responsible for paying this sub) |
| L20 | Insurance Expenses (Segal Insurance and Foremost Insurance) | KDC00190-00194 | $8,525.78 |
| L21 | Office Expenses (checkbooks and e-payment fees for the Town of Brookline) | KDC00195 | $24.33 |
| L22 | Professional Services (Sounberg & Creed, CPA retained by Mr. Fillipov) | KDC00196 | $1500.00 |
| L23 | Taxes-Property – Town of Brookline | KDC00197-00211 | $65,221.46 |
| L24 | Town of Brookline – Refuse Disposal | KDC00212-00217 | $409.14 |
| L25 | National Grid | KDC00218-00237 | $2,217.43 |
| L26 | NSTAR | KDC00238-00259 | $4,048.96 |
| L27 | Town of Brookline and DPW Water & Sewer | KDC00260-00269 | $1,861.15 |
| L28 | Affordable Lawn Sprinklers | KDC00270-00273 | $8,575.00 |
| L29 | AJM Group | KDC00274-00277 | $10,500.00 |
| L30 | Clean Air Environmental | KDC00291-00294 | $2,500.00 |
| L31 | Envirotest Laboratory, Inc. | KDC00317-00319 | $462.50 |
| L32 | Atlas Insulation Co., Inc. | KDC01268-01273 | $17,960.00 |
| L33 | Bill Getchell | KDC00320-00321 | $750.00 |
| L34 | Boston Glass Inc. | KDC00322-00326 | $5,293.81 |
| L35 | Decor Art | KDC00327-00336 | $73,520.00 |
| L36 | Dream Flooring | KDC00337-00340 | $52,210.00 |

| TAB | VENDOR/SUBCONTRACTOR | BATES NUMBER | AMOUNT PAID |
|---|---|---|---|
| L37 | Unicon Electric | KDC00341-00342 | $65,000.00 |
| L38 | RAV & Association | KDC00343-00352 | $9,075.00 |
| L39 | ProExcavation: Excavation | KDC01274-01278 | $150,000 |
| L40 | DaCosta | KDC00353-00373 | $181,350.00 |
| L41 | Greater Boston Green LLC | KDC00374-00376 | $1,150.00 |
| L42 | Green Planet Pest Control | KDC00377-00379 | $125.00 |
| L43 | V&D Heating and Cooling | KDC00380-00383 | $60,050.00 |
| L44 | Huntington Home Systems | KDC00384-00387 | $7,596.99 |
| L45 | Instant Interiors | KDC00388-00399 | $17,723.99 |
| L46 | JW Campbell Construction Inc. | KDC00400-00476 | $76,464.36 |
| L47 | ProExcavation: Landscaping | KDC01279-01284 | $204,600.00 |
| L48 | Landscaping (Jay Berkson and Ernest Espindola) | KDC00477-00487 | $48,508.77 |
| L49 | Leo S. Cavelier Inc. | KDC00488-00492 | $827.86 |
| L50 | ProExcavation: Masonry | KDC01299-01304 | $94,300.00 |
| L51 | Pave Tech LLC | KDC00493-00496 | $17,555.00 |
| L52 | Umanas Plastering | KDC00497-00498 | $24,001.97 |
| L53 | BST Plumbing & Heating & Eastcoast Pipelines | KDC00499-00501 | $40,170.00 |
| L54 | Protection 1 (Security Systems) | KDC00502-00505 | $5,936.98 |
| L55 | P.S. Tree Service | KDC00506-00507 | $10,250.00 |
| L56 | RJJ Installation | KDC00508-00509 | $332.78 |
| L57 | Peter Nolan & Associates LLC | KDC00510-00519 | $4,700.00 |

| TAB | VENDOR/SUBCONTRACTOR | BATES NUMBER | AMOUNT PAID |
|---|---|---|---|
| L58 | Snow Removal (Additional Work by Paul DiGiacomo and ProExcavation) | KDC00520-00522 | $11,500.00 |
| L59 | Barry Bros. Disposal | KDC01305-01355 KDC00523-00573 | $9,287.56 |
| L60 | Ferguson Enterprises, Inc. | KDC00574-00579 KDC01356-01361 | $12,630.94 |

