# EXHIBIT 3

UNITED STATES BANKRTUPCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* | ) |
| LYMAN-CUTLER, LLC, | ) |
|     Debtor, | ) |
| | ) Chapter 7 |
| | ) No. 15-13881-FJB |
| LYMAN-CUTLER, LLC, | ) |
|     Plaintiff, | ) |
| | ) A.P. No. 16-1120 |
| v. | ) |
| VADIM KAGAN, TATIANA KAGAN, KAGAN DEVELOPMENT KDC CORP., and PROEXCAVACTION CORP., | ) |
|     Defendants. | ) |

**ALEX FILIPPOV'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS TO PROEXCAVATION CORP.**

Pursuant to Federal Rules of Civil Procedure 26 and 34, made applicable to this proceeding through Federal Rules of Bankruptcy Procedure 7026 and 7034, and this Court's Pre-Trial Order, Alex Filippov ("Filippov") requests that Claimant and Adversary Proceeding Defendant ProExcavation Corp. ("ProEx") produce the following documents and things at the offices of Filippov's counsel within thirty days of receipt.

**DEFINITIONS AND INSTRUCTIONS**

1. "Lyman-Cutler, LLC" or the "LLC" shall refer to Lyman-Cutler, LLC, as well as any and all of its agents, representatives, employees, officers, directors, members, affiliates, parent companies, or subsidiaries, and any attorney retained by or otherwise working on its behalf.

1

2. "Kagan" shall refer to Vadim Kagan and any and all of his agents, servants, representatives, employees, attorneys, or other persons or entities acting on his behalf.

3. "Tatiana" shall refer to Tatiana Kagan, and any and all of her agents, servants, representatives, employees, attorneys or other persons or entities acting on her behalf.

4. "Century 21" shall refer to Century 21 Commonwealth, as well as any and all of its agents, representatives, employees, officers, directors, members, affiliates, parent companies, or subsidiaries, and any attorney retained by or otherwise working on its behalf, including but not limited to Tatiana.

5. "Filippov" shall refer to Alex Filippov, and any and all of his agents, servants, representatives, employees, attorneys or other persons or entities acting on his behalf.

6. "Lipetsker" shall refer to Nickolay Lipetsker, and any and all of his agents, servants, representatives, employees, attorneys or other persons or entities acting on his behalf.

7. "Project" shall refer to the LLC's real estate development project involving property on Lyman and Cutler Roads in Brookline, Massachusetts in which Filippov and Lipetsker invested in the fall of 2012.

8. "KDC," shall refer to Kagan Development KDC, Corp., as well as any and all of its agents, representatives, employees, officers, directors, members, affiliates, parent companies, or subsidiaries, and any attorney retained by or otherwise working on its behalf.

9. "ProEx," "you," or "your" shall refer to ProExcavation Corp., as well as any and all of its agents, representatives, employees, officers, directors, members, affiliates, parent companies, or subsidiaries, and any attorney retained by or otherwise working on its behalf.

10. "The Properties" shall refer to the two properties that were the subject of the Project, specifically, the properties located at 55 Lyman Road, Brookline, Massachusetts and 88 Cutler Lane, Chestnut Hill, Massachusetts.

11. "Rockland" shall refer to Rockland Trust Bank, as well as any and all of its agents, representatives, employees, officers, directors, members, affiliates, parent companies, or subsidiaries, and any attorney retained by or otherwise working on its behalf.

12. "Identity" with regard to a ProEx employee means their name, address, telephone number and dates of employment by ProEx.

13. "Identity" with regard to a company means its name, address, telephone number and relationship to ProEx.

14. "Identity" with regard to a ProEx client means its or their name, address, telephone number and the project with regard to which ProEx was retained.

15. All of the terms defined in the federal rules are hereby incorporated by reference in their entirety.

16. Each document requested below shall also be produced in its native, electronic form.

17. If any of the requested documents requested has been previously produced, please state so expressly and identify the previous production by Bates Number.

## DOCUMENT REQUESTS

**Request No. 1**

All documents concerning the Project, including but not limited to estimates, plans, budgets, photographs, videos, drawings, contracts, schedules, invoices, payments, time records, subcontracts, bank statements, cancelled checks, lien releases, permits, inspections, and correspondence.

**Request No. 2**

All communications with Filippov.

3

**Request No. 3**

All communications with Lipetsker.

**Request No. 4**

Documents sufficient to reflect the identity of all ProEx employees from January 1, 2012 to date.

**Request No. 5**

Documents sufficient to reflect the identity of all ProEx subcontractors from January 1, 2012 to date.

**Request No. 6**

Documents sufficient to reflect the identity of all ProEx vendors from November 1, 2012 to date.

**Request No.7**

Documents sufficient to reflect the identity of all ProEx clients from November 1, 2012 to date.

**Request No. 8**

Documents sufficient to reflect the scope, cost and billing with regard to all ProEx projects that were active at any time between November 1, 2012 and July 1, 2015, including but not limited to all supply, material, labor, and equipment invoices, and all bank statements and cancelled checks with regard to each such project.

**Request No. 9**

All books and records for ProEx, including but not limited to the native, electronic versions of the company's QuickBook files from November 1, 2012 to date.

**Request No. 10**

All American Express credit card statements for any account with regard to which ProEx has or had the right to incur charges for the period November 1, 2012 to date.

**Request No. 11**

ProEx's state and federal tax returns for calendar years 2013 through the present.

**Request No. 12**

Al of ProEx's licenses and/or bonds provided on the Project.

**Request No. 13**

All contracts or agreements between ProEx on the one hand and KDC or any other company owned or controlled by Kagan on the other.

**Request No. 14**

All communications with Century 21.

**Request No. 15**

All documents you contend support ProEx's billing on the Project.

ALEX FILIPPOV

Dated: September 12, 2017

*/s/ Sean T. Carnathan*
Sean T. Carnathan, BBO No. 636889
*scarnathan@ocmlaw.net*
Joseph P. Calandrelli, BBO No. 666128
*jcalandrelli@ocmlaw.net*
**O'Connor, Carnathan and Mack LLC**
Landmark One, Suite 104
1 Van de Graaff Dr.
Burlington, Massachusetts 01803
T: (781) 359-9000

Certificate of Service

I, Sean T. Carnathan, certify that a copy of the foregoing document was served by electronic and first-class mail, postage prepaid, to Defendants' counsel on September 12, 2017.

*/s/ Sean T. Carnathan*
Sean T. Carnathan

5