# EXHIBIT 4

UNITED STATES BANKRTUPCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* ) <br> ) <br> LYMAN-CUTLER, LLC, ) <br>     Debtor, ) <br> _____) <br> ) <br> LYMAN-CUTLER, LLC, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v.                          ) <br> ) <br> VADIM KAGAN, TATIANA KAGAN, ) <br> KAGAN DEVELOPMENT KDC CORP., ) <br> and PROEXCAVACTION CORP., ) <br> ) <br>     Defendants. ) <br> _____) | Chapter 7 <br> No. 15-13881-FJB <br><br><br> A.P. No. 16-1120 |

### ALEX FILIPPOV'S
### FIRST SET OF INTERROGATORIES TO PROEXCAVATION CORP.

Pursuant to Federal Rules of Civil Procedure 26 and 33, made applicable to this proceeding through Federal Rules of Bankruptcy Procedure 7026 and 7033, and this Court's Pre-Trial Order, Alex Filippov ("Filippov") requests that Claimant and Adversary Proceeding Defendant ProExcavation Corp. ("ProExcavation") answer the following interrogatories within thirty days of receipt.

### DEFINITIONS

1. "Lyman-Cutler, LLC" or the "LLC" shall refer to Lyman-Cutler, LLC, as well as any and all of its agents, representatives, employees, officers, directors, members, affiliates, parent companies, or subsidiaries, and any attorney retained by or otherwise working on its behalf.

2. "Kagan" shall refer to Vadim Kagan and any and all of his agents, servants, representatives, employees, attorneys, or other persons or entities acting on his behalf.

1

3. "Tatiana" shall refer to Tatiana Kagan, and any and all of her agents, servants, representatives, employees, attorneys or other persons or entities acting on her behalf.

4. "Century 21" shall refer to Century 21 Commonwealth, as well as any and all of its agents, representatives, employees, officers, directors, members, affiliates, parent companies, or subsidiaries, and any attorney retained by or otherwise working on its behalf.

5. "Filippov" shall refer to Alex Filippov, and any and all of his agents, servants, representatives, employees, attorneys or other persons or entities acting on his behalf.

6. "Lipetsker" shall refer to Nickolay Lipetsker, and any and all of his agents, servants, representatives, employees, attorneys or other persons or entities acting on his behalf.

7. "Project" shall refer to the LLC's real estate development project involving property on Lyman and Cutler Roads in Brookline, Massachusetts in which Filippov and Lipetsker invested in the fall of 2012.

8. "KDC," "you" or "your" shall refer to Kagan Development KDC, Corp., as well as any and all of its agents, representatives, employees, officers, directors, members, affiliates, parent companies, or subsidiaries, and any attorney retained by or otherwise working on its behalf.

9. "ProExcavation" shall refer to ProExcavation, as well as any and all of its agents, representatives, employees, officers, directors, members, affiliates, parent companies, or subsidiaries, and any attorney retained by or otherwise working on its behalf.

10. "The Properties" shall refer to the two properties that were the subject of the Project, specifically, the properties located at 55 Lyman Road, Brookline, Massachusetts and 88 Cutler Lane, Brookline, Massachusetts.

11. "Other Construction Project" means any construction project on which ProExcavation performed any work between December 1, 2010 and the present, regardless of when the project was commenced or completed.

12. All of the terms defined in the Federal Rules of Civil Procedure and Local Rules of the Bankruptcy Court for the District of Massachusetts are hereby incorporated by reference in their entirety.

## INTERROGATORIES

### Interrogatory No. 1

Describe in detail all work performed by ProExcavation on the Project, including the dates on which ProExcavation performed its work, and all personnel who worked on the Project.

### Interrogatory No. 2

With respect to the Project, identify: (i) the date and full dollar amount that ProExcavation billed, invoiced, or otherwise requested payment from KDC; (ii) the full dollar amount KDC paid ProExcavation; and (iii) the dates of any payments made by KDC to ProExcavation.

### Interrogatory No. 3

Identify all Other Construction Projects for which ProExcavation performed any work, including the street address of each project, the owner of the project, the name of the individual or entity with whom ProExcavation had a verbal or written contract to perform work, and the beginning and ending dates on which ProExcavation performed any work on the project.

### Interrogatory No. 4

For each Other Construction Project identified in response to Interrogatory No. 3, identify: (i) the date and full dollar amount that ProExcavation billed, invoiced, or otherwise requested payment from the individual or entity responsible for paying ProExcavation; (ii) the full dollar amount that ProExcavation was paid by that individual or entity; and (iii) the dates of any payments made to ProExcavation.

### Interrogatory No. 5

Identify any individual or entity that has held any ownership interest in ProExcavation at any time.

**Interrogatory No. 6**

Identify any job title held by Tatiana in ProExcavation at any time from January 1, 2012 to the present date, and describe her job functions in that title.

**Interrogatory No. 7**

Identify each person ProExcavation intends to call as an expert witness at trial. For each such witness, state:

(a) the expert's full name, present address, and present place of employment;
(b) the subject matter on which the expert is expected to testify;
(c) the substance of the facts and opinions to which the expert is expected to testify; and
(d) a detailed summary of the grounds of any such opinion.

**Interrogatory No. 8**

Identify the precise amount of money ProExcavation seeks to recover against the LLC in this bankruptcy proceeding.

**Interrogatory No. 9**

State the complete factual basis for ProExcavation's contention that it is entitled to the dollar amount specified in its Answer to Interrogatory No. 8.

**Interrogatory No. 10**

Identify all employees of ProExcavation who were employed by it at any time between December 1, 2012 and June 30, 2015.

**Interrogatory No. 11**

Identify ProExcavation's accountant.

**Interrogatory No. 12**

Identify all equipment used by ProExcavation on the Project.

ALEX FILIPPOV
By his attorneys,

*/s/ Sean T. Carnathan*
Sean T. Carnathan, BBO No. 636889
*scarnathan@ocmlaw.net*
Joseph P. Calandrelli, BBO No. 666128
*jcalandrelli@ocmlaw.net*
**O'Connor, Carnathan and Mack LLC**
Landmark One, Suite 104
1 Van de Graaff Dr.
Burlington, Massachusetts 01803
T: (781) 359-9000

Dated: September 13, 2017

Certificate of Service

I, Sean T. Carnathan, certify that a copy of the foregoing document was served by electronic and first-class mail, postage prepaid, to Defendants' counsel on September 13, 2017.

*/s/ Sean T. Carnathan*
Sean T. Carnathan
