# EXHIBIT 12

Summary of KDC Reimbursements A/P Transactions

| Date | Event | Transaction Amt. | Documentation | Property |
|---|---|---|---|---|
| 9/11/2013 | LLC Check #1060 - KDC Reimbursement - Home Depot | $ (28.61) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 9/11/2013 | LLC Check #1060 - KDC Reimbursement - National Lumber | $ (18,868.08) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 9/11/2013 | LLC Check #1060 - KDC Reimbursement - Barry Bros. Disposal | $ (50.47) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 9/11/2013 | LLC Check #1060 - KDC Reimbursement - Barry Bros. Disposal | $ (50.47) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 9/11/2013 | LLC Check #1060 - KDC Reimbursement - Home Depot | $ (28.61) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 9/11/2013 | LLC Check #1060 - KDC Reimbursement - National Lumber | $ (18,868.09) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 9/12/2013 | LLC Check #1061 - KDC Reimbursement - Town of Brookline Building Permit | $ (14,600.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 9/12/2013 | LLC Check #1061 - KDC Reimbursement - Town of Brookline Building Permit | $ (14,600.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 10/1/2013 | LLC Check #1078 - KDC Reimbursement - Town of Brookline | $ (480.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 10/1/2013 | LLC Check #1078 - KDC Reimbursement - Home Depot | $ (1,261.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 10/1/2013 | LLC Check #1078 - KDC Reimbursement - Horner Millwork | $ (3,176.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 10/1/2013 | LLC Check #1078 - KDC Reimbursement - National Lumber | $ (2,364.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 10/1/2013 | LLC Check #1078 - KDC Reimbursement - Asbestos Removal | $ (2,500.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 10/1/2013 | LLC Check #1078 - KDC Reimbursement - RAV & Associates | $ (680.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 10/1/2013 | LLC Check #1078 - KDC Reimbursement - Green Planet Pest Control | $ (125.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 10/1/2013 | LLC Check #1078 - KDC Reimbursement - Peter Nolan & Associates | $ (1,400.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 10/1/2013 | LLC Check #1078 - KDC Reimbursement - Town of Brookline | $ (480.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 10/1/2013 | LLC Check #1078 - KDC Reimbursement - Home Depot | $ (1,261.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 10/1/2013 | LLC Check #1078 - KDC Reimbursement - Horner Millwork | $ (3,176.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 10/1/2013 | LLC Check #1078 - KDC Reimbursement - National Lumber | $ (2,364.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 10/1/2013 | LLC Check #1078 - KDC Reimbursement - Asbestos Removal | $ (2,500.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 10/1/2013 | LLC Check #1078 - KDC Reimbursement - RAV & Associates | $ (680.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 10/1/2013 | LLC Check #1078 - KDC Reimbursement - Green Planet Pest Control | $ (125.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 10/1/2013 | LLC Check #1078 - KDC Reimbursement - Peter Nolan & Associates | $ (1,400.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 10/4/2013 | LLC Check #1079 - KDC Reimbursement - Harvey Industries | $ (91.67) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 10/4/2013 | LLC Check #1079 - KDC Reimbursement - Home Depot | $ (53,638.60) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 10/4/2013 | LLC Check #1080 - KDC Reimbursement - National Lumber | $ (6,172.37) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 10/4/2013 | LLC Check #1079 - KDC Reimbursement - National Lumber | $ (45,805.33) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 10/4/2013 | LLC Check #1079 - KDC Reimbursement - Leo Cavalier | $ (413.93) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 10/4/2013 | LLC Check #1079 - KDC Reimbursement - Leo Cavalier | $ (413.93) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 10/4/2013 | LLC Check #1079 - KDC Reimbursement - Barry Bros. Disposal | $ (50.47) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 10/4/2013 | LLC Check #1079 - KDC Reimbursement - Barry Bros. Disposal | $ (50.47) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 10/4/2013 | LLC Check #1079 - KDC Reimbursement - Harvey Industries | $ (91.68) | Proof of Claim QuickBooks Detail, Amex Summaries | 55 Lyman |
