# EXHIBIT 12 A

| Date | Check # | Amount | Bates Ref |
|---|---|---|---|
| 9/10/2013 | 1060 | $ 37,894.34 | L-C BK 000433 |
| 9/10/2013 | 1061 | $ 29,200.00 | L-C BK 000433 |
| 9/30/2013 | 1078 | $ 26,697.00 | L-C BK 000439 |
| 9/30/2013 | 1079 | $ 200,000.00 | L-C BK 000439 |
| 10/4/2013 | 1080 | $ 12,344.73 | L-C BK 000439 |
| 10/16/2013 | 1083 | $ 80,000.00 | L-C BK 000440 |
| 10/16/2013 | 1084 | $ 20,000.00 | L-C BK 000440 |
| 11/14/2013 | 1099 | $ 23,231.08 | L-C BK 000449 |
| 11/29/2013 | 1001 | $ 30,000.00 | L-C BK 000452 |
| 12/24/2013 | 1003 | $ 73,838.55 | L-C BK 000452 |
| 12/26/2013 | 1005 | $ 10,137.61 | L-C BK 000452 |
| 1/23/2014 | 1013 | $ 38,497.23 | L-C BK 000457 |
| 1/31/2014 | 1016 | $ 1,149.50 | L-C BK 000462 |
| 2/28/2014 | 1034 | $ 67,606.28 | L-C BK 000466 |
| 4/4/2014 | 1050 | $ 99,443.91 | L-C BK 000471 |
| 5/1/2014 | 1062 | $ 67,000.00 | L-C BK 000477 |
| 5/30/2014 | 1077 | $ 60,000.00 | L-C BK 000483 |
| 5/30/2014 | 1078 | $ 48,257.47 | L-C BK 000483 |
| 7/1/2014 | 1084 | $ 46,684.00 | L-C BK 000488 |
| 7/31/2014 | 1105 | $ 13,242.50 | L-C BK 000494 |
| 8/1/2014 | 1107 | $ 68,942.85 | L-C BK 000494 |
| 8/25/2014 | 1116 | $ 29,315.00 | L-C BK 000496 |
| 9/4/2014 | 1122 | $ 25,821.25 | L-C BK 000501 |
| 10/10/2014 | 1127 | $ 97,984.74 | L-C BK 000505 |
| 10/10/2014 | 1128 | $ 43,154.79 | L-C BK 000505 |
| | TOTAL | $ 1,250,442.83 | |







LYMAN-CUTLER LLC
188 Haynes Road
Belmont, MA 02478

Nov 14 , 2013

1000

PAY TO THE
ORDER OF   KAGAN DEVELOPMENT          | $ 63,231.00

SIXTY THREE THOUSAND, TWO HUNDRED & THIRTY ONE 00/100              DOLLARS

Rockland Trust
BROAD MOST MA 02766

FOR  Retun loan & 18%

⑆00 ⁙0990⁙ ⁙011304478⁙  ▮▮▮▮▮

L-C BK 000449



LYMAN-CUTLER LLC
130 TRAPELO RD
BELMONT, MA 02478-1873

1.5.14

Pay to the Order of: V&D HEAT          $ 25,000.00

TWENTY FIVE THOUSAND 7/100          Dollars

ROCKLAND TRUST

For: 88 Cutler

1007

01/06/2014 10:59AM MZS342 5610 NEGOTIATED AT CITIZENS BANK

---

LYMAN-CUTLER LLC
130 TRAPELO RD
BELMONT, MA 02478-1873                    1008

1.7.14

Pay to the Order of: Unicorn Electrica          $ 10,000.00

TEN THOUSAND 0/100          Dollars

ROCKLAND TRUST

For: 88 Cutler

1008

Seq: 19
Batch: 394897
Date: 01/13/14

---

LYMAN-CUTLER LLC
130 TRAPELO RD
BELMONT, MA 02478-1873                    1009

1.7.14

Pay to the Order of: Paul D'Giacomo          $ 4,000.00

FOUR THOUSAND 0/100          Dollars

ROCKLAND TRUST

For: 88 Lyman / Cutler

1009

FOR DEPOSIT ONLY
4000A012

JAN 9 8 2014

---

LYMAN-CUTLER LLC
130 TRAPELO RD
BELMONT, MA 02478-1873                    1012

1.15.14

Pay to the Order of: Jay M Berkson          $ 3393

TWENTY THREE HUNDRED & NINTY THREE 0/100          Dollars

ROCKLAND TRUST

For: 55 Lyman Rants

1012

---

LYMAN-CUTLER LLC
130 TRAPELO RD
BELMONT, MA 02478-1873                    1013

1/13/2014

Pay to the Order of:          $ 38,407.23

ROCKLAND TRUST

1013







Item's Image Is Not Available

Item's Image Is Not Available

---

**LYMAN-CUTLER LLC**
130 TRAPELO RD
BELMONT, MA 02478-1873

1082

5/1/2014

Pay to the Order of _Kagan Development_ $ 67,000.00

_Sixty Seven Thousand Dollars_

**ROCKLAND**TRUST

For _Accu Lux 309_

⑆011304478⑆ 1082

---

**LYMAN-CUTLER LLC**
130 TRAPELO RD
BELMONT, MA 02478-1873

1063

5/2/2014

Pay to the Order of _Campbell Construction_ $ 9022.50

_Nine Thousand Twenty dollars 50/100_

**ROCKLAND**TRUST

_Cutler_

For _inv 2078, 2078, 1995_

⑆011304478⑆ 1063

---

**LYMAN-CUTLER LLC**
130 TRAPELO RD
BELMONT, MA 02478-1873

1064

5/6/2014

Pay to the Order of _Campbell Construction_ $ 6764.50

_Six Thousand Seven Hundred Sixty Four dollars 50/100_

**ROCKLAND**TRUST

For _inv 2074 (55 Lyman)_

⑆011304478⑆ 1064

---

**LYMAN-CUTLER LLC**
130 TRAPELO RD
BELMONT, MA 02478-1873

1065

5/6/2014

Pay to the Order of _Da Costa Construction_ $ 4,350.00

_Four Thousand Three Hundred Fifty dollars 00/100_

**ROCKLAND**TRUST

For _inv 1406 (55 Lyman)_

⑆011304478⑆ 1065

---

L-C BK 000477



L-C BK 000483







L-C BK 000496



