# EXHIBIT 13

09/23/15

**Lyman-Cutler, LLC**
**Transactions by Account**
**All Transactions**

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Original Amount | Balance |
|---|---|---|---|---|---|---|---:|---:|---:|---:|
| **55 Lyman Building & Improvement** | | | | | | | | | | |
|   Outside Service | | | | | | | | | | |
|     Excavation | | | | | | | | | | |
|     Check | 08/28/13 | 1057 | | ProExcavation | Excavation/... | Rockland Tru... | 45,000.00 | | 45,000.00 | 45,000.00 |
|     Check | 09/25/13 | 1073 | | ProExcavation | 55 Lyman | Rockland Tru... | 30,000.00 | | 30,000.00 | 75,000.00 |
|     Check | 09/25/13 | 1074 | | ProExcavation | 55 Lyman F... | Rockland Tru... | 30,000.00 | | 30,000.00 | 105,000.00 |
|     Check | 09/25/13 | 1072 | | ProExcavation | 55 Lyman - ... | Rockland Tru... | 15,000.00 | | 15,000.00 | 120,000.00 |
|     Check | 11/29/13 | 123 | | ProExcavation | payment | Rockland Tru... | 5,000.00 | | 5,000.00 | 125,000.00 |
|     Check | 11/29/13 | 123 | | ProExcavation | payment | Rockland Tru... | 5,000.00 | | 5,000.00 | 130,000.00 |
|     Bill | 10/06/14 | | | ProExcavation | | Accounts Pay... | 20,000.00 | | 20,000.00 | 150,000.00 |
|   Total Excavation | | | | | | | 150,000.00 | 0.00 | | 150,000.00 |
|   Total Outside Service | | | | | | | 150,000.00 | 0.00 | | 150,000.00 |
| **Total 55 Lyman Building & Improvement** | | | | | | | 150,000.00 | 0.00 | | 150,000.00 |
| **TOTAL** | | | | | | | 150,000.00 | 0.00 | | 150,000.00 |

Page 1

KDC 01274

09/23/15

**Lyman-Cutler, LLC**
**Transactions by Account**
**All Transactions**

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Original Amount | Balance |
|---|---|---|---|---|---|---|---:|---:|---:|---:|
| **55 Lyman Building & Improvement** | | | | | | | | | | |
|   **Outside Service** | | | | | | | | | | |
|     **Landscaping** | | | | | | | | | | |
|       **ProExcavation** | | | | | | | | | | |
|       Check | 09/25/13 | 1072 | | ProExcavation | 55 Lyman - ... | Rockland Tru... | 15,000.00 | | 15,000.00 | 15,000.00 |
|       Check | 09/25/13 | 1075 | | ProExcavation | 55 Lyman F... | Rockland Tru... | 30,000.00 | | 30,000.00 | 45,000.00 |
|       Check | 01/27/14 | 1014 | | ProExcavation | payment | Rockland Tru... | 15,000.00 | | 15,000.00 | 60,000.00 |
|       Bill | 10/06/14 | | | ProExcavation | | Accounts Pay... | 120,000.00 | | 120,000.00 | 180,000.00 |
|       Check | 10/10/14 | 1126 | | ProExcavation | | Rockland Tru... | 20,000.00 | | 20,000.00 | 200,000.00 |
|       Bill | 05/28/15 | | | ProExcavation | Landscaping... | Accounts Pay... | 4,600.00 | | 4,600.00 | 204,600.00 |
|     **Total ProExcavation** | | | | | | | 204,600.00 | 0.00 | | 204,600.00 |
|   **Total Landscaping** | | | | | | | 204,600.00 | 0.00 | | 204,600.00 |
| **Total Outside Service** | | | | | | | 204,600.00 | 0.00 | | 204,600.00 |
| **Total 55 Lyman Building & Improvement** | | | | | | | 204,600.00 | 0.00 | | 204,600.00 |
| **TOTAL** | | | | | | | 204,600.00 | 0.00 | | 204,600.00 |

KDC 01279

09/23/15

Lyman-Cutler, LLC
Transactions by Account
All Transactions

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Original Amount | Balance |
|---|---|---|---|---|---|---|---:|---:|---:|---:|
| **55 Lyman Building & Improvement** | | | | | | | | | | |
|   **Outside Service** | | | | | | | | | | |
|     **Masonry** | | | | | | | | | | |
|     Check | 10/21/13 | 1085 | | ProExcavation | payment | Rockland Tru... | 20,000.00 | | 20,000.00 | 20,000.00 |
|     Check | 11/05/13 | 1097 | | ProExcavation | payment | Rockland Tru... | 20,000.00 | | 20,000.00 | 40,000.00 |
|     Check | 02/19/14 | 1025 | | ProExcavation | payment | Rockland Tru... | 22,500.00 | | 22,500.00 | 62,500.00 |
|     Bill | 10/06/14 | | | ProExcavation | | Accounts Pay... | 27,500.00 | | 27,500.00 | 90,000.00 |
|     Bill | 05/28/15 | | | ProExcavation | Masonry Re... | Accounts Pay... | 4,300.00 | | 4,300.00 | 94,300.00 |
|     **Total Masonry** | | | | | | | 94,300.00 | 0.00 | | 94,300.00 |
|   **Total Outside Service** | | | | | | | 94,300.00 | 0.00 | | 94,300.00 |
| **Total 55 Lyman Building & Improvement** | | | | | | | 94,300.00 | 0.00 | | 94,300.00 |
| **TOTAL** | | | | | | | 94,300.00 | 0.00 | | 94,300.00 |

