# EXHIBIT 14



**Transaction Details**
Prepared for
Vadim Kagan Cutler
Account Number
XXXX-XXXXXX

**The Business Platinum Card® / July 18, 2013 to December 31, 2013**

| Date | Receipt | Description | Card Member | Amount |
|---|---|---|---|---|
| Aug 08 2013 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $100.94 |
| Aug 15 2013 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $19.27 |
| Aug 15 2013 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $37.96 |
| Aug 22 2013 | | NATIONAL LUMBER CO 5MANSFIELD MA | Vadim Kagan Cutler | $34,204.51 |
| Aug 27 2013 | | NATIONAL LUMBER CO 5MANSFIELD MA | Vadim Kagan Cutler | $3,238.37 |
| Aug 28 2013 | | NATIONAL LUMBER CO 5MANSFIELD MA | Vadim Kagan Cutler | $293.29 |
| Sep 03 2013 | | NATIONAL LUMBER CO 5MANSFIELD MA | Vadim Kagan Cutler | $963.70 |
| Sep 05 2013 | | NATIONAL LUMBER CO 5MANSFIELD MA | Vadim Kagan Cutler | $4,739.95 |
| Sep 05 2013 | | NATIONAL LUMBER CO 5MANSFIELD MA | Vadim Kagan Cutler | $21,791.85 |
| Sep 12 2013 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $54,797.96 |
| Sep 16 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $8,966.64 |
| Sep 16 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $9,299.85 |
| Sep 17 2013 | | LEO S CAVELIER INC ACTON MA | Vadim Kagan Cutler | $827.86 |
| Sep 17 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $8,986.82 |
| Sep 18 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $135.81 |
| Sep 18 2013 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $52,479.23 |
| Sep 19 2013 | | HARVEY INDUSTRIES 54SOUTH BOROUGH MA | Vadim Kagan Cutler | $183.35 |
| Sep 20 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $5,180.73 |
| Sep 20 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $5,340.51 |
| Sep 20 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $5,385.42 |
| Sep 20 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $12,322.68 |
| Sep 20 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $14,510.25 |
| Sep 23 2013 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $100.94 |
| Sep 23 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $4,950.55 |
| Sep 26 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $1,380.63 |
| Sep 27 2013 | | LEO S CAVELIER INC ACTON MA | Vadim Kagan Cutler | $827.86 |
| Sep 27 2013 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | -$2,545.58 |
| Sep 27 2013 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $2,545.58 |
| Sep 30 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $21,601.04 |
| Oct 01 2013 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $500.00 |
| Oct 02 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $443.66 |
| Oct 03 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $2,374.98 |
| Oct 03 2013 | | THE HOME DEPOT #8979CHELSEA MA | Vadim Kagan Cutler | $398.00 |
| Oct 10 2013 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $100.94 |
| Oct 10 2013 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $500.00 |
| Oct 10 2013 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $717.55 |
| Oct 15 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $2,374.98 |
| Oct 15 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $3,459.31 |
| Oct 15 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $3,694.74 |
| Oct 18 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $5,609.20 |
| Oct 18 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $6,326.89 |
| Oct 22 2013 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $547.50 |
| Oct 22 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $3,789.25 |



