# EXHIBIT 15

07/24/15

**Lyman-Cutler, LLC**
**Transactions by Account**
**All Transactions**

KDC 00341

| Type | Date | Num | Name | Memo | Clr | Split | Original Amount | Paid Amount | Balance |
|---|---|---|---|---|---|---|---:|---:|---:|
| **55 Lyman Building & Improvement** | | | | | | | | | |
| **Outside Service** | | | | | | | | | |
| **Electrical Services** | | | | | | | | | |
| Check | 09/25/13 | 1070 | Unicon Electric | 55 Lyman | * | Rockland Tru... | 10,000.00 | 10,000.00 | 10,000.00 |
| Check | 02/21/14 | 1030 | Unicon Electric | | | Rockland Tru... | 10,000.00 | 10,000.00 | 20,000.00 |
| Check | 03/13/14 | 1041 | Unicon Electric | | | Rockland Tru... | 5,000.00 | 5,000.00 | 25,000.00 |
| Check | 04/18/14 | 1058 | Unicon Electric | | | Rockland Tru... | 10,000.00 | 10,000.00 | 35,000.00 |
| Bill | 04/28/15 | | Unicon Electric | | | Accounts Pa... | 30,000.00 | 30,000.00 | 65,000.00 |
| **Total Electrical Services** | | | | | | | | 65,000.00 | 65,000.00 |
| **Total Outside Service** | | | | | | | | 65,000.00 | 65,000.00 |
| **Total 55 Lyman Building & Improvement** | | | | | | | | 65,000.00 | 65,000.00 |
| **TOTAL** | | | | | | | | 65,000.00 | 65,000.00 |

**Unicon Electric**
617 921 9910
52 Charles st Natick MA 01760

**Proposal**

| PROPOSAL NO. | |
| --- | --- |
| SHEET NO. | |
| DATE | |

**PROPOSAL SUBMITTED TO:**

NAME:
ADDRESS: 55 Lyman rd Brookline MA
PHONE NO.:

**WORK TO BE PERFORMED AT:**

ADDRESS:
DATE OF PLANS:
ARCHITECT:

We hereby propose to furnish the materials and perform the labor necessary for the completion of **electrical works:**

1. Wiring and installation devices by NEC
2. Installation 400 A electrical service
3. Installation Lift. light system
4. Connection appliances HVAC system.
5. Heated floor in the bathrooms.
6. Connection steam generator.

All material is guaranteed to be as specified, and the above work to be performed in accordance with the drawings and specifications submitted for above work and completed in a substantial workmanlike manner for the sum of **Sixty five Thousand** Dollars ($ **65,000** ) with payments to be made as follows.

Any alteration or deviation from above specifications involving extra costs will be executed only upon written order, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control.

Respectfully submitted
Per

Note — this proposal may be withdrawn by us if not accepted within _____ days.

**ACCEPTANCE OF PROPOSAL**

The above prices, specifications, and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payments will be made as outlined above.

Signature _____

KDC 00977

07/24/15

**Lyman-Cutler, LLC**
**Transactions by Account**
**All Transactions**

| Type | Date | Num | Name | Memo | Clr | Split | Original Amount | Paid Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 88 Cutler Building & Improvemen | | | | | | | | | |
| Outside Service | | | | | | | | | |
| Electrical Services | | | | | | | | | |
| Check | 09/26/13 | 1071 | Unicon Electric | 88 Cutler | | Rockland Tru... | 10,000.00 | 10,000.00 | 10,000.00 |
| Check | 01/15/14 | 1008 | Unicon Electric | 88 Cutler | | Rockland Tru... | 10,000.00 | 10,000.00 | 20,000.00 |
| Check | 02/21/14 | 1030 | Unicon Electric | | | Rockland Tru... | 5,000.00 | 5,000.00 | 25,000.00 |
| Check | 03/13/14 | 1041 | Unicon Electric | | | Rockland Tru... | 5,000.00 | 5,000.00 | 30,000.00 |
| Bill | 04/28/15 | | Unicon Electric | | | Accounts Pa... | 35,000.00 | 35,000.00 | 65,000.00 |
| **Total Electrical Services** | | | | | | | | 65,000.00 | 65,000.00 |
| **Total Outside Service** | | | | | | | | 65,000.00 | 65,000.00 |
| **Total 88 Cutler Building & Improvemen** | | | | | | | | 65,000.00 | 65,000.00 |
| **TOTAL** | | | | | | | | 65,000.00 | 65,000.00 |

# Proposal

Unicon Electric
617 921 9910
52 Charles st Natick MA 01760

**PROPOSAL NO.**

**SHEET NO.**

**DATE**

**PROPOSAL SUBMITTED TO:**

**NAME**

**ADDRESS** 88 Cutler rd Brookline MA

**PHONE NO.**

**WORK TO BE PERFORMED AT:**

**ADDRESS**

**DATE OF PLANS**

**ARCHITECT**

We hereby propose to furnish the materials and perform the labor necessary for the completion of **electrical works:**

1. Wiring and installation devices by NEC
2. Installation 400 A electrical service
3. Installation Lift. light system
4. Connection appliances HVAC system
5. Heated floor in the bathrooms
6. Connection steam generator.

All material is guaranteed to be as specified, and the above work to be performed in accordance with the drawings and specifications submitted for above work and completed in a substantial workmanlike manner for the sum of **Sixty five Thousand** Dollars ($ **65,000** ) with payments to be made as follows.

Any alteration or deviation from above specifications involving extra costs will be executed only upon written order, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control.

Respectfully submitted _____

Per _____

Note — this proposal may be withdrawn by us if not accepted within _____ days.

**ACCEPTANCE OF PROPOSAL**

The above prices, specifications, and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payments will be made as outlined above.

Signature _____

KDC 00978