# EXHIBIT 16

KDC 00672

Lyman-Cutler, LLC<br>
Account QuickReport<br>
All Transactions

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| **88 Cutler Building & Improvemen** | | | | | | | |
|   **Materials** | | | | | | | |
|     **Metrostone** | | | | | | | |
|     Check | 05/27/14 | 1070 | Metrostone | | Rockland Tru... | 1,726.56 | 1,726.56 |
|     Check | 07/28/14 | 1098 | Metrostone | | Rockland Tru... | 3,453.12 | 5,179.68 |
|     Credit | 06/01/15 | | ProExcavation | Credits due to LC for payments made on behalf of Pr... | Accounts Pay... | -5,179.68 | 0.00 |
|   Total Metrostone | | | | | | 0.00 | 0.00 |
|   Total Materials | | | | | | 0.00 | 0.00 |
| Total 88 Cutler Building & Improvemen | | | | | | 0.00 | 0.00 |
| **TOTAL** | | | | | | 0.00 | 0.00 |

# INVOICE

Metrostone
60 pond st
Bridgewater MA

Pro Excavation
88 Cutler rd
Chestnut Hill MA

Date     April 8, 2014

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| | 12.5 | $ 130.00 | $ 1,625.00 |

PAID
Date: 4/19/14 1/21/14
Amount: $ 1,726.56
Check #: 1074

| | |
|---|---|
| Subtotal | $ 1,625.00 |
| Tax | $ 101.56 (6.25 %) |
| Amount Paid | $ 0.00 |
| Balance | $ 1,726.56 |

Split 25 ton load with 145 Florence st chestnut hill

Created with invoice-generator.com

KDC 00673

# INVOICE

From Metro stone
60 pond st
Bridgewater ma 02324

Client Pro Excavation
88 Cutler Rd and 55 Lyman Rd
Chestnut Hill MA

Invoice Number 6

Date July 17, 2014

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| NE Fieldstone Wallstone | 25 | $ 130.00 | $ 3,250.00 |
| NE Fieldstone Walls tone | 25 | $ 130.00 | $ 3,250.00 |

Subtotal  $ 6,500.00
Tax  $ 406.25 (6.25 %)
Amount Paid  $ 0.00
Balance  $ 6,906.25

Direct chgr.

Created with [illegible]

PAID
Date: 7/k?/?/?/?4
Amount:$ /?'9:?'
Check #: 6, 966.?5

KDC 00674

# Bill Credit

Lyman-Cutler, LLC

| Date | Ref. No. |
|---|---|
| 06/01/15 | |

| Vendor | | Bill Due | |
|---|---|---|---|
| ProExcavation | | Terms | |
| | | Memo | Credits due to LC for payments made on behalf of ProEx |



## Expenses

| Account | Memo | Amount | Customer:Job |
|---|---|---|---|
| Metrostone | | -11,222.13 | |
| Metrostone | | -5,179.68 | |

Expense Total : -16,401.81

**Bill Total :   $16,401.81**

KDC 00675

KAGAN 01088

Time 11:07                                    Summarized Detail Aged Trial Balance
                     Invoice Cutoff Date 09-27-2013, Payment Cutoff Date 09-27-2013, Aging Date 09-27-2013

Customer     45996 KAGAN     KAGAN DEVELOPMENT                                          Contact      : VADIM
                             239 NAHANTON STREET                                        Phone Number : 617-828-2903
                                                                                        Setup Date   : 20130318
                             NEWTON                              MA     USA 02459       Terms Code   : 14 NET 30

Credit Information
  Company   Project          Credit Limit   Credit Code   Last Invoice Date/ Amount      Last Payment Date / Amount      Credit Person
     #                          25000.00      1 OPEN      09-26-2013            1783.13  07-12-2013          22749.26

| Transaction | Transaction |                  | Sales   | Debit/Credit | Payment | Adjustment | Assigned | Tax     | Discount | Balance   |
| Code        | Date        | Delivery Address | Amount  | Amount       | Amount  | Amount     | Amount   | Amount  | Amount   | Amount    |
|---|---|---|---|---|---|---|---|---|---|---|
| 224237 | 26-Jul-2013 | 143 FLORENCE ST.     | 484.00   | | | | | 24.63   | | 508.63 |
| 224408 | 31-Jul-2013 | 143 FLORENCE ST.     | 4059.00  | | | | | 253.69  | | 4312.69 |
| 224598 | 05-Aug-2013 | CYNTHIA RD. NEWTO    | 1210.00  | | | | | 75.63   | | 1285.63 |
| 224681 | 06-Aug-2013 | CYNTHIA RD. NEWTO    | 990.00   | | | | | 61.88   | | 1051.88 |
| 224761 | 07-Aug-2013 | 16 HYDE AVE.NEWTO    | 770.00   | | | | | 48.13   | | 818.13 |
| 224762 | 07-Aug-2013 | 16 HYDE AVE.NEWTO    | 825.00   | | | | | 51.56   | | 876.56 |
| 225021 | 13-Aug-2013 | 80 DORCAR RD,NEWT    | 770.00   | | | | | 48.13   | | 818.13 |
| 225087 | 14-Aug-2013 | 55 LYMAN RD,. BRO    | 6370.00  | | | | | 398.13  | | 6768.13 |
| 225152 | 15-Aug-2013 | 80  DORCAR ST  ,     | 1100.00  | | | | | 68.75   | | 1168.75 |
| 225210 | 16-Aug-2013 | 80  DORCAR  RD, N    | 1100.00  | | | | | 68.75   | | 1168.75 |
| 225397 | 20-Aug-2013 | 55 LYMAN RD,. BRO    | 18228.00 | | | | | 1139.25 | | 19367.25 |
| 919755 | 31-Aug-2013 |                      | 72.32    | | | | |         | | 72.32 |
| 226166 | 04-Sep-2013 | 55 LYMAN RD,. BRO    | 12740.00 | | | | | 796.25  | | 13536.25 |
| 226550 | 11-Sep-2013 | 10 LYMAN ST,BROOK    | 2555.50  | | | | | 159.72  | | 2715.22 |
| 226629 | 12-Sep-2013 | 10 LYMAN ST,BROOK    | 2509.00  | | | | | 156.81  | | 2665.81 |
| 226710 | 13-Sep-2013 | 10 LYMAN ST,BROOK    | 1109.75  | | | | | 69.36   | | 1179.11 |
| 226844 | 17-Sep-2013 | 24 DRUIDHILL RD.     | 3920.00  | | | | | 245.00  | | 4165.00 |
| 226921 | 18-Sep-2013 | 24 DRUIDHILL RD.     | 8232.00  | | | | | 514.50  | | 8746.50 |
| 227217 | 24-Sep-2013 | 102 DORCAR RD. NE    | 1570.00  | | | | | 96.25   | | 1666.25 |
| 227373 | 26-Sep-2013 | 42 CYNTHIA RD.       | 1680.00  | | | | | 103.13  | | 1783.13 |

[handwritten annotations: "no res", "no res", "no res", "no res"; signature "gen invoices"]