UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| *In re:* ) | |
| ) | |
| LYMAN-CUTLER, LLC, ) | Chapter 7 |
| Debtor ) | Case No. 15-13881 FJB |
| ) | |
| | |
| ) | |
| LYMAN-CUTLER, LLC, ALEX FILIPPOV, ) | |
| and NICKOLAY LIPETSKER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Adv. Case No. 1:16-ap-01120 |
| v.  ) | |
| ) | |
| VADIM KAGAN, TATIANA KAGAN, ) | |
| KAGAN DEVELOPMENT KDC, CORP. and ) | |
| PROEXCAVATION CORP. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## AFFIDAVIT OF JOSEPH CALANDRELLI

I, Joseph Calandrelli, having been duly sworn, state as follows:

1. Along with Attorney Sean Carnathan, I am counsel of record for Alex Filippov and Nickolay Lipetsker. The following statements are based upon my personal knowledge.

2. Jason Gordon was served with the subpoena in hand on November 17, 2017. A true and accurate copy of the return is attached as **Exhibit A**.

3. On December 5, 2017, I received a call from Attorney Peter Nechtem. Mr. Nechtem stated that he was representing Gordon, that Gordon had received the subpoena, and that Gordon would be "happy to produce whatever he has." At no time did Mr. Nechtem ever state or in any way indicate that Gordon believed the subpoena to be too onerous. All he asked

1

for was to be given some additional time to search for and produce the documents. A true and accurate copy of an email I received from Mr. Nechtem following this telephone call is attached as **Exhibit B**.

4. Attached as **Exhibit C** is a check purportedly written by Kagan Development KDC Corp. ("KDC") to Peter Nolan & Associates. This check indicates that KDC paid Nolan $1,400 on December 23, 2012 for certain surveying work performed at 77 Lyman Road, Brookline, Massachusetts. 77 Lyman Road is the original address of the property that was ultimately razed and subdivided in two for the purposes of the underlying project.

5. Attached as **Exhibit D** are two checks KDC previously produced in discovery. One indicates that KDC paid Sergei Nikolaev $9,660 as late as May 10, 2015 for tiling work performed at one of the houses. The other indicates KDC paid Dream Flooring $5,000 as late as July 2015 and still carried a $1,550 balance.

Signed under the pains and penalties of perjury on January 4, 2018.

*/s/ Joseph P. Calandrelli*

4817-5958-4857, v. 1