# EXHIBIT A

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _Jason Gordon, S Gordon Cop_
on *(date)* _11-16-17_.

☑ I served the subpoena by delivering a copy to the named person as follows: _Jason Gordon_
_in hand at : 57 Terrace Hall Ave Burlington_
_MA 01803_                       on *(date)* _11-17-17_; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _40. —_

My fees are $ _75.00_ for travel and $ _—_ for services, for a total of $ _75.00_ .

I declare under penalty of perjury that this information is true and correct.

Date: _11-17-17_

_Michael Vitale_
Server's signature

_Michael ViTAle_
Printed name and title

**Atlantic Legal Support Services**
458 Main Street • Wakefield, MA 01880
Server's address

Additional information concerning attempted service, etc.: