# EXHIBIT B

## Joseph Calandrelli

**From:** Peter Nechtem
**Sent:** Tuesday, December 05, 2017 2:41 PM
**To:** Joseph Calandrelli
**Subject:** Jason Gordon/S. Gordon Corporation subpoena

Dear Attorney Calandrelli:

Thank you for speaking with me today, and for your courtesy in granting a brief extension of the time for production of the subpoenaed documents in the Lyman-Cutler, LLC v. Kagan, et al. litigation. I look forward to speaking with you again after the discovery conference next week.


Peter C. Nechtem, Esq.
MacLean Holloway Doherty, P.C.
8 Essex Center Drive
Peabody, MA 01960
(978) 774-7123

IRS Circular 230 Notice (MacLean Holloway Doherty, P.C.): Any tax advice included in the text of this message, or in any attachment, (i) is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any tax penalties that may be imposed under the Internal Revenue Code and (ii) should not be used in promoting, marketing, or recommending to another party any transaction or matter addressed herein. This communication is intended only for the use of the individual or entity named as the addressee. It may contain information which is privileged and/or confidential under applicable law. If you are not the intended recipient or such recipient's employee or agent, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately at (978) 774-7123 or via return internet email to sender and expunge this communication without making any copies. Thank you for your cooperation.