# EXHIBIT C

KAGAN DEVELOPMENT KDC CORP.
1082

Peter Chan $1400

Four Hundred

Sovereign Bank

KDC 01119