# EXHIBIT D

```
KAGAN DEVELOPMENT KDC CORP                                      289
239 NAHANTON ST                                              53-467/113
NEWTON, MA 02459-2909                                            412
                                        7/24/15
                                                 Date

Pay to the
Order of   Decorm Flooring                         | $ 5,000 00
           Five Thousand                              Dollars

ROCKLAND TRUST
     Lyman-Cutler
For Flooring: Rem. balance: 1,550              [signature]

                                    0289
```

KDC 00340

6/18/2015 — Rockland Trust | Online Banking

KAGAN DEVELOPMENT KDC CORP
239 NAHANTON ST
NEWTON, MA 02459-2808

226
53-447/113
472

Date: 5/10/15

Pay to the Order of: Sergey Nikolaev — $9,660.00

Nine Thousand Six Hundred Sixty Dollars

ROCKLAND TRUST

For: Final Payment - 55 Lyman

0226

KDC 00298