# EXHIBIT A



Please Direct All Correspondence to:
American Express
Attn: Subpoena Response Unit
43 Butterfield Circle
El Paso, TX 79906

December 1, 2017

Sean T Carnathan
O Connor Carnathan and Mack LLC
Suite 104
1 Van De Graaff Drive
Burlington MA 01803

**RE: Lyman Cutler LLC et al Vs Vadim Kagan et al**
**Case No: 1513881FJB**
**American Express File No: CI-1LI91**

Dear Sean Carnathan:

This letter serves as acknowledgement that we received your subpoena dated 11/29/2017. We are currently experiencing a high volume of subpoena requests and it may take up to sixty (60) calendar days from the date we received the subpoena to generate the requested documents.

If payment is required, you will receive an invoice with the fulfillment package. You can then mail a check payable to American Express to the address listed above. Cash will not be accepted.

If you have any questions about the subpoena, please contact us by email at **amexsru@aexp.com**. Please include a brief description of your concerns and reference the above American Express file number. We are available to assist you Monday through Friday from 9:00 am to 4:00 pm Eastern Time. For more general information about subpoena processing at American Express, visit us at www.americanexpress.com/subpoena.

If you are a law enforcement agent and you have questions about or you are seeking Suspicious Activity Report(s) ("SAR"), SAR supporting documentation, or any information maintained pursuant to the Bank Secrecy Act or related federal regulations, please send an email to **le_request-FIU@aexp.com** from your government-issued email address and we will be happy to assist you. Any available reference number(s) of the relevant SAR(s) should be included in your email.

Sincerely,

American Express Subpoena Response Unit