09/23/15

**Lyman-Cutler, LLC**
**Transactions by Account**
**All Transactions**

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Original Amount | Balance |
|------|------|-----|-----|------|------|-------|-------|--------|-----------------|---------|
| **55 Lyman Building & Improvement** | | | | | | | | | | |
| **Outside Service** | | | | | | | | | | |
| **Excavation** | | | | | | | | | | |
| Check | 08/28/13 | 1057 | | ProExcavation | Excavation/... | Rockland Tru... | 45,000.00 | | 45,000.00 | 45,000.00 |
| Check | 09/25/13 | 1073 | | ProExcavation | 55 Lyman | Rockland Tru... | 30,000.00 | | 30,000.00 | 75,000.00 |
| Check | 09/25/13 | 1074 | | ProExcavation | 55 Lyman F... | Rockland Tru... | 30,000.00 | | 30,000.00 | 105,000.00 |
| Check | 09/25/13 | 1072 | | ProExcavation | 55 Lyman - ... | Rockland Tru... | 15,000.00 | | 15,000.00 | 120,000.00 |
| Check | 11/29/13 | 123 | | ProExcavation | payment | Rockland Tru... | 5,000.00 | | 5,000.00 | 125,000.00 |
| Check | 11/29/13 | 123 | | ProExcavation | payment | Rockland Tru... | 5,000.00 | | 5,000.00 | 130,000.00 |
| Bill | 10/06/14 | | | ProExcavation | | Accounts Pay... | 20,000.00 | | 20,000.00 | 150,000.00 |
| Total Excavation | | | | | | | 150,000.00 | 0.00 | | 150,000.00 |
| Total Outside Service | | | | | | | 150,000.00 | 0.00 | | 150,000.00 |
| Total 55 Lyman Building & Improvement | | | | | | | 150,000.00 | 0.00 | | 150,000.00 |
| **TOTAL** | | | | | | | 150,000.00 | 0.00 | | 150,000.00 |

KDC 01274

# Proposal

ProExcavation

239 Nahanton Street
Newton, MA 02459
617-610-1276

TO

INVOICE NO.   77 Lyman - 1
DATE   September 1, 2013
CUSTOMER ID   77 Lyman Road - Chestnut Hill
EXPIRATION DATE

| JOB | PAYMENT TERMS | DUE DATE |
|-----|---------------|----------|
| 77 Lyman Road | | |

| # | QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|-----|-------------|------------|------------|
| 1 | 1 | Cut and cap the water and sewer services at lot line | $ 3,900.00 | $ 3,900.00 |
| 2 | 1 | Demolition of the existing property, including all dumpsters for disposal of the debris off-site. Bricks will be hauled off site and disposed of. Foundation system will be removed off site for legal disposal foundation system will be broken up and removed off site for legal disposal | 27,000.00 | 27,000.00 |
| 3 | 1 | Remove and trucking out an existing natural stone retaining wall from front of the property | 3,600.00 | 3,600.00 |
| 4 | 1 | Remove and trucking an existing asphalt drive from right side of the house | 2,300.00 | 2,300.00 |
| 5 | 1 | Gunite pool demolition and removal. Existing pool materials require separation of concrete and re-bars for off site legal disposal. | 4,900.00 | 4,900.00 |
| 6 | 1 | Demolition and removal of tennis court | 2,000.00 | 2,000.00 |

|  |  |
|---|---|
| SUBTOTAL $ | 43,700.00 |
| SALES TAX | |
| TOTAL $ | 43,700.00 |

THANK YOU FOR YOUR BUSINESS!

KDC 01275

# Proposal

**ProExcavation**

239 Nahanton Street
Newton, MA 02459
617 610 1276

INVOICE NO.   55 Lyman - 1
DATE   October 1, 2013
CUSTOMER ID   55 Lyman Road - Chestnut Hill
EXPIRATION DATE

TO

| | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| | 55 Lyman Road | | |

| # | QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 1 | 1 | Install hay bales and silt fence per the drawings | 5,200.00 | 5,200.00 |
| 2 | 1 | Clear and expose ledge in two areas | 4,800.00 | 4,800.00 |
| 3 | 1 | Ledge Removal (Hydraulic Breaker) Included: one excavator, one Hydraulic Breaker, one mini excavator, and two dump trucks | 23,700.00 | 23,700.00 |
| 4 | 1 | Excavation and earthwork for the proposed foundation system, requires: - 2 excavators, 1 mini excavator, 2 bobcats - Includes stump removal, lot clearing and disposal | 19,000.00 | 19,000.00 |
| 5 | 1 | Laser grade and lay out | 2,150.00 | 2,150.00 |
| 6 | 1 | Form and Pour proposed 24x12 footing (including all labor and equipment) Form and Pour proposed footing for Lally Column (including all labor and equipment) | 6,000.00 | 6,000.00 |
| 7 | 1 | Form and Pour proposed 9 foot foundation walls | 26,000.00 | 26,000.00 |
| 8 | 4 | Concrete Pumps (for entire project); $850 each | 850.00 | 3,400.00 |
| 9 | 1 | Concrete material and steel material for the proposed foundation as shown on the plans included: - All concrete 3500 psi with 3/4" stone - Structural steel: Footings, install 3 # 4 rebar placed vertically 48" on center. Walls: install #4 rebar placed horizontally 18" on center tiered to #4 rebar placed vertically 48" on center | 24,600.00 | 24,600.00 |
| 10 | 1 | Foundation Back Fill: Trucking in fill material, on-site | 32,000.00 | 32,000.00 |

KDC 01276

| 11 | 1 | Interior perimeter trench drain installation and connection into a sump basin in the basement. (Plumber to supply Pump and Complete hard pipe discharge line | 4,400.00 | 4,400.00 |
| 12 | 1 | Interior perimeter of foundation wall (Mirn drain installation) | 3,700.00 | 3,700.00 |
| 13 | 1 | Pour and finish the basement slabs:<br>- Grade and Compact crushed stone<br>- Set elevations with laser level to allow for 4 inches of concrete<br>- Install 6 mil poly as the vapor barrier<br>- Supply and pump into place of 3500 PSI concrete with hot water and 2% accelerator<br>- Trowel finish concrete surface smooth<br>- Diamond cut expansion control joints where needed to help control cracking<br>- Materials are included | 12,000.00 | 12,000.00 |
| 14 | 1 | Garage slab:<br>- Grade and Compact crushed stone<br>- Set elevations with laser level to allow for 4 inches of concrete<br>- Install 6 mil poly as the vapor barrier<br>- Install wire mash<br>- Supply and pump into place of 3500 PSI concrete with hot water and 2% accelerator<br>- Trowel finish concrete surface smooth<br>- Diamond cut expansion control joints where needed to help control cracking<br>- Materials are included | 5,800.00 | 5,800.00 |
| 15 | 1 | Foundation Insulation and Waterproofing (all materials are inlcuded):<br>- 1/2 pink Rigid insulation 2x8 sheets<br>- Spray on Waterproofing | 6,800.00 | 6,800.00 |
| 16 | 1 | Storm Drainage as shown on the plan including two trench drain, two drain manholes, four storm tech units, pipe material.<br>Ledge removal, disposal, and all materials are included | 32,000.00 | 32,000.00 |
| 17 | 1 | New Water and Sewer Services as shown on the plan:<br>- Police details for the street work are included<br>- Fill material for the street trenches is included<br>- Asphalt patch for the street are included<br>- Ledge removal and disposal are included | 24,000.00 | 24,000.00 |
| 18 | 1 | Rough Grading entire property:<br>- Trucking in Fill material<br>- Ledge removal and disposal are included | 12,000.00 | 12,000.00 |
| 19 | 1 | Construct natural stone retaining walls as shown on the plan (for the back right side of the patio, behind garage):<br>- Excavation for the wall footing<br>- Footing installation (concrete and steel materials are included)<br>- Construct New England natural stone wall<br>- Drainage pipes and crushed stone and concrete material is included | 17,000.00 | 17,000.00 |

