**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(EASTERN DIVISION)**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 15-13881-FJB |
| LYMAN-CUTLER, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| LYMAN-CUTLER, LLC, ALEX | ) | |
| FILIPPOV AND NICKOLAY LIPETSKER | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Adv. Proc. No.  16-01120 |
| v. | ) | |
| | ) | |
| VADIM KAGAN, TATIANA KAGAN, | ) | |
| KAGAN DEVELOPMENT KDC, CORP. | ) | |
| and PROEXCAVATION CORP. | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Christopher M. Candon, hereby certify that on January 5, 2018, copies of the Notices of Nonevidentiary Hearing [Docket Nos. 80, 81 and 82] were served by the Court's ECF system upon the registered parties or by first class mail on those parties listed on the attached service list.

Dated:   January 5, 2018

/s/ Christopher M. Candon, Esq.
Christopher M. Candon (BBO# 650855)
SHEEHAN PHINNEY BASS & GREEN PA
255 State Street, Fifth Floor
Boston, MA 02109
(617) 897-5600
ccandon@sheehan.com

{S1080991.1}

## <u>SERVICE LIST</u>

Eric K. Bradford
Office of the United States Trustee
5 Post Office Square
10th Floor, Suite 1000
Boston, MA 02109-3934


David B. Madoff, Esq.
Madoff & Khoury LLP
124 Washington Street - Suite 202
Foxborough, MA 02035

Joseph P. Calandrelli, Esq.
Sean T. Carnathan, Esq.
O'Connor Carnathan and Mack LLC
1 Van De Graaff Drive
Suite 104
Burlington, MA 01772


Peter N. Tamposi, Esq.
The Tamposi Law Group
159 Main Street
Nashua, NH 03060