United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
       Plaintiff

Adv. Proc. No. 16-01120-fjb

Kagan,
       Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-1      User: mem      Page 1 of 1      Date Rcvd: Jan 05, 2018
                   Form ID: aphrg      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2018.
pla        +Lyman-Cutler, LLC,    Lyman-Cutler, LLC,    130 Trapelo Rd.,    Belmont, MA 02478-1873

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Jan 05 2018 22:56:49    John Fitzgerald,
           Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
           5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
                                                                                            TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2018                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2018 at the address(es) listed below:

       Christopher M. Candon    on behalf of Defendant Tatiana Kagan ccandon@sheehan.com, ntoli@sheehan.com
       Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com, ntoli@sheehan.com
       Christopher M. Candon    on behalf of Defendant Vadim Kagan ccandon@sheehan.com, ntoli@sheehan.com
       Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com, ntoli@sheehan.com
       David B. Madoff    on behalf of Trustee David Madoff madoff@mandkllp.com, alston@mandkllp.com
       John Perten    on behalf of Defendant Tatiana Kagan jperten@sheehan.com
       John Perten    on behalf of Defendant Vadim Kagan jperten@sheehan.com
       John Perten    on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com
       John Perten    on behalf of Defendant    Kagan Development KDC, Corp. jperten@sheehan.com
       Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
       Joseph P. Calandrelli    on behalf of Plaintiff Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
       Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay Lipetsker jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
       Peter N. Tamposi    on behalf of Plaintiff Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com
       Sean T. Carnathan    on behalf of Plaintiff Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net
       Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net
       Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net

                                                                                                                          TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re   Lyman−Cutler, LLC | Related Bankruptcy Case: 15−13881 |
| | Chapter 7 |
| Debtor | Judge Frank J. Bailey |
| | |
| Lyman−Cutler, LLC | Adversary Proceeding: 16−01120 |
| Plaintiff | |
| vs. | |
| Vadim Kagan, et al | |
| Defendant | |

## NOTICE OF NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **1/9/18 at 11:30 AM** before the Honorable Courtroom 3, J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, MA 02109−3945 to consider the following:

> [75] Motion filed by Intervenor−Plaintiffs Alex Filippov, Nickolay Lipetsker, Plaintiff Lyman−Cutler, LLC to Compel Production of Documents and Answers to Interrogatories by Defendants Kagan Development KDC Corp. and ProExcavation Corp.

**OBJECTION/RESPONSE DEADLINE:**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013−1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is less than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. **Your rights may be affected.** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071−1.

3. The above hearing shall be <u>nonevidentiary</u>. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing.

Date:1/5/18                                                                                                By the Court,

                                                                                                <u>Mary Murray</u>
                                                                                                Deputy Clerk
                                                                                                617−748−5350

**Emergency Closings:** To find out if the Court will be closed in case of stormy weather or other emergency, dial (617) 748–5314 or (866) 419–5695 (toll free) for a recorded message.