UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al  **Case/AP Number** 16-01120 -FJB
**Chapter**

#71 Joint Request to Modify Scheduling Order filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Plaintiff Lyman-Culter, LLC., Alex Filippov and Nickolay Lipetsker. (Condon, Christopher)

**COURT ACTION:**

_____Hearing held

_____Granted         _____Approved         _____Moot

_____Denied          _____Denied without prejudice         _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. The parties shall jointly submit a proposed scheduling order by February 14, 2018.  The order should leave dates blank.  As noted in the hearing, the court will assign trial dates in May or June, 2018.

IT IS SO ORDERED:

*Frank J Bailey*

_____Dated: 01/09/2018
Frank J. Bailey
United States Bankruptcy Judge