UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al

**Case/AP Number** 16-01120 **-FJB**
**Chapter**

#74 Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. to Quash Subpoena Duces Tecum Served on American Express Corporation. (Perten, John)
#79 Opposition filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker, Plaintiff Lyman-Cutler, LLC. (Carnathan, Sean)

**COURT ACTION:**

_____Hearing held
_____Granted    _____Approved    _____Moot
_____Denied    _____Denied without prejudice    _____Withdrawn in open court
_____Overruled    _____Sustained
_____Continued to_____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. For the reasons stated on the record, the motion to quash is denied. American Express Company ("AMEX") shall produce the documents requested in the subpoena by February 9, 2018 or as otherwise agreed to by AMEX and the Intervenor-Plaintiffs.

IT IS SO ORDERED:

*Frank J Bailey* (signature)

_____ Dated: 01/09/2018
Frank J. Bailey
United States Bankruptcy Judge