United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
        Plaintiff

Kagan,
        Defendant

Adv. Proc. No. 16-01120-fjb

# CERTIFICATE OF NOTICE

District/off: 0101-1          User: jregan              Page 1 of 1          Date Rcvd: Jan 10, 2018
                              Form ID: pdf012           Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2018.
 tr            +David Madoff,    Madoff & Khoury LLP,    124 Washington Street,    Foxboro, MA 02035-1368
 ip            +Alex Filippov,    130 Trapelo Road,    Belmont, Ma 02478-1873
 dft           +Kagan Development KDC, Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
 pla           +Lyman-Cutler, LLC,    Lyman-Cutler, LLC,    130 Trapelo Rd.,    Belmont, MA 02478-1873
 ip            +Nickolay Lipetsker,    52 Stony Brae Road,    Newton, MA 02461-1727
 dft           +ProExcavation Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
 dft           +Tatiana Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
 dft           +Vadim Kagan,    239 Nahanton St.,    Newton, MA 02459-2909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 ust           +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Jan 10 2018 23:42:59     John Fitzgerald,
                Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
                5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2018 at the address(es) listed below:
              Christopher M. Candon    on behalf of Defendant Vadim   Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant   ProExcavation Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant Tatiana   Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              David B. Madoff    on behalf of Trustee David   Madoff madoff@mandkllp.com,  alston@mandkllp.com
              John   Perten    on behalf of Defendant Vadim   Kagan jperten@sheehan.com
              John   Perten    on behalf of Defendant   ProExcavation Corp. jperten@sheehan.com
              John   Perten    on behalf of Defendant   Kagan Development KDC, Corp. jperten@sheehan.com
              John   Perten    on behalf of Defendant Tatiana   Kagan jperten@sheehan.com
              Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay   Lipetsker
               jcalandrelli@ocmlaw.net,   hwolti@ocmlaw.net
              Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex   Filippov jcalandrelli@ocmlaw.net,
               hwolti@ocmlaw.net
              Joseph P. Calandrelli    on behalf of Plaintiff   Lyman-Cutler, LLC jcalandrelli@ocmlaw.net,
               hwolti@ocmlaw.net
              Peter N. Tamposi    on behalf of Plaintiff   Lyman-Cutler, LLC peter@thetamposilawgroup.com,
               Judy@tlgnh.com
              Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay   Lipetsker scarnathan@ocmlaw.net,
               hwolti@ocmlaw.net
              Sean T. Carnathan    on behalf of Plaintiff   Lyman-Cutler, LLC scarnathan@ocmlaw.net,
               hwolti@ocmlaw.net
              Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex   Filippov scarnathan@ocmlaw.net,
               hwolti@ocmlaw.net
                                                                                              TOTAL: 16

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al          **Case/AP Number** 16-01120 **-FJB**
                                                     **Chapter**

> #74 Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. to Quash Subpoena Duces Tecum Served on American Express Corporation. (Perten, John)
> #79 Opposition filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker, Plaintiff Lyman-Cutler, LLC.  (Carnathan, Sean)

**COURT ACTION:**

_____Hearing held
_____Granted          _____Approved          _____Moot
_____Denied           _____Denied without prejudice          _____Withdrawn in open court
_____Overruled _____Sustained
_____Continued to _____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order    _____Released _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. For the reasons stated on the record, the motion to quash is denied. American Express Company ("AMEX") shall produce the documents requested in the subpoena by February 9, 2018 or as otherwise agreed to by AMEX and the Intervenor-Plaintiffs.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_____  Dated: 01/09/2018
Frank J. Bailey
United States Bankruptcy Judge