United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
          Plaintiff

                                                    Adv. Proc. No. 16-01120-fjb

Kagan,
          Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-1          User: ncalvo          Page 1 of 1          Date Rcvd: Jan 10, 2018
                              Form ID: pdf012       Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2018.
tr        +David Madoff,   Madoff & Khoury LLP,   124 Washington Street,   Foxboro, MA 02035-1368
ip        +Alex Filippov,   130 Trapelo Road,   Belmont, Ma 02478-1873
dft       +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
pla       +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
ip        +Nickolay Lipetsker,   52 Stony Brae Road,   Newton, MA 02461-1727
dft       +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
dft       +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
dft       +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust       +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Jan 10 2018 23:42:59   John Fitzgerald,
           Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
           5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                              TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2018                              Signature:   /s/Joseph Speetjens


# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2018 at the address(es) listed below:
          Christopher M. Candon    on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon    on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
           ntoli@sheehan.com
          David B. Madoff    on behalf of Trustee David  Madoff madoff@mandkllp.com,   alston@mandkllp.com
          John  Perten    on behalf of Defendant Vadim  Kagan jperten@sheehan.com
          John  Perten    on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com
          John  Perten    on behalf of Defendant    Kagan Development KDC, Corp. jperten@sheehan.com
          John  Perten    on behalf of Defendant Tatiana  Kagan jperten@sheehan.com
          Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker
           jcalandrelli@ocmlaw.net,   hwolti@ocmlaw.net
          Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net,
           hwolti@ocmlaw.net
          Joseph P. Calandrelli    on behalf of Plaintiff    Lyman-Cutler, LLC jcalandrelli@ocmlaw.net,
           hwolti@ocmlaw.net
          Peter N. Tamposi    on behalf of Plaintiff    Lyman-Cutler, LLC peter@thetamposilawgroup.com,
           Judy@tlgnh.com
          Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net,
           hwolti@ocmlaw.net
          Sean T. Carnathan    on behalf of Plaintiff    Lyman-Cutler, LLC scarnathan@ocmlaw.net,
           hwolti@ocmlaw.net
          Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net,
           hwolti@ocmlaw.net
                                                                              TOTAL: 16

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al          **Case/AP Number** 16-01120 **-FJB**
                                                      **Chapter**

#73 Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp.,
ProExcavation Corp. to Quash Subpoena Duces Tecum Served on Jason Gordon. (Perten, John)
#77 Opposition filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker, Plaintiff
Lyman-Cutler, LLC.    (Carnathan, Sean)
#78  Affidavit of Joseph Calandrelli Re: [77] Opposition filed by Intervenor-Plaintiffs
Alex Filippov, Nickolay Lipetsker, Plaintiff Lyman-Cutler, LLC (Calandrelli, Joseph)
#86 Reply filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp.,

**COURT ACTION:**

_____Hearing held

_____Granted          _____Approved          _____Moot

_____Denied           _____Denied without prejudice      _____Withdrawn in open court

_____Overruled        _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by _____

_____No appearance by _____

Show Cause Order    _____Released        _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:


Hearing held. For the reasons stated on the record, the motion to quash is denied in part as
follows: Jason Gordon and S. Gordon Corporation (collectively "Gordon") shall produce the
documents requested in the subpoena by February 9, 2018 or as otherwise agreed to by Gordon and
the Intervenor-Plaintiffs. At this time, the definition of "Other Construction Projects" shall
be limited to 5 other construction projects which are to be selected by the
Intervenor-Plaintiffs. The defendants shall provide a list of the 20 "Other Construction
Projects" to the Intervenor-Plaintiffs on or before January 16, 2018.  The definition of "Other
Construction Projects" may be expanded by the Court upon a showing of good cause by the
Intervenor-Plaintiffs.

The defendants request that the Intervenor-Plaintiffs be required to pay the costs of producing
documents is denied.  Cost-shifting should rarely be used to offset the expense of actual
parties responding to discovery and the defendants have not established cause for that
extraordinary relief here.

Gordon estimates that the time he will need to spend complying with the subpoena is
approximately 25 hours.  While this is a reasonable cost of doing business for any professional
service provider, Gordon is a non-party.  The Intervenor-Plaintiffs shall pay Gordon $117.50
(half his hourly rate) per hour to compensate him for his time spent responding to the
subpoena, up to 25 hours.


IT IS SO ORDERED:

_Frank J Bailey_

_____        Dated: 01/09/2018
Frank J. Bailey
United States Bankruptcy Judge