# EXHIBIT 1

**From:** David L. Hansen [mailto:dhansen@sheehan.com]
**Sent:** Tuesday, January 16, 2018 6:23 PM
**To:** Sean T. Carnathan <scarnathan@ocmlaw.net>
**Cc:** John Perten <jperten@sheehan.com>; Christopher M. Candon <ccandon@sheehan.com>; 'peter@thetamposilawgroup.com' <peter@thetamposilawgroup.com>
**Subject:** Lyman Cutler

This message was sent securely using ZixCorp.

Attorney Carnathan, please see the attachment.

**David L. Hansen, Esq.**

# SHEEHAN PHINNEY

Sheehan Phinney Bass & Green PA
255 State Street
Boston, MA 02109
617-897-5674 (direct)
617-439-9363 (fax)
dhansen@sheehan.com
www.sheehan.com


Sheehan Phinney Bass & Green
A Regional Business Law Firm.
Innovative Approaches. Practical Solutions.

**SHEEHAN PHINNEY BASS & GREEN PRIVILEGED AND CONFIDENTIAL:** This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please notify the sender immediately by reply e-mail and delete the transmission. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---------------------------------------------------------------------------
This message was secured by **ZixCorp**(R).

# SHEEHAN PHINNEY

Boston, MA | Manchester, NH | Concord, NH | Hanover, NH

John H. Perten, Esq.  
Direct Dial: 617-897-5641  
jperten@sheehan.com

Reply to: Boston Office  
255 State Street  
Boston, MA 02109

January 16, 2018

**Via E-Mail and Regular Mail**  
Sean T. Carnathan, Esq.  
O'Connor Carnathan and Mack LLC  
1 Van De Graaff Drive, Suite 104  
Burlington, MA 01803

      Re:    *Lyman-Cutler, LLC, Debtor* – Chapter 7  
             U.S. Bankruptcy Court Case No. 15-13881

Dear Mr. Carnathan:

     Pursuant to the Court's Order dated January 10, 2018 (Docket No. 95), enclosed please find Defendant Kagan Development KDC Corp.'s ("KDC") Supplemental Responses to Alex Filippov's First Set of Interrogatories and Defendant ProExcavation Corp.'s ("ProExcavation") Supplemental Responses to Alex Filippov's First Set of Interrogatories. These Supplemental Responses contain lists of "Other Construction Projects" that KDC and ProExcavation worked on between 2012 and 2015.

     As you know, in addition to identifying ProExcavation's "Other Construction Projects," the Court instructed ProExcavation to "identify its subcontractors, vendors, and clients during the years 2012 through 2015." See Docket No. 95. I note that this information does not appear responsive to any particular interrogatory served by your client. However, to comply with the Court's Order, ProExcavation's business records reflect the following list of individuals and entities that ProExcavation either made payments to or received payments from relating to construction jobs from 2012 through 2015.

1) Lyman Road LLC
2) 104 Dorcar Road II LLC
3) Newton-Cynthia Road LLC
4) Classic Condominiums LLC
5) 4 Wheel Drive
6) 51 Parker Terrace, LLC
7) Deborah Road LLC
8) Dorcar Road LLC
9) A A Rental
10) AA Will

Sean T. Carnathan, Esq.
January 16, 2018
Page 2

11) Advance Auto
12) AGG Industries
13) Aggregate Industries
14) Agst Corporation
15) AH Harris
16) Akiki
17) American Express
18) AT&T
19) Atlas True Value
20) Auto Zone
21) BMW Finance
22) Bob Fitzpatrick
23) Boch Motors
24) CAP World
25) Caterpillar Financial
26) Central Steel Inc.
27) Chestnut Hill Comellas
28) Chestnut Motors
29) Chris Dimercurio
30) Chris Timmins
31) City of Newton
32) City of Newton Police Dept
33) Cleaves Co Inc
34) CQ of Needham
35) Craiglist Inc.
36) Creonte Tire
37) Cumberland Farms
38) CVS
39) D'Angelos
40) DC Welding Service
41) Deluxe Bus System
42) Dennis W. Frezza
43) Donato Tools
44) DRG
45) Druid Hill Road LLC
46) Dunkin Donuts
47) Durkin Insurance Agency
48) Eastern Industrial
49) Easton Concrete
50) Enterprise
51) Eugeni Agoureev

