UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>  Debtor. | Chapter 7<br>No. 15-13881-FJB |
| LYMAN-CUTLER, LLC,<br>ALEX FILIPPOV and<br>NICKOLAY LIPETSKER,<br><br>  Plaintiffs,<br><br>  v.<br><br>VADIM KAGAN, TATIANA KAGAN,<br>KAGAN DEVELOPMENT KDC, CORP.<br>and PROEXCAVATION CORP.<br><br>  Defendants. | Adv. Proc. No. 16-01120 |

## JOINT MOTION TO APPROVE CONFIDENTIALITY STIPULATION

Plaintiffs Lyman-Cutler, LLC (the "Company"); Alex Filippov ("Filippov"); and Nickolay Lipetkser ("Lipetsker"); and Defendants Vadim Kagan ("Kagan"), Tatiana Kagan, Kagan Development KDC, Corp. ("KDC") and ProExcavation ("ProExcavation"), through their respective counsel, jointly submit the following Joint Motion to Approve Confidentiality Stipulation.

1. The parties anticipate that they will be producing information that the producing party will wish to designate as confidential and thereby restrict its use outside of this litigation.

{S1098056.1}

2. To that end, the parties have conferred and agreed upon the Stipulation to Govern the Production, Exchange, and Filing of Confidential Information, which is filed contemporaneously with this Joint Motion.

WHEREFORE, the parties jointly request that this honorable Court:

    A. Approve the accompanying Stipulation to Govern the Production, Exchange, and Filing of Confidential Information; and

    B. Grant such additional and further relief as the Court deems necessary.

Dated:  February 1, 2018

Respectfully submitted,

VADIM KAGAN,
TATIANA KAGAN,
KAGAN DEVELOPMENT KDC, CORP. and
PROEXCAVATION CORP.,

By their Attorneys,

/s/ Christopher M. Candon
Christopher M. Candon, BBO# 650855
John H. Perten, BBO# 548728
SHEEHAN PHINNEY BASS & GREEN, PA
255 State Street, 5th Floor
Boston, MA  02109
Tel:  617-897-5600
Fax: 617-439-9363
E-mail: ccandon@sheehan.com

And

| | |
|---|---|
| LYMAN-CUTLER, LLC | ALEX FILIPPOV<br>NICKOLAY LIPETSKER |
| By its Attorney, | By their Attorneys, |
| THE TAMPOSI LAW GROUP, P.C. | O'CONNOR, CARNATHAN AND MACK, LLC |
| /s/ Peter N. Tamposi<br>Peter N. Tamposi, BBO# 639497<br>The Tamposi Law Group, P.C.<br>159 Main St.<br>Nashua, NH 03060<br>Tel: 603-204-5513<br>peter@thetamposilawgroup.com | /s/ Sean T. Carnathan<br>Sean T. Carnathan, BBO# 636889<br>O'Connor, Carnathan and Mack, LLC<br>1 Van De Graaff Drive<br>Suite 104<br>Burlington, MA 01772<br>Tel: 781-359-9021<br>scarnathan@ocmlaw.net |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of February, 2018, a copy of the foregoing was served upon the parties listed below via ECF and/or first class mail, postage prepaid.

Eric K. Bradford
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Sean T. Carnathan
O'Connor, Carnathan and Mack, LLC
1 Van De Graaff Drive
Suite 104
Burlington, MA 01772

Peter N. Tamposi
The Tamposi Law Group
159 Main Street
Nashua, NH 03060

Joseph P. Calandrelli
O'Connor Carnathan and Mack LLC
1 Van De Graaff Drive
Suite 104
Burlington, MA 01772

David B. Madoff
Madoff & Khoury LLP
124 Washington Street - Suite 202
Foxborough, MA 02035

/s/ Christopher M. Candon
Christopher M. Candon