# SHEEHAN PHINNEY

Boston, MA | Manchester, NH | Concord, NH | Hanover, NH

**John H. Perten, Esq.**
Direct Dial: 617-897-5641
jperten@sheehan.com

Reply to: Boston Office
255 State Street
Boston, MA  02109

February 8, 2018

<u>Via E-Mail</u>
Honorable Frank J. Bailey
United States Bankruptcy Court
John W. McCormack Post Office and Courthouse
5 Post Office Square
Boston, MA 02109-3945

   Re: *In re: Lyman-Cutler, LLC., Chapter 7, Docket No. 15-13881; A. P. 16-1120*

Dear Judge Bailey,

  On behalf of Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. and Tatiana Kagan (collectively, the "Kagan Parties"), I write to request an off the record conference to resolve one additional discovery dispute.

  As you may recall, we previously discussed with the Court, both informally and in connection with our motion to quash, the scope of the subpoena issued by the Filippov Parties to American Express Company.  One of the concerns we raised was that the subpoena was overly broad in that it requested the personal account information for Tatiana Kagan and Vadim Kagan.  Our recollection is that you indicated from the bench that the need for this personal information, as opposed to corporate information relating to construction projects, was unnecessary, and that the scope of the subpoena would be limited to five construction projects selected by the Filippov Parties.  Your order (Document 93), however, did not reflect that limitation.  We assumed that we would be able to resolve that omission without having to impose upon the Court's time further.

  We have been trying, unsuccessfully, to communicate with American Express to ascertain when they planned on making their production so that we could address this issue.  We have been unable to reach a live human being and, despite multiple messages, American Express has not responded to us.  Insofar as your order required their compliance by February 9, 2018, we are concerned that their production may occur without these personal records removed and without the limitation to the five construction projects.  Accordingly, we write to you to request an informal conference on this requested limitation.

  We understand that American Express previously indicated that they would need at least sixty (60) days to respond and therefore it is unlikely that the production will actually take place tomorrow.  We left a message for Attorney Carnathan to ascertain the timing and status of American Express' response but have not been able to connect with him today.  We recognize that he is likely attending to other matters and do not ascribe anything to our failure to connect.

Honorable Frank J. Bailey
February 8, 2018
Page 2

      But for the potential deadline tomorrow, we would simply wait until Mr. Carnathan frees up as he is typically very responsive to our messages. In an abundance of caution, we write to request a conference with the Court tomorrow in the event we are not able to connect with Mr. Carnathan today.

      Thank you.

Very truly yours,

John H. Perten

JHP

cc: Sean Carnathan, Esq. (via e-mail)
    Peter Tamposi, Esq. (via e-mail)
    David Madoff, Esq., Chapter 7 Trustee (via e-mail)
    American Express Company (via e-mail)