# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al

**Case/AP Number** 16-01120 **-FJB**
**Chapter**

#110 Request an Off the Record Conference from John Perten Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp.. filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. (Perten, John)

**COURT ACTION:**

_____Hearing held

_____Granted      _____Approved      _____Moot

_____Denied       _____Denied without prejudice      _____Withdrawn in open court

_____Overruled   _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released   _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

By this request the Kagan Parties seek an informal discovery conference under the Pre-trial Order [8] paragraph 12. The dispute concerns the scope of a document production. The American Express Company, a non-party, is required to produce documents on February 8, 2018 and the parties cannot agree on the scope of that production. The request is hereby granted.

The parties are directed to call into the court's "meet me bridge" at 11 AM on February 9, 2018. That number is 617-748-6691, code 123456. In the event the parties are able to reach agreement on this dispute before the conference they are instructed to inform the Courtroom Deputy, Mary E. Murray.

IT IS SO ORDERED:

*Frank J Bailey* (signature)

_____Dated: 02/08/2018
Frank J. Bailey
United States Bankruptcy Judge