United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
        Plaintiff                                                            Adv. Proc. No. 16-01120-fjb

Kagan,
        Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-1            User: ncalvo                  Page 1 of 2                    Date Rcvd: Feb 08, 2018
                                Form ID: pdf012               Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2018.
tr             +David Madoff,   Madoff & Khoury LLP,   124 Washington Street,   Foxboro, MA 02035-1368
ip             +Alex Filippov,   130 Trapelo Road,   Belmont, Ma 02478-1873
dft            +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
pla            +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
ip             +Nickolay Lipetsker,   52 Stony Brae Road,   Newton, MA 02461-1727
dft            +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
dft            +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
dft            +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Feb 08 2018 22:52:39     John Fitzgerald,
                 Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
                 5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*            +Alex Filippov,   130 Trapelo Road,   Belmont, Ma 02478-1873
cc*            +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
cd*            +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
cd*            +Nickolay Lipetsker,   52 Stony Brae Road,   Newton, MA 02461-1727
cc*            +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
cc*            +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
cc*            +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
                                                                                   TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2018 at the address(es) listed below:
              Christopher M. Candon    on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              David B. Madoff    on behalf of Trustee David  Madoff madoff@mandkllp.com,   alston@mandkllp.com
              John  Perten    on behalf of Defendant Vadim  Kagan jperten@sheehan.com,   bcapone@sheehan.com
              John  Perten    on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com,
               bcapone@sheehan.com
              John  Perten    on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com,
               bcapone@sheehan.com
              John  Perten    on behalf of Defendant    Kagan Development KDC, Corp. jperten@sheehan.com,
               bcapone@sheehan.com
              John  Perten    on behalf of Counter-Claimant    ProExcavation Corp. jperten@sheehan.com,
               bcapone@sheehan.com
              John  Perten    on behalf of Defendant Tatiana  Kagan jperten@sheehan.com,   bcapone@sheehan.com
              John  Perten    on behalf of Counter-Claimant Vadim  Kagan jperten@sheehan.com,
               bcapone@sheehan.com
              John  Perten    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jperten@sheehan.com,
               bcapone@sheehan.com

```
District/off: 0101-1          User: ncalvo              Page 2 of 2              Date Rcvd: Feb 08, 2018
                              Form ID: pdf012           Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Nickolay  Lipetsker jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net

        Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net

        Joseph P. Calandrelli   on behalf of Plaintiff   Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net

        Peter N. Tamposi   on behalf of Plaintiff   Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com

        Sean T. Carnathan   on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net

        Sean T. Carnathan   on behalf of Plaintiff   Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net

        Sean T. Carnathan   on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net

        TOTAL: 20

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al      **Case/AP Number** 16-01120 **-FJB**
**Chapter**

#110 Request an Off the Record Conference from John Perten Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp.. filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. (Perten, John)

**COURT ACTION:**

_____Hearing held

_____Granted      _____Approved      _____Moot

_____Denied       _____Denied without prejudice      _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order       _____Released      _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

By this request the Kagan Parties seek an informal discovery conference under the Pre- trial Order [8] paragraph 12.  The dispute concerns the scope of a document production.  The American Express Company, a non-party, is required to produce documents on February 8, 2018 and the parties cannot agree on the scope of that production.  The request is hereby granted.

The parties are directed to call into the court's "meet me bridge" at 11 AM on February 9, 2018. That number is 617-748-6691, code 123456. In the event the parties are able to reach agreement on this dispute before the conference they are instructed to inform the Courtroom Deputy, Mary E. Murray.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____ Dated: 02/08/2018
Frank J. Bailey
United States Bankruptcy Judge