United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
        Plaintiff                                                          Adv. Proc. No. 16-01120-fjb

Kagan,
        Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-1          User: ncalvo          Page 1 of 2          Date Rcvd: Feb 09, 2018
                              Form ID: pdf012       Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2018.
```
tr             +David Madoff,   Madoff & Khoury LLP,   124 Washington Street,   Foxboro, MA 02035-1368
ip             +Alex Filippov,   130 Trapelo Road,   Belmont, Ma 02478-1873
dft            +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
pla            +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
ip             +Nickolay Lipetsker,   52 Stony Brae Road,   Newton, MA 02461-1727
dft            +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
dft            +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
dft            +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Feb 09 2018 22:58:28     John Fitzgerald,
                 Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
                 5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                              TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*            +Alex Filippov,   130 Trapelo Road,   Belmont, Ma 02478-1873
cc*            +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
cd*            +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
cd*            +Nickolay Lipetsker,   52 Stony Brae Road,   Newton, MA 02461-1727
cc*            +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
cc*            +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
cc*            +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
                                                                                TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                                        Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2018 at the address(es) listed below:
```
              Christopher M. Candon    on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              David B. Madoff    on behalf of Trustee David  Madoff madoff@mandkllp.com,   alston@mandkllp.com
              John  Perten    on behalf of Defendant Vadim  Kagan jperten@sheehan.com,   bcapone@sheehan.com
              John  Perten    on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com,
               bcapone@sheehan.com
              John  Perten    on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com,
               bcapone@sheehan.com
              John  Perten    on behalf of Defendant    Kagan Development KDC, Corp. jperten@sheehan.com,
               bcapone@sheehan.com
              John  Perten    on behalf of Counter-Claimant    ProExcavation Corp. jperten@sheehan.com,
               bcapone@sheehan.com
              John  Perten    on behalf of Defendant Tatiana  Kagan jperten@sheehan.com,   bcapone@sheehan.com
              John  Perten    on behalf of Counter-Claimant Vadim  Kagan jperten@sheehan.com,
               bcapone@sheehan.com
              John  Perten    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jperten@sheehan.com,
               bcapone@sheehan.com
```

```
District/off: 0101-1           User: ncalvo                Page 2 of 2                   Date Rcvd: Feb 09, 2018
                               Form ID: pdf012             Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
          Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
          Joseph P. Calandrelli    on behalf of Plaintiff    Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
          Peter N. Tamposi    on behalf of Plaintiff    Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com
          Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net
          Sean T. Carnathan    on behalf of Plaintiff    Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net
          Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net

                                                                                                              TOTAL: 20

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

In Re: Lyman-Cutler, LLC v. Kagan et al

Case/AP Number 16-01120 -FJB
Chapter

#110 Request an Off the Record Conference from John Perten Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp.. filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. (Perten, John)

**COURT ACTION:**

_____ Hearing held
_____ Granted         _____ Approved         _____ Moot
_____ Denied          _____ Denied without prejudice     _____ Withdrawn in open court
_____ Overruled       _____ Sustained
_____ Continued to _____
_____ Proposed order to be submitted by _____
_____ Stipulation to be submitted by _____
_____ No appearance by _____
Show Cause Order         _____ Released         _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Off the record conference held. The parties are free to file motions as necessary

IT IS SO ORDERED:

/s/ Frank J. Bailey
_____ Dated: 02/09/2018
Frank J. Bailey
United States Bankruptcy Judge