UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>    Debtor. | Chapter 7<br>No. 15-13881-FJB |
| LYMAN-CUTLER, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VADIM KAGAN, TATIANA KAGAN,<br>KAGAN DEVELOPMENT KDC, CORP.<br>and PROEXCAVATION CORP.<br><br>    Defendants. | Adv. Pro. No. 16-01120 |

## JOINT PROPOSED SCHEDULING ORDER

NOW COME the parties to the above-captioned proceedings and jointly submit this proposed schedule in accordance with this Court's order [Main Docket No. 92]. A proposed scheduling order, with the dates left open per the Court's request, is attached hereto as Exhibit 1. The parties note that the counterclaim and reply thereto were just recently filed and the parties are now proceeding to depositions. The parties anticipate that notwithstanding the complexity of the issues and number of potential witnesses, they can complete discovery in approximately three months. Therefore, they suggest the following deadlines:

1. Completion of discovery: May 31, 2018

2. Expert Disclosure: June 30, 2018

3. Rebuttal Expert Disclosure: July 30, 2018

4. Expert Depositions: August 15, 2018

5. Dispositive motions (if any):  September 15, 2018

6. Trial:  Late September or early October, 2018.


Dated:  February 14, 2018

Respectfully submitted,

VADIM KAGAN,
TATIANA KAGAN,
KAGAN DEVELOPMENT KDC, CORP. and
PROEXCAVATION CORP.,

By their Attorneys,

/s/ John H. Perten
Christopher M. Candon, BBO# 650855
John H. Perten, BBO# 548728
SHEEHAN PHINNEY BASS & GREEN, PA
255 State Street, 5th Floor
Boston, MA  02109
Tel:  603-627-8168
Fax: 603-641-8768
E-mail: jperten@sheehan.com

ALEX FILIPPOV
NICKOLAY LIPETSKER

LYMAN-CUTLER, LLC

By its Attorney,

THE TAMPOSI LAW GROUP, P.C.

By their Attorneys,

O'CONNOR, CARNATHAN AND
MACK, LLC


/s/ Peter N. Tamposi
Peter N. Tamposi, BBO# 639497
The Tamposi Law Group, P.C.
159 Main St.
Nashua, NH 03060
Tel: 603-204-5513
peter@thetamposilawgroup.com

/s/ Sean T. Carnathan
Sean T. Carnathan, BBO# 636889
O'Connor, Carnathan and Mack, LLC
1 Van De Graaff Drive
Suite 104
Burlington, MA 01772
Tel: 781-359-9021
scarnathan@ocmlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February, 2018, a copy of the foregoing was served upon the parties listed below via ECF and/or first class mail, postage prepaid.

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Sean T. Carnathan
O'Connor, Carnathan and Mack, LLC
1 Van De Graaff Drive
Suite 104
Burlington, MA 01803

David B. Madoff
Madoff & Khoury LLP
124 Washington Street - Suite 202
Foxborough, MA 02035

Steffani Pelton Nicholson
Madoff & Khoury LLP
124 Washington Street
Foxborough, MA 02035

Sarah A Smegal
Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110

Joseph P. Calandrelli
O'Connor Carnathan and Mack LLC
1 Van De Graaff Drive
Suite 104
Burlington, MA 01772

Stephen G. DeLisle
Rubin and Rudman LLP
50 Rowes Wharf
3rd Floor
Boston, MA 02110

Amy M. McCallen
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110

David C. Phalen
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Peter N. Tamposi
The Tamposi Law Group
159 Main Street
Nashua, NH 03060

/s/ John H. Perten
John H. Perten