# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>Debtor. | Chapter 7<br>No. 15-13881-FJB |
| LYMAN-CUTLER, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VADIM KAGAN, TATIANA KAGAN,<br>KAGAN DEVELOPMENT KDC, CORP.<br>and PROEXCAVATION CORP.<br><br>Defendants. | Adv. Pro. No. 16-01120 |

## SCHEDULING ORDER

1. Completion of discovery:

2. Expert Disclosure:

3. Rebuttal Expert Disclosure:

4. Expert Depositions:

5. Dispositive motions:

6. Trial:

Dated: _____          _____