UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 7<br>No. 15-13881-FJB |
| LYMAN-CUTLER, LLC,<br>ALEX FILIPPOV and<br>NICKOLAY LIPETSKER,<br><br>Plaintiffs,<br><br>v.<br><br>VADIM KAGAN, TATIANA KAGAN,<br>KAGAN DEVELOPMENT KDC, CORP.<br>and PROEXCAVATION CORP.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adv. Proc. No. 16-01120 |

**JOINT MOTION WITHDRAWING PLAINTIFFS' MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH COURT'S JANUARY 10, 2018 ORDER**

Plaintiffs Lyman-Cutler, LLC (the "Company"); Alex Filippov ("Filippov"); and Nickolay Lipetkser ("Lipetsker"); and Defendants Vadim Kagan ("Kagan"), Tatiana Kagan, Kagan Development KDC, Corp. ("KDC") and ProExcavation ("ProExcavation"), through their respective counsel, jointly submit the following Joint Motion Resolving Plaintiffs' Motion for Sanctions for Failure to Comply with this Court's January 10, 2018 Order.

1. On January 23, 2018, Plaintiffs filed a Motion for Sanctions for Failure to Comply with Court's January 10, 2018 Order (Docket No. 102).

2. On January 23, 2018, Defendants filed their Opposition (Docket No. 104).

{S1092323.2}

3.     The Parties have conferred and resolved the dispute that precipitated Plaintiff's Motion.

4.     Therefore, Plaintiffs withdraw their Motion for Sanctions (Docket No. 102) and Defendants' Opposition (Docket No. 104) is therefore moot.

WHEREFORE, the parties jointly request that this honorable Court:

A. Note the withdrawal of Plaintiffs' Motion for Sanctions (Docket No. 102);

B. Cancel the hearing on the Motion for Sanctions currently set for February 21, 2018 at 11 a.m.; and

C. Grant such additional and further relief as the Court deems necessary.

Dated:  February 16, 2018

Respectfully submitted,

VADIM KAGAN,
TATIANA KAGAN,
KAGAN DEVELOPMENT KDC, CORP. and
PROEXCAVATION CORP.,

By their Attorneys,

/s/ Christopher M. Candon
Christopher M. Candon, BBO# 650855
John H. Perten, BBO# 548728
SHEEHAN PHINNEY BASS & GREEN, PA
255 State Street, 5th Floor
Boston, MA  02109
Tel:  617-897-5600
Fax: 617-439-9363
E-mail: ccandon@sheehan.com

and

| LYMAN-CUTLER, LLC | ALEX FILIPPOV<br>NICKOLAY LIPETSKER |
|---|---|
| By its Attorney, | By their Attorneys, |
| THE TAMPOSI LAW GROUP, P.C. | O'CONNOR, CARNATHAN AND MACK, LLC |
| /s/ Peter N. Tamposi<br>Peter N. Tamposi, BBO# 639497<br>The Tamposi Law Group, P.C.<br>159 Main St.<br>Nashua, NH 03060<br>Tel: 603-204-5513<br>peter@thetamposilawgroup.com | /s/ Sean T. Carnathan<br>Sean T. Carnathan, BBO# 636889<br>O'Connor, Carnathan and Mack, LLC<br>1 Van De Graaff Drive<br>Suite 104<br>Burlington, MA 01772<br>Tel: 781-359-9021<br>scarnathan@ocmlaw.net |

{S1092323.2}    3

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of February, 2018, a copy of the foregoing was served upon the parties listed below via ECF and/or first class mail, postage prepaid.

Eric K. Bradford
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Peter N. Tamposi
The Tamposi Law Group
159 Main Street
Nashua, NH 03060

David B. Madoff
Madoff & Khoury LLP
124 Washington Street - Suite 202
Foxborough, MA 02035

Steffani Pelton Nicholson
Madoff & Khoury LLP
124 Washington Street
Foxborough, MA 02035

John H. Perten
Christopher M. Candon
Sheehan Phinney Bass + Green
1000 Elm Street, 17th Floor
Manchester, NH 03101

          /s/ Sean T. Carnathan
          Sean T. Carnathan

4841-3271-2285, v. 1

{S1092323.2}          4