**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al        **Case/AP Number** 16-01120 **-FJB**
                                                   **Chapter**

#115 Joint Proposed Scheduling Order Filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp.

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The deadlines are hereby extended as proposed.  The Joint Pretrial Memorandum shall be filed on or before September 22, 2018.  The Court will schedule the trial upon filing of the Joint Pretrial Memorandum.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_____ Dated: 02/16/2018
Frank J. Bailey
United States Bankruptcy Judge