UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al  **Case/AP Number** 16-01120 **-FJB**
**Chapter**

#116 Joint Motion filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker, Plaintiff Lyman-Cutler, LLC to Withdraw Document and Cancel Hearing [RE: [102] Motion for Sanctions or Costs]

**COURT ACTION:**

_____Hearing held

_____Granted       _____Approved       _____Moot

_____Denied        _____Denied without prejudice     _____Withdrawn in open court

_____Overruled     _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released     _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted:  the Motion for Sanctions (Docket No. 102) is deemed withdrawn; and the hearing on the Motion for Sanctions, set for February 21, 2018 at 11 a.m., is canceled.

IT IS SO ORDERED:

*Frank J Bailey*

_____ Dated: 02/16/2018
Frank J. Bailey
United States Bankruptcy Judge