United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
      Plaintiff

Adv. Proc. No. 16-01120-fjb

Kagan,
      Defendant

# CERTIFICATE OF NOTICE

```
District/off: 0101-1          User: ncalvo              Page 1 of 2                  Date Rcvd: Feb 16, 2018
                              Form ID: pdf012           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Feb 17 2018 00:11:55      John Fitzgerald,
       Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
       5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                                                                                                                             TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2018 at the address(es) listed below:

          Christopher M. Candon   on behalf of Defendant   ProExcavation Corp. ccandon@sheehan.com,
            ntoli@sheehan.com
          Christopher M. Candon   on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
            ntoli@sheehan.com
          Christopher M. Candon   on behalf of Defendant   Kagan Development KDC, Corp. ccandon@sheehan.com,
            ntoli@sheehan.com
          Christopher M. Candon   on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
            ntoli@sheehan.com
          David B. Madoff   on behalf of Trustee David  Madoff madoff@mandkllp.com,   alston@mandkllp.com
          John  Perten   on behalf of Defendant Tatiana  Kagan jperten@sheehan.com,   bcapone@sheehan.com
          John  Perten   on behalf of Counter-Claimant Vadim  Kagan jperten@sheehan.com,
            bcapone@sheehan.com
          John  Perten   on behalf of Counter-Claimant   Kagan Development KDC, Corp. jperten@sheehan.com,
            bcapone@sheehan.com
          John  Perten   on behalf of Defendant Vadim  Kagan jperten@sheehan.com,   bcapone@sheehan.com
          John  Perten   on behalf of Defendant   ProExcavation Corp. jperten@sheehan.com,
            bcapone@sheehan.com
          John  Perten   on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com,
            bcapone@sheehan.com
          John  Perten   on behalf of Defendant   Kagan Development KDC, Corp. jperten@sheehan.com,
            bcapone@sheehan.com
          John  Perten   on behalf of Counter-Claimant   ProExcavation Corp. jperten@sheehan.com,
            bcapone@sheehan.com
          Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net,
            hwolti@ocmlaw.net
          Joseph P. Calandrelli   on behalf of Plaintiff   Lyman-Cutler, LLC jcalandrelli@ocmlaw.net,
            hwolti@ocmlaw.net
          Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Nickolay  Lipetsker
            jcalandrelli@ocmlaw.net,   hwolti@ocmlaw.net
          Peter N. Tamposi   on behalf of Plaintiff   Lyman-Cutler, LLC peter@thetamposilawgroup.com,
            Judy@tlgnh.com
          Sean T. Carnathan   on behalf of Plaintiff   Lyman-Cutler, LLC scarnathan@ocmlaw.net,
            hwolti@ocmlaw.net
          Sean T. Carnathan   on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net,
            hwolti@ocmlaw.net
          Sean T. Carnathan   on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net,
            hwolti@ocmlaw.net

```
District/off: 0101-1           User: ncalvo              Page 2 of 2           Date Rcvd: Feb 16, 2018
                               Form ID: pdf012           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                      TOTAL: 20

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

In Re: Lyman-Cutler, LLC v. Kagan et al

Case/AP Number 16-01120 -FJB
Chapter

#115 Joint Proposed Scheduling Order Filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp.

**COURT ACTION:**

_____Hearing held

_____Granted          _____Approved          _____Moot

_____Denied           _____Denied without prejudice          _____Withdrawn in open court

_____Overruled        _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order          _____Released          _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The deadlines are hereby extended as proposed. The Joint Pretrial Memorandum shall be filed on or before September 22, 2018. The Court will schedule the trial upon filing of the Joint Pretrial Memorandum.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

Dated: 02/16/2018

Frank J. Bailey
United States Bankruptcy Judge