United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
    Plaintiff

Adv. Proc. No. 16-01120-fjb

Kagan,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-1        User: ncalvo        Page 1 of 2        Date Rcvd: Feb 16, 2018
                       Form ID: pdf012     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2018.
tr           +David Madoff,   Madoff & Khoury LLP,   124 Washington Street,   Foxboro, MA 02035-1368

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Feb 17 2018 00:11:55     John Fitzgerald,
               Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                                                        TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2018 at the address(es) listed below:

             Christopher M. Candon   on behalf of Defendant   ProExcavation Corp. ccandon@sheehan.com, ntoli@sheehan.com
             Christopher M. Candon   on behalf of Defendant Tatiana   Kagan ccandon@sheehan.com, ntoli@sheehan.com
             Christopher M. Candon   on behalf of Defendant   Kagan Development KDC, Corp. ccandon@sheehan.com, ntoli@sheehan.com
             Christopher M. Candon   on behalf of Defendant Vadim   Kagan ccandon@sheehan.com, ntoli@sheehan.com
             David B. Madoff   on behalf of Trustee David   Madoff madoff@mandkllp.com, alston@mandkllp.com
             John Perten   on behalf of Counter-Claimant   ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com
             John Perten   on behalf of Defendant Tatiana   Kagan jperten@sheehan.com, bcapone@sheehan.com
             John Perten   on behalf of Counter-Claimant Vadim   Kagan jperten@sheehan.com, bcapone@sheehan.com
             John Perten   on behalf of Counter-Claimant   Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com
             John Perten   on behalf of Defendant Vadim   Kagan jperten@sheehan.com, bcapone@sheehan.com
             John Perten   on behalf of Defendant   ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com
             John Perten   on behalf of Counter-Claimant Tatiana   Kagan jperten@sheehan.com, bcapone@sheehan.com
             John Perten   on behalf of Defendant   Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com
             Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Alex   Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
             Joseph P. Calandrelli   on behalf of Plaintiff   Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
             Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Nickolay   Lipetsker jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
             Peter N. Tamposi   on behalf of Plaintiff   Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com
             Sean T. Carnathan   on behalf of Plaintiff   Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net
             Sean T. Carnathan   on behalf of Intervenor-Plaintiff Alex   Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net
             Sean T. Carnathan   on behalf of Intervenor-Plaintiff Nickolay   Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net

```
District/off: 0101-1          User: ncalvo                Page 2 of 2                  Date Rcvd: Feb 16, 2018
                              Form ID: pdf012             Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 20

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

In Re: Lyman-Cutler, LLC v. Kagan et al    Case/AP Number 16-01120 -FJB
Chapter

#108 Joint Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. to Approve [Re: [107] Stipulation]

**COURT ACTION:**

_____ Hearing held

_____ Granted      _____ Approved      _____ Moot

_____ Denied       _____ Denied without prejudice      _____ Withdrawn in open court

_____ Overruled    _____ Sustained

_____ Continued to _____

_____ Proposed order to be submitted by _____

_____ Stipulation to be submitted by _____

_____ No appearance by _____

Show Cause Order      _____ Released      _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objection filed.  The Confidentiality Stipulation is hereby approved.

IT IS SO ORDERED:

*Frank J. Bailey* (signature)
Dated: 02/16/2018

Frank J. Bailey
United States Bankruptcy Judge