United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
        Plaintiff                                            Adv. Proc. No. 16-01120-fjb

Kagan,
        Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1        User: jregan          Page 1 of 2           Date Rcvd: Feb 16, 2018
                          Form ID: pdf012     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2018.
```
tr           +David Madoff,   Madoff & Khoury LLP,   124 Washington Street,   Foxboro, MA 02035-1368
ip           +Alex Filippov,   130 Trapelo Road,   Belmont, Ma 02478-1873
dft          +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
pla          +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
ip           +Nickolay Lipetsker,   52 Stony Brae Road,   Newton, MA 02461-1727
dft          +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
dft          +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
dft          +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust          +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Feb 17 2018 00:11:55     John Fitzgerald,
              Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
              5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                         TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*          +Alex Filippov,   130 Trapelo Road,   Belmont, Ma 02478-1873
cc*          +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
cd*          +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
cd*          +Nickolay Lipetsker,   52 Stony Brae Road,   Newton, MA 02461-1727
cc*          +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
cc*          +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
cc*          +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
                                                            TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2018 at the address(es) listed below:
```
          Christopher M. Candon   on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon   on behalf of Defendant   ProExcavation Corp. ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon   on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon   on behalf of Defendant   Kagan Development KDC, Corp. ccandon@sheehan.com,
           ntoli@sheehan.com
          David B. Madoff   on behalf of Trustee David  Madoff madoff@mandkllp.com,   alston@mandkllp.com
          John  Perten   on behalf of Defendant Vadim  Kagan jperten@sheehan.com,   bcapone@sheehan.com
          John  Perten   on behalf of Defendant   ProExcavation Corp. jperten@sheehan.com,
           bcapone@sheehan.com
          John  Perten   on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com,
           bcapone@sheehan.com
          John  Perten   on behalf of Defendant   Kagan Development KDC, Corp. jperten@sheehan.com,
           bcapone@sheehan.com
          John  Perten   on behalf of Counter-Claimant   ProExcavation Corp. jperten@sheehan.com,
           bcapone@sheehan.com
          John  Perten   on behalf of Defendant Tatiana  Kagan jperten@sheehan.com,   bcapone@sheehan.com
          John  Perten   on behalf of Counter-Claimant Vadim  Kagan jperten@sheehan.com,
           bcapone@sheehan.com
          John  Perten   on behalf of Counter-Claimant   Kagan Development KDC, Corp. jperten@sheehan.com,
           bcapone@sheehan.com
```

District/off: 0101-1              User: jregan              Page 2 of 2              Date Rcvd: Feb 16, 2018
                                 Form ID: pdf012           Total Noticed: 9

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Nickolay  Lipetsker
           jcalandrelli@ocmlaw.net,   hwolti@ocmlaw.net
          Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net,
           hwolti@ocmlaw.net
          Joseph P. Calandrelli   on behalf of Plaintiff   Lyman-Cutler, LLC jcalandrelli@ocmlaw.net,
           hwolti@ocmlaw.net
          Peter N. Tamposi   on behalf of Plaintiff   Lyman-Cutler, LLC peter@thetamposilawgroup.com,
           Judy@tlgnh.com
          Sean T. Carnathan   on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net,
           hwolti@ocmlaw.net
          Sean T. Carnathan   on behalf of Plaintiff   Lyman-Cutler, LLC scarnathan@ocmlaw.net,
           hwolti@ocmlaw.net
          Sean T. Carnathan   on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net,
           hwolti@ocmlaw.net
                                                                                  TOTAL: 20

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al

**Case/AP Number** 16-01120 **-FJB**
**Chapter**

#116 Joint Motion filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker, Plaintiff Lyman-Cutler, LLC to Withdraw Document and Cancel Hearing [RE: [102] Motion for Sanctions or Costs]

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted:  the Motion for Sanctions (Docket No. 102) is deemed withdrawn; and the hearing on the Motion for Sanctions, set for February 21, 2018 at 11 a.m., is canceled.

IT IS SO ORDERED:

_____ Dated: 02/16/2018
Frank J. Bailey
United States Bankruptcy Judge