UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>       Debtor. | Chapter 7<br>No. 15-13881-FJB |
| LYMAN-CUTLER, LLC,<br>ALEX FILIPPOV and<br>NICKOLAY LIPETSKER,<br><br>       Plaintiffs,<br><br>       v.<br><br>VADIM KAGAN, TATIANA KAGAN,<br>KAGAN DEVELOPMENT KDC, CORP.<br>and PROEXCAVATION CORP.<br><br>       Defendants. | Adv. Proc. No. 16-01120 |

## JOINT MOTION TO APPROVE STIPULATION AND PROTECTIVE ORDER

Plaintiffs Lyman-Cutler, LLC (the "Company"); Alex Filippov ("Filippov"); and Nickolay Lipetkser ("Lipetsker"); and Defendants Vadim Kagan ("Kagan"), Tatiana Kagan, Kagan Development KDC, Corp. ("KDC") and ProExcavation ("ProExcavation"), through their respective counsel, jointly submit the following Joint Motion to Approve Stipulation and Protective Order.

    1.    In connection with certain documents produced by American Express Company, the parties have conferred concerning the personal credit card account statements and information of Vadim Kagan and Tatiana Kagan.

{S1123609.1}

2. To that end, the parties have agreed upon the Stipulation and Protective Order, which is filed contemporaneously with this Motion.

WHEREFORE, the parties jointly request that this honorable Court:

A. Approve the accompanying Stipulation and Protective Order; and

B. Grant such additional and further relief as the Court deems necessary.

Dated: March 14, 2018

Respectfully submitted,

VADIM KAGAN,
TATIANA KAGAN,
KAGAN DEVELOPMENT KDC, CORP. and
PROEXCAVATION CORP.,

By their Attorneys,

/s/ John H. Perten
Christopher M. Candon, BBO# 650855
John H. Perten, BBO# 548728
SHEEHAN PHINNEY BASS & GREEN, PA
255 State Street, 5th Floor
Boston, MA  02109
Tel:  617-897-5600
E-mail: jperten@sheehan.com

| LYMAN-CUTLER, LLC | ALEX FILIPPOV<br>NICKOLAY LIPETSKER |
|---|---|
| By its Attorney, | By their Attorneys, |
| THE TAMPOSI LAW GROUP, P.C. | O'CONNOR, CARNATHAN AND MACK, LLC |
| /s/ Peter N. Tamposi<br>Peter N. Tamposi, BBO# 639497<br>The Tamposi Law Group, P.C.<br>159 Main St.<br>Nashua, NH 03060<br>Tel: 603-204-5513<br>peter@thetamposilawgroup.com | /s/ Sean T. Carnathan<br>Sean T. Carnathan, BBO# 636889<br>O'Connor, Carnathan and Mack, LLC<br>1 Van De Graaff Drive<br>Suite 104<br>Burlington, MA 01772<br>Tel: 781-359-9021<br>scarnathan@ocmlaw.net |

{S1123609.1}                               2

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March, 2018, a copy of the foregoing was served upon the parties listed below via ECF and/or first class mail, postage prepaid.

| | |
|---|---|
| Eric K. Bradford<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109 | Joseph P. Calandrelli<br>O'Connor Carnathan and Mack LLC<br>1 Van De Graaff Drive<br>Suite 104<br>Burlington, MA 01772 |
| Sean T. Carnathan<br>O'Connor, Carnathan and Mack, LLC<br>1 Van De Graaff Drive<br>Suite 104<br>Burlington, MA 01772 | David B. Madoff<br>Madoff & Khoury LLP<br>124 Washington Street - Suite 202<br>Foxborough, MA 02035 |
| Peter N. Tamposi<br>The Tamposi Law Group<br>159 Main Street<br>Nashua, NH 03060 | |

/s/ John H. Perten
John H. Perten