UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al          **Case/AP Number** 16-01120 **-FJB**
                                                    **Chapter**

#124 Joint Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. to Approve [Re: [123] Stipulation]

**COURT ACTION:**

_____Hearing held

_____Granted          _____Approved          _____Moot

_____Denied           _____Denied without prejudice          _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released  _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted:  the Stipulation and Protective Order is hereby approved and entered as an order of the Court.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____Dated: 03/14/2018
Frank J. Bailey
United States Bankruptcy Judge