```
                       United States Bankruptcy Court
                          District of Massachusetts

Lyman-Cutler, LLC,
        Plaintiff                                          Adv. Proc. No. 16-01120-fjb

Kagan,
        Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0101-1           User: ncalvo              Page 1 of 2              Date Rcvd: Mar 15, 2018
                               Form ID: pdf012           Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2018.
tr             +David Madoff,   Madoff & Khoury LLP,   124 Washington Street,   Foxboro, MA 02035-1368
ip             +Alex Filippov,   130 Trapelo Road,   Belmont, Ma 02478-1873
dft            +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
pla            +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
ip             +Nickolay Lipetsker,   52 Stony Brae Road,   Newton, MA 02461-1727
dft            +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
dft            +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
dft            +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Mar 15 2018 23:26:23      John Fitzgerald,
                 Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
                 5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*            +Alex Filippov,   130 Trapelo Road,   Belmont, Ma 02478-1873
cc*            +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
cd*            +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
cd*            +Nickolay Lipetsker,   52 Stony Brae Road,   Newton, MA 02461-1727
cc*            +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
cc*            +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
cc*            +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
                                                                                       TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2018 at the address(es) listed below:
              Christopher M. Candon    on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              David B. Madoff    on behalf of Trustee David  Madoff madoff@mandkllp.com,   alston@mandkllp.com
              John Perten    on behalf of Defendant Vadim  Kagan jperten@sheehan.com,   bcapone@sheehan.com
              John Perten    on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com,
               bcapone@sheehan.com
              John Perten    on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com,
               bcapone@sheehan.com
              John Perten    on behalf of Defendant    Kagan Development KDC, Corp. jperten@sheehan.com,
               bcapone@sheehan.com
              John Perten    on behalf of Counter-Claimant    ProExcavation Corp. jperten@sheehan.com,
               bcapone@sheehan.com
              John Perten    on behalf of Defendant Tatiana  Kagan jperten@sheehan.com,   bcapone@sheehan.com
              John Perten    on behalf of Counter-Claimant Vadim  Kagan jperten@sheehan.com,
               bcapone@sheehan.com
              John Perten    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jperten@sheehan.com,
               bcapone@sheehan.com
```

```
District/off: 0101-1          User: ncalvo              Page 2 of 2               Date Rcvd: Mar 15, 2018
                              Form ID: pdf012           Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Nickolay  Lipetsker jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net

        Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net

        Joseph P. Calandrelli   on behalf of Plaintiff   Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net

        Peter N. Tamposi   on behalf of Plaintiff   Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com

        Sean T. Carnathan   on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net

        Sean T. Carnathan   on behalf of Plaintiff   Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net

        Sean T. Carnathan   on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net

        TOTAL: 20

# SHEEHAN PHINNEY

Boston, MA | Manchester, NH | Concord, NH | Hanover, NH

John H. Perten, Esq.
Direct Dial: 617-897-5641
jperten@sheehan.com

Reply to: Boston Office
255 State Street
Boston, MA  02109

March 14, 2018

<u>Via E-Mail</u>
Honorable Frank J. Bailey
United States Bankruptcy Court
John W. McCormack Post Office and Courthouse
5 Post Office Square
Boston, MA 02109-3945

    Re:    *In re: Lyman-Cutler, LLC, Chapter 7, Docket No. 15-13881; A.P. 16-1120*

Dear Judge Bailey,

    In accordance with this Court's order regarding informal pre-motion conferences relating to discovery disputes, I write to request a conference to resolve a current discovery dispute. The dispute relates to conflicting orders regarding limitations on discovery.

    On August 8, 2016, the Court issued a Scheduling and Pretrial Order (Main Docket No. 155; A.P. No. 8). Among the many items addressed by the order, were that the parties were limited to two fact witness depositions which could not exceed four hours in duration each, while depositions of the parties could not exceed seven hours. At that time, the complaint had not yet been amended, the Filippov Parties had not yet intervened, counterclaims had not been asserted, and a motion to dismiss the adversary complaint was pending. As this Court is aware, the scope of the litigation has expanded significantly since that initial order issued.

    Nine months later, on May 2, 2017, this Court issued a Contested Matter Pretrial Order (Main Docket No. 222) which appeared to supersede the original order. This order covered most of the same areas as the August 8, 2016 orders but, significantly, did not impose any limitation on the number or length of depositions.

    As this Court is aware, there is approximately $3.3 million held by the trustee, and allegations of fraud and abuse going both ways for which affirmative recovery is sought over and above the funds held by the trustee. Thus, this is no longer simply a claims objection proceeding. For example, in their opposition to the motion to dismiss the original complaint, issued after this Court's initial scheduling order, the Filippov Parties submitted eight affidavits, five of whom were from witnesses who claim to have been similarly defrauded by Mr. Kagan. Although Mr. Kagan vehemently denies the allegations, obviously each of these affiants will need to be deposed, which cannot occur if the two fact witness deposition limit is still in effect. Additionally, many of the witnesses do not speak English as a native tongue, which already has resulted in a much slower pace of testimony than would be expected with a native speaker. The parties have also exchanged several thousand pages of documents. Thus, a four hour limit would

[margin annotation, rotated: 03/15/2018 The Court shall hold an Off the Record Conference on Wednesday, March 21, 2018 at 10:00 A.M. The parties may dial conference Number (617) 748-6691; Passcode 123456 at the appointed time of hearing.] [signed: Frank J Bailey]

800.625.SPBG (7724) | www.sheehan.com