UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al          **Case/AP Number** 16-01120 **-FJB**

**Chapter**

#125 Request from John Perten Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., for a conference. (Perten, John)

**COURT ACTION:**

_____Hearing held

_____Granted       _____Approved       _____Moot

_____Denied        _____Denied without prejudice      _____Withdrawn in open court

_____Overruled  _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released  _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Off the record conference call held. The parties are now free to file any motions regarding amendment of the pretrial order's limits on depositions. Further the parties may file such motions as may be required to determine whether evidence of other construction projects are admissible on the counts alleged in the amended complaint.

The parties indicated an agreement as to some or all aspects of the deposition dispute and they shall file a stipulation and a motion to approve by 4:30 P.M. on Monday, March 26, 2018.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____ Dated: 03/21/2018
Frank J. Bailey
United States Bankruptcy Judge