United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
    Plaintiff

Adv. Proc. No. 16-01120-fjb

Kagan,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1    User: ncalvo    Page 1 of 2    Date Rcvd: Mar 21, 2018
                   Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Mar 21 2018 23:31:12     John Fitzgerald,
              Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
              5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                                                                                        TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2018                                                                                                       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2018 at the address(es) listed below:

              Christopher M. Candon   on behalf of Defendant   ProExcavation Corp. ccandon@sheehan.com, ntoli@sheehan.com
              Christopher M. Candon   on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com, ntoli@sheehan.com
              Christopher M. Candon   on behalf of Defendant   Kagan Development KDC, Corp. ccandon@sheehan.com, ntoli@sheehan.com
              Christopher M. Candon   on behalf of Defendant Vadim  Kagan ccandon@sheehan.com, ntoli@sheehan.com
              David B. Madoff   on behalf of Trustee David  Madoff madoff@mandkllp.com, alston@mandkllp.com
              John  Perten   on behalf of Defendant Tatiana  Kagan jperten@sheehan.com, bcapone@sheehan.com
              John  Perten   on behalf of Counter-Claimant Vadim  Kagan jperten@sheehan.com, bcapone@sheehan.com
              John  Perten   on behalf of Counter-Claimant   Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com
              John  Perten   on behalf of Defendant Vadim  Kagan jperten@sheehan.com, bcapone@sheehan.com
              John  Perten   on behalf of Defendant   ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com
              John  Perten   on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com, bcapone@sheehan.com
              John  Perten   on behalf of Defendant   Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com
              John  Perten   on behalf of Counter-Claimant   ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com
              Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
              Joseph P. Calandrelli   on behalf of Plaintiff   Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
              Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Nickolay  Lipetsker jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
              Peter N. Tamposi   on behalf of Plaintiff   Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com
              Sean T. Carnathan   on behalf of Plaintiff   Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net
              Sean T. Carnathan   on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net
              Sean T. Carnathan   on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net

```
District/off: 0101-1           User: ncalvo                  Page 2 of 2                   Date Rcvd: Mar 21, 2018
                               Form ID: pdf012               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                          TOTAL: 20

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

In Re: Lyman-Cutler, LLC v. Kagan et al        Case/AP Number 16-01120 -FJB
                                                Chapter

    #125 Request from John Perten Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., for a conference. (Perten, John)

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved        _____Moot

_____Denied         _____Denied without prejudice        _____Withdrawn in open court

_____Overruled      _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order        _____Released        _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Off the record conference call held. The parties are now free to file any motions regarding amendment of the pretrial order's limits on depositions. Further the parties may file such motions as may be required to determine whether evidence of other construction projects are admissible on the counts alleged in the amended complaint.

The parties indicated an agreement as to some or all aspects of the deposition dispute and they shall file a stipulation and a motion to approve by 4:30 P.M. on Monday, March 26, 2018.

IT IS SO ORDERED:

_Frank J. Bailey_ (signature)

_____ Dated: 03/21/2018
Frank J. Bailey
United States Bankruptcy Judge