DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>Debtor. | Chapter 7<br>No. 15-13881-FJB |
| LYMAN-CUTLER, LLC,<br>ALEX FILIPPOV and<br>NICKOLAY LIPETSKER,<br><br>Plaintiffs,<br><br>v.<br><br>VADIM KAGAN, TATIANA KAGAN,<br>KAGAN DEVELOPMENT KDC, CORP.<br>and PROEXCAVATION CORP.<br><br>Defendants. | Adv. Proc. No. 16-01120 |

## JOINT MOTION TO APPROVE STIPULATION REGARDING DISCOVERY

Plaintiffs Lyman-Cutler, LLC (the "Company"), Alex Filippov ("Filippov") and Nickolay Lipetsker ("Lipetsker"); and Defendants Vadim Kagan ("Kagan"), Tatiana Kaga, Kagan Development KDC, Corp. ("KDC") and ProExcavation Corp. ("ProExcavation"), through their respective counsel, jointly submit the following Joint Motion to Approve Stipulation Regarding Discovery.

1. The parties are in agreement that additional depositions will be necessary for proper presentation of this matter.

2. To that end, the parties have agreed upon the Stipulation Regarding Discovery which is being filed contemporaneously with this Motion.

WHEREFORE, the parties jointly request that this Honorable Court:

A: Approve the accompanying Stipulation Regarding Discovery; and

B: Grant such additional and further relief as this Court deems necessary.

Dated: March 26, 2018

Respectfully submitted,

VADIM KAGAN,
TATIANA KAGAN,
KAGAN DEVELOPMENT KDC, CORP. and
PROEXCAVATION CORP.,

By their Attorneys,

/s/ John H. Perten
Christopher M. Candon, BBO# 650855
John H. Perten, BBO# 548728
SHEEHAN PHINNEY BASS & GREEN, PA
255 State Street, 5th Floor
Boston, MA 02109
Tel: 603-627-8168
Fax: 603-641-8768
E-mail: jperten@sheehan.com

ALEX FILIPPOV
NICKOLAY LIPETSKER

LYMAN-CUTLER, LLC

By its Attorney,

THE TAMPOSI LAW GROUP, P.C.

By their Attorneys,

O'CONNOR, CARNATHAN AND
MACK, LLC

/s/ Peter N. Tamposi
Peter N. Tamposi, BBO# 639497
The Tamposi Law Group, P.C.
159 Main St.
Nashua, NH 03060
Tel: 603-204-5513
peter@thetamposilawgroup.com

/s/ Sean T. Carnathan
Sean T. Carnathan, BBO# 636889
O'Connor, Carnathan and Mack, LLC
1 Van De Graaff Drive
Suite 104
Burlington, MA 01772
Tel: 781-359-9021
scarnathan@ocmlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2018, a copy of the foregoing was served upon the parties listed below via ECF and/or first class mail, postage prepaid.

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Sean T. Carnathan
O'Connor, Carnathan and Mack, LLC
1 Van De Graaff Drive
Suite 104
Burlington, MA 01803

David B. Madoff
Madoff & Khoury LLP
124 Washington Street - Suite 202
Foxborough, MA 02035

Steffani Pelton Nicholson
Madoff & Khoury LLP
124 Washington Street
Foxborough, MA 02035

Sarah A Smegal
Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110

Joseph P. Calandrelli
O'Connor Carnathan and Mack LLC
1 Van De Graaff Drive
Suite 104
Burlington, MA 01772

Stephen G. DeLisle
Rubin and Rudman LLP
50 Rowes Wharf
3rd Floor
Boston, MA 02110

Amy M. McCallen
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110

David C. Phalen
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Peter N. Tamposi
The Tamposi Law Group
159 Main Street
Nashua, NH 03060

/s/ John H. Perten
John H. Perten