UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>Debtor. | Chapter 7<br>No. 15-13881-FJB |
| LYMAN-CUTLER, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VADIM KAGAN, TATIANA KAGAN,<br>KAGAN DEVELOPMENT KDC, CORP.<br>and PROEXCAVATION CORP.<br><br>Defendants. | Adv. Pro. No. 16-01120 |

## STIPULATION REGARDING DISCOVERY

This stipulation is by and between Lyman-Cutler, LLC, Alex Filippov and Nickolay Lipetsker (collectively the "Filippov Parties") on the one hand, and Vadim Kagan, Tatiana Kagan, ProExcavation Corp. and Kagan Development KDC, Corp. (collectively the "Kagan Parties") on the other hand. The parties agree and stipulate as follows:

1. The Kagan Parties shall be entitled to continue its deposition examination of Kristina Brusenkova for another three (3) hours;

2. The Kagan Parties shall be entitled to conduct the following fact witness depositions:
   a. Boris Maiden, Esq.
   b. John MacGregor
   c. Deborah Gordon
   d. Alexander Fodymanow
   e. Elena Lande
   f. Mark Kayserman
   g. Vladislav Abramskiy

3. The Filippov Parties shall be entitled to conduct the following fact witness depositions:

   a. Jason Gordon
   b. James Joseph Cohen
   c. Daniel Gersh
   d. Kirill Kagan

4. The Filippov Parties and the Kagan Parties may each take the depositions of any party to this action and, following expert disclosure, the deposition of any expert expected to testify at trial.

5. Absent further order of this Court and subject to the terms of this stipulation, the discovery limitations including time limitations for deposition examinations set forth in the Court's Scheduling and Pretrial Order dated August 8, 2016 (Main Docket No. 155, A.P. Docket No. 8) (the "Order") shall remain in effect. The Party noticing a deposition must comply with time limits set forth in the Order, which apply to the aggregate examination time, including any re-direct after cross examination by the opposing party. In other words, the Party noticing the deposition must reserve time before turning the witness over to the opposing Party in order to be entitled to re-direct. Any cross examination shall not exceed the time limit for the direct examination.

6. If any party desires an interpreter at his/her deposition, that party shall be responsible for making the necessary arrangements and for paying any fees for the interpreter. After proceeding with the deposition, if any Party believes that the need for an interpreter impacted the ability to comply with the time limits for depositions, the Party requesting more time shall file an appropriate motion with the Court.

Dated: March 26, 2018

Respectfully submitted,

VADIM KAGAN,
TATIANA KAGAN,
KAGAN DEVELOPMENT KDC, CORP. and
PROEXCAVATION CORP.,

By their Attorneys,

/s/ John H. Perten
Christopher M. Candon, BBO# 650855
John H. Perten, BBO# 548728
SHEEHAN PHINNEY BASS & GREEN, PA
255 State Street, 5th Floor
Boston, MA 02109
Tel: 603-627-8168
Fax: 603-641-8768
E-mail: jperten@sheehan.com

| | |
|---|---|
| LYMAN-CUTLER, LLC | ALEX FILIPPOV<br>NICKOLAY LIPETSKER |
| By its Attorney, | By their Attorneys, |
| THE TAMPOSI LAW GROUP, P.C. | O'CONNOR, CARNATHAN AND MACK, LLC |
| /s/ Peter N. Tamposi<br>Peter N. Tamposi, BBO# 639497<br>The Tamposi Law Group, P.C.<br>159 Main St.<br>Nashua, NH 03060<br>Tel: 603-204-5513<br>peter@thetamposilawgroup.com | /s/ Sean T. Carnathan<br>Sean T. Carnathan, BBO# 636889<br>O'Connor, Carnathan and Mack, LLC<br>1 Van De Graaff Drive<br>Suite 104<br>Burlington, MA 01772<br>Tel: 781-359-9021<br>scarnathan@ocmlaw.net |

So ordered: _____
　　　　　　　Frank J. Bailey, Bankruptcy Judge

Date:

4835-6833-6224, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2018, a copy of the foregoing was served upon the parties listed below via ECF and/or first class mail, postage prepaid.

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Sean T. Carnathan
O'Connor, Carnathan and Mack, LLC
1 Van De Graaff Drive
Suite 104
Burlington, MA 01803

David B. Madoff
Madoff & Khoury LLP
124 Washington Street - Suite 202
Foxborough, MA 02035

Steffani Pelton Nicholson
Madoff & Khoury LLP
124 Washington Street
Foxborough, MA 02035

Sarah A Smegal
Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110

Joseph P. Calandrelli
O'Connor Carnathan and Mack LLC
1 Van De Graaff Drive
Suite 104
Burlington, MA 01772

Stephen G. DeLisle
Rubin and Rudman LLP
50 Rowes Wharf
3rd Floor
Boston, MA 02110

Amy M. McCallen
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110

David C. Phalen
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Peter N. Tamposi
The Tamposi Law Group
159 Main Street
Nashua, NH 03060

/s/ John H. Perten
John H. Perten