United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
    Plaintiff

Kagan,
    Defendant

Adv. Proc. No. 16-01120-fjb

# CERTIFICATE OF NOTICE

```
District/off: 0101-1           User: ncalvo                 Page 1 of 2                   Date Rcvd: Mar 29, 2018
                               Form ID: pdf012              Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2018.
tr            +David Madoff,   Madoff & Khoury LLP,   124 Washington Street,   Foxboro, MA 02035-1368
ip            +Alex Filippov,   130 Trapelo Road,   Belmont, Ma 02478-1873
dft           +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
pla           +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
ip            +Nickolay Lipetsker,   52 Stony Brae Road,   Newton, MA 02461-1727
dft           +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
dft           +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
dft           +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Mar 30 2018 02:11:23    John Fitzgerald,
               Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*           +Alex Filippov,   130 Trapelo Road,   Belmont, Ma 02478-1873
cc*           +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
cd*           +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
cd*           +Nickolay Lipetsker,   52 Stony Brae Road,   Newton, MA 02461-1727
cc*           +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
cc*           +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
cc*           +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
                                                                                   TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2018 at the address(es) listed below:
              Christopher M. Candon    on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              David B. Madoff    on behalf of Trustee David  Madoff madoff@mandkllp.com,  alston@mandkllp.com
              John  Perten    on behalf of Defendant Vadim  Kagan jperten@sheehan.com,  bcapone@sheehan.com
              John  Perten    on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com,
               bcapone@sheehan.com
              John  Perten    on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com,
               bcapone@sheehan.com
              John  Perten    on behalf of Defendant    Kagan Development KDC, Corp. jperten@sheehan.com,
               bcapone@sheehan.com
              John  Perten    on behalf of Counter-Claimant    ProExcavation Corp. jperten@sheehan.com,
               bcapone@sheehan.com
              John  Perten    on behalf of Defendant Tatiana  Kagan jperten@sheehan.com,  bcapone@sheehan.com
              John  Perten    on behalf of Counter-Claimant Vadim  Kagan jperten@sheehan.com,
               bcapone@sheehan.com
              John  Perten    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jperten@sheehan.com,
               bcapone@sheehan.com
```

```
District/off: 0101-1          User: ncalvo              Page 2 of 2              Date Rcvd: Mar 29, 2018
                              Form ID: pdf012           Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
          Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
          Joseph P. Calandrelli    on behalf of Plaintiff    Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
          Peter N. Tamposi    on behalf of Plaintiff    Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com
          Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net
          Sean T. Carnathan    on behalf of Plaintiff    Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net
          Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net

                                                                                        TOTAL: 20

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al  **Case/AP Number** 16-01120 -FJB
**Chapter**

#132 Joint Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. to Approve [275] Stipulation Regarding Discovery

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by _____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted:  the stipulation is hereby approved.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_    Dated: 03/29/2018
Frank J. Bailey
United States Bankruptcy Judge