**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al        **Case/AP Number** 16-01120 **-FJB**
                                                   **Chapter**

#136 Request for Off the record conference filed by Intervenor-Plaintiff Alex Filippov (Carnathan, Sean)

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved        _____Moot

_____Denied         _____Denied without prejudice        _____Withdrawn in open court

_____Overruled      _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Off the Record Conference was held on April 18, 2018

IT IS SO ORDERED:

*Frank J Bailey*

_____Dated: 04/24/2018
Frank J. Bailey
United States Bankruptcy Judge