```
                         United States Bankruptcy Court
                            District of Massachusetts

Lyman-Cutler, LLC,
         Plaintiff                                        Adv. Proc. No. 16-01120-fjb

Kagan,
         Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0101-1          User: ncalvo              Page 1 of 2              Date Rcvd: Apr 24, 2018
                              Form ID: pdf012           Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2018.
tr             +David Madoff,    Madoff & Khoury LLP,    124 Washington Street,    Foxboro, MA 02035-1368
ip             +Alex Filippov,    130 Trapelo Road,    Belmont, Ma 02478-1873
dft            +Kagan Development KDC, Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
pla            +Lyman-Cutler, LLC,    Lyman-Cutler, LLC,    130 Trapelo Rd.,    Belmont, MA 02478-1873
ip             +Nickolay Lipetsker,    52 Stony Brae Road,    Newton, MA 02461-1727
dft            +ProExcavation Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
dft            +Tatiana Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
dft            +Vadim Kagan,    239 Nahanton St.,    Newton, MA 02459-2909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Apr 24 2018 23:56:28      John Fitzgerald,
                 Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
                 5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
                                                                                                 TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*            +Alex Filippov,    130 Trapelo Road,    Belmont, Ma 02478-1873
cc*            +Kagan Development KDC, Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
cd*            +Lyman-Cutler, LLC,    Lyman-Cutler, LLC,    130 Trapelo Rd.,    Belmont, MA 02478-1873
cd*            +Nickolay Lipetsker,    52 Stony Brae Road,    Newton, MA 02461-1727
cc*            +ProExcavation Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
cc*            +Tatiana Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
cc*            +Vadim Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
                                                                                   TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2018 at the address(es) listed below:
              Christopher M. Candon    on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              David B. Madoff    on behalf of Trustee David  Madoff madoff@mandkllp.com,   alston@mandkllp.com
              John  Perten    on behalf of Defendant Vadim  Kagan jperten@sheehan.com,   bcapone@sheehan.com
              John  Perten    on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com,
               bcapone@sheehan.com
              John  Perten    on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com,
               bcapone@sheehan.com
              John  Perten    on behalf of Defendant    Kagan Development KDC, Corp. jperten@sheehan.com,
               bcapone@sheehan.com
              John  Perten    on behalf of Counter-Claimant    ProExcavation Corp. jperten@sheehan.com,
               bcapone@sheehan.com
              John  Perten    on behalf of Defendant Tatiana  Kagan jperten@sheehan.com,   bcapone@sheehan.com
              John  Perten    on behalf of Counter-Claimant Vadim  Kagan jperten@sheehan.com,
               bcapone@sheehan.com
              John  Perten    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jperten@sheehan.com,
               bcapone@sheehan.com
```

```
District/off: 0101-1          User: ncalvo              Page 2 of 2                  Date Rcvd: Apr 24, 2018
                              Form ID: pdf012           Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Nickolay  Lipetsker jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
         Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
         Joseph P. Calandrelli   on behalf of Plaintiff   Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
         Peter N. Tamposi   on behalf of Plaintiff   Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com
         Sean T. Carnathan   on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net
         Sean T. Carnathan   on behalf of Plaintiff   Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net
         Sean T. Carnathan   on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net

TOTAL: 20

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al  **Case/AP Number** 16-01120 **-FJB**
**Chapter**

#136 Request for Off the record conference filed by Intervenor-Plaintiff Alex Filippov (Carnathan, Sean)

**COURT ACTION:**

_____ Hearing held
_____ Granted         _____ Approved         _____ Moot
_____ Denied          _____ Denied without prejudice    _____ Withdrawn in open court
_____ Overruled       _____ Sustained
_____ Continued to _____
_____ Proposed order to be submitted by _____
_____ Stipulation to be submitted by_____
_____ No appearance by _____
Show Cause Order          _____ Released        _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Off the Record Conference was held on April 18, 2018

IT IS SO ORDERED:

_[signature: Frank J. Bailey]_____Dated: 04/24/2018
Frank J. Bailey
United States Bankruptcy Judge