# SHEEHAN PHINNEY

Boston, MA | Manchester, NH | Concord, NH | Hanover, NH

**John H. Perten, Esq.**
Direct Dial: 617-897-5641
jperten@sheehan.com

Reply to: Boston Office
255 State Street
Boston, MA  02109

May 4, 2018

<u>Via E-Mail</u>
Honorable Frank J. Bailey
United States Bankruptcy Court
John W. McCormack Post Office and Courthouse
5 Post Office Square
Boston, MA 02109-3945

    Re:    *In re: Lyman-Cutler, LLC.*, Chapter 7, Docket No. 15-13881; A. P. 16-1120

Dear Judge Bailey,

    In accordance with this Court's order regarding informal pre-motion conferences relating to discovery disputes, I write to request a conference to resolve a current discovery dispute.

    On April 30, 2018, the Filippov Parties served four deposition notices seeking production of documents from four separate insurance companies. Copies of these notices and the corresponding subpoenas are enclosed. The stated date for compliance with the subpoenas is May 23, 2018. Although counsel has indicated that he is not intending to take testimony and only seeking documents, the Kagan Parties object to this discovery as they view it as yet another "fishing expedition." To our knowledge, there were no insurance claims on the Lyman-Cutler project.

    We respectfully request an opportunity to conference this matter informally with the Court in the hope that we may avoid the need for motion practice.

    Thank you.

Very truly yours,

John H. Perten

JHP
cc:  Sean Carnathan, Esq. (via e-mail)
     Peter Tamposi, Esq. (via e-mail)