**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al          **Case/AP Number** 16-01120 -FJB
                                                     **Chapter**

#144 Request from John Perten Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. for an Informal Conference. filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. (Perten, John)

**COURT ACTION:**

_____Hearing held
_____Granted          _____Approved          _____Moot
_____Denied           _____Denied without prejudice     _____Withdrawn in open court
_____Overruled        _____Sustained
_____Continued to_____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order     _____Released     _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Court shall hold an Off the Record Discovery Conference on Friday, May 14, 2018 at 10:00 A.M. The parties may call conference number (617) 748-6691; passcode: 123456 at the appointed time of hearing.

IT IS SO ORDERED:

_____Dated: 05/10/2018
Frank J. Bailey
United States Bankruptcy Judge