United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
      Plaintiff

Kagan,
      Defendant

Adv. Proc. No. 16-01120-fjb

# CERTIFICATE OF NOTICE

District/off: 0101-1     User: ncalvo     Page 1 of 2     Date Rcvd: May 08, 2018
                   Form ID: pdf012     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2018.
```
tr           +David Madoff,   Madoff & Khoury LLP,   124 Washington Street,   Foxboro, MA 02035-1368
ip           +Alex Filippov,   130 Trapelo Road,   Belmont, Ma 02478-1873
dft          +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
pla          +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
ip           +Nickolay Lipetsker,   52 Stony Brae Road,   Newton, MA 02461-1727
dft          +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
dft          +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
dft          +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust           +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov May 09 2018 00:05:27     John Fitzgerald,
               Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                          TOTAL: 1
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*          +Alex Filippov,   130 Trapelo Road,   Belmont, Ma 02478-1873
cc*          +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
cd*          +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
cd*          +Nickolay Lipetsker,   52 Stony Brae Road,   Newton, MA 02461-1727
cc*          +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
cc*          +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
cc*          +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
                                                             TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2018 at the address(es) listed below:
```
              Christopher M. Candon   on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
                ntoli@sheehan.com
              Christopher M. Candon   on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
                ntoli@sheehan.com
              Christopher M. Candon   on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
                ntoli@sheehan.com
              Christopher M. Candon   on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
                ntoli@sheehan.com
              David B. Madoff   on behalf of Trustee David  Madoff madoff@mandkllp.com,   alston@mandkllp.com
              John Perten   on behalf of Defendant Vadim  Kagan jperten@sheehan.com,
                bcapone@sheehan.com
              John Perten   on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com,
                bcapone@sheehan.com
              John Perten   on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com,
                bcapone@sheehan.com
              John Perten   on behalf of Defendant    Kagan Development KDC, Corp. jperten@sheehan.com,
                bcapone@sheehan.com
              John Perten   on behalf of Counter-Claimant    ProExcavation Corp. jperten@sheehan.com,
                bcapone@sheehan.com
              John Perten   on behalf of Defendant Tatiana  Kagan jperten@sheehan.com,   bcapone@sheehan.com
              John Perten   on behalf of Counter-Claimant Vadim  Kagan jperten@sheehan.com,
                bcapone@sheehan.com
              John Perten   on behalf of Counter-Claimant    Kagan Development KDC, Corp. jperten@sheehan.com,
                bcapone@sheehan.com
```

District/off: 0101-1          User: ncalvo          Page 2 of 2          Date Rcvd: May 08, 2018
                             Form ID: pdf012        Total Noticed: 9

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker
           jcalandrelli@ocmlaw.net,  hwolti@ocmlaw.net
          Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net,
           hwolti@ocmlaw.net
          Joseph P. Calandrelli    on behalf of Plaintiff    Lyman-Cutler, LLC jcalandrelli@ocmlaw.net,
           hwolti@ocmlaw.net
          Peter N. Tamposi    on behalf of Plaintiff    Lyman-Cutler, LLC peter@thetamposilawgroup.com,
           Judy@tlgnh.com
          Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net,
           hwolti@ocmlaw.net
          Sean T. Carnathan    on behalf of Plaintiff    Lyman-Cutler, LLC scarnathan@ocmlaw.net,
           hwolti@ocmlaw.net
          Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net,
           hwolti@ocmlaw.net
                                                                                    TOTAL: 20

# SHEEHAN PHINNEY

Boston, MA | Manchester, NH | Concord, NH | Hanover, NH

John H. Perten, Esq.
Direct Dial: 617-897-5641
jperten@sheehan.com

Reply to: Boston Office
255 State Street
Boston, MA 02109

May 4, 2018

Via E-Mail
Honorable Frank J. Bailey
United States Bankruptcy Court
John W. McCormack Post Office and Courthouse
5 Post Office Square
Boston, MA 02109-3945

> Re:    In re: Lyman-Cutler, LLC., Chapter 7, Docket No. 15-13881; A. P. 16-1120

Dear Judge Bailey,

In accordance with this Court's order regarding informal pre-motion conferences relating to discovery disputes, I write to request a conference to resolve a current discovery dispute.

On April 30, 2018, the Filippov Parties served four deposition notices seeking production of documents from four separate insurance companies. Copies of these notices and the corresponding subpoenas are enclosed. The stated date for compliance with the subpoenas is May 23, 2018. Although counsel has indicated that he is not intending to take testimony and only seeking documents, the Kagan Parties object to this discovery as they view it as yet another "fishing expedition." To our knowledge, there were no insurance claims on the Lyman-Cutler project.

We respectfully request an opportunity to conference this matter informally with the Court in the hope that we may avoid the need for motion practice.

Thank you.

Very truly yours,

John H. Perten

JHP
cc: Sean Carnathan, Esq. (via e-mail)
    Peter Tamposi, Esq. (via e-mail)

05/08/2018 The Court shall hold an Off the Record Discovery Conference on Friday, May 11, 2018 at 11:30 A.M. The parties may call conference number (617) 748-6691; passcode: 123456 at the appointed time of hearing.