United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
    Plaintiff

Adv. Proc. No. 16-01120-fjb

Kagan,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-1     User: ncalvo     Page 1 of 2     Date Rcvd: May 10, 2018
                       Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov May 10 2018 23:26:27     John Fitzgerald,
               Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                                             TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2018 at the address(es) listed below:
            Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
             ntoli@sheehan.com
            Christopher M. Candon    on behalf of Defendant Tatiana   Kagan ccandon@sheehan.com,
             ntoli@sheehan.com
            Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
             ntoli@sheehan.com
            Christopher M. Candon    on behalf of Defendant Vadim   Kagan ccandon@sheehan.com,
             ntoli@sheehan.com
            David B. Madoff    on behalf of Trustee David   Madoff madoff@mandkllp.com,   alston@mandkllp.com
            John   Perten    on behalf of Defendant Tatiana   Kagan jperten@sheehan.com,   bcapone@sheehan.com
            John   Perten    on behalf of Counter-Claimant Vadim   Kagan jperten@sheehan.com,
             bcapone@sheehan.com
            John   Perten    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jperten@sheehan.com,
             bcapone@sheehan.com
            John   Perten    on behalf of Defendant Vadim   Kagan jperten@sheehan.com,   bcapone@sheehan.com
            John   Perten    on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com,
             bcapone@sheehan.com
            John   Perten    on behalf of Counter-Claimant Tatiana   Kagan jperten@sheehan.com,
             bcapone@sheehan.com
            John   Perten    on behalf of Defendant    Kagan Development KDC, Corp. jperten@sheehan.com,
             bcapone@sheehan.com
            John   Perten    on behalf of Counter-Claimant    ProExcavation Corp. jperten@sheehan.com,
             bcapone@sheehan.com
            Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex   Filippov jcalandrelli@ocmlaw.net,
             hwolti@ocmlaw.net
            Joseph P. Calandrelli    on behalf of Plaintiff    Lyman-Cutler, LLC jcalandrelli@ocmlaw.net,
             hwolti@ocmlaw.net
            Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay   Lipetsker
             jcalandrelli@ocmlaw.net,   hwolti@ocmlaw.net
            Peter N. Tamposi    on behalf of Plaintiff    Lyman-Cutler, LLC peter@thetamposilawgroup.com,
             Judy@tlgnh.com
            Sean T. Carnathan    on behalf of Plaintiff    Lyman-Cutler, LLC scarnathan@ocmlaw.net,
             hwolti@ocmlaw.net
            Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex   Filippov scarnathan@ocmlaw.net,
             hwolti@ocmlaw.net
            Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay   Lipetsker scarnathan@ocmlaw.net,
             hwolti@ocmlaw.net

```
District/off: 0101-1          User: ncalvo              Page 2 of 2              Date Rcvd: May 10, 2018
                              Form ID: pdf012           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 20

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order**

In Re: Lyman-Cutler, LLC v. Kagan et al    Case/AP Number 16-01120 -FJB
Chapter

#141 Request from John Perten Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. for a Conference to resolve a current discovery dispute filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. (Perten, John)

**COURT ACTION:**

_____ Hearing held
_____ Granted        _____ Approved        _____ Moot
_____ Denied         _____ Denied without prejudice        _____ Withdrawn in open court
_____ Overruled      _____ Sustained
_____ Continued to _____
_____ Proposed order to be submitted by _____
_____ Stipulation to be submitted by _____
_____ No appearance by _____
Show Cause Order     _____ Released        _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Off the Record Conference scheduled for May 11, 2018 is hereby rescheduled to May 14, 2018 at 10:00 A.M.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_____ Dated: 05/10/2018
Frank J. Bailey
United States Bankruptcy Judge