United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
    Plaintiff

Adv. Proc. No. 16-01120-fjb

Kagan,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1     User: ncalvo     Page 1 of 2     Date Rcvd: May 10, 2018
                       Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov May 10 2018 23:26:27     John Fitzgerald,
         Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
         5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                                                                       TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                                                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2018 at the address(es) listed below:

            Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com, ntoli@sheehan.com
            Christopher M. Candon    on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com, ntoli@sheehan.com
            Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com, ntoli@sheehan.com
            Christopher M. Candon    on behalf of Defendant Vadim  Kagan ccandon@sheehan.com, ntoli@sheehan.com
            David B. Madoff    on behalf of Trustee David  Madoff madoff@mandkllp.com, alston@mandkllp.com
            John  Perten    on behalf of Defendant Tatiana  Kagan jperten@sheehan.com, bcapone@sheehan.com
            John  Perten    on behalf of Counter-Claimant Vadim  Kagan jperten@sheehan.com, bcapone@sheehan.com
            John  Perten    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com
            John  Perten    on behalf of Defendant Vadim  Kagan jperten@sheehan.com, bcapone@sheehan.com
            John  Perten    on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com
            John  Perten    on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com, bcapone@sheehan.com
            John  Perten    on behalf of Defendant    Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com
            John  Perten    on behalf of Counter-Claimant    ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com
            Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
            Joseph P. Calandrelli    on behalf of Plaintiff    Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
            Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
            Peter N. Tamposi    on behalf of Plaintiff    Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com
            Sean T. Carnathan    on behalf of Plaintiff    Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net
            Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net
            Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net

```
District/off: 0101-1          User: ncalvo                  Page 2 of 2                  Date Rcvd: May 10, 2018
                              Form ID: pdf012               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 20

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

In Re: Lyman-Cutler, LLC v. Kagan et al           Case/AP Number 16-01120 -FJB
                                                  Chapter

> #144 Request from John Perten Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. for an Informal Conference. filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. (Perten, John)

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved        _____Moot

_____Denied         _____Denied without prejudice        _____Withdrawn in open court

_____Overruled      _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order        _____Released        _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Court shall hold an Off the Record Discovery Conference on Friday, May 14, 2018 at 10:00 A.M. The parties may call conference number (617) 748-6691; passcode: 123456 at the appointed time of hearing.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*                           Dated: 05/10/2018
Frank J. Bailey
United States Bankruptcy Judge