**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al

**Case/AP Number** 16-01120 **-FJB**
**Chapter**

#141 Request from John Perten Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. for a Conference to resolve a current discovery dispute filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. (Perten, John)

**COURT ACTION:**

_____ Hearing held
_____ Granted          _____ Approved          _____ Moot
_____ Denied            _____ Denied without prejudice          _____ Withdrawn in open court
_____ Overruled _____ Sustained
_____ Continued to_____
_____ Proposed order to be submitted by _____
_____ Stipulation to be submitted by_____
_____ No appearance by _____
Show Cause Order          _____ Released          _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Off the Record Discovery Conference Held. The parties are free to file any motion they deem necessary.

IT IS SO ORDERED:

_____ Dated: 05/14/2018
Frank J. Bailey
United States Bankruptcy Judge