**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al          **Case/AP Number** 16-01120 **-FJB**
                                                    **Chapter**

   #144 Request from John Perten Defendants Tatiana Kagan, Vadim Kagan, Kagan Development
   KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan
   Development KDC, Corp., ProExcavation Corp. for an Informal Conference. filed by
   Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp.,
   Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation
   Corp. (Perten, John)

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved        _____Moot

_____Denied         _____Denied without prejudice        _____Withdrawn in open court

_____Overruled      _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order       _____Released        _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Off the Record Discovery Conference Held. The parties are free to file any motion they deem necessary.


                                    IT IS SO ORDERED:

                                    /s/ Frank J. Bailey

                                    _____Dated: 05/14/2018
                                    Frank J. Bailey
                                    United States Bankruptcy Judge