United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
        Plaintiff

                                                    Adv. Proc. No. 16-01120-fjb

Kagan,
        Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-1          User: ncalvo          Page 1 of 2          Date Rcvd: May 14, 2018
                             Form ID: pdf012        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov May 14 2018 23:59:58     John Fitzgerald,
               Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
             5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                          TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
              Christopher M. Candon   on behalf of Defendant   ProExcavation Corp. ccandon@sheehan.com,
              ntoli@sheehan.com
              Christopher M. Candon   on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
              ntoli@sheehan.com
              Christopher M. Candon   on behalf of Defendant   Kagan Development KDC, Corp. ccandon@sheehan.com,
              ntoli@sheehan.com
              Christopher M. Candon   on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
              ntoli@sheehan.com
              David B. Madoff   on behalf of Trustee David  Madoff madoff@mandkllp.com,   alston@mandkllp.com
              John  Perten   on behalf of Defendant Tatiana  Kagan jperten@sheehan.com,   bcapone@sheehan.com
              John  Perten   on behalf of Counter-Claimant Vadim  Kagan jperten@sheehan.com,
              bcapone@sheehan.com
              John  Perten   on behalf of Counter-Claimant   Kagan Development KDC, Corp. jperten@sheehan.com,
              bcapone@sheehan.com
              John  Perten   on behalf of Defendant Vadim  Kagan jperten@sheehan.com,   bcapone@sheehan.com
              John  Perten   on behalf of Defendant   ProExcavation Corp. jperten@sheehan.com,
              bcapone@sheehan.com
              John  Perten   on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com,
              bcapone@sheehan.com
              John  Perten   on behalf of Defendant   Kagan Development KDC, Corp. jperten@sheehan.com,
              bcapone@sheehan.com
              John  Perten   on behalf of Counter-Claimant   ProExcavation Corp. jperten@sheehan.com,
              bcapone@sheehan.com
              Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net,
              hwolti@ocmlaw.net
              Joseph P. Calandrelli   on behalf of Plaintiff   Lyman-Cutler, LLC jcalandrelli@ocmlaw.net,
              hwolti@ocmlaw.net
              Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Nickolay  Lipetsker
              jcalandrelli@ocmlaw.net,   hwolti@ocmlaw.net
              Peter N. Tamposi   on behalf of Plaintiff   Lyman-Cutler, LLC peter@thetamposilawgroup.com,
              Judy@tlgnh.com
              Sean T. Carnathan   on behalf of Plaintiff   Lyman-Cutler, LLC scarnathan@ocmlaw.net,
              hwolti@ocmlaw.net
              Sean T. Carnathan   on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net,
              hwolti@ocmlaw.net
              Sean T. Carnathan   on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net,
              hwolti@ocmlaw.net

District/off: 0101-1          User: ncalvo          Page 2 of 2          Date Rcvd: May 14, 2018
                             Form ID: pdf012        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                                                                                    TOTAL: 20

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al          **Case/AP Number** 16-01120 **-FJB**
                                                     **Chapter**

#144 Request from John Perten Defendants Tatiana Kagan, Vadim Kagan, Kagan Development
KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan
Development KDC, Corp., ProExcavation Corp. for an Informal Conference. filed by
Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp.,
Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation
Corp. (Perten, John)

**COURT ACTION:**

_____ Hearing held

_____ Granted          _____ Approved          _____ Moot

_____ Denied           _____ Denied without prejudice          _____ Withdrawn in open court

_____ Overruled        _____ Sustained

_____ Continued to _____

_____ Proposed order to be submitted by _____

_____ Stipulation to be submitted by _____

_____ No appearance by _____

Show Cause Order          _____ Released          _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Off the Record Discovery Conference Held. The parties are free to file any motion they deem
necessary.

IT IS SO ORDERED:

*Frank J Bailey*

_____          Dated: 05/14/2018
Frank J. Bailey
United States Bankruptcy Judge