UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al   **Case/AP Number** 16-01120 **-FJB**
**Chapter**

#156 Request for an Informal Conference filed by James Harris Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp.. (Harris, James)

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Court shall hold an Off the Record Discovery Conference on Friday, June 15, 2018 at 9:30 A.M. The parties may dial (617) 748-6691; passcode 123456 at the appointed time of hearing.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*   Dated: 06/14/2018
_____
Frank J. Bailey
United States Bankruptcy Judge