UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al          **Case/AP Number** 16-01120 **-FJB**
                                                    **Chapter**

#158 Request from James Harris Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. for Conference to Resolve Current Discovery Dispute. filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. (Harris, James)

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved        _____Moot

_____Denied         _____Denied without prejudice        _____Withdrawn in open court

_____Overruled      _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by _____

_____No appearance by _____

Show Cause Order       _____Released        _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Court shall hold an Off the Record Discovery Conference on Friday, June 15, 2018 at 9:30 A.M. The parties may dial (617) 748-6691; passcode 123456 at the appointed time of hearing.

IT IS SO ORDERED:

*Frank J Bailey* (signature)

_____ Dated: 06/14/2018
Frank J. Bailey
United States Bankruptcy Judge