UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al          **Case/AP Number** 16-01120 **-FJB**
                                                     **Chapter**

#156 Request for an Informal Conference filed by James Harris Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp.. (Harris, James)

**COURT ACTION:**

_____Hearing held

_____Granted          _____Approved          _____Moot

_____Denied           _____Denied without prejudice     _____Withdrawn in open court

_____Overruled        _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order       _____Released      _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Off the record Conference held. The parties are now free to file any motion with respect to discovery they deem necessary.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_____ Dated: 06/15/2018
Frank J. Bailey
United States Bankruptcy Judge