UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al         **Case/AP Number** 16-01120 **-FJB**
                                                    **Chapter**

#158 Request from James Harris Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. for Conference to Resolve Current Discovery Dispute. filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. (Harris, James)

**COURT ACTION:**

_____Hearing held

_____Granted         _____Approved         _____Moot

_____Denied          _____Denied without prejudice         _____Withdrawn in open court

_____Overruled       _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order       _____Released      _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Off the Record Conference held. With respect to the Subpoena served on Attorney Boris Maiden, the conference is continued to Thursday, June 21, 2018 at 9:00 A.M. The parties may dial (617) 748-6691; passcode; 123456 at the appointed time of the conference.

IT IS SO ORDERED:

*Frank J. Bailey*

_____Dated: 06/15/2018
Frank J. Bailey
United States Bankruptcy Judge