United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
    Plaintiff

Kagan,
    Defendant

Adv. Proc. No. 16-01120-fjb

# CERTIFICATE OF NOTICE

District/off: 0101-1          User: slandry                 Page 1 of 2                   Date Rcvd: Jun 14, 2018
                             Form ID: pdf012             Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.
```
tr             +David Madoff,    Madoff & Khoury LLP,    124 Washington Street,    Foxboro, MA 02035-1368
ip             +Alex Filippov,    130 Trapelo Road,    Belmont, Ma 02478-1873
dft            +Kagan Development KDC, Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
pla            +Lyman-Cutler, LLC,    Lyman-Cutler, LLC,    130 Trapelo Rd.,    Belmont, MA 02478-1873
ip             +Nickolay Lipetsker,    52 Stony Brae Road,    Newton, MA 02461-1727
dft            +ProExcavation Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
dft            +Tatiana Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
dft            +Vadim Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Jun 14 2018 23:34:00     John Fitzgerald,
                 Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
                 5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
                                                                                              TOTAL: 1
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cd*            +Alex Filippov,    130 Trapelo Road,    Belmont, Ma 02478-1873
cc*            +Kagan Development KDC, Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
cd*            +Lyman-Cutler, LLC,    Lyman-Cutler, LLC,    130 Trapelo Rd.,    Belmont, MA 02478-1873
cd*            +Nickolay Lipetsker,    52 Stony Brae Road,    Newton, MA 02461-1727
cc*            +ProExcavation Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
cc*            +Tatiana Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
cc*            +Vadim Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
                                                                                   TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2018 at the address(es) listed below:
```
              Christopher M. Candon    on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              David B. Madoff    on behalf of Trustee David  Madoff madoff@mandkllp.com,    alston@mandkllp.com
              James   Harris    on behalf of Counter-Claimant Vadim  Kagan jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Counter-Claimant    ProExcavation Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Defendant    Kagan Development KDC, Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Defendant Tatiana  Kagan jharris@sheehan.com,    dhemeon@sheehan.com
              James   Harris    on behalf of Defendant Vadim  Kagan jharris@sheehan.com,    dhemeon@sheehan.com
              James   Harris    on behalf of Defendant    ProExcavation Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Counter-Claimant Tatiana  Kagan jharris@sheehan.com,
               dhemeon@sheehan.com
```

```
District/off: 0101-1           User: slandry              Page 2 of 2                  Date Rcvd: Jun 14, 2018
                               Form ID: pdf012            Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      John Perten   on behalf of Defendant Vadim Kagan jperten@sheehan.com, bcapone@sheehan.com
      John Perten   on behalf of Defendant   ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com
      John Perten   on behalf of Counter-Claimant Tatiana Kagan jperten@sheehan.com, bcapone@sheehan.com
      John Perten   on behalf of Defendant   Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com
      John Perten   on behalf of Counter-Claimant   ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com
      John Perten   on behalf of Defendant Tatiana Kagan jperten@sheehan.com, bcapone@sheehan.com
      John Perten   on behalf of Counter-Claimant Vadim Kagan jperten@sheehan.com, bcapone@sheehan.com
      John Perten   on behalf of Counter-Claimant   Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com
      Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Nickolay Lipetsker jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
      Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Alex Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
      Joseph P. Calandrelli   on behalf of Plaintiff   Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
      Peter N. Tamposi   on behalf of Plaintiff   Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com
      Sean T. Carnathan   on behalf of Intervenor-Plaintiff Nickolay Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net
      Sean T. Carnathan   on behalf of Plaintiff   Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net
      Sean T. Carnathan   on behalf of Intervenor-Plaintiff Alex Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net

      TOTAL: 28

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al         **Case/AP Number** 16-01120 **-FJB**
                                                  **Chapter**

> #156 Request for an Informal Conference filed by James Harris Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp.. (Harris, James)

**COURT ACTION:**

_____Hearing held

_____Granted          _____Approved          _____Moot

_____Denied           _____Denied without prejudice          _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order       _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Court shall hold an Off the Record Discovery Conference on Friday, June 15, 2018 at 9:30 A.M. The parties may dial (617) 748-6691; passcode 123456 at the appointed time of hearing.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____    Dated: 06/14/2018
Frank J. Bailey
United States Bankruptcy Judge