United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
    Plaintiff                                                             Adv. Proc. No. 16-01120-fjb

Kagan,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-1            User: slandry              Page 1 of 2                  Date Rcvd: Jun 14, 2018
                                Form ID: pdf012            Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2018.
tr          +David Madoff,   Madoff & Khoury LLP,   124 Washington Street,   Foxboro, MA 02035-1368
ip          +Alex Filippov,   130 Trapelo Road,   Belmont, Ma 02478-1873
dft         +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
pla         +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
ip          +Nickolay Lipetsker,   52 Stony Brae Road,   Newton, MA 02461-1727
dft         +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
dft         +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
dft         +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Jun 14 2018 23:34:00     John Fitzgerald,
              Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
              5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*         +Alex Filippov,   130 Trapelo Road,   Belmont, Ma 02478-1873
cc*         +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
cd*         +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
cd*         +Nickolay Lipetsker,   52 Stony Brae Road,   Newton, MA 02461-1727
cc*         +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
cc*         +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
cc*         +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
                                                                                 TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2018 at the address(es) listed below:
              Christopher M. Candon    on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              David B. Madoff    on behalf of Trustee David  Madoff madoff@mandkllp.com,   alston@mandkllp.com
              James  Harris    on behalf of Counter-Claimant Vadim  Kagan jharris@sheehan.com,
               dhemeon@sheehan.com
              James  Harris    on behalf of Counter-Claimant    ProExcavation Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James  Harris    on behalf of Defendant    Kagan Development KDC, Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James  Harris    on behalf of Defendant Tatiana  Kagan jharris@sheehan.com,   dhemeon@sheehan.com
              James  Harris    on behalf of Defendant Vadim  Kagan jharris@sheehan.com,   dhemeon@sheehan.com
              James  Harris    on behalf of Defendant    ProExcavation Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James  Harris    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James  Harris    on behalf of Counter-Claimant Tatiana  Kagan jharris@sheehan.com,
               dhemeon@sheehan.com

```
District/off: 0101-1          User: slandry              Page 2 of 2                  Date Rcvd: Jun 14, 2018
                              Form ID: pdf012            Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        John Perten   on behalf of Defendant Vadim Kagan jperten@sheehan.com, bcapone@sheehan.com
        John Perten   on behalf of Defendant   ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com
        John Perten   on behalf of Counter-Claimant Tatiana Kagan jperten@sheehan.com, bcapone@sheehan.com
        John Perten   on behalf of Defendant   Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com
        John Perten   on behalf of Counter-Claimant   ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com
        John Perten   on behalf of Defendant Tatiana Kagan jperten@sheehan.com, bcapone@sheehan.com
        John Perten   on behalf of Counter-Claimant Vadim Kagan jperten@sheehan.com, bcapone@sheehan.com
        John Perten   on behalf of Counter-Claimant   Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com
        Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Nickolay Lipetsker jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
        Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Alex Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
        Joseph P. Calandrelli   on behalf of Plaintiff   Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
        Peter N. Tamposi   on behalf of Plaintiff   Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com
        Sean T. Carnathan   on behalf of Intervenor-Plaintiff Nickolay Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net
        Sean T. Carnathan   on behalf of Plaintiff   Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net
        Sean T. Carnathan   on behalf of Intervenor-Plaintiff Alex Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net

        TOTAL: 28

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al              **Case/AP Number** 16-01120 **-FJB**
                                                        **Chapter**

#158 Request from James Harris Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. for Conference to Resolve Current Discovery Dispute. filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. (Harris, James)

**COURT ACTION:**

_____Hearing held
_____Granted         _____Approved         _____Moot
_____Denied          _____Denied without prejudice    _____Withdrawn in open court
_____Overruled       _____Sustained
_____Continued to _____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Court shall hold an Off the Record Discovery Conference on Friday, June 15, 2018 at 9:30 A.M. The parties may dial (617) 748-6691; passcode 123456 at the appointed time of hearing.

IT IS SO ORDERED:

_____ Dated: 06/14/2018
Frank J. Bailey
United States Bankruptcy Judge