United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
    Plaintiff

Adv. Proc. No. 16-01120-fjb

Kagan,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1     User: ncalvo     Page 1 of 2     Date Rcvd: Jun 15, 2018
                           Form ID: pdf012    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2018.
tr          +David Madoff,    Madoff & Khoury LLP,    124 Washington Street,    Foxboro, MA 02035-1368

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Jun 15 2018 23:32:38      John Fitzgerald,
           Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
           5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
                                                                                                      TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2018 at the address(es) listed below:

            Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com, ntoli@sheehan.com
            Christopher M. Candon    on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com, ntoli@sheehan.com
            Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com, ntoli@sheehan.com
            Christopher M. Candon    on behalf of Defendant Vadim  Kagan ccandon@sheehan.com, ntoli@sheehan.com
            David B. Madoff    on behalf of Trustee David  Madoff madoff@mandkllp.com, alston@mandkllp.com
            James  Harris    on behalf of Counter-Claimant Vadim  Kagan jharris@sheehan.com, dhemeon@sheehan.com
            James  Harris    on behalf of Counter-Claimant    ProExcavation Corp. jharris@sheehan.com, dhemeon@sheehan.com
            James  Harris    on behalf of Defendant    Kagan Development KDC, Corp. jharris@sheehan.com, dhemeon@sheehan.com
            James  Harris    on behalf of Defendant Tatiana  Kagan jharris@sheehan.com, dhemeon@sheehan.com
            James  Harris    on behalf of Defendant Vadim  Kagan jharris@sheehan.com, dhemeon@sheehan.com
            James  Harris    on behalf of Defendant    ProExcavation Corp. jharris@sheehan.com, dhemeon@sheehan.com
            James  Harris    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jharris@sheehan.com, dhemeon@sheehan.com
            James  Harris    on behalf of Counter-Claimant Tatiana  Kagan jharris@sheehan.com, dhemeon@sheehan.com
            John  Perten    on behalf of Counter-Claimant    ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com
            John  Perten    on behalf of Defendant Tatiana  Kagan jperten@sheehan.com, bcapone@sheehan.com
            John  Perten    on behalf of Counter-Claimant Vadim  Kagan jperten@sheehan.com, bcapone@sheehan.com
            John  Perten    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com
            John  Perten    on behalf of Defendant Vadim  Kagan jperten@sheehan.com, bcapone@sheehan.com
            John  Perten    on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com
            John  Perten    on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com, bcapone@sheehan.com
            John  Perten    on behalf of Defendant    Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com

```
District/off: 0101-1          User: ncalvo              Page 2 of 2              Date Rcvd: Jun 15, 2018
                              Form ID: pdf012           Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net

        Joseph P. Calandrelli    on behalf of Plaintiff   Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net

        Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker jcalandrelli@ocmlaw.net,   hwolti@ocmlaw.net

        Peter N. Tamposi    on behalf of Plaintiff   Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com

        Sean T. Carnathan    on behalf of Plaintiff   Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net

        Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net

        Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net

        TOTAL: 28

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

In Re: Lyman-Cutler, LLC v. Kagan et al            Case/AP Number 16-01120 -FJB
                                                   Chapter

#156 Request for an Informal Conference filed by James Harris Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp.. (Harris, James)

**COURT ACTION:**

_____Hearing held

_____Granted         _____Approved         _____Moot

_____Denied          _____Denied without prejudice         _____Withdrawn in open court

_____Overruled       _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order        _____Released         _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Off the record Conference held. The parties are now free to file any motion with respect to discovery they deem necessary.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____  Dated: 06/15/2018
Frank J. Bailey
United States Bankruptcy Judge