United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
     Plaintiff

Adv. Proc. No. 16-01120-fjb

Kagan,
     Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-1     User: ncalvo     Page 1 of 2     Date Rcvd: Jun 15, 2018
                    Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Jun 15 2018 23:32:38      John Fitzgerald,
               Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                                             TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2018 at the address(es) listed below:

        Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com, ntoli@sheehan.com
        Christopher M. Candon    on behalf of Defendant Tatiana   Kagan ccandon@sheehan.com, ntoli@sheehan.com
        Christopher M. Candon    on behalf of Defendant   Kagan Development KDC, Corp. ccandon@sheehan.com, ntoli@sheehan.com
        Christopher M. Candon    on behalf of Defendant Vadim   Kagan ccandon@sheehan.com, ntoli@sheehan.com
        David B. Madoff    on behalf of Trustee David   Madoff madoff@mandkllp.com, alston@mandkllp.com
        James   Harris    on behalf of Counter-Claimant    ProExcavation Corp. jharris@sheehan.com, dhemeon@sheehan.com
        James   Harris    on behalf of Defendant   Kagan Development KDC, Corp. jharris@sheehan.com, dhemeon@sheehan.com
        James   Harris    on behalf of Defendant Tatiana   Kagan jharris@sheehan.com, dhemeon@sheehan.com
        James   Harris    on behalf of Defendant Vadim   Kagan jharris@sheehan.com, dhemeon@sheehan.com
        James   Harris    on behalf of Defendant    ProExcavation Corp. jharris@sheehan.com, dhemeon@sheehan.com
        James   Harris    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jharris@sheehan.com, dhemeon@sheehan.com
        James   Harris    on behalf of Counter-Claimant Tatiana   Kagan jharris@sheehan.com, dhemeon@sheehan.com
        James   Harris    on behalf of Counter-Claimant Vadim   Kagan jharris@sheehan.com, dhemeon@sheehan.com
        John   Perten    on behalf of Counter-Claimant    ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com
        John   Perten    on behalf of Defendant Tatiana   Kagan jperten@sheehan.com, bcapone@sheehan.com
        John   Perten    on behalf of Counter-Claimant Vadim   Kagan jperten@sheehan.com, bcapone@sheehan.com
        John   Perten    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com
        John   Perten    on behalf of Defendant Vadim   Kagan jperten@sheehan.com, bcapone@sheehan.com
        John   Perten    on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com
        John   Perten    on behalf of Counter-Claimant Tatiana   Kagan jperten@sheehan.com, bcapone@sheehan.com
        John   Perten    on behalf of Defendant   Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com

```
District/off: 0101-1          User: ncalvo              Page 2 of 2                  Date Rcvd: Jun 15, 2018
                              Form ID: pdf012           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net

          Joseph P. Calandrelli   on behalf of Plaintiff   Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net

          Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Nickolay  Lipetsker jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net

          Peter N. Tamposi   on behalf of Plaintiff   Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com

          Sean T. Carnathan   on behalf of Plaintiff   Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net

          Sean T. Carnathan   on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net

          Sean T. Carnathan   on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net

                                                                                                                                          TOTAL: 28

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

In Re: Lyman-Cutler, LLC v. Kagan et al          Case/AP Number 16-01120 -FJB
                                                 Chapter

    #158 Request from James Harris Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. for Conference to Resolve Current Discovery Dispute. filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. (Harris, James)

**COURT ACTION:**

_____Hearing held

_____Granted          _____Approved          _____Moot

_____Denied           _____Denied without prejudice          _____Withdrawn in open court

_____Overruled        _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released     _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Off the Record Conference held. With respect to the Subpoena served on Attorney Boris Maiden, the conference is continued to Thursday, June 21, 2018 at 9:00 A.M. The parties may dial (617) 748-6691; passcode; 123456 at the appointed time of the conference.

IT IS SO ORDERED:

*Frank J. Bailey* (signature)

_____Dated: 06/15/2018
Frank J. Bailey
United States Bankruptcy Judge