# EXHIBIT B

1    Q.    You don't know?
2    A.    I don't know about the landscaping on this
3    particular one.
4    Q.    Do you know how those numbers were
5    determined?
6    A.    Based on the job, probably, we provided.
7    Q.    Well, are you the guy that determined those
8    numbers?
9    A.    Yes.
10   Q.    So how did you arrive at $204,600 for the
11   landscaping charge from Proexcavation to 55 Lyman?
12   A.    I don't know.  Those are the landscaping
13   charges.  I can't say, looking at this paper.
14           MR. PERTEN:  Page 1?
15   A.    Yes.  Looking at this page, I cannot say
16   these are the landscaping charges.  I don't know.
17   Q.    Well, as we look at the attached document
18   to it, this Proexcavation -- how did you phrase
19   this?  It's a Proexcavation invoice?  Proposal?
20   A.    Proposal, invoice, yes.
21   Q.    Are you the person who created that?
22   A.    Some of it; most of the items, yes.
23   Q.    When did you do that?
24   A.    September 2013.

250

1   Q.   Did anybody help you?
2   A.   I don't remember.
3   Q.   What kind of software did you use to create
4   that proposal?
5   A.   I used to have Excel spreadsheet on my
6   computer, and you just fill in the number and change
7   the order.
8   Q.   Do you still have that computer?
9   A.   I don't know.
10  Q.   Do you still have that document in
11  electronic format on your computer somewhere?
12  A.   I don't know.
13  Q.   When we look at the different line items,
14  the different prices, are you the fellow who came up
15  with those prices?
16  A.   Yes.
17  Q.   So how did you arrive at those numbers?
18  A.   Based on the scope of work.
19  Q.   So, for instance, when we did the cut and
20  cap the water and sewer service line, $3,900, what
21  was your basis for charging $3,900 to cut and cap
22  the water and sewer service line?
23  A.   This is the market price, which is
24  including scope of work to do this particular job.