# EXHIBIT D

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: Comcast Cable Communications
on *(date)* 5/25/18

☒ I served the subpoena by delivering a copy to the named person as follows: in hand to Rep DePina
CT Corp; 155 Federal St. Suite 705, 155 Federal St
Boston, MA _____ on *(date)* 5/29/18 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____

My fees are $ ——— for travel and $ 70 for services, for a total of $ 70.

I declare under penalty of perjury that this information is true and correct.

Date: 5/25/18

Peter Vitale
Server's signature

Atlantic Legal Support Services
458 Main Street • Wakefield, MA 01880
Printed name and title

Server's address

Additional information concerning attempted service, etc.:

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any):* Comcast Business Communication
on *(date)* 5/25/18.

☒ I served the subpoena by delivering a copy to the named person as follows: in hand to Rose
De Pina, CT Corp. Registered Agent, 155 Federal St
Suite 700, Boston MA   on *(date)* 5/29/18   ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ 15, for travel and $ 60 for services, for a total of $ 75, .

I declare under penalty of perjury that this information is true and correct.

Date: _____

_____
Peter Vitale
*Server's signature*

Atlantic Legal Support Services
458 Main Street • Wakefield, MA 01880

*Server's address*

Additional information concerning attempted service, etc.: