# EXHIBIT F

54

1    Q.   How did you go about tracking down
2  documentation and invoices for the Lyman-Cutler
3  project?
4    A.   Requests, whether it be emails to whatever
5  vendors that actually used email then, or multiple
6  requests of subs, anybody else in person or over the
7  phone.
8    Q.   So you had to go out and ask for
9  documentation from the vendors and subs after you
10 arrived?
11           MR. PERTEN:  Objection.
12   A.   Yes.
13   Q.   Do you remember in particular any vendors
14 or subs that you had to ask for documentation of
15 their invoices after you arrived?
16   A.   I could not recall specifically which ones
17 when, no.
18   Q.   Was there any Lyman-Cutler file of invoices
19 or what not on the project when you arrived?
20   A.   Of what was already at the office?
21   Q.   Right.
22   A.   There probably was, but I believe
23 Kristina's organization then was by alphabetical
24 order of subcontractors or vendors.  There was a

55

1  Lyman-Cutler that maybe had some documents of
2  construction advances and stuff like that.  Any
3  subcontractors or vendors I believe her organization
4  was by alphabetical order.
5      Q.  So when you went to clean up the
6  documentation of the invoices from the vendors and
7  subcontractors, you just couldn't pull out a
8  Lyman-Cutler file and look through it?
9      A.  No, no way.
10         (Marked, Exhibit 30, Lyman-Cutler
11  transaction list by vendor spreadsheet.)
12     Q.  Mr. Gersh, I'm going to show you a document
13  the court reporter has marked for me as Exhibit 30.
14  Do you recognize that?
15     A.  It looks to be a transaction, a list of all
16  transactions from the Lyman-Cutler QuickBooks.
17     Q.  Is this a document that you printed out?
18     A.  I couldn't tell you.
19     Q.  You see the date in the upper left corner
20  06-02-15?
21     A.  Yes.
22     Q.  Can you tell me what that means?
23     A.  This means that this report has all the
24  transactions listed as of June 2, 2015.  I think

1  subs or vendors to which you needed to go and get
2  more documentation?
3      A.  No.
4      Q.  Did Mr. Cohen identify to you any of the
5  subs or vendors to whom you had to go for more
6  documentation?
7      A.  No.
8      Q.  Do you recall any particular subs or
9  vendors who came to KDC looking for more money on
10 the Lyman-Cutler after you joined the company?
11     A.  Specifically, I do not.
12     Q.  Did Mr. Kagan take responsibility for
13 getting any of the additional documentation after
14 you identified the subs or vendors from whom you
15 needed it?
16     A.  I can't recall.  What do you mean?
17     Q.  I think you said you reached out to some
18 subcontractors and vendors looking for more
19 documentation, right?
20     A.  Yes.
21     Q.  Did Mr. Kagan do that with any of the
22 subcontractors or vendors?
23     A.  Sure.  He has far more day-to-day
24 interactions with them on the job site than I did in

1  the office, yeah.
2    Q.  Do you remember which subcontractors
3  Mr. Kagan reached out to for more documentation?
4    A.  No, I do not.  I was really the second
5  check of documentation requests.
6    Q.  So did he take primary responsibility for
7  getting further documentation from the
8  subcontractors?
9       MR. PERTEN:  Objection.
10   A.  I don't know that I could say that.  It was
11 still me looking for all the support I could find to
12 organize everything for the project.
13   Q.  So from a process standpoint, did you go to
14 Mr. Kagan and say I need more documentation from
15 subcontractor X and then he would go get more
16 documentation?  Is that how it worked?
17   A.  I don't know that he would get it.  They
18 may bring it to me, but he may be the communications
19 between them.
20   Q.  What about Mr. Cohen, did he go out and get
21 any of the documentation?
22   A.  No, I don't believe so.
23   Q.  Did you know Mr. Cohen used to go by
24 another name?

1    A.    No.
2    Q.    Did you know he was convicted of mortgage
3    fraud?
4    A.    I did not know that.
5    Q.    Let me mark this.
6           (Marked, Exhibit 31, Audit trail export
7    from the Lyman-Cutler QuickBooks.)
8    Q.    Mr. Gersh, I'm asking you to take a look at
9    a document we have marked as Exhibit 31.  Do you
10   know what that is?
11   A.    It appears to be an audit trail export from
12   the Lyman-Cutler QuickBooks.
13   Q.    I guess the audit trail report runs a
14   gazillion pages and this is one page by way of
15   example.
16   A.    Yes.
17   Q.    Is this the sort of thing you meant when we
18   were talking earlier about running an audit trail
19   report?
20   A.    Yes.
21   Q.    So when I look at this report, just looking
22   at the first entry, Number 369, there's something
23   called Prior and something called Latest.  Do you
24   see that?