UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| *In re:* ) | | |
| ) | | |
| LYMAN-CUTLER, LLC, ) | | Chapter 7 |
|       Debtor ) | | Case No. 15-13881 FJB |
| ) | | |

| | | |
|---|---|---|
| ) | | |
| LYMAN-CUTLER, LLC, ALEX FILIPPOV, ) | | |
| and NICKOLAY LIPETSKER, ) | | |
| ) | | |
|       Plaintiffs, ) | | |
| ) | | Adv. Case No. 1:16-ap-01120 |
|   v. ) | | |
| ) | | |
| VADIM KAGAN, TATIANA KAGAN, ) | | |
| KAGAN DEVELOPMENT KDC, CORP. and ) | | |
| PROEXCAVATION CORP. ) | | |
| ) | | |
|       Defendants. ) | | |
| ) | | |

## **PLAINTIFFS' MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

The Court's current Scheduling Order requires that expert disclosures, including reports, be produced by June 30, 2018. Plaintiffs Lyman-Cutler, LLC, Alex Filippov, and Nickolay Lipetsker respectfully request that this deadline, as well as all other deadlines, be extended by thirty (30) days to allow the parties to complete the fact discovery that remains outstanding before the expert disclosures are required. Given the numerous depositions and other fact discovery that has been exchanged during the course of the last two months, and where a specific trial date has not yet been selected, the brief extension will not prejudice any party or materially delay the resolution of this proceeding. As additional grounds therefore, Plaintiffs state the following:

1

1. On February 16, 2018, the Court issued an Order which set forth the following deadlines:

- Completion of fact discovery:  May 31, 2018
- Expert Disclosures:  June 30, 2018
- Rebuttal Expert Disclosures:  July 30, 2018
- Dispositive Motions (if any):  September 15, 2018
- Trial:  Late September or early October, 2018.

2. Between April 25 and May 31, 2018, the parties conducted 9 depositions spread over 11 different days.  By agreement, and to accommodate witness and counsel schedules, two additional depositions were conducted the day after the close of discovery on June 1, 2018.  A third deposition was conducted two days ago on June 18, 2018 to accommodate a third party's schedule.  Still a fourth is scheduled to be taken this coming Friday, June 22, 2018, also to accommodate the third party's schedule.

3. There also remains additional written discovery to be received from third parties. In particular, the Defendants subpoenaed documents from Attorney Boris Maiden, which is currently the subject of an informal discovery conference scheduled for tomorrow morning. Plaintiffs' Motion to Compel Compliance With A Subpoena *Duces Tecum* against Comcast Business Communications, LLC is also currently pending.

4. In short, though the parties have diligently worked towards completing discovery, there remains some additional fact discovery outstanding that they expect will be complete within the next few weeks.

5. Because fact discovery is not yet complete, the Plaintiffs believe that the expert disclosure deadline should be extended to ensure that any potential expert has all of the relevant

information he or she may need to render a complete opinion.  Requiring the disclosure of expert reports before all relevant information may be discovered risks rendering an opinion incomplete.

6. On Monday, June 18, 2018, Plaintiffs asked counsel for Defendants if Defendants would assent to the brief, 30-day extension of the relevant deadlines.  Defendants have not responded as of the time this motion was filed.

7. There is no prejudice to either party if the remaining deadlines are extended by thirty (30) days.  Extending the deadlines by thirty days will not materially delay the final disposition of this proceeding.  To the contrary, it will likely benefit both parties by permitting their respective experts to have all known fact discovery completed by the time their expert reports are due.

## CONCLUSION

For the foregoing reasons, the Court should allow this motion and issue an order extending the remaining deadlines by thirty (30) days.

LYMAN-CUTLER, LLC,
By its attorney,

*/s/ Peter Tamposi*
Peter N. Tamposi, BBO No. 639497
The Tamposi Law Group, P.C.
159 Main Street
Nashua, NH 03060
T: (603) 204-5513

ALEX FILIPPOV and
NICKOLAY LIPETSKER,
By their attorneys,

*/s/ Sean T. Carnathan*
Sean T. Carnathan, BBO No. 636889
scarnathan@ocmlaw.net
Joseph P. Calandrelli, BBO No. 666128
jcalandrelli@ocmlaw.net
O'Connor, Carnathan and Mack, LLC
1 Van de Graaff Dr. Suite 104
Burlington, MA 01803
T:  781-359-9000

Dated:  June 20, 2018

3

<u>Certificate of Service</u>

  I hereby certify that a copy of the foregoing document was served on counsel of record for all of the parties on June 20, 2018.

                */s/ Sean T. Carnathan*
                Sean T. Carnathan

4837-8494-6539, v. 1