UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al

**Case/AP Number** 16-01120 **-FJB**
**Chapter**

#158 Request from James Harris Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. for Conference to Resolve Current Discovery Dispute. filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. (Harris, James)

**COURT ACTION:**

_____Hearing held

_____Granted       _____Approved       _____Moot

_____Denied        _____Denied without prejudice       _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order       _____Released _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Off the Record Conference held. The parties are now free to file any motion deemed necessary and to request an additional telephone conference if needed.

IT IS SO ORDERED:

*Frank J. Bailey*

_____Dated: 06/21/2018
Frank J. Bailey
United States Bankruptcy Judge