**O'Connor Carnathan and Mack LLC**

Landmark One
1 Van De Graaff Drive
Suite 104
Burlington, MA 01803

Tel: 781.359.9000
Fax: 781.359.9001

www.ocmlaw.net

Sean T. Carnathan
Direct Line: 781.359.9002
scarnathan@ocmlaw.net

June 27, 2018

**By Electronic Filing**

Honorable Frank J. Bailey
United States Bankruptcy Court
John W. McCormack Post Office and Courthouse
5 Post Office Square
Boston, MA 02109-3945

Re: **Lyman Cutler, LLC et al. v. Vadim Kagan, et al.
Chapter 7 No. 15-13881-FJB, A.P. No. 16-1120**

Dear Judge Bailey:

Pursuant to D. Mass. Local Rule 7.1(b)(2), I write to request expedited action on the pending Plaintiffs' Motion to Extend Scheduling Order Deadlines (A.P. Doc. No. 168 Bk Do. No. 299).

In the absence of action on the Plaintiffs' Motion, expert reports are due June 30, 2018 (effectively July 2, 2018 because June 30, 2018 is a Saturday). We would be grateful if the court would rule on an expedited basis.

Very truly yours,

/s/ *Sean T. Carnathan*

Sean T. Carnathan

4845-6205-4252, v. 1