**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re    LymanCulter, LLC | Related Bankruptcy Case: 15–13881 |
| | Chapter 7 |
| Debtor | Judge Frank J. Bailey |
| | |
| Lyman–Cutler, LLC | Adversary Proceeding: 16–01120 |
| Plaintiff | |
| vs. | |
| VADIM KAGAN, et al. | |
| Defendant | |

## ORDER REGARDING ELECTRONICALLY FILED DOCUMENT

The Court has received notice of an electronically filed document by you in the above–referenced case on **JUNE 27, 2018** as document number **171**. A Clerk's Corrective Entry has been made by the Court which **requires expedited action by you.**

**THE FOLLOWING REQUIRES CORRECTIVE ACTION BY THE REGISTERED USER:**

☐    **Document has wrong PDF image, is out of order, incorrectly oriented (landscape), and/or is unreadable.** Please re–file electronically with correct and readable PDF using the original event.

☑    **Document Docketed using wrong event.** Please re–file electronically using correct event.**Correct Event is "Motion for Expedited Determination"**

☐    **Document is docketed in the wrong case or Caption is Incorrect.** Please check case number and re–file electronically.

☐    **Document is unsigned or information is missing.** Signatures must be present as /s/ or a scanned original signature. Please check your PDF document for signature(s) and re–file electronically.

☐    **Document(s) should have been docketed as separate documents.** Please re–docket all items electronically.

☐    **Case association incorrect.** Please check for proper association and re–file electronically.

☐    **ECF filer and signature of the document do not match;** please re–file. See App. 8, Rule 8(a) of MLBR.

☐    **Other:**

You are hereby **ORDERED** to file the above required document(s) within two (2) business days of the date of this notice.

**FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

Date:6/27/18                                                                                                    By the Court,

<u>Noe Calvo</u>
Deputy Clerk
617–748–5344

172 – 171