United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
    Plaintiff

Kagan,
    Defendant

Adv. Proc. No. 16-01120-fjb

# CERTIFICATE OF NOTICE

District/off: 0101-1     User: ncalvo     Page 1 of 2     Date Rcvd: Jun 28, 2018
                  Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Jun 28 2018 23:44:54     John Fitzgerald,
          Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
          5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                                                                      TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                                                                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2018 at the address(es) listed below:
          Christopher M. Candon   on behalf of Defendant   ProExcavation Corp. ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon   on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon   on behalf of Defendant   Kagan Development KDC, Corp. ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon   on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
           ntoli@sheehan.com
          David B. Madoff   on behalf of Trustee David  Madoff madoff@mandkllp.com,   alston@mandkllp.com
          James   Harris   on behalf of Counter-Claimant   ProExcavation Corp. jharris@sheehan.com,
           dhemeon@sheehan.com
          James   Harris   on behalf of Defendant   Kagan Development KDC, Corp. jharris@sheehan.com,
           dhemeon@sheehan.com
          James   Harris   on behalf of Defendant Tatiana  Kagan jharris@sheehan.com,   dhemeon@sheehan.com
          James   Harris   on behalf of Defendant Vadim  Kagan jharris@sheehan.com,   dhemeon@sheehan.com
          James   Harris   on behalf of Defendant   ProExcavation Corp. jharris@sheehan.com,
           dhemeon@sheehan.com
          James   Harris   on behalf of Counter-Claimant   Kagan Development KDC, Corp. jharris@sheehan.com,
           dhemeon@sheehan.com
          James   Harris   on behalf of Counter-Claimant Tatiana  Kagan jharris@sheehan.com,
           dhemeon@sheehan.com
          James   Harris   on behalf of Counter-Claimant Vadim  Kagan jharris@sheehan.com,
           dhemeon@sheehan.com
          John   Perten   on behalf of Counter-Claimant   ProExcavation Corp. jperten@sheehan.com,
           bcapone@sheehan.com
          John   Perten   on behalf of Defendant Tatiana  Kagan jperten@sheehan.com,   bcapone@sheehan.com
          John   Perten   on behalf of Counter-Claimant Vadim  Kagan jperten@sheehan.com,
           bcapone@sheehan.com
          John   Perten   on behalf of Counter-Claimant   Kagan Development KDC, Corp. jperten@sheehan.com,
           bcapone@sheehan.com
          John   Perten   on behalf of Defendant Vadim  Kagan jperten@sheehan.com,   bcapone@sheehan.com
          John   Perten   on behalf of Defendant   ProExcavation Corp. jperten@sheehan.com,
           bcapone@sheehan.com
          John   Perten   on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com,
           bcapone@sheehan.com
          John   Perten   on behalf of Defendant   Kagan Development KDC, Corp. jperten@sheehan.com,
           bcapone@sheehan.com

```
District/off: 0101-1           User: ncalvo              Page 2 of 2                   Date Rcvd: Jun 28, 2018
                               Form ID: pdf012           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
        Joseph P. Calandrelli    on behalf of Plaintiff   Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
        Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
        Peter N. Tamposi    on behalf of Plaintiff   Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com
        Sean T. Carnathan    on behalf of Plaintiff   Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net
        Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net
        Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net

        TOTAL: 28

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

In Re: Lyman-Cutler, LLC v. Kagan et al         Case/AP Number 16-01120 -FJB
                                                 Chapter

  #168 Motion filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker, Plaintiff
  Lyman-Cutler, LLC to Extend Scheduling Order Deadlines

**COURT ACTION:**

_____ Hearing held
_____ Granted         _____ Approved         _____ Moot
_____ Denied          _____ Denied without prejudice    _____ Withdrawn in open court
_____ Overruled       _____ Sustained
_____ Continued to _____
_____ Proposed order to be submitted by _____
_____ Stipulation to be submitted by _____
_____ No appearance by _____
Show Cause Order    _____ Released    _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted:  the deadlines are hereby extended as proposed. The Joint Pretrial Memorandum shall remain due on September 22, 2018. The Court will schedule the trial upon filing of the Joint Pretrial Memorandum.  The Defendants' opposition is overruled.

                                IT IS SO ORDERED:

                                /s/ Frank J. Bailey

                                _____ Dated: 06/28/2018
                                Frank J. Bailey
                                United States Bankruptcy Judge