UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br>        Debtor | Chapter 7<br>Case No. 15-13881 FJB |
| LYMAN-CUTLER, LLC, ALEX FILIPPOV,<br>and NICKOLAY LIPETSKER,<br><br>        Plaintiffs,<br><br>v.<br><br>VADIM KAGAN, TATIANA KAGAN,<br>KAGAN DEVELOPMENT KDC, CORP. and<br>PROEXCAVATION CORP.<br><br>        Defendants. | Adv. Case No. 1:16-ap-01120 |

## CERTIFICATE OF SERVICE

In accordance with this Court's July 2, 2018 Order, Plaintiffs Lyman-Cutler, LLC, Alex Filippov, and Nickolay Lipetsker certify that they served a copy of the Motion to Compel Compliance with Subpoena *Duces Tecum* [Doc. 167] on Comcast Business Communications, LLC on July 2, 2018.

| | |
|---|---|
| LYMAN-CUTLER, LLC,<br>By its attorney, | ALEX FILIPPOV and<br>NICKOLAY LIPETSKER,<br>By their attorneys, |
| */s/ Peter Tamposi*<br>Peter N. Tamposi, BBO No. 639497<br>The Tamposi Law Group, P.C.<br>159 Main Street<br>Nashua, NH 03060<br>T: (603) 204-5513 | */s/ Sean T. Carnathan*<br>Sean T. Carnathan, BBO No. 636889<br>scarnathan@ocmlaw.net<br>Joseph P. Calandrelli, BBO No. 666128<br>jcalandrelli@ocmlaw.net<br>O'Connor, Carnathan and Mack, LLC<br>1 Van de Graaff Dr. Suite 104<br>Burlington, MA 01803<br>T: 781-359-9000 |

Dated: July 2, 2018

## Certificate of Service

    I hereby certify that a copy of the foregoing document was served on counsel of record for all of the parties on July 2, 2018.

                                                      */s/ Sean T. Carnathan*
                                                      Sean T. Carnathan