UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: )<br>)<br>LYMAN-CUTLER, LLC, )<br>        Debtor )<br>) | Chapter 7<br>Case No. 15-13881 FJB |
| )<br>LYMAN-CUTLER, LLC, ALEX FILIPPOV, )<br>and NICKOLAY LIPETSKER, )<br>)<br>        Plaintiffs, )<br>)<br>    v. )<br>)<br>VADIM KAGAN, TATIANA KAGAN, )<br>KAGAN DEVELOPMENT KDC, CORP. and )<br>PROEXCAVATION CORP. )<br>)<br>        Defendants. )<br>) | Adv. Case No. 1:16-ap-01120 |

## AMENDED CERTIFICATE OF SERVICE

In accordance with this Court's July 3, 2018 Order, and MBLR 9013-3(c), Plaintiffs Lyman-Cutler, LLC, Alex Filippov, and Nickolay Lipetsker certify that they served a copy of the Motion to Compel Compliance with Subpoena *Duces Tecum* [Doc. 167] on Comcast Business Communications, LLC ("Comcast") on July 2, 2018.  The motion was served on Comcast by sending a copy by facsimile and first-class mail, postage prepaid, to the following address:

    Comcast Business Communications, LLC
    Legal Response Center
    650 Centerton Road
    Morrestown, NJ 08057
    F:  866-947-5587

1

Comcast confirmed receipt of the motion in a telephone call with Plaintiffs' counsel on July 3, 2018.

| | |
|---|---|
| LYMAN-CUTLER, LLC,<br>By its attorney, | ALEX FILIPPOV and<br>NICKOLAY LIPETSKER,<br>By their attorneys, |
| */s/ Peter Tamposi*<br>Peter N. Tamposi, BBO No. 639497<br>The Tamposi Law Group, P.C.<br>159 Main Street<br>Nashua, NH 03060<br>T: (603) 204-5513 | */s/ Sean T. Carnathan*<br>Sean T. Carnathan, BBO No. 636889<br>scarnathan@ocmlaw.net<br>Joseph P. Calandrelli, BBO No. 666128<br>jcalandrelli@ocmlaw.net<br>O'Connor, Carnathan and Mack, LLC<br>1 Van de Graaff Dr. Suite 104<br>Burlington, MA 01803<br>T:  781-359-9000 |

Dated:  July 3, 2018

<u>Certificate of Service</u>

  I hereby certify that a copy of the foregoing document was served on counsel of record for all of the parties on July 3, 2018.

                */s/ Sean T. Carnathan*
                Sean T. Carnathan