United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
        Plaintiff

                                                    Adv. Proc. No. 16-01120-fjb

Kagan,
        Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1          User: ncalvo            Page 1 of 2           Date Rcvd: Jul 02, 2018
                             Form ID: pdf012          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2018.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Jul 03 2018 00:39:06      John Fitzgerald,
               Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                            TOTAL: 1


               ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2018 at the address(es) listed below:
          Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon    on behalf of Defendant Tatiana   Kagan ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon    on behalf of Defendant   Kagan Development KDC, Corp. ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon    on behalf of Defendant Vadim   Kagan ccandon@sheehan.com,
           ntoli@sheehan.com
          David B. Madoff    on behalf of Trustee David  Madoff madoff@mandkllp.com,  alston@mandkllp.com
          James  Harris    on behalf of Counter-Claimant   ProExcavation Corp. jharris@sheehan.com,
           dhemeon@sheehan.com
          James  Harris    on behalf of Defendant   Kagan Development KDC, Corp. jharris@sheehan.com,
           dhemeon@sheehan.com
          James  Harris    on behalf of Defendant Tatiana  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
          James  Harris    on behalf of Defendant Vadim  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
          James  Harris    on behalf of Defendant   ProExcavation Corp. jharris@sheehan.com,
           dhemeon@sheehan.com
          James  Harris    on behalf of Counter-Claimant   Kagan Development KDC, Corp. jharris@sheehan.com,
           dhemeon@sheehan.com
          James  Harris    on behalf of Counter-Claimant Tatiana  Kagan jharris@sheehan.com,
           dhemeon@sheehan.com
          James  Harris    on behalf of Counter-Claimant Vadim  Kagan jharris@sheehan.com,
           dhemeon@sheehan.com
          John  Perten    on behalf of Counter-Claimant   ProExcavation Corp. jperten@sheehan.com,
           bcapone@sheehan.com
          John  Perten    on behalf of Defendant Tatiana  Kagan jperten@sheehan.com,  bcapone@sheehan.com
          John  Perten    on behalf of Counter-Claimant Vadim  Kagan jperten@sheehan.com,
           bcapone@sheehan.com
          John  Perten    on behalf of Counter-Claimant   Kagan Development KDC, Corp. jperten@sheehan.com,
           bcapone@sheehan.com
          John  Perten    on behalf of Defendant Vadim  Kagan jperten@sheehan.com,  bcapone@sheehan.com
          John  Perten    on behalf of Defendant   ProExcavation Corp. jperten@sheehan.com,
           bcapone@sheehan.com
          John  Perten    on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com,
           bcapone@sheehan.com
          John  Perten    on behalf of Defendant   Kagan Development KDC, Corp. jperten@sheehan.com,
           bcapone@sheehan.com

```
District/off: 0101-1            User: ncalvo              Page 2 of 2              Date Rcvd: Jul 02, 2018
                               Form ID: pdf012           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
       Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net,
       hwolti@ocmlaw.net
       Joseph P. Calandrelli    on behalf of Plaintiff    Lyman-Cutler, LLC jcalandrelli@ocmlaw.net,
       hwolti@ocmlaw.net
       Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker
       jcalandrelli@ocmlaw.net,  hwolti@ocmlaw.net
       Peter N. Tamposi    on behalf of Plaintiff    Lyman-Cutler, LLC peter@thetamposilawgroup.com,
       Judy@tlgnh.com
       Sean T. Carnathan    on behalf of Plaintiff    Lyman-Cutler, LLC scarnathan@ocmlaw.net,
       hwolti@ocmlaw.net
       Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net,
       hwolti@ocmlaw.net
       Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net,
       hwolti@ocmlaw.net

                            TOTAL: 28

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al                    **Case/AP Number** 16-01120 **-FJB**
                                                               **Chapter**

#167 Motion filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker, Plaintiff
Lyman-Cutler, LLC to Compel Compliance with Subpoena Duces Tecum

**COURT ACTION:**

_____Hearing held

_____Granted          _____Approved          _____Moot

_____Denied          _____Denied without prejudice          _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order          _____Released          _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ORDER:  The movants shall immediately serve this motion on Comcast Business Communications LLC,
the party to be compelled, and, on or before July 6, 2018, file a certificate of such service.

IT IS SO ORDERED:

_____  Dated: 07/02/2018
Frank J. Bailey
United States Bankruptcy Judge