UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al    **Case/AP Number** 16-01120 **-FJB**
**Chapter**

#173 Motion to Extend Scheduling Order Deadlines filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker, Plaintiff Lyman-Cutler, LLC  with certificate of service. (Carnathan, Sean)

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted as follows:  the expert disclosure deadline is extended by thirty days.  All other deadlines have already been addressed by separate order.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____Dated: 07/13/2018
Frank J. Bailey
United States Bankruptcy Judge