**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al      **Case/AP Number** 16-01120 **-FJB**
**Chapter**

#167 Motion filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker, Plaintiff Lyman-Cutler, LLC to Compel Compliance with Subpoena Duces Tecum

**COURT ACTION:**

_____Hearing held

_____Granted   _____Approved   _____Moot

_____Denied   _____Denied without prejudice   _____Withdrawn in open court

_____Overruled  _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order   _____Released  _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ORDER: No objection having been filed, and good cause having been stated, Comcast is hereby ordered to comply with the subpoena by producing the records.

IT IS SO ORDERED:

*Frank J. Bailey*

_____Dated: 07/18/2018
Frank J. Bailey
United States Bankruptcy Judge