**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al      **Case/AP Number** 16-01120 **-FJB**
**Chapter**

#184 Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. to Compel Compliance with Subpoena Duces Tecum Served on Boris Maiden, Esq.

**COURT ACTION:**

_____Hearing held

_____Granted      _____Approved      _____Moot

_____Denied      _____Denied without prejudice      _____Withdrawn in open court

_____Overruled      _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released      _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The movants shall promptly serve this motion directly on Boris Maiden and, on or before July 20, 2018, file a certificate of such service.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____Dated: 07/18/2018
Frank J. Bailey
United States Bankruptcy Judge