UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) <br> ) <br> LYMAN-CUTLER, LLC, ) <br> ) <br> Debtor. ) <br> ) | Chapter 7 <br> No. 15-13881-FJB |
| LYMAN-CUTLER, LLC, ) <br> ALEX FILIPPOV and ) <br> NICKOLAY LIPETSKER, ) <br> ) <br> Plaintiffs, ) <br> Defendants in Counterclaim, ) <br> ) <br> v. ) <br> ) <br> VADIM KAGAN, TATIANA KAGAN, ) <br> KAGAN DEVELOPMENT KDC, CORP. ) <br> and PROEXCAVATION CORP. ) <br> ) <br> Defendants, ) <br> Plaintiffs in Counterclaim. ) | Adv. Proc. No. 16-01120 |

## CERTIFICATE OF SERVICE

In accordance with this Court's Order dated July 18, 2018, Defendants Vadim Kagan, Tatiana Kagan, Kagan Development KDC, Corp. and ProExcavation (collectively, "Defendants") certify that they served a copy of their Motion to Compel Compliance with Subpoena *Duces Tecum* Served on Boris Maiden, Esq. by mailing same first class mail, postage prepaid, to Attorney Boris Maiden, 14 Webster Street, Brookline, MA 02446 on July 18, 2018.

VADIM KAGAN,
TATIANA KAGAN,
KAGAN DEVELOPMENT KDC, CORP. and
PROEXCAVATION CORP.,

By their Attorneys,

/s/ John H. Perten
Christopher M. Candon, BBO# 650855
John H. Perten, BBO# 548728
James P. Harris, BBO# 678283
SHEEHAN PHINNEY BASS & GREEN, PA
255 State Street, 5th Floor
Boston, MA 02109
Tel: 617-897-5600
Fax: 617-439-9363
E-mail: ccandon@sheehan.com
jperten@sheehan.com
jharris@sheehan.com

Dated: July 18, 2018