United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
         Plaintiff

                                                          Adv. Proc. No. 16-01120-fjb

Kagan,
         Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1          User: ncalvo          Page 1 of 2          Date Rcvd: Jul 18, 2018
                             Form ID: pdf012        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust              +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Jul 18 2018 23:53:59     John Fitzgerald,
                  Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
                  5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
          Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon    on behalf of Defendant Tatiana   Kagan ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon    on behalf of Defendant Vadim   Kagan ccandon@sheehan.com,
           ntoli@sheehan.com
          David B. Madoff    on behalf of Trustee David  Madoff madoff@mandkllp.com,  alston@mandkllp.com
          James  Harris    on behalf of Counter-Claimant    ProExcavation Corp. jharris@sheehan.com,
           dhemeon@sheehan.com
          James  Harris    on behalf of Defendant    Kagan Development KDC, Corp. jharris@sheehan.com,
           dhemeon@sheehan.com
          James  Harris    on behalf of Defendant Tatiana   Kagan jharris@sheehan.com,  dhemeon@sheehan.com
          James  Harris    on behalf of Defendant Vadim   Kagan jharris@sheehan.com,  dhemeon@sheehan.com
          James  Harris    on behalf of Defendant    ProExcavation Corp. jharris@sheehan.com,
           dhemeon@sheehan.com
          James  Harris    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jharris@sheehan.com,
           dhemeon@sheehan.com
          James  Harris    on behalf of Counter-Claimant Tatiana   Kagan jharris@sheehan.com,
           dhemeon@sheehan.com
          James  Harris    on behalf of Counter-Claimant Vadim   Kagan jharris@sheehan.com,
           dhemeon@sheehan.com
          John  Perten    on behalf of Counter-Claimant    ProExcavation Corp. jperten@sheehan.com,
           bcapone@sheehan.com
          John  Perten    on behalf of Defendant Tatiana   Kagan jperten@sheehan.com,  bcapone@sheehan.com
          John  Perten    on behalf of Counter-Claimant Vadim   Kagan jperten@sheehan.com,
           bcapone@sheehan.com
          John  Perten    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jperten@sheehan.com,
           bcapone@sheehan.com
          John  Perten    on behalf of Defendant Vadim   Kagan jperten@sheehan.com,  bcapone@sheehan.com
          John  Perten    on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com,
           bcapone@sheehan.com
          John  Perten    on behalf of Counter-Claimant Tatiana   Kagan jperten@sheehan.com,
           bcapone@sheehan.com
          John  Perten    on behalf of Defendant    Kagan Development KDC, Corp. jperten@sheehan.com,
           bcapone@sheehan.com

```
District/off: 0101-1        User: ncalvo           Page 2 of 2              Date Rcvd: Jul 18, 2018
                           Form ID: pdf012         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
      Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net,
       hwolti@ocmlaw.net
      Joseph P. Calandrelli    on behalf of Plaintiff    Lyman-Cutler, LLC jcalandrelli@ocmlaw.net,
       hwolti@ocmlaw.net
      Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker
       jcalandrelli@ocmlaw.net,   hwolti@ocmlaw.net
      Peter N. Tamposi    on behalf of Plaintiff    Lyman-Cutler, LLC peter@thetamposilawgroup.com,
       Judy@tlgnh.com
      Sean T. Carnathan    on behalf of Plaintiff    Lyman-Cutler, LLC scarnathan@ocmlaw.net,
       hwolti@ocmlaw.net
      Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net,
       hwolti@ocmlaw.net
      Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net,
       hwolti@ocmlaw.net

                                                                    TOTAL: 28

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al                    **Case/AP Number** 16-01120 **-FJB**
                                                               **Chapter**

        #184 Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp.,
        ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC,
        Corp., ProExcavation Corp. to Compel Compliance with Subpoena Duces Tecum Served on Boris
        Maiden, Esq.

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved        _____Moot

_____Denied        _____Denied without prejudice        _____Withdrawn in open court

_____Overruled        _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order        _____Released        _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The movants shall promptly serve this motion directly on Boris Maiden and, on or before July
20, 2018, file a certificate of such service.

                              IT IS SO ORDERED:

                              _____ Dated: 07/18/2018
                              Frank J. Bailey
                              United States Bankruptcy Judge