# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>  Debtor. | Chapter 7 Bankruptcy<br>Case No. 15-13881-FJB |
| LYMAN-CUTLER, LLC, et al<br><br>  Plaintiff/Defendants-in-Counterclaim,<br><br>v.<br><br>VADIM KAGAN, et al<br><br>  Defendants/Plaintiffs-in-Counterclaim. | Adversary Proceeding<br>Case No. 16-01120 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

   Undersigned counsel, Valentin Gurvits of Boston Law Group, PC, hereby provides notice of his appearance in the above-captioned adversary proceeding on behalf of non-party Boris Maiden and requests that all notices given or required to be given in the adversary proceeding and all papers served in the adversary proceeding be served on the undersigned at the address set forth below.

Dated: July 23, 2018                     Respectfully Submitted,
                                         /s/ Valentin D. Gurvits, Esq.
                                         Valentin D. Gurvits (BBO# 643572)
                                         BOSTON LAW GROUP, PC
                                         825 Beacon Street, Suite 20
                                         Newton Centre, Massachusetts 02459
                                         Tel: 617-928-1804
                                         Fax: 617-928-1802
                                         vgurvits@bostonlawgroup.com

## Certificate of Service

I hereby certify that this document, filed through the ECF system on July 23, 2018, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                         /s/ Valentin Gurvits, Esq.