UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>    Debtor. | Chapter 7<br>Case No. 15-13881-FJB |
| LYMAN-CUTLER, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VADIM KAGAN, TATIANA KAGAN,<br>KAGAN DEVELOPMENT KDC, CORP.<br>and PROEXCAVATION CORP.<br><br>    Defendants. | Adv. Case No.16-01120 |

JOINT MOTION TO EXTEND DEADLINE FOR FILING OPPOSITION TO
MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DUCES TECUM
SERVED ON BORIS MAIDEN, ESQ.

Now come Kagan Development KDC, Corp., Vadim Kagan, Tatiana Kagan and ProExcavation Corp. (the "Kagan Parties") and Boris Maiden, Esq. ("Maiden"), and jointly move that the time within which Maiden is to file his opposition to the Kagan Parties' Motion To Extend Deadline For Filing Opposition To Motion To Compel Compliance With Subpoena Duces Tecum Served On Boris Maiden, Esq. (the

"Motion") be extended for an additional two weeks until August 14, 2018. In support of this joint motion, the Kagan Parties and Maiden state as follows:

1. The Kagan Parties filed the Motion on July 17, 2018 (Main Docket No. 316; A.P. No. 184). Opposition, therefore, is due on July 31, 2018.

2. Maiden provided some responsive documents on July 24, 2018. In their review of the documents produced, the Kagan Parties identified several categories of documents that they believed were still missing. Maiden denies that he has withheld any documents, and the parties are attempting to resolve their disagreement as to the completeness of the production.

3. The production of documents by Maiden may moot some or all of the issues raised in the Motion. As an accommodation, the Kagan Parties expressed their willingness to extend the time for Maiden filing opposition for an additional two weeks to allow discussions to continue. Depending on the results of the ongoing discussions, the Kagan Parties would thereafter either withdraw the Motion or amend it to reflect any narrowing of the issues which has occurred since its filing.

WHEREFORE, the Kagan Parties and Maiden jointly move that the time within which Maiden is to file his opposition to the Motion be extended until August 14, 2018.

KAGAN DEVELOPMENT KDC, CORP. et als.

By their attorneys,

/s/ John H. Perten

John H. Perten, Esq. (BBO# 548728)
James P. Harris, Esq.
SHEEHAN PHINNEY BASS & GREEN, P.A.
255 State Street, Fifth Floor
Boston, MA 02109
(617) 897-5600
jperten@sheehan.com

BORIS MAIDEN, ESQ.

By his attorney,

/s/ Val Gurvits

Val Gurvits, Esq. (BBO # 643572)
Boston Law Group, P.C.
825 Beacon Street, Suite 20
Newton Centre, MA  02459
(617) 928-1800
vgurvits@bostonlawgroup.com

Dated:  July 30, 2018

## CERTIFICATE OF SERVICE

I, John H. Perten, Esq., certify that on July 30, 2018 I served the foregoing document on all counsel of record via ECF and/or first class mail.

/s/ John H. Perten

3