UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al  **Case/AP Number** 16-01120 **-FJB**
**Chapter**

#191 Joint Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. to Extend Time to Respond [Re: [184] Motion to Compel]

**COURT ACTION:**

_____Hearing held
_____Granted     _____Approved     _____Moot
_____Denied      _____Denied without prejudice      _____Withdrawn in open court
_____Overruled   _____Sustained
_____Continued to_____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted: the time within which Maiden must file his opposition is extended to August 14, 2018.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*
_____Dated: 08/01/2018
Frank J. Bailey
United States Bankruptcy Judge