UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>Debtor. | ) ) ) ) ) ) ) | Chapter 7<br>No. 15-13881-FJB |
| LYMAN-CUTLER, LLC,<br>ALEX FILIPPOV and<br>NICKOLAY LIPETSKER,<br><br>Plaintiffs,<br>Defendants in Counterclaim,<br><br>v.<br><br>VADIM KAGAN, TATIANA KAGAN,<br>KAGAN DEVELOPMENT KDC, CORP.<br>and PROEXCAVATION CORP.<br><br>Defendants,<br>Plaintiffs in Counterclaim. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Adv. Proc. No. 16-01120 |

**DEFENDANTS' MOTION TO RESCHEDULE DEADLINE FOR FILING PRETRIAL MEMORANDUM UNTIL AFTER DEADLINE FOR FILING DISPOSITIVE MOTIONS**
**(Request For Expedited Ruling)**

Defendants Vadim Kagan, Tatiana Kagan, Kagan Development KDC, Corp. and ProExcavation (collectively, "Kagan Parties") move, on an expedited basis, that the filing deadline for the parties' pretrial memorandum, currently September 22, 2018, be postponed until after the court rules on dispositive motions. Under the current schedule, dispositive motions are not due until October 15, 2018. Based upon the recently served expert disclosures, the Kagan Parties anticipate filing dispositive motions on several of the pending counts in the Adversary

Proceeding and parallel arguments asserted in objection to their proofs of claim. Accordingly, it would be more efficient to allow this Court to rule on the dispositive motions before the parties are put to the cost of preparing a pretrial memorandum without knowing what issues will remain to be tried. In further support hereof, Defendants state as follows:

1. At the request of the Filippov Parties (Docket No. 299, A.P. No. 168), this Court extended all scheduling deadlines by thirty days. This means that rebuttal expert disclosures are now due on August 29, 2018 (the deadline for initial expert disclosures was July 30, 2018), expert depositions must be completed by September 15, 2018, and dispositive motions are due on or before October 15, 2018. The Court's order expressly left intact, however, the September 22, 2018 filing date for the joint pre-trial memorandum. (Docket No. 308, A.P. No. 175). In other words, dispositive motions are not due until three weeks _after_ the deadline for filing the pretrial memorandum.

2. Based upon the recently served expert disclosures, Defendants now anticipate that they will be moving for partial summary judgment. Until those motions are fully briefed, heard and this Court issues orders thereon, it is unclear which issues will remain for trial. Accordingly, requiring the parties to address _all_ potential issues in a pretrial memorandum and pre-mark _all_ potential exhibits _before_ they know what issues will actually need to be tried, is premature.

3. No trial date has yet been scheduled and no party will be prejudiced by allowance of this motion, as all parties and the Court will benefit by having a pretrial memorandum which focuses on only the issues that remain to be tried.

4. The Filippov Parties have indicated that they do not intend to file dispositive motions and therefore would not join in this motion. Based upon the recently served expert disclosures and discovery provided to date, the Kagan Parties, however, believe that they have valid grounds for

summary judgment on several of the counts asserted against them and wish to proceed in an orderly and logically sequential manner.

5. To prepare the pretrial memorandum, the parties will have to immediately commence their review and analysis of thousands of documents exchanged during discovery in order to meet the current September 22, 2018 filing deadline. As a result, the Kagan Parties respectfully request that this motion be heard on an expedited basis.

WHEREFORE, the Kagan Parties respectfully request that the deadline for filing the pretrial memorandum be extended until after the Court rules on the anticipated dispositive motions.

August 13, 2018

        VADIM KAGAN,
        TATIANA KAGAN,
        KAGAN DEVELOPMENT KDC, CORP. and
        PROEXCAVATION CORP.,

        By their Attorneys,

        /s/ John H. Perten
        Christopher M. Candon, BBO# 650855
        John H. Perten, BBO# 548728
        James P. Harris, BBO# 678283
        SHEEHAN PHINNEY BASS & GREEN, PA
        255 State Street, 5th Floor
        Boston, MA 02109
        Tel: 617-897-5600
        Fax: 617-439-9363
        E-mail: ccandon@sheehan.com
                jperten@sheehan.com
                jharris@sheehan.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13 day of August, 2018, a copy of the foregoing was served upon the parties listed below via ECF.

Eric K. Bradford
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Sean T. Carnathan
O'Connor, Carnathan and Mack, LLC
1 Van De Graaff Drive
Suite 104
Burlington, MA 01772

David B. Madoff
Madoff & Khoury LLP
124 Washington Street - Suite 202
Foxborough, MA 02035

Joseph P. Calandrelli
O'Connor Carnathan and Mack LLC
1 Van De Graaff Drive
Suite 104
Burlington, MA 01772

Peter N. Tamposi
The Tamposi Law Group
159 Main Street
Nashua, NH 03060

/s/ John H. Perten
John H. Perten