UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al          **Case/AP Number** 16-01120 **-FJB**
**Chapter**

#193 Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. to Extend Time to File Documents [RE: [175] Order dated 6/28/2018] (Request For Expedited Ruling)

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved        _____Moot

_____Denied         _____Denied without prejudice        _____Withdrawn in open court

_____Overruled      _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order        _____Released        _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Expedited treatment is hereby granted as follows: the Court will hold a hearing on the Motion to Extend Time [#193] on Tuesday, August 21, 2018, at 11:45 a.m. Any response shall be filed by Monday, August 20, 2018, at 12:00 noon.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_____ Dated: 08/15/2018
Frank J. Bailey
United States Bankruptcy Judge