UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>    Debtor. | Chapter 7<br>Case No. 15-13881-FJB |
| LYMAN-CUTLER, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VADIM KAGAN, TATIANA KAGAN,<br>KAGAN DEVELOPMENT KDC, CORP.<br>and PROEXCAVATION CORP.<br><br>    Defendants. | Adv. Case No.16-01120 |

NOTICE OF WITHDRAWAL OF MOTION TO COMPEL COMPLIANCE WITH
SUBPOENA DUCES TECUM SERVED ON BORIS MAIDEN, ESQ.

Now come Kagan Development KDC, Corp., Vadim Kagan, Tatiana Kagan and ProExcavation Corp. (the "Kagan Parties") and notice the withdrawal of their Motion to Compel Compliance with Subpoena Duces Tecum Served on Boris Maiden, Esq. [Main Docket No. 316; A.P. No. 184].

                                                  KAGAN DEVELOPMENT KDC, CORP. et als.

By their attorneys,

/s/ John H. Perten

John H. Perten, Esq. (BBO# 548728)
James P. Harris, Esq.
SHEEHAN PHINNEY BASS & GREEN, P.A.
255 State Street, Fifth Floor
Boston, MA 02109
(617) 897-5600
jperten@sheehan.com

Dated:  August 15, 2018

**CERTIFICATE OF SERVICE**

I, John H. Perten, Esq., certify that on August 15, 2018 I served the foregoing document on all counsel of record via ECF and/or first class mail. I further served non-party, Attorney Boris Maiden c/o his counsel, Val Gurvits, Esq., Boston Law Group, LLC, 825 Beacon Street, Suite 20, Newton Centre, MA 02459 via e-mail and first class mail, postage prepaid.

/s/ John H. Perten