UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al

**Case/AP Number** 16-01120 **-FJB**
**Chapter**

#193 Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. to Rescheduled deadline for Filing Pre-Trial Memorandum until After Deadline for Dispositive Motions. (Perten, John)
#198 Opposition filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker, Plaintiff Lyman-Cutler, LLC. (Carnathan, Sean)

**COURT ACTION:**

_____Hearing held

_____Granted   _____Approved   _____Moot

_____Denied   _____Denied without prejudice   _____Withdrawn in open court

_____Overruled   _____Sustained

_____Continued to_____

_____Proposed order to be submitted by_____

_____Stipulation to be submitted by_____

_____No appearance by_____

Show Cause Order   _____Released   _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. For the reasons stated on the record, the motion to reschedule the time for filing of a final joint pretrial memorandum is allowed.  This matter will be held for a scheduling conference on September 21, 2018 at 9:30 A.M. At that time the court will determine a schedule for dispositive motions if necessary and to schedule the trial, together with such other deadlines as are required.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____Dated: 08/21/2018
Frank J. Bailey
United States Bankruptcy Judge