United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
        Plaintiff                                                        Adv. Proc. No. 16-01120-fjb

Kagan,
        Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1           User: elombard              Page 1 of 2                Date Rcvd: Sep 11, 2018
                               Form ID: aphrg              Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2018.
tr           +David Madoff,   Madoff & Khoury LLP,   124 Washington Street,   Foxboro, MA 02035-1368
ip           +Alex Filippov,   130 Trapelo Road,   Belmont, Ma 02478-1873
dft          +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
pla          +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
ip           +Nickolay Lipetsker,   52 Stony Brae Road,   Newton, MA 02461-1727
dft          +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
dft          +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
dft          +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Sep 12 2018 00:19:34     John Fitzgerald,
    Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
    5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*          +Alex Filippov,   130 Trapelo Road,   Belmont, Ma 02478-1873
cc*          +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
cd*          +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
cd*          +Nickolay Lipetsker,   52 Stony Brae Road,   Newton, MA 02461-1727
cc*          +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
cc*          +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
cc*          +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
                                                                                  TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:
          Christopher M. Candon    on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon    on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
           ntoli@sheehan.com
          David B. Madoff    on behalf of Trustee David  Madoff madoff@mandkllp.com,   alston@mandkllp.com
          James   Harris    on behalf of Counter-Claimant Vadim  Kagan jharris@sheehan.com,
           dhemeon@sheehan.com
          James   Harris    on behalf of Counter-Claimant    ProExcavation Corp. jharris@sheehan.com,
           dhemeon@sheehan.com
          James   Harris    on behalf of Defendant    Kagan Development KDC, Corp. jharris@sheehan.com,
           dhemeon@sheehan.com
          James   Harris    on behalf of Defendant Tatiana  Kagan jharris@sheehan.com,   dhemeon@sheehan.com
          James   Harris    on behalf of Defendant Vadim  Kagan jharris@sheehan.com,   dhemeon@sheehan.com
          James   Harris    on behalf of Defendant    ProExcavation Corp. jharris@sheehan.com,
           dhemeon@sheehan.com
          James   Harris    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jharris@sheehan.com,
           dhemeon@sheehan.com
          James   Harris    on behalf of Counter-Claimant Tatiana  Kagan jharris@sheehan.com,
           dhemeon@sheehan.com

```
District/off: 0101-1          User: elombard              Page 2 of 2                  Date Rcvd: Sep 11, 2018
                              Form ID: aphrg              Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        John Perten    on behalf of Defendant Vadim Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
        John Perten    on behalf of Defendant ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
        John Perten    on behalf of Counter-Claimant Tatiana Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
        John Perten    on behalf of Defendant Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
        John Perten    on behalf of Counter-Claimant ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
        John Perten    on behalf of Defendant Tatiana Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
        John Perten    on behalf of Counter-Claimant Vadim Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
        John Perten    on behalf of Counter-Claimant Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
        Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay Lipetsker jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
        Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
        Joseph P. Calandrelli    on behalf of Plaintiff Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
        Peter N. Tamposi    on behalf of Plaintiff Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com
        Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net
        Sean T. Carnathan    on behalf of Plaintiff Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net
        Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net
        Valentin D. Gurvits    on behalf of Miscellaneous Participant Boris Maiden vgurvits@bostonlawgroup.com

        TOTAL: 29

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re   Lyman−Cutler, LLC | Related Bankruptcy Case: 15−13881 |
| | Chapter 7 |
| Debtor | Judge Frank J. Bailey |
| | |
| Lyman−Cutler, LLC | Adversary Proceeding: 16−01120 |
| Plaintiff | |
| vs. | |
| Vadim Kagan, et al | |
| Defendant | |

## NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **10/2/18 at 11:30 AM** before the Honorable Judge Frank J. Bailey, Courtroom 3, J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, MA 02109−3945 to consider the following:

   [1] Complaint filed by Counter−Defendant Lyman−Cutler, LLC, Plaintiff Lyman−Cutler, LLC.

**OBJECTION/RESPONSE DEADLINE:**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013−1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

   1. Serving a copy of this notice upon all parties entitled to notice within two(2) business days; and

   2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is fewer than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

   1. <u>**Your rights may be affected.**</u> You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

   2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071−1.

   3. The above hearing shall be <u>nonevidentiary</u>. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing.

Date:9/11/18                                                                              By the Court,

                                                                                          <u>Elizabeth Kreymer</u>
                                                                                          Deputy Clerk
                                                                                          617−748−5346

**Emergency Closings:** To find out if the Court will be closed in case of stormy weather or other emergency, dial (617) 748–5314 or (866) 419–5695 (toll free) for a recorded message.