# EXHIBIT 1

# Review of the Cost to Build
## 88 Cutler Lane and 55 Lyman Road
## Brookline, MA

July 26, 2018

Von Salmi and Associates, Inc.
P.O. Box 425, Westminster, MA 01473   Tel: 617-823-9407   web: www.vonsalmi.com

1

# Table of Contents

**STATEMENT OF ISSUES PRESENTED** _____ **3**

**FACTS AND DATA CONSIDERED** _____ **3**
    **Project Overview** 3
    **Methodology** 4
    **Factors Impacting Cost Analysis** 7

**REVIEW OF COST SUMMARY** _____ **8**

**PROFESSIONAL OPINION**_____ **10**

# Exhibits

**EXHIBIT A** – PROJECT COST SUMMARY, dated May 1, 2018

**EXHIBIT B** – QUALIFICATIONS - Curriculum Vitae and Casework

**EXHIBIT C** – LIST OF DOCUMENTS REVIEWED

**EXHIBIT D** – LETTER OF UNDERSTANDING, dated January 27, 2018

## STATEMENT OF ISSUES PRESENTED

On behalf of his clients, Vadim Kagan("Kagan"), Kagan Development KDC, Corp. ("KDC"), ProExcavation Corp. ("ProExcavation) and Tatiana Kagan, John H. Perten, Esq. of Sheehan, Phinney, Bass & Green, P.A. of Boston, MA engaged the services of Von Salmi, President of Von Salmi and Associates, Inc. ("VSA") for the purpose of determining (1) the fair and reasonable value of demolition and construction costs to build the structures at 88 Cutler Lane and 55 Lyman Road in Brookline, MA;(2) the fair and reasonable value of the actual cost for labor and materials provided on the Project by ProExcavation Corp. ; and (3) the fair and reasonable cost for the materials provided by National Lumber and Home Depot.

## FACTS AND DATA CONSIDERED

In or about November, 2012, Kagan, Alex Filippov, and Nickolay Lipetsker created a limited liability company, Lyman-Cutler, LLC ("LC"), to purchase a property located at 77 Cutler Lane in Brookline, MA which was improved by a single-family residence. The plan called for the demolition of the existing residence and an in-ground pool located on the locus, the subdivision of the property into two buildable lots, and the construction of two single family residences, one on each of the two lots (the "Project").

VSA was provided with two contracts for the construction of the Project, one between Classic Homes Development & Construction, LLC ("Classic Homes") and LC, which was executed by Classic Homes on June 12, 2013 and executed by LC on June 18, 2013. The other executed on June 24, 2013 between KDC and LC. VSA understands that there is a disagreement between the parties as to which of these contracts is the operative agreement. VSA takes no position as to that issue. VSA notes, however, that neither of the contracts are written on a fixed cost basis. VSA has not been provided with any information that suggests that Classic Homes performed any aspect of the Project.

### Project Overview

KDC is a small closely held company with few employees, has been in business for several years, is based in Newton, MA, and specializes in high-end residential housing construction. Kagan is the principal of KDC and has worked in the construction industry for many years. He is also the principal of ProExcavation. VSA was notified of Kagan's relationship with ProExcavation on June 25, 2018. This relationship was unknown to VSA prior to the notification, and disclosure did not occur until after VSA's determination of cost on May 1, 2018. ProExcavation provided site work, concrete, masonry, & waterproofing (which some may also refer to as excavation, masonry, landscaping and hardscape) services to the Project. Moreover, VSA asserts that the discovery of the relationship between Kagan and ProExcavation in no way changed our findings and does not inform the conclusions set forth herein.

VSA reviewed the plans for the Project dated 5/23/2013, drawn by RAV & Assoc., Inc. from Needham, MA. VSA was not provided with Project specifications and was advised that there were no formal written specifications. KDC self-performed the specifications for the finish work.

According to the Plans, the residences to be constructed were to be 7,478 gross square feet (with garage). Each of the two residences were to be mirrored, though there were some minor differences in finishes and exterior landscaping. These minor differences did not materially impact the cost to construct. The one difference in finishes between the two properties that did have an impact was the stone versus brick on the front facades.

At the time of VSA's engagement, both homes had been sold and therefore VSA did not have access to the properties. VSA did an exterior visual inspection of the homes on April 23, 2018. VSA also was provided with photographs of the finished interior and material supplier invoices to determine the finishes utilized in both the exterior and interior of each residence.

## Methodology

To ascertain the fair and reasonable cost for construction of each home, VSA first reviewed and analyzed the RAV plans, Cutler Documents 1 of 2, Cutler Documents 2 of 2, Lyman Documents 1 of 2 and Lyman Documents 2 of 2 binders (the "Binders"), visited the site, and solicited Project bids from local subcontractors and vendors.

