# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *IN RE:*<br><br>LYMAN-CUTLER, LLC<br>Debtor | Chapter 7<br>Case No. 15-13881 FJB |
| LYMAN-CUTLER, LLC, ALEX FILIPPOV, and NICKOLAY LIPETSKER,<br><br>Plaintiffs,<br><br>v.<br><br>VADIM KAGAN, TATIANA KAGAN, KAGAN DEVELOPMENT KDC, CORP. and PROEXCAVATION CORP.<br><br>Defendants. | Adv. Case No. 1:16-ap-01120 |

## **PLAINTIFFS' EXPERT DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(2), made applicable to this proceeding through Fed. R. Bankr. P. 7026, Plaintiffs Lyman-Cutler, LLC, Alex Filippov, and Nickolay Lipetsker (the "Plaintiffs") state that they intend to call the following individuals as expert witnesses at the trial of this action:

1. Michael Goldman
   KCP Advisory Group, LLC
   655 Deerfield Road, Suite 100
   Deerfield, IL 60015

2. Hugh Morgan Fennell
   Vice President
   The Appraisers Group
   44 Trapelo Road
   Belmont, MA 02478

1

Reports for the individuals identified above are enclosed.

| | |
|---|---|
| LYMAN-CUTLER, LLC,<br>By its attorney, | ALEX FILIPPOV and<br>NICKOLAY LIPETSKER,<br>By their attorneys, |
| /s/ Peter Tamposi<br>Peter N. Tamposi, BBO No. 639497<br>The Tamposi Law Group, P.C.<br>159 Main Street<br>Nashua, NH 03060<br>T: (603) 204-5513 | /s/ Sean T. Carnathan<br>Sean T. Carnathan, BBO No. 636889<br>scarnathan@ocmlaw.net<br>Joseph P. Calandrelli, BBO No. 666128<br>jcalandrelli@ocmlaw.net<br>O'Connor, Carnathan and Mack, LLC<br>1 Van de Graaff Dr. Suite 104<br>Burlington, MA 01803<br>T: 781-359-9000 |

Dated: July 30, 2018

### Certificate of Service

I hereby certify that a copy of the foregoing document was served on counsel of record for all of the parties on July 30, 2018.

/s/ Sean T. Carnathan
Sean T. Carnathan

4846-9676-9390, v. 1