# EXHIBIT 5

# SHEEHAN PHINNEY

Boston, MA | Manchester, NH | Concord, NH | Hanover, NH

John H. Perten, Esq.
Direct Dial: 617-897-5641
jperten@sheehan.com

Reply to: Boston Office
255 State Street
Boston, MA  02109

September 11, 2018

**Via E-mail and Regular Mail**
Sean T. Carnathan, Esq.
O'Connor Carnathan and Mack LLC
1 Van De Graaff Drive, Suite 104
Burlington, MA 01803

      Re:    *Lyman-Cutler, LLC, Debtor – Chapter 7*
              *U.S. Bankruptcy Court Case No. 15-13881*
              *Adv. Case No. 16-01120*

Dear Sean:

       The original deadline for serving rebuttal expert disclosures was July 30, 2018. On your motion and over our objection, that deadline was extended by 30 days, thereby making August 29, 2018 the new deadline for rebuttal expert disclosures. Although we timely submitted our expert rebuttal, we did not receive any rebuttal expert disclosure from you on or prior to that date.

       Your e-mail of September 7, 2018 states that "we will be producing a response from Doddridge to Von Salmi early next week." As the deadline for producing rebuttal reports expired almost two weeks ago and there is nothing permitting a sur-reply, absent a court order we will not assent to any late filed expert report.

Very truly yours,

John H. Perten