# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al        **Case/AP Number** 16-01120 **-FJB**
**Chapter**

#202 Expedited Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. to Strike Amended Expert Disclosure, late Expert Rebuttal and SurReply Expert Report with certificate of service. (Perten, John)

**COURT ACTION:**

_____ Hearing held

_____ Granted        _____ Approved        _____ Moot

_____ Denied        _____ Denied without prejudice        _____ Withdrawn in open court

_____ Overruled _____ Sustained

_____ Continued to _____

_____ Proposed order to be submitted by _____

_____ Stipulation to be submitted by_____

_____ No appearance by _____

Show Cause Order        _____ Released _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Expedited Treatment is allowed. The Court shall hold a hearing on October 2, 2018, at 11:30 A.M. Any Objections shall be due by 4:30 P.M. on September 28, 2018.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_        Dated: 09/24/2018
Frank J. Bailey
United States Bankruptcy Judge