United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
     Plaintiff

Adv. Proc. No. 16-01120-fjb

Kagan,
     Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1    User: mem    Page 1 of 2    Date Rcvd: Sep 25, 2018
                        Form ID: aphrg    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Sep 26 2018 00:31:00     John Fitzgerald,
               Office of the US Trustee,  J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,  Boston, MA 02109-3901
                                                                                                                 TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2018                                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2018 at the address(es) listed below:
           Christopher M. Candon   on behalf of Defendant   ProExcavation Corp. ccandon@sheehan.com, ntoli@sheehan.com
           Christopher M. Candon   on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com, ntoli@sheehan.com
           Christopher M. Candon   on behalf of Defendant   Kagan Development KDC, Corp. ccandon@sheehan.com, ntoli@sheehan.com
           Christopher M. Candon   on behalf of Defendant Vadim  Kagan ccandon@sheehan.com, ntoli@sheehan.com
           David B. Madoff   on behalf of Trustee David  Madoff madoff@mandkllp.com,  alston@mandkllp.com
           James   Harris   on behalf of Counter-Claimant Vadim  Kagan jharris@sheehan.com, dhemeon@sheehan.com
           James   Harris   on behalf of Counter-Claimant   ProExcavation Corp. jharris@sheehan.com, dhemeon@sheehan.com
           James   Harris   on behalf of Defendant   Kagan Development KDC, Corp. jharris@sheehan.com, dhemeon@sheehan.com
           James   Harris   on behalf of Defendant Tatiana  Kagan jharris@sheehan.com, dhemeon@sheehan.com
           James   Harris   on behalf of Defendant Vadim  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
           James   Harris   on behalf of Defendant   ProExcavation Corp. jharris@sheehan.com, dhemeon@sheehan.com
           James   Harris   on behalf of Counter-Claimant   Kagan Development KDC, Corp. jharris@sheehan.com, dhemeon@sheehan.com
           James   Harris   on behalf of Counter-Claimant Tatiana  Kagan jharris@sheehan.com, dhemeon@sheehan.com
           John   Perten   on behalf of Counter-Claimant   ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
           John   Perten   on behalf of Defendant Tatiana  Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
           John   Perten   on behalf of Counter-Claimant Vadim  Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
           John   Perten   on behalf of Counter-Claimant   Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
           John   Perten   on behalf of Defendant Vadim  Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
           John   Perten   on behalf of Defendant   ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
           John   Perten   on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com

```
District/off: 0101-1           User: mem                   Page 2 of 2                   Date Rcvd: Sep 25, 2018
                               Form ID: aphrg              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        John Perten   on behalf of Defendant   Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
        Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Alex   Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
        Joseph P. Calandrelli   on behalf of Plaintiff   Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
        Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Nickolay   Lipetsker jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
        Peter N. Tamposi   on behalf of Plaintiff   Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com
        Sean T. Carnathan   on behalf of Plaintiff   Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net
        Sean T. Carnathan   on behalf of Intervenor-Plaintiff Alex   Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net
        Sean T. Carnathan   on behalf of Intervenor-Plaintiff Nickolay   Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net
        Valentin D. Gurvits   on behalf of Miscellaneous Participant Boris   Maiden vgurvits@bostonlawgroup.com

        TOTAL: 29

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re    Lyman−Cutler, LLC | Related Bankruptcy Case: 15−13881 |
| | Chapter 7 |
| Debtor | Judge Frank J. Bailey |
| | |
| Lyman−Cutler, LLC | Adversary Proceeding: 16−01120 |
| Plaintiff | |
| vs. | |
| Vadim Kagan et al | |
| Defendant | |

## NOTICE OF NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **10/2/18 at 11:30 A.M** before the Honorable Judge Frank J. Bailey, Courtroom 3, J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, MA 02109−3945 to consider the following:

> [202] Expedited Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter−Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. to Strike Amended Expert Disclosure, late Expert Rebuttal and SurReply Expert Report.

**OBJECTION/RESPONSE DEADLINE: SEPTEMBER 28, 2018 4:30 P.M.**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013−1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice within two (2) business days; and

2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is fewer than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. **Your rights may be affected.** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071−1.

3. The above hearing shall be nonevidentiary. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing.

Date:9/25/18                                                                                                        By the Court,

                                                                                                        Mary Murray
                                                                                                        Deputy Clerk

617−748−5350

**Emergency Closings:** To find out if the Court will be closed in case of stormy weather or other emergency, dial (617) 748−5314 or (866) 419−5695 (toll free) for a recorded message.