United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
     Plaintiff                                             Adv. Proc. No. 16-01120-fjb

Kagan,
     Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1            User: mem              Page 1 of 2              Date Rcvd: Sep 25, 2018
                               Form ID: pdf012        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Sep 26 2018 00:31:00      John Fitzgerald,
                Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
                5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                    TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2018 at the address(es) listed below:
        Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
      ntoli@sheehan.com
        Christopher M. Candon    on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
      ntoli@sheehan.com
        Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
      ntoli@sheehan.com
        Christopher M. Candon    on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
      ntoli@sheehan.com
        David B. Madoff    on behalf of Trustee David  Madoff madoff@mandkllp.com,  alston@mandkllp.com
        James  Harris    on behalf of Counter-Claimant Vadim  Kagan jharris@sheehan.com,
      dhemeon@sheehan.com
        James  Harris    on behalf of Counter-Claimant    ProExcavation Corp. jharris@sheehan.com,
      dhemeon@sheehan.com
        James  Harris    on behalf of Defendant    Kagan Development KDC, Corp. jharris@sheehan.com,
      dhemeon@sheehan.com
        James  Harris    on behalf of Defendant Tatiana  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
        James  Harris    on behalf of Defendant Vadim  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
        James  Harris    on behalf of Defendant    ProExcavation Corp. jharris@sheehan.com,
      dhemeon@sheehan.com
        James  Harris    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jharris@sheehan.com,
      dhemeon@sheehan.com
        James  Harris    on behalf of Counter-Claimant Tatiana  Kagan jharris@sheehan.com,
      dhemeon@sheehan.com
        John  Perten    on behalf of Counter-Claimant    ProExcavation Corp. jperten@sheehan.com,
      bcapone@sheehan.com;akelleher@sheehan.com
        John  Perten    on behalf of Defendant Tatiana  Kagan jperten@sheehan.com,
      bcapone@sheehan.com;akelleher@sheehan.com
        John  Perten    on behalf of Counter-Claimant Vadim  Kagan jperten@sheehan.com,
      bcapone@sheehan.com;akelleher@sheehan.com
        John  Perten    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jperten@sheehan.com,
      bcapone@sheehan.com;akelleher@sheehan.com
        John  Perten    on behalf of Defendant Vadim  Kagan jperten@sheehan.com,
      bcapone@sheehan.com;akelleher@sheehan.com
        John  Perten    on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com,
      bcapone@sheehan.com;akelleher@sheehan.com
        John  Perten    on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com,
      bcapone@sheehan.com;akelleher@sheehan.com

District/off: 0101-1            User: mem               Page 2 of 2              Date Rcvd: Sep 25, 2018
                               Form ID: pdf012          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John  Perten   on behalf of Defendant   Kagan Development KDC, Corp. jperten@sheehan.com,
           bcapone@sheehan.com;akelleher@sheehan.com
          Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net,
           hwolti@ocmlaw.net
          Joseph P. Calandrelli   on behalf of Plaintiff   Lyman-Cutler, LLC jcalandrelli@ocmlaw.net,
           hwolti@ocmlaw.net
          Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Nickolay  Lipetsker
           jcalandrelli@ocmlaw.net,  hwolti@ocmlaw.net
          Peter N. Tamposi   on behalf of Plaintiff   Lyman-Cutler, LLC peter@thetamposilawgroup.com,
           Judy@tlgnh.com
          Sean T. Carnathan   on behalf of Plaintiff   Lyman-Cutler, LLC scarnathan@ocmlaw.net,
           hwolti@ocmlaw.net
          Sean T. Carnathan   on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net,
           hwolti@ocmlaw.net
          Sean T. Carnathan   on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net,
           hwolti@ocmlaw.net
          Valentin D. Gurvits   on behalf of Miscellaneous Participant Boris  Maiden
           vgurvits@bostonlawgroup.com
                                                                                TOTAL: 29

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al          **Case/AP Number** 16-01120 **-FJB**

**Chapter**

#202 Expedited Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. to Strike Amended Expert Disclosure, late Expert Rebuttal and SurReply Expert Report with certificate of service. (Perten, John)

**COURT ACTION:**

_____Hearing held

_____Granted          _____ Approved          _____ Moot

_____Denied          _____ Denied without prejudice          _____ Withdrawn in open court

_____Overruled _____ Sustained

_____          Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order          _____ Released _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Expedited Treatment is allowed. The Court shall hold a hearing on October 2, 2018, at 11:30 A.M. Any Objections shall be due by 4:30 P.M. on September 28, 2018.

IT IS SO ORDERED:

_____          Dated: 09/24/2018
Frank J. Bailey
United States Bankruptcy Judge