UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| *In re:* | |
| LYMAN-CUTLER, LLC, | Chapter 7 |
| Debtor | Case No. 15-13881 FJB |

|  |  |
|---|---|
| LYMAN-CUTLER, LLC, ALEX FILIPPOV, and NICKOLAY LIPETSKER, | |
| Plaintiffs, | |
| v. | Adv. Case No. 1:16-ap-01120 |
| VADIM KAGAN, TATIANA KAGAN, KAGAN DEVELOPMENT KDC, CORP. and PROEXCAVATION CORP. | |
| Defendants. | |

**AFFIDAVIT OF SEAN TO CARNATHAN IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION
TO STRIKE THE EXPERT REPORTS OF DAVID A. DODDRIDGE**

I, Sean T. Carnathan, under penalties of perjury, state as follows:

1. I am lead counsel to Alex Filippov and Nickolay Lipetsker in the above-captioned matters. I make these statements based upon my own personal knowledge.

2. Plaintiffs produced David Doddridge's opening report on July 30, 2018 in compliance with the Court's order. Attached hereto as Exhibit A is a true copy of the email producing the opening report.

3. On August 7, 2018, shortly after the Parties exchanged their opening reports, my office forwarded a copy of the Von Salmi report to Mr. Doddridge for evaluation of submitting a rebuttal report.

4. On August 9, 2018, I contacted Mr. Doddridge to discuss submitting a rebuttal report.

5. At this time, however, Mr. Von Salmi's report was incomplete because he had not produced the specifications he had to draft himself in order to estimate the costs of construction and had not produced the underlying estimates he had secured from various subcontractors to generate the figures he put in his report. Attached hereto as Exhibit B is a true copy of an email of August 2, 2018 requesting the specifications and "bids."

6. I contacted Mr. Doddridge again on August 14, 2018 to set up a conference call to discuss producing a rebuttal report.

7. On August 15, 2018, after Plaintiffs' counsel had to threaten to involve the Court, Defendants finally produced the Von Salmi specifications and bids, by overnight mail, which was received by Plaintiffs' counsel on August 16, 2018. Attached hereto as Exhibit C is a true copy of an email asking again for the specifications and estimates. Attached hereto Exhibit D is the supplemental production by Defendants' counsel August 15, 2018. I do not believe Von Salmi's report was complete without these materials. Defendants never produced the documentation of Von Salmi's project in Newton.

8. I immediately forwarded the balance of the Von Salmi report to Mr. Doddridge and held a call with him on August 17, 2018 to discuss preparing a rebuttal. I believed at the time that I was clear with Mr. Doddridge about the deadline to file the rebuttal report, but we suffered a miscommunication.

9. Over the following two weeks, I took four depositions in Minnesota and prepared another witness and defended him in Boston in connection with a large dispute arising out of a failed tax equity investment in an alternative power plant located in Ione, California. This heavy period of depositions involved flying to and from Minnesota three times in two weeks, reviewing thousands of pages of documents and spending significant time on non deposition/travel days on site with the client team. As a result, I did not follow up with Mr. Doddridge again until the rebuttal deadline was imminent.

10. When I followed up with Mr. Doddridge just before the deadline, Mr. Doddridge seemed surprised and had not even started work on a rebuttal report.

11. Work began immediately and we produced the Doddridge report as soon as we were able – on September 13, 2018 (by electronic and first class mail). A true copy of my cover letter was submitted to the Court as Exhibit 6 to the Defendants' Memorandum and is attached hereto as Exhibit E.

12. I also emailed Mr. Perten on September 7, 2018 to request deposition dates for Von Salmi, inform him of our intention to present a rebuttal report, and offer to defer the Von Salmi deposition until he had an opportunity to evaluate what Doddridge had to say. A true copy of the email dated September 7 is attached hereto as Exhibit F.

I, Sean T. Carnathan declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 28, 2018.

/s/     Sean T. Carnathan