# EXHIBIT A

# Joseph Calandrelli

| | |
|---|---|
| **From:** | Joseph Calandrelli |
| **Sent:** | Monday, July 30, 2018 9:11 PM |
| **To:** | John Perten |
| **Cc:** | Sean T. Carnathan; 'Peter@thetamposilawgroup.com'; Holly Wolti |
| **Subject:** | RE: Lyman Cutler, LLC et al. v. Vadim Kagan, et al. |
| **Attachments:** | 2018.07.30 - Plaintiffs Amended Expert Disclosures; 4840-3649-6750.pdf; David A Doddridge Curriculum Vitae; 4816-0104-7918.pdf; 2018.07.30 - Doddridge Expert Report; 4836-4675-4158.pdf |

John,

Our Amended Expert Disclosures are attached.

Joseph P. Calandrelli
**O'Connor, Carnathan & Mack, LLC**
1 Van de Graaff Dr., Ste. 104
Burlington, MA 01803
Direct: 781-359-9034
www.ocmlaw.net

CONFIDENTIALITY NOTICE: This electronic mail transmission and any documents accompanying this electronic mail transmission is intended by O'Connor, Carnathan and Mack, LLC for the use of the named addressee(s) to which it is directed and may contain information that is privileged, or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee(s) (or a person authorized to deliver it to the named addressee(s)). It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail or by calling O'Connor, Carnathan and Mack, LLC at (781) 359-9000, so our address record can be corrected.

**From:** Holly Wolti
**Sent:** Monday, July 30, 2018 4:49 PM
**To:** 'jperten@sheehan.com' <jperten@sheehan.com>
**Cc:** Sean T. Carnathan <scarnathan@ocmlaw.net>; Joseph Calandrelli <jcalandrelli@ocmlaw.net>; 'Peter@thetamposilawgroup.com' <Peter@thetamposilawgroup.com>
**Subject:** Lyman Cutler, LLC et al. v. Vadim Kagan, et al.

On behalf of Joseph Calandrelli, please find the attached documents regarding the above-referenced matter.

Holly A. Wolti
*Legal Assistant*
O'Connor, Carnathan and Mack LLC
Landmark One
1 Van de Graaff Drive, Suite 104
Burlington, MA 01803
Direct Dial 781-359-9035
Fax 781-359-9001

1

# EXHIBIT B

**From:** Joseph Calandrelli
**Sent:** Thursday, August 2, 2018 2:38 PM
**To:** 'John Perten' <jperten@sheehan.com>; Sean T. Carnathan <scarnathan@ocmlaw.net>; 'Peter@thetamposilawgroup.com' <Peter@thetamposilawgroup.com>
**Cc:** James P. Harris <JHARRIS@sheehan.com>
**Subject:** RE: LC

John,

We will provide the compensation information for each of our experts and will get back to you concerning your request for the information relating to Mr. Doddridge's calculations. In the same vein, I note that Mr. Salmi's specifications that he says he prepared and the bids he says he received and on which he based his calculations were not produced. Will you be producing those?

Joseph P. Calandrelli
**O'Connor, Carnathan & Mack, LLC**
1 Van de Graaff Dr., Ste. 104
Burlington, MA 01803
Direct: 781-359-9034
www.ocmlaw.net

CONFIDENTIALITY NOTICE: This electronic mail transmission and any documents accompanying this electronic mail transmission is intended by O'Connor, Carnathan and Mack, LLC for the use of the named addressee(s) to which it is directed and may contain information that is privileged, or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee(s) (or a person authorized to deliver it to the named addressee(s)). It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail or by calling O'Connor, Carnathan and Mack, LLC at (781) 359-9000, so our address record can be corrected.

**From:** John Perten [mailto:jperten@sheehan.com]
**Sent:** Wednesday, August 01, 2018 4:18 PM
**To:** Sean T. Carnathan <scarnathan@ocmlaw.net>; 'Peter@thetamposilawgroup.com' <Peter@thetamposilawgroup.com>
**Cc:** Joseph Calandrelli <jcalandrelli@ocmlaw.net>; James P. Harris <JHARRIS@sheehan.com>
**Subject:** LC

This message was sent securely using Zix®

Please see attached.

1

John H. Perten, Esq.

