UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al

**Case/AP Number** 16-01120 **-FJB**
**Chapter**

#202 Expedited Motion filed by Interested Parties Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. to Strike Amended Expert Disclosure, late Expert Rebuttal and SurReply Expert Report with certificate of service. (Perten, John)
#203 Memorandum In Support of  Re: 331 Motion to Strike  filed by Interested Parties Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp.  (Perten, John)

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled  _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order       _____Released   _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. The Court finds that Defendants counsel's conduct violated Fed. R. Civ. Pro. 37(c)(1). The Court issues the following sanctions: 1) Defendants counsel will pay $3,000 to Plaintiffs counsel to cover the reasonable expenses incurred, such amount to be paid on or before October 16, 2018 at 430 PM; 2) in Defendants' case in chief, Mr. Doddridge's testimony is limited to the issue of substantial completion; and 3) Defendants counsel shall disclose to Plaintiffs counsel all methodology and supporting documents used to compile the Doddridge rebuttal report. The parties are directed to confer on a further order of the court memorializing the orders stated herein and to file a proposed order no later than Tuesday October 9, 2018, by 430 PM. If the parties cannot agree on an order, each of them may file a proposed order and the court will take further action.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

Dated: 10/02/2018

_____
Frank J. Bailey
United States Bankruptcy Judge