UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

|  |  |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>Debtor. | Chapter 7<br>Case No. 15-13881-FJB |
| LYMAN-CUTLER, LLC, ALEX FILIPPOV and NICKOLAY LIPETSKER,<br><br>Plaintiff,<br><br>v.<br><br>VADIM KAGAN, TATIANA KAGAN, KAGAN DEVELOPMENT KDC, CORP. and PROEXCAVATION CORP.<br><br>Defendants. | Adv. Case No.16-01120 |

ORDER ON MOTION TO STRIKE AMENDED DISCLOSURE, LATE EXPERT
REBUTTAL AND SUR-REBUTTAL REPORT
(Docket No. 331, A. P. No. 202)

This matter having come on for hearing before me, it is hereby ordered as follows:

The motion is allowed in part on the following terms:

1. Respondents Lyman-Cutler, LLC, Alex Filippov, and Nickolay Lipetsker ("Respondents") shall pay movants Vadim Kagan, Tatiana Kagan, Kagan Development KDC, Corp. and ProExcavation Corp. (collectively, "Movants") the sum of $3,000.00 on or before October 16, 2018 by check in that amount payable to Sheehan Phinney Bass + Green, P.A. as attorneys for Movants.

2. Movants motion to strike the rebuttal report dated September 13, 2018 by David Doddridge of D.A. Doddridge and Associates, Inc. ("Doddridge") is denied,

provided, however that Respondents shall be precluded from offering any affirmative expert testimony from Doddridge at trial of this matter in their case-in-chief other than on the issue of substantial completion. Respondents shall be permitted to introduce expert testimony disclosed in Doddridge's opening report and rebuttal report for purposes of rebuttal only.

3. Movants shall be permitted to introduce evidence rebutting the Doddridge rebuttal report but are not required to submit a sur-rebuttal report setting forth the anticipated content of their rebuttal. Any objection that such rebuttal is beyond the scope of the written expert disclosures is waived.

4. On or before October 9, 2018, Respondents shall provide Movants with the supporting documents used to compile the Doddridge rebuttal, including without limitation the page numbers from the RS Means book which identifies the source of the prices contained in the Doddridge rebuttal report.

5. Dispositive motions shall be due on or before November 16, 2018.

So ordered.

Dated: October __, 2018

_____
Hon. Frank J. Bailey          10/10/2018