UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al         **Case/AP Number** 16-01120 -FJB
**Chapter**

Rescheduled Scheduling Conference:
#1 Complaint by Lyman-Cutler, LLC against Vadim Kagan, Tatiana Kagan, Kagan Development KDC, Corp., ProExcavation Corp.(Tamposi, Peter)

**COURT ACTION:**

_____Hearing held

_____Granted       _____Approved       _____Moot

_____Denied        _____Denied without prejudice       _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released      _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Scheduling conference held. The parties agreed to the following:

1. Dispositive Motions with Briefs due on or before November 16, 2018, by 4:30 p.m with a 15 page limit on Motions and a 25 page limit on Briefs (12 point type double spaced). Responses/Oppositions due December 7, 2018, by 4:30 p.m. with a 20 page limit. Replies due December 17, 2018 by 4:30 p.m. with a 10 page limit.  The defendants shall file a single motion and brief, except that the defendant Tatiana Kagan may file her own motion and supporting brief but that brief shall be compliant with the other limitations of this paragraph.

2. Motions in Limine are due on or before November 16, 2018 by 4:30 p.m with a 15 page limit. Responses/Objections due December 7, 2018, by 4:30 p.m. with a 10 page limit. Reply briefs are due December 17, 2018 by 4:30 p.m. with a 5 page limit.

3. Further scheduling Conference shall be held on January 15, 2019 at 9:30 a.m. At this conference, the Court will discuss any adjustments to the trial logistics and whether the parties would be amenable to further mediation.

4. Joint Pre-Trial Memorandum compliant with the court's pretrial order is due on or before April 27, 2019 by 4:30 p.m.

5. The trial shall be held on May 6, 7, 8, 9, 10, 13, 14, 15, 16, 17, 2019 commencing at 9:30 a.m. each day unless the court orders otherwise.

IT IS SO ORDERED:

_Frank J Bailey_          Dated: 10/9/2018
_____
Frank J. Bailey
United States Bankruptcy Judge