United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
    Plaintiff
                                                          Adv. Proc. No. 16-01120-fjb

Kagan,
    Defendant

# CERTIFICATE OF NOTICE

```
District/off: 0101-1          User: kborton                Page 1 of 2                  Date Rcvd: Oct 10, 2018
                              Form ID: pdf012              Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2018.
pla            +Lyman-Cutler, LLC,    Lyman-Cutler, LLC,    130 Trapelo Rd.,    Belmont, MA 02478-1873
dft            +ProExcavation Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
dft            +Tatiana Kagan,   239 Nahanton St.,    Newton, MA 02459-2909
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Oct 11 2018 01:23:39     John Fitzgerald,
                 Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
                 5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
                                                                                               TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*            +Lyman-Cutler, LLC,    Lyman-Cutler, LLC,    130 Trapelo Rd.,    Belmont, MA 02478-1873
cc*            +ProExcavation Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
cc*            +Tatiana Kagan,   239 Nahanton St.,    Newton, MA 02459-2909
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                                                                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
              Christopher M. Candon    on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              David B. Madoff    on behalf of Trustee David  Madoff madoff@mandkllp.com,   alston@mandkllp.com
              James   Harris    on behalf of Counter-Claimant Vadim  Kagan jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Counter-Claimant    ProExcavation Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Defendant    Kagan Development KDC, Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Defendant Tatiana  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
              James   Harris    on behalf of Defendant Vadim  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
              James   Harris    on behalf of Defendant    ProExcavation Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Counter-Claimant Tatiana  Kagan jharris@sheehan.com,
               dhemeon@sheehan.com
              John   Perten    on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com,
               bcapone@sheehan.com;akelleher@sheehan.com
              John   Perten    on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com,
               bcapone@sheehan.com;akelleher@sheehan.com
              John   Perten    on behalf of Defendant    Kagan Development KDC, Corp. jperten@sheehan.com,
               bcapone@sheehan.com;akelleher@sheehan.com
              John   Perten    on behalf of Counter-Claimant    ProExcavation Corp. jperten@sheehan.com,
               bcapone@sheehan.com;akelleher@sheehan.com
```

```
District/off: 0101-1           User: kborton              Page 2 of 2                  Date Rcvd: Oct 10, 2018
                               Form ID: pdf012            Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      John Perten    on behalf of Defendant Tatiana Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
      John Perten    on behalf of Counter-Claimant Vadim Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
      John Perten    on behalf of Counter-Claimant  Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
      John Perten    on behalf of Defendant Vadim Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
      Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay Lipetsker jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
      Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
      Joseph P. Calandrelli    on behalf of Plaintiff  Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
      Peter N. Tamposi    on behalf of Plaintiff  Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com
      Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net
      Sean T. Carnathan    on behalf of Plaintiff  Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net
      Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net
      Valentin D. Gurvits    on behalf of Miscellaneous Participant Boris Maiden vgurvits@bostonlawgroup.com

                                                                                                                                              TOTAL: 29

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>      Debtor. | Chapter 7<br>Case No. 15-13881-FJB |
| LYMAN-CUTLER, LLC, ALEX FILIPPOV and NICKOLAY LIPETSKER,<br><br>      Plaintiff,<br><br>v.<br><br>VADIM KAGAN, TATIANA KAGAN, KAGAN DEVELOPMENT KDC, CORP. and PROEXCAVATION CORP.<br><br>      Defendants. | Adv. Case No.16-01120 |

ORDER ON MOTION TO STRIKE AMENDED DISCLOSURE, LATE EXPERT
REBUTTAL AND SUR-REBUTTAL REPORT
(Docket No. 331, A. P. No. 202)

This matter having come on for hearing before me, it is hereby ordered as follows:

The motion is allowed in part on the following terms:

1. Respondents Lyman-Cutler, LLC, Alex Filippov, and Nickolay Lipetsker ("Respondents") shall pay movants Vadim Kagan, Tatiana Kagan, Kagan Development KDC, Corp. and ProExcavation Corp. (collectively, "Movants") the sum of $3,000.00 on or before October 16, 2018 by check in that amount payable to Sheehan Phinney Bass + Green, P.A. as attorneys for Movants.

2. Movants motion to strike the rebuttal report dated September 13, 2018 by David Doddridge of D.A. Doddridge and Associates, Inc. ("Doddridge") is denied,

> provided, however that Respondents shall be precluded from offering any affirmative expert testimony from Doddridge at trial of this matter in their case-in-chief other than on the issue of substantial completion. Respondents shall be permitted to introduce expert testimony disclosed in Doddridge's opening report and rebuttal report for purposes of rebuttal only.

3. Movants shall be permitted to introduce evidence rebutting the Doddridge rebuttal report but are not required to submit a sur-rebuttal report setting forth the anticipated content of their rebuttal. Any objection that such rebuttal is beyond the scope of the written expert disclosures is waived.

4. On or before October 9, 2018, Respondents shall provide Movants with the supporting documents used to compile the Doddridge rebuttal, including without limitation the page numbers from the RS Means book which identifies the source of the prices contained in the Doddridge rebuttal report.

5. Dispositive motions shall be due on or before November 16, 2018.

So ordered.

Dated: October __, 2018

_____
Hon. Frank J. Bailey    10/10/2018

2