United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
            Plaintiff                                         Adv. Proc. No. 16-01120-fjb

Kagan,
            Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-1        User: kborton           Page 1 of 2             Date Rcvd: Oct 10, 2018
                            Form ID: pdf012         Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2018.
dft         +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
pla         +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
dft         +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
dft         +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
dft         +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Oct 11 2018 01:23:39     John Fitzgerald,
              Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
              5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cc*         +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
cd*         +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
cc*         +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
cc*         +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
cc*         +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
                                                                                  TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2018 at the address(es) listed below:
              Christopher M. Candon    on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              David B. Madoff    on behalf of Trustee David  Madoff madoff@mandkllp.com,  alston@mandkllp.com
              James  Harris    on behalf of Counter-Claimant Vadim  Kagan jharris@sheehan.com,
               dhemeon@sheehan.com
              James  Harris    on behalf of Counter-Claimant    ProExcavation Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James  Harris    on behalf of Defendant    Kagan Development KDC, Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James  Harris    on behalf of Defendant Tatiana  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
              James  Harris    on behalf of Defendant Vadim  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
              James  Harris    on behalf of Defendant    ProExcavation Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James  Harris    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James  Harris    on behalf of Counter-Claimant Tatiana  Kagan jharris@sheehan.com,
               dhemeon@sheehan.com
              John  Perten    on behalf of Defendant Vadim  Kagan jperten@sheehan.com,
               bcapone@sheehan.com;akelleher@sheehan.com
              John  Perten    on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com,
               bcapone@sheehan.com;akelleher@sheehan.com

```
District/off: 0101-1           User: kborton               Page 2 of 2                  Date Rcvd: Oct 10, 2018
                               Form ID: pdf012             Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          John    Perten    on behalf of Counter-Claimant Tatiana    Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          John    Perten    on behalf of Defendant    Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          John    Perten    on behalf of Counter-Claimant    ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          John    Perten    on behalf of Defendant Tatiana    Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          John    Perten    on behalf of Counter-Claimant Vadim    Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          John    Perten    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay    Lipetsker jcalandrelli@ocmlaw.net,   hwolti@ocmlaw.net
          Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex    Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
          Joseph P. Calandrelli    on behalf of Plaintiff    Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
          Peter N. Tamposi    on behalf of Plaintiff    Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com
          Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay    Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net
          Sean T. Carnathan    on behalf of Plaintiff    Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net
          Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex    Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net
          Valentin D. Gurvits    on behalf of Miscellaneous Participant Boris    Maiden vgurvits@bostonlawgroup.com

                                                                                            TOTAL: 29

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al          **Case/AP Number** 16-01120 **-FJB**
                                                                                         **Chapter**

Rescheduled Scheduling Conference:
#1 Complaint by Lyman-Cutler, LLC against Vadim Kagan, Tatiana Kagan, Kagan Development KDC, Corp., ProExcavation Corp.(Tamposi, Peter)

**COURT ACTION:**

_____ Hearing held
_____ Granted          _____ Approved          _____ Moot
_____ Denied           _____ Denied without prejudice          _____ Withdrawn in open court
_____ Overruled        _____ Sustained
_____ Continued to _____
_____ Proposed order to be submitted by _____
_____ Stipulation to be submitted by_____
_____ No appearance by _____
Show Cause Order          _____ Released          _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Scheduling conference held. The parties agreed to the following:

1. Dispositive Motions with Briefs due on or before November 16, 2018, by 4:30 p.m with a 15 page limit on Motions and a 25 page limit on Briefs (12 point type double spaced). Responses/Oppositions due December 7, 2018, by 4:30 p.m. with a 20 page limit. Replies due December 17, 2018 by 4:30 p.m. with a 10 page limit.  The defendants shall file a single motion and brief, except that the defendant Tatiana Kagan may file her own motion and supporting brief but that brief shall be compliant with the other limitations of this paragraph.

2. Motions in Limine are due on or before November 16, 2018 by 4:30 p.m with a 15 page limit. Responses/Objections due December 7, 2018, by 4:30 p.m. with a 10 page limit. Reply briefs are due December 17, 2018 by 4:30 p.m. with a 5 page limit.

3. Further scheduling Conference shall be held on January 15, 2019 at 9:30 a.m. At this conference, the Court will discuss any adjustments to the trial logistics and whether the parties would be amenable to further mediation.

4. Joint Pre-Trial Memorandum compliant with the court's pretrial order is due on or before April 27, 2019 by 4:30 p.m.

5. The trial shall be held on May 6, 7, 8, 9, 10, 13, 14, 15, 16, 17, 2019 commencing at 9:30 a.m. each day unless the court orders otherwise.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_          Dated: 10/9/2018
_____
Frank J. Bailey
United States Bankruptcy Judge