UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| *In re:* )<br>)<br>LYMAN-CUTLER, LLC, )<br>  Debtor ) <br>) | | Chapter 7<br>Case No. 15-13881 FJB |
| )<br>LYMAN-CUTLER, LLC, ALEX FILIPPOV, )<br>and NICKOLAY LIPETSKER, )<br>)<br>  Plaintiffs, )<br>)<br>v. )<br>)<br>VADIM KAGAN, TATIANA KAGAN, )<br>KAGAN DEVELOPMENT KDC, CORP. and )<br>PROEXCAVATION CORP. )<br>)<br>  Defendants. )<br>) | | Adv. Case No. 1:16-ap-01120 |

## **AFFIDAVIT OF SEAN T. CARNATHAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT and PLAINTIFFS' MOTION IN LIMINE**

I, Sean T. Carnathan, being duly sworn, depose and say as follows:

1. I am counsel of record for Plaintiffs Lyman-Cutler, LLC, Alex Filippov, and Nickolay Lipetsker (collectively, "Plaintiffs") in the above captioned matter.

2. The attached exhibits are true and accurate copies of materials produced in the course of discovery in this matter which Plaintiffs expect to admit into evidence at trial, expert reports and excerpts from deposition testimony adduced in discovery.

3. Attached as Exhibit 1 is a true and accurate copy of the Operating Agreement of Lyman-Cutler, LLC.

4. Attached as <u>Exhibit 2</u> is a true and accurate copy of the Deed for the purchase of 77 Lyman Road by Lyman-Cutler, LLC, recorded on December 31, 2012.

5. Attached as <u>Exhibit 3</u> is a true and accurate copy of the December 26, 2012 Commitment Letter from Rockland Trust for the $1,600,000 lot purchase loan.

6. Attached as <u>Exhibit 4</u> is a true and accurate copy of the May 7, 2013 Commitment Letters from Rockland Trust for the two construction loans, totaling $3.2 million.

7. Attached as <u>Exhibit 5</u> is a true and accurate copy of a May 7, 2015 letter from counsel for Kagan Development KDC Corp. to Lyman-Cutler, LLC.

8. Attached as <u>Exhibit 6</u> is a true and accurate copy of the Notice of Contract and Mechanic's Lien recorded by Kagan Development KDC Corp. on June 22, 2015.

9. Attached as <u>Exhibit 7</u> is a true and accurate copy of the March 17, 2016 Updated Kagan Development KDC Corp. Invoice to Lyman-Cutler, LLC.

10. Attached as <u>Exhibit 8</u> is a true and accurate copy of the June 1, 2015 invoice from Kagan Development KDC Corp. to Lyman-Cutler, LLC.

11. Attached as <u>Exhibit 9</u> is a true and accurate copy of the June 24, 2013 Construction Management/General Contractor Agreement between Kagan Development KDC Corp. and Lyman-Cutler, LLC.

12. Attached as <u>Exhibit 10</u> is a true and accurate copy of Accounting Reports and Proposals of charges for ProExcavation submitted as part of Kagan Development KDC Corp.'s Proof of Claim.

13. Attached as <u>Exhibit 11</u> is a true and accurate copy of Accounting Reports and Proposals of charges for snow removal submitted as part of Kagan Development KDC Corp.'s Proof of Claim.

14. Attached as <u>Exhibit 12</u> is a true and accurate copy of an A/R Aging Summary for ProExcavation as of December 31, 2014.

15. Attached as <u>Exhibit 13</u> is a true and accurate copy of an A/R Aging Summary for ProExcavation as of December 31, 2015 and a January 1, 2015 Transaction Journal entry for ProExcavation.

16. Attached as <u>Exhibit 14</u> is a true and accurate copy of a June 25, 2015 e-mail and attachment from Joseph Cohen to Lyman-Cutler, LLC, including a June 24, 2015 Collection Letter and June 1, 2015 Kagan Development KDC Corp. invoice.

17. Attached as <u>Exhibit 15</u> is a true and accurate copy of the June 30, 2015 account statement for the Lyman-Cutler, LLC checking account held at Rockland Trust.

18. Attached as <u>Exhibit 16</u> is a true and accurate copy of the Lyman-Cutler, LLC Manager's Certificate and Member Consent submitted to Rockland Trust.

19. Attached as <u>Exhibit 17</u> is a true and accurate copy of a Lyman-Cutler, LLC Transaction List by Vendor, dated June 2, 2015.

20. Attached as <u>Exhibit 18</u> is a true and accurate copy of the July 14, 2015 Affidavit of Kristina Brusenkova.

21. Attached as <u>Exhibit 19</u> is a true and accurate copy of May 11, 2018 letter from the undersigned counsel to counsel for Kagan Development KDC Corp.

22. Attached as <u>Exhibit 20</u> is a true and accurate copy of the Expert Report of Michael Goldman, prepared on behalf of the Plaintiffs in this matter.

23. Attached as <u>Exhibit 21</u> is a true and accurate copy of the Expert Report of Von Salmi, prepared on behalf of the Defendants in this matter.

24. Attached as Exhibit 22 is a true and accurate copy of the Expert Report of Paul McDonald, prepared on behalf of the Defendants in this matter.

25. Attached as Exhibit 23 is a true and accurate copy of excerpts from the April 25, 2018 deposition transcript of Alex Filippov.

26. Attached as Exhibit 24 is a true and accurate copy of excerpts from the April 26, 2018 deposition transcript of Nickolay Lipetsker.

27. Attached as Exhibit 25 is a true and accurate copy of excerpts from the May 3, 2018 deposition transcript of Vadim Kagan.

28. Attached as Exhibit 26 is a true and accurate copy of excerpts from the May 23, 2018 deposition transcript of Vadim Kagan.

29. Attached as Exhibit 27 is a true and accurate copy of excerpts from the May 17, 2018 deposition transcript of Daniel Gersh.

30. Attached as Exhibit 28 is a true and accurate copy of excerpts from the May 8, 2018 deposition transcript of James Joseph Cohen.

31. Attached as Exhibit 29 is a true and accurate copy of excerpts from the March 20, 2018 deposition transcript of Kristina Brusenkova.

32. Attached as Exhibit 30 is a true and accurate copy of excerpts from the October 16, 2018 deposition transcript of Von Salmi.

33. Attached as Exhibit 31 is a true and accurate copy of the Century 21 Listing Agreements for 55 Lyman Road and 88 Cutler Lane, signed by Vadim Kagan.

SWORN UNDER THE PAINS AND PENALTIES OF PERJURY THIS 16th DAY OF NOVEMBER, 2018.

/s/ Sean T. Carnathan
Sean T. Carnathan