UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>    Debtor. | Chapter 7<br>No. 15-13881-FJB |
| LYMAN-CUTLER, LLC,<br>ALEX FILIPPOV and<br>NICKOLAY LIPETSKER,<br><br>    Plaintiffs,<br>    Defendants in Counterclaim,<br><br>v.<br><br>VADIM KAGAN, TATIANA KAGAN,<br>KAGAN DEVELOPMENT KDC, CORP.<br>and PROEXCAVATION CORP.<br><br>    Defendants,<br>    Plaintiffs in Counterclaim. | Adv. Proc. No. 16-01120 |

MOTION OF TATIANA KAGAN FOR SUMMARY JUDGMENT
ON ALL COUNTS OF THE AMENDED COMPLAINT
AND ON PROOF OF CLAIM NO. 5

Now comes defendant Tatiana Kagan ("Tatiana"), and moves, pursuant to Fed. R. Civ. P. 56(a), made applicable by Fed. R. Bankr. P. 7056, that this Court grant her summary judgment dismissing all counts asserted against her in the Amended Complaint (Counts III, IV, V, VI and VIII) and that this Court allow her proof of claim (Claim No. 5). In support of this motion, Tatiana states as follows:

1. Tatiana's sole role in the underlying project was as the real estate agent trying to sell the properties. There is virtually no evidence that she had anything to do with the construction

process or the alleged billing irregularities.  She is not a member of the Debtor and had no signatory power on its accounts.  There is no evidence that she acted in concert with any of the other defendants to defraud the plaintiffs.  In summary, she is the victim of a shotgun approach to litigation and of overzealous plaintiffs who have brought frivolous claims against her in an effort to punish her husband, Vadim Kagan.

2.  As to her efforts as real estate agent, there is no evidence that her efforts were substandard or of any malfeasance perpetrated by her.  The deposition testimony by the plaintiffs establishes unequivocally that they were aware of, and approved of, the listing of the properties. There is also no evidence to support plaintiffs' allegation that Tatiana failed to convey a valid offer to purchase one of the properties.

3.  There is no expert opinion that any of Tatiana's conduct fell below the standard of a reasonable real estate agent.

4.  Finally, there is no evidence that plaintiffs suffered any compensable damage as a result of the alleged acts or omissions by Tatiana.

5.  Tatiana further seeks allowance of her Claim No. 5 (which corresponds to Count VI of her counterclaim) which seeks indemnity under the express terms of Section 10.2 of the Debtor's operating agreement.  Plaintiffs have wholly failed to come forward with any evidence, much less "substantial evidence," supporting their objection to that claim.

6.  In further support of this motion, Tatiana relies on her supporting memorandum and affidavits.  She also relies on the arguments advanced in the parallel motion for summary judgment filed by her co-defendants (to the extent there is any overlap) and in the motions in limine filed herewith.

WHEREFORE, Tatiana Kagan respectfully request that summary judgment be entered in her favor dismissing Counts III, IV, V, VI and VIII of the Amended Complaint and allowing Claim No. 5.

TATIANA KAGAN,

By her attorneys,

/s/ John H. Perten, Esq.
John H. Perten (BBO# 548728)
SHEEHAN PHINNEY BASS & GREEN, P.A.
255 State Street, Fifth Floor
Boston, MA 02109
(617) 897-5600
jperten@sheehan.com

Dated:  November 16, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November, 2018, a copy of the foregoing was served upon the parties listed below via ECF and/or first class mail, postage prepaid.

Eric K. Bradford
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Sean T. Carnathan
O'Connor, Carnathan and Mack, LLC
1 Van De Graaff Drive
Suite 104
Burlington, MA 01772

David B. Madoff
Madoff & Khoury LLP
124 Washington Street - Suite 202
Foxborough, MA 02035

Steffani Pelton Nicholson
Madoff & Khoury LLP
124 Washington Street
Foxborough, MA 02035

Sarah A Smegal
Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110

Joseph P. Calandrelli
O'Connor Carnathan and Mack LLC
1 Van De Graaff Drive
Suite 104
Burlington, MA 01772

Stephen G. DeLisle
Rubin and Rudman LLP
50 Rowes Wharf
3rd Floor
Boston, MA 02110

Amy M. McCallen
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110

David C. Phalen
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Peter N. Tamposi
The Tamposi Law Group
159 Main Street
Nashua, NH 03060

/s/ John H. Perten
John H. Perten