UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>Debtor. | Chapter 7<br>No. 15-13881-FJB |
| LYMAN-CUTLER, LLC,<br>ALEX FILIPPOV and<br>NICKOLAY LIPETSKER,<br><br>Plaintiffs,<br>Defendants in Counterclaim,<br><br>v.<br><br>VADIM KAGAN, TATIANA KAGAN,<br>KAGAN DEVELOPMENT KDC, CORP.<br>and PROEXCAVATION CORP.<br><br>Defendants,<br>Plaintiffs in Counterclaim. | Adv. Proc. No. 16-01120 |

AFFIDAVIT OF JOHN H. PERTEN, ESQ.

I, John H. Perten, depose and state on my own personal knowledge as follows:

1. I am defendants' counsel of record in the above-captioned matter. I make this affidavit in support of defendants' motion for summary judgment.

2. Attached hereto as Exhibit 1 is a true and accurate copy of the Operating Agreement of the Debtor, Lyman-Cutler, LLC.

3. Attached hereto as Exhibit 2 are true and accurate excerpts from the deposition of Alex Filippov, testifying individually and as the Rule 30(b)(6) designee of the Debtor.

4. Attached hereto as Exhibit 3 are true and accurate excerpts from the deposition of Kristina Brusenkova.

5. Attached hereto as Exhibit 4 are true and accurate excerpts from the deposition of Vadim Kagan.

6. Attached hereto as Exhibit 5 is a true and accurate copy of a letter dated May 7, 2015 from Alex Pyle, Esq. to Mssrs. Filippov, Kagan and Lipetsker.

7. Attached hereto as Exhibit 6 are true and accurate excerpts from the deposition of Nickolay Lipetsker.

8. Attached hereto as Exhibit 7 are true and accurate copies of Alex Filippov's supplemental responses to interrogatories propounded by KDC, Kagan and ProExcavation.

9. Attached hereto as Exhibit 8 are true and accurate copies of Debtor's supplemental responses to interrogatories propounded by KDC, Kagan and ProExcavation.

10. Attached hereto as Exhibit 9 are true and accurate copies of Nickolay Lipetsker's supplemental responses to interrogatories propounded by KDC, Kagan and ProExcavation.

11. Attached hereto as Exhibit 10 are Alex Filippov's answers to interrogatories propounded by Tatiana Kagan.

12. Attached hereto as Exhibit 11 are Debtor's answers to interrogatories propounded by Tatiana.

13. Attached hereto as Exhibit 12 are Nikolay Lipetsker's answers to interrogatories propounded Tatiana.

14. Attached hereto as Exhibit 13 is a true and accurate copy of Exhibit 23 to Alex Filippov's deposition.

15. Attached hereto as Exhibit 14 is a true and accurate copy of Exhibit 26 to Alex Filippov's deposition.

16. Attached hereto as Exhibit 15 are true and accurate excerpts from the deposition of Daniel Gersh.

17. Attached hereto as Exhibit 16 is a true and accurate copy of Exhibit 27 to Alex Filippov's deposition.

18. Attached hereto as Exhibit 17 is a true and accurate copy of Exhibit 22 to Alex Filippov's deposition.

19. Attached hereto as Exhibit 18 are true and accurate excerpts from the deposition of Tatiana Kagan.

20. Attached hereto as Exhibit 19 are true and accurate excerpts from the deposition of Deborah Gordon.

21. Attached hereto as Exhibit 20 are plaintiffs' supplemental responses to interrogatories propounded by Tatiana Kagan.

22. Attached hereto as Exhibit 21 is the Affidavit of Greg Kiely.

23. Attached hereto as Exhibit 22 is a true and accurate copy of Exhibit 25 from the deposition of Alex Filippov.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 16TH DAY OF NOVEMBER, 2018.

/s/ John H. Perten

John H. Perten, Esq.