# EXHIBIT 13



EXHIBIT FILIPPOV 23 4-25-18

```
MESSAGE_ID   = 1227
FROM         = Vadim Kagan [+16178282903]
TO           = +1 (617) 306-4965
DIRECTION    : In
DATE         = 04/23/2015
TIME         : 16:45:53
TEXT         : We have to put 55 Lyman on the market and take 88 Cutler off. 55 is staged, freshly painted,
               floors refinished. We need you to sign C21s agreement to put it on the market.
```

PLTF000055

# EXHIBIT 14



EXHIBIT
FILIPOV
26
4-25-18

```
MESSAGE_ID   = 1229
FROM         = +1 (617) 306-4965
TO           = Vadim Kagan [+16178282903]
DIRECTION    : out
DATE         = 04/25/2015
TIME         : 10:32:05
TEXT         : Never mind about agreement 5%. It is all clear
```

# EXHIBIT 15

```
Exhibits: 29-50                    Volume 1, Pages 1-178
            UNITED STATES BANKRUPTCY COURT
               DISTRICT OF MASSACHUSETTS
                  (EASTERN DIVISION)
-------------------------------
In Re:
                                   Chapter 7
LYMAN-CUTLER, LLC,                 Case No. 15-13881-FJB

            Debtor
-------------------------------
LYMAN-CUTLER, LLC,

            Plaintiff
v.                                 Adv. Case No. 16-01120
VADIM KAGAN, TATIANA KAGAN,
KAGAN DEVELOPMENT KDC CORP.
and PROEXCAVATION CORP.,
            Defendants
-------------------------------
   30(b)(6) DEPOSITION of KAGAN DEVELOPMENT KDC CORP.
         30(b)(6) DEPOSITION of PROEXCAVATION
     By DANIEL GERSH and DANIEL GERSH Individually
           Thursday, May 17, 2018, 10:03 a.m.
             O'Connor Carnathan and Mack LLC
            1 Van de Graaff Drive, Suite 104
                Burlington, Massachusetts
         --------- David A. Arsenault, RPR ---------
       daa@fabreporters.com   www.fabreporters.com
               Farmer Arsenault Brock LLC
                  Boston, Massachusetts
                     617-728-4404
```

Daniel Gersh - Vol. 1 - 5/17/2018

20

1  see how it is after just getting laid off again.  My
2  wife and I were thinking about moving as well.  It
3  was just one of those things where he needed help
4  and I was weighing options and possibilities.  It
5  was just kind of seeing how it was.  It was
6  different.  I had been in the corporate world for
7  eight years or whatever it was.  So day to day for a
8  small company with flexibility, tangible operations,
9  real estate, it was something different.  I liked it
10 and still like it.
11     Q.   How are you compensated by KDC?
12     A.   Salary.
13     Q.   Do you get an annual bonus or anything like
14 that?
15     A.   No.
16     Q.   Do you have any equity in any Mr. Kagan's
17 companies?
18     A.   I do not.
19     Q.   Do you hold a position in any of his
20 companies?
21     A.   I'm the CFO of KDC, Kagan Development.
22     Q.   Do you have any position with Proex?
23     A.   No, technically, I do not.  Just a salary
24 from KDC.

Daniel Gersh - Vol. 1 - 5/17/2018

177

1      CERTIFICATE OF COURT REPORTER
2
3
4
5
6           I, David A. Arsenault, Registered
Professional Reporter, do certify that the
7    deposition of DANIEL GERSH, in the matter of
Lyman-Cutler vs. Kagan, et al., on May 17, 2018, was
8    stenographically recorded by me; that the witness
provided satisfactory evidence of identification, as
9    prescribed by Executive Order 455 (03-13) issued by
the Governor of the Commonwealth of Massachusetts,
10   before being sworn by me, a Notary Public in and for
the Commonwealth of Massachusetts; that the
11   transcript produced by me is a true and accurate
record of the proceedings to the best of my ability;
12   that I am neither counsel for, related to, nor
employed by any of the parties to the above action;
13   and further that I am not a relative or employee of
any attorney or counsel employed by the parties
14   thereto, nor financially or otherwise interested in
the outcome of the action.
15
16
17
18   Transcript review was requested of the reporter.
19
20
21
22
23   _____  6.1.18
24   David A. Arsenault, RPR

FARMER ARSENAULT BROCK LLC

# EXHIBIT 16



Kagan Development <kagandevelopment@gmail.com>

## 55 Lyman Road
3 messages

---

**Kagan Development** <kagandevelopment@gmail.com>      Tue, Apr 28, 2015 at 10:02 AM
To: Alex Filippov <alex.filippov@onesimcard.com>

Mr. Filippov,

Per our earlier conversations, we signed the agreement with C21 to put 55 Lyman on the market, as agreed. Please confirm receipt of this email.

Thank you,
Dan


Kagan Development, Corp.
239 Nahanton Street,
Newton, MA 02459
Main: 617-610-1276
Fax:  617-663-6500
E-mail: kagandevelopment@gmail.com
Web-site: www.kagandevelopment.com

---

**Alex Filippov** <alex@ldpost.com>                     Tue, Apr 28, 2015 at 10:03 AM
To: Kagan Development <kagandevelopment@gmail.com>

I confirm.

Thank you

Alex Filippov
[Quoted text hidden]

---

**Kagan Development** <kagandevelopment@gmail.com>      Tue, Apr 28, 2015 at 10:05 AM
To: Alex Filippov <alex@ldpost.com>

Greatly appreciate the quick response. If you have questions during the selling/closing process, please feel free to reach out to me. I will, however, be out of office from this Thursday-Tuesday, just fyi.

Thank you again,
Danya
[Quoted text hidden]

# EXHIBIT 17

•••• Verizon 3G  4:21 PM  ⚲ ✱ 28% 🔋

**New Message**  Cancel

To: Alex Filipov


EXHIBIT
FILIPPOV
22
4-25-18

Text Message
Thu, Apr 23, 2:05 PM

> Hello Alex, This is Tatiana Kagan. Please give me a call. This is regarding 55 Lyman Ed

Tue, Apr 28, 9:20 AM


Tatiana_kagan@y

📷  Send

●●●●○ Verizon 3G 4:21 PM 28%

**New Message** Cancel

To: Alex Filipov

regarding 55 Lyman Ed

Tue, Apr 28, 9:20 AM

Tatiana_kagan@yahoo.com

Tue, Apr 28, 11:30 AM

I sent confirming email to Dan

Ok. Thank you

Text Message Send