# EXHIBIT B



File No. 182799

## APPRAISAL OF

A PROPERTY

## LOCATED AT:

88 Cutler Ln
Brookline, MA  02467

## CLIENT:

O'Connor, Carnathan and Mack
1 Van de Graaff Drive #104
Burlington, MA 01803

## AS OF:

January 29, 2016

## BY:

Morgan Fennell
C.G.R.E.A. #75272

44 Trapelo Road, Belmont, MA  02478    (617) 489-2003    Fax (617) 489-2033

The Appraisers Group

## Residential Appraisal Report

File No. 182799

The purpose of this appraisal report is to provide the client with a credible opinion of the defined value of the subject property, given the intended use of the appraisal.

**PURPOSE**

| | |
|---|---|
| Client Name/Intended User O'Connor, Carnathan and Mack | E-mail |
| Client Address 1 Van de Graaff Drive #104 | City Burlington    State MA    Zip 01803 |
| Additional Intended User(s) Any duly authorized representatives of the client. | |

Intended Use To assist with pending litigation.

**SUBJECT**

| | |
|---|---|
| Property Address 88 Cutler Ln | City Brookline    State MA    Zip 02467 |
| Owner of Public Record Olga Zheleznyak | County Norfolk |
| Legal Description Book 33823, Page 506, Dated 1/29/2016 | |
| Assessor's Parcel # 437-27-02; 2016 Assessment of $4,839,500 | Tax Year 2016    R.E. Taxes $ 50,428.00 |
| Neighborhood Name Chestnut Hill | Map Reference MSA# 14454    Census Tract 4011.00 |
| Property Rights Appraised [X] Fee Simple  [ ] Leasehold  [ ] Other (describe) | |
| My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal. | |
| Prior Sale/Transfer: Date 1/29/2016    Price 4,400,000    Source(s) Norfolk Registry of Deeds | |
| Analysis of prior sale or transfer history of the subject property (and comparable sales, if applicable)    See Attached Addendum | |

**SALES HISTORY**

Offerings, options and contracts as of the effective date of the appraisal    None

**NEIGHBORHOOD**

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|
| Location [ ] Urban [X] Suburban [ ] Rural | | | Property Values [ ] Increasing [X] Stable [ ] Declining | | | PRICE | AGE | | One-Unit | 85 % |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | | | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | | | $(000) | (yrs) | | 2-4 Unit | 5 % |
| Growth [ ] Rapid [X] Stable [ ] Slow | | | Marketing Time [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | | | 635 Low | 2 | | Multi-Family | 5 % |
| Neighborhood Boundaries The subject neighborhood is bound by Rt. 9 to the north, The Country | | | | | | 13,500 High | 135 | | Commercial | 5 % |
| Club and West Roxbury Pkwy to the south, Lee St. to the east and Hammond St. to the west. | | | | | | 1,950 Pred. | 90 | | Other | % |

Neighborhood Description    See Attached Addendum

Market Conditions (including support for the above conclusions)    See Attached Addendum

**SITE**

| | | | |
|---|---|---|---|
| Dimensions 323.25 Front feet along Cutler Ln | Area 33908 sf | Shape Irregular | View Residential |
| Specific Zoning Classification S-25/Residential SF | Zoning Description Minimum: Lot Size, 25,000 sf; Maximum FAR, .2 | | |
| Zoning Compliance [X] Legal  [ ] Legal Nonconforming (Grandfathered Use)  [ ] No Zoning  [ ] Illegal (describe) See attached addendum | | | |
| Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes  [ ] No   If No, describe. See Attached | | | |
| Addendum | | | |

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street paved | [X] | |
| Gas | [X] | | Sanitary Sewer | [X] | | Alley none | | |

Site Comments    See Attached Addendum

**IMPROVEMENTS**

| GENERAL DESCRIPTION | | FOUNDATION | | EXTERIOR DESCRIPTION | materials | INTERIOR | materials |
|---|---|---|---|---|---|---|---|
| Units [X] One [ ] One w/Acc. unit | | [ ] Concrete Slab [ ] Crawl Space | | Foundation Walls | Concrete/good | Floors | Wood/tile/good |
| # of Stories 2 | | [X] Full Basement [ ] Partial Basement | | Exterior Walls | Wood/good | Walls | Drywall/good |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | | Basement Area 3458 sq. ft. | | Roof Surface | AsphShing/good | Trim/Finish | Wood/good |
| [X] Existing [ ] Proposed [ ] Under Const. | | Basement Finish 0 % | | Gutters & Downspouts | Metal/good | Bath Floor | Tile/good |
| Design (Style) Colonial | | [X] Outside Entry/Exit [ ] Sump Pump | | Window Type | Double hung/good | Bath Wainscot | Tile/dry/good |
| Year Built 2013 | | | | Storm Sash/Insulated | Double pane/good | Car Storage | [ ] None |
| Effective Age (Yrs) 0 | | | | Screens | Yes/good | [X] Driveway # of Cars 3 |
| Attic [ ] None | | Heating [X] FWA [ ] HW [ ] Radiant | Amenities | [ ] WoodStove(s) # 0 | Driveway Surface Asphalt |
| [X] Drop Stair [ ] Stairs | | [ ] Other [ ] Fuel gas | | [X] Fireplace(s) # 3 | [ ] Fence None | [X] Garage # of Cars 3 |
| [ ] Floor [ ] Scuttle | | Cooling [X] Central Air Conditioning | | [X] Patio/Deck Patio | [X] Porch Open | [ ] Carport # of Cars 0 |
| [ ] Finished [ ] Heated | | [ ] Individual [ ] Other | | [ ] Pool None | [ ] Other None | [X] Att. [ ] Det. [ ] Built-in |
| Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [X] Washer/Dryer [ ] Other (describe) | | | | | | | |
| Finished area above grade contains: 12 Rooms    6 Bedrooms    6.5 Bath(s)    6,791 Square Feet of Gross Living Area Above Grade | | | | | | | |

Additional Features The subject property featured high-end finishes throughout both the first and second floors.

