UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: )<br>)<br>LYMAN-CUTLER, LLC, )<br>        Debtor )<br>) | Chapter 7<br>Case No. 15-13881 FJB |
| )<br>LYMAN-CUTLER, LLC, ALEX FILIPPOV, )<br>and NICKOLAY LIPETSKER, )<br>)<br>        Plaintiffs, )<br>)<br>   v. )<br>)<br>VADIM KAGAN, TATIANA KAGAN, )<br>KAGAN DEVELOPMENT KDC, CORP. and )<br>PROEXCAVATION CORP. )<br>)<br>        Defendants. )<br>) | Adv. Case No. 1:16-ap-01120 |

### PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' MOTIONS IN LIMINE WITH REQUEST FOR EXPEDITED RESOLUTION

Pursuant to this Court's order October 10, 2018 as modified November 6, 2018 (Docket No. 215), Plaintiffs respectfully move to strike the motions in limine filed by the Defendants in the above-captioned actions (Bankr. Doc. No. 358, 359, 360, 361, 362,363; Adv. Proc. Doc. No. 228, 229, 231, 232, 233, 234).[1]  As the Court may recall, at the last hearing, the Parties and Court engaged in a fairly extensive colloquy concerning the briefing of the motions in limine and motions in summary judgment.  After careful consideration, the Court allowed the Parties to file motions in limine and motions for summary judgment, subject to strict page limitations on the

---

[1] Both Parties filed duplicate motions in limine in the bankruptcy and in the adversary proceeding due to the parallel nature of the actions.

1

briefing – 15 pages for the motions in limine and 25 pages for the motions for summary judgment.

The Defendants have greatly exceeded the court-ordered page limitation through the simple expedient of breaking their motion in limine into 3 separate motions, with approximately 35 pages of briefing.  Plaintiffs do not believe this complies with the Court's order and ask that the Court strike the motions.

Because oppositions are due December 7, 2018, work on the oppositions must begin promptly.  Accordingly, the Plaintiffs respectfully request expedited resolution of this motion.

## **CONCLUSION**

For the foregoing reasons, the Court should strike the Defendants' Motions in Limine.

| | |
|---|---|
| LYMAN-CUTLER, LLC,<br>By its attorney, | ALEX FILIPPOV and<br>NICKOLAY LIPETSKER,<br>By their attorneys, |
| */s/ Peter Tamposi*<br>Peter N. Tamposi, BBO No. 639497<br>The Tamposi Law Group, P.C.<br>159 Main Street<br>Nashua, NH 03060<br>T: (603) 204-5513 | */s/ Sean T. Carnathan*<br>Sean T. Carnathan, BBO No. 636889<br>*scarnathan@ocmlaw.net*<br>Joseph P. Calandrelli, BBO No. 666128<br>*jcalandrelli@ocmlaw.net*<br>O'Connor, Carnathan and Mack, LLC<br>1 Van de Graaff Dr. Suite 104<br>Burlington, MA 01803<br>T:  781-359-9000 |

Dated:  November 20, 2018

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 20, 2018.

    */s/ Sean T. Carnathan*

4819-8770-6496, v. 1