**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al

**Case/AP Number** 16-01120 **-FJB**
**Chapter**

#236 Motion filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker, Plaintiff Lyman-Cutler, LLC to Strike (Re: [228] Motion In Limine, [229] Brief/Memorandum, [231] Motion In Limine, [232] Brief/Memorandum, [233] Motion In Limine, [234] Brief/Memorandum) with Request for Expedited Resolution with certificate of service. (Carnathan, Sean)

**COURT ACTION:**

_____Hearing held
_____Granted         _____Approved         _____Moot
_____Denied          _____Denied without prejudice         _____Withdrawn in open court
_____Overruled       _____Sustained
_____Continued to_____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order        _____Released         _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Denied. the Court's order [#215] did not limit the number of motions in limine.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_         Dated: 11/20/2018
Frank J. Bailey
United States Bankruptcy Judge