# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| In re<br><br>LYMAN-CUTLER, LLC,<br><br>Debtor | Chapter 7<br>Case No. 15-13881-FJB |
| LYMAN-CUTLER, LLC et al.,<br><br>Plaintiffs/Defendants in Counterclaim<br><br>v.<br><br>VADIM KAGAN et al.,<br><br>Defendants/Plaintiffs in Counterclaim | Adversary Proceeding<br>No. 16-1120 |

## SCHEDULING ORDER

On Friday, December 21, 2018, from 9:30 to 11:00 a.m., the Court will hold a hearing on the following fourteen motions:

In Adversary Proceeding No. 16-1120:

1. Plaintiffs' Motion in Limine [#218];
2. Plaintiffs' Motion for Summary Judgment [#219];
3. Motion of Defendant Tatiana Kagan for Summary Judgment [#223];
4. Motion of Defendants Vadim Kagan, Kagan Development KDC, Corp., and ProExcavation Corp. for Summary Judgment [#225];
5. Defendants' Motion in Limine to Preclude Opinions of Michael Goldman [#228];
6. Defendants' Motion in Limine to Preclude Evidence Relating to Appraisal Opinion of Hugh Morgan Fennel [#231]; and
7. Defendants' Motion in Limine to Preclude Evidence Relating to Other Projects [#233].

And in Bankruptcy Case No. 15-13881:

8. Plaintiffs' Motion in Limine [#348];
9. Plaintiffs' Motion for Summary Judgment [#349];
10. Motion of Tatiana Kagan for Summary Judgment [#351];
11. Motion of Vadim Kagan, Kagan Development KDC, Corp., and ProExcavation Corp. for Summary Judgment [#354];

12. Defendants' Motion in Limine to Preclude Opinions of Michael Goldman [#358];
13. Defendants' Motion in Limine to Preclude Evidence Relating to Appraisal Opinion of Hugh Morgan Fennel [#360];
14. Defendants' Motion in Limine to Preclude Evidence Relating to Other Projects [#362].

The Plaintiffs collectively and the Defendants collectively shall be allotted 15 minutes each to address the motions in limine and 30 minutes each to address the motions for summary judgment.

Date: November 21, 2018

Frank J. Bailey
United States Bankruptcy Judge