United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
    Plaintiff                                                                Adv. Proc. No. 16-01120-fjb

Kagan,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-1        User: kborton        Page 1 of 2        Date Rcvd: Nov 20, 2018
                        Form ID: pdf012    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2018.
pla         +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Nov 21 2018 01:07:35     John Fitzgerald,
           Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
           5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                             TOTAL: 1

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*         +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2018 at the address(es) listed below:
          Christopher M. Candon   on behalf of Defendant   ProExcavation Corp. ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon   on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon   on behalf of Defendant   Kagan Development KDC, Corp. ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon   on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
           ntoli@sheehan.com
          David B. Madoff   on behalf of Trustee David  Madoff madoff@mandkllp.com,  alston@mandkllp.com
          James   Harris    on behalf of Counter-Claimant Vadim  Kagan jharris@sheehan.com,
           dhemeon@sheehan.com
          James   Harris    on behalf of Counter-Claimant   ProExcavation Corp. jharris@sheehan.com,
           dhemeon@sheehan.com
          James   Harris    on behalf of Defendant   Kagan Development KDC, Corp. jharris@sheehan.com,
           dhemeon@sheehan.com
          James   Harris    on behalf of Defendant Tatiana  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
          James   Harris    on behalf of Defendant Vadim  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
          James   Harris    on behalf of Defendant   ProExcavation Corp. jharris@sheehan.com,
           dhemeon@sheehan.com
          James   Harris    on behalf of Counter-Claimant   Kagan Development KDC, Corp. jharris@sheehan.com,
           dhemeon@sheehan.com
          James   Harris    on behalf of Counter-Claimant Tatiana  Kagan jharris@sheehan.com,
           dhemeon@sheehan.com
          John   Perten    on behalf of Defendant   Kagan Development KDC, Corp. jperten@sheehan.com,
           bcapone@sheehan.com;akelleher@sheehan.com
          John   Perten    on behalf of Counter-Claimant   ProExcavation Corp. jperten@sheehan.com,
           bcapone@sheehan.com;akelleher@sheehan.com
          John   Perten    on behalf of Defendant Tatiana  Kagan jperten@sheehan.com,
           bcapone@sheehan.com;akelleher@sheehan.com
          John   Perten    on behalf of Counter-Claimant Vadim  Kagan jperten@sheehan.com,
           bcapone@sheehan.com;akelleher@sheehan.com
          John   Perten    on behalf of Counter-Claimant   Kagan Development KDC, Corp. jperten@sheehan.com,
           bcapone@sheehan.com;akelleher@sheehan.com
          John   Perten    on behalf of Defendant Vadim  Kagan jperten@sheehan.com,
           bcapone@sheehan.com;akelleher@sheehan.com

```
District/off: 0101-1           User: kborton              Page 2 of 2                   Date Rcvd: Nov 20, 2018
                               Form ID: pdf012            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        John  Perten    on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
        John  Perten    on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
        Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker jcalandrelli@ocmlaw.net,  hwolti@ocmlaw.net
        Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
        Joseph P. Calandrelli    on behalf of Plaintiff    Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
        Peter N. Tamposi    on behalf of Plaintiff    Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com
        Sean T. Carnathan    on behalf of Plaintiff    Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net
        Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net
        Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net
        Valentin D. Gurvits    on behalf of Miscellaneous Participant Boris  Maiden vgurvits@bostonlawgroup.com

                                                                                                                                                       TOTAL: 29

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al

**Case/AP Number** 16-01120 **-FJB**
**Chapter**

#236 Motion filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker, Plaintiff Lyman-Cutler, LLC to Strike (Re: [228] Motion In Limine, [229] Brief/Memorandum, [231] Motion In Limine, [232] Brief/Memorandum, [233] Motion In Limine, [234] Brief/Memorandum) with Request for Expedited Resolution with certificate of service. (Carnathan, Sean)

**COURT ACTION:**

_____Hearing held

_____Granted       _____Approved       _____Moot

_____Denied        _____Denied without prejudice       _____Withdrawn in open court

_____Overruled  _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order       _____Released  _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Denied.  the Court's order [#215] did not limit the number of motions in limine.

IT IS SO ORDERED:

*Frank J. Bailey* (signature)

Dated: 11/20/2018

Frank J. Bailey
United States Bankruptcy Judge