United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
    Plaintiff

Adv. Proc. No. 16-01120-fjb

Kagan,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1    User: kborton    Page 1 of 2    Date Rcvd: Nov 21, 2018
                Form ID: pdf012    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2018.
pla          +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Nov 22 2018 00:46:11     John Fitzgerald,
               Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                                                                                                        TOTAL: 1

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*          +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
                                                                                                                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                                                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2018 at the address(es) listed below:

          Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
            ntoli@sheehan.com
          Christopher M. Candon    on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
            ntoli@sheehan.com
          Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
            ntoli@sheehan.com
          Christopher M. Candon    on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
            ntoli@sheehan.com
          David B. Madoff    on behalf of Trustee David  Madoff madoff@mandkllp.com,   alston@mandkllp.com
          James  Harris    on behalf of Counter-Claimant Vadim  Kagan jharris@sheehan.com,
            dhemeon@sheehan.com
          James  Harris    on behalf of Counter-Claimant    ProExcavation Corp. jharris@sheehan.com,
            dhemeon@sheehan.com
          James  Harris    on behalf of Defendant    Kagan Development KDC, Corp. jharris@sheehan.com,
            dhemeon@sheehan.com
          James  Harris    on behalf of Defendant Tatiana  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
          James  Harris    on behalf of Defendant Vadim  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
          James  Harris    on behalf of Defendant    ProExcavation Corp. jharris@sheehan.com,
            dhemeon@sheehan.com
          James  Harris    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jharris@sheehan.com,
            dhemeon@sheehan.com
          James  Harris    on behalf of Counter-Claimant Tatiana  Kagan jharris@sheehan.com,
            dhemeon@sheehan.com
          John  Perten    on behalf of Defendant    Kagan Development KDC, Corp. jperten@sheehan.com,
            bcapone@sheehan.com;akelleher@sheehan.com
          John  Perten    on behalf of Counter-Claimant    ProExcavation Corp. jperten@sheehan.com,
            bcapone@sheehan.com;akelleher@sheehan.com
          John  Perten    on behalf of Defendant Tatiana  Kagan jperten@sheehan.com,
            bcapone@sheehan.com;akelleher@sheehan.com
          John  Perten    on behalf of Counter-Claimant Vadim  Kagan jperten@sheehan.com,
            bcapone@sheehan.com;akelleher@sheehan.com
          John  Perten    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jperten@sheehan.com,
            bcapone@sheehan.com;akelleher@sheehan.com
          John  Perten    on behalf of Defendant Vadim  Kagan jperten@sheehan.com,
            bcapone@sheehan.com;akelleher@sheehan.com

```
District/off: 0101-1          User: kborton            Page 2 of 2               Date Rcvd: Nov 21, 2018
                              Form ID: pdf012          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        John  Perten    on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
        John  Perten    on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
        Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
        Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
        Joseph P. Calandrelli    on behalf of Plaintiff    Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
        Peter N. Tamposi    on behalf of Plaintiff    Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com
        Sean T. Carnathan    on behalf of Plaintiff    Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net
        Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net
        Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net
        Valentin D. Gurvits    on behalf of Miscellaneous Participant Boris  Maiden vgurvits@bostonlawgroup.com

                                                                                                                                                                                      TOTAL: 29

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| In re<br><br>LYMAN-CUTLER, LLC,<br><br>Debtor | Chapter 7<br>Case No. 15-13881-FJB |
| LYMAN-CUTLER, LLC et al.,<br><br>Plaintiffs/Defendants in Counterclaim<br><br>v.<br><br>VADIM KAGAN et al.,<br><br>Defendants/Plaintiffs in Counterclaim | Adversary Proceeding<br>No. 16-1120 |

### SCHEDULING ORDER

On Friday, December 21, 2018, from 9:30 to 11:00 a.m., the Court will hold a hearing on the following fourteen motions:

In Adversary Proceeding No. 16-1120:

1. Plaintiffs' Motion in Limine [#218];
2. Plaintiffs' Motion for Summary Judgment [#219];
3. Motion of Defendant Tatiana Kagan for Summary Judgment [#223];
4. Motion of Defendants Vadim Kagan, Kagan Development KDC, Corp., and ProExcavation Corp. for Summary Judgment [#225];
5. Defendants' Motion in Limine to Preclude Opinions of Michael Goldman [#228];
6. Defendants' Motion in Limine to Preclude Evidence Relating to Appraisal Opinion of Hugh Morgan Fennel [#231]; and
7. Defendants' Motion in Limine to Preclude Evidence Relating to Other Projects [#233].

And in Bankruptcy Case No. 15-13881:

8. Plaintiffs' Motion in Limine [#348];
9. Plaintiffs' Motion for Summary Judgment [#349];
10. Motion of Tatiana Kagan for Summary Judgment [#351];
11. Motion of Vadim Kagan, Kagan Development KDC, Corp., and ProExcavation Corp. for Summary Judgment [#354];

12. Defendants' Motion in Limine to Preclude Opinions of Michael Goldman [#358];
13. Defendants' Motion in Limine to Preclude Evidence Relating to Appraisal Opinion of Hugh Morgan Fennel [#360];
14. Defendants' Motion in Limine to Preclude Evidence Relating to Other Projects [#362].

The Plaintiffs collectively and the Defendants collectively shall be allotted 15 minutes each to address the motions in limine and 30 minutes each to address the motions for summary judgment.

Date: November 21, 2018

_____
Frank J. Bailey
United States Bankruptcy Judge