UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>      Debtor. | Chapter 7<br>No. 15-13881-FJB |
| LYMAN-CUTLER, LLC, et al.,<br><br>Plaintiffs/ Defendants in Counterclaim,<br><br>      v.<br><br>VADIM KAGAN, et al.,<br><br>Defendants/Plaintiffs in Counterclaim. | Adv. Proc. No. 16-01120 |

## SECOND AFFIDAVIT OF JOHN H. PERTEN, ESQ.

I, John H. Perten, depose and state on my own personal knowledge as follows:

1. I am defendants' counsel of record in the above-caption matter.

2. The documents attached are true and accurate copies of documents produced during discovery and excerpts of deposition transcripts for use at trial and in connection with the pending motions for summary judgment.

3. Attached hereto as Exhibit 1 are true and accurate copies of excerpts from the deposition of Vadim Kagan taken on May 3, 2018 and May 23, 2018.

4. Attached hereto as Exhibit 2 are true and accurate copies of excerpts from the deposition of Nickolay Lipetsker taken on April 26, 2018.

5. Attached hereto as Exhibit 3 are true and accurate copies of excerpts from the deposition of Alex Filippov taken on April 25, 2018 and April 26, 2018.

{S1277451.1}

6. Attached hereto as Exhibit 4 is a true and accurate copy of the Certificate of Organization for Lyman-Cutler, LLC that was marked as Exhibit 11 to the deposition of Alex Filippov.

7. Attached hereto as Exhibit 5 is a true and accurate copy of a construction contract between Classic Homes Development & Construction, LLC and Lyman-Cutler, LLC which was marked at the deposition of Alex Filippov as Exhibit 20.

8. Attached hereto as Exhibit 6 are true and accurate copies of excerpts from the deposition of Daniel Gersh taken on May 17, 2018.

9. Attached hereto as Exhibit 7 is a true and accurate copy of an e-mail dated November 18, 2014 which was marked as Exhibit 29 at the deposition of Daniel Gersh.

10. Attached hereto as Exhibit 8 are true and accurate copies of excerpts from the deposition of Kristina Brusenkova taken on March 20, 2018.

11. Attached hereto as Exhibit 9 is a true and accurate copy of a series of e-mails marked as Exhibit 10 at the deposition of Kristina Brusenkova.

12. Attached hereto as Exhibit 10 are true and accurate copies of excerpts from the deposition of Vladislav Abramskiy taken on June 18, 2018.

13. Attached hereto as Exhibit 11 are true and accurate copies of excerpts from the deposition of Mark Kayserman taken on June 1, 2018.

14. Attached hereto as Exhibit 12 are true and accurate copies of excerpts from the deposition Elena Lande taken on June 22, 2018.

15. Attached hereto as Exhibit 13 is a true and accurate copy of a letter dated May 13, 2015 from Attorney Sean T. Carnathan to Alexander H. Pyle.

16. Attached hereto as Exhibit 14 are true and accurate excerpts from the deposition of Jason Gordon taken on May 22, 2018.

{S1277451.1}

17. Attached hereto as Exhibit 15 is a true and accurate copy of minutes from a meeting of members that occurred on July 16, 2015 which were produced in discovery.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 7TH DAY OF DECEMBER, 2018.

/s/ John H. Perten

_____

John H. Perten

{S1277451.1}