EXHIBIT 2

ORIGINAL

Exhibits: 38-39                    Volume 1, Pages 1-68

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

-------------------------------

In Re:

LYMAN-CUTLER, LLC,                 Chapter 7
                                   Case No. 15-13881-FJB

         Debtor

-------------------------------

LYMAN-CUTLER, LLC,

         Plaintiff

v.                                 Adv. Case No. 16-01120

VADIM KAGAN, TATIANA KAGAN,
KAGAN DEVELOPMENT KDC CORP.
and PROEXCAVATION CORP.,

         Defendants

-------------------------------

DEPOSITION OF NICKOLAY LIPETSKER
Thursday, April 26, 2018, 11:30 a.m.
Sheehan Phinney Bass + Green, P.A.
255 State Street, 5th Floor
Boston, Massachusetts

--------- David A. Arsenault, RPR ---------
daa@fabreporters.com    www.fabreporters.com
Farmer Arsenault Brock LLC
Boston, Massachusetts
617-728-4404

**Page 10**

Q. Was he a patient of yours at that time?
A. Correct.
Q. And at any point did you get involved in any business ventures with Vadim Kagan?
A. Yes.
Q. When was the first time you had any business involvement with Mr. Kagan?
A. I'm trying to recall the year exactly. It was I think in 2011, yes.
Q. What was the name of that venture?
A. I met Vadim, Mr. Kagan, but I'm used to calling him Vadim or even Dima for short, I met him around the office of Boris Maiden. At that time we all used to smoke. So the two of them were smoking in front of Boris Maiden's office. I joined them. One of them said oh, and by the way, maybe Kolya could invest in the project you recently got, maybe he could take upon himself a mortgage.
    MR. CARNATHAN: Can we pause? What was the pending question?
    MR. PERTEN: I believe it was what business, what was the nature of the business, something along those lines.
    Can you read back the last question so

**Page 11**

that we can be clear.
    (Question read by the reporter.)
A. To the best of my recollection, it was called Druid LLC, the name of the street. I'm not exactly sure about the number.
Q. What did you understand the Druid project was?
A. As Dima explained to me, I was to contribute half of the first installment to the bank, take out the mortgage that would cover all of our expenses for construction. Upon the sale of the property we were to divide the income half and half.
Q. How much did you invest in that project?
A. I don't remember exactly. Either 110,000 or 120,000, somewhere in that area.
Q. And did you make any profit on that project?
A. Yes. It was a good project. It was a good profit. I don't remember exactly now. It was seven years ago. All in all it was over 50,000. I just don't remember exactly.
Q. You said the project started in 2011?
A. I think so, either '11 or '12. I'm thinking about it. I'm afraid I might be mistaken.

**Page 12**

It was 2011 or 2012. I don't remember exactly.
Q. Was this the first real estate project that you had been involved in?
A. Let me think. I have a rental apartment that was bought in Brighton Allston in 1990s. I don't remember exactly when.
Q. Earlier you gave us a list of other LLCs that you had been involved in. Do you recall that testimony?
A. Yes, I do. But again, as I mentioned, if I have missed something I can provide additional information at a later time. If I missed something, I didn't do it intentionally. That's what I recall at the time.
Q. Were any of those prior LLCs that you listed for us, did those projects happen before or after the Druid project?
A. The rental apartment I bought in the '90s, obviously prior. And the remaining ones are all after, the ones that I listed, mentioned.
Q. After you completed the Druid project, did you have occasion to get involved in any other projects with Mr. Kagan?
A. Yes, I did. There was an opportunity and I

**Page 13**

did participate.
Q. And what was the name of that next project?
A. There were two prior to Lyman-Cutler. One project was on Hyde in Newton. The other one was also in Newton on Fuller Street.
Q. And both of those projects were prior to Lyman-Cutler, correct?
A. They started prior to Lyman-Cutler.
Q. Did either of those conclude prior to Lyman-Cutler?
A. Druid, the first one.
Q. What years was the Hyde Avenue project?
A. I'm afraid to give you incorrect information. I think it was 2012. All this information is recorded in the deed.
Q. Do you recall when the Fuller Street project concluded?
A. I think we are talking about the second half of 2014, maybe a little later. I don't recall.
Q. How much did you invest in the Hyde Avenue project?
A. As far as I remember, the approximate amount was between 120 and 140,000.
Q. And did you make a profit in that project?

