# EXHIBIT 4

2478001296

# LYMAN-CUTLER, LLC
## Certificate of Organization



Pursuant to the provisions of the Massachusetts Limited Liability Company Act (the "Act"), the undersigned, desiring to organize a Massachusetts Limited Liability Company, hereby certifies as follows:

1. **FEDERAL EMPLOYER IDENTIFICATION NUMBER.** The Limited Liability Company organized hereby has applied but yet not received a federal employer identification number.

2. **NAME OF THE LIMITED LIABILITY COMPANY.** The name of the Limited Liability Company (the "LLC") is: LYMAN-CUTLER, LLC

3. **OFFICE OF THE LIMITED LIABILITY COMPANY.** The address of the business office for purposes of Section 5 of the Act is: 130 Trapelo Road, Belmont, Massachusetts.

4. **BUSINESS OF THE LLC.** The general character of the business of the LLC is to own (directly or through a nominee), invest in, develop, improve, operate, manage, lease and/or sell real estate in Commonwealth of Massachusetts. To engage in any activities directly or indirectly related or incidental thereto including, but without limitation, everything necessary, suitable, convenient, or proper for the accomplishment of any of the foregoing activities, or the attainment of any one or more of the purposes, enumerated or incidental to the powers named, or which shall at any time appear conducive to or expedient for the production of benefit to the corporation, either as the holders of or

interested in any property, or otherwise, with all the powers now or hereafter conferred by law.

5. **DATE OF DISSOLUTION.** The LLC shall have no fixed date on which it shall dissolve.

6. **AGENT FOR SERVICE OF PROCESS.** The name and address of the resident agent for service of process for the LLC is: Alex Filippov of 130 Trapelo Road, Belmont, Massachusetts.

7. **MANAGER.** The LLC shall have one manager, whose name and address is as follows: Alex Filippov of 130 Trapelo Road, Belmont, Massachusetts.

8. **EXECUTION OF DOCUMENTS.** The manager of the LLC is authorized to execute on behalf of the LLC any documents to be filed with the Secretary of State of the Commonwealth of Massachusetts.

9. **EXECUTION OF RECORDABLE INSTRUMENTS.** The Manager of the LLC is authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property.

IN WITNESS WHEREOF, the undersigned hereby affirms under the penalties of perjury that the facts stated herein are true, as of the 31 day of December, 2012.

_____
Alex Filippov, Managing Member