# EXHIBIT 5



EXHIBIT
FILIPPOV
20
4-25-18

# CONTRACT TO BUILD TWO HOUSES AT 55 Lyman Road, Brookline, Massachusetts and 88 Cutler Lane, Brookline, Massachusetts

## I. Contract Parties

Now comes **CLASSIC HOMES DEVELOPMENT & CONSTRUCTION, LLC** of 239 Nahanton Street, Newton, Massachusetts and **LYMAN-CUTLER, LLC** of 130 Trapelo Road, Belmont, Massachusetts, *whereas* **CLASSIC HOMES DEVELOPMENT & CONSTRUCTION, LLC** hereby agree to build two houses at 55 Lyman Road, Brookline, Massachusetts and 88 Cutler Lane, Brookline, Massachusetts and legally described in Exhibit A

## II. Contract Documents

The terms of this contract include all the documents specifically listed below, and constitute the entire terms of the agreement between the parties. The terms of this contract shall prevail over any conflicting provision in the documents incorporated by reference.

1. Architectural Plans and Drawings date _____ with ____ number of pages is hereby incorporated into this document.

## III. Building Plans

The builder agrees to construct the home in accordance with the plans, including drawings, supplied by the *Owner* and incorporated by reference into paragraph II. The builder assumes no responsibility or liability for defects in the design or engineering in these plans.

The owner represents to the builder that the owner is the sole owner of the plans or has the legal right to use the plans. The owner agrees to indemnify and hold the builder harmless for any copyright action which may be asserted as a result of the use of the plans.

The owner warrants that the plans are adequate and that the builder can rely on them. The owner will be liable for any damages caused by defects in the plans, including, but not limited to, additional material costs, additional labor costs, pro rata overhead and profit.

Owner is solely responsible for completing, selecting all cabinetry, bathroom fixtures, finish work, paint colors, stucco color, stone, appliances, hardwood, carpet, tile, marble color of roof. Builder will send owner to all of his suppliers.

## IV. Completion Time

Assuming all conditions are satisfied and weather permits, the work to be performed under the contract shall be substantially completed in a 44 week time frame. The work shall commence within 10 days after the permits necessary, to start work have been issued, and the owner shall have supplied the builder with a correct statement of the recorded legal title of the property and the owner's interest in the property.

Any time lost by reason of changes to the contract or changes in plans by the owner, other acts of the owner, strikes, weather conditions not reasonably anticipated, or any other condition not within builder's control shall be added to the specified time for completion. For any delays which are not the builder's responsibility, the contract time frame shall increase.

Owner has to stay on Builder's schedule with picking products out on time so there are no delays. Builder shall not be responsible for any delays due to weather, or hold ups by the owners or inspections from the Town of Brookline.

V. Contract Price

The builder agrees to construct the house according to the plans. As consideration for the builder constructing the house, the owner agrees to pay the builder's contractors and trades, full costs and expenses, on a weekly basis.

The owner will make a regular payment to the builder and subcontractors on first Monday of each week.

VI. Permits and Surveys

The owner shall obtain and furnish all necessary surveys describing the physical characteristics of the property, the location of all utilities, and the location of all easements to the building that are necessary to allow the builder to complete his performance. If additional easements are necessary to complete the work, the owner shall obtain those easements promptly.

If no soil report is available, the owner shall provide one at his own expense.

The builder shall obtain building permits, licenses, building inspections and approvals required by local law.

If a covenant or architectural review committee requires the approval of plans and specifications, the owner shall be responsible for obtaining these approvals and paying for any fees connected with them.

VII. Insurance and Risk Management

The builder shall obtain all workers' compensation, commercial general liability insurance and comprehensive liability insurance necessary to protect builder from claims

for damages due to bodily injury, including death, and for damages to property that may arise out of and during operations under this contract.

The owner shall purchase his own liability insurance including fire and casualty insurance to the full insurable value of the house and shall name the builder as an additional insured.

Each party shall issue a certificate of insurance to the other prior to the commencement of construction.

## VIII. Warranties

All warranties are limited to the implied warranties of habitability and workmanlike construction and are limited to a period of one year from the date of the issuance of a certificate of occupancy by the local building code enforcement authority. This limited warranty is the only express warranty provided by the builder.

If Owner wants to use a sub-contractor that builder has not used, the warranty on that item will not be covered by the Builder.

## IX. Disputes

Should any dispute arise relative to the performance of this contract that the parties cannot resolve, the dispute shall be referred to a single arbitrator acceptable to the builder and the owner. If the builder and the owner cannot agree upon an arbitrator, the dispute shall be referred to the American Arbitration Association for resolution.

All attorney fees that shall be incurred in the resolution of disputes shall be the responsibility of the party not prevailing in the dispute.

## X. The Governing Law and Assignment

This contract will be construed, interpreted, and applied according to the law of the state where the property is located. This contract shall not be assigned without the written consent of all parties.

## XI. Effective Date and Signature

This contract shall become effective on the date it is signed by both parties
We, the undersigned, have read, understood, and agree to each of the provisions of this contract and hereby acknowledge receipt of a copy of this contract.

By: Vadim Kagan on behalf of CLASSIC HOMES DEVELOPMENT & CONSTRUCTION, LLC

Title: _____    Date: 6-18-13

By: Alex Filippov on behalf of LYMAN-CUTLER, LLC, LLC

Title: _____    Date: June 18, 2013

PLTF000447