EXHIBIT 7

Kagan Development – New Office Manager/Bookkeeper



**Subject: Kagan Development – New Office Manager/Bookkeeper**
**From:** Kagan Development <kagandevelopment@gmail.com>
**Date:** 11/18/2014 4:25 PM
**To:** "arina@ldpost.com" <arina@ldpost.com>, Lyman Cutler <ldpost@gmail.com>

Good Afternoon,

My name is Dan Gersh and I am Vadim's new office manager and bookkeeper (replacing Kristina). My goal over the next few weeks is to clean up, re-roganize and square away any paperwork and bookkeeping inefficiencies here for Vadim and his partners. I have a fair amount to catch up relating to the past few weeks, so please let me know if there any issues or any questions that you'd like to shoot over to Vadim and/or myself.

Looking forward to working with you,
Thanks,
Dan

Kagan Development, Corp.
239 Nahanton Street,
Newton, MA 02459
Main: 617-610-1276
Fax: 617-663-6500
E-mail: kagandevelopment@gmail.com
Web-site: www.kagandevelopment.com

1 of 1