# EXHIBIT 9

**Subject:** Re: Loan payments 02.18.14
**From:** Kagan Development <kagandevelopment@gmail.com>
**Date:** 2/17/2014 5:37 PM
**To:** arina@ldpost.com, Lyman Cutler <lymancutlerllc@gmail.com>, Lyman Cutler <alex@ldpost.com>

Arina,

Just to let you know, there were issued three checks to ProExcavation in amount of $45,000.00;
$1,087.53 for Water/Sewer
$1488 for liability Insurance to Segal Insurance from Lyman-Cutler, LLC

Thank you
Kristina


On Mon, Feb 17, 2014 at 11:53 AM, Kagan Development <kagandevelopment@gmail.com> wrote:
> Arina,
>
> OK.
>
> Thank you
>
>
> On Mon, Feb 17, 2014 at 11:50 AM, Arina <arina@ldpost.com> wrote:
>> Vadim,
>> FYI: had made two payments from checking for tomorrow (02.18.14) for two loans for a total of $6,382.53:
>>
>> Authorized
>> Funds Transfer: interest amount due $2,873.54 Created: 2/17/2014 To Be Processed: 2/18/2014
>> Funds Transfer: interest amount due $3,508.99 Created: 2/17/2014 To Be Processed: 2/18/2014
>>
>> thanks,
>> Arina

Kagan Development, Corp.
239 Nahanton Street,
Newton, MA 02459
Main: 617-610-1276

Fax: 617-663-6500
E-mail: kagandevelopment@gmail.com
Web-site: www.kagandevelopment.com

Kagan Development, Corp.
239 Nahanton Street,
Newton, MA 02459
Main: 617-610-1276
Fax: 617-663-6500
E-mail: kagandevelopment@gmail.com
Web-site: www.kagandevelopment.com

**Subject:** Issued checks
**From:** kagandevelopment <kagandevelopment@gmail.com>
**Date:** 4/4/2014 6:34 PM
**To:** Lyman Cutler <lymancutlerllc@gmail.com>

Hi Arina,

We issued a check to KDC in amount of $99,443.91 for Amex - 50% payment (closing date 3/28/2014)

Thank you
Kristina

--

Kagan Development, Corp.
239 Nahanton Street,
Newton, MA 02459
Main: 617-610-1276
Fax: 617-663-6500
E-mail: kagandevelopment@gmail.com
Web-site: www.kagandevelopment.com