# EXHIBIT 11

```
Exhibits: 103-111                    Volume 1, Pages 1-89
           UNITED STATES BANKRUPTCY COURT
              DISTRICT OF MASSACHUSETTS
                  (EASTERN DIVISION)
-------------------------------
In Re:
                                    Chapter 7
LYMAN-CUTLER, LLC,                  Case No. 15-13881-FJB

          Debtor
-------------------------------
LYMAN-CUTLER, LLC,

          Plaintiff
v.                                  Adv. Case No. 16-01120
VADIM KAGAN, TATIANA KAGAN,
KAGAN DEVELOPMENT KDC CORP.
and PROEXCAVATION CORP.,
          Defendants
-------------------------------


           DEPOSITION OF MARK KAYSERMAN
          Friday, June 1, 2018, 2:00 p.m.
           O'Connor Carnathan and Mack LLC
          1 Van de Graaff Drive, Suite 104
               Burlington, Massachusetts

      --------- David A. Arsenault, RPR ---------
       daa@fabreporters.com   www.fabreporters.com
             Farmer Arsenault Brock LLC
                 Boston, Massachusetts
                     617-728-4404
```

68

1  Q.  Have you had any recent communications with
2  Mr. Alex Filippov?
3  A.  A phone conversation probably a few years
4  ago.
5  Q.  Did that have anything to do with the
6  project that Mr. Filippov was involved in with
7  Vadim?
8  A.  He didn't get into details with his
9  project.  He asked me about my experience working
10 with Vadim.
11 Q.  What did you tell him?
12 A.  I told him my experience working with Vadim
13 that everything was fine expect until the end of the
14 project.  I received a surprise invoice.
15 Q.  What did he say to you in this call?
16 A.  He said that he also had the same
17 experience.
18 Q.  Anything else about that conversation?
19 A.  No.
20 Q.  Do you know a woman by the name of Kristina
21 Brusenkova?
22 A.  No.
23 Q.  How about Nick Lipetsker?
24 A.  Yes.

69

1   Q.   Have you had any discussions with him?
2   A.   Same conversation. Nick is the one who
3   introduced me to Alex Filippov. I was introduced to
4   Nick by another common mutual acquaintance who had
5   very similar experience. And so when he introduced
6   me and Nick, he said Nick, this is Mark, he worked
7   with Vadim and he had exactly the same experience as
8   you and I. Why don't you tell him what happened.
9   Q.   Who was the acquaintance that connected you
10  with Nick?
11  A.   Michael Gankin.
12  Q.   Did he work on a project with Vadim?
13  A.   I believe they did a different project.
14  Q.   Have you any recent discussions with Vadim?
15  A.   I haven't talked to Vadim in probably five
16  years.
17  Q.   And how about Tatiana?
18  A.   Same.
19          (Marked, Exhibit 111, Affidavit of Mark
20  Kayserman.)
21  Q.   I'm going to show you Exhibit 111. Can you
22  confirm that Exhibit 111 is a copy of the affidavit
23  that you provided?
24  A.   Yes, I did.

89

Transcript Produced and Delivered
to counsel/witness on 6.11.18

MARK KAYSERMAN
SIGNATURE PAGE/ERRATA SHEET INFORMATION
For deposition taken on: June 1, 2018
Lyman-Cutler vs. Kagan, et al.

SIGNATURE INFORMATION FOR COUNSEL
The original signature page/errata sheet has been sent to Attorney Perten/Harris to obtain signature from the deponent.  When complete, please send a copy to Attorney Carnathan.

WITNESS INSTRUCTIONS
After reading the transcript of your deposition, please note any change or correction and the reason on the errata/signature page.  DO NOT make any notations on the transcript itself.

If necessary, duplicate errata/signature page.

PLEASE SIGN AND DATE the errata/signature page (before a notary if requested) and return it to your counsel.