UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>Debtor. | Chapter 7<br>No. 15-13881-FJB |
| LYMAN-CUTLER, LLC, et al.,<br><br>Plaintiffs/ Defendants in Counterclaim,<br><br>v.<br><br>VADIM KAGAN, et al.,<br><br>Defendants/Plaintiffs in Counterclaim. | Adv. Proc. No. 16-01120 |

## AFFIDAVIT OF VADIM KAGAN

I, Vadim Kagan, depose and state as follows:

1. I am a defendant in the above-captioned matter. I make this affidavit on my own personal knowledge.

2. By engaging Kagan Development KDC, Corp. ("KDC") to act as general contractor for the Lyman-Cutler project, the Debtor realized significant savings as this enabled us to work with many subcontractors with whom KDC had a pre-existing relationship and could demand favorable pricing.

3. I have not been trained on Quickbooks and do not know how to use it. In 2013, KDC's former accountant set up a Quickbooks program in KDC's offices and, at least once a month sent over its own bookkeepers to enter data into Quickbooks. Starting in early 2014, KDC hired its own bookkeeper to maintain Quickbooks.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 6th DAY OF DECEMBER, 2018.

/s/ Vadim Kagan
Vadim Kagan

{S1277450.1}