# EXHIBIT B

```
Exhibits:   51-54                    Volume 1, Pages 1-65
            UNITED STATES BANKRUPTCY COURT
               DISTRICT OF MASSACHUSETTS
                  (EASTERN DIVISION)
---------------------------------
In Re:
                                     Chapter 7
LYMAN-CUTLER, LLC,                   Case No. 15-13881-FJB

            Debtor
---------------------------------
LYMAN-CUTLER, LLC,

            Plaintiff
v.                                   Adv. Case No. 16-01120
VADIM KAGAN, TATIANA KAGAN,
KAGAN DEVELOPMENT KDC CORP.
and PROEXCAVATION CORP.,
            Defendants
---------------------------------


              DEPOSITION OF TATIANA KAGAN
           Friday, May 18, 2018, 11:47 a.m.
            O'Connor Carnathan and Mack LLC
         1 Van de Graaff Drive, Suite 104
              Burlington, Massachusetts

         --------- David A. Arsenault, RPR ---------
         daa@fabreporters.com    www.fabreporters.com
                Farmer Arsenault Brock LLC
                   Boston, Massachusetts
                      617-728-4404
```

### Page 58

1  companies, has there ever been an agreement to split
2  the commission with the investors in the project?
3      A. I do not know.
4      Q. Have you ever split your commission with
5  any of the investors in one of your husband's
6  projects?
7      A. I'm not involved in financial parts ever.
8      Q. Not even your commissions?
9      A. No.
10     Q. How do the commissions get paid?
11     A. By check.
12     Q. To whom?
13     A. To me.
14     Q. And Century 21?
15     A. Which commission are you talking about, to
16  me or Century 21?
17     Q. I'm talking about the commission for the
18  sale of a property if you sell a property for your
19  husband. How many properties have you sold for your
20  husband or his companies?
21     A. All of them.
22     Q. So is that ten?
23     A. I do not recall.
24     Q. More than 50?

### Page 59

1      A. I do not recall.
2      Q. Can't give me any estimate at all?
3      A. No.
4      Q. So when was the last time you sold a
5  property for your husband?
6      A. Last month.
7      Q. What was that property?
8      A. 420 Dudley Road in Newton.
9      Q. Was a commission paid for that sale?
10     A. I'm not sure. Sometimes I waive commission
11  if nobody else is involved, just my husband's
12  company.
13     Q. Do you do that if there are investors on
14  the project?
15     A. I don't know how he handles it, to be
16  honest with you.
17     Q. Does Century 21 ever object to you waiving
18  a commission for one of your husband's projects?
19     A. No.
20     Q. So the last time that you sold a property
21  for your husband and got paid a commission, who got
22  paid the commission?
23     A. Cooperating agent, the one that represents
24  the buyer.

### Page 60

1      Q. So in an instance where you sell the
2  property for one of your husband's companies and
3  actually collect a commission, does the check go
4  straight to you or does it go to Century 21?
5      A. I believe Century 21 handles it and then
6  splits it between agents. There is usually seller's
7  agent and buyer's agent and two real estate
8  companies that agents work for. So it is split four
9  ways usually. It depends on your agreement with
10  your firm.
11     Q. So to the extent that you get paid for
12  selling a property, how does that money come to you?
13     A. In the form of check.
14     Q. From whom?
15     A. From Century 21 or attorneys.
16     Q. Does it get made out to you personally,
17  Tatiana Kagan?
18     A. Sometimes, yeah --
19     Q. Does it ever get made out to someone else?
20     A. -- if there is a check.
21     Q. Does the commission ever get paid to
22  somebody else?
23         MR. HARRIS: Objection.
24     A. No. You have to be affiliated with a real

### Page 61

1  estate company and hold a valid license.
2      Q. When was the last time you waived your
3  commission on a property you sold for your husband?
4      A. I do not recall.
5      Q. How many times have you waived your
6  commission on a property you sold for your husband?
7      A. I do not recall how many times.
8      Q. Can you tell me any particular properties
9  on which you've waived the commission?
10     A. I cannot recall. I'm not involved in
11  financial part.
12     Q. Under what circumstances would you waive
13  your commission for a property you sold for your
14  husband?
15     A. He handles all the finances. I can't tell
16  you. I don't know.
17     Q. So your husband determines whether or not
18  you are going to get a commission when you sell the
19  property?
20     A. If it is his house, yes. If it is somebody
21  else's house, it comes directly from Century 21, it
22  comes directly to me. And I deliver that check to
23  the office and hand it to Daniel Gersh.
24     Q. What if it is a property that he owns part