# EXHIBIT C

# James P. Harris

| | |
|---|---|
| **From:** | Joseph Calandrelli <jcalandrelli@ocmlaw.net> |
| **Sent:** | Thursday, June 14, 2018 9:02 AM |
| **To:** | James P. Harris; Sean T. Carnathan |
| **Cc:** | John Perten |
| **Subject:** | RE: LC v. Kagan - email with construction contract |

*This message was sent securely using Zix*

JP,

The date on the email was 6/24/13.

Joseph P. Calandrelli
**O'Connor, Carnathan & Mack, LLC**
1 Van de Graaff Dr., Ste. 104
Burlington, MA 01803
Direct: 781-359-9034
www.ocmlaw.net

CONFIDENTIALITY NOTICE: This electronic mail transmission and any documents accompanying this electronic mail transmission is intended by O'Connor, Carnathan and Mack, LLC for the use of the named addressee(s) to which it is directed and may contain information that is privileged, or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee(s) (or a person authorized to deliver it to the named addressee(s)). It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail or by calling O'Connor, Carnathan and Mack, LLC at (781) 359-9000, so our address record can be corrected.

**From:** James P. Harris [mailto:JHARRIS@sheehan.com]
**Sent:** Wednesday, June 13, 2018 1:59 PM
**To:** Sean T. Carnathan <scarnathan@ocmlaw.net>; Joseph Calandrelli <jcalandrelli@ocmlaw.net>
**Cc:** John Perten <jperten@sheehan.com>
**Subject:** RE: LC v. Kagan - email with construction contract

*This message was sent securely using Zix*

Sean and Joseph:

I am following up on the email I sent with the construction contract in native form. I assume the metadata was transmitted without alteration. Please let me know if it was changed in transmittal.

Thanks

JP

**From:** James P. Harris
**Sent:** Wednesday, June 6, 2018 1:58 PM
**To:** Sean T. Carnathan (scarnathan@ocmlaw.net); Joseph Calandrelli (jcalandrelli@ocmlaw.net)
**Cc:** John Perten (jperten@sheehan.com)
**Subject:** LC v. Kagan - email with construction contract

1

Sean and Joseph:

I have been tied up in a meeting. I saw your message indicating skepticism about whether an email transfer would change the metadata. I have attached the subject email to this one. Please let me know if the metadata is altered to reveal today's date.

JP


**J.P. Harris, Esq.**

# SHEEHAN PHINNEY

Sheehan Phinney Bass & Green
1000 Elm Street, 17th Floor
Manchester, NH 03101
T 603.627.8152
F 603.641.8731
jharris@sheehan.com
www.sheehan.com
https://www.linkedin.com/pub/james-jp-harris/24/b32/244/

*Admitted in New Hampshire and Massachusetts*



**SHEEHAN PHINNEY BASS & GREEN PRIVILEGED AND CONFIDENTIAL:** This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please notify the sender immediately by reply e-mail and delete the transmission. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.


This message was secured by Zix®.


This message was secured by Zix®.

2