UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| *In re:* ) | |
| ) | |
| LYMAN-CUTLER, LLC, ) | Chapter 7 |
| Debtor ) | Case No. 15-13881 FJB |
| ) | |
| | |
| ) | |
| LYMAN-CUTLER, LLC, ALEX FILIPPOV, ) | |
| and NICKOLAY LIPETSKER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Adv. Case No. 1:16-ap-01120 |
| v. ) | |
| ) | |
| VADIM KAGAN, TATIANA KAGAN, ) | |
| KAGAN DEVELOPMENT KDC, CORP. and ) | |
| PROEXCAVATION CORP. ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF SEAN T. CARNATHAN IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTIONS FOR SUMMARY JUDGMENT and MOTIONS IN LIMINE**

I, Sean T. Carnathan, being duly sworn, depose and say as follows:

1.   I am counsel of record for Plaintiffs Lyman-Cutler, LLC, Alex Filippov, and Nickolay Lipetsker (collectively, "Plaintiffs") in the above captioned matter.

2.   The attached exhibits are true and accurate copies of materials produced in the course of discovery in this matter which Plaintiffs expect to admit into evidence at trial, expert reports and excerpts from deposition testimony adduced in discovery.

3.   Attached as Exhibit 1 is a true and accurate copy of the June 5, 2015 Verified Complaint filed in the Middlesex Superior Court by Lyman-Cutler, LLC.

4.  Attached as Exhibit 2 is a true and accurate copy of July 10, 2015 First Amended Complaint filed in the Middlesex Superior Court by Lyman-Cutler, LLC.

5.  Attached as Exhibit 3 is a true and accurate copy of a September 26, 1997 Securities and Exchange Commission Press Release regarding SEC v. Sage Technologies, Jamie Edelkind, and William Thiele, Civil Action 1:96-cv-00361 in the Northern District of Georgia.

6.  Attached as Exhibit 4 is a true and accurate copy of the July 22, 2004 Order of Judgment in U.S. v. Jamie Edelkind, 1:03-cr-00364 in the Northern District of Georgia.

7.  Attached as Exhibit 5 is a true and accurate copy of the July 12, 2005 Order of Judgment in U.S. v. Jamie Edelkind, 1:04-cr-10066 in the District of Massachusetts.

8.  Attached as Exhibit 6 is a true and accurate copy of the January 4, 2007 Order of Judgment in U.S. v. Jamie Edelkind, 6:05-cr-60067 in the Western District of Louisiana.

9.  Attached as Exhibit 7 is a true and accurate copy of a June 6, 2018 e-mail and attachments bates number KAGAN 003024-3037 regarding the native format Construction Management Contract.

10. Attached as Exhibit 8 is a true and accurate copy of a screenshot of metadata from the native format Construction Management Contract.

11. Attached as Exhibit 9 is a true and accurate copy of a September 11, 2015 letter from John Perten to Sean Carnathan.

12. Attached as Exhibit 10 is a true and accurate copy of a compilation of subcontractor invoices for the Lyman-Cutler project, produced by the Defendants in this case.

13. Attached as Exhibit 11 is a true and accurate copy of a compilation of subcontractor invoices from the Other Projects files, produced by the Defendants in this case.

14. Attached as <u>Exhibit 12</u> is a true and accurate copy of a budget document for the 50 Yarmouth Road project, Elena Lande Deposition Exhibit 3.

15. Attached as <u>Exhibit 13</u> is a true and accurate copy of the Operating Agreement of Yarmouth Road Development, LLC, Elena Lande Deposition Exhibit 21.

16. Attached as <u>Exhibit 14</u> is a true and accurate copy of the Operating Agreement of Deborah Road, LLC, Mark Kayserman Deposition Exhibit 104.

17. Attached as <u>Exhibit 15</u> is a true and accurate copy of the November 11, 2015 Affidavit of Dmitriy Zhukovskiy, Zhukovskiy Deposition Exhibit 3.

