# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### (EASTERN DIVISION)

| | |
|---|---|
| In re: )<br>)<br>LYMAN-CUTLER, LLC )<br>      Debtor. )<br>)<br>)<br>)<br>LYMAN-CUTLER, LLC )<br>      Plaintiff. )<br>)<br>v. )<br>)<br>VADIM KAGAN )<br>TATIANA KAGAN )<br>KAGAN DEVELOPMENT KDC, CORP. )<br>PROEXCAVATION CORP. )<br>)<br>      Defendants. )<br>) | Chapter 7<br>No. 15-13881-FJB<br><br><br><br><br>Adv. Pro. No. 16-01120 |

## **CERTIFICATE OF SERVICE**

I, John H. Perten, hereby certify that on December 17, 2018, copies of the following documents were served by the Court's ECF system or by first class U.S. mail on those parties listed on the attached service list:

    1.    Reply to Opposition to Vadim Kagan's, Kagan Development KDC, Corp.'s and Proexcavation Corp.'s Motion for Summary Judgment;

    2.    Reply to Opposition to Tatiana Kagan's Motion for Summary Judgment; and

    3.    Third Affidavit of John H. Perten, Esq.

Dated:  December 17, 2018        /s/ John H. Perten
                                                                  John H. Perten

{S1286151.1}

## SERVICE LIST

Eric K. Bradford
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Sean T. Carnathan
O'Connor, Carnathan and Mack, LLC
1 Van De Graaff Drive
Suite 104
Burlington, MA 01772

David B. Madoff
Madoff & Khoury LLP
124 Washington Street - Suite 202
Foxborough, MA 02035

Steffani Pelton Nicholson
Madoff & Khoury LLP
124 Washington Street
Foxborough, MA 02035

Sarah A Smegal
Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110

Joseph P. Calandrelli
O'Connor Carnathan and Mack LLC
1 Van De Graaff Drive
Suite 104
Burlington, MA 01772

Stephen G. DeLisle
Rubin and Rudman LLP
50 Rowes Wharf
3rd Floor
Boston, MA 02110

Peter N. Tamposi
The Tamposi Law Group
159 Main Street
Nashua, NH 03060

David C. Phalen
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

/s/ John H. Perten
John H. Perten

{S1286151.1}