# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al          **Case/AP Number** 16-01120 **-FJB**
                                                     **Chapter**

> #219 Motion filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker, Plaintiff Lyman-Cutler, LLC For Summary Judgment. (Carnathan, Sean)
> #220 Memorandum filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker, Plaintiff Lyman-Cutler, LLC In Support of [219] Motion for Summary Judgment. (Carnathan, Sean)
> #221 Statement of Material Facts filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker, Plaintiff Lyman-Cutler, LLC. (Carnathan, Sean)

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. This matter is taken under advisement.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*        Dated: 12/21/2018
_____
Frank J. Bailey
United States Bankruptcy Judge