UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al     **Case/AP Number** 16-01120 **-FJB**
**Chapter**

#223 Motion filed by Defendant Tatiana Kagan For Summary Judgment on all Counts of the Amended Complaint and on Proof of Claim No. 5 with certificate of service. (Perten, John)
#224 Memorandum filed by Defendant Tatiana Kagan In Support of [223] Motion for Summary Judgment. (Perten, John)
#227 Affidavit of John H. Perten filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. (Perten, John)
#235 Statement of Undisputed Fact filed by Defendant Tatiana Kagan. (Perten, John)

**COURT ACTION:**

_____Hearing held

_____Granted     _____Approved     _____Moot

_____Denied     _____Denied without prejudice     _____Withdrawn in open court

_____Overruled     _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by _____

_____No appearance by _____

Show Cause Order     _____Released     _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. This matter is taken under advisement.

IT IS SO ORDERED:

*Frank J. Bailey* (signature)     Dated: 12/21/2018
_____
Frank J. Bailey
United States Bankruptcy Judge