UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al        **Case/AP Number** 16-01120 **-FJB**
                                                   **Chapter**

#225 Motion filed by Defendants Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. For Summary Judgment on the Amended Complaint and Claim Nos. 1, 4, 6 and 7. (Perten, John)
#226 Memorandum filed by Defendants Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. In Support of [225 Motion for Summary Judgment. (Perten, John)
#227 Affidavit of John H. Perten filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. (Perten, John)

**COURT ACTION:**

_____ Hearing held
_____ Granted        _____ Approved        _____ Moot
_____ Denied         _____ Denied without prejudice    _____ Withdrawn in open court
_____ Overruled      _____ Sustained
_____ Continued to _____
_____ Proposed order to be submitted by _____
_____ Stipulation to be submitted by _____
_____ No appearance by _____
Show Cause Order    _____ Released    _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. This matter is taken under advisement.

IT IS SO ORDERED:

*Frank J Bailey*

_____ Dated: 12/21/2018
Frank J. Bailey
United States Bankruptcy Judge