# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al

**Case/AP Number** 16-01120 **-FJB**

**Chapter**

#231 Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. In Limine to Preclude Evidence Relating to Appraisal Opinion of Hugh Morgan Fennell with certificate of service. (Perten, John)
#232 Memorandum filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. In Support of [231] Motion In Limine. (Perten, John)
#250 Opposition filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker, Plaintiff Lyman-Cutler, LLC. (Carnathan, Sean)

**COURT ACTION:**

_____ Hearing held

_____ Granted          _____ Approved          _____ Moot

_____ Denied          _____ Denied without prejudice          _____ Withdrawn in open court

_____ Overruled          _____ Sustained

_____ Continued to _____

_____ Proposed order to be submitted by _____

_____ Stipulation to be submitted by_____

_____ No appearance by _____

Show Cause Order          _____ Released          _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. This matter is taken under advisement.

IT IS SO ORDERED:

_Frank J. Bailey_ (signature)

Dated: 12/21/2018

_____
Frank J. Bailey
United States Bankruptcy Judge