UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al            **Case/AP Number** 16-01120 **-FJB**
                                                      **Chapter**

#233 Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. In Limine to Preclude Evidence Relating to 'Other Projects'. (Perten, John)
#235 Memorandum filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. In Support of [233] Motion In Limine. (Perten, John)
#249 Opposition filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker, Plaintiff Lyman-Cutler, LLC. (Carnathan, Sean)

**COURT ACTION:**

_____Hearing held
_____Granted        _____Approved       _____Moot
_____Denied         _____Denied without prejudice   _____Withdrawn in open court
_____Overruled      _____Sustained
_____Continued to _____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. This matter is taken under advisement.

                                IT IS SO ORDERED:

                                *Frank J. Bailey* (signature)

                                _____ Dated: 12/21/2018
                                Frank J. Bailey
                                United States Bankruptcy Judge