United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
    Plaintiff

Adv. Proc. No. 16-01120-fjb

Kagan,
    Defendant

# CERTIFICATE OF NOTICE

```
District/off: 0101-1          User: kborton              Page 1 of 2                  Date Rcvd: Dec 21, 2018
                              Form ID: pdf012            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2018.
```
pla            +Lyman-Cutler, LLC,    Lyman-Cutler, LLC,    130 Trapelo Rd.,    Belmont, MA 02478-1873
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Dec 22 2018 01:43:40     John Fitzgerald,
                 Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
                 5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                             TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*            +Lyman-Cutler, LLC,    Lyman-Cutler, LLC,    130 Trapelo Rd.,    Belmont, MA 02478-1873
                                                                                         TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2018 at the address(es) listed below:

```
              Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant Tatiana   Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant Vadim   Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              David B. Madoff    on behalf of Trustee David  Madoff madoff@mandkllp.com,   alston@mandkllp.com
              James   Harris    on behalf of Counter-Claimant Vadim   Kagan jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Counter-Claimant    ProExcavation Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Defendant    Kagan Development KDC, Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Defendant Tatiana   Kagan jharris@sheehan.com,  dhemeon@sheehan.com
              James   Harris    on behalf of Defendant Vadim   Kagan jharris@sheehan.com,  dhemeon@sheehan.com
              James   Harris    on behalf of Defendant    ProExcavation Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Counter-Claimant Tatiana   Kagan jharris@sheehan.com,
               dhemeon@sheehan.com
              John   Perten    on behalf of Defendant    Kagan Development KDC, Corp. jperten@sheehan.com,
               bcapone@sheehan.com;akelleher@sheehan.com
              John   Perten    on behalf of Counter-Claimant    ProExcavation Corp. jperten@sheehan.com,
               bcapone@sheehan.com;akelleher@sheehan.com
              John   Perten    on behalf of Defendant Tatiana   Kagan jperten@sheehan.com,
               bcapone@sheehan.com;akelleher@sheehan.com
              John   Perten    on behalf of Counter-Claimant Vadim   Kagan jperten@sheehan.com,
               bcapone@sheehan.com;akelleher@sheehan.com
              John   Perten    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jperten@sheehan.com,
               bcapone@sheehan.com;akelleher@sheehan.com
              John   Perten    on behalf of Defendant Vadim   Kagan jperten@sheehan.com,
               bcapone@sheehan.com;akelleher@sheehan.com
```

```
District/off: 0101-1          User: kborton              Page 2 of 2                  Date Rcvd: Dec 21, 2018
                              Form ID: pdf012            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      John  Perten    on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
      John  Perten    on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
      Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker jcalandrelli@ocmlaw.net,  hwolti@ocmlaw.net
      Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
      Joseph P. Calandrelli    on behalf of Plaintiff    Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
      Peter N. Tamposi    on behalf of Plaintiff    Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com
      Sean T. Carnathan    on behalf of Plaintiff    Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net
      Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net
      Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net
      Valentin D. Gurvits    on behalf of Miscellaneous Participant Boris  Maiden vgurvits@bostonlawgroup.com

                                                                                                                                            TOTAL: 29

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al

**Case/AP Number** 16-01120 **-FJB**
**Chapter**

#219 Motion filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker, Plaintiff Lyman-Cutler, LLC For Summary Judgment. (Carnathan, Sean)
#220 Memorandum filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker, Plaintiff Lyman-Cutler, LLC In Support of [219] Motion for Summary Judgment. (Carnathan, Sean)
#221 Statement of Material Facts filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker, Plaintiff Lyman-Cutler, LLC. (Carnathan, Sean)

**COURT ACTION:**

_____Hearing held

_____Granted   _____Approved   _____Moot

_____Denied   _____Denied without prejudice   _____Withdrawn in open court

_____Overruled   _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order   _____Released   _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. This matter is taken under advisement.

IT IS SO ORDERED:

_____ Dated: 12/21/2018
Frank J. Bailey
United States Bankruptcy Judge