United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
   Plaintiff

                  Adv. Proc. No. 16-01120-fjb

Kagan,
   Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1   User: kborton    Page 1 of 2    Date Rcvd: Dec 21, 2018
            Form ID: pdf012    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
pla    +Lyman-Cutler, LLC,  Lyman-Cutler, LLC,  130 Trapelo Rd.,  Belmont, MA 02478-1873

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust    +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Dec 22 2018 01:43:40  John Fitzgerald,
       Office of the US Trustee,  J.W. McCormack Post Office & Courthouse,
       5 Post Office Sq., 10th Fl, Suite 1000,  Boston, MA 02109-3901
                           TOTAL: 1

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*    +Lyman-Cutler, LLC,  Lyman-Cutler, LLC,  130 Trapelo Rd.,  Belmont, MA 02478-1873
                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
    Christopher M. Candon  on behalf of Defendant  ProExcavation Corp. ccandon@sheehan.com,
    ntoli@sheehan.com
    Christopher M. Candon  on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
    ntoli@sheehan.com
    Christopher M. Candon  on behalf of Defendant  Kagan Development KDC, Corp. ccandon@sheehan.com,
    ntoli@sheehan.com
    Christopher M. Candon  on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
    ntoli@sheehan.com
    David B. Madoff  on behalf of Trustee David Madoff madoff@mandkllp.com, alston@mandkllp.com
    James Harris  on behalf of Counter-Claimant Vadim Kagan jharris@sheehan.com,
    dhemeon@sheehan.com
    James Harris  on behalf of Counter-Claimant ProExcavation Corp. jharris@sheehan.com,
    dhemeon@sheehan.com
    James Harris  on behalf of Defendant  Kagan Development KDC, Corp. jharris@sheehan.com,
    dhemeon@sheehan.com
    James Harris  on behalf of Defendant Tatiana Kagan jharris@sheehan.com, dhemeon@sheehan.com
    James Harris  on behalf of Defendant Vadim Kagan jharris@sheehan.com, dhemeon@sheehan.com
    James Harris  on behalf of Defendant  ProExcavation Corp. jharris@sheehan.com,
    dhemeon@sheehan.com
    James Harris  on behalf of Counter-Claimant  Kagan Development KDC, Corp. jharris@sheehan.com,
    dhemeon@sheehan.com
    James Harris  on behalf of Counter-Claimant Tatiana Kagan jharris@sheehan.com,
    dhemeon@sheehan.com
    John Perten  on behalf of Defendant  Kagan Development KDC, Corp. jperten@sheehan.com,
    bcapone@sheehan.com;akelleher@sheehan.com
    John Perten  on behalf of Counter-Claimant ProExcavation Corp. jperten@sheehan.com,
    bcapone@sheehan.com;akelleher@sheehan.com
    John Perten  on behalf of Defendant Tatiana Kagan jperten@sheehan.com,
    bcapone@sheehan.com;akelleher@sheehan.com
    John Perten  on behalf of Counter-Claimant Vadim Kagan jperten@sheehan.com,
    bcapone@sheehan.com;akelleher@sheehan.com
    John Perten  on behalf of Counter-Claimant  Kagan Development KDC, Corp. jperten@sheehan.com,
    bcapone@sheehan.com;akelleher@sheehan.com
    John Perten  on behalf of Defendant Vadim Kagan jperten@sheehan.com,
    bcapone@sheehan.com;akelleher@sheehan.com

```
District/off: 0101-1          User: kborton          Page 2 of 2          Date Rcvd: Dec 21, 2018
                             Form ID: pdf012         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
       John  Perten   on behalf of Defendant   ProExcavation Corp. jperten@sheehan.com,
        bcapone@sheehan.com;akelleher@sheehan.com
       John  Perten   on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com,
        bcapone@sheehan.com;akelleher@sheehan.com
       Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Nickolay  Lipetsker
        jcalandrelli@ocmlaw.net,  hwolti@ocmlaw.net
       Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net,
        hwolti@ocmlaw.net
       Joseph P. Calandrelli   on behalf of Plaintiff   Lyman-Cutler, LLC jcalandrelli@ocmlaw.net,
        hwolti@ocmlaw.net
       Peter N. Tamposi   on behalf of Plaintiff   Lyman-Cutler, LLC peter@thetamposilawgroup.com,
        Judy@tlgnh.com
       Sean T. Carnathan   on behalf of Plaintiff   Lyman-Cutler, LLC scarnathan@ocmlaw.net,
        hwolti@ocmlaw.net
       Sean T. Carnathan   on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net,
        hwolti@ocmlaw.net
       Sean T. Carnathan   on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net,
        hwolti@ocmlaw.net
       Valentin D. Gurvits   on behalf of Miscellaneous Participant Boris  Maiden
        vgurvits@bostonlawgroup.com

                                              TOTAL: 29

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al        **Case/AP Number** 16-01120 **-FJB**
                                                        **Chapter**

#223 Motion filed by Defendant Tatiana Kagan For Summary Judgment on all Counts of the
Amended Complaint and on Proof of Claim No. 5 with certificate of service. (Perten, John)
#224 Memorandum filed by Defendant Tatiana Kagan In Support of [223] Motion for Summary
Judgment. (Perten, John)
#227 Affidavit of John H. Perten filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan
Development KDC, Corp., ProExcavation Corp. (Perten, John)
#235 Statement of Undisputed Fact filed by Defendant Tatiana Kagan. (Perten, John)

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved        _____Moot

_____Denied        _____Denied without prejudice        _____Withdrawn in open court

_____Overruled        _____Sustained

_____ Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order        _____Released        _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. This matter is taken under advisement.

IT IS SO ORDERED:

*Frank J Bailey*

_____        Dated: 12/21/2018
Frank J. Bailey
United States Bankruptcy Judge