United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
    Plaintiff                                                    Adv. Proc. No. 16-01120-fjb

Kagan,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1        User: kborton         Page 1 of 2         Date Rcvd: Dec 21, 2018
                           Form ID: pdf012      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2018.
pla        +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Dec 22 2018 01:43:40     John Fitzgerald,
              Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
              5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                                       TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*        +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
                                                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2018 at the address(es) listed below:

          Christopher M. Candon   on behalf of Defendant   ProExcavation Corp. ccandon@sheehan.com, ntoli@sheehan.com
          Christopher M. Candon   on behalf of Defendant Tatiana Kagan ccandon@sheehan.com, ntoli@sheehan.com
          Christopher M. Candon   on behalf of Defendant   Kagan Development KDC, Corp. ccandon@sheehan.com, ntoli@sheehan.com
          Christopher M. Candon   on behalf of Defendant Vadim Kagan ccandon@sheehan.com, ntoli@sheehan.com
          David B. Madoff   on behalf of Trustee David Madoff madoff@mandkllp.com, alston@mandkllp.com
          James Harris   on behalf of Counter-Claimant Vadim Kagan jharris@sheehan.com, dhemeon@sheehan.com
          James Harris   on behalf of Counter-Claimant   ProExcavation Corp. jharris@sheehan.com, dhemeon@sheehan.com
          James Harris   on behalf of Defendant   Kagan Development KDC, Corp. jharris@sheehan.com, dhemeon@sheehan.com
          James Harris   on behalf of Defendant Tatiana Kagan jharris@sheehan.com, dhemeon@sheehan.com
          James Harris   on behalf of Defendant Vadim Kagan jharris@sheehan.com, dhemeon@sheehan.com
          James Harris   on behalf of Defendant   ProExcavation Corp. jharris@sheehan.com, dhemeon@sheehan.com
          James Harris   on behalf of Counter-Claimant   Kagan Development KDC, Corp. jharris@sheehan.com, dhemeon@sheehan.com
          James Harris   on behalf of Counter-Claimant Tatiana Kagan jharris@sheehan.com, dhemeon@sheehan.com
          John Perten   on behalf of Defendant   Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          John Perten   on behalf of Counter-Claimant   ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          John Perten   on behalf of Defendant Tatiana Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          John Perten   on behalf of Counter-Claimant Vadim Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          John Perten   on behalf of Counter-Claimant   Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          John Perten   on behalf of Defendant Vadim Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com

```
District/off: 0101-1           User: kborton              Page 2 of 2               Date Rcvd: Dec 21, 2018
                               Form ID: pdf012            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        John Perten    on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
        John Perten    on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
        Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
        Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
        Joseph P. Calandrelli    on behalf of Plaintiff    Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
        Peter N. Tamposi    on behalf of Plaintiff    Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com
        Sean T. Carnathan    on behalf of Plaintiff    Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net
        Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net
        Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net
        Valentin D. Gurvits    on behalf of Miscellaneous Participant Boris  Maiden vgurvits@bostonlawgroup.com

        TOTAL: 29

Case 16-01120    Doc 276    Filed 12/23/18    Entered 12/24/18 00:45:28    Desc Imaged
Certificate of Notice    Page 3 of 3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al  **Case/AP Number** 16-01120 -FJB
**Chapter**

#231 Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. In Limine to Preclude Evidence Relating to Appraisal Opinion of Hugh Morgan Fennell with certificate of service. (Perten, John)
#232 Memorandum filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. In Support of [231] Motion In Limine. (Perten, John)
#250 Opposition filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker, Plaintiff Lyman-Cutler, LLC. (Carnathan, Sean)

**COURT ACTION:**

_____Hearing held
_____Granted    _____Approved    _____Moot
_____Denied    _____Denied without prejudice    _____Withdrawn in open court
_____Overruled    _____Sustained
_____Continued to _____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. This matter is taken under advisement.

IT IS SO ORDERED:

_____ Dated: 12/21/2018
Frank J. Bailey
United States Bankruptcy Judge