United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
    Plaintiff                                                                                          Adv. Proc. No. 16-01120-fjb

Kagan,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-1            User: kborton               Page 1 of 2              Date Rcvd: Dec 21, 2018
                                Form ID: pdf012            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
pla            +Lyman-Cutler, LLC,    Lyman-Cutler, LLC,    130 Trapelo Rd.,    Belmont, MA 02478-1873

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Dec 22 2018 01:43:40     John Fitzgerald,
                 Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
                 5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*            +Lyman-Cutler, LLC,    Lyman-Cutler, LLC,    130 Trapelo Rd.,    Belmont, MA 02478-1873
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                     Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
              Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              David B. Madoff    on behalf of Trustee David  Madoff madoff@mandkllp.com,  alston@mandkllp.com
              James  Harris    on behalf of Counter-Claimant Vadim  Kagan jharris@sheehan.com,
               dhemeon@sheehan.com
              James  Harris    on behalf of Counter-Claimant    ProExcavation Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James  Harris    on behalf of Defendant    Kagan Development KDC, Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James  Harris    on behalf of Defendant Tatiana  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
              James  Harris    on behalf of Defendant Vadim  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
              James  Harris    on behalf of Defendant    ProExcavation Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James  Harris    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James  Harris    on behalf of Counter-Claimant Tatiana  Kagan jharris@sheehan.com,
               dhemeon@sheehan.com
              John  Perten    on behalf of Defendant    Kagan Development KDC, Corp. jperten@sheehan.com,
               bcapone@sheehan.com;akelleher@sheehan.com
              John  Perten    on behalf of Counter-Claimant    ProExcavation Corp. jperten@sheehan.com,
               bcapone@sheehan.com;akelleher@sheehan.com
              John  Perten    on behalf of Defendant Tatiana  Kagan jperten@sheehan.com,
               bcapone@sheehan.com;akelleher@sheehan.com
              John  Perten    on behalf of Counter-Claimant Vadim  Kagan jperten@sheehan.com,
               bcapone@sheehan.com;akelleher@sheehan.com
              John  Perten    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jperten@sheehan.com,
               bcapone@sheehan.com;akelleher@sheehan.com
              John  Perten    on behalf of Defendant Vadim  Kagan jperten@sheehan.com,
               bcapone@sheehan.com;akelleher@sheehan.com

```
District/off: 0101-1          User: kborton              Page 2 of 2                   Date Rcvd: Dec 21, 2018
                              Form ID: pdf012            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        John Perten    on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com

        John Perten    on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com

        Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker jcalandrelli@ocmlaw.net,   hwolti@ocmlaw.net

        Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net

        Joseph P. Calandrelli    on behalf of Plaintiff    Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net

        Peter N. Tamposi    on behalf of Plaintiff    Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com

        Sean T. Carnathan    on behalf of Plaintiff    Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net

        Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net

        Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net

        Valentin D. Gurvits    on behalf of Miscellaneous Participant Boris  Maiden vgurvits@bostonlawgroup.com

        TOTAL: 29

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order**

| | |
|---|---|
| **In Re:** Lyman-Cutler, LLC v. Kagan et al | **Case/AP Number** 16-01120 **-FJB** |
| | **Chapter** |

#233 Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. In Limine to Preclude Evidence Relating to 'Other Projects'. (Perten, John)
#235 Memorandum filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. In Support of [233] Motion In Limine. (Perten, John)
#249 Opposition filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker, Plaintiff Lyman-Cutler, LLC. (Carnathan, Sean)

**COURT ACTION:**

_____ Hearing held
_____ Granted          _____ Approved          _____ Moot
_____ Denied           _____ Denied without prejudice          _____ Withdrawn in open court
_____ Overruled        _____ Sustained
_____ Continued to _____
_____ Proposed order to be submitted by _____
_____ Stipulation to be submitted by _____
_____ No appearance by _____
Show Cause Order          _____ Released          _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. This matter is taken under advisement.

IT IS SO ORDERED:

_____  Dated: 12/21/2018
Frank J. Bailey
United States Bankruptcy Judge