UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al

**Case/AP Number** 16-01120 **-FJB**
**Chapter**

#219 Motion filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker, Plaintiff Lyman-Cutler, LLC For Summary Judgment.

#241 Opposition filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp., Counter-Claimants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp.

**COURT ACTION:**

_____Hearing held

_____Granted   _____Approved   _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ORDER: Summary judgment is appropriate when there is no genuine issue of material fact and, on the uncontroverted facts, the moving party is entitled to judgment as a matter of law. Fed. R. Civ. P. 56, made applicable by Fed. R. Bankr. P. 7056; Desmond v. Varrasso (In re Varrasso), 37 F.3d 760, 763 (1st Cir. 1994). The Court must construe the evidence at every turn in the light most favorable to the nonmoving party. Viewing the record in that light, there exist genuine issues of material fact as to the matters the motion puts in controversy, precluding summary judgment. The Plaintiffs' Motion for Summary Judgment is accordingly hereby denied.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____Dated: 01/11/2019
Frank J. Bailey
United States Bankruptcy Judge