**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al   **Case/AP Number** 16-01120 -FJB
**Chapter**

#223 Motion filed by Defendant Tatiana Kagan For Summary Judgment on all Counts of the Amended Complaint and on Proof of Claim No. 5

#248 Opposition filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker, Plaintiff Lyman-Cutler, LLC

**COURT ACTION:**

_____Hearing held

_____Granted   _____Approved   _____Moot

_____Denied   _____Denied without prejudice   _____Withdrawn in open court

_____Overruled   _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order   _____Released   _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ORDER: Summary judgment is appropriate when there is no genuine issue of material fact and, on the uncontroverted facts, the moving party is entitled to judgment as a matter of law.  Fed. R. Civ. P. 56, made applicable by Fed. R. Bankr. P. 7056; Desmond v. Varrasso (In re Varrasso), 37 F.3d 760, 763 (1st Cir. 1994).  The Court must construe the evidence at every turn in the light most favorable to the nonmoving party.  Viewing the record in that light, there exist genuine issues of material fact as to the matters the motion puts in controversy, precluding summary judgment. The Motion of Tatiana Kagan for Summary Judgment is accordingly hereby denied.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_   Dated: 01/11/2019
Frank J. Bailey
United States Bankruptcy Judge