United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
          Plaintiff

                                                    Adv. Proc. No. 16-01120-fjb

Kagan,
          Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1        User: ncalvo        Page 1 of 2        Date Rcvd: Jan 11, 2019
                           Form ID: pdf012      Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2019.
tr          +David Madoff,   Madoff & Khoury LLP,   124 Washington Street,   Foxboro, MA 02035-1368
ip          +Alex Filippov,   130 Trapelo Road,   Belmont, Ma 02478-1873
dft         +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
pla         +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
ip          +Nickolay Lipetsker,   52 Stony Brae Road,   Newton, MA 02461-1727
dft         +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
dft         +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
dft         +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Jan 12 2019 00:31:47    John Fitzgerald,
              Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
              5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                            TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*         +Alex Filippov,   130 Trapelo Road,   Belmont, Ma 02478-1873
cc*         +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
cd*         +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
cd*         +Nickolay Lipetsker,   52 Stony Brae Road,   Newton, MA 02461-1727
cc*         +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
cc*         +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
cc*         +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
                                                                  TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2019 at the address(es) listed below:
          Christopher M. Candon   on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
            ntoli@sheehan.com
          Christopher M. Candon   on behalf of Defendant   ProExcavation Corp. ccandon@sheehan.com,
            ntoli@sheehan.com
          Christopher M. Candon   on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
            ntoli@sheehan.com
          Christopher M. Candon   on behalf of Defendant   Kagan Development KDC, Corp. ccandon@sheehan.com,
            ntoli@sheehan.com
          David B. Madoff   on behalf of Trustee David  Madoff madoff@mandkllp.com,  alston@mandkllp.com
          James  Harris   on behalf of Counter-Claimant Vadim  Kagan jharris@sheehan.com,
            dhemeon@sheehan.com
          James  Harris   on behalf of Counter-Claimant   ProExcavation Corp. jharris@sheehan.com,
            dhemeon@sheehan.com
          James  Harris   on behalf of Defendant   Kagan Development KDC, Corp. jharris@sheehan.com,
            dhemeon@sheehan.com
          James  Harris   on behalf of Defendant Tatiana  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
          James  Harris   on behalf of Defendant Vadim  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
          James  Harris   on behalf of Defendant   ProExcavation Corp. jharris@sheehan.com,
            dhemeon@sheehan.com
          James  Harris   on behalf of Counter-Claimant   Kagan Development KDC, Corp. jharris@sheehan.com,
            dhemeon@sheehan.com
          James  Harris   on behalf of Counter-Claimant Tatiana  Kagan jharris@sheehan.com,
            dhemeon@sheehan.com

```
District/off: 0101-1          User: ncalvo            Page 2 of 2            Date Rcvd: Jan 11, 2019
                              Form ID: pdf012         Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          John  Perten   on behalf of Defendant Vadim  Kagan jperten@sheehan.com,
            bcapone@sheehan.com;akelleher@sheehan.com
          John  Perten   on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com,
            bcapone@sheehan.com;akelleher@sheehan.com
          John  Perten   on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com,
            bcapone@sheehan.com;akelleher@sheehan.com
          John  Perten   on behalf of Defendant    Kagan Development KDC, Corp. jperten@sheehan.com,
            bcapone@sheehan.com;akelleher@sheehan.com
          John  Perten   on behalf of Counter-Claimant    ProExcavation Corp. jperten@sheehan.com,
            bcapone@sheehan.com;akelleher@sheehan.com
          John  Perten   on behalf of Defendant Tatiana  Kagan jperten@sheehan.com,
            bcapone@sheehan.com;akelleher@sheehan.com
          John  Perten   on behalf of Counter-Claimant Vadim  Kagan jperten@sheehan.com,
            bcapone@sheehan.com;akelleher@sheehan.com
          John  Perten   on behalf of Counter-Claimant    Kagan Development KDC, Corp. jperten@sheehan.com,
            bcapone@sheehan.com;akelleher@sheehan.com
          Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Nickolay  Lipetsker
            jcalandrelli@ocmlaw.net,  hwolti@ocmlaw.net
          Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net,
            hwolti@ocmlaw.net
          Joseph P. Calandrelli   on behalf of Plaintiff    Lyman-Cutler, LLC jcalandrelli@ocmlaw.net,
            hwolti@ocmlaw.net
          Peter N. Tamposi   on behalf of Plaintiff    Lyman-Cutler, LLC peter@thetamposilawgroup.com,
            Judy@tlgnh.com
          Sean T. Carnathan   on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net,
            hwolti@ocmlaw.net
          Sean T. Carnathan   on behalf of Plaintiff    Lyman-Cutler, LLC scarnathan@ocmlaw.net,
            hwolti@ocmlaw.net
          Sean T. Carnathan   on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net,
            hwolti@ocmlaw.net
          Valentin D. Gurvits   on behalf of Miscellaneous Participant Boris  Maiden
            vgurvits@bostonlawgroup.com

                                                                                      TOTAL: 29

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al          **Case/AP Number** 16-01120 **-FJB**
                                                     **Chapter**

#225 Motion filed by Defendants Vadim Kagan, Kagan Development KDC, Corp., ProExcavation
Corp. For Summary Judgment on the Amended Complaint and Claim Nos. 1, 4, 6 and 7.

#247 Opposition  filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker,
Plaintiff Lyman-Cutler, LLC

**COURT ACTION:**

_____Hearing held

_____Granted          _____Approved          _____Moot

_____Denied          _____Denied without prejudice          _____Withdrawn in open court

_____Overruled          _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by _____

_____No appearance by _____

Show Cause Order          _____Released          _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ORDER: Summary judgment is appropriate when there is no genuine issue of material fact and, on
the uncontroverted facts, the moving party is entitled to judgment as a matter of law.   Fed.
R. Civ. P. 56, made applicable by Fed. R. Bankr. P. 7056; Desmond v. Varrasso (In re Varrasso),
37 F.3d 760, 763 (1st Cir. 1994).   The Court must construe the evidence at every turn in the
light most favorable to the nonmoving party.   Viewing the record in that light, there exist
genuine issues of material fact as to the matters the motion puts in controversy, precluding
summary judgment.   The Motion of Vadim Kagan, KDC, and ProExcavation for Summary Judgment is
accordingly hereby denied.

IT IS SO ORDERED:

_Frank J Bailey_

_____          Dated: 01/11/2019
Frank J. Bailey
United States Bankruptcy Judge