United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
    Plaintiff

Adv. Proc. No. 16-01120-fjb

Kagan,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-1     User: ncalvo     Page 1 of 2     Date Rcvd: Jan 11, 2019
                       Form ID: pdf012     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2019.
```
tr            +David Madoff,    Madoff & Khoury LLP,    124 Washington Street,    Foxboro, MA 02035-1368
ip            +Alex Filippov,    130 Trapelo Road,    Belmont, Ma 02478-1873
dft           +Kagan Development KDC, Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
pla           +Lyman-Cutler, LLC,    Lyman-Cutler, LLC,    130 Trapelo Rd.,    Belmont, MA 02478-1873
ip            +Nickolay Lipetsker,    52 Stony Brae Road,    Newton, MA 02461-1727
dft           +ProExcavation Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
dft           +Tatiana Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
dft           +Vadim Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust           +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Jan 12 2019 00:31:47      John Fitzgerald,
               Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
                                                                                              TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*           +Alex Filippov,    130 Trapelo Road,    Belmont, Ma 02478-1873
cc*           +Kagan Development KDC, Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
cd*           +Lyman-Cutler, LLC,    Lyman-Cutler, LLC,    130 Trapelo Rd.,    Belmont, MA 02478-1873
cd*           +Nickolay Lipetsker,    52 Stony Brae Road,    Newton, MA 02461-1727
cc*           +ProExcavation Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
cc*           +Tatiana Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
cc*           +Vadim Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
                                                                                   TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2019 at the address(es) listed below:
```
              Christopher M. Candon    on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              David B. Madoff    on behalf of Trustee David  Madoff madoff@mandkllp.com,    alston@mandkllp.com
              James   Harris    on behalf of Counter-Claimant Vadim  Kagan jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Counter-Claimant    ProExcavation Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Defendant    Kagan Development KDC, Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Defendant Tatiana  Kagan jharris@sheehan.com,    dhemeon@sheehan.com
              James   Harris    on behalf of Defendant Vadim  Kagan jharris@sheehan.com,    dhemeon@sheehan.com
              James   Harris    on behalf of Defendant    ProExcavation Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Counter-Claimant Tatiana  Kagan jharris@sheehan.com,
               dhemeon@sheehan.com
```

```
District/off: 0101-1           User: ncalvo              Page 2 of 2                    Date Rcvd: Jan 11, 2019
                               Form ID: pdf012           Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          John Perten    on behalf of Defendant Vadim Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          John Perten    on behalf of Defendant ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          John Perten    on behalf of Counter-Claimant Tatiana Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          John Perten    on behalf of Defendant Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          John Perten    on behalf of Counter-Claimant ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          John Perten    on behalf of Defendant Tatiana Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          John Perten    on behalf of Counter-Claimant Vadim Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          John Perten    on behalf of Counter-Claimant Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay Lipetsker jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
          Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
          Joseph P. Calandrelli    on behalf of Plaintiff Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
          Peter N. Tamposi    on behalf of Plaintiff Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com
          Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net
          Sean T. Carnathan    on behalf of Plaintiff Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net
          Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net
          Valentin D. Gurvits    on behalf of Miscellaneous Participant Boris Maiden vgurvits@bostonlawgroup.com

                                                                                                                                       TOTAL: 29

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al    **Case/AP Number** 16-01120 -**FJB**
**Chapter**

#228 Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. In Limine to Preclude Opinions of Michael Goldman

#251 Opposition filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker, Plaintiff Lyman-Cutler, LLC  (Carnathan, Sean)

**COURT ACTION:**

_____Hearing held
_____Granted        _____Approved        _____Moot
_____Denied         _____Denied without prejudice        _____Withdrawn in open court
_____Overruled      _____Sustained
_____Continued to _____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order        _____Released        _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Order: For the following reasons, the Defendants' Motion in Limine to Preclude Opinions of Michael Goldman is hereby denied.

     By this motion defendants Vadim Kagan, Kagan Development KDC Corp., Tatiana Kagan, and ProExcavation Corp. (collectively the "Defendants") seek an order precluding plaintiffs Lyman-Cutler, LLC, Alex Filippov, and Nickolay Lipetsker (collectively the "Plaintiffs") from presenting Michael Goldman as an expert witness at the trial.  Goldman is a certified public accountant, a certified fraud examiner, and a certified valuation analyst, and he is certified in financial forensics.  The Plaintiffs have identified him as an expert witness and provided the report required by Fed.R.Civ.P. 26.  Defendants argue that Goldman should not be permitted to testify for three reasons:  first, he "was hired by the Plaintiffs for the express purpose of opining as to the credibility and veracity of Defendants' documents," which they say is improper; second, they assert that "his opinions are inadmissible because experts may not usurp the role of the fact finder to determine credibility and his opinion that 'maybe' there was fraud is not helpful to the trier of fact;" finally, they suggest that the methodology used by Goldman is not reliable or well established.

     I do not understand that Goldman will testify as to the lack of credibility of any witness.  Rather, having examined documentation provided by the Defendants in support of their claims, he will testify about the veracity of accounting records produced in this case.  While I agree that expert testimony is not admissible to assist the trier of fact in determining the credibility of a witness, expert testimony as to the veracity and credibility of documentation is surely admissible and hardly novel.  Moreover, it appears that the methodology employed by Goldman is fully reliable and established and has been the basis for expert testimony in many cases. See, e.g., WWP, Inc. v. Wounded Warriors Family Support, Inc., 628 F.3d 1032, 1039-40 (8th Cir. 2011); Minh Vu v. Rosen (In re: Minh Vu), 2013 WL 4804822, *10 (D. Md. 2013) (forensic accounting is not a field where controversial scientific methods are used).  Experts with Goldberg's education, training and experience regularly testify about the veracity, credibility and provenance of documentary evidence (or the lack of such documentation).  Finally, subject to the limitations of Fed. R. Evid. 704, testimony by an expert as to the ultimate issue – in this case, fraud and breach of contract – is not automatically inadmissible for that reason alone, which is not to say that the trier of fact will find such testimony helpful in determining any issue.  The motion is accordingly denied.

                         IT IS SO ORDERED:

                         _____ Dated: 01/11/2019
                         Frank J. Bailey
                         United States Bankruptcy Judge