United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
    Plaintiff

Adv. Proc. No. 16-01120-fjb

Kagan,
    Defendant

# CERTIFICATE OF NOTICE

```
District/off: 0101-1           User: ncalvo                 Page 1 of 2                  Date Rcvd: Jan 11, 2019
                               Form ID: pdf012              Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2019.
tr             +David Madoff,   Madoff & Khoury LLP,   124 Washington Street,   Foxboro, MA 02035-1368
ip             +Alex Filippov,   130 Trapelo Road,   Belmont, Ma 02478-1873
dft            +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
pla            +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
ip             +Nickolay Lipetsker,   52 Stony Brae Road,   Newton, MA 02461-1727
dft            +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
dft            +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
dft            +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Jan 12 2019 00:31:47     John Fitzgerald,
                 Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
                 5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*            +Alex Filippov,   130 Trapelo Road,   Belmont, Ma 02478-1873
cc*            +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
cd*            +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
cd*            +Nickolay Lipetsker,   52 Stony Brae Road,   Newton, MA 02461-1727
cc*            +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
cc*            +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
cc*            +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
                                                                                      TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2019 at the address(es) listed below:
              Christopher M. Candon    on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant   ProExcavation Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant   Kagan Development KDC, Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              David B. Madoff    on behalf of Trustee David  Madoff madoff@mandkllp.com,  alston@mandkllp.com
              James   Harris    on behalf of Counter-Claimant Vadim  Kagan jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Counter-Claimant   ProExcavation Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Defendant   Kagan Development KDC, Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Defendant Tatiana  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
              James   Harris    on behalf of Defendant Vadim  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
              James   Harris    on behalf of Defendant   ProExcavation Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Counter-Claimant   Kagan Development KDC, Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Counter-Claimant Tatiana  Kagan jharris@sheehan.com,
               dhemeon@sheehan.com
```

```
District/off: 0101-1          User: ncalvo              Page 2 of 2              Date Rcvd: Jan 11, 2019
                              Form ID: pdf012           Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          John   Perten    on behalf of Defendant Vadim   Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          John   Perten    on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          John   Perten    on behalf of Counter-Claimant Tatiana   Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          John   Perten    on behalf of Defendant    Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          John   Perten    on behalf of Counter-Claimant    ProExcavation Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          John   Perten    on behalf of Defendant Tatiana   Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          John   Perten    on behalf of Counter-Claimant Vadim   Kagan jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          John   Perten    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
          Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay   Lipetsker jcalandrelli@ocmlaw.net,  hwolti@ocmlaw.net
          Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex   Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
          Joseph P. Calandrelli    on behalf of Plaintiff    Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
          Peter N. Tamposi    on behalf of Plaintiff    Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com
          Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay   Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net
          Sean T. Carnathan    on behalf of Plaintiff    Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net
          Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex   Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net
          Valentin D. Gurvits    on behalf of Miscellaneous Participant Boris   Maiden vgurvits@bostonlawgroup.com

                                                                                                     TOTAL: 29

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

In Re: Lyman-Cutler, LLC v. Kagan et al      Case/AP Number 16-01120 -FJB
                                             Chapter

    #233 Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp.,
    ProExcavation Corp. In Limine to Preclude Evidence Relating to 'Other Projects'.

    #249 Opposition filed by Intervenor-Plaintiffs Alex Filippov, Nickolay Lipetsker,
    Plaintiff Lyman-Cutler, LLC   (Carnathan, Sean)


**COURT ACTION:**

_____ Hearing held

_____ Granted        _____ Approved        _____ Moot

_____ Denied         _____ Denied without prejudice        _____ Withdrawn in open court

_____ Overruled      _____ Sustained

_____ Continued to _____

_____ Proposed order to be submitted by _____

_____ Stipulation to be submitted by_____

_____ No appearance by _____

Show Cause Order      _____ Released        _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ORDER: By this motion, defendants Vadim Kagan, Kagan Development KDC Corp., Tatiana Kagan and ProExcavation Corp. (collectively the "Defendants") seek an order "precluding evidence relating to 'Other Projects.'"  Plaintiffs Lyman-Cutler, LLC, Alex Filippov, and Nickolay Lipetsker (collectively the "Plaintiffs") oppose the motion.  For the reasons set forth below, the motion is hereby denied.

Defendants make four arguments in support of this motion: (a) the proposed evidence that Kagan engaged in fraud on several other construction projects is inadmissible as character evidence; (b) none of the people that will provide such testimony were able to identify specific evidence of Kagan's fraud; (c) the four or five examples of Kagan's fraud in other projects are a small fraction of his total work and thus are "cherry picked;" and (d) the evidence of other projects will needlessly prolong the trial.

The Plaintiffs' basis for offering the evidence of Kagan's conduct in other projects where he was the builder is to help establish that he uses a common plan in defrauding home owners.  That plan, at least in part, is alleged to be that he fails to report cost over runs and engages in intentional delays.  Then, at the end of the project, he demands that the owners pay the over runs in construction costs, which are usually due to entities that Kagan owns and controls.  The Plaintiffs argue that the proposed evidence does not run afoul of F.R.Evid. 404, which prohibits the use of "Character Evidence" to prove a person acted in conformity with such evidence, because in this instance the "other project" evidence is offered for a permitted purpose: to prove that Kagan acted pursuant to a plan.  See Fed.R.Evid. 404(b)(2) (expressly permitting evidence of prior bad acts and wrongs where the reason for the evidence is for a purpose other than proving character, such as to prove plan, intent, preparation, etc.)

(Continued on succeeding page.)




                                IT IS SO ORDERED:

                                /s/ Frank J. Bailey

                                _____ Dated: 01/11/2019
                                Frank J. Bailey
                                United States Bankruptcy Judge

None of the Defendants' arguments are sufficient.  First, the Plaintiffs are not offering the evidence to establish Kagan's character so that the trier of fact will conclude he acted in conformity therewith.  Rather, as noted, it is offered to prove his plan, which is a permitted use.  Second, the fact that none of the proposed witnesses provided deposition testimony of Kagan's alleged fraud in their projects, even if true, is not a reason to exclude them as witnesses. Third, perhaps the other projects selected by the Plaintiffs were in fact "cherry picked," but if there are five other projects where Kagan employed this plan, that evidence is relevant.  Finally, the court will manage the trial in a manner so as to ensure that all parties are provided with due process while ensuring that the trial is handled efficiently.

In this case the use of evidence of other projects is appropriate.  That evidence, essentially evidence of other alleged wrongs by Kagan, is offered for a permissible purpose under F.R.Evid. 404.  Moreover the probative value of such evidence outweighs the potential for undue prejudice to the Defendants.  This is a bench trial, and the court can undertake that balancing test.