# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al        **Case/AP Number** 16-01120 **-FJB**

**Chapter**

Trial
#1 Complaint by Lyman-Cutler, LLC against Vadim Kagan, Tatiana Kagan, Kagan Development KDC, Corp., ProExcavation Corp.(Tamposi, Peter)

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved        _____Moot

_____Denied        _____Denied without prejudice        _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order        _____Released        _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Scheduling conference held.  The parties requested that they be referred to mediation and the Court has by separate order entered a mediation order.

At the conference the Defendants stated that, because the Plaintiffs are permitted to introduce evidence concerning up to 5 other projects in order to establish a common scheme or plan, the Defendants should be permitted to offer evidence of up to 5 other projects in rebuttal. Counsel for the Defendants stated that he had not yet decided whether to offer such evidence. Thus, it is hereby ordered:

1.  On or before March 6, 2019 the Defendants shall file a statement as to whether they intend to offer evidence concerning up to 5 other projects; and

2.  In the event Defendants elect to offer such evidence they shall on or before April 3, 2019 produce documents concerning those projects responsive to previously served FRCP 34 document requests.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_        Dated: 01/15/2019

Frank J. Bailey
United States Bankruptcy Judge