UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

|  |  |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>Debtor. | Chapter 7<br>Case No. 15-13881-FJB |
| LYMAN-CUTLER, LLC, ALEX FILIPPOV and NICKOLAY LIPETSKER,<br><br>Plaintiff,<br><br>v.<br><br>VADIM KAGAN, TATIANA KAGAN, KAGAN DEVELOPMENT KDC CORP. and PROEXCAVATION CORP.<br><br>Defendants. | Adv. Case No.16-01120 |

## NOTICE OF FAILED MEDIATION

The Parties hereby notify the Court that they were unable to settle this dispute at Mediation, which took place on April 5, 2019.

| | |
|---|---|
| LYMAN-CUTLER, LLC,<br>By its attorney, | ALEX FILIPPOV and<br>NICKOLAY LIPETSKER,<br>By their attorneys, |
| /s/ Peter Tamposi<br>Peter N. Tamposi, BBO No. 639497<br>The Tamposi Law Group, P.C.<br>159 Main Street<br>Nashua, NH 03060<br>T: (603) 204-5513 | /s/ Sean T. Carnathan<br>Sean T. Carnathan, BBO No. 636889<br>scarnathan@ocmlaw.net<br>Joseph P. Calandrelli, BBO No. 666128<br>jcalandrelli@ocmlaw.net<br>O'Connor, Carnathan and Mack, LLC<br>1 Van de Graaff Dr. Suite 104<br>Burlington, MA 01803<br>T:  781-359-9000 |

VADIM KAGAN, KAGAN DEVELOPMENT KDC CORP.
PROEXCAVATION CORP. and TATIANA KAGAN,
By their attorneys,


/s/ John H. Perten, Esq.
John H. Perten (BBO# 548728)
James P. Harris (BBO # 678283)
SHEEHAN PHINNEY BASS & GREEN, P.A.
255 State Street, Fifth Floor
Boston, MA 02109
(617) 897-5600
jperten@sheehan.com


Dated:  April 8, 2019


Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 8, 2019.


/s/ Sean T. Carnathan