**Witnesses Defendants Intend to Call**

(Defendants reserve the right to also call any witness or proposed witness on plaintiffs' list of witnesses.)

| Witness | Objections |
|---|---|
| Vadim Kagan<br>239 Nahanton Street,<br>Newton, MA 02459 | No objection |
| Dan Gersh<br>81 Highland Terrace<br>Needham, MA 02494 | No objection |
| Joseph Cohen<br>4 79th Street<br>Newburyport, MA 01950 | No objection |
| Tatiana Kagan<br>239 Nahanton Street,<br>Newton, MA 02459 | No objection |
| Jason Gordon<br>S. Gordon Corp.<br>87 Terrace Hall Ave.<br>Burlington, MA 01803<br>781-222-0955 | No objection |
| John McGregor<br>111 Standish Road<br>Milton, MA 02186<br>508-732-7078 | No objection |
| Ryan O'Grady<br>213 Glen Meadow Road<br>Franklin, MA 02308 | No objection |
| Greg Kiely<br>Sotheby's International Realty, Inc.<br>851 Main Street<br>Osterville, MA 02655<br>508-957-5501 | No objection |

| Witness | Objections |
|---|---|
| Victor Ispranikov<br>Unicon Electric<br>52 Charles Street<br>Natick, MA 01760<br>617-921-9910 | No objection |
| Jose Pedro M. Porto/Décor Art<br>4 Keyes Hill Road<br>Pelham, NH 03076<br><br>120 Mount Washington Street<br>Everett, MA 02149<br>617-294-0403 | No objection |
| Erik Babayan/Dream Flooring<br>84 Warwick Ave.<br>Waltham, MA 02452<br>781-373-3351 | No objection |
| Boris Stanik<br>BST Plumbing<br>18 Alden Road<br>Swampscott, MA 01907<br>781-249-5716 | No objection |
| Victor Sergeev<br>V&D Heating & Cooling<br>25 Van Wart Path<br>Newton, MA 02459<br>617-293-7608 | No objection |
| Paul Cordeiro<br>DaCosta Construction/DaCosta Development Group<br>9 Bellefontaine Ave.<br>Framingham, MA 01701<br>617-294-0403 | No objection |
| David Madoff, Esq., Trustee<br>124 Washington Street<br>Foxboro, MA 02035<br>508-543-0040 | No objection |

**Defendants' Expert Witnesses**

| Witness | Objections |
|---|---|
| Von Salmi<br>Von Salmi and Associates, Inc.<br>P.O. Box 425<br>Westminster, MA 01473<br>617-823-9407 | Relevance, Daubert |
| Paul MacDonald<br>Handwriting Identification<br>P.O. Box 60616<br>Worcester, MA 01606<br>978-779-0388 | Relevance, Daubert |

**Witnesses Defendants May Call If Needed**

| Witness | Objections |
|---|---|
| Kristina Brusenkova<br>2 Village Rock Lane<br>Natick, MA 01760 | No objection |
| Dimitriy Zhukovskiy<br>6 Lanark Road<br>Brookline, MA 02245 | No objection |
| Boris Maiden, Esq.<br>58 Canterbury Lane<br>Needham, MA 02492<br>617-739-6977 | No objection |
| Deborah Gordon<br>Coldwell Banker<br>1375 Beacon Street<br>Brookline, MA 02446<br>617-731-2447 | No objection |
| Arina Rudyakova<br>74 Vernon Road<br>Belmont, MA 02478 | No objection |

| Witness | Objections |
|---|---|
| Nicholas Morris<br>Commonwealth Appraisal Services/Morris Appraisal Services<br>115 Guliver Street<br>Milton, MA 02186 | No objection |
| Kirill Kagan<br>18 Timson Path<br>Newton, MA 02459 | No objection |
| Sergey Blyum<br>23 Johnson Place<br>Auburndale, MA 02466 | Never previously identified, relevance |
| Irina Lazekin<br>50 Maynard Street, # 103<br>Attleboro, MA 02704 | Never previously identified, relevance |
| John Campbell<br>JW Campbell Construction<br>86 Milk Street<br>Blackstone, MA 01504 | No objection |
| Ed Peltsman<br>Affordable Lawn & Sprinklers<br>121 Bay Road<br>North Easton, MA 02356<br>508-238-1910 | No objection |
| Fred Choquette or John Ferrari<br>Ferguson Bath, Kitchen & Lighting Gallery<br>56 Ramsdell St<br>Newton Ma 02461<br>617-630-0100 | No objection |
| Eddie Henriquez<br>PaveTech, LLC<br>27 Wendell Road<br>Newton MA 02459<br>617-592-4013 | No objection |

| Witness | Objections |
|---|---|
| Paul DiGiacomo<br>DiGiacomo Roofing<br>501 Wilkins Glen<br>Medfield, MA  02053<br>774-287-937 | No objection |