| Provisional Ex. No. | Doc Date | Description | Reference | Additional Reference | Defendant's Objections |
|---|---|---|---|---|---|
| P0001 | | Compilation of Payments from Lyman-Cutler, LLC to KDC | | | Foundation, authentication |
| P0002 | | Compilation of Payments by KDC on the Project, Crediting all checks produced plus the American Express Summary | | | Foundation, authentication |
| P0003 | | Compilation of Payments from KDC to Lyman-Cutler, LLC Prior to November 30, 2014 (23 months after date of acquisition) | | | Foundation, authentication |
| P0004 | | Compilation of Payments from KDC to Lyman-Cutler,LLC After November 30, 2014 | | | Foundation, authentication |
| P0005 | | Compilation of Payments by ProExcavation on the project, Giving 100% Credit for checks with memos covering other projects as well | | | Foundation, authentication |
| P0006 | | Compilation of Payments from Lyman-Cutler, LLC to ProExcavation | | | Foundation, authentication |
| P0007 | 9/28/2015 | e-mail: Project Details Template | Dmitriy Zhukovskiy Depo Ex. 6 | | |
| P0008 | 9/29/2015 | e-mail: Presentation Draft for Thursday | Dmitriy Zhukovskiy Depo Ex. 7 | | |
| P0009 | 10/25/2012 | Project Lyman Presentation | Vadim Kagan Depo Ex. 6 | | Authenication |
| P0010 | 10/29/2012 | Lyman 77 | Boris Maiden Depo Ex. 3 | | |
| P0011 | 10/30/2012 | Draft Lyman Cutler LLC Op Agreement | Boris Maiden Depo Ex. 7 | | |
| P0012 | 10/30/2012 | e-mail: Lyman 77 | Boris Maiden Depo Ex. 5 | | |
| P0013 | 10/31/2012 | e-mail: Lyman 77 | Boris Maiden Depo Ex. 8 | | |
| P0014 | 11/12/2012 | e-mail: Lyman 77 | Boris Maiden Depo Ex. 4 | | |
| P0015 | 11/14/2012 | Signed Lyman Cutler LLC Op Agreement | Alex Filippov Depo Ex. 10 | | |
| P0016 | 12/31/2012 | Lyman Cutler LLC Cert of Org | Alex Filippov Depo Ex. 11 | | |
| P0017 | 12/26/2012 | Lyman Cutler LLC Cert of Org | Boris Maiden Depo Ex. 12 | | |
| P0018 | 12/26/2012 | Lyman Road Purchase Loan Commitment Letter | L-C BK 000298-303 | STC MSJ Aff Ex. 3 | |
| P0019 | 12/31/2012 | Deed 77 Lyman to Lyman Cutler LLC | Vadim Kagan Depo Ex. 23 | | |
| P0020 | 12/28/2012 | Lyman Cutler LLC Managers Certificate and Member Consent | Vadim Kagan Depo Ex. 20 | | |
| P0021 | 2/20/2013 | e-mail: no subject | Vadim Kagan Depo Ex. 9 | | |
| P0022 | 4/6/2013 | Text Message: no further investment | Alex Filippov Depo Ex. 13 | | |
| P0023 | 4/8/2013 | e-mail: Re: Money | L-C BK 001412-13 | | |
| P0024 | 4/10/2013 | e-mail: 77 Lyman Road | Vadim Kagan Depo Ex. 11 | | |
| P0025 | 4/11/2013 | e-mail: File #14171 Lyman Cutler LLC... | Vadim Kagan Depo Ex. 10 | | Hearsay |
| P0026 | 4/13/2013 | e-mail: Construction Loan | L-C BK 002597 | | Hearsay |
| P0027 | | Budget, Plan, and Permit Documents | Vadim Kagan Depo Ex. 8 | | Hearsay |
| P0028 | 4/17/2013 | Appraisal 77 Lyman Road | John McGregor Depo Ex. 91 | | |
| P0029 | 4/17/2013 | Appraisal Cutler Road | John McGregor Depo Ex. 89 | | |
| P0030 | 4/30/2013 | e-mail: Personal Statement | Alex Filippov Depo Ex. 14 | | |
| P0031 | 5/4/2013 | e-mail: Carrying Cost and the loan needed | Dmitriy Zhukovskiy Depo Ex. 15 | | |
| P0032 | 5/6/2013 | e-mail: Carrying Cost and the loan needed | Dmitriy Zhukovskiy Depo Ex. 21 | | |
| P0033 | 5/7/2013 | Construction Loan Commitment Letters | STC MSJ Aff Ex. 4 | | Unsigned draft - hearsay |
