Defendant's Proposed Exhibits with Plaintiff's Objections

| Exhibit | Date | Description | Reference | Secondary Reference | Objection |
|---|---|---|---|---|---|
| A | | Proof of Claim Binders (4) | | | Foundation, authenticity, hearsay, best evidence with regard to the components from ProExcavation, BST Plumbing, Unicon Electric, V&D Heating, Sergey Nikolaev, Dream Flooring, Décor Art and DaCosta Construction (not best evidence re ProEx and Nikolaev) |
| B | 10/23/2012 | October 23, 2012 e-mail with attachments (Filippov Exh. 7) | Filippov Exh. 7 | | Description of Exhibit does not map to Filippov Ex. 7; No objection to admission of Filippov Ex. 7 |
| C | 10/26/2012 | October 26, 2012 email (Filippov Exh. 8) | Filippov Exh. 8 | | No objection |
| D | 10/29/2012 | October 29-30 email string (LC-BK 2824-27) | LC-BK 2824-27 | | No objection |
| E | 10/30/2012 | October 30, 2012 email (Maiden Exh. 7) | Maiden Exh. 7 | | No objection |
| F | 10/30/2012 | October 30, 2012 email (Maiden Exh. 4) | Maiden Exh. 4 | | No objection |
| G | 10/30/2012 | October 30, 2012 e-mail w/attachments (LC-BK 673-688) | LC-BK 673-688 | | No objection |
| H | 10/31/2012 | October 31, 2012 email (Maiden Exh. 8) | Maiden Exh. 8 | | No objection |
| I | 10/29/2012 | October 29, 2012 - November 2, 2012 email string (Filippov Exh. 9) | Filippov Exh. 9 | | No objection -- duplicative of Ex. L without attachment, sugget eliminate and go with Ex. L |
| J | 10/29/2012 | October 29, 2012 - November 2, 2012 email string (LC-BK 729-49) | LC-BK 729-49 | | No objection |
| K | 10/29/2012 | October 29, 2012 - November 2, 2012 e-mail string (LC-BK 750-769) | LC-BK 750-769 | | No objection |
| L | 11/2/2012 | November 2, 2012 e-mail (LC-BK 770-790) | LC-BK 770-790 | | No objection -- better version of Ex. I |
| M | 11/3/2012 | November 3, 2012 e-mail (LC-BK 807) | LC-BK 807 | | No objection |
| N | 11/12/2012 | November 12, 2012 Operating Agreement (Filippov Exh. 10) | Filippov Exh. 10 | | No objection |
| O | 12/18/2012 | December 18, 2012 Credit (McGregor Exh. 83) | McGregor Exh. 83 | | No objection |
| P | 12/26/2012 | December 26, 2012 Certificate of Organization (Maiden Exh. 12) | Maiden Exh. 12 | | No objection |
| Q | 1/11/2013 | January 11, 2013 e-mail (LC-BK 1299-1302) | LC-BK 1299-1302 | | No objection |
| R | 2/28/2013 | Rockland Trust Account Statement dated 2/28/13 – Deborah Road LLC (M. Kayserman 107)* | M. Kayserman 107* | | No objection |
| S | 3/27/2013 | March 27, 2013 text (LC-BK 17) | LC-BK 17 | | No objection |
| T | 4/4/2013 | April 4, 2013 e-mail (LC-BK 1356) | LC-BK 1356 | | Relevance |
| U | 4/5/2013 | April 5, 2013 email (LC-BK 63-64) | LC-BK 63-64 | | Relevance |
| V | 4/6/2013 | April 6-8, 2013 email string (LC-BK 245-46) | LC-BK 245-46 | | No objection |
