UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al     **Case/AP Number** 16-01120 **-FJB**
**Chapter**

Trial Day 10
#1 Complaint by Lyman-Cutler, LLC against Vadim Kagan, Tatiana Kagan, Kagan Development KDC, Corp., ProExcavation Corp.(Tamposi, Peter)

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Status conference held. The trial shall proceed on May 6,7,8,9,10,13, 14 and 15 and shall commence at 9:00 A.M. and recess at 1:00 P.M. each day with a presumptive break at 11 AM. June 17, 18, 24 and 25 shall be full trial days and shall commence at 9:00 A.M and recess at approximately 4:30 P.M. each day. The parties shall inform each other and the court of the identity of the witnesses for the next trial day no later than 2 PM on the preceeding trial day. The parties shall submit a revised list of exhibits by 4:30 P.M. on May 3, 2019 and shall make all reasonable efforts to eliminate all objections based on "authenticity." The plaintiffs stated at the conference that there are six subcontractors whose records the plaintiffs believe may not be authentic and are therefore inadmissible. As to all other subcontractors the plaintiffs do not object to the admission of the records but reserve the right to challenge the weight accorded to such evidence. The parties shall have 10 minutes for opening statements either at the commencement of the trial or, as to the defendants, at commencement of the Kagan parties case in chief. The parties shall be timed throughout the trial and shall be allotted equal time. The parties shuold take care to ensure that their time usage stays within this guideline. The court may limit a party whose time usage exceeds this guideline. The court will schedule closing arguments for a time after the parties have submitted proposed findings of fact and conclusions of law. The proposed findings shall include support by reference to the transcripts and/or the admitted exhibits (by specific page number).

IT IS SO ORDERED:

_____Dated: 04/29/2019
Frank J. Bailey
United States Bankruptcy Judge