## CUTLER DOCUMENTS

| TAB | VENDOR/SUBCONTRACTOR | BATES NUMBER | AMOUNT PAID |
|---|---|---|---|
| C1 | Yale Appliance Lighting | KDC00580-00582 | $24,267.50 |
| C2 | Business Licenses & Permits – Town of Brookline | KAG02044-02055 | $15,555.00 |
| C3 | Sergey Nikolaev | KDC00831-00833 | $24,660.00 |
| C4 | Paul Digiacomo | KDC01182-01187 | $38,405.00 |
| C5 | Antonov Stone Work Corp. | KDC00838-00839 | $31,457.00 |
| C6 | Construction Specialties Unltd., Inc. | KDC00840-00852 | $18,572.50 |
| C7 | Harvey Industries | KDC01246-01247 | $91.67 |
| C8 | The Home Depot | KDC00853-00967 | $63,685.73 |
| C9 | Home Goods | KDC00968-00973 | $331.98 |
| C10 | Horner Millwork | KDC00583-00652 | $133,493.39 |
| C11 | Ideal Tile of Newton | KDC00653-00659 | $12,398.50 |
| C12 | Ikea | KDC00660-00661 | $23.89 |
| C13 | Lowe's | KDC00662-00666 | $2,369.08 |
| C14 | Merrimack Building Supply | KDC00667-00671 | $14,998.03 |
| C15 | Metrostone | KDC00672-00675 | $0 (ProExcavation responsible for paying this sub) |
| C16 | National Lumber | KDC00676-00741 | $259,833.76 |
| C17 C17B | Waterfalls Construction, Inc.(C17) Insurance Expense (C17B) | KDC00742-00749 KDC00750-00754 | $0 (ProExcavation responsible for paying Waterfalls) $8,525.78 for Insurance |

| TAB | VENDOR/SUBCONTRACTOR | BATES NUMBER | AMOUNT PAID |
|-----|----------------------|--------------|-------------|
| C18 | Office Expenses (checkbooks and e-payment fees from Town of Brookline) | KDC00755 | $22.73 |
| C19 | Professional Services (Sounberg & Creed, CPA retained by Mr. Fillipov) | KDC00756 | $500.00 |
| C20 | Taxes-Property – Town of Brookline | KDC00757-00771 | $67,043.73 |
| C21 | Town of Brookline – Refuse Disposal | KDC00772-00777 | $354.30 |
| C22 | National Grid | KDC00778-00796 | $8,002.78 |
| C23 | NSTAR | KDC00797-00809 | $2,652.64 |
| C24 | Brookline Water & Sewer | KDC00810-00819 | $2,272.08 |
| C25 | Affordable Lawn Sprinklers | KAG02024-02028 | $8,540.00 |
| C26 | AJM Group | KDC00820-00823 | $10,500.00 |
| C27 | Clean Air Environmental | KDC00824-00827 | $2,500.00 |
| C28 | Envirotest Laboratory, Inc. | KDC00828-00830 | $462.50 |
| C29 | Atlas Insulation Co., Inc. and AMEX | KDC01178-01181 | $17,400.00 |
| C30 | Boston Glass Inc. | KDC00834-00837 | $4,416.80 |
| C31 | Decor Art | KDC01540-01551 | $68,750.00 |
| C32 | Dream Flooring | KDC00974-00976 | $48,910.00 |
| C33 | Unicorn Electric | KDC00977-00978 | $65,000.00 |
| C34 | RAV & Associates, Inc. | KDC00979-00988 | $9,075.00 |
| C35 | European Closets by Design | KDC00989-00992 | $18,630.00 |
| C36 | ProExcavation: Excavation | KAG02056-02060 | $160,000.00 |
| C37 | BST Plumbing & Heating | KAG02061-02066 | $12,630.94 |
| C38 | DaCosta Construction | KAG02075-02093 | $181,350.00 |
| C39 | Greater Boston Green LLC | KAG02029-02031 | $1,150.00 |