| 10/4/2013 | LLC Check #1079 - KDC Reimbursement - Home Depot | $ (53,638.60) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 10/4/2013 | LLC Check #1080 - KDC Reimbursement - National Lumber | $ (6,172.36) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 10/4/2013 | LLC Check #1079 - KDC Reimbursement - National Lumber | $ (45,805.32) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |

Summary of KDC Reimbursements A/P Transactions

| Date | Event | Transaction Amt. | Documentation | Property |
|---|---|---|---|---|
| 10/21/2013 | LLC Check #1083 - KDC Reimbursement - Home Depot | $ (1,471.79) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 10/21/2013 | LLC Check #1084 - KDC Reimbursement - National Lumber | $ (10,000.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 10/21/2013 | LLC Check #1083 - KDC Reimbursement - National Lumber | $ (36,681.28) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 10/21/2013 | LLC Check #1083 - KDC Reimbursement - Leo Cavalier | $ (413.93) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 10/21/2013 | LLC Check #1083 - KDC Reimbursement - Leo Cavalier | $ (413.93) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 10/21/2013 | LLC Check #1083 - KDC Reimbursement - Barry Bros. Disposal | $ (1,433.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 10/21/2013 | LLC Check #1083 - KDC Reimbursement - Barry Bros. Disposal | $ (1,433.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 10/21/2013 | LLC Check #1083 - KDC Reimbursement - Home Depot | $ (1,471.79) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 10/21/2013 | LLC Check #1084 - KDC Reimbursement - National Lumber | $ (10,000.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 10/21/2013 | LLC Check #1083 - KDC Reimbursement - National Lumber | $ (36,681.28) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 11/15/2013 | LLC Check #1099 - KDC Reimbursement - Home Depot | $ (659.71) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 11/15/2013 | LLC Check #1099 - KDC Reimbursement - National Lumber | $ (2,636.66) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 11/15/2013 | LLC Check #1099 - KDC Reimbursement Invoice #156 - National Grid | $ (205.26) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 11/15/2013 | LLC Check #1099 - KDC Reimbursement Invoice #156 - Asbestos Test | $ (462.50) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 11/15/2013 | LLC Check #1099 - KDC Reimbursement - Barry Bros. Disposal | $ (151.41) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 11/15/2013 | LLC Check #1099 - KDC Reimbursement - Barry Bros. Disposal | $ (151.41) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 11/15/2013 | LLC Check #1099 - KDC Reimbursement - Home Depot - KDC Invoice #156 | $ (659.71) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 11/15/2013 | LLC Check #1099 - KDC Reimbursement - National Lumber | $ (2,636.66) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 11/15/2013 | LLC Check #1099 - KDC Reimbursement - National Grid | $ (205.26) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 11/15/2013 | LLC Check #1099 - KDC Reimbursement Invoice #156 - Asbestos Test | $ (462.50) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 12/2/2013 | LLC Check #1001 - KDC Reimbursement - Home Depot | $ (62.69) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 12/2/2013 | LLC Check #1001 - KDC Reimbursement - National Lumber | $ (14,180.21) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 12/2/2013 | LLC Check #1001 - KDC Reimbursement - Barry Bros. Disposal | $ (757.09) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 12/2/2013 | LLC Check #1001 - KDC Reimbursement - Barry Bros. Disposal | $ (757.10) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 12/2/2013 | LLC Check #1001 - KDC Reimbursement - Home Depot | $ (62.69) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 12/2/2013 | LLC Check #1001 - KDC Reimbursement - National Lumber | $ (14,180.22) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 12/3/2013 | A/P KDC Invoice #216 - DiGiacomo | $ (3,000.00) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 12/28/2013 | A/P KDC Invoice #214 - Home