KDC 01299

09/23/15

Lyman-Cutler, LLC
Transactions by Account
All Transactions

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Original Amount | Balance |
|---|---|---|---|---|---|---|---:|---:|---:|---:|
| **88 Cutler Building & Improvemen** | | | | | | | | | | |
|   **Outside Service** | | | | | | | | | | |
|     **Excavation** | | | | | | | | | | |
|     Check | 08/28/13 | 1057 | | ProExcavation | Excavation/... | Rockland Tru... | 45,000.00 | | 45,000.00 | 45,000.00 |
|     Check | 09/18/13 | 1066 | | ProExcavation | 88 Water/Se... | Rockland Tru... | 30,000.00 | | 30,000.00 | 75,000.00 |
|     Check | 11/29/13 | 123 | | ProExcavation | payment | Rockland Tru... | 5,000.00 | | 5,000.00 | 80,000.00 |
|     Check | 11/29/13 | 123 | | ProExcavation | payment | Rockland Tru... | 5,000.00 | | 5,000.00 | 85,000.00 |
|     Bill | 02/06/14 | | | ProExcavation | | Accounts Pay... | 75,000.00 | | 75,000.00 | 160,000.00 |
|     **Total Excavation** | | | | | | | 160,000.00 | 0.00 | | 160,000.00 |
|   **Total Outside Service** | | | | | | | 160,000.00 | 0.00 | | 160,000.00 |
| **Total 88 Cutler Building & Improvemen** | | | | | | | 160,000.00 | 0.00 | | 160,000.00 |
| **TOTAL** | | | | | | | 160,000.00 | 0.00 | | 160,000.00 |

Page 1

KAG 02056

09/23/15

**Lyman-Cutler, LLC**
**Transactions by Account**
**All Transactions**

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Original Amount | Balance |
|---|---|---|---|---|---|---|---:|---:|---:|---:|
| **88 Cutler Building & Improvemen** | | | | | | | | | | |
|   Outside Service | | | | | | | | | | |
|     Landscaping | | | | | | | | | | |
|       ProExcavation | | | | | | | | | | |
|       Check | 01/27/14 | 1014 | | ProExcavation | payment | Rockland Tru... | 15,000.00 | | 15,000.00 | 15,000.00 |
|       Bill | 02/06/14 | | | ProExcavation | | Accounts Pay... | 155,000.00 | | 155,000.00 | 170,000.00 |
|       Check | 10/10/14 | 1126 | | ProExcavation | | Rockland Tru... | 20,000.00 | | 20,000.00 | 190,000.00 |
|       Bill | 05/28/15 | | | ProExcavation | Landscaping... | Accounts Pay... | 4,600.00 | | 4,600.00 | 194,600.00 |
|     Total ProExcavation | | | | | | | 194,600.00 | 0.00 | | 194,600.00 |
|     Total Landscaping | | | | | | | 194,600.00 | 0.00 | | 194,600.00 |
|   Total Outside Service | | | | | | | 194,600.00 | 0.00 | | 194,600.00 |
| **Total 88 Cutler Building & Improvemen** | | | | | | | 194,600.00 | 0.00 | | 194,600.00 |
| **TOTAL** | | | | | | | 194,600.00 | 0.00 | | 194,600.00 |

Page 1

KAG 02067

09/23/15

Lyman-Cutler, LLC
Transactions by Account
All Transactions

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Original Amount | Balance |
|---|---|---|---|---|---|---|---:|---:|---:|---:|
| **88 Cutler Building & Improvemen** | | | | | | | | | | |
|   Outside Service | | | | | | | | | | |
|     Masonry | | | | | | | | | | |
|     Check | 10/21/13 | 1085 | | ProExcavation | payment | Rockland Tru... | 20,000.00 | | 20,000.00 | 20,000.00 |
|     Check | 11/05/13 | 1097 | | ProExcavation | payment | Rockland Tru... | 20,000.00 | | 20,000.00 | 40,000.00 |
|     Bill | 02/06/14 | | | ProExcavation | | Accounts Pay... | 27,500.00 | | 27,500.00 | 67,500.00 |
|     Check | 02/19/14 | 1025 | | ProExcavation | payment | Rockland Tru... | 22,500.00 | | 22,500.00 | 90,000.00 |
|     Bill | 05/28/15 | | | ProExcavation | Masonry Re... | Accounts Pay... | 4,300.00 | | 4,300.00 | 94,300.00 |
|   Total Masonry | | | | | | | 94,300.00 | 0.00 | | 94,300.00 |
| Total Outside Service | | | | | | | 94,300.00 | 0.00 | | 94,300.00 |
| Total 88 Cutler Building & Improvemen | | | | | | | 94,300.00 | 0.00 | | 94,300.00 |
| **TOTAL** | | | | | | | 94,300.00 | 0.00 | | 94,300.00 |

Page 1

KDC 01188