**Transaction Details**
Prepared for
**Vadim Kagan Cutler**
Account Number
XXXX-XXXXXX-

The Business Platinum Card® / July 18, 2013 to December 31, 2013

| Date | Receipt | Description | Card Member | Amount |
|---|---|---|---|---|
| Oct 22 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $5,921.28 |
| Oct 22 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $10,317.49 |
| Oct 22 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $16,572.06 |
| Oct 24 2013 | | NATIONAL LUMBER CO 5NEWTON MA | Vadim Kagan Cutler | $218.40 |
| Oct 24 2013 | | NATIONAL LUMBER CO 5NEWTON MA | Vadim Kagan Cutler | $2,300.00 |
| Oct 25 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $307.23 |
| Oct 26 2013 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $500.00 |
| Oct 30 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $3,734.33 |
| Nov 01 2013 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $100.94 |
| Nov 04 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $832.58 |
| Nov 04 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $2,532.96 |
| Nov 05 2013 | | NATIONAL LUMBER CO 5NEWTON MA | Vadim Kagan Cutler | $401.57 |
| Nov 06 2013 | | NATIONAL LUMBER CO 5NEWTON MA | Vadim Kagan Cutler | $20,000.00 |
| Nov 07 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $5,378.42 |
| Nov 08 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $2,028.22 |
| Nov 08 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $3,269.43 |
| Nov 13 2013 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $125.38 |
| Nov 14 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $3,909.06 |
| Nov 18 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $1,975.80 |
| Nov 19 2013 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $589.30 |
| Nov 20 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $2,444.80 |
| Nov 21 2013 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $823.95 |
| Nov 26 2013 | | NATIONAL LUMBER CO 5NEWTON MA | Vadim Kagan Cutler | $42.93 |
| Nov 29 2013 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $100.94 |
| Nov 29 2013 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $553.20 |
| Nov 29 2013 | | NATIONAL LUMBER CO 5NEWTON MA | Vadim Kagan Cutler | $106.26 |
| Nov 29 2013 | | NATIONAL LUMBER CO 5NEWTON MA | Vadim Kagan Cutler | $109.33 |
| Dec 02 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $4,047.11 |
| Dec 02 2013 | | NATIONAL LUMBER CO 5NEWTON MA | Vadim Kagan Cutler | $19.76 |
| Dec 02 2013 | | NATIONAL LUMBER CO 5NEWTON MA | Vadim Kagan Cutler | $118.58 |
| Dec 04 2013 | | NATIONAL LUMBER CO 5NEWTON MA | Vadim Kagan Cutler | $349.99 |
| Dec 05 2013 | | NATIONAL LUMBER CO 5NEWTON MA | Vadim Kagan Cutler | $59.38 |
| Dec 05 2013 | | NATIONAL LUMBER CO 5NEWTON MA | Vadim Kagan Cutler | $174.99 |
| Dec 05 2013 | | NATIONAL LUMBER CO 5NEWTON MA | Vadim Kagan Cutler | $546.28 |
| Dec 06 2013 | | NATIONAL LUMBER CO 5NEWTON MA | Vadim Kagan Cutler | $100.13 |
| Dec 09 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $1,707.69 |
| Dec 09 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $4,436.39 |
| Dec 10 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $53.36 |
| Dec 10 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $2,770.53 |
| Dec 10 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $9,821.13 |
| Dec 11 2013 | | NATIONAL LUMBER CO 5NEWTON MA | Vadim Kagan Cutler | $75.87 |
| Dec 12 2013 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $620.65 |
| Dec 12 2013 | | NATIONAL LUMBER CO 5NEWTON MA | Vadim Kagan Cutler | $133.28 |



**Transaction Details**
Prepared for
Vadim Kagan Cutler
Account Number
XXXX-XXXXXX-

The Business Platinum Card® / July 18, 2013 to December 31, 2013

| Date | Receipt | Description | Card Member | Amount |
|---|---|---|---|---|
| Dec 13 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $73.72 |
| Dec 13 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $9,821.13 |
| Dec 13 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $22,919.36 |
| Dec 13 2013 | | NATIONAL LUMBER CO 5NEWTON MA | Vadim Kagan Cutler | $131.91 |
| Dec 18 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $1,462.65 |
| Dec 18 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $2,301.00 |
| Dec 18 2013 | | NATIONAL LUMBER CO 5NEWTON MA | Vadim Kagan Cutler | $66.83 |
| Dec 18 2013 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $219.42 |
| Dec 21 2013 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $648.20 |
| Dec 23 2013 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $4,409.60 |
| Dec 24 2013 | | LOWE'S OF DEDHAM, MADEDHAM MA | Vadim Kagan Cutler | $5,879.88 |
| Dec 27 2013 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $100.94 |
| Dec 27 2013 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $215.39 |
| Dec 27 2013 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $215.39 |
| Dec 31 2013 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $667.20 |
| Dec 31 2013 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $261.15 |

**SUMMARY**

| | |
|---|---|
| Payments | $0.00 |
| Pay In Full Charges | $465,675.30 |
| Pay Over Time Charges | $0.00 |
| Credits | -$2,545.58 |
| Total | $463,129.72 |