KDC 01277

| | | | | |
|---|---|---|---|---|
| 20 | 1 | Construct versa lock retaining walls as shown on the plan (at the property line, right side of the house):<br>- Excavation for the wall footing<br>- Footing installation (compact crushed stone)<br>- Construct versa lock wall (all versa lock material included)<br>- Drainage pipes, geo-grid mesh and crushed stone material are included | 26,000.00 | 26,000.00 |
| 22 | 1 | Footings and slab for front steps and landings:<br>- Excavation, concrete materials, and steel materials are included | 6,000.00 | 6,000.00 |
| 23 | 1 | Outside Front Steps, Front Porch, Landing and Walkway:<br>- Excavation, footing, concrete materials, and steel materials are included<br>- Blue Stone and natural stone is included | 22,500.00 | 22,500.00 |
| 24 | 1 | Back Patios:<br>- Excavation, preparation<br>- Blue Stone material, crushed stone, stone dust, and sand are included | 17,000.00 | 17,000.00 |
| 25 | 1 | Footings for back steps:(3)<br>- Excavation, footing, concrete materials, and steel materials are included | 2,400.00 | 2,400.00 |
| 26 | 1 | Outside Back Steps: (3)<br>- Blue Stone and natural stone materials are included | 8,300.00 | 8,300.00 |
| 27 | 1 | Trees and shrubs planting | 21,000.00 | 21,000.00 |
| 28 | 1 | Final Grading | 7,200.00 | 7,200.00 |
| 29 | 1 | Sod Installation | 7,800.00 | 7,800.00 |
| 30 | 1 | Exterior (walls and foundation and chimneys). Stone and stone veneer Installation:<br>- Waterproof Exterior Walls of the House<br>- Metal mesh installation and cement top layering<br>- Stone Veneer installation and pointing<br>- All materials (including stone Veneer) are included | 29,000.00 | 29,000.00 |
| 31 | 1 | Preparation for asphalt driveway | 6,400.00 | 6,400.00 |

|  |  |
|---|---|
| SUBTOTAL $ | 418,150.00 |
| SALES TAX | |
| TOTAL $ | 418,150.00 |

THANK YOU FOR YOUR BUSINESS!

KDC 01278

09/23/15

Lyman-Cutler, LLC
Transactions by Account
All Transactions

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Original Amount | Balance |
|------|------|-----|-----|------|------|-------|-------|--------|-----------------|---------|
| **55 Lyman Building & Improvement** | | | | | | | | | | |
| **Outside Service** | | | | | | | | | | |
| **Landscaping** | | | | | | | | | | |
| **ProExcavation** | | | | | | | | | | |
| Check | 09/25/13 | 1072 | | ProExcavation | 55 Lyman – ... | Rockland Tru... | 15,000.00 | | 15,000.00 | 15,000.00 |
| Check | 09/25/13 | 1075 | | ProExcavation | 55 Lyman F... | Rockland Tru... | 30,000.00 | | 30,000.00 | 45,000.00 |
| Check | 01/27/14 | 1014 | | ProExcavation | payment | Rockland Tru... | 15,000.00 | | 15,000.00 | 60,000.00 |
| Bill | 10/06/14 | | | ProExcavation | | Accounts Pay... | 120,000.00 | | 120,000.00 | 180,000.00 |
| Check | 10/10/14 | 1126 | | ProExcavation | | Rockland Tru... | 20,000.00 | | 20,000.00 | 200,000.00 |
| Bill | 05/28/15 | | | ProExcavation | Landscaping... | Accounts Pay... | 4,600.00 | | 4,600.00 | 204,600.00 |
| **Total ProExcavation** | | | | | | | 204,600.00 | 0.00 | | 204,600.00 |
| **Total Landscaping** | | | | | | | 204,600.00 | 0.00 | | 204,600.00 |
| **Total Outside Service** | | | | | | | 204,600.00 | 0.00 | | 204,600.00 |
| **Total 55 Lyman Building & Improvement** | | | | | | | 204,600.00 | 0.00 | | 204,600.00 |
| **TOTAL** | | | | | | | 204,600.00 | 0.00 | | 204,600.00 |

KDC 01279

Pro Excavation

| | | | |
|---|---|---|---|
| 250 Substation Street | | INVOICE NO. | 77 Lyman - 1 |
| Newton, MA 01129 | | DATE | September 1, 2013 |
| 617-600-1776 | | CUSTOMER ID | 77 Lyman Road - Chestnut Hill |
| | | EXPIRATION DATE | |

TO

| JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|
| 77 Lyman Road | | |

| # | QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 1 | 1 | Cut and cap the water and sewer services at lot line | $ 3,900.00 | $ 3,900.00 |
| 2 | 1 | Demolition of the existing property, including all dumpsters for disposal of the debris off-site. Bricks will be hauled off site and disposed of. Foundation system will be removed off site for legal disposal foundation system will be broken up and removed off site for legal disposal | 27,000.00 | 27,000.00 |
| 3 | 1 | Remove and trucking out an existing natural stone retaining wall from front of the property | 3,600.00 | 3,600.00 |
| 4 | 1 | Remove and trucking an existing asphalt drive from right side of the house | 2,300.00 | 2,300.00 |
| 5 | 1 | Gunite pool demolition and removal. Existing pool materials require separation of concrete and re-bars for off site legal disposal. | 4,900.00 | 4,900.00 |
| 6 | 1 | Demolition and removal of tennis court | 2,000.00 | 2,000.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $ 43,700.00 |
| | SALES TAX | |
| | TOTAL | $ 43,700.00 |

THANK YOU FOR YOUR BUSINESS!

KDC 01280

Pro Excavation

| | |
|---|---|
| 73 Nahumton Street | INVOICE NO.  55 Lyman - 1 |
| Needham MA 01492 | DATE  October 1, 2013 |
| 617-620-1474 | CUSTOMER ID  55 Lyman Road - Chestnut Hill |
| | EXPIRATION DATE |

TO

| JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|
| 55 Lyman Road | | |

| # | QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 1 | 1 | Install hay bales and silt fence per the drawings | 5,200.00 | 5,200.00 |
| 2 | 1 | Clear and expose ledge in two areas | 4,800.00 | 4,800.00 |
| 3 | 1 | Ledge Removal (Hydraulic Breaker) included: one excavator, one Hydraulic Breaker, one mini excavator, and two dump trucks | 23,700.00 | 23,700.00 |
| 4 | 1 | Excavation and earthwork for the proposed foundation system, requires: - 2 excavators, 1 mini excavator, 2 bobcats - Includes stump removal, lot clearing and disposal | 19,000.00 | 19,000.00 |
| 5 | 1 | Laser grade and lay out | 2,150.00 | 2,150.00 |
| 6 | 1 | Form and Pour proposed 24x12 footing (including all labor and equipment) Form and Pour proposed footing for Lally Column (including all labor and equipment) | 6,000.00 | 6,000.00 |
| 7 | 1 | Form and Pour proposed 9 foot foundation walls | 26,000.00 | 26,000.00 |
| 8 | 4 | Concrete Pumps (for entire project); $850 each | 850.00 | 3,400.00 |
| 9 | 1 | Concrete material and steel material for the proposed foundation as shown on the plans included: - All concrete 3500 psi with 3/4" stone - Structural steel: Footings, install 3 # 4 rebar placed vertically 48" on center. Walls: install #4 rebar placed horizontally 18" on center tired to #4 rebar placed vertically 48" on center | 24,600.00 | 24,600.00 |
| 10 | 1 | Foundation Back Fill: Trucking in fill material, on site | 32,000.00 | 32,000.00 |