Sean T. Carnathan, Esq.
January 16, 2018
Page 3

52) Exxon Mobile
53) Farinas
54) Fed Corp IDRG
55) Fedex Office
56) Ferguson Ent
57) Fordee's Falafel
58) Galen Getty
59) Genalco
60) Gene Dvorkin Insurance
61) George Marotta
62) Getchell Concrete Floors
63) Graziano
64) Gulf Oil
65) Harbor Freight Tools
66) Harland Clarke
67) Harvey Industries
68) Hess
69) Hyde Avenue LLC
70) Independent Concrete
71) J&C Masonry
72) J&J Landscaping
73) Jim Marrota
74) John's Sewer
75) Johnny D.
76) Jonathan Coraine
77) Joseph Carini
78) JRM Trucking
79) KDC
80) Kerivan-Lane
81) Kirill Kagan
82) Landrys Bicycle
83) Lewis Concrete
84) Lowe's
85) Lyman Cutler LLC
86) M. William
87) Main Street Mobile
88) Manuel Stone
89) Mass DOT
90) Means Pre-Cast
91) Medford Gas
92) Merrimack Building
93) Metrostone

94) Midwest Equipment
95) Mike Ullbans
96) Milton Cat
97) Mitch Timmins
98) MSA Group/NGM Insurance
99) Muzi Motors Inc
100) National Contruction
101) National Lumber Corp
102) Negoshian Towing
103) Nes Rentals
104) Newton Excavation
105) Newton Police Department
106) Nick's Parkway Auto
107) NTB
108) Ocean State Forms
109) Panera Bread
110) Papa Gino's
111) Paypal
112) Perfection Plus LLC
113) Petes Tire Barn
114) Pirtek Avon
115) Prime Honda
116) Priority Steel
117) Pro Equipment Rental
118) Pro Tech Fuels
119) Pro Tool & Supply
120) ProExcavation
121) Rav Architects
122) Recycle Unlimited
123) Rental Depot
124) Massachusetts RMV
125) RoadPlates
126) Rockland Trust Bank
127) S Gordon Corporation
128) S&M Farms
129) Safety Insurance
130) Sam White and Sons
131) Scituate Concrete
132) Scituate Ray
133) Sears
134) Massachusetts Secretary of State

Sean T. Carnathan, Esq.
January 16, 2018
Page 5

135) Segal Insurance
136) Shane Bell
137) Shawn Bishop
138) Shea Concrete
139) Shell Oil
140) SM Lorusso & Sons INC
141) South Shore Loam
142) South-North Milton Inc
143) Sovereign Bank
144) Staples
145) Star Market
146) StarBucks
147) Sunoco
148) Super Petro
149) Suspension Specialists
150) Swenson Granite
151) T-Quip Sales
152) T.C. Healy
153) Taylor Ryan
154) Tedeschi Food
155) TL Edwards Inc
156) Tom Lyons Tire
157) Town Fair Tire
158) Travelers
159) Turf Inc
160) United Rentals
161) URM Trucking
162) Work 'N Gear

Thank you.

Very truly yours,

John H. Perten

JHP

cc: Peter Tamposi, Esq. (w/enclosures)
    Chris Candon, Esq.
    Client

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>   Debtor. | Chapter 7<br>No. 15-13881-FJB |
| LYMAN-CUTLER, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>VADIM KAGAN, TATIANA KAGAN,<br>KAGAN DEVELOPMENT KDC, CORP.<br>and PROEXCAVATION CORP.<br><br>   Defendants. | Adv. Pro. No. 16-01120 |

**PROEXCAVATION CORP.'S SUPPLEMENTAL RESPONSES TO
ALEX FILIPPOV'S FIRST SET OF INTERROGATORIES**

Pursuant to the Court's Order dated January 10, 2018, Defendant ProExcavation Corp. ("ProExcavation") supplements its responses to Alex Filippov's ("Filippov") First Set of Interrogatories ("Interrogatories") as set forth below.