The RAV plans were basic and had minimal specifications. There were no details provided on finishes, finish schedules and execution details. They did provide a basic door and window schedule. They provide structural direction and the bare minimal required for a building permit. This is a very standard set of drawings for a developer's project. However, pricing from only the set of plans, without a tremendous amount of more information, would provide inaccurate figures as the impacts on the cost of the level of finishes and items provided have such a large variation and range in cost. Therefore, VSA first undertook to develop a set of construction specifications suitable for use, in conjunction with the Plans, when "bidding" the Project.

To develop clear Project specifications and create bid packages for the local vendors and subcontractors, VSA reviewed each of the documents contained in the Binders. VSA had been advised that these four Binders were submitted in support of the Proof of Claim submitted by KDC. So as to not be influenced by the prices set forth in the invoices and proposals that were contained in these Binders, VSA requested that all financial information, i.e. invoice amounts, receipts, be redacted before VSA's initial review. This redacted review allowed VSA to determine exactly what was purchased for the Project and what tradespeople had been engaged without any preconceived notions as to the costs that had been incurred. VSA then verified the information contained in the redacted documentation by its own visual inspection

of the Project's exterior, a review of photographs of both the interior and exterior of the completed residences, and an interview with Kagan. As noted previously, there were some minor differences in interior finishes between the two homes, as documented in the Binders and in the photographs. For example, the island in the kitchen at 88 Cutler had a dark mahogany stain and the island in the kitchen at 55 Lyman had a cherry stain. Another example is the bar at 88 Cutler had a dark stain and over the sink had glass doors flanked by paneled doors on either side. At the bar in 55 Lyman, the bar had a cherry finish with a shelf and panel doors over the sink and they were flanked by glass doors on either side. These differences in the interior finishes did not materially impact the cost of the Project. The exterior of 55 Lyman had a portion of the exterior as stone and 88 Cutler Lane had the same portion of the exterior as brick. This variance created a delta of approximately $8,000 on 55 Lyman Road. For consistency in our specifications, we referred to 55 Lyman finishes.

VSA did not identify any irregularities in the documentation contained in the Binders in terms of the items purchased and quantities referenced, all of which appeared typical for this type of construction and all of which were consistent with the homes to be constructed. VSA also relied on its own years of experience in the construction industry, including construction of similarly sized homes in the same geographic location to confirm that there were no irregularities in these documents in the Binders.

In addition, VSA visited the site in a drive by to better understand the site constraints such as the extreme topographic differences on the lot. There was a gradient difference of approximately 35 vertical feet from the front to the rear of the original property. The Project incorporated a substantial number of site walls to assist in mitigating these grade differences. This all adds to the cost of development of the site. VSA also reviewed the as-built plot plan to confirm its observations. VSA understands, based upon the interview with Kagan, that the contractor encountered ledge when excavating the site and that removal of the in-ground pool and disposal of the removed material were more time intensive and costly due to the amount of reinforcement in the concrete form for the pool.

The solutions and the level of development to resolve such things as the grade differential were well within the realm of standard methodologies employed by similar contractors in the area and consistent with what VSA would have expected on a project of this type.

Finally, it was our intention to price the construction costs for the homes using local vendor bids in order to establish a fair and reasonable cost.

Based upon all of the above noted procedures, documentation, information, and our intimate knowledge of construction in the Greater Boston metropolitan region, developed from our involvement on over a hundred construction projects, we began

to outline the scope of work, specifications, and bid packages for pricing the construction of the homes. Insofar as the two homes were being built simultaneously, in the pricing analysis we considered the economy of scale which inures to the benefit of a general contractor when building multiple equivalent homes at the same time.

To validate all of the bids after VSA's receipt, we used our years of experience in the construction industry, our involvement with hundreds of construction projects, including a home VSA built similar in size and value on Countryside Road in Newton at the same time that KDC was building 88 Cutler Lane and 55 Lyman Road, and the knowledge of factors impacting the cost analysis.

The Countryside Road project was 7,700 square feet and utilized materials and finishes comparable to those exhibited in the photographs and Binders provided to VSA from the Project. For example, Countryside had 8" 2-piece base boards, 6" built-up casings, 8' custom doors, built-up crown moldings, paneling, mantels with gas units, an extensive use of tile and stone, similar planked wood floors, recessed lighting, decorative fixtures, similar plumbing features, custom glass shower doors, copper flashings, use of columns, porches, patios, custom garage doors, and custom entry doors. Each of these elements was present in the Project. We built the home as construction managers. This project structure is quite similar to the relationship, as explained to us, that KDC had with its partners. That experience further informed our analysis.

Upon receipt and validation that all the bids and cost information from local vendors and subcontractors were accurate and valid, we compiled the costs to reflect our Project Cost Summary dated May 1, 2018, Exhibit A, (the "Project Cost Summary").

After VSA had completed its review and finalized its estimate and we submitted and finalized the Project Cost Summary, VSA was provided copies of all of the documentation in the Binders supporting the KDC Proof of Claim for a second time, but this time with financial information that had been redacted, revealed. This information enabled us to provide further validation of our cost analysis in comparison to actual costs.