# SHEEHAN PHINNEY

Sheehan Phinney Bass & Green
255 State Street, 5th Floor
Boston, MA 02109
T 617.897.5641
F 617.439.9363
jperten@sheehan.com
www.sheehan.com



**SHEEHAN PHINNEY BASS & GREEN PRIVILEGED AND CONFIDENTIAL:** This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please notify the sender immediately by reply e-mail and delete the transmission. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

This message was secured by **Zix**®.

# EXHIBIT C

**From:** Joseph Calandrelli
**Sent:** Wednesday, August 15, 2018 2:14 PM
**To:** 'John Perten' <jperten@sheehan.com>
**Cc:** Sean T. Carnathan <scarnathan@ocmlaw.net>
**Subject:** RE: Lyman Cutler, LLC, et al. v. Vadim Kagan, et al.

John,

We need this information or we will have to move to compel and/or strike. I first asked for it nearly two weeks ago and his report is incomplete without it.

Joseph P. Calandrelli
**O'Connor, Carnathan & Mack, LLC**
1 Van de Graaff Dr., Ste. 104
Burlington, MA 01803
Direct:  781-359-9034
www.ocmlaw.net

CONFIDENTIALITY NOTICE: This electronic mail transmission and any documents accompanying this electronic mail transmission is intended by O'Connor, Carnathan and Mack, LLC for the use of the named addressee(s) to which it is directed and may contain information that is privileged, or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee(s) (or a person authorized to deliver it to the named addressee(s)). It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail or by calling O'Connor, Carnathan and Mack, LLC at (781) 359-9000, so our address record can be corrected.

**From:** Joseph Calandrelli
**Sent:** Thursday, August 09, 2018 12:03 PM
**To:** 'John Perten' <jperten@sheehan.com>
**Cc:** Sean T. Carnathan <scarnathan@ocmlaw.net>
**Subject:** RE: Lyman Cutler, LLC, et al. v. Vadim Kagan, et al.

John,

The supplemental information should also include the documents relating to Mr. Salmi's project at Countryside Road in Newton that he uses to inform his analysis.

Thank you,

Joseph P. Calandrelli
**O'Connor, Carnathan & Mack, LLC**

1

1 Van de Graaff Dr., Ste. 104
Burlington, MA 01803
Direct: 781-359-9034
www.ocmlaw.net

CONFIDENTIALITY NOTICE: This electronic mail transmission and any documents accompanying this electronic mail transmission is intended by O'Connor, Carnathan and Mack, LLC for the use of the named addressee(s) to which it is directed and may contain information that is privileged, or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee(s) (or a person authorized to deliver it to the named addressee(s)). It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail or by calling O'Connor, Carnathan and Mack, LLC at (781) 359-9000, so our address record can be corrected.

**From:** John Perten [mailto:jperten@sheehan.com]
**Sent:** Wednesday, August 08, 2018 3:32 PM
**To:** Joseph Calandrelli <jcalandrelli@ocmlaw.net>
**Subject:** RE: Lyman Cutler, LLC, et al. v. Vadim Kagan, et al.

This message was sent securely using Zix®

Joe, I spoke with Mr. Salmi yesterday and asked him to pull that information together for me. I should have it sometime next week and will forward to you.

John

**John H. Perten, Esq.**

# SHEEHAN PHINNEY

Sheehan Phinney Bass & Green
255 State Street, 5th Floor
Boston, MA 02109
T 617.897.5641
F 617.439.9363
jperten@sheehan.com
www.sheehan.com

**From:** Holly Wolti [mailto:hwolti@ocmlaw.net]
**Sent:** Wednesday, August 08, 2018 3:08 PM
**To:** John Perten
**Cc:** Sean T. Carnathan; Joseph Calandrelli; 'Peter@thetamposilawgroup.com'
**Subject:** Lyman Cutler, LLC, et al. v. Vadim Kagan, et al.

This message was sent securely using Zix®

On behalf of Joseph Calandrelli, please find the attached letter regarding the above-referenced matter.

Holly A. Wolti
*Legal Assistant*
O'Connor, Carnathan and Mack LLC
Landmark One

1 Van de Graaff Drive, Suite 104
Burlington, MA 01803
Direct Dial 781-359-9035
Fax 781-359-9001

This message was secured by **Zix**®.



**SHEEHAN PHINNEY BASS & GREEN PRIVILEGED AND CONFIDENTIAL:** This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please notify the sender immediately by reply e-mail and delete the transmission. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

This message was secured by **Zix**®.