Comments on the Improvements    See Attached Addendum

This form Copyright © 2005-2016 ACI, a First American Company. All Rights Reserved.
&jPAR™) General Purpose Appraisal Report  5/2014
GPARNMM_14 05/05/2016


gpar™

The Appraisers Group

## Residential Appraisal Report

File No. 182799

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 88 Cutler Ln<br>Brookline, MA 02467 | 50 Lyman Rd<br>Brookline, MA 02467 | | 10 Lyman Rd<br>Brookline, MA 02467 | | 407 Warren St<br>Brookline, MA 02445 | |
| Proximity to Subject | | 0.06 miles SE | | 0.15 miles SE | | 0.44 miles SE | |
| Sale Price | $ | | $ 5,641,047 | | $ 5,000,000 | | $ 5,686,100 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 837.07 sq. ft. | | $ 815.13 sq. ft. | | $ 775.73 sq. ft. | |
| Data Source(s) | | MLSPIN/DOM 5 | | MLSPIN/DOM 289 | | MLSPIN/DOM 408 | |
| Verification Source(s) | | Assessor records/exterior view | | Assessor records/exterior view | | Assessor records/exterior view | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | Conventional | | Conventional | | Conventional | |
| Concessions | | 0 | | 0 | | 0 | |
| Date of Sale/Time | | 5/19/2015 | | 5/19/2015 | | 9/18/2015 | |
| Location | Suburban | Suburban | | Inferior | 125,000 | Suburban | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 33908 sf | 33712 sf | | 40098 sf | | 1.24 ac | -150,000 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Colonial | Colonial | | Colonial | | Colonial | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Actual Age | 3 | 2 | | 3 | | 3 | |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 12 / 6 / 6.5 | 12 / 6 / 7 | -12,500 | 11 / 6 / 7 | -12,500 | 11 / 6 / 6 | +12,500 |
| Gross Living Area | 150.00 6,791 sq. ft. | 6,739 sq. ft. | 0 | 6,134 sq. ft. | 98,600 | 7,330 sq. ft. | -80,900 |
| Basement & Finished | Full | Full | | Full | | Full | |
| Rooms Below Grade | Unfinished | Unfinished | | Unfinished | | 1RRm | -25,000 |
| Functional Utility | Typical | Typical | | Typical | | Typical | |
| Heating/Cooling | Central/CAC | Central/CAC | | Central/CAC | | Central/CAC | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 3 Car Garage | 3 Car Garage | | 3 Car Garage | | 3 Car Garage | |
| Porch/Patio/Deck | Porch/patio/balc | 2 Patios | +5,000 | Patio/outdrFP | +5,000 | Patio/balcony | +5,000 |
| Kitchen condition | Professional | Professional | | Professional | | Professional | |
| Fireplaces | 3 Fireplaces | 3 Fireplaces | | 3 Fireplaces | | 3 Fireplaces | |
| Appeal | See Comments | Superior | -141,026 | Superior | -125,000 | Superior | -142,153 |
| Net Adjustment (Total) | | ☐ + ☒ - $ | 148,526 | ☒ + ☐ - $ | 91,100 | ☐ + ☒ - $ | 380,553 |
| Adjusted Sale Price | | Net Adj. -2.6% | | Net Adj. 1.8% | | Net Adj. -6.7% | |
| of Comparables | | Gross Adj. 2.8% $ | 5,492,521 | Gross Adj. 7.3% $ | 5,091,100 | Gross Adj. 7.3% $ | 5,305,547 |

Summary of Sales Comparison Approach

<br>
<br>
<br>
<br>
<br>

**COST APPROACH TO VALUE**

Site Value Comments

| | | | | |
|---|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | | OPINION OF SITE VALUE ................................. = $ | | |
| Source of cost data | | Dwelling Sq. Ft. @ $ ............. = $ | | |
| Quality rating from cost service | Effective date of cost data | Sq. Ft. @ $ ............. = $ | | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | | |
| The cost approach was not developed as most buyers of single | | Garage/Carport 710 Sq. Ft. @ $ ............. = $ | | 0 |
| family homes in the market do not rely upon this valuation method. | | Total Estimate of Cost-New ............. = $ | | 0 |
| | | Less Physical Functional External | | |
| | | Depreciation | = $ ( | 0) |
| | | Depreciated Cost of Improvements ......................... = $ | | 0 |
| | | "As-is" Value of Site Improvements ......................... = $ | | |
| | | INDICATED VALUE BY COST APPROACH ......................... = $ | | 0 |

**INCOME APPROACH TO VALUE**

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM) The Income Approach was not developed as single family homes are not
typically purchased for their income producing capabilities.

Methods and techniques employed: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach ☐ Other:

Discussion of methods and techniques employed, including reason for excluding an approach to value: The best indication of value is represented by the sales
comparison approach, which is most indicative of current market trends. The Income Approach was not developed as single family
homes are not typically purchased for their income producing capabilities. The cost approach was not developed as most buyers of
single family homes in the market do not rely upon this valuation method.

Reconciliation comments: See attached addendum

Based on the scope of work, assumptions, limiting conditions and appraiser's certification, my (our) opinion of the defined value of the real property that is
the subject of this report as of  January 29, 2016 , which is the effective date of this appraisal, is:
☒ Single point $ 5,100,000  ☐ Range $ _____ to $ _____  ☐ Greater than  ☐ Less than $ _____
This appraisal is made ☒ "as is," ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,
☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed  ☐ subject to the following:



This form Copyright © 2005-2014 ACI, a First American Company. All Rights Reserved.
(gPAR™) General Purpose Appraisal Report  7/2014
GPARSML14  07202006

The Appraisers Group

## Residential Appraisal Report

File No. 182799

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 88 Cutler Ln Brookline, MA 02467 | 48 Laurel Rd Chestnut Hill, MA 02467 | | | | | |
| Proximity to Subject | | 1.14 miles SW | | | | | |
| Sale Price | $ | | 5,200,000 | $ | | $ | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 841.70 sq. ft. | | $ 0.00 sq. ft. | | $ sq. ft. | |
| Data Source(s) | | MLSPIN/DOM 5 | | | | | |
| Verification Source(s) | | Assessor records/exterior view | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | Conventional | | | | | |
| Concessions | | 0 | | | | | |
| Date of Sale/Time | | 11/17/2014 | | | | | |
| Location | Suburban | Suburban | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 33908 sf | 28045 sf | | | | | |
| View | Residential | Residential | | | | | |
| Design (Style) | Colonial | Colonial | | | | | |
| Quality of Construction | Good | Good | | | | | |
| Actual Age | 3 | 3 | | | | | |
| Condition | Very Good | Very Good | | | | | |
| Above Grade | Total 12 Bdrms 6 Baths 6.5 | Total 11 Bdrms 5 Baths 5.5 | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | | | +25,000 | | | | |
| Gross Living Area 150,00 | 6,791 sq. ft. | 6,178 sq. ft. | 92,000 | sq. ft. | | sq. ft. | |
| Basement & Finished | Full | Full | | | | | |
| Rooms Below Grade | Unfinished | 1BR1FBa1HBa | -62,500 | | | | |
| Functional Utility | Typical | Typical | | | | | |
| Heating/Cooling | Central/CAC | Central/CAC | | | | | |
| Energy Efficient Items | None | None | | | | | |
| Garage/Carport | 3 Car Garage | 3 Car Garage | | | | | |
| Porch/Patio/Deck | Porch/patio/balc | Patio | +10,000 | | | | |
| Kitchen condition | Professional | Professional | | | | | |
| Fireplaces | 3 Fireplaces | 2 Fireplaces | +5,000 | | | | |
| Appeal | See Comments | Superior | -130,000 | | | | |
| Net Adjustment (Total) | | [ ]+ [X]- $ | 60,500 | [X]+ [ ]- $ | 0 | [ ]+ [ ]- $ | |
| Adjusted Sale Price | | Net Adj. -1.2% | | Net Adj. 0.0% | | Net Adj. % | |
| of Comparables | | Gross Adj. 6.2% $ | 5,139,500 | Gross Adj. 0.0% $ | 0 | Gross Adj. % $ | |