### Page 14

1   A. Yes.
2   Q. What was the profit?
3   A. As far as I remember, the profit was
4   approximately 40,000.
5   Q. Was that -- you described the Druid project
6   as a good project. Was the Hyde Avenue a good
7   project too?
8   A. It's not as simple an answer to this
9   question. The important thing for me was Dima
10  always explained to me if I ever invested in a
11  project with him I would never lose my capital.
12  Despite the fact that Mr. Kagan said that on this
13  project each party was to make, to easily make
14  between 200,000 and 250,000, despite what he said it
15  didn't happen this way. Dima explained that he had
16  had some difficulties. I never went into what those
17  difficulties were. At that time we were, at least I
18  thought so, very good friends. At that time I
19  couldn't even think that it could be intentional.
20  So that's what happened.
21  Q. Do you have information now that makes you
22  believe it was intentional?
23  A. Yes. I haven't been thinking about it. I
24  haven't been collecting any information. I don't

### Page 15

1   have either the time or desire to collect
2   information.
3   Q. So it's fair to say that you don't know?
4   A. It's fair to say I personally don't know.
5   Q. Who else invested in Hyde Avenue?
6   A. Mr. Kagan and Mr. Zhukovskiy invested in
7   the Hyde Avenue project.
8   Q. And Mr. Zhukovskiy is your wife's nephew
9   correct?
10  A. Absolutely correct.
11  Q. Do you recall, did Mr. Zhukovskiy make the
12  same investment that you did?
13  A. I'm sure he did.
14  Q. And did he make the same profit?
15  A. I think so.
16  Q. Did Mr. Kagan also invest in the Hyde
17  Avenue project?
18  A. Yes.
19  Q. And did he make the same profit?
20  A. At least that's what he said.
21  Q. Did you ever have any conversations with
22  Mr. Zhukovskiy about concerns that he had regarding
23  Hyde Avenue?
24  A. So let me put it this way. Mr. Zhukovskiy

### Page 16

1   had some concerns and questions about the Hyde
2   project that he shared with me.
3   Q. What did he say?
4   A. He said what's important, he's a
5   mathematician, a scientists. For him it is very
6   important that the numbers match, there's a left
7   column and a right column and an explanation of how
8   things go together. So what he said is despite his
9   requests, he hadn't been able to receive this
10  information from Mr. Kagan. And the manager of the
11  company was very difficult for him to do the
12  bookkeeping.
13      If you have more questions, I'll be
14  happy to answer. I'm not exactly sure.
15  Q. Have you now exhausted your memory as to
16  the concerns that Mr. Zhukovskiy shared with you
17  regarding Hyde Avenue?
18  A. To the best of my recollection, and briefly
19  those were the concerns, that he wasn't able to
20  receive confirmation of payments, that there was a
21  discrepancy between what was promised and what was
22  received. I asked him and I said that I was not
23  very capable and didn't like to deal with paperwork
24  and numbers.

### Page 17

1       And at that time I personally completely
2   trusted my friend Vadim. So I told him that I
3   didn't want to have those conversations. If he had
4   any concerns he should raise them with Dima. I was
5   focused on medicine. I said I didn't have time to
6   go into numbers. And if I entered a business
7   venture, I only entered it with people whom I trust
8   a hundred percent.
9   Q. How much did you invest in Fuller Street?
10  A. I think again it was in the vicinity of a
11  hundred thousand dollars, I think.
12  Q. And what profit did you make on Fuller
13  Street?
14  A. Zero.
15  Q. Is that project complete?
16  A. If you're asking when it was finished, and
17  again I may be mistaken, but I think it was at the
18  end of 2014. If you need the exact figures, I am
19  honest that I just don't keep those numbers in my
20  head but I can find them.
21  Q. Did you have any concerns about that
22  project?
23  A. From that time on, first of all, I was
24  happy to recoup my initial investment, but I had a

**Page 46**

1  today, none of us would have been involved with this
2  project.
3  Q. Have you finished your answer?
4  A. Every additional charge, even if it was
5  reasonable, should have been communicated to all the
6  participants in LLC as soon as possible.
7  Q. Has that completed the evidence that you
8  have, as you sit here today, of wrongdoing by
9  Mr. Kagan in connection with the charges for the
10 construction of the Lyman-Cutler project?
11      MR. CARNATHAN: Objection.
12 A. As of today, this is all I can say.
13 Q. Did you put any money into this project
14 other than the $250,000 capital contribution that
15 you made at the beginning?
16 A. No.
17 Q. Have you received any legal bills for legal
18 services that are being provided to you individually
19 in connection with this lawsuit?
20 A. What time period are we talking about?
21 Q. Since the lawsuit was filed?
22 A. Let me think how to formulate it correctly.
23 During the period that LLC existed, legal bills --
24 during the existence of the LLC, there was a lawyer