18. Attached as <u>Exhibit 16</u> is a true and accurate copy of the Operating Agreement of Newton-Cynthia Road, LLC, Abramskiy Deposition Exhibit 4.

19. Attached as <u>Exhibit 17</u> is a true and accurate copy of the April 17, 2013 pre-contruction appraisal of 55 Lyman Road.

20. Attached as <u>Exhibit 18</u> is a true and accurate copy of the April 17, 2013 pre-contruction appraisal of 88 Cutler Lane.

21. Attached as <u>Exhibit 19</u> is a true and accurate copy of the May 26, 2015 post-contruction appraisal of 55 Lyman Road.

22. Attached as <u>Exhibit 20</u> is a true and accurate copy of the May 26, 2015 post-contruction appraisal of 88 Cutler Lane.

23. Attached as <u>Exhibit 21</u> is a true and accurate copy of excerpts of the April 25, 2018 Deposition of Alex Filippov.

24. Attached as <u>Exhibit 22</u> is a true and accurate copy of excerpts of the April 26, 2018 Deposition of Nickolay Lipetsker.

25. Attached as Exhibit 23 is a true and accurate copy of excerpts of the May 3, 2018 and May 23, 2018 Depositions of Vadim Kagan.

26. Attached as Exhibit 24 is a true and accurate copy of excerpts of the March 20, 2018 Deposition of Kristina Brusenkova.

27. Attached as Exhibit 25 is a true and accurate copy of excerpts of the September 9, 2015 Deposition of Boris Maiden.

28. Attached as Exhibit 26 is a true and accurate copy of excerpts of the May 17, 2018 Deposition of Dan Gersh.

29. Attached as Exhibit 27 is a true and accurate copy of excerpts of the May 8, 2018 Deposition of James Joseph Cohen.

30. Attached as Exhibit 28 is a true and accurate copy of excerpts of the May 18, 2018 Deposition of Tatiana Kagan.

31. Attached as Exhibit 29 is a true and accurate copy of excerpts of the May 22, 2018 Deposition of Jason Gordon.

32. Attached as Exhibit 30 is a true and accurate copy of excerpts of the June 22, 2018 Deposition of Elena Lande.

33. Attached as Exhibit 31 is a true and accurate copy of excerpts of the March 6, 2018 Deposition of Dmitriy Zhukovskiy.

34. Attached as Exhibit 32 is a true and accurate copy of excerpts of the June 1, 2018 Deposition of Mark Kayserman.

35. Attached as Exhibit 33 is a true and accurate copy of excerpts of the June 18, 2018 Deposition of Vladislav Abramskiy.

36. Attached as Exhibit 34 is a true and accurate copy of Essex County Probate and Family Court Docket ES12C0326, in the matter of Edelkind, Jamie.

37. Attached as Exhibit 35 is a compilation of true and accurate copies of Subcontractor accounting summaries, produced by the Defendants in this matter.

38. Attached as Exhibit 36 is a true and accurate copy of a June 15, 2015 letter from Joseph Cohen to the members of Newton-Cynthia Road, LLC.  Vladislav Abramskiy Deposition Exhibit 18.

39. Attached as Exhibit 37 is a true and accurate copy of a May 5, 2013 e-mail exchange between Dmitriy Zhukovskiy and Alex Filippov.  Dmitriy Zhukovskiy Deposition Eshibit 16.

40. Attached as Exhibit 38 are true and accurate copies of the Appraisal Reports of Plaintiff's Expert Morgan Fennell.

41. Attached as Exhibit 39 is a true and accurate copy of the June 18, 2013 Classic Homes contract, Alex Filippov Deposition Exhibit 20.

SWORN UNDER THE PAINS AND PENALTIES OF PERJURY THIS 7th DAY OF DECEMBER, 2018.

/s/ Sean T. Carnathan
Sean T. Carnathan

4811-7597-4785, v. 1