| P0034 | 5/8/2013 | e-mail: Approval of Appraisal Report XX Cutler | John McGregor Depo Ex. 87 | | Hearsay |
| P0035 | 5/8/2013 | e-mail: Approval of Appraisal Report XX Lyman | John McGregor Depo Ex. 88 | | Hearsay |
| P0036 | 6/18/2013 | Classic Homes Contract | Vadim Kagan Depo Ex. 26 | | |
| P0037 | 6/24/2013 | Construction Management Contract | Vadim Kagan Depo Ex. 25 | | |
| P0038 | 7/21/2014 | Text Message on slow progress | L-C BK 000044 | | |
| P0039 | 8/15/2014 | e-mail: Weekly Progress Reports | Alex Filippov Depo Ex. 34 | | |
| P0040 | | e-mails: Arina with Carrying Costs | | | |
| P0041 | | Construction Advance Requests, 55 Lyman | Vadim Kagan Depo Ex. 12 | | |
| P0042 | | Construction Advance Requests, 88 Cutler | Vadim Kagan Depo Ex. 15 | | |
| P0043 | | Compilation of e-mails re: Carrying Costs | L-C BK Production | | |
| P0044 | 4/24/2015 | 55 Lyman Listing Agreement | Tatiana Kagan Depo Ex. 53 | | |
| P0045 | 8/12/2014 | 88 Cutler Listing Agreement | Tatiana Kagan Depo Ex. 54 | | |
| P0046 | | 88 Cutler MLS Listing | Vadim Kagan Depo Ex. 16 | | |
| P0047 | | 55 Lyman MLS Listing | Vadim Kagan Depo Ex. 17 | | |

| Provisional Ex. No. | Doc Date | Description | Reference | Additional Reference | Defendant's Objections |
|---|---|---|---|---|---|
| P0048 | 11/18/2014 | e-mail: Kagan Development New Office Manager | Dan Gersh Depo Ex. 29 | | |
| P0049 | 4/29/2015 | e-mail exchange re: Spearate QuickBooks | L-C BK 002378-82 | | |
| P0050 | 5/7/2015 | Pyle Letter re: Lyman Cutler LLC | Vadim Kagan Depo Ex. 5 | | |
| P0051 | 5/9/2015 | e-mail: Request for all financial records and books | L-C BK 002383 | | |
| P0052 | 5/11/2015 | e-mail: Request to provide current status… | L-C BK 002384 | | |
| P0053 | 5/12/2015 | e-mail: Joseph Cohen First Letter | L-C BK 002385-87 | | |
| P0054 | 5/13/2015 | OCM Reply to Pyle 5/7/15 Demand Ltr | Perten 2nd Aff on MSJ Ex. 13 | | |
| P0055 | 5/14/2015 | e-mail: Lyman Road | Dan Gersh Depo Ex. 50 | | |
| P0056 | 5/15/2015 | e-mail: Need some accounts/logins information | L-C BK 002394-96 | | |
| P0057 | 5/26/2015 | 55 Lyman Appraisal | STC Oppo MSJ Ex. 19 | | |
| P0058 | 5/26/2015 | 88 Cutler Appraisal | STC Oppo MSJ Ex. 20 | | |
| P0059 | 6/3/2015 | e-mail: Extension of Loans | L-C BK002514-15 | | |
| P0060 | 6/8/2015 | Loan Extension Letters | Rockland Bank Subpoena Response | | |
| P0061 | 5/27/2015 | Status Update | Dan Gersh Depo Ex. 49 | | Hearsay |
| P0062 | 6/1/2015 | e-mail: Budget | L-C BK 002468-70 | | Incomplete document, no attachment |
| P0063 | 6/4/2015 | e-mail: Preparing detailed invoice | J. Joseph Cohen Depo Ex. 27 | | |
| P0064 | 6/5/2015 | Middlesex Verified Complaint | STC Oppo MSJ Ex. 1 | | Incomplete document, no attachment |
| P0065 | 5/22/2018 | e-mail: Native Construction Contract and metadata screenshot | Vadim Kagan 003024-003037 | STC MSJ Oppo Ex. 7 | Screenshot not provided, foundation, authentication, no expert opinion |
| P0066 | 6/22/2015 | Notices of Contract and Mechanics Liens | Vadim Kagan Depo Ex. 24 | | |
| P0067 | 6/25/2015 | e-mail: collection letter | J. Joseph Cohen Depo Ex. 28 | | Settlement proposal -Rule 408 |
| P0068 | 6/25/2015 | e-mail: Filippov Requests Construction Contract | L-C BK 002545 | | |