| W | 4/6/2013 | April 6, 2013 text message (Filippov Exh. 13) | Filippov Exh. 13 | | No objection |
| X | 4/17/2013 | April 17, 2013 Appraisal (Filippov Exh. 15, McGregor Exh. 89) | Filippov Exh. 15 | McGregor Exh. 89 | No objection -- but appraisal is also attached to next exhibit |
| Y | 4/9/2013 | April 9- 30, 2013 e-mail string (LC-BK 1489-1510) | LC-BK 1489-1510 | | No objection -- suggest drop prior exhibit |
| Z | 4/30/2013 | April 30, 2013 email (Filippov Exh. 14) | Filippov Exh. 14 | | No objection |
| AA | 5/1/2013 | May 1, 2013 email (Filippov Exh. 16, Zhukovskiy Exh. 8) | Filippov Exh. 16 | Zhukovskiy Exh. 8 | No objection |
| BB | 5/1/2013 | May 1, 2013 RTC Loan Proposal Summary Sheet (McGregor Exh. 92) | McGregor Exh. 92 | | No objection |
| CC | 5/1/2013 | May 1, 2013 RTC Loan Proposal Summary Sheet (McGregor Exh. 93) | McGregor Exh. 93 | | Duplicative of prior exhibit |
| DD | 5/1/2013 | May 1, 2013 email (Zhukovskiy Exh.9) | Zhukovskiy Exh.9 | | No objection |
| EE | 5/4/2013 | May 4, 2013 email (Zhukovskiy Exh. 15) | Zhukovskiy Exh. 15 | | No objection |
| FF | 5/4/2013 | May 4, 2013 email (Filippov Exh. 17) | Filippov Exh. 17 | | Duplicative of prior exhibit (exactly identical except depo sticker) |

| Exhibit | Date | Description | Reference | Secondary Reference | Objection |
|---|---|---|---|---|---|
| GG | 5/5/2013 | May 5, 2013 email (Zhukovskiy Exh. 16) | Zhukovskiy Exh. 16 | | Exhibits GG-LL are duplicative/cumulative copies of a running email chain. Please see Plaintiff's provisional exhibit no. 32, which is Zhukovskiy Ex. 21, which should contain the operative bits of the chain |
| HH | 5/5/2013 | May 5, 2013 email (Zhukovskiy Exh. 17) | Zhukovskiy Exh. 17 | | duplicative/cumulative |
| II | 5/5/2013 | May 5, 2013 email (Zhukovskiy Exh. 18) | Zhukovskiy Exh. 18 | | duplicative/cumulative |
| JJ | 5/5/2013 | May 5, 2013 email (Zhukovskiy Exh. 19) | Zhukovskiy Exh. 19 | | duplicative/cumulative |
| KK | 5/5/2013 | May 5, 2013 email (Zhukovskiy Exh. 20) | Zhukovskiy Exh. 20 | | duplicative/cumulative |
| LL | 5/5/2013 | May 5, 2013 email (Filippov Exh.18) | Filippov Exh. 18 | | duplicative/cumulative (also in Provisional 32) |
| MM | 5/5/2013 | May 5, 2013 email (Filippov Exh. 19) | Filippov Exh. 19 | | No objection |
| NN | 5/6/2013 | May 6, 2013 Senior Loan Approval Committee (McGregor Exh. 96) | McGregor Exh. 96 | | No objection |
| OO | 5/7/2013 | May 7, 2013 Construction Loan Supplement to the Commitment Letter (McGregor Exh. 97) | McGregor Exh. 97 | | No objection |
| PP | 5/24/2013 | May 24- June 3, 2013 e-mail string [PLTF 191-198] | L-C BK 000265-272 | PLTF 191-198 | Relevance |
| QQ | 6/18/2013 | June 18, 2013 Classic Homes Contract (Filippov Exh. 20) | Filippov Exh. 20 | | No objection (lousy copy) |