| TAB | VENDOR/SUBCONTRACTOR | BATES NUMBER | AMOUNT PAID |
|---|---|---|---|
| C40 | Green Planet Pest Control | KDC00993-00995 | $125.00 |
| C41 | V & D Heating and Cooling | KAG02032-02035 | $60,050.00 |
| C42 | Huntington Home Systems | KAG02036-02038 | $6,600.00 |
| C43 | Instant Interiors | KAG02039-02042 | $6,348.74 |
| C44 | JW Campbell Construction Inc. | KDC00996-01077 | $80,050.50 |
| C45 | ProExcavation: Landscaping | KAG02067-02072 | $194,600.00 |
| C46 | Landscaping (Jay Berkson and Ernesto Espindola) | KDC01078-01091 | $53,314.22 |
| C47 | Leo S. Cavelier Inc. | KDC01092-01096 | $827.86 |
| C48 | ProExcavation: Masonry | KDC01188-01193 | $94,300.00 |
| C49 | Pave Tech LLC | KDC01097-01099 | $22,699.00 |
| C50 | Umanas Plastering | KDC01100-01101 | $24,001.97 |
| C51 | BST Plumbing & Heating | KDC01102-01103 | $39,670.00 |
| C52 | Town of Brookline: Police Details | KDC01104-01105 | $396.00 |
| C53 | Protection 1 | KDC01106-01109 | $5,924.98 |
| C54 | P.S. Tree Service | KDC01110-01111 | $10,250.00 |
| C55 | RJJ Installation | KDC01112-01113 | $332.78 |
| C56 | Peter Nolan and Associates LCC | KDC01114-01122 | $4,700.00 |
| C57 | Snow Removal (Work by Paul DiGiacomo and ProExcavation) | KDC01123-01125 | $11,500.00 |
| C58 | Barry Bros. Disposal | KDC01126-01177 KDC01194-01245 | $9,287.52 |

07/22/15

**Lyman-Cutler, LLC**
**Transactions by Account**
**All Transactions**

| Type | Date | Num | Name | Memo | Cir | Split | Original Amount | Paid Amount | Balance |
|------|------|-----|------|------|-----|-------|-----------------|-------------|---------|
| **55 Lyman Building & Improvement** | | | | | | | | | |
| **Materials** | | | | | | | | | |
| **Merrimack Building** | | | | | | | | | |
| Check | 03/03/14 | 1034 | KDC | Feb. AMX | | Rockland Tru... | 7,367.06 | 7,367.06 | 7,367.06 |
| Bill | 03/28/14 | 274 | KDC | Mar. AMEX ... | | Accounts Pe... | 7,630.97 | 7,630.97 | 14,998.03 |
| Total Merrimack Building | | | | | | | | 14,998.03 | 14,998.03 |
| Total Materials | | | | | | | | 14,998.03 | 14,998.03 |
| Total 55 Lyman Building & Improvement | | | | | | | | 14,998.03 | 14,998.03 |
| TOTAL | | | | | | | | 14,998.03 | 14,998.03 |