Depot | $ (215.39) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 12/28/2013 | A/P KDC Invoice #214 - Barry Bros. Disposal | $ (50.47) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 12/28/2013 | A/P KDC Invoice #214 - Barry Bros. Disposal | $ (50.47) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 12/28/2013 | A/P KDC Invoice #214 - Home Depot | $ (215.39) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 12/30/2013 | LLC Check #1003 - KDC Reimbursement - Home Depot | $ (109.71) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 12/30/2013 | LLC Check #1003 - KDC Reimbursement - Lowe's | $ (2,939.94) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 12/30/2013 | LLC Check #1003 - KDC Reimbursement - National Lumber | $ (32,908.13) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 12/30/2013 | LLC Check #1005 - KDC Reimbursement - National Lumber | $ (5,068.80) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 12/30/2013 | LLC Check #1003 - KDC Reimbursement - Barry Bros. Disposal | $ (961.49) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 12/30/2013 | LLC Check #1003 - KDC Reimbursement - Barry Bros. Disposal | $ (961.50) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 12/30/2013 | LLC Check #1003 - KDC Reimbursement - Home Depot | $ (109.71) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 12/30/2013 | LLC Check #1003 - KDC Reimbursement - Lowe's | $ (2,939.94) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |

Summary of KDC Reimbursements A/P Transactions

| Date | Event | Transaction Amt. | Documentation | Property |
|---|---|---|---|---|
| 12/30/2013 | LLC Check #1003 - KDC Reimbursement - National Lumber | $ (32,908.13) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 12/30/2013 | LLC Check #1005 - KDC Reimbursement - National Lumber | $ (5,068.81) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 1/22/2014 | A/P KDC Invoice #229 - Home Depot | $ (161.28) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 1/22/2014 | A/P KDC Invoice #229 - Ikea | $ (23.89) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 1/22/2014 | A/P KDC Invoice #229 - National Lumber | $ (4,494.01) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 1/22/2014 | A/P KDC Invoice #229 - Protection One | $ (2,919.50) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 1/22/2014 | A/P KDC Invoice #229 - Barry Bros. Disposal | $ (384.06) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 1/22/2014 | A/P KDC Invoice #229 - Barry Bros. Disposal | $ (384.07) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 1/22/2014 | A/P KDC Invoice #229 - Home Depot | $ (161.28) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 1/22/2014 | A/P KDC Invoice #229 - Ikea | $ (23.89) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 1/22/2014 | A/P KDC Invoice #229 - National Lumber | $ (4,494.02) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 1/22/2014 | A/P KDC Invoice #229 - Protection One | $ (2,919.50) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 1/27/2014 | A/P KDC Invoice #245 - National Lumber | $ (574.75) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 1/27/2014 | A/P KDC Invoice #245 - National Lumber | $ (574.75) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 3/3/2014 | LLC Check #1034 - KDC Reimbursement - Home Depot | $ (256.03) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 3/3/2014 | LLC Check #1034 - KDC Reimbursement - Horner Millwork | $ (9,373.47) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 3/3/2014 | LLC Check #1034 - KDC Reimbursement - Merrimack Building Supply | $ (7,367.06) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 3/3/2014 | LLC Check #1034 - KDC Reimbursement - National Lumber | $ (15,759.52) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 3/3/2014 | LLC Check #1034 - KDC Reimbursement - Barry Bros. Disposal | $ (1,047.06) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 3/3/2014 | LLC Check #1034 - KDC Reimbursement - Barry Bros. Disposal | $ (1,047.06) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 3/3/2014 | LLC Check #1034 - KDC Reimbursement - Home Depot | $ (256.03) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 3/3/2014 | LLC Check #1034 - KDC Reimbursement - Horner Millwork | $ (9,373.47) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 3/3/2014 | LLC Check #1034 - KDC