**Transaction Details**
Prepared for
Vadim Kagan Cutler
Account Number
XXXX-XXXXXX-

The Business Platinum Card® / January 1, 2014 to December 31, 2014

| Date | Receipt | Description | Card Member | Amount |
|---|---|---|---|---|
| Jan 06 2014 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $1,639.61 |
| Jan 06 2014 | | NATIONAL LUMBER CO 5NEWTON MA | Vadim Kagan Cutler | $683.93 |
| Jan 07 2014 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $126.62 |
| Jan 08 2014 | | NATIONAL LUMBER CO 5NEWTON MA | Vadim Kagan Cutler | $118.58 |
| Jan 09 2014 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $924.52 |
| Jan 10 2014 | | NATIONAL LUMBER CO 5NEWTON MA | Vadim Kagan Cutler | $267.43 |
| Jan 10 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $183.18 |
| Jan 11 2014 | | NATIONAL LUMBER CO MANSFIELD MA | Vadim Kagan Cutler | $29.70 |
| Jan 13 2014 | | IKEA STOUGHTON 0158 STOUGHTON MA | Vadim Kagan Cutler | $47.78 |
| Jan 13 2014 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $4,828.42 |
| Jan 13 2014 | | NATIONAL LUMBER CO 5NEWTON MA | Vadim Kagan Cutler | $35.06 |
| Jan 14 2014 | | PROTECTION 1 PROTECTLAWRENCE KS | Vadim Kagan Cutler | $5,838.99 |
| Jan 15 2014 | | NATIONAL LUMBER CO 5NEWTON MA | Vadim Kagan Cutler | $28.27 |
| Jan 16 2014 | | NATIONAL LUMBER CO 5NEWTON MA | Vadim Kagan Cutler | $44.47 |
| Jan 16 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $28.96 |
| Jan 17 2014 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $261.42 |
| Jan 20 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $100.94 |
| Jan 21 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $32.46 |
| Jan 22 2014 | | NATIONAL LUMBER CO 5BERLIN MA | Vadim Kagan Cutler | $264.56 |
| Jan 23 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $280.39 |
| Jan 24 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $158.10 |
| Jan 27 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $1.43 |
| Jan 27 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $445.02 |
| Jan 29 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $178.18 |
| Jan 29 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $467.23 |
| Jan 29 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $10,774.54 |
| Jan 30 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $707.10 |
| Jan 31 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $71.40 |
| Jan 31 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $119.25 |
| Jan 31 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $765.00 |
| Feb 03 2014 | | NATIONAL LUMBER BERL5083398020 | Vadim Kagan Cutler | $2,345.14 |
| Feb 03 2014 | | NATIONAL LUMBER BERL5083398020 | Vadim Kagan Cutler | $8,296.45 |
| Feb 03 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $316.84 |
| Feb 04 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $500.00 |
| Feb 05 2014 | | NATIONAL LUMBER BERL5083398020 | Vadim Kagan Cutler | $1,162.68 |
| Feb 06 2014 | | NATIONAL LUMBER BERL5083398020 | Vadim Kagan Cutler | $1,955.70 |
| Feb 06 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $84.66 |
| Feb 06 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $301.75 |
| Feb 06 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $94.48 |
| Feb 07 2014 | | NATIONAL LUMBER BERL5083398020 | Vadim Kagan Cutler | $43.65 |
| Feb 07 2014 | | NATIONAL LUMBER BERL5083398020 | Vadim Kagan Cutler | $430.75 |
| Feb 10 2014 | | NATIONAL LUMBER BERL5083398020 | Vadim Kagan Cutler | $1,440.55 |
| Feb 11 2014 | | NATIONAL LUMBER BERLBERLIN MA | Vadim Kagan Cutler | $107.86 |



**Transaction Details**
Prepared for
**Vadim Kagan Cutler**
Account Number
XXXX-XXXXXX-

The Business Platinum Card® / January 1, 2014 to December 31, 2014

| Date | Receipt | Description | Card Member | Amount |
|---|---|---|---|---|
| Feb 11 2014 | | NATIONAL LUMBER BERLBERLIN MA | Vadim Kagan Cutler | $2,397.33 |
| Feb 12 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $1,341.27 |
| Feb 12 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $57.14 |
| Feb 13 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | -$55.24 |
| Feb 13 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $63.73 |
| Feb 13 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $88.48 |
| Feb 14 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | -$63.73 |
| Feb 17 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $100.94 |
| Feb 18 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $1,328.47 |
| Feb 18 2014 | | MERRIMACK BUILDING SMEDWAY MA | Vadim Kagan Cutler | $14,734.12 |
| Feb 19 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $198.48 |
| Feb 20 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $50.00 |
| Feb 20 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $201.88 |
| Feb 20 2014 | | MANSFIELD INSIDE SAL5083398020 | Vadim Kagan Cutler | $4,730.91 |
| Feb 24 2014 | | MANSFIELD INSIDE SALMANSFIELD MA | Vadim Kagan Cutler | $1,073.35 |
| Feb 24 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $138.08 |
| Feb 25 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $534.20 |
| Feb 25 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $1,328.47 |
| Feb 25 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $1,508.75 |
| Feb 25 2014 | | MANSFIELD INSIDE SALMANSFIELD MA | Vadim Kagan Cutler | $7,453.72 |
| Feb 25 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $113.75 |
| Feb 26 2014 | | MANSFIELD INSIDE SALMANSFIELD MA | Vadim Kagan Cutler | $975.18 |
| Feb 28 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $32.49 |
| Feb 28 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $396.05 |
| Mar 03 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $388.28 |
| Mar 03 2014 | | PROTECTION 1 PROTECTLAWRENCE KS | Vadim Kagan Cutler | $5,838.99 |
| Mar 04 2014 | | ATLAS INSULATION CO.N SCITUATE RI | Vadim Kagan Cutler | -$100.00 |
| Mar 04 2014 | | ATLAS INSULATION CO.N SCITUATE RI | Vadim Kagan Cutler | $17,500.00 |
| Mar 04 2014 | | INTUIT*CONSTRUCTION STONEHAM MA | Vadim Kagan Cutler | $10,295.00 |
| Mar 06 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $703.69 |
| Mar 07 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $316.84 |
| Mar 11 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $27,619.86 |
| Mar 11 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $39.80 |
| Mar 12 2014 | | NATIONAL LUMBER BERLBERLIN MA | Vadim Kagan Cutler | $2,425.47 |
| Mar 13 2014 | | CONSTRUCTION SPECIAL781-438-5978 | Vadim Kagan Cutler | $15,705.00 |
| Mar 13 2014 | | NATIONAL LUMBER BERLBERLIN MA | Vadim Kagan Cutler | $1,029.73 |
| Mar 14 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $565.72 |
| Mar 14 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $66,552.78 |
| Mar 14 2014 | | NATIONAL LUMBER BERLBERLIN MA | Vadim Kagan Cutler | $525.33 |
| Mar 14 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $116.77 |
| Mar 17 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $100.94 |
| Mar 17 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $632.05 |
| Mar 18 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $644.40 |