KDC 01281

| 11 | 1 | Interior perimeter trench drain installation and connection into a sump basin in the basement. (Plumber to supply Pump and Complete hard pipe discharge line | 4,400.00 | 4,400.00 |
|---|---|---|---|---|
| 12 | 1 | Interior perimeter of foundation wall (Mira drain installation) | 3,700.00 | 3,700.00 |
| 13 | 1 | Pour and finish the basement slabs:<br>- Grade and Compact crushed stone<br>- Set elevations with laser level to allow for 4 inches of concrete<br>- Install 6 mil poly as the vapor barrier<br>- Supply and pump into place of 3500 PSI concrete with hot water and 2% accelerator<br>- Trowel finish concrete surface smooth<br>- Diamond cut expansion control joints where needed to help control cracking<br>- Materials are included | 12,000.00 | 12,000.00 |
| 14 | 1 | Garage slab:<br>- Grade and Compact crushed stone<br>- Set elevations with laser level to allow for 4 inches of concrete<br>- Install 6 mil poly as the vapor barrier<br>- Install wire mash<br>- Supply and pump into place of 3500 PSI concrete with hot water and 2% accelerator<br>- Trowel finish concrete surface smooth<br>- Diamond cut expansion control joints where needed to help control cracking<br>- Materials are included | 5,800.00 | 5,800.00 |
| 15 | 1 | Foundation Insulation and Waterproofing (all materials are inlcuded):<br>- 1/2 pink Rigid insulation 2x8 sheets<br>- Spray on Waterproofing | 6,800.00 | 6,800.00 |
| 16 | 1 | Storm Drainage as shown on the plan including two trench drain, two drain manholes, four storm tech units, pipe material.<br>Ledge removal, disposal, and all materials are included | 32,000.00 | 32,000.00 |
| 17 | 1 | New Water and Sewer Services as shown on the plan:<br>- Police details for the street work are included<br>- Fill material for the street trenches is included<br>- Asphalt patch for the street are included<br>- Ledge removal and disposal are included | 24,000.00 | 24,000.00 |
| 18 | 1 | Rough Grading entire property:<br>- Trucking in Fill material<br>- Ledge removal and disposal are included | 12,000.00 | 12,000.00 |
| 19 | 1 | Construct natural stone retaining walls as shown on the plan (for the back right side of the patio, behind garage):<br>- Excavation for the wall footing<br>- Footing installation (concrete and steel materials are included)<br>- Construct New England natural stone wall<br>- Drainage pipes and crushed stone and concrete material is included | 17,000.00 | 17,000.00 |

KDC 01282

| | | | | |
|---|---|---|---|---|
| 20 | 1 | Construct versa lock retaining walls as shown on the plan (at the property line, right side of the house):<br>- Excavation for the wall footing<br>- Footing installation (compact crushed stone)<br>Construct versa lock wall (all versa lock material included)<br>Drainage pipes, geo grid mesh and crushed stone material are included | 26,000.00 | 26,000.00 |
| 22 | 1 | Footings and slab for front steps and landings:<br>- Excavation, concrete materials, and steel materials are included | 6,000.00 | 6,000.00 |
| 23 | 1 | Outside Front Steps, Front Porch, Landing and Walkway:<br>- Excavation, footing, concrete materials, and steel materials are included<br>- Blue Stone and natural stone is included | 22,500.00 | 22,500.00 |
| 24 | 1 | Back Patios:<br>- Excavation, preparation<br>- Blue Stone material, crushed stone, stone dust, and sand are included | 17,000.00 | 17,000.00 |
| 25 | 1 | Footings for back steps:(3)<br>- Excavation, footing, concrete materials, and steel materials are included | 2,400.00 | 2,400.00 |
| 26 | 1 | Outside Back Steps: (3)<br>- Blue Stone and natural stone materials are included | 8,300.00 | 8,300.00 |
| 27 | 1 | Trees and shrubs planting | 21,000.00 | 21,000.00 |
| 28 | 1 | Final Grading | 7,200.00 | 7,200.00 |
| 29 | 1 | Sod Installation | 7,800.00 | 7,800.00 |
| 30 | 1 | Exterior (walls and foundation and chimneys). Stone and stone veneer Installation:<br>- Waterproof Exterior Walls of the House<br>- Metal mesh installation and cement top layering<br>- Stone Veneer installation and pointing<br>- All materials (including stone Veneer) are included | 29,000.00 | 29,000.00 |
| 31 | 1 | Preparation for asphalt driveway | 6,400.00 | 6,400.00 |

|  |  |
|---|---|
| SUBTOTAL $ | 418,150.00 |
| SALES TAX | |
| TOTAL $ | 418,150.00 |

THANK YOU FOR YOUR BUSINESS!

KDC 01283

ProExcavation

INVOICE No.  Lyman-Cutler  2015-2
DATE  May 25, 2015
CUSTOMER ID  55 Lyman Road & 88 Cutler Lane

TO

| | | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|---|
| | | 55/88 Lyman-Cutler | | |

| # | QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 1 | 1 | After-winter landscaping damage repair and maintenance, includes:<br>- Trees and shrubs replacement<br>- Sod Repair | 9,200.00 | 9,200.00 |
| | | | SUBTOTAL  $ | 9,200.00 |
| | | | SALES TAX | |
| | | | TOTAL  $ | 9,200.00 |

THANK YOU FOR YOUR BUSINESS!

KDC 01284

09/23/15

**Lyman-Cutler, LLC**
**Transactions by Account**
**All Transactions**

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Original Amount | Balance |
|------|------|-----|-----|------|------|-------|-------|--------|-----------------|---------|
| 55 Lyman Building & Improvement | | | | | | | | | | |
| Outside Service | | | | | | | | | | |
| Masonry | | | | | | | | | | |
| Check | 10/21/13 | 1085 | | ProExcavation | payment | Rockland Tru... | 20,000.00 | | 20,000.00 | 20,000.00 |
| Check | 11/05/13 | 1097 | | ProExcavation | payment | Rockland Tru... | 20,000.00 | | 20,000.00 | 40,000.00 |
| Check | 02/19/14 | 1025 | | ProExcavation | payment | Rockland Tru... | 22,500.00 | | 22,500.00 | 62,500.00 |
| Bill | 10/06/14 | | | ProExcavation | | Accounts Pay... | 27,500.00 | | 27,500.00 | 90,000.00 |
| Bill | 05/28/15 | | | ProExcavation | Masonry Re... | Accounts Pay... | 4,300.00 | | 4,300.00 | 94,300.00 |
| Total Masonry | | | | | | | 94,300.00 | 0.00 | | 94,300.00 |
| Total Outside Service | | | | | | | 94,300.00 | 0.00 | | 94,300.00 |
| Total 55 Lyman Building & Improvement | | | | | | | 94,300.00 | 0.00 | | 94,300.00 |
| TOTAL | | | | | | | 94,300.00 | 0.00 | | 94,300.00 |

KDC 01299

# Proposal

**ProExcavation**

239 Nahanton Street
Newton, MA 02459
617-610-1276

INVOICE NO.    77 Lyman - 1
DATE    September 1, 2013
CUSTOMER ID    77 Lyman Road - Chestnut Hill

EXPIRATION DATE

TO

| JOB | PAYMENT TERMS | DUE DATE |
|-----|---------------|----------|
| 77 Lyman Road | | |

| # | QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|-----|-------------|------------|------------|
| 1 | 1 | Cut and cap the water and sewer services at lot line | $ 3,900.00 | $ 3,900.00 |
| 2 | 1 | Demolition of the existing property, including all dumpsters for disposal of the debris off-site. Bricks will be hauled off site and disposed of. Foundation system will be removed off site for legal disposal foundation system will be broken up and removed off site for legal disposal | 27,000.00 | 27,000.00 |
| 3 | 1 | Remove and trucking out an existing natural stone retaining wall from front of the property | 3,600.00 | 3,600.00 |
| 4 | 1 | Remove and trucking an existing asphalt drive from right side of the house | 2,300.00 | 2,300.00 |
| 5 | 1 | Gunite pool demolition and removal. Existing pool materials require separation of concrete and re-bars for off site legal disposal. | 4,900.00 | 4,900.00 |
| 6 | 1 | Demolition and removal of tennis court | 2,000.00 | 2,000.00 |

|  | |
|---|---|
| SUBTOTAL | $ 43,700.00 |
| SALES TAX | |
| TOTAL | $ 43,700.00 |

THANK YOU FOR YOUR BUSINESS!