**INTERROGATORY NO. 3**

Identify all Other Construction Projects for which ProExcavation performed any work, including the street address of each project, the owner of the project, the name of the individual or entity with whom ProExcavation had a verbal or written contract to perform work, and the beginning and ending dates on which ProExcavation performed any work on the project.

1

**RESPONSE NO. 3**

ProExcavation objects to this request as overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence. Documents concerning "Other Construction Projects" are irrelevant to this action and information relating to time periods well before and well after the work on subject project are not a proper subject for discovery. This Request is a patent fishing expedition and effort to needless complicate matters and run up costs. Accordingly, ProExcavation will not be producing information related to "Other Construction Projects."

**SUPPLEMENTAL RESPONSE NO. 3**

Per the Court's Order dated January 10, 2018, ProExcavation supplements its response and identifies the following "Other Construction Projects" that it worked on between 2012 and 2015:

1) 40 Druid Hill Road, Newton MA
2) 6 Deborah Road, Newton MA
3) 104 Dorcar Road, Newton MA
4) 73 Fuller Street, Newton MA.
5) 30 Hyde Avenue, Newton MA
6) 143 Florence Street, Newton MA
7) 80 Dorcar Road, Newton MA
8) 10 Lyman Road, Brookline MA.
9) 137 Cynthia Road, Newton MA
10) 24 Druid Hill Road, Newton MA
11) 50 Yarmouth Road, Brookline, MA

12) 53 Wallace Street, Newton MA

13) 7 Fredette Road, Newton MA

14) 51 Parker Terrace, Newton MA

15) 1657 Centre Street, Newton MA

16) 18 Valley Spring, Newton MA

17) 1580 Beacon Street, Newton MA

18) 12 Valley Spring, Newton MA

19) 1664 Centre Street, Newton MA

## CERTIFICATION

I, Vadim Kagan, hereby certify the following: I am the President of ProExcavation Corp. ("ProExcavation") a party in the above-captioned action, and I sign the foregoing Supplemental Responses to Interrogatories for and on behalf of ProExcavation and am duly authorized to do so.

The matters stated in the foregoing Supplemental Responses to Interrogatories are based in part upon ProExcavation's business records and are not all within my personal knowledge.

I understand that the information set forth aforesaid Supplemental Responses to Interrogatories are in accordance with the information available to ProExcavation and the records maintained by the defendant and are true insofar as it is possible to verify them.

Signed under the pains and penalties of perjury this 16th day of January 2018.

ProExcavation Corp.
By: Vadim Kagan

AS TO OBJECTIONS:

PROEXCAVATION CORP.,
By its attorneys,

Christopher M. Candon (BBO #650855)
John H. Perten, Esq. (BBO# 548728)
Sheehan Phinney Bass & Green PA
255 State Street, 5th Floor
Boston, MA 02109
Tel: (617) 897-5600
ccandon@sheehan.com
jperten@sheehan.com

Dated: January 16, 2018

4

## CERTIFICATE OF SERVICE

I, John H. Perten, Esq., certify that I served the foregoing document on all counsel of record via email and first class mail.