Furthermore, VSA personally interviewed Kagan on June 15, 2018, to ascertain the methodologies employed in constructing the homes, to better understand the materials utilized, how sub-contractors were selected, and how final sub-contractor prices arrived for the home. The information provided, together with VSA's review of the documentation provided, reflected standard practices of the industry for homes of this level consistent with what VSA would have expected.

## Factors Impacting Cost Analysis

As noted previously, there were other factors impacting our cost that were considered when preparing our analysis. One factor is the individual relationships a contractor may have with its sub-contractors. Familiarity, volume of business, and prior experience between the general contractor and subcontractors or suppliers frequently results in increased savings. VSA discussed this during its interview of Kagan and learned, as anticipated, that he had pre-existing relationships with most of the major trades that worked on the Project. As a result, he was able to negotiate lower prices or had existing lower prices, the benefit of which were passed through to LC. In performing our analysis, we took this into consideration also.

Furthermore, we understand the requirements for construction work being performed in the Greater Boston metropolitan region. Due to the high cost of land and labor in the local market, construction costs and quality expectations are of the highest levels.

Lot costs in the Newton/ Brookline area are in excess of $1,000,000[1]. Most of the available lots have older homes on them and due to their age and size they are 'knockdowns' or 'teardowns' in preparation for a new home to be built upon the lot. These costs are appreciably more than just 20 miles west where lots costs are between $235,000 to $595,000[2].

Noting these differences helps one to understand the basis for the construction costs of homes built in the Greater Boston metropolitan region versus other regions in the Commonwealth of Massachusetts.

Labor costs are appreciably higher due to housing costs. Tradespeople tend to live much farther outside of the city where housing stock is more affordable, but the commute is longer and transportation costs factor into wage costs. It is just more expensive to live and work in the Greater Boston metropolitan region thusly wages tend to be higher.[3]

Another factor contributing to labor costs is the shortage of skilled labor in the construction industry. There was a range of 43% to 77% of builders reporting labor shortages in 2017.[4]  However, this shortage has been in place since the recession of 2008. This shortage makes it more difficult to negotiate lower sub-contractor costs. Therefore, the existence of prior relationships becomes even more important for the attainment of good sub-contractor bids and performance.

---

[1] www.zillow.com
[2] www.zillow.com
[3] https://www.cityrating.com/cost-of-living/massachusetts/
[4] http://nahbnow.com/2017/08/builders-report-labor-shortages-on-the-rise/

We also looked at cost deviations between when the Project was constructed and current prices. It should be noted that incremental increases in materials have been minor relative to the cost of the home since the time these two houses were built. For instance, if the construction materials totaled $100,000 in 2013, the cost adjusted with inflation included would be approximately $107,600 in 2018.[5] Industry labor costs have been extremely stable in the Greater Boston metropolitan region based on our direct experience and that the overwhelming majority of our subcontractors have not raised their labor rates since 2012.

## REVIEW OF COST SUMMARY

As in standard practice in the construction industry, we assembled our estimates using the Construction Standards Institute (CSI) format. This format divides construction work up into different divisions identified by the area of work. The CSI Master Format provides for over 40 plus divisions that the user can select from to format an estimate.

Most contractors will focus on 16 of those divisions beginning with 01 General Conditions up to 16 Electrical and various other divisions for professional services such as 90 Civil Engineering.

Our estimate incorporated 12 of the 16 divisions to identify costs for construction of the homes. The 12 divisions are:

01 General Conditions
This category includes conditions for administering and supervising the Project through construction. These costs include such items as an office/ storage trailer for site supervision and a central location for the site / building plans and documents. This category excludes overhead and profit.

Utility costs are in this category. Electricity, gas and water costs are found here.

Temporary facilities such as portable toilets and disposables are in this division. Cleaning for the site and building during construction and the cost for the building permit would also be found under this division.

02 Site work/ Demolition
This division includes all disposal for demolition material and construction waste generated. Also included are the site construction costs such as demolition of the existing building, pool and any site structures, ledge ˙removal, landscaping both hard and soft, irrigation and security fencing.

---

[5] https://www.dcd.com/articles/construction-cost-trends-may-2018
Von Salmi and Associates, Inc.
P.O. Box 425, Westminster, MA 01473   Tel: 617-823-9407   web: www.vonsalmi.com

**03 Concrete**
Included in this division would be the cost for the concrete foundation and all concrete slabs for floors.

**04 Masonry**
Includes all masonry for the home such as the stone veneer work, site walls, walks and patios.

**06 Carpentry**
This division contains the cost to frame the house, cost of interior trim, cabinetry, building materials (except roofing).

**07 Insulation/ Roofing**
Cost to insulate the home with spray foam, blown in cellulose and fiberglass, waterproofing (any caulking by the masons). This division also includes all roofing and gutters/ downspout work materials and labor.