# EXHIBIT D

# SHEEHAN PHINNEY

Boston, MA | Manchester, NH | Concord, NH | Hanover, NH

John H. Perten, Esq.
Direct Dial: 617-897-5641
jperten@sheehan.com

Reply to: Boston Office
255 State Street
Boston, MA   02109

August 15, 2018

<u>Via Overnight Mail</u>
Joseph P. Calandrelli, Esq.
O'Connor Carnathan and Mack LLC
1 Van De Graaff Drive, Suite 104
Burlington, MA 01803

   Re: *Lyman-Cutler, LLC, Debtor – Chapter 7*
     *U.S. Bankruptcy Court Case No. 15-13881*
     *Adv. Case No. 16-01120*

Dear Joe:

  Enclosed please find the back-up you requested relative to the expert report prepared by Von Salmi which I have marked with Bates Nos. VS001-081. Please note that I have marked all of these documents confidential and they are being produced to you under the confidentiality stipulation we have in place.

  Thank you.

               Very truly yours,

               John H. Perten

JHP
Enclosures

cc: Peter Tamposi, Esq. (w/enclosures)

# EXHIBIT E



O'Connor
Carnathan
and Mack LLC

Landmark One
1 Van De Graaff Drive
Suite 104
Burlington, MA 01803

Tel: 781.359.9000
Fax: 781.359.9001

www.ocmlaw.net

Sean T. Carnathan
Direct Line: 781.359.9002
scarnathan@ocmlaw.net

September 13, 2018

**By First Class Mail and E-mail**

John H. Perten, Esq.
Christopher M. Candon
Sheehan Phinney Bass + Green
255 State Street
Boston, MA 02109

Re:  Lyman Cutler, LLC et al. v. Vadim Kagan, et al.
     Chapter 7 No. 15-13881-FJB, A.P. No. 16-1120

Dear John:

Enclosed is the Rebuttal Report of David A. Doddridge.

I received your letter concerning the expert rebuttal report deadline issue. Although there is no doubt we are late in producing this report, I doubt Judge Bailey will think highly of an objection based upon the timeliness of our production. He plainly grows weary of our discovery disputes.

We encountered logistical and communication problems in August. I was traveling for depositions in Minnesota the last two weeks of the month and Mr. Doddridge's calendar was also packed. As a result, we experienced a miscommunication concerning the deadline for the production of our report. I note as well that you did not produce Mr. Von Salmi's specifications and bids until August 15, 2018 (which I believe we actually received August 16, 2018). Given that these were fundamental components of the report, I think we could contend in response to a timeliness objection to the Doddridge Rebuttal Report that Von Salmi's opening report was not timely produced.

I suggest, however, that although in this case it seems like there is no issue too small to forego litigating, this is an issue we should set aside. There is no prejudice to your client based on the timing of the Doddridge Rebuttal Report production. I previously offered to defer Mr. Von Salmi's deposition into October, well after the September 15 deposition deadline. Please plan to have him appear **October 16, 2018 at 10:00 a.m.** We will send you a deposition notice of course. We will also produce Mr. Doddridge for his deposition in October 2018 if you would

John H. Perten, Esq.
Christopher M. Candon
September 13, 2018
Page 2

like to take his deposition. There is no trial date set and dispositive motions are not due for over a month.

In short, if Mr. Von Salmi is permitted to testify over our likely <u>Daubert</u> challenge, we will offer Mr. Doddridge's testimony in rebuttal. If you plan to object on timeliness grounds, we understand your position but do not believe it is a reasonable objection.

Very truly yours,

Sean T. Carnathan

cc:    Peter Tamposi, Esq.

4850-2004-2354, v. 1

# EXHIBIT F

**From:** Sean T. Carnathan
**Sent:** Friday, September 7, 2018 4:18 PM
**To:** 'John Perten' <jperten@sheehan.com>
**Cc:** Joseph Calandrelli <jcalandrelli@ocmlaw.net>; William Hartzell <whartzell@ocmlaw.net>; Peter Tamposi <Peter@thetamposilawgroup.com>
**Subject:** Von Salmi

Hi John,

I'll want to depose Von Salmi. I can make it happen next Wednesday or Thursday but I don't mind going out later in the month if that is better for you and the witness.

Also, we will be producing a response from Doddridge to Von Salmi early next week. It would be fair for him to be given time to review that report before I depose him.

Best, Sean

Sean T. Carnathan
O'Connor, Carnathan and Mack LLC
1 Van De Graaff Dr. Suite 104
Burlington, MA  01803
Tel: 781-359-9002
Fax: 781-359-9001
www.ocmlaw.net

1