Summary of Sales Comparison Approach

SALES COMPARISON APPROACH

This form Copyright © 2005-2016 ACI, a First American Company. All Rights Reserved.
(gPAR™) General Purpose Appraisal Report 5/2014
GPARMAM_14 07262016



The Appraisers Group
**Residential Appraisal Report**                                        File No. 182799

### Scope of Work, Assumptions and Limiting Conditions

Scope of work is defined in the Uniform Standards of Professional Appraisal Practice as " the type and extent of research and analyses in an assignment." In short, scope of work is simply what the appraiser did and did not do during the course of the assignment. It includes, but is not limited to: the extent to which the property is identified and inspected, the type and extent of data researched, the type and extent of analyses applied to arrive at opinions or conclusions.

The scope of this appraisal and ensuing discussion in this report are specific to the needs of the client, other identified intended users and the intended use of the report. This report was prepared for the sole and exclusive use of the client and other identified intended users for the identified intended use and its use by any other parties is prohibited. The appraiser is not responsible for unauthorized use of the report.

The appraiser's certification appearing in this appraisal report is subject to the following conditions and to such other specific conditions as are set forth by the appraiser in the report. All extraordinary assumptions and hypothetical conditions are stated in the report and might have affected the assignment results.

1. The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable. The property is appraised as though under responsible ownership.

2. Any sketch in this report may show approximate dimensions and is included only to assist the reader in visualizing the property. The appraiser has made no survey of the property.

3. The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made thereto.

4. Neither all, nor any part of the content of this report, copy or other media thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client and other intended users as identified in this report, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent of the appraiser.

5. The appraiser will not disclose the contents of this appraisal report unless required by applicable law or as specified in the Uniform Standards of Professional Appraisal Practice.

6. Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished to the appraiser is assumed by the appraiser.

7. The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable. The appraiser assumes no responsibility for such conditions, or for engineering or testing, which might be required to discover such factors. This appraisal is not an environmental assessment of the property and should not be considered as such.

8. The appraiser specializes in the valuation of real property and is not a home inspector, building contractor, structural engineer, or similar "expert", unless otherwise noted. The appraiser did not conduct the intensive type of field observations of the kind intended to seek and discover property defects. The viewing of the property and any improvements is for purposes of developing an opinion of the defined value of the property, given the intended use of this assignment. Statements regarding condition are based on surface observations only. The appraiser claims no special expertise regarding issues including, but not limited to: foundation settlement, basement moisture problems, wood destroying (or other) insects, pest infestation, radon gas, lead based paint, mold or environmental issues. Unless otherwise indicated, mechanical systems were not activated or tested.

This appraisal report should not be used to disclose the condition of the property as it relates to the presence/absence of defects. The client is invited and encouraged to employ qualified experts to inspect and address areas of concern. If negative conditions are discovered, the opinion of value may be affected.

**Unless otherwise noted, the appraiser assumes the components that constitute the subject property improvement(s) are fundamentally sound and in working order.**

Any viewing of the property by the appraiser was limited to readily observable areas. Unless otherwise noted, attics and crawl space areas were not accessed. The appraiser did not move furniture, floor coverings or other items that may restrict the viewing of the property.

9. Appraisals involving hypothetical conditions related to completion of new construction, repairs or alteration are based on the assumption that such completion, alteration or repairs will be competently performed.

10. Unless the intended use of this appraisal specifically includes issues of property insurance coverage, this appraisal should not be used for such purposes. Reproduction or Replacement cost figures used in the cost approach are for valuation purposes only, given the intended use of the assignment. The Definition of Value used in this assignment is unlikely to be consistent with the definition of Insurable Value for property insurance coverage/use.

11. The ACI General Purpose Appraisal Report (GPAR™) is not intended for use in transactions that require a Fannie Mae 1004/Freddie Mac 70 form, also known as the Uniform Residential Appraisal Report (URAR).

Additional Comments Related To Scope Of Work, Assumptions and Limiting Conditions



The Appraisers Group
**Residential Appraisal Report**                                    File No. 182799

---

### Appraiser's Certification

The appraiser(s) certifies that, to the best of the appraiser's knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are the appraiser's personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.

4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.

9. Unless noted below, no one provided significant real property appraisal assistance to the appraiser signing this certification. Significant real property appraisal assistance provided by:

**Additional Certifications:**

The appraiser would like to acknowledge Christine Alban who provided assistance in the preparation of this report; assisting in the inspection of the subject and the collection and analysis of data. (MA RE Lic # 75549)

---

Definition of Value:  [X] Market Value    [ ] Other Value:
Source of Definition: Federal Register, vol. 55, no. 163, August 22, 1990, pages 34228 and 34229.

Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised, and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

---

ADDRESS OF THE PROPERTY APPRAISED:
88 Cutler Ln
Brookline, MA  02467
EFFECTIVE DATE OF THE APPRAISAL: January 29, 2016
APPRAISED VALUE OF THE SUBJECT PROPERTY $ 5,100,000

| APPRAISER | SUPERVISORY APPRAISER |
|---|---|
| Signature: *Morgan Fennell* | Signature: |
| Name: Morgan Fennell | Name: |
| Company Name: The Appraisers Group | Company Name: |
| Company Address: 44 Trapelo Road | Company Address: |
| Belmont, MA 02478 | |
| Telephone Number: 617-489-2003 | Telephone Number: |
| Email Address: value@appraisersgroup.com | Email Address: |
| State Certification # C.G.R.E.A. #75272 | State Certification # |
| or License # | or License # |
| or Other (describe): _____ State #: | State: MA |
| State: MA | Expiration Date of Certification or License: |
| Expiration Date of Certification or License: 09/12/2019 | Date of Signature: |
| Date of Signature and Report: 07/30/2018 | Date of Property Viewing: |
| Date of Property Viewing: 2/14/2017 | Degree of property viewing: |
| Degree of property viewing: | [ ] Interior and Exterior  [ ] Exterior Only  [ ] Did not personally view |
| [ ] Interior and Exterior  [X] Exterior Only  [ ] Did not personally view | |



This form Copyright © 2005-2016 ACI, a First American Company. All Rights Reserved.
(gPAR™) General Purpose Appraisal Report  1/2014
GPAR5005_14  09292006

THE APPRAISERS GROUP

**Clarification of Intended Use and Intended User**
The Intended Use is to evaluate the property that is the subject of this appraisal for pending litigation,
subject to the stated Scope of Work and reporting requirements of this appraisal
report form, and the Definition of Market Value. No additional Intended Users are identified by
the appraiser.