**Page 47**

1  that was hired by the company. And the legal bills
2  were paid out of the company proceeds.
3  Q. Was that Mr. Tamposi?
4  A. I'm talking about Mr. Tamposi and Sean.
5  Q. While the homes were being built for
6  Lyman-Cutler, did you personally take any steps to
7  monitor the costs?
8  A. No.
9  Q. Did you ever have occasion to go to the
10 Lyman-Cutler site during the construction process?
11 A. Yes. Dima invited me to show me how
12 beautiful work he has done.
13 Q. How often did you go to the site while
14 construction was ongoing?
15 A. I don't remember. I really don't remember.
16 Q. Did you ever take any photographs of the
17 construction?
18 A. No, no.
19 Q. While the construction was ongoing, what
20 role, if any, did you have in connection with the
21 operation of the LLC?
22 A. I didn't have a specific role.
23 Q. Do you know when the homes were completed?
24 A. I can look it up exactly. If memory

**Page 48**

1  serves, one was earlier, one was later. I don't
2  remember the exact dates. But the research is late
3  fall, early winter 2014.
4  Q. Who listed the properties for sale for
5  Lyman-Cutler?
6  A. Tatiana Kagan.
7  Q. What was the listing price that Tatiana
8  Kagan listed the properties at?
9  A. As far as I remember, Dima said that his
10 goal was to sell those houses for 5.5 million.
11 Q. When did he tell you that?
12 A. I don't remember exactly the date or
13 months, but I think it was towards the end of
14 completion of the project, construction project.
15 Q. So sometime in the fall of 2014?
16 A. Yeah, I think so, but I'm not sure.
17 Q. Did you have any understanding what the
18 target sales price was for the properties?
19 A. I personally thought 5 million for each
20 house. I thought they would go quickly, easily, and
21 everybody would benefit.
22 Q. So when Mr. Kagan told you the plan was to
23 sell for $5.5 million, did you object?
24 A. No, I didn't.

**Page 49**

1  Q. At any point did you have any
2  communications regarding the removal of Tatiana
3  Kagan as the listing broker?
4  A. Yes.
5  Q. What communications did you have on that
6  topic?
7  A. I spoke to Alex Filippov. Alex was not
8  happy that it was taking so long to sell the houses.
9  He mentioned according to the agreement that existed
10 it was specified that if the property wasn't sold
11 within 23 months, he had the right to change the
12 listing broker.
13 Q. Prior to your conversation with
14 Mr. Filippov, did you have that same understanding?
15 A. The understanding about what?
16 Q. About Tatiana's listing of the properties.
17 A. With all due respect to Tatiana, and I know
18 well she's a good person, I didn't really care who
19 was the broker for these properties. But after
20 Mr. Filippov either met or talked to David Gordon,
21 who said that she could sell those houses quickly
22 and easily for the amount close to 5 million, so it
23 was no longer about the people, the personality, but
24 about the outcome.

**66**

CERTIFICATE OF COURT REPORTER

I, David A. Arsenault, Registered Professional Reporter, do certify that the deposition of NICKOLAY LIPETSKER, in the matter of Lyman-Cutler v Kagan, et al., on April 26, 2018, was stenographically recorded by me; that the witness provided satisfactory evidence of identification, as prescribed by Executive Order 455 (03-13) issued by the Governor of the Commonwealth of Massachusetts, before being sworn by me, a Notary Public in and for the Commonwealth of Massachusetts; that the transcript produced by me is a true and accurate record of the proceedings to the best of my ability; that I am neither counsel for, related to, nor employed by any of the parties to the above action; and further that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the action.

Transcript review was requested of the reporter.

_____ 5.7.18
David A. Arsenault, RPR

**67**

WITNESS: NICKOLAY LIPETSKER
CASE: Lyman-Cutler v Kagan, et al.
SIGNATURE PAGE/ERRATA SHEET
PAGE   LINE   CHANGE OR CORRECTION AND REASON

I have read the transcript of my deposition taken April 26, 2018. Except for any corrections or changes noted above I hereby subscribe to the transcript as an accurate record of the statements made by me.
Signed under the pains and penalties of perjury.

_____DATE_____
Deponent, NICKOLAY LIPETSKER
NOTARY (if requested)
On this _____ day of _____, 20___, before me, the undersigned notary public, personally appeared NICKOLAY LIPETSKER, who presented satisfactory evidence of identification, to wit, _____, and signed this document in my presence.

Notary Public in and for_____
My commission expires _____

**68**

Transcript Produced and Delivered
to counsel/witness on 5.7.18

NICKOLAY LIPETSKER
SIGNATURE PAGE/ERRATA SHEET INFORMATION
For deposition taken on: April 26, 2018
Lyman-Cutler v Kagan, et al.

SIGNATURE INFORMATION FOR COUNSEL
The original signature page/errata sheet has been sent to Attorney Carnathan to obtain signature from the deponent. When complete, please send original to Attorney Perten.

WITNESS INSTRUCTIONS
After reading the transcript of your deposition, please note any change or correction and the reason on the errata/signature page. DO NOT make any notations on the transcript itself.

If necessary, duplicate errata/signature page.

PLEASE SIGN AND DATE the errata/signature page (before a notary if requested) and return it to your counsel.