| P0069 | 6/30/2015 | Rockland Trust Account Statement:Redacted | L-C BK 000533 | STC MSJ Aff Ex. 15 | |
| P0070 | 7/16/2015 | LLC Member Meeting Minutes by Cohen | Perten 2nd MSJ Aff Ex. 15 | | |
| P0071 | 9/11/2015 | Perten to Carnathan re Operating Agreement | STC Oppo MSJ Ex. 9 | | |
| P0072 | 7/22/2016 | Page 5 of Filippov Claim in Bankruptcy | Bankruptcy Claim 11, page 5 | | Inadmissible summary, authentication, Rule 1006 |
| P0073 | 4/23/2018 | QuickBook Transaction Report | Alex Filippov Depo Ex. 36 | | |
| P0074 | | Compilation of Lyman Cutler LLC Rockland Trust Acct. Statements | Plaintiff's Document Production, Bankruptcy Proceeding | | |
| P0075 | 9/30/2015 | Filippov Mortgage Note $200K | Bankruptcy Claim 9, page 5-6 | | Incomplete document. Need recording info stamp on top. |
| P0076 | 1/5/2016 | e-mail: Update | Jason Gordon Depo Ex. 64 | | |
| P0077 | 9/16/2016 | e-mail: Properties with partners | Jason Gordon Depo Ex. 65 | | |
| P0078 | 9/30/2016 | e-mail: KDC Questions | Jason Gordon Depo Ex. 66 | | Hearsay |
| P0079 | 6/5/2015 | ProEx | SGC-001509-10 | | |
| P0080 | 9/5/2015 | e-mail: Lyman Cutler Credits | Jason Gordon Depo Ex. 68 | | Hearsay |
| P0081 | 9/12/2014 | e-mail: KDC Important | Jason Gordon Depo Ex. 69 | | |
| P0082 | 7/1/2015 | KDC AR Aging Summary | Dan Gersh Depo Ex. 41 | | Summaries, hearsay, authentication |
| P0083 | 9/29/2016 | KDC AR Aging Summary | Dan Gersh Depo Ex. 42 | | Summaries, hearsay, authentication |
| P0084 | 10/6/2016 | Lyman Cutler AP Aging Summary | Dan Gersh Depo Ex. 43 | | Summaries, hearsay, authentication |
| P0085 | 7/1/2015 | ProEx AR Aging Summary | Jason Gordon Depo Ex. 72 | | Summaries, hearsay, authentication |
| P0086 | 9/15/2016 | ProEx Transaction Journal | Jason Gordon Depo Ex. 73 | | Summaries, hearsay, authentication |
| P0087 | 9/15/2016 | ProEx AR Aging Summary | Jason Gordon Depo Ex. 71 | | Summaries, hearsay, authentication |
| P0088 | 9/15/2016 | AP Aging Summary Lyman Cutler | Jason Gordon Depo Ex. 70 | | Summaries, hearsay, authentication |
| P0089 | 5/5/2013 | e-mail: Carrying Cost and the loan needed | Alex Filippov Depo Ex. 19 | | |
| P0090 | 6/2/2015 | Lyman-Cutler AP Aging Details Report-Kagan QuickBooks 6.2015 | | | Summaries, hearsay, authentication |
| P0091 | | Filippov Contributions to LLC Support Docs-XREF to 72 | | | Foundation, authentication |
| P0092 | 3/4/2015 | Cohen letter to Abramskiy | Vlad Abramskiy Depo Ex. 10 | | Settlement, Rule 408, relevance, Rule 403 |
| P0093 | 6/15/2015 | Cynthia Road Closing Memorandum | Vlad Abramskiy Depo Ex. 14 | | relevance, Rule 403 |
| P0094 | 6/15/2015 | Cohen Demand Letter Cynthia Road | Vlad Abramskiy Depo Ex. 18 | | relevance, Rule 403 |
| P0095 | 12/22/2014 | e-mail and attachments Gersh to Lande | Elena Lande Depo Ex. 16 | | relevance, Rule 403 |

| Provisional Ex. No. | Doc Date | Description | Reference | Additional Reference | Defendant's Objections |
|---|---|---|---|---|---|
| P0096 | 12/24/2014 | e-mail exchange Cohen and Lande | Elena Lande Depo Ex. 17 | | Settlement, Rule 408 as to the bottom 2 e-mails in the string, relevance, Rule 403 |
| P0097 | 5/27/2015 | e-mail Steeves and Gordon | SGC-001502-07 | | Hearsay, authentication |
| P0098 | 8/11/2014 | e-mail re Ownership percentages 50/50 | SGC-001410-11 | | |