| RR | 6/1/2013 | June 2013 – Maiden thumb drive production showing word version of Classic Homes Contract | | | Foundation, relevance, hearsay, proposing to put in entire thumb drive means that there may be all manner of objectionable material in this exhibit which we are not given a proper opportunity to object |
| SS | 6/18/2013 | June 18, 2013 text (LC-BK 40) | LC-BK 40 | | No objection |
| TT | 6/24/2013 | June 24, 2013 KDC Contract (Kagan Exh. 25) | Kagan Exh. 25 | | No objection |
| UU | 6/26/2013 | June 26, 2013 e-mail (LC-BK 1907-09) | LC-BK 1907-09 | | No objection |
| VV | 6/25/2013 | June 25, 2013 e-mail (LC-BK 65-66) | LC-BK 65-66 | | Relevance, duplicative of Ex. A, legibility |
| WW | 6/26/2013 | June 26, 2013 email (LC-BK 67-68) | LC-BK 67-68 | | Relevance, duplicative of Ex. A, included in Ex. YY |
| XX | 6/26/2013 | June 26, 2013 email (LC-BK 1910-14) | LC-BK 1910-14 | | Relevance, duplicative of Ex. A |
| YY | 6/29/2013 | June 29, 2013 email (LC-BK 67-71) | LC-BK 67-71 | | Relevance, duplicative of Ex. A, includeds Ex. WW |
| ZZ | 7/11/2013 | July 11, 2013 email (PLTF00066) (LC-BK 72) | LC-BK 72 | PLTF00066 | No objection |
| AAA | 7/18/2013 | July 18, 2013 email (LC-BK 1917) | LC-BK 1917 | | No objection |
| BBB | 8/21/2013 | 8/21/13 email w/attachments (KAGAN 3017-18) | KAGAN 3017-18 | | Foundation, Authenticity, hearsay, best evidence, relevance, incompleteness |
| CCC | 8/23/2013 | August 23, 2013 email (LC-BK 75) | LC-BK 75 | | No objection |
| DDD | 8/26/2013 | August 26, 2013 email (LC-BK 76-77) | LC-BK 76-77 | | No objection |
| EEE | 8/27/2013 | August 27, 2013 email (LC-BK 78-79) | LC-BK 78-79 | | No objection |
| FFF | 8/29/2013 | August 29, 2013 email (LC-BK 80-81) | LC-BK 80-81 | | No objection |
| GGG | 8/30/2013 | August 30, 2013 email (LC-BK 82) | LC-BK 82 | | No objection |
| HHH | 9/10/2013 | September 10-12, 2013 e-mail (LC-BK 1955-56) | LC-BK 1955-56 | | No objection |
| III | 9/13/2013 | September 13, 2013 email (LC-BK 83) | LC-BK 83 | | Legibility |
| JJJ | 9/13/2013 | September 13, 2013 email (LC-BK 84-85) | LC-BK 84-85 | | No objection |
| KKK | 9/13/2013 | September 13, 2013 e-mail (LC-BK 1980-81) | LC-BK 1980-81 | | No objection |
| LLL | 9/13/2013 | September 13, 2013 email (McGregor Exh. 99) | McGregor Exh. 99 | | No objection |
| MMM | 9/17/2013 | September 17, 2013 email (LC-BK 86-87) | LC-BK 86-87 | | No objection |
| NNN | 9/27/2013 | September 27, 2013 email (LC-BK1998-2002) | LC-BK1999-2002 | | No objection |
| OOO | 9/30/2013 | September 30, 2013 email (LC-BK 89) | LC-BK 89 | | Legibility |
| PPP | 9/30/2013 | September 30, 2013 email (LC-BK 90) | LC-BK 90 | | Legibility |
| QQQ | 9/30/2013 | September 30, 2013 email (LC-BK 91-94) | LC-BK 91-94 | | Duplicative of Ex. NNN |