KDC 00110



SALES ORDER

Sales Order Number: SO009183

Sales Order Date: 3/24/2014

Page: 1

Sold
To: Santos Plastering
, MA

Ship
To: C.O.D. Customer MA
55 LYMAN RD
BROOKLINE , MA

| | |
|---|---|
| Customer ID | C.O.D. MA |
| P.O. Number | SANTO'S |
| P.O. Date | 3/24/2014 |

| | |
|---|---|
| Ship Via | |
| Ship Date | 3/26/2014 |
| Terms | C.O.D. |
| SalesPerson | Sean Lane |

| Item No. | Description | Quantity | Price Each | Price MSF/MLF | Total Price |
|---|---|---|---|---|---|
| 12412B | 1/2" 4x12' Blue Board | 491 | 14.88 | 310.00 | 7,306.08 |
| 58412B | 5/8" 4x12' Blue Board Type X | 41 | 15.84 | 330.00 | 649.44 |
| JNIKAL | Uni-Kal Plaster 50 lb | 380 | 13.00 | | 4,940.00 |
| FELT | Felt Paper 15lb | 10 | 21.00 | | 210.00 |
| B | Masking Tape Blue 2" | 12 | 8.98 | | 107.76 |
| ..114 | 1 1/4" H/T Coarse Thread 8M Bo x | 6 | 44.50 | | 267.00 |
| HT158 | 1 5/8" H/T Coarse Thread 5M Bo x | 1 | 55.26 | | 55.26 |
| 90010 | #900 Bead 10' | 180 | 3.06 | | 550.80 |
| MESH | Mesh Tape 2"x295' | 48 | 5.20 | | 249.60 |
| FREIGHT | Freight | 1 | 30.00 | | 30.00 |

**PAID CC APPROVAL CODE
163439**

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | Subtotal: | 14,365.94 |
|---|---|---|---|---|
| 14,335.94 | 30.00 | | Invoice Discount: | 0.00 |
| | | | Total Sales Tax: | 896.00 |
| | | | Total: | 15,261.94 |

KDC 00111

MERRIMACK BUILDING SUP
20 TROTTER DR
MEDWAY, MA 020530000

03/26/2014                          10:07:47
Merchant ID:              000000002860402
Terminal ID:                     04250532
2203311758

CREDIT CARD

AMEX SALE

CARD #:                    XXXXXXXXXX1100
INVOICE                               0001
Batch #:                           000362
Approval Code:                     163439
Entry Method:                      Manual
Mode:                              Online
Avs Code: YY

SALE AMOUNT                     $15261.94

CUSTOMER COPY

KDC 00112



**SALES ORDER**

Sales Order Number: SO008200

Sales Order Date: 2/18/2014

Page: 1

ld
: Santos
, MA

Ship
To:  Santos
     88 cutler lane
     Brookline, MA

Customer ID   C.O.D. MA
P.O. Number
P.O. Date     2/18/2014

SalesPerson   Ryan Donegan

ship Via
ship Date    2/18/2014

erms         C.O.D.

| tem No. | Description | Quantity | Price Each | | Total Price |
|---|---|---|---|---|---|
| | **7am sharp** | | | | |
| 12412B | 1/2" 4x12' Blue Board | 510 | 14.88 | 310.00 | 7,588.80 |
| 58412B | 5/8" 4x12' Blue Board Type X | 40 | 15.84 | 330.00 | 633.60 |
| **IKAL | Uni-Kal Plaster 50 lb | 320 | 13.00 | | 4,160.00 |
| .T | Felt Paper 15lb | 10 | 21.00 | | 210.00 |
| HT114 | 1 1/4" H/T Coarse Thread 8M Bo x | 5 | 44.50 | | 222.50 |
| HT158 | 1 5/8" H/T Coarse Thread 5M Bo x | 1 | 55.35 | | 55.35 |
| 90010 | #900 Bead 10' | 180 | 3.06 | | 550.80 |
| 9533 | Masking Tape Blue 2" | 6 | 8.98 | | 53.88 |
| MESH | Mesh Tape 2"x295' | 48 | 5.20 | | 249.60 |
| T14CS | 14 x 4 3/4 Plaster Trowel S.S. | 2 | 32.91 | | 65.82 |
| PL224 | Brush Felt Blister | 2 | 38.53 | | 77.06 |

| Amount Subject to Sales Tax | Amount Exempt from Sales Tax | | Subtotal: | 13,867.41 |
|---|---|---|---|---|
| 13,867.41 | 0.00 | | Invoice Discount: | 0.00 |
| | | | Total Sales Tax: | 866.71 |
| | | | Total: | 14,734.12 |