Reimbursement - Merrimack Building Supply | $ (7,367.06) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 3/3/2014 | LLC Check #1034 - KDC Reimbursement - National Lumber | $ (15,759.52) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 3/28/2014 | A/P KDC Invoice #274 - Construction Specialties | $ (14,130.00) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 3/28/2014 | A/P KDC Invoice #274 - Home Depot | $ (114.83) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 3/28/2014 | A/P KDC Invoice #274 - Horner Millwork | $ (49,490.77) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 3/28/2014 | A/P KDC Invoice #274 - Merrimack Building Supply | $ (7,630.97) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 3/28/2014 | A/P KDC Invoice #274 - National Lumber | $ (17,246.24) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 3/28/2014 | A/P KDC Invoice #274 - Atlas Insulation | $ (17,450.00) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 3/28/2014 | A/P KDC Invoice #274 - Protection One -Mar. Amex | $ (2,919.50) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 3/28/2014 | A/P KDC Invoice #274 - Barry Bros. Disposal | $ (739.64) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 3/28/2014 | A/P KDC Invoice #274 - Barry Bros. Disposal | $ (739.64) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 3/28/2014 | A/P KDC Invoice #274 - Construction Specialties - Mar. Amex | $ (14,130.00) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 3/28/2014 | A/P KDC Invoice #274 -Home Depot | $ (114.83) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 3/28/2014 | A/P KDC Invoice #274 - Horner Millwork | $ (49,490.77) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 3/28/2014 | A/P KDC Invoice #274 - Merrimack Building Supply | $ (7,630.97) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 3/28/2014 | A/P KDC Invoice #274 - National Lumber | $ (17,246.24) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 3/28/2014 | A/P KDC Invoice #274 - Atlas Insulation | $ (17,450.00) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 3/28/2014 | A/P KDC Invoice #274 - Protection One -Mar. Amex | $ (2,919.50) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 4/28/2014 | A/P KDC Invoice #282 - Barry Bros. Disposal | $ (700.69) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 4/28/2014 | A/P KDC Invoice #282 - Barry Bros. Disposal | $ (700.69) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 4/28/2014 | A/P KDC Invoice #282 - Home Depot | $ (433.80) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 4/28/2014 | A/P KDC Invoice #282 - Horner Millwork | $ (26,859.99) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 4/28/2014 | A/P KDC Invoice #282 - Lowe's | $ (1,436.50) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 4/28/2014 | A/P KDC Invoice #282 - National Lumber | $ (19,561.39) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 4/28/2014 | A/P KDC Invoice #282 - Home Depot | $ (433.80) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 4/28/2014 | A/P KDC Invoice #282 - Horner Millwork | $ (26,859.99) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 4/28/2014 | A/P KDC Invoice #282 - Lowe's | $ (1,436.50) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 4/28/2014 | A/P KDC Invoice #282 - National Lumber | $ (19,561.39) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 5/2/2014 | A/P KDC Invoice #310 - DiGiacomo | $ (7,000.00) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 5/29/2014 | A/P KDC Invoice #316 - Construction Specialties | $ (770.00) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 5/29/2014 | A/P KDC Invoice #316 - Home Depot | $ (1,925.42) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 5/29/2014 | A/P KDC Invoice #316 - Horner Millwork | $ (35,080.84) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 5/29/2014 | A/P KDC Invoice #316 - National Lumber | $ (15,739.23) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 5/29/2014 | A/P KDC Invoice #316 - RJJ Installation - May Amex | $ (332.78) | Proof of Claim QuickBooks Detail, Amex Summaries | 88 Cutler |
| 5/29/2014 | A/P KDC Invoice #316 - Barry Bros. Disposal | $ (300.47) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 5/29/2014 | A/P KDC Invoice #316 - Barry Bros. Disposal | $ (300.47) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 5/29/2014 | A/P KDC Invoice #316 - Construction Specialties - May Amex | $ (770.00) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 5/29/2014 | A/P KDC Invoice #316 - Home Depot | $ (1,925.42) | Proof of Claim QuickBooks Detail | 55 Lyman |