**Transaction Details**
Prepared for
Vadim Kagan Cutler
Account Number
XXXX-XXXXXX-

The Business Platinum Card® / January 1, 2014 to December 31, 2014

| Date | Receipt | Description | Card Member | Amount |
|---|---|---|---|---|
| Mar 18 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $371.76 |
| Mar 18 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $314.84 |
| Mar 19 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $21.20 |
| Mar 19 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $150.09 |
| Mar 20 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $100.94 |
| Mar 20 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | -$632.05 |
| Mar 20 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $316.84 |
| Mar 20 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $348.70 |
| Mar 21 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $72.40 |
| Mar 24 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $2,264.19 |
| Mar 24 2014 | | NATIONAL LUMBER NEW 5083398020 | Vadim Kagan Cutler | $27,500.00 |
| Mar 24 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $23.64 |
| Mar 25 2014 | | ATLAS INSULATION CO.N SCITUATE RI | Vadim Kagan Cutler | $17,400.00 |
| Mar 26 2014 | | CONSTRUCTION SPECIAL781-438-5978 | Vadim Kagan Cutler | $2,260.00 |
| Mar 26 2014 | | MERRIMACK BUILDING SMEDWAY MA | Vadim Kagan Cutler | $15,261.94 |
| Mar 27 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $633.00 |
| Mar 31 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $63.59 |
| Mar 31 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $1,067.35 |
| Apr 02 2014 | | NATIONAL LUMBER BERLBERLIN MA | Vadim Kagan Cutler | $2,530.80 |
| Apr 03 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $1,973.71 |
| Apr 03 2014 | | NATIONAL LUMBER BERLBERLIN MA | Vadim Kagan Cutler | $70.61 |
| Apr 03 2014 | | NATIONAL LUMBER BERLBERLIN MA | Vadim Kagan Cutler | $73.70 |
| Apr 03 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $576.95 |
| Apr 04 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $296.82 |
| Apr 04 2014 | | NATIONAL LUMBER NEW 5083398020 | Vadim Kagan Cutler | $20,000.00 |
| Apr 07 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $12.10 |
| Apr 08 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $969.73 |
| Apr 08 2014 | | NATIONAL LUMBER NEW 5083398020 | Vadim Kagan Cutler | $5,000.00 |
| Apr 10 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $66.88 |
| Apr 11 2014 | | NATIONAL LUMBER BERL5083398020 | Vadim Kagan Cutler | $1,187.62 |
| Apr 14 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $1,761.24 |
| Apr 14 2014 | | NATIONAL LUMBER BERL5083398020 | Vadim Kagan Cutler | $337.04 |
| Apr 15 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $100.94 |
| Apr 15 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $500.00 |
| Apr 15 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $699.50 |
| Apr 15 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $67.62 |
| Apr 15 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $733.10 |
| Apr 17 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $100.94 |
| Apr 17 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $378.68 |
| Apr 17 2014 | | NATIONAL LUMBER BERL5083398020 | Vadim Kagan Cutler | $1,362.51 |
| Apr 21 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $665.13 |
| Apr 22 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $483.30 |
| Apr 23 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $2,465.39 |