KDC 01300

| | | | | |
|---|---|---|---|---|
| 11 | 1 | Interior perimeter trench drain installation and connection into a sump basin in the basement. (Plumber to supply Pump and Complete hard pipe discharge line | 4,400.00 | 4,400.00 |
| 12 | 1 | Interior perimeter of foundation wall (Mira drain installation) | 3,700.00 | 3,700.00 |
| 13 | 1 | Pour and finish the basement slabs:<br>- Grade and Compact crushed stone<br>- Set elevations with laser level to allow for 4 inches of concrete<br>- Install 6 mil poly as the vapor barrier<br>- Supply and pump into place of 3500 PSI concrete with hot water and 2% accelerator<br>- Trowel finish concrete surface smooth<br>- Diamond cut expansion control joints where needed to help control cracking<br>- Materials are included | 12,000.00 | 12,000.00 |
| 14 | 1 | Garage slab:<br>- Grade and Compact crushed stone<br>- Set elevations with laser level to allow for 4 inches of concrete<br>- Install 6 mil poly as the vapor barrier<br>- Install wire mash<br>- Supply and pump into place of 3500 PSI concrete with hot water and 2% accelerator<br>- Trowel finish concrete surface smooth<br>- Diamond cut expansion control joints where needed to help control cracking<br>- Materials are included | 5,800.00 | 5,800.00 |
| 15 | 1 | Foundation Insulation and Waterproofing (all materials are inlcuded):<br>- 1/2 pink Rigid insulation 2x8 sheets<br>- Spray on Waterproofing | 6,800.00 | 6,800.00 |
| 16 | 1 | Storm Drainage as shown on the plan including two trench drain, two drain manholes, four storm tech units, pipe material.<br>Ledge removal, disposal, and all materials are included | 32,000.00 | 32,000.00 |
| 17 | 1 | New Water and Sewer Services as shown on the plan:<br>- Police details for the street work are included<br>- Fill material for the street trenches is included<br>- Asphalt patch for the street are included<br>- Ledge removal and disposal are included | 24,000.00 | 24,000.00 |
| 18 | 1 | Rough Grading entire property:<br>- Trucking in Fill material<br>- Ledge removal and disposal are included | 12,000.00 | 12,000.00 |
| 19 | 1 | Construct natural stone retaining walls as shown on the plan (for the back right side of the patio, behind garage):<br>- Excavation for the wall footing<br>- Footing installation (concrete and steel materials are included)<br>- Construct New England natural stone wall<br>- Drainage pipes and crushed stone and concrete material is included | 17,000.00 | 17,000.00 |

| | | | | |
|---|---|---|---|---|
| 20 | 1 | Construct versa lock retaining walls as shown on the plan (at the property line, right side of the house):<br>- Excavation for the wall footing<br>- Footing installation (compact crushed stone)<br>- Construct versa lock wall (all versa lock material included)<br>- Drainage pipes, geo-grid mesh and crushed stone material are included | 26,000.00 | 26,000.00 |
| 22 | 1 | Footings and slab for front steps and landings:<br>- Excavation, concrete materials, and steel materials are included | 6,000.00 | 6,000.00 |
| 23 | 1 | Outside Front Steps, Front Porch, Landing and Walkway:<br>- Excavation, footing, concrete materials, and steel materials are included<br>- Blue Stone and natural stone is included | 22,500.00 | 22,500.00 |
| 24 | 1 | Back Patios:<br>- Excavation, preparation<br>- Blue Stone material, crushed stone, stone dust, and sand are included | 17,000.00 | 17,000.00 |
| 25 | 1 | Footings for back steps:(3)<br>- Excavation, footing, concrete materials, and steel materials are included | 2,400.00 | 2,400.00 |
| 26 | 1 | Outside Back Steps: (3)<br>- Blue Stone and natural stone materials are included | 8,300.00 | 8,300.00 |
| 27 | 1 | Trees and shrubs planting | 21,000.00 | 21,000.00 |
| 28 | 1 | Final Grading | 7,200.00 | 7,200.00 |
| 29 | 1 | Sod Installation | 7,800.00 | 7,800.00 |
| 30 | 1 | Exterior (walls and foundation and chimneys). Stone and stone veneer Installation:<br>- Waterproof Exterior Walls of the House<br>- Metal mesh installation and cement top layering<br>- Stone Veneer installation and pointing<br>- All materials (including stone Veneer) are included | 29,000.00 | 29,000.00 |
| 31 | 1 | Preparation for asphalt driveway | 6,400.00 | 6,400.00 |

|  |  |
|---|---|
| SUBTOTAL $ | 418,150.00 |
| SALES TAX | |
| TOTAL $ | 418,150.00 |

THANK YOU FOR YOUR BUSINESS!

KDC 01303

# Proposal

**ProExcavation**

239 Nahanton Street
Newton, MA 02459
617 610 1276

INVOICE NO.   Lyman-Cutler - 2015-1
DATE   May 25, 2015
CUSTOMER ID   55 Lyman Road & 88 Cutler Lane

TO

| JOB | PAYMENT TERMS | DUE DATE |
|-----|---------------|----------|
| 55/88 Lyman-Cutler | | |

| # | QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|-----|-------------|-----------|------------|
| 1 | 1 | After-winter damage repair and maintanence, includes:<br>- Blue stone leveling<br>- Blue stone step repair<br>- Landing pointing<br>- Applying and leveling new sand<br>- Retaining walls repair and pointing | 8,600.00 | 8,600.00 |

|  |  |
|---|---|
| SUBTOTAL $ | 8,600.00 |
| SALES TAX | |
| TOTAL $ | 8,600.00 |

THANK YOU FOR YOUR BUSINESS!