_____
John H. Perten, Esq.

Dated: January 16, 2018

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: <br><br> LYMAN-CUTLER, LLC, <br><br> Debtor. | Chapter 7 <br> No. 15-13881-FJB |

| | |
|---|---|
| LYMAN-CUTLER, LLC, <br><br> Plaintiff, <br><br> v. <br><br> VADIM KAGAN, TATIANA KAGAN, KAGAN DEVELOPMENT KDC, CORP. and PROEXCAVATION CORP. <br><br> Defendants. | Adv. Pro. No. 16-01120 |

### KAGAN DEVELOPMENT KDC CORP.'S SUPPLEMENTAL RESPONSES TO ALEX FILIPPOV'S FIRST SET OF INTERROGATORIES

Pursuant to the Court's Order dated January 10, 2018, Defendant Kagan Development KDC Corp. ("KDC") supplements its responses to Alex Filippov's ("Filippov") First Set of Interrogatories ("Interrogatories") as set forth below.

### INTERROGATORY NO. 3

Identify all Other Construction Projects, including the street address of each project, the owner of the project, the name of the individual or entity with whom KDC had a verbal or written contract to perform construction work, and the beginning and ending dates on which KDC performed any work on the project.

1

**RESPONSE NO. 3**

KDC objects to this interrogatory as overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence because it is not narrowly tailored to the Project at issue in this action nor does it provide a relevant time frame. Information concerning "Other Construction Projects" is irrelevant to this action and information relating to time periods well before and well after the work on subject project is not a proper subject for discovery. This interrogatory is a patent fishing expedition and effort to needless complicate matters and run up costs. Accordingly, KDC will not provide information unrelated to the Project at issue. Regarding information related to the Project, KDC refers Filippov to Response No. 1.

**SUPPLEMENTAL RESPONSE NO. 3**

Per the Court's Order dated January 10, 2018, KDC supplements its response and identifies the following "Other Construction Projects" that it worked on between 2012 and 2015:

1) 40 Druid Hill Road, Newton MA
2) 40 Druid Hill, Newton MA (Renovation)
3) 6 Deborah Road, Newton MA
4) 104 Dorcar Road, Newton MA
5) 73 Fuller Street, Newton MA
6) 30 Hyde Avenue, Newton MA
7) 143 Florence Street, Newton MA
8) 80 Dorcar Road, Newton MA
9) 10 Lyman Road, Brookline MA
10) 137 Cynthia Road, Newton MA

11) 24 Druid Hill Road, Newton MA

12) 50 Yarmouth Road, Brookline, MA

13) 53 Wallace Street, Newton MA

14) 7 Fredette Road, Newton MA

15) 51 Parker Terrace, Newton MA

16) 1657 Centre Street, Newton MA

17) 18 Valley Spring, Newton MA

18) 1580 Beacon Street, Newton MA

19) 12 Valley Spring, Newton MA

20) 1664 Centre Street, Newton MA

## **CERTIFICATION**

I, Vadim Kagan, hereby certify the following: I am the President of Kagan Development KDC, Corp. ("KDC"), a party in the above-captioned action, and I sign the foregoing Supplemental Responses to Interrogatories for and on behalf of KDC and am duly authorized to do so.

The matters stated in the foregoing Supplemental Responses to Interrogatories are based in part upon KDC's business records and are not all within my personal knowledge.

I understand that the information set forth aforesaid Supplemental Responses to Interrogatories are in accordance with the information available to KDC and the records maintained by the defendant and are true insofar as it is possible to verify them.

Signed under the pains and penalties of perjury this 16th day of January, 2018.

Vadim Kagan, President
Kagan Development KDC, Corp.

AS TO OBJECTIONS:

KAGAN DEVELOPMENT KDC CORP.
By its attorneys,

Christopher M. Candon (BBO #650855)
John H. Perten, Esq. (BBO# 548728)
Sheehan Phinney Bass & Green PA
255 State Street, 5th Floor
Boston, MA 02109
Tel: (617) 897-5600
ccandon@sheehan.com
jperten@sheehan.com

Dated: January 16, 2018

4

## CERTIFICATE OF SERVICE

I, John H. Perten, Esq., certify that I served the foregoing document on all counsel of record via email and first class mail.

_____
John H. Perten, Esq.

Dated: January 16, 2018