**08 Doors and windows**
This includes all exterior doors, windows, door hardware, mirrors and shower doors.

**09 Finishes**
This division includes all labor and material for board and plaster, stone surfaces (countertops, walls, floors), tile, wood flooring and paint/ staining.

**10 Fireplaces**
Includes all gas fireplaces labor and materials and accessories.

**11 Specialties**
In this division appliances, central vacuum, water filtration and any pumps such as sump pumps are included.

**15 Mechanical**
Plumbing and HVAC materials and labor are included in this division.

**16 Electrical**
This division includes all electrical with switching and recessed lighting, interior fixtures and exterior fixtures, backup generator installed and infrastructure wiring for sound, video and television.

The 12 divisions that we utilized are reflected on the Project Cost Summary. Initially, we created bid packages based on the CSI Divisions. The bid packages included the specifications as created by VSA and the RAV construction plans. Our bid package results are found in "VSA Cost" column. We reduced these costs to

reflect the variations to what is more standard in the industry for developer savings by and for KDC. This is provided in the column "Developer Costs (1 House)". Finally, when building two homes in close proximity and also similar in size, materials, finishes, and expectations of subcontractors, both houses when combined can be reduced in price further due to the economy of scale. This is provided in the "Economy of Scale (2nd house)" column in our Project Cost Summary. Reducing these costs further would result in producing a product that would not meet the real estate values of this area or would compromise the integrity of the building. It is a breaking point of where you would be able to produce a marketable product to recover costs.

The categories that may have the widest swing in costs revolve around the site work as there are usually many unknowns, such as sub-surface conditions, that tend to drive up these costs. Ledge and trucking costs for materials drive this category. There are no quarries in the immediate area so stone, sand, and gravel must be trucked in from the north and west of the city. Travel in city traffic slows down the number of trips and thusly drives up the cost, as trucking is a function of time.

In conclusion, it is our professional opinion that our Project Cost Summary, is an accurate reflection based upon our experience and the process that we undertook to summarize the anticipated cost to construct the homes built at 88 Cutler Lane and 55 Lyman Road in Brookline, MA.

## PROFESSIONAL OPINION

After VSA had completed its review and finalized the Project Cost Summary, VSA was provided with additional copies of all of the documentation in the Binders but this time with financial information that had been redacted, revealed. We reviewed the invoices and services provided based on cost to note if there were any major discrepancies between our independent determination of costs and the actual costs incurred. When reviewing for this purpose we determined that, as anticipated, ProExcavation and National Lumber/Home Depot had the largest impact on the total cost. The categories that ProExcavation and National Lumber/Home Depot represented in the "Our Cost" column of the Project Cost Summary also reflected the same impact on the total cost. We did not observe any costs that were inconsistent with the expected costs that we determined. In fact, most of the actual labor and material costs were lower than VSA expected. We believe that is due to the long-standing relationships that KDC enjoys with its subcontractors and vendors and the volume of work that it provides to many of them.

Based upon our experience and our ongoing involvement in residential construction in the Greater Boston metropolitan region, the costs of building homes of the level of 88 Cutler and 55 Lyman should range between $350 -650 per square foot including all fees, depending on final selections for finishes. Our Project Cost Summary

provides for three different costs based upon differing costs acquired with the sub-contractors available.

Under the first cost column, we estimated our costs to build the house at 88 Cutler Lane to be $3,689,730 or based upon 7748 sq. ft. $476 per square foot. The best-case scenario allowing for the most aggressive VSA costs come in at $400 per square foot.

We estimated one additional scenario combining all the attributes of value acquisition in sub-contractor costs based upon the previously stated circumstances and multiple homes being constructed at the same time and that cost was $2,771,667 or $357 per square foot. That final cost is lower than VSA expected and lower than the cost of construction for any Project of this size on which VSA has been involved on in the Greater Boston Metro area within the last 10 years.

Therefore, it is our professional opinion that the total combined cost of $5,869,828.74 to build 88 Cutler Lane and 55 Lyman is both fair and reasonable and, in fact, significantly lower than market price.

As noted above, in the instance of 88 Cutler Lane and 55 Lyman Road in Brookline, MA. ProExcavation provided a wide range of services not allocated to just the 02 (Site Work/Demolition) category.

The scope of work provided by Pro Excavation, based on the documentation reviewed and primarily information pertained in Cutler Documents 1 of 2, Cutler Documents 2 of 2, & Lyman Documents 1 of 2 and Lyman Documents 2 of 2, and our discussions with Kagan, would include all of our 02 Site work category, all of our 03 Concrete category, 04 Masonry category, and the 07 Waterproofing category.

Based upon our Project Cost Summary, it is our opinion that the fair and reasonable cost for these areas performed by ProExcavation for one home and site should be $556,700, if not performed by a developer. However, VSA estimated it to cost $531,700 if a developer was to build one house. If you maximized the discount and the savings a developer would receive when building more than one house at a time, the cost for these same services would be $447,400. For the Project therefore, we would expect the cost for the services provided by ProExcavation to be $447,400 per home.