**Exposure Time**
The appraiser has estimated an exposure time of less than 90 days for the subject property as of the
effective date of this report.  The exposure time assumes that the property is free of legal
encumbrances and is priced correctly as of the effective date of this report, and was determined by
MLS data, the appraiser's expertise in the local market, and conversations with the local brokers, as
well as the number of days on market of the comparables selected in this report.  Frequently, new
construction like several of the selected Comps, is listed for sale prior to completion, which may lead
to longer marketing times.   The exposure time chosen is deemed reasonable and reliable.  USPAP
defines exposure time as "The estimated length of time that the property interest being appraised
would have been offered on the market prior to the hypothetical consummation of a sale at market
value on the effective date of the appraisal."

**Additional Appraiser Certifications**
I have performed no services, as an appraiser or in any other capacity, regarding the property that is
the subject of this report within the three-year period immediately preceding acceptance of this
assignment.

This report was prepared in accordance with the requirements of the Appraisal Report option of
Uniform Standards of Professional Appraisal Practice and Title XI of the Financial Institutions Reform,
Recovery and Enforcement Act of 1989, as amended (12 U.S.C. 3331et seq.), and any implementing
regulations.
**Prior Sales Comments**
There was no prior sale of the subject in the past three years or of Comparables 1-5 in the previous
12 months.

**Discussion of Property Development History & Bankruptcy**
Based on information provided by the client, the appraiser has summarized the development history,
marketing process and bankruptcy of the subject property below.

-A partnership was formed in November of 2012 between the developer and the investors by way of a
limited liability company, Lyman-Cutler LLC (LCLLC), to build two new single family homes at 55
Lyman Road and 88 Cutler Road.
-As part of this development, the builder agreed to have the new homes completed no later than
March 30, 2014 in an attempt to market the homes during the Spring.
-The homes were not completed by this date and were instead finished in October of 2014, which also
missed the Fall selling market.
-As part of the LLC agreement the homes were to be sold by November 2014.
-The marketing and listing of these homes was handled by the wife of the builder, who is a local real
estate agent.
-The homes were not sold by the agreed upon date. The investors were not provided any information
on the marketing process, how the homes were recieved in the market, or how involved the listing
agent was during this process.
-The builder and investors disagreed on marketing/listing the homes going forward.
-In June of 2015 the builder placed Mechanics Liens on both new homes claiming money owed from
cost overruns.
-In Bankruptcy Court, Lyman-Cutler LLC filed Chapter 11 on 10/7/15

*Based on the appraisers findings in this report, the extended construction period, lack of*
*effective marketing, and legal dispute between the builder and investors significantly impacted*
*the eventual selling price of both new homes. This is reflected in the difference between the*
*appraised value of the subject property and the actual selling price.*

**Neighborhood Description**
The subject Brookline neighborhood known as Chestnut Hill is south of Rt. 9 near The Country Club.
The immediate neighborhood is comprised of a few interlocking streets with estate style properties
similar in size to the subject.  Nearby Rt. 9 amenities, including retail shops and service oriented
businesses are located within approximately 2 miles and are not considered adverse to marketability.
Rt. 9 access is within less than 1 mile and provides a direct route to Boston and points west.  The

nearby Boston hospital district is a significant employment center.  Public transportation to Boston and points west is available via MBTA Greenline within 2 miles.

**Neighborhood Market Conditions**
The following charts display historical and current market activity of high end single family properties in Brookline.  As there were few properties sold at the highest price point of the Brookline market, the appraiser expanded the group of properties to include transfers over $2,000,000.

The first chart shows the current activity for houses listed for sale as of the effective date (1/29/2016) along with the average days on market (DOM) and the median price.  The chart compares year over year listing history on the effective date of the appraisal.  The second chart demonstrates sold activity for single family Brookline properties in the above price range as of the effective date, as compared to the same period one year earlier. The chart includes the total sales, days on market, and median price.

All of the surveys are based on data from the Multiple Listing Service (MLS), as of the effective date of this report (1/29/2016).

| Brookline Single Family Listings | | | |
|---|---|---|---|
| Year | Number of Listings | Avg. Days on Market | Median Asking Price |
| 29-Jan-15 | 26 | 194 | $2,737,500 |
| 29-Jan-16 | 27 | 110 | $2,898,000 |
| Change (%) | 3.8% | -43.3% | 5.9% |

**Active Listings** - The number of single family listings in Brookline on the effective date of this appraisal compared to the same date a year prior increased from 26 to 27, while the average number of days on market declined significantly on a percentage basis.  The median asking price increased from one year to the next.  The increase in listings indicated a more active market and sellers were recognizing this trend. The decrease in market times illustrates that the buyers were moving much more quickly to purchase homes during 2016 than in 2015. The near term market for Brookline properties in the subject price range remained positive and stable overall.

| Brookline Single Family Sales | | | |
|---|---|---|---|
| | Number Sold | Avg. Days on Market | Median Sale Price |
| 1/30/14 - 1/29/15 | 174 | 84 | $1,599,500 |
| 1/30/15 - 1/29/16 | 172 | 72 | $1,605,000 |
| Change (%) | -1.1% | -14.3% | 0.3% |

**Closed Sales** - Year over year, the number of sales remained almost unchanged. The average number of days on market had declined, suggesting continued buyer demand overall.  The median sale price was stable.

**Subject Market History**
The subject property initially was listed for sale on 8/20/2014 for $5,499,999.  On 4/30/2015, the listing was temporarily withdrawn until 5/8/2015, when it was cancelled.  The property was listed for sale again on 5/21/2015 for $5,499,000 until 6/11/2015 when the price was reduced to $4,999,000.  The listing on MLSPIN was withdrawn, cancelled and then put back on the market over the course of the next 11 months until the property went under agreement on 11/16/2015 and finally sold on 1/29/2016 for $4,400,000.

**Highest and Best Use**
The existing use was the highest and best use due to the zoning of the property, neighboring property uses and the dwelling's significant contributory value.

**Site Comments**
The subject site appears to be legally conforming based on its site size and frontage.  The subject parcel of land was subdivided from a larger parcel (formerly known as 77 Lyman Rd.). The site is generally level and has approximately 323 feet of frontage along Cutler Ln. and Lyman Rd.

The property has a granite front walk and is landscaped with trees and shrubs along Lyman Rd. and the other property lines.  The foundation walls of the garage and dwelling are landscaped with smaller shrubs and plantings. At the back of the property is a large granite patio.

**Quality and Condition of Property**
The appraiser was unable to gain access to the property for inspection.  Observations of the exterior facade and the front yard were made from the street, however the three other sides of the home and

the back yard were not visible.  The appraiser relied on the followingsources:

1- Assessor records
2- Subect MLS listing sheet, including interior photographs
3- Google Maps to confirm exterior attributes.

The subject property is a two story wood clapboard and brick colonial style home with a three car attached garage.  The roof is asphalt shingle.  The property has high end thermopane windows, metal downspouts and gutters and a concrete foundation.