| P0099 | 5/2/2013 | 77 Lyman Demolition Permit | Rockland Bank Subpoena Response | | |
| P0100 | 7/23/2013 | 55 Lyman Building Permit w/Inspections | | | |
| P0101 | 7/23/2013 | 88 Cutler Building Permit w/Inspections | | | |
| P0102 | 10/2/2014 | 55 Lyman Certificate of Occupancy | Rockland Bank Subpoena Response | | |
| P0103 | 10/2/2014 | 88 Cutler Certificate of Occupancy | Rockland Bank Subpoena Response | | |
| P0104 | | 55 Lyman Construction Disbursement Summary | Rockland Bank Subpoena Response | | Foundation, relevance |
| P0105 | | 88 Cutler Construction Disbursement Summary | Rockland Bank Subpoena Response | | Foundation, relevance |
| P0106 | 5/12/2015 | 10 Lyman Closing Statement | Dan Gersh Depo Ex. 45 | L-C BK 003840 | Hearsay, authentication, relevance, Rule 403 |
| P0107 | 5/18/2015 | 10 Lyman Closing Statement | Dan Gersh Depo Ex. 46 | SGC-10 Lyman-000174 | Hearsay, authentication, relevance, Rule 403 |
| P0108 | 11/26/2012 | Newton-Cynthia Road, LLC Operating Agreement | Vlad Abramskiy Depo Ex. 4 | | relevance, Rule 403 |
| P0109 | 1/2/2013 | 131 Cynthia Budget Document | Vlad Abramskiy Depo Ex. 6 | | relevance, Rule 403 |
| P0110 | 3/4/2015 | e-mail: 131 Cynthia rd settlement | Vlad Abramskiy Depo Ex. 10 | | Settlement, Rule 408, relevance, Rule 403 |
| P0111 | 4/29/2015 | e-mail and attachments: Cynthia Road - Accounting | Abramskiy Subpoena Response | | Hearsay, authentication, relevance, Rule 403 |
| P0112 | 6/15/2015 | Letter from Joseph Cohen Re: Sale of Newton-Cynthia Rd. LLC | Vlad Abramskiy Depo Ex. 18 | | Hearsay, authentication, relevance, Rule 403 |
| P0113 | 6/16/2015 | e-mail: Cynthia Road Closing Memorandum | Vlad Abramskiy Depo Ex. 14 | | Hearsay, authentication, relevance, Rule 403 |
| P0114 | 5/1/2012 | 10 Lyman Road LLC Agreement | FIVEPROJ000897-909 | | Authentication, foundation, relevance, Rule 403 |
| P0115 | 1/2/2013 | 10 Lyman Road Budget Document | FIVEPROJ010720-22 | | Authentication, foundation, relevance, Rule 403 |
| P0116 | | BST Plumbing Documents, 10 Lyman Road | Five Projects Production | | Hearsay, relevance, Rule 403 |
| P0117 | | Décor Art Documents, 10 Lyman Road | Five Projects Production | | Hearsay, relevance, Rule 403 |
| P0118 | 2/5/2014 | Dream Flooring Invoice, 10 Lyman Road | FIVEPROJ001299 | | Hearsay, relevance, Rule 403 |
| P0119 | 4/4/2015 | Sergey Nikolaev Invoice, 10 Lyman Road | FIVEPROJ005863 | | Hearsay, relevance, Rule 403 |
| P0120 | | Unicon Electric Documents, 10 Lyman Road | Five Projects Production | | Hearsay, relevance, Rule 403 |
| P0121 | | V&D Heating and Cooling Documents, 10 Lyman Road | Five Projects Production | | Hearsay, relevance, Rule 403 |
| P0122 | 2/1/2013 | 50 Yarmouth Road LLC Agreement, signed, missing pages | Elena Lande Depo Ex. 5 | | Incomplete document, authentication, relevance, Rule 403 |
| P0123 | 2/1/2013 | 50 Yarmouth Road LLC Agreement, unsigned, complete pages | Elena Lande Depo Ex. 21 | | Unsigned, authentication, relevance, Rule 403 |
| P0124 | | 50 Yarmouth Road Budget Document | Elena Lande Depo Ex. 3 | | relevance, Rule 403 |
| P0125 | 12/22/2014 | e-mail and attachments, 50 Yarmouth Road Spreadsheets | Elena Lande Depo Ex. 16 | | Relevance, Rule 403 |