| RRR | 9/30/2013 | September 30, 2013 email (LC-BK 95-96) | LC-BK 95-96 | | No objection |
| SSS | 9/30/2013 | September 30, 2013 email (LC-BK 97-98) | LC-BK 97-98 | | No objection |
| TTT | 9/30/2013 | September 30, 2013 email LC- BK 101-104) | LC- BK 101-104 | | No objection -- really 2 exhibits? |
| UUU | 9/30/2013 | September 30, 2013 email (LC- BK 101-104) | LC- BK 101-104 | | Exact duplicate of prior exhibit |

Defendant's Proposed Exhibits with Plaintiff's Objections

| Exhibit | Date | Description | Reference | Secondary Reference | Objection |
|---|---|---|---|---|---|
| VVV | 9/30/2013 | September 30, 2013 e-mail (LC-BK 1996-97) | LC-BK 1996-97 | | Duplicative of Ex. SSS |
| WWW | 9/30/2013 | September 30, 2013 e-mail (LC-BK2965-66) | LC-BK2965-66 | | No objection |
| XXX | 10/14/2014 | October 15. 2013 email (PLTF00085) (LC-BK 105-06) | LC-BK 105-06 | PLTF00085 | No objection |
| YYY | 10/15/2013 | October 15. 2013 email (PLTF00085) | LC-BK 000103 | PLTF00085 | Legibility, included in Ex. SSS and VVV |
| ZZZ | 10/15/2013 | October 19. 2013 email (LC-BK 107-08) | LC-BK 107-08 | | No objection |
| AAAA | 10/19/2013 | October 19. 2013 email (LC-BK 109-110) | LC-BK 109-110 | | No objection |
| BBBB | 10/19/2013 | October 19. 2013 email (LC-BK 111-12) | LC-BK 111-12 | | No objection |
| CCCC | 10/19/2013 | October 19. 2013 email (LC-BK 113-14) | LC-BK 113-14 | | No objection |
| DDDD | 10/19/2013 | October 22. 2013 email (LC-BK 115-16) | LC-BK 115-16 | | No objection |
| EEEE | 10/22/2013 | October 22. 2013 email (LC-BK 117-18) | LC-BK 117-18 | | No objection |
| FFFF | 10/22/2013 | October 22. 2013 email (LC-BK 119-20) | LC-BK 119-20 | | No objection |
| GGGG | 10/22/2013 | October 22. 2013 email (LC-BK 121-22) | LC-BK 121-22 | | No objection |
| HHHH | 10/22/2013 | October 22. 2013 email (LC-BK 123-24) | LC-BK 123-24 | | No objection |
| IIII | 10/22/2013 | October 27. 2013 email (LC-BK 125-26) | LC-BK 125-26 | | No objection |
| JJJJ | 10/27/2013 | October 27, 2013 email (LC-BK127-28) | LC-BK127-28 | | No objection |
| KKKK | 10/27/2013 | October 28. 2013 email (PLTF00098) (LC-BK 129-30) | LC-BK 129-30 | PLTF00098 | No objection |
| LLLL | 10/28/2013 | October 30, 2013, Credit file (McGregor Exh. 94) | McGregor Exh. 94 | | No objection |
| MMMM | 10/30/2013 | November 2, 2013 email (LC-BK131-32) | LC-BK131-32 | | No objection |
| NNNN | 11/2/2013 | November 2, 2013 email (LC-BK 133-34) | LC-BK 133-34 | | No objection |
| OOOO | 11/2/2013 | November 5, 2013 email (LC-BK 135-36) | LC-BK 135-36 | | No objection |
| PPPP | 11/5/2013 | November 17, 2013 email (LC-BK 137-38) | LC-BK 137-38 | | No objection |
| QQQQ | 11/17/2013 | November 17, 2013 email (LC-BK 139-40) | LC-BK 139-40 | | No objection |
| RRRR | 11/17/2013 | November 19, 2013 email (LC-BK 141-42) | LC-BK 141-42 | | No objection |