KDC 00113

MERRIMACK BUILDING SUP
20 TROTTER DR
MEDWAY, MA 020530000

02/18/2014                          15:24:34
Merchant ID:                 00000002860402
Terminal ID:                       04250532
2203311758

CREDIT CARD

AMEX SALE

CARD #                      XXXXXXXXXX1100
INVOICE                                0001
Batch #:                             000337
Approval Code:                       144243
Entry Method:                        Manual
Mode:                                Online
Avs Code: YY

SALE AMOUNT                      $14734.12

I agree to pay above total amount
according to card issuer agreement.
(Merchant agreement if Credit Voucher)

X_____

MERCHANT COPY

KDC 00114

KDC 00274

07/24/15

**Lyman-Cutler, LLC**
**Transactions by Account**
**All Transactions**

| Type | Date | Num | Name | Memo | Clr | Split | Original Amount | Paid Amount | Balance |
|------|------|-----|------|------|-----|-------|-----------------|-------------|---------|
| 55 Lyman Building & Improvement | | | | | | | | | |
| Outside Service | | | | | | | | | |
| Architecting | | | | | | | | | |
| Check | 06/27/13 | 1053 | AJM Group | | * | Rockland Tru... | 7,000.00 | 7,000.00 | 7,000.00 |
| Check | 09/18/13 | 1064 | AJM Group | Final Archit... | * | Rockland Tru... | 3,500.00 | 3,500.00 | 10,500.00 |
| Total Architecting | | | | | | | | 10,500.00 | 10,500.00 |
| Total Outside Service | | | | | | | | 10,500.00 | 10,500.00 |
| Total 55 Lyman Building & Improvement | | | | | | | | 10,500.00 | 10,500.00 |
| TOTAL | | | | | | | | 10,500.00 | 10,500.00 |

# Commercial Invoice

**AJM GROUP, INC.**
DESIGN • BUILD • SALES

Date: June 25, 2013
Invoice Number # (100)

21 Highland Ave
Needham, MA 02494

TO: 55 Lyman Road
88 Cutler Road
Brookline, Massachusetts

RE: 55 Lyman Road
88 Cutler Road

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Architectural and structural plans | | 21,000.00 |

*[handwritten: This 6 25.13 / 1053 $14.000]*

|  |  |
|---|---|
| SUBTOTAL | |
| SALES TAX | |
| TOTAL | 21,000.00 |

*[handwritten: Paid 14.000]*

*[handwritten: Balance: 7.000]*

Thank you for your business!

KDC 00275

LYMAN-CUTLER LLC
130 Trapelo Road
Belmont, MA 02478

105

6.25.13 20

$ 14,000

PAY TO THE
ORDER OF     AJM Group

Fourteen Thousand /100                    DOLLARS

Rockland Trust
ROCKLAND MA 02570

FOR   55 Lyman / 88 Cutler.

2 76 11

KDC 00276



# Commercial Invoice

**AJM GROUP, INC.**
DESIGN, DRAW, BUILD.

Date: September 17, 2013
Invoice Number # [100]

21 Highland Ave.
Needham, MA 02494

TO:  55 Lyman Road
88 Cutler Road
Brookline, Massachusetts

RE:  55 Lyman Road
88 Cutler Road

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Architectural and structural plans | PAID | 21,000.00 |
| | | | 14,000 |

---

**LYMAN-CUTLER LLC**
130 Trapelo Road
Belmont, MA 02478

1064

53-447/113

Date: 9.17.13  20___

PAY TO THE ORDER OF   AJM                          $ 7,000 00

SEVEN   THOUSAND   00/100   DOLLARS

**Rockland Trust**
ROCKLAND MA 02370

FOR  FINAL ARCHITECTS.