Summary of KDC Reimbursements A/P Transactions

| Date | Event | Transaction Amt. | Documentation | Property |
|---|---|---|---|---|
| 5/29/2014 | A/P KDC Invoice #316 - Horner Millwork | $ (35,060.84) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 5/29/2014 | A/P KDC Invoice #316 - National Lumber | $ (15,739.23) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 5/29/2014 | A/P KDC Invoice #316 - RJJ Installation - May Amex | $ (332.78) | Proof of Claim QuickBooks Detail, Amex Summaries | 55 Lyman |
| 6/11/2014 | A/P KDC Invoice 334 - Reimbursement - JW Campbell | $ (4,022.00) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 6/20/2014 | A/P KDC Check #1404 - JW Campbell | $ (550.00) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 6/20/2014 | A/P KDC Check #1404 - JW Campbell | $ (7,692.50) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 6/26/2014 | A/P KDC Invoice #335 - Horner Millwork | $ (2,851.30) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 6/27/2014 | A/P KDC Invoice #341 - JW Campbell Inv. 2661-2… | $ (1,250.00) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 6/27/2014 | A/P KDC Invoice #341 - JW Campbell Inv. 2661-2… | $ (5,912.00) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 6/28/2014 | A/P KDC Invoice #335 - Yale Appliance | $ (12,133.89) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 6/28/2014 | A/P KDC Invoice #335 - Construction Specialties | $ (1,647.00) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 6/28/2014 | A/P KDC Invoice #335 - Home Depot | $ (206.08) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 6/28/2014 | A/P KDC Invoice #335 - Home Goods | $ (69.04) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 6/28/2014 | A/P KDC Invoice #335 - Ideal Tile | $ (11,621.38) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 6/28/2014 | A/P KDC Invoice #335 - National Lumber | $ (11,288.12) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 6/28/2014 | A/P KDC Invoice #335 - Huntington Home Systems, Amex payment | $ (6,600.00) | Proof of Claim QuickBooks Detail, Amex Summaries | 88 Cutler |
| 6/28/2014 | A/P KDC Invoice #335 - Huntington Home Systems, Amex payment | $ (6,600.00) | Proof of Claim QuickBooks Detail, Amex Summaries | 55 Lyman |
| 6/28/2014 | A/P KDC Invoice #335 - Barry Bros. Disposal | $ (901.40) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 6/28/2014 | A/P KDC Invoice #335 - Barry Bros. Disposal | $ (901.41) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 6/28/2014 | A/P KDC Invoice #335 - Yale Appliances - June Amex | $ (12,133.89) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 6/28/2014 | A/P KDC Invoice #335 - Construction Specialties - June Amex | $ (1,647.00) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 6/28/2014 | A/P KDC Invoice #335 - Home Depot | $ (206.08) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 6/28/2014 | A/P KDC Invoice #335 - Home Goods | $ (69.04) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 6/28/2014 | A/P KDC Invoice #335 - Horner Millwork | $ (2,851.30) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 6/28/2014 | A/P KDC Invoice #335 - Ideal Tile | $ (11,621.39) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 6/28/2014 | A/P KDC Invoice #335 - National Lumber | $ (11,288.12) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 8/4/2014 | LLC Check #1105 - KDC Reimbursement - DaCosta | $ (5,000.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 8/5/2014 | LLC Check #1107 - KDC Reimbursement - Lowe's | $ (741.62) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 8/5/2014 | LLC Check #1107 - KDC Reimbursement - Yale Appliances | $ (12,133.61) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 8/5/2014 | LLC Check #1107 - KDC Reimbursement - Home Depot | $ (1,663.20) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 8/5/2014 | LLC Check #1107 - KDC Reimbursement - Home Goods | $ (297.46) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 8/5/2014 | LLC Check #1107 - KDC Reimbursement - Horner Millwork | $ (3,919.33) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 8/5/2014 | LLC Check # 1107 - KDC