**Transaction Details**
Prepared for
Vadim Kagan Cutler
Account Number
XXXX-XXXXXX-

**The Business Platinum Card® / January 1, 2014 to December 31, 2014**

| Date | Receipt | Description | Card Member | Amount |
|---|---|---|---|---|
| Apr 23 2014 | | NATIONAL LUMBER NEW 5083398020 | Vadim Kagan Cutler | $7,878.64 |
| Apr 24 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $269.90 |
| Apr 24 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $632.70 |
| Apr 25 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $39,191.15 |
| Apr 25 2014 | | NATIONAL LUMBER NEWT5083398020 | Vadim Kagan Cutler | $2.19 |
| Apr 25 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $90.62 |
| Apr 28 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $3,501.29 |
| Apr 28 2014 | | LOWE'S OF DEDHAM, MADEDHAM MA | Vadim Kagan Cutler | $2,873.00 |
| Apr 28 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $57.25 |
| Apr 28 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $187.17 |
| Apr 29 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $526.94 |
| Apr 30 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $93.13 |
| May 01 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $500.00 |
| May 02 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $36,605.83 |
| May 02 2014 | | MANSFIELD INSIDE SAL5083398020 | Vadim Kagan Cutler | $1,159.30 |
| May 02 2014 | | MANSFIELD INSIDE SAL5083398020 | Vadim Kagan Cutler | $15,084.54 |
| May 02 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $285.07 |
| May 05 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $179.93 |
| May 05 2014 | | NATIONAL LUMBER NEW 5083398020 | Vadim Kagan Cutler | $8,035.92 |
| May 06 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $177.18 |
| May 07 2014 | | RJJ INSTALLATION I 5NORWOOD MA | Vadim Kagan Cutler | $665.55 |
| May 07 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $342.10 |
| May 08 2014 | | HORNER MILLWORK SOMERSET MA | Vadim Kagan Cutler | -$50.52 |
| May 08 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | -$960.59 |
| May 08 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $1,442.16 |
| May 09 2014 | | NATIONAL LUMBER BERL5083398020 | Vadim Kagan Cutler | $845.13 |
| May 12 2014 | | CONSTRUCTION SPECIAL781-438-5978 | Vadim Kagan Cutler | $1,540.00 |
| May 12 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $520.38 |
| May 12 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $483.88 |
| May 12 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $214.48 |
| May 13 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $3,338.51 |
| May 13 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $10.62 |
| May 14 2014 | | HORNER MILLWORK SOMERSET MA | Vadim Kagan Cutler | -$1,878.02 |
| May 14 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $12.16 |
| May 15 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $659.73 |
| May 16 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $100.94 |
| May 16 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | -$566.29 |
| May 19 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $62.20 |
| May 19 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $235.40 |
| May 19 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $944.44 |
| May 21 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $925.12 |
| May 21 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $1,279.08 |
| May 21 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $3,842.90 |

**Transaction Details**
Prepared for
Vadim Kagan Cutler
Account Number
XXXX-XXXXXX-

The Business Platinum Card® / January 1, 2014 to December 31, 2014

| Date | Receipt | Description | Card Member | Amount |
|---|---|---|---|---|
| May 21 2014 | | NATIONAL LUMBER NEW NEW BEDFORD MA | Vadim Kagan Cutler | $21,809.33 |
| May 22 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $2,242.94 |
| May 22 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $454.30 |
| May 22 2014 | | THE HOME DEPOT 2674 WALTHAM MA | Vadim Kagan Cutler | $1,253.58 |
| May 27 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $914.18 |
| May 28 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $25.73 |
| May 28 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $221.22 |
| May 29 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | -$1,280.34 |
| May 29 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $979.15 |
| May 29 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $225.16 |
| May 30 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $729.54 |
| Jun 03 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $1,067.97 |
| Jun 03 2014 | | HUNTINGTON TV 0301 NEWTON CENTER MA | Vadim Kagan Cutler | $13,200.00 |
| Jun 04 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $24.39 |
| Jun 05 2014 | | CONSTRUCTION SPECIAL781-438-5978 | Vadim Kagan Cutler | $3,295.00 |
| Jun 05 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $398.42 |
| Jun 09 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $100.94 |
| Jun 09 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $500.00 |
| Jun 09 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $600.94 |
| Jun 09 2014 | | HOMEGOODS #0631 00008008880776 | Vadim Kagan Cutler | $138.08 |
| Jun 09 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $633.68 |
| Jun 12 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $100.94 |
| Jun 12 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $115.13 |
| Jun 12 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $416.16 |
| Jun 12 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $504.31 |
| Jun 13 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $157.73 |
| Jun 16 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $360.51 |
| Jun 16 2014 | | IDEAL TILE OF NEWTONNEWTON UPPER MA | Vadim Kagan Cutler | $23,242.78 |
| Jun 16 2014 | | NATIONAL LUMBER NEW NEW BEDFORD MA | Vadim Kagan Cutler | $21,559.67 |
| Jun 17 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $72.43 |
| Jun 19 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $672.82 |
| Jun 20 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $315.33 |
| Jun 21 2014 | | YALE APPLIANCE & LIGDORCHESTER MA | Vadim Kagan Cutler | $24,267.77 |
| Jun 23 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $1,437.74 |
| Jun 25 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $500.00 |
| Jun 27 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $500.00 |
| Jun 27 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $500.00 |
| Jul 01 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $642.83 |
| Jul 08 2014 | | IDEAL TILE OF NEWTONNEWTON UPPER MA | Vadim Kagan Cutler | $42.29 |
| Jul 08 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $843.41 |
| Jul 09 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $161.99 |
| Jul 09 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | -$0.22 |
| Jul 15 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $100.94 |