KDC 01304

09/23/15

Lyman-Cutler, LLC
Transactions by Account
All Transactions

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Original Amount | Balance |
|------|------|-----|-----|------|------|-------|-------|--------|-----------------|---------|
| **88 Cutler Building & Improvemen** | | | | | | | | | | |
| **Outside Service** | | | | | | | | | | |
| **Excavation** | | | | | | | | | | |
| Check | 08/28/13 | 1057 | | ProExcavation | Excavation/... | Rockland Tru... | 45,000.00 | | 45,000.00 | 45,000.00 |
| Check | 09/18/13 | 1066 | | ProExcavation | 88 Water/Se... | Rockland Tru... | 30,000.00 | | 30,000.00 | 75,000.00 |
| Check | 11/29/13 | 123 | | ProExcavation | payment | Rockland Tru... | 5,000.00 | | 5,000.00 | 80,000.00 |
| Check | 11/29/13 | 123 | | ProExcavation | payment | Rockland Tru... | 5,000.00 | | 5,000.00 | 85,000.00 |
| Bill | 02/06/14 | | | ProExcavation | | Accounts Pay... | 75,000.00 | | 75,000.00 | 160,000.00 |
| Total Excavation | | | | | | | 160,000.00 | 0.00 | | 160,000.00 |
| Total Outside Service | | | | | | | 160,000.00 | 0.00 | | 160,000.00 |
| Total 88 Cutler Building & Improvemen | | | | | | | 160,000.00 | 0.00 | | 160,000.00 |
| TOTAL | | | | | | | 160,000.00 | 0.00 | | 160,000.00 |

KAG 02056

# Proposal

ProExcavation

239 Nahanton Street
Newton, MA 02459
617-610-1276

INVOICE NO.    77 Lyman - 1
DATE    September 1, 2013
CUSTOMER ID    77 Lyman Road - Chestnut Hill

EXPIRATION DATE

TO

| JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|
| 77 Lyman Road | | |

| # | QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 1 | 1 | Cut and cap the water and sewer services at lot line | $ 3,900.00 | $ 3,900.00 |
| 2 | 1 | Demolition of the existing property, including all dumpsters for disposal of the debris off-site. Bricks will be hauled off site and disposed of. Foundation system will be removed off site for legal disposal foundation system will be broken up and removed off site for legal disposal | 27,000.00 | 27,000.00 |
| 3 | 1 | Remove and trucking out an existing natural stone retaining wall from front of the property | 3,600.00 | 3,600.00 |
| 4 | 1 | Remove and trucking an existing asphalt drive from right side of the house | 2,300.00 | 2,300.00 |
| 5 | 1 | Gunite pool demolition and removal. Existing pool materials require separation of concrete and re-bars for off site legal disposal. | 4,900.00 | 4,900.00 |
| 6 | 1 | Demolition and removal of tennis court | 2,000.00 | 2,000.00 |

|  |  |
|---|---|
| SUBTOTAL $ | 43,700.00 |
| SALES TAX | |
| TOTAL $ | 43,700.00 |

THANK YOU FOR YOUR BUSINESS!

KAG 02057

# Proposal

ProExcavation

239 Nahanton Street
Newton, MA 02459
617 610 1276

INVOICE NO.    88 Cutler - 1
DATE    October 1, 2013
CUSTOMER ID    88 Cutler Lane - Chestnut Hill

**EXPIRATION DATE**

TO

| JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|
| 88 Cutler Lane | | |

| # | QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 1 | 1 | Install hay bales and silt fence per the drawings | 5,200.00 | 5,200.00 |
| 2 | 1 | Clear and expose ledge | 4,800.00 | 4,800.00 |
| 3 | 1 | Ledge Removal (Hydraulic Breaker) included: one excavator, one Hydraulic Breaker, one mini excavator, and two dump trucks | 18,700.00 | 18,700.00 |
| 4 | 1 | Excavation and earthwork for the proposed foundation system, requires: - 2 excavators, 1 mini excavator, 2 bobcats - Includes stump removal, lot clearing and disposal | 9,000.00 | 9,000.00 |
| 5 | 1 | Laser grade and lay out | 2,150.00 | 2,150.00 |
| 6 | 1 | Form and Pour proposed 24x12 footing (including all labor and equipment) Form and Pour proposed footing for Lally Column (including all labor and equipment) | 6,000.00 | 6,000.00 |
| 7 | 1 | Form and Pour proposed 9 foot foundation walls | 26,000.00 | 26,000.00 |
| 8 | 4 | Concrete Pumps (for entire project); $850 each | 850.00 | 3,400.00 |
| 9 | 1 | Concrete material and steel material for the proposed foundation as shown on the plans included: - All concrete 3500 psi with 3/4" stone - Structural steel: Footings, install 3 # 4 rebar placed vertically 48" on center. Walls: install #4 rebar placed horizontally 18" on center tied to #4 rebar placed vertically 48" on center | 24,600.00 | 24,600.00 |
| 10 | 1 | Foundation Back Fill: Trucking in fill material, on-site | 24,000.00 | 24,000.00 |
| 11 | 1 | Interior perimeter trench drain installation and connection into a sump basin in the basement. (Plumber to supply Pump and Complete hard pipe discharge line | 4,400.00 | 4,400.00 |

KAG 02058

| 12 | 1 | Interior perimeter of foundation wall (Mira drain installation) | 3,700.00 | 3,700.00 |
| 13 | 1 | Pour and finish the basement slabs:<br>- Grade and Compact crushed stone<br>- Set elevations with laser level to allow for 4 inches of concrete<br>- Install 6 mil poly as the vapor barrier<br>- Supply and pump into place of 3500 PSI concrete with hot water and 2% accelerator<br>- Trowel finish concrete surface smooth<br>- Diamond cut expansion control joints where needed to help control cracking<br>- Materials are included | 12,000.00 | 12,000.00 |
| 14 | 1 | Garage slab:<br>- Grade and Compact crushed stone<br>- Set elevations with laser level to allow for 4 inches of concrete<br>- Install 6 mil poly as the vapor barrier<br>- Install wire mash<br>- Supply and pump into place of 3500 PSI concrete with hot water and 2% accelerator<br>- Trowel finish concrete surface smooth<br>- Diamond cut expansion control joints where needed to help control cracking<br>- Materials are included | 5,800.00 | 5,800.00 |
| 15 | 1 | Foundation Insulation and Waterproofing (all materials are inlcuded):<br>- 1/2 pink Rigid insulation 2x8 sheets<br>- Spray on Waterproofing | 6,800.00 | 6,800.00 |
| 16 | 1 | Storm Drainage as shown on the plan including two trench drain, two drain manholes, four storm tech units, pipe material.<br>Ledge removal, disposal, and all materials are included | 32,000.00 | 32,000.00 |
| 17 | 1 | New Water and Sewer Services as shown on the plan:<br>- Police details for the street work are included<br>- Fill material for the street trenches is included<br>- Asphalt patch for the street are included<br>- Ledge removal and disposal are included | 24,000.00 | 24,000.00 |
| 18 | 1 | Rough Grading entire property:<br>- Trucking in Fill material<br>- Ledge removal and disposal are included | 12,000.00 | 12,000.00 |
| 19 | 1 | Construct natural stone retaining walls as shown on the plan (at the property line, at the back line of the house):<br>- Excavation for the wall footing<br>- Footing installation (compact crushed stone)<br>- Construct New England natural stone wall<br>- Drainage pipes and crushed stone and concrete material is included | 34,000.00 | 34,000.00 |

KAG 02059

| | | | | |
|---|---|---|---|---|
| 20 | 1 | Construct versa lock retaining walls as shown on the plan (at the property line, left side of the house):<br>- Excavation for the wall footing<br>- Footing installation (compact crushed stone)<br>- Construct versa lock wall (all versa lock material included)<br>- Drainage pipes, geo-grid mesh and crushed stone material are included | 15,000.00 | 15,000.00 |
| 21 | 1 | Construct retaining walls as shown on the plan (left and back of the patio):<br>- Excavation for the stone wall footing<br>- Footing installation (compact crushed stone)<br>- Construct New England natural stone wall (stone and material included)<br>- Drainage pipes and crushed stone material are included | 17,000.00 | 17,000.00 |
| 22 | 1 | Footings and slab for front steps and landings:<br>- Excavation, concrete materials, and steel materials are included | 6,000.00 | 6,000.00 |
| 23 | 1 | Outside Front Steps, Front Porch, Landing and Walkway:<br>- Excavation, footing, concrete materials, and steel materials are included<br>- Blue Stone and brick materials included | 22,500.00 | 22,500.00 |
| 24 | 1 | Back Patios:<br>- Excavation, preparation<br>- Blue Stone material, crushed stone, stone dust, and sand are included | 17,000.00 | 17,000.00 |
| 25 | 1 | Footings for back steps:(3)<br>- Excavation, footing, concrete materials, and steel materials are included | 2,400.00 | 2,400.00 |
| 26 | 1 | Outside Back Steps: (3)<br>- Blue Stone and brick materials are included | 8,300.00 | 8,300.00 |
| 27 | 1 | Trees and shrubs planting | 21,000.00 | 21,000.00 |
| 28 | 1 | Final Grading | 7,200.00 | 7,200.00 |
| 29 | 1 | Sod Installation | 7,800.00 | 7,800.00 |
| 30 | 1 | Exterior (walls and foundation and chimneys). Stone and stone veneer Installation:<br>- Waterproof Exterior Walls of the House<br>- Wire mesh and cement coat<br>- Brick and brick veneer installation and pointing<br>- All materials (including brick and brick veneer) are included | 29,000.00 | 29,000.00 |
| 31 | 1 | Preparation for asphalt driveway | 6,400.00 | 6,400.00 |