Upon review of its actual invoices with pricing, we found the ProExcavation charges as per their invoices to be $448,300 per home, $900 higher (.2% difference) than our anticipated estimated cost.

Based on the foregoing is our opinion, to a reasonable degree of professional certainty, that the amount charged by ProExcavation for its services on the Project are fair and reasonable for the work performed.

We next looked at the cost of materials reflected in the National Lumber Company and Home Depot invoices. The totals from National Lumber and Home Depot for the scope of items were $323,228.49. The bid that VSA received for similar framing materials, exterior doors and windows, and door and window hardware from Concord Lumber Corp. totaled $314,228.49. This represents a difference of $9,000 (2% difference). Keep in mind that the National Lumber and Home Depot invoices were for the actual quantities of materials used to actually build the home and as is typical, the Concord Lumber estimate proves to be lower than the actual amount of materials used.

This discrepancy is easily understood given the fact that when estimating quantities, the estimator makes certain assumptions as the methodology that the framers may employ when assembling the home and those assumptions may not align with the realities of the work performed and its material requirements in the field. Accordingly, it is our professional opinion that the prices charged for materials purchased from National Lumber and Home Depot were fair and reasonable and consistent with what would be expected with respect to quality and quantity for the Project.

All opinions in this report are held to a reasonable degree of professional certainty.

Respectfully submitted,

Von Salmi, ASLA, Assoc. AIA
President
Von Salmi and Associates, Inc.

## Exhibit A
# PROJECT COST SUMMARY

MAY 1, 2018

| CSI Divisions | VSA COST | DEVELOPER COSTS. (1 House) | ECONOMY OF SCALE (2nd House) |
|---|---|---|---|
| 01000 - General Site Conditions (Trailer) | $1,500.00 | $1,000.00 | - |
| 01500 - Electric & Gas Bills | $5,000.00 | $5,000.00 | $5,000.00 |
| 01500 - Temporary Failities and Controls | $1,680.00 | $1,680.00 | |
| 01520 - Water | $1,500.00 | $1,500.00 | $1,500.00 |
| 01740 - Cleaning | $13,500.00 | $5,000.00 | $3,000.00 |
| | | | |
| 02120 - Off Site Transport/Disposal (Demolition) | $28,000.00 | $28,000.00 | - |
| 02120 - Off Site Transport/Disposal | $4,000.00 | $4,000.00 | $4,000.00 |
| 02250- Landscaping (Soft & Hard) | $75,000.00 | $55,000.00 | $45,000.00 |
| 02300 - Earthwork, Utilitics & Engineering | $220,000.00 | $220,000.00 | $213,400.00 |
| 02300 - Earthwork (Ledge) | $30,000.00 | $30,000.00 | |
| 02800 - Irrigation | $4,500.00 | $4,500.00 | $4,500.00 |
| 02820 - Fencing (temp/security) | $10,000.00 | $5,000.00 | $2,500.00 |
| | | | |
| 03050 - Concrete Foundation & Slabs | $134,000.00 | $134,000.00 | $127,300.00 |
| | | | |
| 04000 - Masonry | $43,200.00 | $43,200.00 | $43,200.00 |
| | | | |
| 06050 - Framing Labor | $283,050.00 | $283,050.00 | $268,897.50 |
| 06050 - Framing Material | $212,360.91 | $212,360.91 | $212,360.91 |
| 06410 - Finish Material & Install | $735,754.00 | $550,000.00 | $528,000.00 |
| | | | |
| 07050 - Insulation | $51,025.00 | $51,025.00 | $48,473.75 |
| 07100 - Waterproofing | $8,000.00 | $8,000.00 | $7,500.00 |
| 07300 - Roofing | $79,796.00 | $79,796.00 | $75,806.20 |
| | | | |
| 08360 - Overhead Doors | $6,000.00 | $6,000.00 | $6,000.00 |
| 08500 - Exterior Doors & Windows | $91,867.58 | $91,867.58 | $91,867.58 |
| 08700 - Door and Window Hardware | $10,000.00 | $10,000.00 | $10,000.00 |
| 08830 - Mirrors and Shower Doors | $22,000.00 | $12,000.00 | $12,000.00 |
| | | | |
| 09200 - Plaster and Gypsum Board | $86,000.00 | $86,000.00 | $86,000.00 |
| 09300 - Stone | $39,500.00 | $39,500.00 | $37,525.00 |
| 09300 - Tile (Install for wall and floor) | $42,372.50 | $42,372.50 | $40,253.88 |
| 09300 - Tile (Materials) | $14,901.00 | $11,150.00 | $11,150.00 |
| 09600 - Wood Flooring | $85,066.56 | $85,066.56 | $82,514.56 |
| 09900 - Painting | $105,687.89 | $75,000.00 | $72,750.00 |
| | | | |
| 10310 - Fireplace Specialties and Accessories | $10,000.00 | $10,000.00 | $10,000.00 |
| | | | |
| 11000 - Appliances | $26,584.69 | $26,584.69 | $26,584.69 |
| 11010 - Vacuum System (Finish) | $2,500.00 | $2,500.00 | $2,500.00 |