The property features 12 rooms, 6 bedrooms and 6.5 bathrooms.  The first floor includes a dining room, living room, library, office, family room, kitchen, mud room and a bedroom with an ensuite full bathroom.  The kitchen includes high end, professional grade appliances, custom cabinetry, hardwood floors and marble counter tops.  Most ceilings throughout the first floor are tray with ambient lighting or coffered.  The library is wood panelled and features a built in wall unit on one side.  The mud room features built in benches and cubby style storage.

The second floor includes 5 additional bedrooms each with ensuite bathrooms.  The master bedroom includes high end custom closet storage systems.

**Based on public information, pictures from the subject's MLS listing as well as other real estate websites, the overall quality, condition, floor plans and amenities were considered high end construction and market accepted in the Brookline Market as of the effective date of this report.  Assessor records and MLS floorplans were used to develop the sketch of the property contained in this report.**

**Appeal & Marketability**
The subject property is located in a neighborhood comprised of mostly large colonial, estate style properties.  The neighborhood affords easy access to Chestnut Hill amenities (public transportation, retail stores and restaurants) which is considered desirable by buyers, as well as The Country Club and several prestigious area private schools.  Marketing times for new properties in the subject's neighborhood ranges from under 30 days to over one year, depending on when the property was listed for sale (during construction or after completion).

Overall, the subject property was in good condition and was of good construction quality at the time of sale.  If the subject were placed on the market fully completed and in new condition like at the time of sale, and priced correctly, it would appeal to buyers within this price range and likely would sell in 90 days or less, if unencumbered by bankruptcy proceedings.

**Comments on Sales Comparison**
The appraiser analyzed the Brookline real estate market as of the date of sale for comparable closed and pending sales as well as active listings that were most similar to the subject property.  Sources for this analysis included Multiple Listing Service and Assessor records as well as conversations with real estate agents.  The appraiser searched for suitable sales as far back as 12-18 months prior to the appraisal date and notes that there were several comparable properties available from which to choose.  The appraiser also selected one sale that 5 months after the effective date of this report as there is no indication of a change in market conditions from the date of sale of the subject to the date of sale of Comp 4.

The appraiser selected 5 closed sales that were most similar in design, style and/or location to the subject.  All comparables are similar to the subject in size and appeal, and al were high quality, new construction at the time of sale.  The appraiser attempted to confirm all sales with at least one agent involved in the transaction and was able to reach most of the agents.  All other data was verified through public records, including assessor data and deeds.

It should be noted that several of the comparables in this report were listed for sale while under construction, leading to their longer marketing times.

**Sale #1 - 50 Lyman Rd**
This property was listed for sale on 9/22/2014 for $5,500,000, and had an accepted offer of $5,641,047 within 5 days.  The property sold on 5/18/2015, approximately 8 months after being listed for sale.

The site size is comparable to that of the subject and is unadjusted.  The property, located across the

street from the subject, had finishes comparable to those of the subject and was of comparable quality of construction.  Like the subject, the property does not have any finished basement space or any finished third floor space.

**Sale #2 - 10 Lyman Rd**
This property, located on the same street as the subject, on the corner of Heath St. and Lyman Rd., was listed for sale on 6/24/2014 for $5,250,000.  The property had an accepted offer on 7/23/2015 and was on the market for a total of 289 days before going under agreement on 8/7/2015.  It sold 21 days later for $5,000,000.  The property had been listed for sale prior to completion.

The location of this property on the corner of Lyman Rd. and busier Heath St. is inferior to that of the subject and is adjusted upward 2.5%.

At the time of sale, the property was comparable to the subject in condition and quality of construction.  The design/style of the home, including the layout and interior finishes, according to the agent, may have played a role in its lower sale price.  This property also did not have any finished basement or third floor space.  The site size, just under an acre, is unadjusted as the difference of approximately 7,000 sf is nominal.

**Sale #3 - 407 Warren St**
This property, listed for sale on 6/10/2014 for $6,200,000 had an accepted offer after 408 days on the market.  The asking price was reduced twice, first to $5,999,900 on 10/16/2014 and then again on 6/1/2015 to $5,750,000.  The property went under agreement within 30 days of the last price reduction and sold on 9/18/2015.  This property also had been listed for sale prior to completion.

This property's superior site size, approximately a half acre larger than the subject, is adjusted downward $125,000.  The property, also new construction, was comparable to the subject property in condition and construction quality.

**Sale #4 - 48 Laurel Rd**
48 Laurel Rd was listed for sale on 10/16/2014 for $5,500,000 and had an accepted offer within 5 days.  The property went under agreement on 10/21/2014 and sold on 11/17/2014 for $5,200,000.

Although located outside of the subject's immediate neighborhood, this property is located in a comparable area of Chestnut Hill.  This comparable's site size, just +/-5,000 sf smaller than the subject's site, is unadjusted as the difference in size is nominal.  The property, like the subject, was new at the time of sale and had comparable finishes.

All adjustments are rounded to the nearest $100.

**Adjustments**

Gross Living Area: differences are adjusted $150 per square foot.  The subject's GLA of 6,791 sf is taken from Assessor records as the appraiser was unable to measure the subject property.

Full Bathroom: adjustment is $25,000 per bathroom; half bathroom adjustment is $12,500.

Finished Basement: Below grade Room adjustment is $25,000 per room, $25,000 per full bathroom and $12,500 per half bathroom.

Porch/Patio/Deck/Outdoor Fireplace: adjustment is $5,000 per amenity.

Fireplace: adjustment is $5,000 per unit.

All Comps were weighted in the determination of value.

Appeal:
The appraiser has applied a downward adjustment of 2.5% to all comparables for greater appeal. The subject, and the abutting property at 55 Lyman Road, are identical homes. While they have some exterior differences in paint color and shingle style, the homes are virtually identical in size, floor plan and shape. Buyers in this price range often want customized homes, which stand out from other homes in the area. Having an identical home directly next door reduces the customized nature and appeal of the subject.

All Comps were weighted in the determination of value. The appraiser has trended toward the lower

end of the range. Sale #2 was built by the same developer and is a smaller home. The appraiser has reconciled to the value opinion above the adjusted value of sale #2.