| P0126 | 12/24/2014 | e-mail: Questions as to settlement answered | Elena Lande Depo Ex. 17 | | Duplicate of No. P-96 |
| P0127 | | BST Plumbing Documents, 50 Yarmouth Road | Five Projects Production | | Hearsay, relevance, Rule 403 |
| P0128 | | Décor Art Documents, 50 Yarmouth Road | Five Projects Production | | Hearsay, relevance, Rule 403 |
| P0129 | 8/25/2014 | Dream Flooring Invoice, 50 Yarmouth Road | FIVEPROJ005032-33 | | Hearsay, relevance, Rule 403 |
| P0130 | 12/22/2014 | Sergey Nokolaev Invoice, 50 Yarmouth Road | FIVEPROJ002255 | | Hearsay, relevance, Rule 403 |
| P0131 | | Unicon Electric Proposal, 50 Yarmouth Road | FIVEPROJ003439 | | Hearsay, relevance, Rule 403 |
| P0132 | | V&D Heating and Cooling Documents, 50 Yarmouth Road | Five Projects Production | | Hearsay, relevance, Rule 403 |
| P0133 | 5/1/2012 | Deborah Road, LLC Operating Agreement | Mark Kayserman Depo Ex. 104 | | Relevance, Rule 403 |
| IF NEEDED | | | | | |
| P0134 | | 2013 ProEx Proposals | Kristina Brusenkova Depo Ex. 14 | | |
| P0135 | 3/6/2014 | e-mail: Form 8566 | Kristina Brusenkova Depo Ex. 5 | | |
| P0136 | | 2013 KDC Tax Returns | Jason Gordon Depo Ex. 55 | | Requires confidentiality protections |
| P0137 | | 2014 KDC Tax Returns | Jason Gordon Depo Ex. 56 | | Requires confidentiality protections |
| P0138 | | 2015 KDC Tax Returns | Jason Gordon Depo Ex. 57 | | Requires confidentiality protections |
| P0139 | | Statement on Standards for Tax Service No. 3 | Jason Gordon Depo Ex. 58 | | Authentication, hearsay, relevance, Rule 403 |
| P0140 | | 2014 Amended KDC Tax Returns | Jason Gordon Depo Ex. 59 | | Requires confidentiality protections |

| Provisional Ex. No. | Doc Date | Description | Reference | Additional Reference | Defendant's Objections |
|---|---|---|---|---|---|
| P0141 | | 2015 Amended KDC Tax Returns | Jason Gordon Depo Ex. 60 | | Requires confidentiality protections |
| P0142 | | 2013 ProEx Tax Returns | Jason Gordon Depo Ex. 61 | | Requires confidentiality protections |
| P0143 | | 2014 ProEx Tax Returns | Jason Gordon Depo Ex. 62 | | Requires confidentiality protections |
| P0144 | | 2015 ProEx Tax Returns | Jason Gordon Depo Ex. 63 | | Requires confidentiality protections |
| P0145 | 10/13/2017 | Kagan Development KDC's ATI | | | |
| P0146 | 1/22/2018 | Kagan Development KDC Corp.'s Amended Supplemental Resp. to Filippov's First Ints | | | |
| P0147 | 12/31/2013 | KDC General Ledger | Dan Gersh Depo Ex. 34 | SGC-000010-84 | Authentication, foundation, relevance, Rule 403 (to the extent relates to projects other than Lyman-Cutler) |
| P0148 | 12/31/2014 | KDC General Ledger | Dan Gersh Depo Ex. 35 | SGC-000085-187 | Authentication, foundation, relevance, Rule 403 (to the extent relates to projects other than Lyman-Cutler) |
| P0149 | 6/30/2015 | KDC General Ledger | Dan Gersh Depo Ex. 36 | SGC-000188-229 | Authentication, foundation, relevance, Rule 403 (to the extent relates to projects other than Lyman-Cutler) |
| P0150 | 10/13/2017 | ProExcavation's Responses to Ints | | | |
| P0151 | 1/22/2018 | ProExcavation Corp.'s Amended Supplemental Resp. to Filippov's First Set of Ints | | | |
| P0152 | 12/31/2013 | ProExcavation General Ledger as of 12/31/13 | Dan Gersh Depo Ex. 37 | SGC-001297-1335 | Authentication, foundation, relevance, Rule 403 (to the extent relates to projects other than Lyman-Cutler) |