| SSSS | 11/19/2013 | November 19, 2013 email (LC-BK 143-44) | LC-BK 143-44 | | No objection |
| TTTT | 11/19/2013 | November 21, 2013 email (LC-BK 145-46) | LC-BK 145-46 | | No objection |
| UUUU | 11/21/2013 | December 17, 2013 email (LC-BK 147) | LC-BK 147 | | No objection |
| VVVV | 12/17/2013 | January 13, 2014 email (LC-BK 2119) | LC-BK 2119 | | No objection |
| WWWW | 1/13/2014 | January 16, 2014 email (LC-BK 166-67 | LC-BK 166-67 | | No objection |
| XXXX | 1/16/2014 | January 20, 2014 email (LC-BK 149) | LC-BK 149 | | No objection |
| YYYY | 1/20/2014 | January 24, 2014 email (LC-BK150-58) | LC-BK150-58 | | No objection |
| ZZZZ | 1/24/2014 | February 4, 2014 email (LC-BK 159-65) | LC-BK 159-65 | | No objection |
| AAAAA | 2/4/2014 | February 10, 2014 email (LC-BK 169) | LC-BK 169 | | No objection |
| BBBBB | 2/10/2014 | February 17, 2014 email (LC-BK 170) | LC-BK 170 | | No objection |
| CCCCC | 2/17/2014 | February 18, 2014 email (Filippov Exh. 32) | Filippov Exh. 32 | | Duplicate of prior exhibit (different format) |
| DDDDD | 2/18/2014 | March 17, 2014 email (LC-BK 2217) | LC-BK 2217 | | No objection |
| EEEEE | 3/17/2014 | March 20, 2014 email (LC-BK 172-80) | LC-BK 172-80 | | No objection |
| FFFFF | 3/20/2014 | March 20, 2014 email (Filippov Exh. 33) | Filippov Exh. 33 | | Duplicate of prior exhibit (different format) |
| GGGGG | 3/20/2014 | April 1, 2014 email (LC-BK 181) | LC-BK 181 | | No objection |
| HHHHH | 4/1/2014 | April 4, 2014 email (LC-BK 2219) | LC-BK 2219 | | No objection |
| IIIII | 4/4/2014 | April 5, 2014 e-mail (LC-BK63-64) | LC-BK 63-64 | | Duplicate of prior exhibit |
| JJJJJ | 4/10/2014 | April 10, 2014 email (LC-BK 182-92) | LC-BK 182-92 | | No objection |
| KKKKK | 4/11/2014 | April 11, 2014 Brusenkova NDA (Brusenkova Exh. 4) | Brusenkova Exh. 4 | | Relevance, foundation, authenticity |
| LLLLL | 5/19/2014 | May 19, 2014 spreadsheet (Lande Exh. 6) | Lande Exh. 6 | | No objection |
| MMMMM | 5/30/2014 | May 30, 2014 e-mail (LC-BK 2658) | LC-BK 2658 | | No objection |
| NNNNN | 6/18/2014 | June 18, 2014 text message (PLTF00040) | L-C BK 000040 | PLTF00040 | No objection (duplicate?) |
| OOOOO | 6/18/2014 | June 18, 2014 email (PLTF000120) (LC-BK 194) | LC-BK 194 | PLTF000120 | No objection |
| PPPPP | 7/21/2014 | July 21, 2014 text message (LC-BK 44)[Delete?] | LC-BK 44 | | No objection |
| QQQQQ | 7/24/2014 | July 24, 2014 email (Lande Exh. 7) | Lande Exh. 7 | | No objection |
| RRRRR | 8/7/2014 | August 7, 2014 email (Lande Exh. 8) | Lande Exh. 8 | | No objection |

| Exhibit | Date | Description | Reference | Secondary Reference | Objection |
|---|---|---|---|---|---|
| SSSSS | 8/12/2014 | August 12, 2014 Listing Agreement 88 Cutler (attached to Keily Aff) | attached to Keily Aff | | No objection |