⑈ 296 ⑈

| | |
|---|---|
| SUBTOTAL | |
| SALES TAX | |
| TOTAL | 21,000.00 |
| BALANCE | 7,000 |

Thank you for your business!

KDC 00277

KDC 01268

**Lyman-Cutler, LLC**
**Transactions by Account**
All Transactions

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Original Am... | Balance |
|------|------|-----|------|------|-------|-------|--------|----------------|---------|
| 55 Lyman Building & Improvement | | | | | | | | | |
| Outside Service | | | | | | | | | |
| Atlas Insulation | | | | | | | | | |
| Bill | 03/28/14 | 274 | KDC | Mar. AMEX Reimb. | Accounts Pay... | 17,450.00 | | 17,450.00 | 17,450.00 |
| Bill | 01/29/15 | | KDC | Jan. AMEX Reimb. | Accounts Pay... | 560.00 | | 560.00 | 18,010.00 |
| Credit | 06/01/15 | | KDC | LC Credit for 2014 AMEX returns | Accounts Pay... | | 50.00 | -50.00 | 17,960.00 |
| Total Atlas Insulation | | | | | | 18,010.00 | 50.00 | | 17,960.00 |
| Total Outside Service | | | | | | 18,010.00 | 50.00 | | 17,960.00 |
| Total 55 Lyman Building & Improvement | | | | | | 18,010.00 | 50.00 | | 17,960.00 |
| TOTAL | | | | | | 18,010.00 | 50.00 | | 17,960.00 |

Page

- BLANKET & BLOWN-IN INSULATION
- SPRAY FOAM INSULATION
- SEAMLESS ALUMINUM GUTTERS
- CLOSET SHELVING
- FIREPLACES

PHONE (401) 647-2500
FAX (401) 647-2545
www.atlasinsulation.com
Building Reg. #1649

## Atlas Insulation Co., Inc.
116 Danielson Pike
North Scituate, Rhode Island 02857

BILL TO:

Kagan Development Corp.
239 Nahanton St.
Newton, MA 02459

JOB LOCATION:

55 Lyman Rd.
Brookline MA

| DATE | INVOICE # | | PO NO. | TERMS | REP. |
|------|-----------|--|--------|-------|------|
| 3/21/2014 | 101353 | | | Net 30 Days | RW |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Flat Ceiling: 11.5" R38 Open Blow Cellulose Insulation | |
| Garage Ceiling: 6 1/4" R19 Kraft Faced Batts 16oc | |
| Basement Ceiling: 9 1/2" R30 Kraft Faced Batts 16oc | |
| 1st Floor Cold Ceiling: 9" R38 Half Pound Density Open Cell Spray Foam Insulation | |
| Exterior Walls: 5 1/2" R21 Kraft Faced Batts 16oc | |
| Stairwell Walls: 3 1/2" R15 Kraft Faced Batts 16oc | |
| Stairwell Under: 9 1/2" R30 Kraft Faced Batts 16oc | |
| Garage Walls: 6 1/4" R19 Kraft Faced Batts 16oc | |
| Blockers: 5 1/2" R23 Half Pound Density Open Cell Spray Foam Insulation (include pipe bays btw 1st & 2nd floor) | |
| All Interior Hall Walls: 3 1/2" R11 Unfaced Sound Attenuation Batts 16oc | |
| 1st Floor Bath Walls: 3 1/2" R11 Unfaced Sound Attenuation Batts 16oc | |
| Ceiling btw Floors: 3 1/2" R11 Unfaced Sound Attenuation Batt 16oc | |
| Overhangs: 9" R38 Half Pound Density Open Cell Spray Foam Insulation | |
| Firestopping: Fill All Vertical Mechanical Penetrations in All Floors | |
| Low Expansion Foam around windows and doors | |
| Wind Shear Vents: One per bay installed at wall top plate | |
| Date: *(handwritten)* PAID | |
| Amount: $ *17,400* | |
| Check #: *BTC* | |
| **TOTAL** | **$17,400.00** |

---

*Detach and Return This Portion With Your Payment*

| AMOUNT ENCLOSED | INVOICE # |
|-----------------|-----------|
| | 101353 |

For your convenience, we accept the American Express Card
and other major credit cards.