Reimbursement - Ideal Tile | $ (21.15) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 8/5/2014 | LLC Check #1107 - KDC Reimbursement - National Lumber | $ (144.57) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 8/5/2014 | LLC Check #1107 - KDC Reimbursement - Barry Bros. Disposal | $ (550.47) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 8/5/2014 | LLC Check #1107 - KDC Reimbursement - Barry Bros. Disposal | $ (550.47) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 8/5/2014 | LLC Check #1107 - KDC Reimbursement - Yale Appliances - Amex 7/29/… | $ (12,133.61) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 8/5/2014 | LLC Check #1107 - KDC Reimbursement - Home Depot | $ (1,663.21) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 8/5/2014 | LLC Check #1107 - KDC Reimbursement - Home Goods | $ (297.46) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 8/5/2014 | LLC Check #1107 - KDC Reimbursement - Horner Millwork | $ (3,919.34) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 8/5/2014 | LLC Check #1107 - KDC Reimbursement - Ideal Tile | $ (21.14) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 8/5/2014 | LLC Check #1107 - KDC Reimbursement - Lowe's | $ (741.63) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 8/5/2014 | LLC Check #1107 - KDC Reimbursement - National Lumber | $ (144.58) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 8/11/2014 | A/P KDC Invoice #369 -DiGiacomo | $ (1,500.00) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 8/27/2014 | LLC Check #1116 - KDC - Reimbursement - European Closets | $ (9,315.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 8/27/2014 | LLC Check #1116 - KDC Reimbursement - Sergey Nikolaev | $ (10,000.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 9/6/2014 | KDC Check Metrostone | $ (6,906.25) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 9/8/2014 | LLC Check #1122 - KDC Reimbursement - Lawn Sprinklers | $ (8,400.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 88 Cutler |
| 9/18/2014 | A/P KDC Reimbursement - JW Campbell Inv. 0073 | $ (3,000.00) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 9/28/2014 | A/P KDC Reimbursement - Construction Specialties | $ (635.00) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 9/28/2014 | A/P KDC Reimbursement - Home Depot | $ (3,308.35) | Proof of Claim QuickBooks Detail | 88 Cutler |

Summary of KDC Reimbursements A/P Transactions

| Date | Event | Transaction Amt. | Documentation | Property |
|---|---|---|---|---|
| 9/28/2014 | A/P KDC Reimbursement - Home Goods | $ (116.84) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 9/28/2014 | A/P KDC Reimbursement - Horner Millwork | $ (3,751.75) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 9/28/2014 | A/P KDC Reimbursment - Ideal Tile | $ (755.97) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 9/28/2014 | A/P KDC Reimbursement - National Lumber | $ (104.17) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 9/28/2014 | A/P KDC Reimbursement - National Lumber | $ (236.90) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 9/28/2014 | A/P KDC Invoice - Waterfalls Construction | $ (3,130.75) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 9/28/2014 | A/P KDC Reimbursement - Boston Glass | $ (2,639.69) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 9/28/2014 | A/P KDC Reimbursement - Boston Glass | $ (1,771.11) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 9/28/2014 | A/P KDC - Instant Interiors Aug & Sep… | $ (3,384.38) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 9/28/2014 | A/P KDC - Barry Bros. Disposal | $ (1,012.56) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 9/28/2014 | A/P KDC - Barry Bros. Disposal | $ (196.77) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 9/28/2014 | A/P KDC - Barry Bros. Disposal | $ (1,012.56) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 9/28/2014 | A/P KDC - Barry Bros. Disposal | $ (196.77) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 9/28/2014 | A/P KDC Reimbursement - Construction Specialties - Aug & Sept. Amex Plus | $ (635.00) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 9/28/2014 | A/P KDC Invoice - MULTIPLE - Home Depot | $ (3,308.36) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 9/28/2014 | A/P KDC Invoice - MULTIPLE - Home Goods | $ (956.15) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 