**Transaction Details**
Prepared for
Vadim Kagan Cutler
Account Number
XXXX-XXXXXX

The Business Platinum Card® / January 1, 2014 to December 31, 2014

| Date | Receipt | Description | Card Member | Amount |
|---|---|---|---|---|
| Jul 15 2014 | | LOWE'S OF DEDHAM, MADEDHAM MA | Vadim Kagan Cutler | $1,483.25 |
| Jul 15 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $215.64 |
| Jul 16 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $63.58 |
| Jul 16 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $981.08 |
| Jul 24 2014 | | HOMEGOODS #0167 00008008880776 | Vadim Kagan Cutler | $329.35 |
| Jul 24 2014 | | HOMEGOODS #0631 00008008880776 | Vadim Kagan Cutler | $265.57 |
| Jul 24 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $63.58 |
| Jul 24 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $643.45 |
| Jul 26 2014 | | YALE APPLIANCE & LIGDORCHESTER MA | Vadim Kagan Cutler | $24,267.22 |
| Jul 28 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $5,309.61 |
| Jul 29 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $2,529.06 |
| Jul 31 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $189.98 |
| Aug 01 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $423.94 |
| Aug 04 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | -$82.79 |
| Aug 04 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $81.20 |
| Aug 04 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $2,854.89 |
| Aug 05 2014 | | IDEAL TILE OF NEWTONNEWTON UPPER MA | Vadim Kagan Cutler | $755.97 |
| Aug 05 2014 | | IDEAL TILE OF NEWTONNEWTON UPPER MA | Vadim Kagan Cutler | $755.97 |
| Aug 05 2014 | | IN *BOSTON GLASS INCCHESTNUT HILL MA | Vadim Kagan Cutler | $5,279.38 |
| Aug 07 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $65.55 |
| Aug 07 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $520.90 |
| Aug 07 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $6,761.73 |
| Aug 11 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $717.08 |
| Aug 13 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $31.86 |
| Aug 14 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $691.18 |
| Aug 14 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $115.72 |
| Aug 15 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $100.94 |
| Aug 15 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $12.42 |
| Aug 19 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $164.05 |
| Aug 20 2014 | | INSTANT INTERIORS 06FRAMINGHAM MA | Vadim Kagan Cutler | $6,768.75 |
| Aug 20 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $139.71 |
| Aug 22 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $620.65 |
| Aug 25 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $243.31 |
| Aug 26 2014 | | HOMEGOODS #0167 00008008880776 | Vadim Kagan Cutler | $233.69 |
| Aug 27 2014 | | HOMEGOODS #0631 00008008880776 | Vadim Kagan Cutler | -$233.69 |
| Aug 27 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $180.18 |
| Aug 28 2014 | | IN *CONSTRUCTION SPESTONEHAM MA | Vadim Kagan Cutler | $1,270.00 |
| Aug 28 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $829.23 |
| Sep 01 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $301.81 |
| Sep 02 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $100.94 |
| Sep 02 2014 | | IN *BOSTON GLASS INCCHESTNUT HILL MA | Vadim Kagan Cutler | $600.00 |
| Sep 02 2014 | | IN *BOSTON GLASS INCCHESTNUT HILL MA | Vadim Kagan Cutler | $2,954.23 |
| Sep 02 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $260.42 |