|  |  |
|---|---|
| SUBTOTAL $ | 418,150.00 |
| SALES TAX | |
| TOTAL $ | 418,150.00 |

**THANK YOU FOR YOUR BUSINESS!**

09/23/15

Lyman-Cutler, LLC
Transactions by Account
All Transactions

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Original Amount | Balance |
|------|------|-----|-----|------|------|-------|-------|--------|-----------------|---------|
| 88 Cutler Building & Improvemen | | | | | | | | | | |
| Outside Service | | | | | | | | | | |
| Landscaping | | | | | | | | | | |
| ProExcavation | | | | | | | | | | |
| Check | 01/27/14 | 1014 | | ProExcavation | payment | Rockland Tru... | 15,000.00 | | 15,000.00 | 15,000.00 |
| Bill | 02/06/14 | | | ProExcavation | | Accounts Pay... | 155,000.00 | | 155,000.00 | 170,000.00 |
| Check | 10/10/14 | 1126 | | ProExcavation | | Rockland Tru... | 20,000.00 | | 20,000.00 | 190,000.00 |
| Bill | 05/28/15 | | | ProExcavation | Landscaping... | Accounts Pay... | 4,600.00 | | 4,600.00 | 194,600.00 |
| Total ProExcavation | | | | | | | 194,600.00 | 0.00 | | 194,600.00 |
| Total Landscaping | | | | | | | 194,600.00 | 0.00 | | 194,600.00 |
| Total Outside Service | | | | | | | 194,600.00 | 0.00 | | 194,600.00 |
| Total 88 Cutler Building & Improvemen | | | | | | | 194,600.00 | 0.00 | | 194,600.00 |
| TOTAL | | | | | | | 194,600.00 | 0.00 | | 194,600.00 |

KAG 02067

# Proposal

ProExcavation

239 Nahanton Street
Newton, MA 02459
617-610-1276

| | |
|---|---|
| INVOICE NO. | 77 Lyman - 1 |
| DATE | September 1, 2013 |
| CUSTOMER ID | 77 Lyman Road - Chestnut Hill |

EXPIRATION DATE

TO

| JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|
| 77 Lyman Road | | |

| # | QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 1 | 1 | Cut and cap the water and sewer services at lot line | $ 3,900.00 | $ 3,900.00 |
| 2 | 1 | Demolition of the existing property, including all dumpsters for disposal of the debris off-site. Bricks will be hauled off site and disposed of. Foundation system will be removed off site for legal disposal foundation system will be broken up and removed off site for legal disposal | 27,000.00 | 27,000.00 |
| 3 | 1 | Remove and trucking out an existing natural stone retaining wall from front of the property | 3,600.00 | 3,600.00 |
| 4 | 1 | Remove and trucking an existing asphalt drive from right side of the house | 2,300.00 | 2,300.00 |
| 5 | 1 | Gunite pool demolition and removal. Existing pool materials require separation of concrete and re-bars for off site legal disposal. | 4,900.00 | 4,900.00 |
| 6 | 1 | Demolition and removal of tennis court | 2,000.00 | 2,000.00 |

| | | |
|---|---|---|
| SUBTOTAL | $ | 43,700.00 |
| SALES TAX | | |
| TOTAL | $ | 43,700.00 |

THANK YOU FOR YOUR BUSINESS!

KAG 02068

# Proposal

**ProExcavation**

239 Nahanton Street
Newton, MA 02459
617 610 1276

INVOICE NO:  88 Cutler - 1
DATE  October 1, 2013
CUSTOMER ID  88 Cutler Lane - Chestnut Hill
**EXPIRATION DATE**

TO

| | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| | 88 Cutler Lane | | |

| # | QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 1 | 1 | Install hay bales and silt fence per the drawings | 5,200.00 | 5,200.00 |
| 2 | 1 | Clear and expose ledge | 4,800.00 | 4,800.00 |
| 3 | 1 | Ledge Removal (Hydraulic Breaker) included: one excavator, one Hydraulic Breaker, one mini excavator, and two dump trucks | 18,700.00 | 18,700.00 |
| 4 | 1 | Excavation and earthwork for the proposed foundation system, requires: <br> - 2 excavators, 1 mini excavator, 2 bobcats <br> - Includes stump removal, lot clearing and disposal | 9,000.00 | 9,000.00 |
| 5 | 1 | Laser grade and lay out | 2,150.00 | 2,150.00 |
| 6 | 1 | Form and Pour proposed 24x12 footing (including all labor and equipment) <br> Form and Pour proposed footing for Lally Column (including all labor and equipment) | 6,000.00 | 6,000.00 |
| 7 | 1 | Form and Pour proposed 9 foot foundation walls | 26,000.00 | 26,000.00 |
| 8 | 4 | Concrete Pumps (for entire project); $850 each | 850.00 | 3,400.00 |
| 9 | 1 | Concrete material and steel material for the proposed foundation as shown on the plans included: <br> - All concrete 3500 psi with 3/4" stone <br> - Structural steel: Footings, install 3 # 4 rebar placed vertically 48" on center. Walls: install #4 rebar placed horizontally 18" on center tired to #4 rebar placed vertically 48" on center | 24,600.00 | 24,600.00 |
| 10 | 1 | Foundation Back Fill: Trucking in fill material, on-site | 24,000.00 | 24,000.00 |
| 11 | 1 | Interior perimeter trench drain installation and connection into a sump basin in the basement. (Plumber to supply Pump and Complete hard pipe discharge line | 4,400.00 | 4,400.00 |

KAG 02069

| | | | | |
|---|---|---|---|---|
| 12 | 1 | Interior perimeter of foundation wall (Mira drain installation) | 3,700.00 | 3,700.00 |
| 13 | 1 | Pour and finish the basement slabs:<br>- Grade and Compact crushed stone<br>- Set elevations with laser level to allow for 4 inches of concrete<br>- Install 6 mil poly as the vapor barrier<br>- Supply and pump into place of 3500 PSI concrete with hot water and 2% accelerator<br>- Trowel finish concrete surface smooth<br>- Diamond cut expansion control joints where needed to help control cracking<br>- Materials are included | 12,000.00 | 12,000.00 |
| 14 | 1 | Garage slab:<br>- Grade and Compact crushed stone<br>- Set elevations with laser level to allow for 4 inches of concrete<br>- Install 6 mil poly as the vapor barrier<br>- Install wire mash<br>- Supply and pump into place of 3500 PSI concrete with hot water and 2% accelerator<br>- Trowel finish concrete surface smooth<br>- Diamond cut expansion control joints where needed to help control cracking<br>- Materials are included | 5,800.00 | 5,800.00 |
| 15 | 1 | Foundation Insulation and Waterproofing (all materials are inlcuded):<br>- 1/2 pink Rigid insulation 2x8 sheets<br>- Spray on Waterproofing | 6,800.00 | 6,800.00 |
| 16 | 1 | Storm Drainage as shown on the plan including two trench drain, two drain manholes, four storm tech units, pipe material.<br>Ledge removal, disposal, and all materials are included | 32,000.00 | 32,000.00 |
| 17 | 1 | New Water and Sewer Services as shown on the plan:<br>- Police details for the street work are included<br>- Fill material for the street trenches is included<br>- Asphalt patch for the street are included<br>- Ledge removal and disposal are included | 24,000.00 | 24,000.00 |
| 18 | 1 | Rough Grading entire property:<br>- Trucking in Fill material<br>- Ledge removal and disposal are included | 12,000.00 | 12,000.00 |
| 19 | 1 | Construct natural stone retaining walls as shown on the plan (at the property line, at the back line of the house):<br>- Excavation for the wall footing<br>- Footing installation (compact crushed stone)<br>- Construct New England natural stone wall<br>- Drainage pipes and crushed stone and concrete material is included | 34,000.00 | 34,000.00 |