# PROJECT COST SUMMARY

## MAY 1, 2018

| | | | |
|---|---|---|---|
| 11200 - Water Filtration System | $800.00 | $800.00 | $800.00 |
| 11210 - Pumps (Interior Sumpump System & Manifold) | $2,000.00 | $2,000.00 | $2,000.00 |
| | | | |
| 15000 - Mechanical System | $140,000.00 | $107,202.00 | $101,841.90 |
| 15050 - Plumbing | $85,481.73 | $85,481.73 | $83,772.10 |
| | | | |
| 16000 - Electrical | $278,000.00 | $205,000.00 | $194,750.00 |
| 16000 - Electrical (Backup Generator) | $20,000.00 | - | - |
| 16800 - Sound and Video | $4,794.22 | $4,794.22 | $4,794.22 |
| | | | |
| 90320 - Civil Engineer | $3,500.00 | $3,500.00 | $2,750.00 |
| | **$3,018,922.08** | **$2,628,931.19** | **$2,470,292.28** |
| | | | |
| 00360 - Permit & City Fees $20/$1000 | $60,378.44 | $52,578.62 | $49,405.85 |
| 01300 - Project Management | $145,000.00 | $135,000.00 | - |
| 01300 - Site Supervisor | $130,000.00 | - | - |
| | **$3,354,300.52** | **$2,816,509.81** | **$2,519,698.13** |
| | | | |
| OVERHEAD 10% | $335,430.05 | $281,650.98 | $251,969.81 |
| **TOTAL** | **$3,689,730.57** | **$3,098,160.80** | **$2,771,667.94** |

* Finance Costs, Taxes, etc. (soft costs) are Not Included in Construction Costs

Von Salmi and Associates, Inc.
P.O. Box 425, Westminster, MA 01473   Tel: 617-823-9407    web: www.vonsalmi.com    2/2

## Exhibit B

### CURRICULUM VITAE
### VON SALMI SENIOR, ASLA

PROFESSIONAL EXPERIENCE

**2008 – Present** **Von Salmi and Associates, Inc., Westminster, MA**
**President/ CEO**
Providing Services to clients including the legal profession, consisting of owner's representation, project management, construction consulting, construction forensic services and expert witness testimony. Performing construction forensic services and expert witness testimony services from 1996 to 2008 DBA Von Salmi Sr.

**2004 – 2008** **The Classic Group, Lexington, MA**
**Senior Project Manager**
Responsible for overseeing the construction of high end homes from 5,000 sq. ft. to 35,000. Responsible for estimates, bidding, specifications, contracts, payments and client relationships.

**2000 – 2004** **Thoughtforms Corporation, Acton, MA**
**Site Superintendent**
Responsible for the construction of multi-million-dollar homes and their site construction.

**1996 – 2000** **Kepa Homes Corp., Southborough, MA**
**General Manager and Superintendent**
Responsible for the day to day operations of a custom home and spec. home building operation. Designed and constructed approx 60 homes in and around the Southborough area ranging from $350,000 - $950,000.

**1994 – 1996** **Von Salmi Masonry, Westminster, MA**
**Owner**
Masonry and landscape business working in the Metro West area on high end residential homes and sites.

**1991 -1994** **Cherry Valley Lumber Company, Cherry Valley, MA**
**VP of Sales and Operations**
Responsible the operations and sales for a multi location retail lumber company.

**1980 – 1991** **Yankee Lumber and Specialty Products, Inc., Westminster, MA**
**Ceo/ President**
Owned and operated a retail lumber company, millwork and building company. Built custom homes and landscapes in Central Ma.

**1978 – 1980** **Webber Lumber Company, Fitchburg, MA**
**Contractor Outside Salesman**
Selling lumber and associated products to residential contractors in Central MA and Southern, NH

**1976 – 1978** **Halla Nursery, Chanhassen, MN**
**General Manager**
Responsible for the day to day operations of an 800-acre national award-winning nursery, landscape contracting and design company. Worked on corporate, industrial, public, institutional and private properties.

| | |
|---|---|
| 1975 – 1976 | **Buckeye State Landscapes, Toledo, OH**<br>**General Manager and Landscape Designer**<br>Responsible for a residential landscape company providing residential landscape design and contracting services. |
| 1974 – 1975 | **Dean Johnson, Landscape Architects, Barnstable, MA**<br>**Landscape Designer**<br>Worked on public, institutional and private projects providing landscape architectural services. |
| 1966 – 1974 | Worked various jobs as an apprentice plumber, roofer, painter, construction laborer, carpenter, carpentry foreman, heavy equipment operator, truck driver, mason, landscape laborer in the residential industry. |