**Test of Resonabiness**

As a test of reasonabiness for the appraisers opinion of value, I have analyzed all sales which transfered in Brookline from the beginning of 2012 through current. I narrowed the focus to homes which were built after 2010 and sold for over $4,000,000. This criteria best reflects homes which compete directly with the subject property. Through this analysis, I was able to locate 9 sales of new, or newer, high-end properties in the subject community. I analyzed these sales on a price per square foot basis. Below are my findings:

| No. | Address | Sale Date | Sale Price | GLA | Lot Size | $/sq. ft. |
|---|---|---|---|---|---|---|
| 1 | 113 Heath Street | 7/23/2012 | $4,375,000 | 5961 | 40118 | $733.94 |
| 2 | 10 Lyman Road | 5/19/2015 | $5,000,000 | 6134 | 40098 | $815.13 |
| 3 | 48 Laurel Sroad | 11/17/2014 | $5,200,000 | 6178 | 28054 | $841.70 |
| 4 | 21 Cedar Road | 6/30/2016 | $5,500,000 | 6006 | 27854 | $915.75 |
| 5 | 50 Lyman Road | 5/19/2015 | $5,641,047 | 6739 | 33712 | $837.07 |
| 6 | 407 Warren Street | 9/18/2015 | $5,686,100 | 7330 | 54188 | $775.73 |
| 7 | 50 Yarmouth Road | 12/29/2014 | $5,988,000 | 6750 | 42055 | $887.11 |
| 8 | 33 Sagent Beechwood | 5/15/2014 | $4,600,000 | 5958 | 40163 | $772.07 |
| 9 | 33 Lyman Road | Active | $5,380,000 | 6044 | 30000 | $890.14 |
|  |  |  |  |  |  |  |
|  | High | 6/30/2016 | $5,988,000 | 7330 | 54188 | $915.75 |
|  | Median | 3/9/2015 | $5,380,000 | 6134 | 40098 | **$837.07** |
|  | Low | 7/23/2012 | $4,375,000 | 5958 | 27854 | $733.94 |
|  |  |  |  |  |  |  |
|  | **88 Cutler Lane** | **1/29/2016** | **$4,400,000** | **6791** | **33908** | **$647.92** |

The gross living area figures cited reflect above-grade living area. Several of the homes were sold with finished basement space, which would affect the price per square foot if included. That said, the analysis indicates that the subject's selling price of $647.92 per square foot is approximately 29% lower than the median selling price of the 9 comparable sales. It should be noted that comparable #2 and #7 were sold by the same builder as the subject property. Both of these sales transferred at above $800 per square foot. While a price per square foot analysis in the subject market does not account for specific differences between properties, it provides general trend lines and a reasonable methodology for a credible opinion of value.

Based on this analysis, and assuming the subject property is relatively similar to the comparable sales in overall quality and appeal, it appears to have sold significantly below other competative properties in the immediate market.

FLOORPLAN SKETCH

File No. 182799



DIMENSIONS ADDENDUM

File No. 182799

| GROSS BUILDING AREA (GBA) | | 6,791 |
|---|---|---|
| GROSS LIVING AREA (GLA) | | 6,791 |

| Area(s) | Area | % of GLA | % of GBA |
|---|---|---|---|
| Living | 6,791 | | 100.00 |
| Level 1 | 3,458 | 50.92 | 50.92 |
| Level 2 | 3,334 | 49.09 | 49.09 |
| Level 3 | 0 | 0.00 | 0.00 |
| Other | | 0.00 | 0.00 |
| | GBA | | |
| Basement | ☐ | | |
| Garage | ☐ | 710 | |

## Area Measurements / Area Type

| Measurements | Factor | Total | Level 1 | Level 2 | Level 3 | Other | Bsmt. | Garage |
|---|---|---|---|---|---|---|---|---|
| 2.00 x 13.00 | 1.00 | 26.00 | X | | | | | |
| 34.50 x 12.00 | 1.00 | 414.00 | X | | | | | |
| 5.00 x 9.00 | 1.00 | 45.00 | X | | | | | |
| 4.50 x 8.00 | 1.00 | 36.00 | X | | | | | |
| 16.00 x 18.00 | 0.50 | 144.00 | X | | | | | |
| 13.00 x 16.00 | 0.50 | 104.00 | X | | | | | |
| 4.60 x 7.50 | 0.38 | 13.19 | X | | | | | |
| 8.00 x 10.30 | 0.32 | 26.00 | X | | | | | |
| 7.60 x 11.00 | 0.50 | 41.67 | X | | | | | |
| 4.90 x 3.00 | 0.35 | 5.25 | X | | | | | |
| 9.00 x 1.90 | 0.50 | 8.40 | X | | | | | |
| 2.00 x 12.00 | 0.50 | 12.00 | X | | | | | |
| 3.00 x 18.00 | 0.50 | 27.00 | X | | | | | |
| 5.00 x 30.40 | 0.49 | 75.00 | X | | | | | |
| 20.60 x 7.40 | 0.49 | 74.75 | X | | | | | |
| 4.50 x 12.30 | 0.36 | 19.89 | X | | | | | |
| 4.40 x 13.40 | 0.41 | 24.33 | X | | | | | |
| 13.00 x 5.20 | 0.29 | 19.50 | X | | | | | |
| 17.50 x 21.70 | 0.49 | 186.90 | X | | | | | |
| 16.30 x 5.80 | 0.11 | 10.58 | X | | | | | |
| 1.90 x 24.10 | 0.29 | 13.28 | X | | | | | |
| 15.80 x 7.30 | 0.20 | 23.07 | X | | | | | |
| 20.60 x 22.70 | 0.50 | 232.85 | X | | | | | |
| 9.50 x 20.40 | 0.16 | 30.67 | X | | | | | |
| 25.50 x 29.60 | 0.50 | 376.04 | X | | | | | |
| 30.40 x 2.30 | 0.28 | 19.40 | X | | | | | |
| 22.00 x 32.20 | 0.49 | 346.71 | X | | | | | |
| 31.60 x 25.60 | 0.50 | 404.45 | X | | | | | |
| 35.10 x 41.00 | 0.45 | 647.01 | X | | | | | |
| 12.60 x 4.00 | 0.47 | 24.00 | X | | | | | |
| 0.10 x 9.00 | 0.50 | 0.60 | X | | | | | |
| 10.30 x 6.50 | 0.39 | 26.00 | X | | | | | |
| 2.00 x 13.00 | 1.00 | 26.00 | | X | | | | |
| 4.30 x 8.00 | 1.00 | 34.22 | | X | | | | |
| 3.00 x 9.00 | 1.00 | 27.00 | | X | | | | |
| 36.00 x 1.00 | 0.50 | 18.00 | | X | | | | |
| 13.00 x 16.00 | 0.50 | 104.00 | | X | | | | |
| 13.00 x 5.20 | 0.29 | 19.50 | | X | | | | |
| 8.00 x 10.30 | 0.32 | 26.00 | | X | | | | |
| 7.60 x 11.00 | 0.50 | 41.67 | | X | | | | |
| 17.00 x 7.60 | 0.50 | 64.22 | | X | | | | |
| 3.40 x 13.40 | 0.41 | 18.83 | | X | | | | |
| 4.50 x 12.30 | 0.36 | 19.89 | | X | | | | |
| 15.80 x 7.40 | 0.29 | 33.38 | | X | | | | |
| 18.00 x 0.50 | 0.50 | 4.50 | | X | | | | |
| x | | | | | | | | |
| 15.60 x 5.80 | 0.09 | 8.18 | | X | | | | |
| 17.50 x 11.00 | 0.49 | 94.71 | | X | | | | |
| 12.00 x 10.00 | 0.50 | 59.76 | | X | | | | |
| 21.10 x 8.40 | 0.46 | 81.28 | | X | | | | |
| 21.30 x 22.40 | 0.49 | 235.83 | | X | | | | |
| 32.80 x 8.00 | 0.50 | 131.05 | | X | | | | |
| 28.50 x 15.60 | 0.32 | 142.01 | | X | | | | |