| P0153 | 12/31/2014 | ProExcavation General Ledger as of 12/31/14 | Dan Gersh Depo Ex. 38 | SGC-001336-1370 | Authentication, foundation, relevance, Rule 403 (to the extent relates to projects other than Lyman-Cutler) |
| P0154 | 6/30/2015 | ProExcavation General Ledger as of 6/30/15 | Dan Gersh Depo Ex. 39 | SGC-001371-1383 | Authentication, foundation, relevance, Rule 403 (to the extent relates to projects other than Lyman-Cutler) |
| P0155 | 12/31/2014 | KDC Shareholder Basis | SGC-000608 | | Authentication, foundation, relevance, Rule 403 (to the extent relates to projects other than Lyman-Cutler) |
| P0156 | | Décor Art Proposal, 55 Lyman | Décor Art Depo Ex. 2A | | |
| P0157 | | Décor Art Invoice #1054, 88 Cutler Extra work | Décor Art Depo Ex. 2B | | |
| P0158 | | Décor Art Proposal and four invoices, 55 Lyman | Décor Art Depo Ex. 2C | | |
| P0159 | | Décor Art Proposal and four invoices, 88 Cutler | Décor Art Depo Ex. 2D | | |
| P0160 | 6/21/2014 | Dream Flooring Invoice, 88 Cutler | Dream Flooring Depo Ex. 2-A | | |
| P0161 | 7/3/2014 | Dream Flooring Invoice, 55 Cutler [sic] | Dream Flooring Depo Ex. 2-B | | |
| P0162 | 3/23/2015 | Dream Flooring Invoice, 55 Lyman | Dream Flooring Depo Ex. 2-C | | |
| P0163 | 7/24/2015 | Kagan Development KDC Corp Check #289 to Dream Flooring | Dream Flooring Depo Ex. 3 | | |
| P0164 | | Cost Proceeds Summary | Zhukovskiy Depo Ex. 3C | | Authentication, hearsay |
| P0165 | | Hyde Ave. P&L plus tax returns | Zhukovskiy Depo Ex. 5 | | Authentication, hearsay, relevance, Rule 403 |
| P0166 | 6/12/2013 | 24 Druid Hill LLC Agreement (unsigned) | FIVEPROJ003166-69 | | Unsigned, authentication, relevance, Rule 403 |
| P0167 | 12/23/2013 | 7 Fredette LLC Agreement | FIVEPROJ002628-35 | | Object to the extent that contains information about Wallace Street project, relevance, Rule 403 |
| P0168 | 12/23/2013 | 51 Parker Terrace LLC Agreement | FIVEPROJ002908-11 | | Unsigned, authentication |
| P0169 | | Kagan Development American Express Statements | American Express Subpoena Response | | Privacy, relevance and Rule 403 (for anything other than Lyman-Cutler) |
| P0170 | | ProExcavation American Express Statements | American Express Subpoena Response | | Privacy, relevance and Rule 403 (for anything other than Lyman-Cutler) |
| P0171 | 7/27/2018 | Expert Report of Michael Goldman | | | Hearsay, Rule 801, 802 |
| P0172 | 9/13/2018 | Expert Report of David Doddridge | | | Hearsay, Rule 801, 802 |

| Provisional Ex. No. | Doc Date | Description | Reference | Additional Reference | Defendant's Objections |
|---|---|---|---|---|---|
| P0173 | | 10 Lyman Road MLS listing | | | Hearsay, Rule 801, 802 |
| P0174 | | 50 Yarmouth Road MLS listing | | | Hearsay, Rule 801, 802 |
| P0175 | | 137 Cynthia Road MLS listing | | | Hearsay, Rule 801, 802 |
| P0176 | | 6 Deborah Road MLS listing | | | Hearsay, Rule 801, 802 |
| P0177 | 4/11/2013 | e-mail: Construction cost and carrying cost | KAGAN 01251 | | Authentication, hearsay, no attachment. |

Defendants have asserted relevance and Rule 403 objections to the extent they can anticipate how the exhibits will be used at trial, but understand based on the Court's pretrial order that relevance and Rule 403 objections are reserved until trial.