| TTTTT | 8/14/2014 | August 14, 2014 email (Filippov Exh. 34) | Filippov Exh. 34 | | No objection |
| UUUUU | 8/15/2014 | August 15, 2014 e-mail (LC-BK2266) | LC-BK 2266 | | Duplicate of first page of last exhibit |
| VVVVV | 9/4/2014 | September 4, 2014 email (Filippov Exh. 21) | Filippov Exh. 21 | | No objection |
| WWWWW | 9/17/2014 | September 17, 2014 email (Lande Exh. 9) | Lande Exh. 9 | | No objection |
| XXXXX | 9/17/2014 | September 17, 2014 email (LC-BK 203) | LC-BK 203 | | No objection |
| YYYYY | 9/25/2014 | September 25, 2014 email (LC-BK 204) | LC-BK 204 | | No objection |
| ZZZZZ | 10/14/2014 | October 14, 2014 text message LC-BK 45) | LC-BK 45 | | No objection |
| AAAAAA | 10/14/2014 | October 14, 2014 text message (LC-BK 46) | LC-BK 46 | | No objection |
| BBBBBB | 10/16/2014 | October 16, 2014 P&S (Lande Exh.12) | Lande Exh.12 | | No objection |
| CCCCCC | 10/27/2014 | October 27, 2014 email (LC-BK 206) | LC-BK 206 | | No objection |
| DDDDDD | 11/18/2014 | November 18, 2014 e-mail (LC-BK 2680) | LC-BK 2680 | | No objection |
| EEEEEE | 11/18/2014 | November 18, 2014 (Gersh Exh. 29) | Gersh Exh. 29 | | No objection |
| FFFFFF | 11/23/2014 | November 23, 2014 email (LC-BK 207) | LC-BK 207 | | No objection |
| GGGGGG | 12/15/2014 | December 15, 2014 email (Lande Exh. 13) | Lande Exh. 13 | | No objection |
| HHHHHH | 12/15/2014 | December 15, 2014 Yarmouth Road Development Balance Sheet (Lande Exh. 14) | Lande Exh. 14 | | No objection |
| IIIIII | 12/15/2014 | December 15, 2014 email (LC-BK 2309-10) | LC-BK 2309-10 | | No objection |
| JJJJJJ | 12/22/2014 | December 22, 2014 email (Lande Exh. 16) | Lande Exh. 16 | | No objection |
| KKKKKK | 1/13/2015 | January 13, 2015 email (LC-BK 210) | LC-BK 210 | | No objection (looks like duplicate of earlier exhibit?) |
| LLLLLL | 1/24/2015 | January 24, 2015 email (Filippov Exh. 31) | Filippov Exh. 31 | | No objection |
| MMMMMM | 2/12/2015 | February 12, 2015 email (PLTF000137) (LC-BK 211) | LC-BK 211 | PLTF000137 | No objection |
| NNNNNN | 3/25/2015 | March 25, 2015 email (PLTF000138) (LC-BK 212) | LC-BK 212 | PLTF000138 | No objection |
| OOOOOO | 4/5/2014 | April 15, 2015 email (LC-BK 213) | LC-BK 213 | | No objection (last several part of one exhibit on our side) |
| PPPPPP | 4/15/2015 | April 17, 2015 email (LC-BK 214) | LC-BK 214 | | No objection |
| QQQQQQ | 4/17/2015 | April 23, 2015 text (LC-BK54) | LC-BK54 | | No objection |
| RRRRRR | 4/23/2015 | April 23, 2015 text (Filippov Exh. 22) | Filippov Exh. 22 | | No objection |
| SSSSSS | 4/23/2015 | April 23, 2015 text (Filippov Exh. 23) | Filippov Exh. 23 | | No objection |
| UUUUUU | 4/23/2015 | April 23-28, 2015 text (L-C BK 000058-61) (Tatiana Exh. 52) | L-C BK 000058-61 | | Duplicate of RRRRRR in different format |