Remit To:

## Atlas Insulation Co., Inc.
116 Danielson Pike
North Scituate, Rhode Island 02857

Account Number                    Mo.    Yr.
                                  Expiration Date

X _____    $ _____
Customer Signature      Amount    Date

Please include invoice number on check or money order.

KDC 01269



**Transaction Details**
Prepared for
Vadim Kagan Cutler
Account Number
XXXX-XXXXXXX-91100

The Business Platinum Card® / January 1, 2014 to December 31, 2014

| Date | Description | | Amount |
|------|-------------|--|--------|
| Mar 04 2014 | ATLAS INSULATION CO.N SCITUATE RI | Vadim Kagan Cutler | -$100.00 |
| Mar 04 2014 | ATLAS INSULATION CO.N SCITUATE RI | Vadim Kagan Cutler | $17,500.00 |

KDC 01180

- BLANKET & BLOWN-IN INSULATION
- SPRAY FOAM INSULATION
- SEAMLESS ALUMINUM GUTTERS
- CLOSET SHELVING
- FIREPLACES



**Atlas Insulation Co., Inc.**
116 Danielson Pike
North Scituate, Rhode Island 02857

PHONE (401) 647-2500
FAX (401) 647-2545
www.atlasinsulation.com
Building Reg. #649

**BILL TO**

Kagan Development Corp.
239 Nahanton St.
Newton, MA 02459

**JOB LOCATION**

Delivered

Lyman - Cutter.

| DATE | INVOICE | P.O. NO. | TERMS | REP |
|------|---------|----------|-------|-----|
| 11/5/2014 | 104130 | | Net 30 Days | RW |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| 2 roles of netting material | |

PAID
Date: 1/10/15
Amount $ 560
Check #: Amex Lyman-Cutter

| | TOTAL | $560.00 |

---

*Detach and Return This Portion With Your Payment*

| AMOUNT ENCLOSED | INVOICE # |
|-----------------|-----------|
| | 104130 |

For your convenience, we accept the American Express Card and other major credit cards.

**Remit To:**

*Atlas Insulation Co., Inc.*
116 Danielson Pike
North Scituate, Rhode Island 02857

Please include Invoice number on check or money order.

KDC 01271



### Transaction Details

Prepared for
Vadim Kagan Cutler
Account Number
XXXX-XXXXXXX-91100

The Business Platinum Card® / January 1, 2015 to August 18, 2015

| Jan 15 2015 | ATLAS INSULATION CO,N SCITUATE RI | Vadim Kagan Cutler | $560.00 |

Doing Business As: ATLAS INSULATION COMPANY
116 DANIELSON PIKE NORTH SCITUATE RI 02857-1808 UNITED STATES
Additional Information: 4016472500
Reference: 320150150603178559
Category: Business Services-Contracting Services

KDC 01272

# Bill Credit

Lyman-Cutler, LLC

| Date | Ref. No. |
|------|----------|
| 08/01/15 | |

| Vendor |
|--------|
| KDC |



| Bill Due | |
|----------|--|
| Terms | |
| Memo | LC Credit for 2014 AMEX returns |

## Expenses

| Account | Memo | Amount | Customer:Job |
|---------|------|--------|--------------|
| Home Depot | | -568.98 | |
| Home Depot | | -568.98 | |
| Horner Millwork | | -2,683.91 | |
| Horner Millwork | | -2,683.90 | |
| Home Goods | | -116.85 | |
| Home Goods | | -116.84 | |
| Atlas Insulation | | -50.00 | |
| Atlas Insulation | | -50.00 | |

Expense Total : -6,839.46

**Bill Total :    $6,839.46**

KDC 01273