9/28/2014 | A/P KDC Reimbursement - Horner Millwork | $ (3,751.74) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 9/28/2014 | A/P KDC Reimbursement - Ideal Tile | $ (755.97) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 9/28/2014 | A/P KDC Reimbursement - National Lumber | $ (104.16) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 9/28/2014 | A/P KDC Reimbursement - National Lumber | $ (236.91) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 9/28/2014 | A/P KDC Reimbursement - VIS Home | $ (245.00) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 9/28/2014 | A/P KDC Invoice - Waterfalls Construction | $ (3,130.75) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 9/28/2014 | A/P KDC Reimbursement - Boston Glass | $ (2,639.69) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 9/28/2014 | A/P KDC Reimbursement - Boston Glass | $ (1,771.11) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 9/28/2014 | A/P KDC - Instant Interiors Aug & Sep… | $ (3,384.38) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 10/2/2014 | A/P KDC Check #1520 - Reimbursement - JW Campbell | $ (200.00) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 10/2/2014 | A/P KDC Check #1484 - Town of Brookline | $ (200.00) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 10/2/2014 | A/P KDC Check #1485 - Town of Brookline | $ (50.00) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 10/2/2014 | A/P KDC Reimbursement - PaveTech | $ (7,022.00) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 10/6/2014 | A/P KDC - Ernesto Espindola | $ (600.00) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 10/6/2014 | A/P KDC Reimbursement - Ernesto Espindola | $ (200.00) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 10/29/2014 | A/P KDC Amex Payment to Ferguson (Plumbing supplies) | $ (3,500.00) | Proof of Claim QuickBooks Detail, support documents, Amex Summaries | 88 Cutler |
| 10/29/2014 | A/P KDC - Oct. Amex (South Shore Loam) | $ (485.62) | Proof of Claim QuickBooks Detail, Amex Summaries | 88 Cutler |
| 10/29/2014 | A/P KDC Amex - Protection One | $ (6.00) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 10/29/2014 | A/P KDC Reimbursement - Construction Specialties - Oct. Amex | $ (1,045.00) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 10/29/2014 | A/P KDC Reimbursement - Ideal Tile | $ (23,021.42) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 10/29/2014 | A/P KDC Amex - Protection One | $ (6.00) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 11/1/2014 | A/P KDC - Jay Berkson | $ (767.19) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 11/1/2014 | A/P KDC Reimbursement - Jay Berkson | $ (8,471.73) | Proof of Claim QuickBooks Detail, LLC Bank Statements | 55 Lyman |
| 11/29/2014 | A/P KDC Amex - Protection One | $ (39.99) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 11/29/2014 | A/P KDC Invoice - Amex - Home Depot | $ (501.77) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 11/29/2014 | A/P KDC Reimbursement - Horner Millwork | $ (38.25) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 11/29/2014 | A/P KDC Amex - Protection One | $ (39.99) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 12/29/2014 | A/P KDC Reimbursement - Home Depot | $ (11.01) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 12/29/2014 | A/P KDC Amex - Protection One | $ (39.99) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 12/29/2014 | A/P KDC Invoice - Amex - Home Depot | $ (9.07) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 12/29/2014 | A/P KDC Reimbursement - Horner Millwork | $ (66.94) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 12/29/2014 | A/P KDC Amex - Protection One | $ (39.99) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 1/29/2015 | A/P KDC Reimbursement - Construction Specialties | $ (1,390.00) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 1/29/2015 | A/P KDC Reimbursement - Horner Millwork | $ (1,693.84) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 1/29/2015 | A/P KDC Reimbursement - Greater Boston Green | $ (550.00) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 1/29/2015 | A/P KDC Amex - Huntington Home Systems | $ (996.99) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 1/29/2015 | A/P KDC Reimbursement - Construction Specialties - part of $2510 | $ (1,120.00) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 1/29/2015 | A/P KDC Invoice - Amex - Home Depot | $ (255.67) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 1/29/2015 | A/P KDC Invoice - Amex - Home Depot | $ (183.18) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 1/29/2015 | A/P KDC Reimbursement - Horner Millwork | $ (279.23) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 1/29/2015 | A/P KDC - Atlas Insulation | $ (560.00) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 1/29/2015 | A/P KDC Reimbursement - Greater Boston Green | $ (550.00) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 2/12/2015 | A/P KDC Reimbursement - Boston Glass | $ (877.00) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 2/28/2015 | A/P KDC Reimbursement - National Lumber | $ (47.78) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 4/28/2015 | A/P KDC - Instant Interiors "Paid 3/31/15" | $ (5,928.72) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 5/5/2015 | A/P KDC - Town of Brookline Trash Fees | $ (50.00) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 5/10/2015 | A/P KDC Checks #226-7 - Sergey Nikolaev | $ (9,660.00) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 5/10/2015 | A/P KDC Checks #226-7 - Sergey Nikolaev | $ (9,660.00) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 5/29/2015 | A/P KDC Reimbursement - VIS Home | $ (403.50) | Proof of Claim QuickBooks Detail | 55 Lyman |
| 5/31/2015 | A/P KDC Invoice - Affordable Lawn Sprinklers | $ (140.00) | Proof of Claim QuickBooks Detail | 88 Cutler |

| Date | Event | Transaction Amt. | Documentation | Property |
|---|---|---|---|---|
| 6/1/2015 | LC Credit for Returns - Home Depot | $ 1,272.79 | Proof of Claim QuickBooks Detail, support documents | 88 Cutler |
| 6/1/2015 | LC Credit for Returns - Home Depot | $ 568.98 | Proof of Claim QuickBooks Detail, support documents | 88 Cutler |
| 6/1/2015 | LC Credit for Returns - Home Goods | $ 116.84 | Proof of Claim QuickBooks Detail, support documents | 88 Cutler |
| 6/1/2015 | LC Credit for Returns - Home Goods | $ 34.52 | Proof of Claim QuickBooks Detail, support documents | 88 Cutler |
| 6/1/2015 | LC Credit for Returns - Horner Millwork | $ 2,683.90 | Proof of Claim QuickBooks Detail, support documents | 88 Cutler |
| 6/1/2015 | LC Credit for Returns - Lowe's | $ 2,748.98 | Proof of Claim QuickBooks Detail | 88 Cutler |
| 6/1/2015 | LLC Credit for payment on behalf of ProExcavation - Metrostone | $ 5,179.68 | Proof of Claim QuickBooks Detail, support documents | 88 Cutler |
| 6/1/2015 | LLC Credit for payment on behalf of ProExcavation - Waterfalls Constr. | $ 3,130.75 | Proof of Claim QuickBooks Detail | 88 Cutler |
| 6/1/2015 | LLC Credit for Amex Reimbursement - insulation | $ 50.00 | Proof of Claim QuickBooks Detail, support documents | 88 Cutler |
| 6/1/2015 | LC Credit for Returns - Home Depot | $ 1,272.79 | Proof of Claim QuickBooks Detail, support documents | 55 Lyman |
| 6/1/2015 | LC Credit for Returns - Home Depot | $ 568.98 | Proof of Claim QuickBooks Detail, support documents | 55 Lyman |
| 6/1/2015 | LC Credit for Returns - Home Goods | $ 116.85 | Proof of Claim QuickBooks Detail, support documents | 55 Lyman |
| 6/1/2015 | LC Credit for Returns - Home Goods | $ 34.52 | Proof of Claim QuickBooks Detail, support documents | 55 Lyman |
| 6/1/2015 | LC Credit for Returns - Horner Millwork | $ 2,683.91 | Proof of Claim QuickBooks Detail, support documents | 55 Lyman |
| 6/1/2015 | LC Credit for Returns - Lowe's | $ 2,748.98 | Proof of Claim QuickBooks Detail | 55 Lyman |
| 6/1/2015 | Credit due to LLC for payments made - Metrostone | $ 11,222.13 | Proof of Claim QuickBooks Detail | 55 Lyman |
| 6/1/2015 | LLC Credit for payment on behalf of ProExcavation - Waterfalls Constr. | $ 3,130.75 | Proof of Claim QuickBooks Detail | 55 Lyman |
| 6/1/2015 | LLC Credit for Amex Reimbursement - insulation | $ 50.00 | Proof of Claim QuickBooks Detail, support documents | 55 Lyman |
| 7/2/2015 | A/P KDC Check #289 - Dream Flooring | $ (2,500.00) | Proof of Claim QuickBooks Detail | 88 Cutler |
| 7/2/2015 | A/P KDC Check #289 - Dream Flooring | $ (2,500.00) | Proof of Claim QuickBooks Detail | 55 Lyman |
| | **Total Reimbursements and A/P to KDC** | **$ (1,334,969.76)** | | |
| | **Total Reimbursements** | **$ (627,267.08)** | | |
| | **Total A/P to KDC** | **$ (707,702.68)** | | |