**Transaction Details**
Prepared for
Vadim Kagan Cutler
Account Number
XXXX-XXXXXX-

The Business Platinum Card® / January 1, 2014 to December 31, 2014

| Date | Receipt | Description | Card Member | Amount |
|---|---|---|---|---|
| Sep 02 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $153.00 |
| Sep 03 2014 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $213.39 |
| Sep 04 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | -$370.75 |
| Sep 04 2014 | | THE HOME DEPOT 2671 AVON MA | Vadim Kagan Cutler | $679.80 |
| Sep 05 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | -$114.54 |
| Sep 05 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | -$47.79 |
| Sep 09 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | -$402.90 |
| Sep 12 2014 | | BARRY BROTHERS DISPO508-6680455 MA | Vadim Kagan Cutler | $292.60 |
| Sep 12 2014 | | VIS-HOME 847-305-9328 IL | Vadim Kagan Cutler | $245.00 |
| Sep 16 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $423.94 |
| Sep 18 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $50.58 |
| Oct 06 2014 | | IN *CONSTRUCTION SPESTONEHAM MA | Vadim Kagan Cutler | $1,045.00 |
| Oct 07 2014 | | IDEAL TILE OF NEWTONNEWTON UPPER MA | Vadim Kagan Cutler | $23,021.42 |
| Oct 08 2014 | | SOUTH SHORE LOAM A 5ROCKLAND MA | Vadim Kagan Cutler | $485.63 |
| Oct 09 2014 | | FERGUSON ENTERPRISES781-592-1200 | Vadim Kagan Cutler | $7,000.00 |
| Oct 24 2014 | | PROTECTION 1 PROTECTLAWRENCE KS | Vadim Kagan Cutler | $6.00 |
| Oct 24 2014 | | PROTECTION 1 PROTECTLAWRENCE KS | Vadim Kagan Cutler | $18.00 |
| Nov 05 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $231.01 |
| Nov 06 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $233.79 |
| Nov 13 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $38.25 |
| Nov 24 2014 | | PROTECTION 1 PROTECTLAWRENCE KS | Vadim Kagan Cutler | $39.99 |
| Nov 24 2014 | | PROTECTION 1 PROTECTLAWRENCE KS | Vadim Kagan Cutler | $39.99 |
| Nov 24 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $36.97 |
| Dec 16 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $9.07 |
| Dec 17 2014 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $11.01 |
| Dec 26 2014 | | PROTECTION 1 PROTECTLAWRENCE KS | Vadim Kagan Cutler | $39.99 |
| Dec 26 2014 | | PROTECTION 1 PROTECTLAWRENCE KS | Vadim Kagan Cutler | $39.99 |
| Dec 29 2014 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $66.94 |

## SUMMARY

| | |
|---|---|
| Payments | $0.00 |
| Pay In Full Charges | $711,689.57 |
| Pay Over Time Charges | $0.00 |
| Credits | -$6,839.46 |
| Total | $704,850.11 |



**Transaction Details**
Prepared for
Vadim Kagan Cutler
Account Number
XXXX-XXXXXX-

The Business Platinum Card® / January 1, 2015 to August 18, 2015

| Date | Receipt | Description | Card Member | Amount |
|---|---|---|---|---|
| Jan 02 2015 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $3.70 |

Doing Business As: HOME DEPOT
1213 VFW PKWY WEST ROXBURY MA 02132 UNITED STATES
Additional Information: 800-654-0688
Reference: 320150030424517507
Category: Merchandise & Supplies-Hardware Supplies

| Jan 02 2015 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $4.75 |

Doing Business As: HOME DEPOT
1213 VFW PKWY WEST ROXBURY MA 02132 UNITED STATES
Additional Information: 800-654-0688
Reference: 320150030424820998
Category: Merchandise & Supplies-Hardware Supplies

| Jan 09 2015 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $30.43 |

Doing Business As: HOME DEPOT
1213 VFW PKWY WEST ROXBURY MA 02132 UNITED STATES
Additional Information: 800-654-0688
Reference: 320150100530147750
Category: Merchandise & Supplies-Hardware Supplies

| Jan 13 2015 | | HUNTINGTON TV 0606 NEWTON CENTER MA | Vadim Kagan Cutler | $996.99 |

Doing Business As: HUNTINGTON HOME SYSTEMS
369 BOYLSTON ST NEWTON CENTER MA 02459-2844 UNITED STATES
Additional Information: 617-244-6800
Reference: 320150140598773561
Category: Business Services-Professional Services

Transaction Details
ELECTRONIC MERCHAND

| Jan 14 2015 | | GBG HERS RATERS 6174181444 MA | Vadim Kagan Cutler | $550.00 |

Doing Business As: GBG HERS RATERS
P.O. BOX 590213 6174181444 MA 02459 UNITED STATES
Additional Information: 6174181444
Reference: 320150140587523297
Category: Merchandise & Supplies-Computer Supplies

| Jan 14 2015 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $66.94 |

Doing Business As: HORNER MILLWORK CORP
1255 GRAND ARMY HWY STE 1 SOMERSET MA 02726-1294 UNITED STATES
Additional Information: 508-679-6749
Reference: 320150140587205382
Category: Merchandise & Supplies-Hardware Supplies