| | | | | |
|---|---|---|---|---|
| 20 | 1 | Construct versa lock retaining walls as shown on the plan (at the property line, left side of the house):<br>- Excavation for the wall footing<br>- Footing installation (compact crushed stone)<br>- Construct versa lock wall (all versa lock material included)<br>- Drainage pipes, geo-grid mesh and crushed stone material are included | 15,000.00 | 15,000.00 |
| 21 | 1 | Construct retaining walls as shown on the plan (left and back of the patio):<br>- Excavation for the stone wall footing<br>- Footing installation (compact crushed stone)<br>- Construct New England natural stone wall (stone and material included)<br>- Drainage pipes and crushed stone material are included | 17,000.00 | 17,000.00 |
| 22 | 1 | Footings and slab for front steps and landings:<br>- Excavation, concrete materials, and steel materials are included | 6,000.00 | 6,000.00 |
| 23 | 1 | Outside Front Steps, Front Porch, Landing and Walkway:<br>- Excavation, footing, concrete materials, and steel materials are included<br>- Blue Stone and brick materials included | 22,500.00 | 22,500.00 |
| 24 | 1 | Back Patios:<br>- Excavation, preparation<br>- Blue Stone material, crushed stone, stone dust, and sand are included | 17,000.00 | 17,000.00 |
| 25 | 1 | Footings for back steps:(3)<br>- Excavation, footing, concrete materials, and steel materials are included | 2,400.00 | 2,400.00 |
| 26 | 1 | Outside Back Steps: (3)<br>- Blue Stone and brick materials are included | 8,300.00 | 8,300.00 |
| 27 | 1 | Trees and shrubs planting | 21,000.00 | 21,000.00 |
| 28 | 1 | Final Grading | 7,200.00 | 7,200.00 |
| 29 | 1 | Sod Installation | 7,800.00 | 7,800.00 |
| 30 | 1 | Exterior (walls and foundation and chimneys). Stone and stone veneer Installation:<br>- Waterproof Exterior Walls of the House<br>- Wire mesh and cement coat<br>- Brick and brick veneer installation and pointing<br>- All materials (including brick and brick veneer) are included | 29,000.00 | 29,000.00 |
| 31 | 1 | Preparation for asphalt driveway | 6,400.00 | 6,400.00 |

|  |  |
|---|---|
| SUBTOTAL $ | 418,150.00 |
| SALES TAX | |
| TOTAL $ | 418,150.00 |

**THANK YOU FOR YOUR BUSINESS!**

KAG 02071

# Proposal

ProExcavation

239 Nahanton Street
Newton, MA 02459
617 610 1276

INVOICE NO.    Lyman-Cutler - 2015-2
DATE    May 25, 2015
CUSTOMER ID    55 Lyman Road & 88 Cutler Lane

TO

| JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|
| 55/88 Lyman-Cutler | | |

| # | QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 1 | 1 | After-winter landscaping damage repair and maintanence, includes:<br>- Trees and shrubs replacement<br>- Sod Repair | 9,200.00 | 9,200.00 |

| | | | |
|---|---|---|---|
| | SUBTOTAL | $ | 9,200.00 |
| | SALES TAX | | |
| | TOTAL | $ | 9,200.00 |

THANK YOU FOR YOUR BUSINESS!

KAG 02072

09/23/15

Lyman-Cutler, LLC
Transactions by Account
All Transactions

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Original Amount | Balance |
|------|------|-----|-----|------|------|-------|-------|--------|-----------------|---------|
| **88 Cutler Building & Improvemen** | | | | | | | | | | |
| **Outside Service** | | | | | | | | | | |
| **Masonry** | | | | | | | | | | |
| Check | 10/21/13 | 1085 | | ProExcavation | payment | Rockland Tru... | 20,000.00 | | 20,000.00 | 20,000.00 |
| Check | 11/05/13 | 1097 | | ProExcavation | payment | Rockland Tru... | 20,000.00 | | 20,000.00 | 40,000.00 |
| Bill | 02/06/14 | | | ProExcavation | | Accounts Pay... | 27,500.00 | | 27,500.00 | 67,500.00 |
| Check | 02/19/14 | 1025 | | ProExcavation | payment | Rockland Tru... | 22,500.00 | | 22,500.00 | 90,000.00 |
| Bill | 05/28/15 | | | ProExcavation | Masonry Re... | Accounts Pay... | 4,300.00 | | 4,300.00 | 94,300.00 |
| Total Masonry | | | | | | | 94,300.00 | 0.00 | | 94,300.00 |
| Total Outside Service | | | | | | | 94,300.00 | 0.00 | | 94,300.00 |
| Total 88 Cutler Building & Improvemen | | | | | | | 94,300.00 | 0.00 | | 94,300.00 |
| TOTAL | | | | | | | 94,300.00 | 0.00 | | 94,300.00 |

KDC 01188

# Proposal

**ProExcavation**

239 Nahanton Street
Newton, MA 02459
617-610-1276

INVOICE NO.   77 Lyman - 1
DATE   September 1, 2013
CUSTOMER ID   77 Lyman Road - Chestnut Hill

EXPIRATION DATE

TO

| JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|
| 77 Lyman Road | | |

| # | QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 1 | 1 | Cut and cap the water and sewer services at lot line | $ 3,900.00 | $ 3,900.00 |
| 2 | 1 | Demolition of the existing property, including all dumpsters for disposal of the debris off-site. Bricks will be hauled off site and disposed of. Foundation system will be removed off site for legal disposal foundation system will be broken up and removed off site for legal disposal | 27,000.00 | 27,000.00 |
| 3 | 1 | Remove and trucking out an existing natural stone retaining wall from front of the property | 3,600.00 | 3,600.00 |
| 4 | 1 | Remove and trucking an existing asphalt drive from right side of the house | 2,300.00 | 2,300.00 |
| 5 | 1 | Gunite pool demolition and removal. Existing pool materials require separation of concrete and re-bars for off site legal disposal. | 4,900.00 | 4,900.00 |
| 6 | 1 | Demolition and removal of tennis court | 2,000.00 | 2,000.00 |

|  | SUBTOTAL | $ | 43,700.00 |
|---|---|---|---|
|  | SALES TAX | | |
|  | TOTAL | $ | 43,700.00 |

**THANK YOU FOR YOUR BUSINESS!**

KDC 01189

# Proposal

**ProExcavation**

239 Nahanton Street
Newton, MA 02459
617-610-1276

INVOICE NO.     88 Cutler - 1
DATE     October 1, 2013
CUSTOMER ID     88 Cutler Lane - Chestnut Hill
EXPIRATION DATE