## PROFESSIONAL CREDENTIALS

- **Massachusetts Licensed Construction Supervisor**
- **Massachusetts Licensed Home Improvement Contractor**
- **Massachusetts Licensed CDL Driver**
- **Massachusetts Licensed Environmental Protection Agency Renovate Repair and Paint Lead Safe Renovator**
- **Minnesota, Certified Nurseryman**

## EDUCATION

1968 - 1974    **Kansas State University in Manhattan, Kansas**
Professional Bachelors of Landscape Architecture, Minor in Architectural History

Certifications and Training Courses Completed
- Occupational Safety and Health Administration (OSHA) 10-hour Construction Safety & Health
- Massachusetts Environmental Protection Agency Renovate Repair and Paint Lead Safe Renovators Certification
- Certificates in Marvin Doors and Windows and Andersen Doors and Windows
- Certificate in EFIS Application and Coatings
- Certificate in Stress Skin Panel Construction and Timber Frames
- Certificate HVAC Design and Performance Standards
- Certificate in Fenestration Testing and Performance
- Certificate in Wood Flooring and Applications Over Radiant Heat
- Masonry Waterproofing and Flashing Systems, Horizontal Masonry Applications for Dry and Wet Set, & Vertical Masonry Flashings Details
- Contracting and Liability Insurance
- Roofing and Flashing Details for Natural and Manmade Roofing Products
- Landscape Lighting Systems, Low Voltage Lighting Systems, and Electrical Lighting and Mechanical Systems

## PROFESSIONAL MEMBERSHIPS

- American Institute of Architects (AIA)
- American Society of Landscape Architects (ASLA)
- Boston Society of Landscape Architects (BSLA)
- Eastern Massachusetts National Association of the Remodeling Industry (EMNARI), Board of Directors
- Builders and Remodelers Association of Greater Boston (BRAGB), Board of Directors
- Massachusetts Home Builders Association (MHBA)

- National Association of Home Builders (NAHB)
- International Code Council (ICC)
- International Furnishings and Design Association (IFDA)

## AREAS OF EXPERTISE

- Building codes for single and two-family structures
- Specification reviews, cost reviews, & compliance standards
- Residential site design for stairs, walls, driveways and walkways
- Building envelope design and waterproofing techniques
- Water penetration, foundation failures and repairs
- Siding failures
- Roofing failure to perform
- Window and door installations and fenestration details
- Masonry detailing and water control practices
- Radiant heat installations both interior and exterior
- Quality control on HVAC
- Plumbing and electrical installations
- Landscaping and site issues for residential sites, walks, drives and parking areas
- Construction safety and practices on site and any other issues related to building construction
- Providing Owner's representative services

## PAST CASE HISTORY (PARTIAL)

- Expert witness in residential cases reviewing contractor's failure to perform
- Expert witness reviewing costs of services provided and cost of construction
- Expert witness in wrongful discharge cases by owner
- Expert witness in residential cases reviewing defective workmanship for interior and exterior finishes
- Expert witness in residential cases reviewing professional failure to perform, provide proper standards of care and major defects in design, specification and installation
- Expert witness in residential cases reviewing major failure of defective water proofing and drainage systems, plumbing systems and heating systems
- Expert witness in residential projects reviewing plans and selections by landscape architects and failure to provide proper supervision resulting in catastrophic loss and damages in a multi-million-dollar landscape
- Expert witness in water intrusion and resultant damage cases
- Expert witness is foundation failure case
- Expert witness in flooring material and workmanship defects

## Exhibit B
### CASEWORK
### VON SALMI SENIOR, ASLA

Casework involving depositions, arbitration and court appearances by Von Salmi of Von Salmi and Associates, Inc., over the previous four years

1. Safety v. Endurance,  Choate and Hall LLP, Boston, MA, deposed & arbitration    2017
2. Milgram v. Seadar, Nystrom, Beckman and Paris LLP, Boston, MA, deposed & arbitration         2017
3. Noonan v. LaBarge, Philps, Silver, Talman, Aframe & Sinrich, P.C., Westborough, MA, deposed and arbitration 2015
4. Wahkloo v. Vintage, Lynch, Brewer and Hoffman, Boston, MA, arbitration 2016

## Exhibit C
### LIST OF DOCUMENTS REVIEWED

Plans captioned: 88 Cutler Lane, Brookline, Massachusetts, Prepared by RAV Associates, dated 05/23/2013, Sheets A-1-S-8.

Plans captioned: 55 Lyman Road, Brookline, Massachusetts, Prepared by RAV Associates, dated 05/23/2013, Sheets A-1-S-8.

Photographs of 55 Lyman and 88 Cutler, including maps.google.com illustrating the property prior to construction

Cutler Documents 1 of 2, Cutler Documents 2 of 2, & Lyman Documents 1 of 2 and Lyman Documents 2 of 2 Binders (provided in support of Proof of Claim), with numbers redacted

Site Plan for Development B on Subdivision, dated 1/28/2013.