## Additional Dimensions

| Area Measurements | | | | Area Type | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Measurements | | Factor | Total | Level 1 | Level 2 | Level 3 | Other | Bsmt. | Garage |
| 54.00 x 11.80 | x | 0.50 | = 317.96 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 25.70 x 4.50 | x | 0.37 | = 43.18 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 10.00 x 28.80 | x | 0.37 | = 107.15 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 41.70 x 33.50 | x | 0.50 | = 698.99 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 55.60 x 36.30 | x | 0.46 | = 931.67 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 0.20 x 8.00 | x | 0.50 | = 0.89 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 10.30 x 6.50 | x | 0.39 | = 26.00 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 4.00 x 9.80 | x | 0.46 | = 18.00 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 6.50 x 21.00 | x | 0.50 | = 68.25 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| 6.00 x 11.00 | x | 0.50 | = 33.00 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| 5.50 x 3.50 | x | 0.50 | = 9.68 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| 6.40 x 5.00 | x | 0.31 | = 9.83 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| 12.50 x 15.40 | x | 0.43 | = 83.00 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| 22.00 x 22.00 | x | 0.48 | = 231.00 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| 3.90 x 1.70 | x | 0.07 | = 0.49 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| 26.10 x 21.00 | x | 0.30 | = 162.75 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| 5.60 x 11.10 | x | 0.50 | = 30.90 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| 15.50 x 14.10 | x | 0.37 | = 81.12 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

LOCATION MAP

File No. 182799



AERIAL MAP

File No.  182799



FLOOD MAP

File No. 182799



**FLOOD INFORMATION**

Community: Town of Brookline
Property is NOT in a FEMA Special Flood Hazard Area
Map Number: 25021C0034E
Panel: 0034E
Zone: X
Map Date: 07-17-2012
FIPS: 25021
Source: FEMA DFIRM

**LEGEND**

▨ = FEMA Special Flood Hazard Area - High Risk

▨ = Moderate and Minimal Risk Areas

Road View:

▨ = Forest    ▨ = Water

**Sky Flood™**

No representations or warranties to any party concerning the content, accuracy or completeness of this flood report, including any warranty of merchantability or fitness for a particular purpose is implied or provided. Visual scaling factors differ between map layers and are separate from flood zone information at marker location. No liability is accepted to any third party for any use or misuse of this flood map or its data.

44 Trapelo Road, Belmont, MA  02478    (617) 489-2003    Fax (617) 489-2033

SUBJECT PROPERTY PHOTO ADDENDUM

File No. 182799



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date: January 29, 2016
Appraised Value: $ 5,100,000



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE**



Interior photos from online sources

File No.  182799



Living room and sitting area



Office



Library



Kitchen



Master bedroom



Master bathroom

Interior photos from online sources

File No.  182799



Second floor room



Foyer



Butler's pantry with view to dining room



Mud room



Master bathroom shower stall



Second floor sitting area with balcony access

File No. 182799

Interior photos from online sources



Custom master bedroom closet system

File No. 182799



**COMPARABLE SALE #1**

50 Lyman Rd
Brookline, MA 02467
Sale Date: 5/19/2015
Sale Price: $ 5,641,047



**COMPARABLE SALE #2**

10 Lyman Rd
Brookline, MA 02467
Sale Date: 5/19/2015
Sale Price: $ 5,000,000



**COMPARABLE SALE #3**

407 Warren St
Brookline, MA 02445
Sale Date: 9/18/2015
Sale Price: $ 5,686,100



COMPARABLE PROPERTY PHOTO ADDENDUM

File No. 182799



**COMPARABLE SALE #4**

48 Laurel Rd
Chestnut Hill, MA 02467
Sale Date: 11/17/2014
Sale Price: $ 5,200,000

**COMPARABLE SALE #5**

Sale Date:
Sale Price: $

**COMPARABLE SALE #6**

Sale Date:
Sale Price: $



Subject Deed

File No. 182799

Bk 33823 Ps506    $9048
01-29-2016 a 12:09p

### TRUSTEE'S DEED

I, David B. Madoff, c/o Madoff & Khoury LLP, 124 Washington Street, Suite 202, Foxborough, MA 02035, the Chapter 7 Trustee of Lyman-Cutler, LLC, the Debtor in *In re Lyman-Cutler, LLC*, Chapter 7 Case No. 15-13881-FJB, pending in the United States Bankruptcy Court for the District of Massachusetts, pursuant to the Trustee's Motion for Authority to Sell Assets Free and Clear By Private Sale [88 Cutler Lane, Chestnut Hill, MA], and an Order approving same, a certified copy of which is attached hereto, for consideration of Four Million Four Hundred Thousand and 00/100 Dollars ($4,400,000.00), grants to Olga Zheleznyak, of 88 Cutler Lane, Brookline (Chestnut Hill), Massachusetts,

#### WITH QUITCLAIM COVENANTS,

The land with buildings and improvements thereon, presently numbered 88 Cutler Lane in Brookline, Norfolk County Massachusetts, being shown as Lot 33-A on a plan entitled, "77 Lyman Road, Brookline, MA, scale 1" = 20'," dated 5/24/13 by Peter Nolan & Associates LLC, which Plan is recorded as Plan 33 of 2013 in Plan Book 623.

Said lot contains 33,908+/- square feet according to said Plan.

Being a portion of the premises conveyed to Lyman-Cutler, LLC, by deed of James A. Swartz and Joan E. Swartz Siff, as Trustee of the Freedom Trust, dated December 13, 2012, and recorded in the Norfolk County Registry of Deeds in Book 30866, Page 40. See also deed of Edward M. Swartz dated August 6, 1998 and recorded in said Registry in Book 13087 Page 355.

Executed this 05th day of January, 2016.