| VVVVVV | 4/23/2015 | April 25, 2015 e-mail (LC-BK 2985-89) | LC-BK 2985-89 | | No objection |
| WWWWWW | 4/23/2015 | April 24, 2015 Listing Agreement, 55 Lyman (Attached to Keily Aff) | Attached to Keily Aff | | No objection |
| XXXXXX | 4/25/2015 | April 24, 2015 text (Filippov Exh. 24) | Filippov Exh. 24 | | No objection |
| YYYYYY | 4/24/2015 | April 25, 2015 email (Filippov Exh. 25) | Filippov Exh. 25 | | No objection |
| ZZZZZZ | 4/24/2015 | April 25, 2015 text (Filippov Exh. 26) | Filippov Exh. 26 | | No objection |
| AAAAAAA | 4/25/2015 | April 28, 2015 email (Filippov Exh. 27) | Filippov Exh. 27 | | No objection |
| DDDDDDD | 4/25/2015 | April 28, 2015 text (LC-BK 59) | LC-BK 59 | | Duplicate, relevance |
| EEEEEEE | 4/28/2015 | April 28, 2015 text (Fillipov Exh. 22) | Filippov Exh. 22 | | Duplicate |
| FFFFFFF | 4/28/2015 | April 28, 2015text (Filippov Exh., 28) | Filippov Exh. 28 | | Duplicate |
| GGGGGGG | 4/28/2015 | April 29, 2015 email (Abramskiy Exh. 12) | Abramskiy Exh. 12 | | No objection |
| HHHHHHH | 4/28/2015 | May 7, 2015 letter (Kagan Exh. 5) | Kagan Exh. 5 | | No objection |
| IIIIIII | 4/28/2015 | May 13, 2015 P&S (Abramskiy Exh. 13) | Abramskiy Exh. 13 | | No objection |
| JJJJJJJ | 4/28/2015 | May 14, 2015 letter (Attached to Keily Aff). | Attached to Keily Aff. | | Hearsay |
| KKKKKKK | 4/29/2015 | May 13, 2015 letter (LC-BK 3016-19) | LC-BK 3016-19 | | No objection |
| LLLLLLL | 5/7/2015 | May 15, 2015 email (PLTF000146) (LC-BK 2713-14) | LC-BK 2713-14 | PLTF000146 | No objection |
| MMMMMMM | 5/13/2015 | May 25, 2015 email (Filippov Exh. 30) | Filippov Exh. 30 | | No objection |
| NNNNNNN | 5/14/2015 | June 11, 2015 e-mail (Gordon Exh. 5 | Gordon Exh. 5 | | No objection |
| OOOOOOO | 5/13/2015 | June 16, 2015 email (Abramskiy Exh. 14) | Abramskiy Exh. 14 | | No objection |
| PPPPPPP | 5/15/2015 | June 22, 2015 Lien documents (LC-BK 396-405) | LC-BK 396-405 | | No objection |

| Exhibit | Date | Description | Reference | Secondary Reference | Objection |
|---|---|---|---|---|---|
| QQQQQQQ | 5/25/2015 | Norfolk Complaint | | | Hearsay, relevance, would discuss admission for limited purpose |
| RRRRRRR | 6/11/2015 | July 8, 2015 Notice (LC-BK 3163) | LC-BK 3163 | | No objection |
| SSSSSSS | 6/16/2015 | July __, 2015 List of Questions (LC-BK3168-69) | LC-BK3168-69 | | No objection |
| TTTTTTT | 6/22/2015 | July 21, 2015 Offer to Purchase Real Estate (LC-BK 3178-80) | LC-BK 3178-80 | | Relevance |
| UUUUUUU | | July 22, 2015 email (LC-BK 3183-86) | LC-BK 3183-86 | | Hearsay, Foundation, looks like 3 exhibits improperly stapled together |
| VVVVVVV | 7/8/2015 | August 18, 2015 email (LC-BK 3214) | LC-BK 3214 | | No objection |
| WWWWWWW | 7/21/2015 | August 19, 2015 e-mail (LC-BK 3244-50) | LC-BK 3244-50 | | No objection |