Transaction Details
CONSTRUCTION MATERI

| Jan 14 2015 | | THE HOME DEPOT 2665 WEST ROXBURY MA | Vadim Kagan Cutler | $216.79 |

Doing Business As: HOME DEPOT
1213 VFW PKWY WEST ROXBURY MA 02132 UNITED STATES
Additional Information: 800-654-0688
Reference: 320150150603140585
Category: Merchandise & Supplies-Hardware Supplies

| Jan 15 2015 | | ATLAS INSULATION CO.N SCITUATE RI | Vadim Kagan Cutler | $560.00 |

Doing Business As: ATLAS INSULATION COMPANY
116 DANIELSON PIKE NORTH SCITUATE RI 02857-1808 UNITED STATES
Additional Information: 4016472500
Reference: 320150150603178559
Category: Business Services-Contracting Services

| Jan 15 2015 | | GBG HERS RATERS 6174181444 MA | Vadim Kagan Cutler | $550.00 |

Doing Business As: GBG HERS RATERS
P.O. BOX 590213 6174181444 MA 02459 UNITED STATES
Additional Information: 6174181444
Reference: 320150150605125810
Category: Merchandise & Supplies-Computer Supplies



**Transaction Details**
Prepared for
**Vadim Kagan Cutler**
Account Number
XXXX-XXXXXX

The Business Platinum Card® / January 1, 2015 to August 18, 2015

| Date | Receipt | Description | Card Member | Amount |
|---|---|---|---|---|
| Jan 15 2015 | | IN *CONSTRUCTION SPESTONEHAM MA | Vadim Kagan Cutler | $2,510.00 |
| **Doing Business As:** CONSTRUCTION SPECIALTI | | | | |
| 8 VALDORA DRIVE STONEHAM MA 02180 UNITED STATES | | | | |
| **Additional Information:** 7814385978 | | | | |
| **Reference:** 320150150603182174 | | | | |
| **Category:** Merchandise & Supplies-Hardware Supplies | | | | |
| Jan 16 2015 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $279.23 |
| **Doing Business As:** HORNER MILLWORK CORP | | | Transaction Details | |
| 1255 GRAND ARMY HWY STE 1 SOMERSET MA 02726-1294 UNITED STATES | | | CONSTRUCTION MATERI | |
| **Additional Information:** 508-679-6749 | | | | |
| **Reference:** 320150160618549388 | | | | |
| **Category:** Merchandise & Supplies-Hardware Supplies | | | | |
| Jan 22 2015 | | HORNER MILLWORK 0400SOMERSET MA | Vadim Kagan Cutler | $1,626.90 |
| **Doing Business As:** HORNER MILLWORK CORP | | | Transaction Details | |
| 1255 GRAND ARMY HWY STE 1 SOMERSET MA 02726-1294 UNITED STATES | | | CONSTRUCTION MATERI | |
| **Additional Information:** 508-679-6749 | | | | |
| **Reference:** 320150220710708691 | | | | |
| **Category:** Merchandise & Supplies-Hardware Supplies | | | | |
| Feb 19 2015 | | NATIONAL LUMBER NEWTNEWTON MA | Vadim Kagan Cutler | $47.78 |
| **Doing Business As:** NLC NEWTON | | | | |
| 15 NEEDHAM ST NEWTON MA 02461-1615 UNITED STATES | | | | |
| **Additional Information:** 5083398020 | | | | |
| **Reference:** 320150510164549325 | | | | |
| **Category:** Merchandise & Supplies-Hardware Supplies | | | | |
| Mar 31 2015 | | Instant Interiors Framingham MA | Vadim Kagan Cutler | $5,928.72 |
| **Doing Business As:** INSTANT INTERIORS | | | | |
| 17 WARREN RD FRAMINGHAM MA 01702-6344 UNITED STATES | | | | |
| **Additional Information:** 617-823-0067 | | | | |
| **Reference:** 320150910773666599 | | | | |
| **Category:** Business Services-Conferences & Training | | | | |
| Apr 30 2015 | | VIS-HOME 847-305-9328 IL | Vadim Kagan Cutler | $403.50 |
| **Doing Business As:** VIS-HOME | | | | |
| 3015 N HUNTINGTON DR ARLINGTON HEIGHTS IL 60004-1638 UNITED STATES | | | | |
| **Additional Information:** 847-305-9328 | | | | |
| **Reference:** 320151210250079146 | | | | |
| **Category:** Other-Miscellaneous | | | | |

## SUMMARY

| | |
|---|---:|
| Payments | $0.00 |
| Pay In Full Charges | $13,775.73 |
| Pay Over Time Charges | $0.00 |
| Credits | $0.00 |
| Total | $13,775.73 |