TO

| JOB | PAYMENT TERMS | DUE DATE |
|-----|---------------|----------|
| 88 Cutler Lane | | |

| # | QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|-----|-------------|------------|------------|
| 1 | 1 | Install hay bales and silt fence per the drawings | 5,200.00 | 5,200.00 |
| 2 | 1 | Clear and expose ledge | 4,800.00 | 4,800.00 |
| 3 | 1 | Ledge Removal (Hydraulic Breaker) included: one excavator, one Hydraulic Breaker, one mini excavator, and two dump trucks | 18,700.00 | 18,700.00 |
| 4 | 1 | Excavation and earthwork for the proposed foundation system, requires: - 2 excavators, 1 mini excavator, 2 bobcats - Includes stump removal, lot clearing and disposal | 9,000.00 | 9,000.00 |
| 5 | 1 | Laser grade and lay out | 2,150.00 | 2,150.00 |
| 6 | 1 | Form and Pour proposed 24x12 footing (including all labor and equipment) Form and Pour proposed footing for Lally Column (including all labor and equipment) | 6,000.00 | 6,000.00 |
| 7 | 1 | Form and Pour proposed 9 foot foundation walls | 26,000.00 | 26,000.00 |
| 8 | 4 | Concrete Pumps (for entire project); $850 each | 850.00 | 3,400.00 |
| 9 | 1 | Concrete material and steel material for the proposed foundation as shown on the plans included: - All concrete 3500 psi with 3/4" stone - Structural steel: Footings, install 3 # 4 rebar placed vertically 48" on center. Walls: install #4 rebar placed horizontally 18" on center tired to #4 rebar placed vertically 48" on center | 24,600.00 | 24,600.00 |
| 10 | 1 | Foundation Back Fill: Trucking in fill material, on-site | 24,000.00 | 24,000.00 |
| 11 | 1 | Interior perimeter trench drain installation and connection into a sump basin in the basement. (Plumber to supply Pump and Complete hard pipe discharge line | 4,400.00 | 4,400.00 |

KDC 01190

| | | | | |
|---|---|---|---|---|
| 12 | 1 | Interior perimeter of foundation wall (Mira drain installation) | 3,700.00 | 3,700.00 |
| 13 | 1 | Pour and finish the basement slabs:<br>- Grade and Compact crushed stone<br>- Set elevations with laser level to allow for 4 inches of concrete<br>- Install 6 mil poly as the vapor barrier<br>- Supply and pump into place of 3500 PSI concrete with hot water and 2% accelerator<br>- Trowel finish concrete surface smooth<br>- Diamond cut expansion control joints where needed to help control cracking<br>- Materials are included | 12,000.00 | 12,000.00 |
| 14 | 1 | Garage slab:<br>- Grade and Compact crushed stone<br>- Set elevations with laser level to allow for 4 inches of concrete<br>- Install 6 mil poly as the vapor barrier<br>- Install wire mash<br>- Supply and pump into place of 3500 PSI concrete with hot water and 2% accelerator<br>- Trowel finish concrete surface smooth<br>- Diamond cut expansion control joints where needed to help control cracking<br>- Materials are included | 5,800.00 | 5,800.00 |
| 15 | 1 | Foundation Insulation and Waterproofing (all materials are inlcuded):<br>- 1/2 pink Rigid insulation 2x8 sheets<br>- Spray on Waterproofing | 6,800.00 | 6,800.00 |
| 16 | 1 | Storm Drainage as shown on the plan including two trench drain, two drain manholes, four storm tech units, pipe material.<br>Ledge removal, disposal, and all materials are included | 32,000.00 | 32,000.00 |
| 17 | 1 | New Water and Sewer Services as shown on the plan:<br>- Police details for the street work are included<br>- Fill material for the street trenches is included<br>- Asphalt patch for the street are included<br>- Ledge removal and disposal are included | 24,000.00 | 24,000.00 |
| 18 | 1 | Rough Grading entire property:<br>- Trucking in Fill material<br>- Ledge removal and disposal are included | 12,000.00 | 12,000.00 |
| 19 | 1 | Construct natural stone retaining walls as shown on the plan (at the property line, at the back line of the house):<br>- Excavation for the wall footing<br>- Footing installation (compact crushed stone)<br>- Construct New England natural stone wall<br>- Drainage pipes and crushed stone and concrete material is included | 34,000.00 | 34,000.00 |

KDC 01191

| | | | | |
|---|---|---|---|---|
| 20 | 1 | Construct versa lock retaining walls as shown on the plan (at the property line, left side of the house):<br>- Excavation for the wall footing<br>- Footing installation (compact crushed stone)<br>- Construct versa lock wall (all versa lock material included)<br>- Drainage pipes, geo-grid mesh and crushed stone material are included | 15,000.00 | 15,000.00 |
| 21 | 1 | Construct retaining walls as shown on the plan (left and back of the patio):<br>- Excavation for the stone wall footing<br>- Footing installation (compact crushed stone)<br>- Construct New England natural stone wall (stone and material included)<br>- Drainage pipes and crushed stone material are included | 17,000.00 | 17,000.00 |
| 22 | 1 | Footings and slab for front steps and landings:<br>- Excavation, concrete materials, and steel materials are included | 6,000.00 | 6,000.00 |
| 23 | 1 | Outside Front Steps, Front Porch, Landing and Walkway:<br>- Excavation, footing, concrete materials, and steel materials are included<br>- Blue Stone and brick materials included | 22,500.00 | 22,500.00 |
| 24 | 1 | Back Patios:<br>- Excavation, preparation<br>- Blue Stone material, crushed stone, stone dust, and sand are included | 17,000.00 | 17,000.00 |
| 25 | 1 | Footings for back steps:(3)<br>- Excavation, footing, concrete materials, and steel materials are included | 2,400.00 | 2,400.00 |
| 26 | 1 | Outside Back Steps: (3)<br>- Blue Stone and brick materials are included | 8,300.00 | 8,300.00 |
| 27 | 1 | Trees and shrubs planting | 21,000.00 | 21,000.00 |
| 28 | 1 | Final Grading | 7,200.00 | 7,200.00 |
| 29 | 1 | Sod Installation | 7,800.00 | 7,800.00 |
| 30 | 1 | Exterior (walls and foundation and chimneys). Stone and stone veneer Installation:<br>- Waterproof Exterior Walls of the House<br>- Wire mesh and cement coat<br>- Brick and brick veneer installation and pointing<br>- All materials (including brick and brick veneer) are included | 29,000.00 | 29,000.00 |
| 31 | 1 | Preparation for asphalt driveway | 6,400.00 | 6,400.00 |

|  |  |
|---|---|
| SUBTOTAL $ | 418,150.00 |
| SALES TAX | |
| TOTAL $ | 418,150.00 |

THANK YOU FOR YOUR BUSINESS!

KDC 01192

# Proposal

**ProExcavation**

239 Nahanton Street
Newton, MA 02459
617 610-1276

INVOICE NO.  Lyman-Cutler - 2015-1
DATE  May 25, 2015
CUSTOMER ID  55 Lyman Road & 88 Cutler Lane

TO

| JOB | PAYMENT TERMS | DUE DATE |
|-----|---------------|----------|
| 55/88 Lyman-Cutler | | |

| # | QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|-----|-------------|------------|------------|
| 1 | 1 | After-winter damage repair and maintanence, includes:<br>- Blue stone leveling<br>- Blue stone step repair<br>- Landing pointing<br>- Applying and leveling new sand<br>- Retaining walls repair and pointing | 8,600.00 | 8,600.00 |

|  | | |
|---|---|---|
| SUBTOTAL | $ | 8,600.00 |
| SALES TAX | | |
| TOTAL | $ | 8,600.00 |

**THANK YOU FOR YOUR BUSINESS!**

KDC 01193