KDC Proof of Claim

Cutler Documents 1 of 2, Cutler Documents 2 of 2, & Lyman Documents 1 of 2 and Lyman Documents 2 of 2 Binders (provided in support of Proof of Claim), a second set of Binders with the numbers not redacted.

Construction Budget submitted to Rockland Trust Company in the amount of $1.6M

Certificate of Occupancy, dated 10/02/2014

Appraisal(s) of Real Property, dated 05/26/2015, by Nicholas Morris on behalf of Commonwealth Appraisal Services for Rockland Trust Company

Final As-Built Plan for 55 Lyman Road, dated 9/18/2014

Final As-Built Plan for 88 Cutler Lane, dated 8/27/2014

Inspection report for 55 Lyman Road, completed in December of 2015, prepared by Paul Cornell

Building Inspection Report for 88 Cutler Lane, dated December 15, 2015, prepared by Alexander Zheleznyak

Amended Adversary Complaint, filed 05/3/2016

Contract to Build Two Houses, dated June 18, 2013 between Classic Homes
Development & Construction, LLC and Lyman-Cutler, LLC

Construction Management/General Contractor Agreement dated 7/24/2013 between
Lyman Cutler LLC and Kagan Development KDC, Corp.

Transcript of the Deposition of Vadim Kagan taken on May 3, 2018

Transcript of the Deposition of Vadim Kagan taken on May 23, 2018

Transcript of the Deposition of Kirill Kagan taken on May 18, 2018

Transcript of the Deposition of Erik Babayan, taken on 9/29/2015.

Transcript of the Deposition of Décor Art by Jose Pedro M. Porto, taken on September
28, 2015.

# Exhibit D



## VON SALMI
—— and Associates, Inc. ——

Letter of Understanding.

Jan. 27, 2018

Von Salmi, President
Von Salmi and Associates, Inc.
P.O. Box 425
41B Bacon Street
Westminster, MA 01473
Ph. 617-823-9407
Email; von@vonsalmi.com
www.vonsalmi.com

John Perten, Esq.
Sheehan, Phinney, Bass & Green
255 State Street, 5th Floor
Boston, MA 02019
P 617-897-5641
Email; jperten@sheehan.com

Dear John,

We are pleased to offer you this Letter of Understanding, our instrument of service, for our expert witness and construction forensic services for the Kagan case regarding the home pricing for 8 Cutler Lane in Brookline.

We will endeavor to provide a professional estimate of the cost to construct the home at 8 Cutler Lane, Brookline, with assistance in defining the scope of work and specifications from your client, Mr. Kagan. Our experience in building in the metro west area will accurately reflect the variance in local premiums generated in the Boston marketplace.

We would estimate a range of hours to perform this work 68-84 hours for associate time and 30 - 38 hours of principal time. This is ONLY an estimate of time required for your review as we will be billing for actual time.

This letter contains our rates for these services offered by Von Salmi and Associates, Inc.

1. **Trial and stand appearances, arbitration appearances, hearing appearances, depositions and any other legal proceedings** will be billed at the rate of **$395 / hr.** Travel time will be charged one way from our office in Westminster, MA.
2. **Discovery, report generation, research, estimate generation, interviews etc. and any other activities related to discovery** will be charged at the rate of **$195 / hr.**

**1 |** P a g e

Construction, Consulting and Design

3. Travel time will be charged at the rate of $135 per hour round trip from our office in Westminster, MA.
4. Associate services will be charged at the rate of $105 per hour.
5. We bill in half hour increments.
6. All expenses and additional costs will be billed at the rate of 110% of costs (10% over costs). This may include but shall not be limited to vehicle rentals, parking, tolls, postage, reproduction and any other expenses related to the performance of these services.
7. Bills are due within 10 days of date of invoice. Flights shall be at direct cost.
8. Any past due amounts will be assessed a 1 ½% per finance charge.
9. Any additional costs for additional professional services required will be borne by the Client at cost with 10% markup applied. The Client shall pay all invoices directly. VSA will approve invoices for the Client.
10. VSA carries a $1,000,000 Liability insurance policy with a $2,000,000 aggregate coverage. We also carry Workman's Compensation Insurance Coverage. Certificates are available upon request at no additional cost.
11. Documents produced by VSA shall remain the property of VSA until outstanding balances are paid in full.
12. We will require a retainer of $2000.

We will endeavor to assist you in any and all matters related to providing our expert witness and construction forensic services in providing our estimate.

If you find all is in order, please sign and date one copy of this Letter of Understanding and remit to our office at your earliest convenience.

We shall look forward to assisting you.

Sincerely,

Von Salmi, ASLA, AIA
President
Von Salmi and Associates, Inc.
WWW.vonsalmi.com

Accepted:

John Perten, Esq.

3-6-18
Date