David B. Madoff, Trustee of Lyman-Cutler, LLC

MASSACHUSETTS STATE EXCISE TAX
Norfolk Registry of Deeds
Date: 01-29-2016 a 12:09pm
Ct181 875        Doc#: 9048
Fee: $20,064.00 Cons: $4,400,000.00

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, SS                                    January 25, 2016

On this 05th day of January, 2016, before me, the undersigned notary public, personally appeared David B. Madoff, Trustee for Lyman-Cutler, LLC, proved to me through satisfactory evidence of identification, which was a Rhode Island driver's license, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

RECEIVED AND RECORDED
NORFOLK COUNTY
REGISTRY OF DEEDS



Steffani M.P Nicholson

Assessor property record card

File No. 182799

Brookline Assessors Property Database · www.brooklinema.gov/assessors                    Page 1 of 1

 Town of Brookline, MA           Residential Property Record Card          [Print]  FY 2017

New Search

| Parcel ID | Location | State Class | |
|---|---|---|---|
| 437-27-02 | 88 CUTLER LN | 101 ONE FAMILY HOUSE | 101 Neighborhood Information |

**Owner Information**
THE CUTLER LANE LLC
101 SOUTH MAIN AVE SUITE 310
SIOUX FALLS , SD   57104

**Deed Information**
Legal Ref.: 34110/104          Land Area: 33,908
Sale Date: 5/24/2016          Sale Price: $1

**Dwelling Information**
| | |
|---|---|
| Class Code: | 101 |
| Occupancy: | 1 |
| Stories: | 2 |
| Rooms: | 16 |
| Bedrooms: | 6 |
| Overall Condition: | Excellent |
| Grade: | GOOD-V-GOOD |
| Fireplaces: | 3 |
| Extra Kitchens: | 0 |
| Kitchen Quality: | MODERN |
| Full Baths: | 6 |
| Half Baths: | 1 |
| Bath Quality: | MODERN |
| Air Conditioning: | YES |
| Living Area: | 6,791 |
| Finished Basement: | |
| -Finished Basement is not included in Living Area. | |
| Fn Basement Grade: | |
| Attached Garage: | 710 |
| Basement Garage: | 0 |
| Year Built: | 2013 |

**Property Picture**

**Building Sketch**

**History**
FY 2016: $ 4,839,500
FY 2015: $ 2,703,400
FY 2014: $ 3,408,000
FY 2013: $ 3,240,400
FY 2012: $ 3,240,400
FY 2011: $ 3,214,900
FY 2010: $ 3,214,900
FY 2009: $ 3,215,700
FY 2008: $ 3,309,700
FY 2007: $ 3,447,600

**Valuation/Taxes**
Residential Value 2017: $5,166,800
Residential Exemption: N
FY17 Real Estate Tax: $51,048
FY17 Preliminary 1st Half Tax: $26,222

GIS Viewer
For Maps, Aerial Views, Zoning,
Parks, and Historic Information



Parcel map

File No. 182799



License

File No. 182799

## COMMONWEALTH OF MASSACHUSETTS
## DIVISION OF PROFESSIONAL LICENSURE
BOARD OF
REAL ESTATE APPRAISERS
ISSUES THE FOLLOWING LICENSE
CERT GEN. REAL ESTATE APPRAISER

HUGH M FENNELL
44 LORING ST
WESTWOOD, MA  02090-1418

LICENSEE SIGNATURE

| 75272 | 09/12/2019 | 317287 |
|---|---|---|
| LICENSE NUMBER | EXPIRATION DATE | SERIAL NUMBER |



44 Trapelo Road, Belmont, MA  02478   (617) 489-2003   Fax (617) 489-2033

Appraiser CV

File No. 182799

44 Trapelo Road
Belmont, MA 02478

# The
## APPRAISERS
*Group*

617.489.2003
appraisersgroup.com
*fax* 617.489.2033

### CURRICULUM VITAE
#### *MORGAN FENNELL*
##### MA CERTIFIED GENERAL REAL ESTATE APPRAISER #75272

*Appraisal Experience*

11/00 – Present     **The Appraisers Group**, Belmont, MA
*Vice President / Legal Services*

Manages appraisal services for attorneys and private clients – Responsible for coordinating the residential and commercial staff throughout all aspects of completing a large volume of private work including divorce, estate planning, and tax abatements.

Mr. Fennell's appraisal experience includes the valuation of all types of commercial real estate including industrial, office, retail, multi-family residential, developable land, residential subdivisions, mixed-use property, residential and commercial redevelopments

12/98 – 11/00     **Hippauf & Associates**, Santa Fe, NM
*Staff Appraiser*

Preparation of FNMA form reports of single family, multi-family, condominium and vacant land. Provided significant assistance in preparation of commercial appraisal reports.

*Court Testimony*

Mr. Fennell has appeared before the Suffolk, Middlesex and Norfolk Probate & Family Courts and U.S. Bankruptcy Court and is qualified as an expert witness.

*Education*

1995     **Whittier College**, Whittier, CA
BA, Political Science

*Appraisal Education*

**The Appraisal Institute**

| | |
|---|---|
| 2015 | Residential Report Writing and Case Studies |
| 2015 | Case Studies in Appraising Green Residential Buildings |
| 2014 | Residential Site Valuation and Cost Approach |
| 2014 | Business Practices and Ethics |
| 2013 | Introduction to Green Buildings: Principles and Concepts |
| 2013 | Real Estate Finance, Statistics & Valuation Modeling |
| 2013 | Valuation Case Studies: Multi-discipline Appraisal Overview |
| 2013 | Residential Market Highest & Best Use |
| 2013 | The Discounted Cash Flow Model: Concepts, Issues & Applications |
| 2011 | Analyzing Operating Expenses |



Appraiser CV

| 2011 | Forecasting Revenue |
| 2011 | Intro to Valuing Commercial Green Buildings |
| 2011 | Apartment Appraisal, Concepts & Applications |
| 2007 | General Appraiser Income Approach |
| 2003 | 410 National USPAP Course |
| 2003 | The FHA and the Appraisal Process |
| 2003 | Residential Property Construction and Inspection |
| 2001 | Appraisal of non-conforming uses |
| 2000 | Appraising from blueprints and specifications |
| 1999 | Supporting sales comparison grid adjustments for residential properties |
| 1999 | 120 Appraisal procedures |
| 1998 | 110 Appraisal principles |

**Massachusetts Board of Real Estate Appraisers**

| 2012 | USPAP Update Seminar, MBREA |
| 2010 | USPAP Update Seminar, MBREA |
| 2009 | USPAP Update Seminar, MBREA |
| 2003 | Appraising Complex Residential Properties |
| 2001 | Unique and Unusual Residential Properties |

**Other Education**

| 1998 | Uniform standards of professional appraisal practice<br>-New Mexico Board of Realtors |
| 1998 | Appraising the single family residence<br>-Santa Fe Community College |

*Memberships and Affiliations*

Massachusetts General Certified Real Estate Appraiser #75272
Member of the Massachusetts Board of Real Estate Appraisers

*Partial Client List*

Cambridge Savings Bank
Cambridge Trust
Citibank
Dedham Savings Bank
East Boston Savings Bank
East Cambridge Savings Bank
First Republic Bank
Leader Bank
Middlesex Savings Bank
Northern Bank & Trust
Salem Five Cent Savings Bank
Winter Hill Savings Bank

Burns & Levinson LLP
Todd & Weld LLP
Lea & Rivers LLP
Kajko, Weisman & Colasanti LLP
Boston Law Collaborative
Kates & Barlow PC
Verrill Dana LLP
Witmer, Karp, Warner & Ryan LLP

2