| XXXXXXX | 7/21/2015 | September 30. 2016 email (Gordon Exh. 66) | Gordon Exh. 66 | | No objection |
| YYYYYYY | 7/22/2015 | Rockland Trust Company Bank Account Statements (PLTF000289-420) | L-C BK 000406-537 | PLTF000289-420 | No objection |
| ZZZZZZZ | 8/18/2015 | *Two new home warranties given by KDC | | | Relevance |
| BBBBBBBB | 8/19/2015 | QuickBooks ledger (Filippov Exh. 36) | Filippov Exh. 36 | | No objection |
| CCCCCCCC | 9/30/2016 | MLS Listing (Gordon Exhibit 6) | Gordon Exhibit 6 | | No objection |
| DDDDDDDD | | Agreement for Exclusive Agency with Consent to Designated Agency (Tatiana Exh. 53) | Tatiana Exh. 53 | | Duplicate of prior exhibit |
| EEEEEEEE | | Rockland Trust Company construction advance request form (Kagan Exh.12) | Kagan Exh.12 | | No objection |
| FFFFFFFF | | Rockland Trust Company construction advance request form (Kagan Exh. 15) | Kagan Exh. 15 | | No objection |
| GGGGGGGG | | Rockland Trust Loan Payment Notice – 320111600 Due Date 2/27/1 (Kayserman Exh. 108) | Kayserman Exh. 108 | | No objection |
| HHHHHHHH | | Deborah Road LLC 2013 Tax Return (Kayserman Exh. 110) | Kayserman Exh. 110 | | No objection |
| IIIIIIII | | *C21 Marketing Efforts List (KAG 0002579) | KAG 0002579 | | Duplicate, same objections as before |
| JJJJJJJJ | | *Paul McDonald Expert Report | | | Hearsay, relevance |
| KKKKKKKK | | *Exhibits to Paul McDonald's Expert Report | | | Hearsay, relevance, foundation, authenticity |
| LLLLLLLL | | *Von Salmi Expert Report | | | Hearsay, relevance, foundation, Daubert |
| MMMMMMMM | | *Von Salmi Rebuttal | | | Hearsay, relevance, foundation, Daubert |
| NNNNNNNN | | *Documents relied upon by Von Salmi | | | Hearsay, relevance, foundation, Daubert |
| OOOOOOOO | | August 19, 2015 email (COMM 0056) | COMM 0056 | | NEED COPY TO REVIEW |
| PPPPPPPP | | KDC Adjusted Journal Entries – 2015 (SGC-000674) | SGC-000674 | | Hearsay, relevance, foundation |
| QQQQQQQQ | | ProExcavation Aged Trial Balance – 2015 (SGC-000752) | SGC-000752 | | Hearsay, foundation |
| RRRRRRRR | | KDC Adjusted Client Trial Balance – 2015 (SGC-000660) | SGC-000660 | | Hearsay, foundation |
| SSSSSSSS | | *ProExcavation Find Report (KAGAN 2058-59) | KAGAN 2058-59 | | Hearsay, foundation |
| TTTTTTTT | 8/19/2015 | *ProExcavation Checks (KAGAN 2060-78, 2100-2172) | KAGAN 2060-78, 2100-2172 | | Relevance (no effort to eliminate checks that have nothing to do with this case) |
| UUUUUUUU | | June 6, 2018-Jun 14, 2018 Email String | | | Hearsay, foundation, relevance |
| | | 88 Cutler Lane Permit Plans | | | No objection |
| | | 88 Cutler Lane Final As Built | | | No objection |
| | | 55 Lyman Road Final As Built | | | No objection |
| | | 55 Lyman Road Foundation As Built | | | No objection |
| | | 55 Lyman Road Site Plan | | | No objection |