```
                        United States Bankruptcy Court
                            District of Massachusetts
```

Lyman-Cutler, LLC,
       Plaintiff                                                                 Adv. Proc. No. 16-01120-fjb

Kagan,
       Defendant

## CERTIFICATE OF NOTICE

```
District/off: 0101-1           User: jregan                Page 1 of 2                  Date Rcvd: Apr 30, 2019
                               Form ID: pdf012             Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2019.
tr             +David Madoff,    Madoff & Khoury LLP,    124 Washington Street,    Foxboro, MA 02035-1368
ip             +Alex Filippov,    130 Trapelo Road,    Belmont, Ma 02478-1873
dft            +Kagan Development KDC, Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
pla            +Lyman-Cutler, LLC,    Lyman-Cutler, LLC,    130 Trapelo Rd.,    Belmont, MA 02478-1873
ip             +Nickolay Lipetsker,    52 Stony Brae Road,    Newton, MA 02461-1727
dft            +ProExcavation Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
dft            +Tatiana Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
dft            +Vadim Kagan,    239 Nahanton St.,    Newton, MA 02459-2909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov May 01 2019 00:40:48      John Fitzgerald,
                 Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
                 5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*            +Alex Filippov,    130 Trapelo Road,    Belmont, Ma 02478-1873
cc*            +Kagan Development KDC, Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
cd*            +Lyman-Cutler, LLC,    Lyman-Cutler, LLC,    130 Trapelo Rd.,    Belmont, MA 02478-1873
cd*            +Nickolay Lipetsker,    52 Stony Brae Road,    Newton, MA 02461-1727
cc*            +ProExcavation Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
cc*            +Tatiana Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
cc*            +Vadim Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
                                                                                   TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2019 at the address(es) listed below:
              Christopher M. Candon    on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              David B. Madoff    on behalf of Trustee David  Madoff madoff@mandkllp.com,    alston@mandkllp.com
              James   Harris    on behalf of Counter-Claimant Vadim  Kagan jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Counter-Claimant    ProExcavation Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Defendant    Kagan Development KDC, Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Defendant Tatiana  Kagan jharris@sheehan.com,   dhemeon@sheehan.com
              James   Harris    on behalf of Defendant Vadim  Kagan jharris@sheehan.com,   dhemeon@sheehan.com
              James   Harris    on behalf of Defendant    ProExcavation Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris    on behalf of Counter-Claimant Tatiana  Kagan jharris@sheehan.com,
               dhemeon@sheehan.com
```

```
District/off: 0101-1           User: jregan               Page 2 of 2                   Date Rcvd: Apr 30, 2019
                               Form ID: pdf012           Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      John  Perten    on behalf of Defendant Vadim  Kagan jperten@sheehan.com,
       bcapone@sheehan.com;akelleher@sheehan.com
      John  Perten    on behalf of Defendant   ProExcavation Corp. jperten@sheehan.com,
       bcapone@sheehan.com;akelleher@sheehan.com
      John  Perten    on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com,
       bcapone@sheehan.com;akelleher@sheehan.com
      John  Perten    on behalf of Defendant   Kagan Development KDC, Corp. jperten@sheehan.com,
       bcapone@sheehan.com;akelleher@sheehan.com
      John  Perten    on behalf of Counter-Claimant   ProExcavation Corp. jperten@sheehan.com,
       bcapone@sheehan.com;akelleher@sheehan.com
      John  Perten    on behalf of Defendant Tatiana  Kagan jperten@sheehan.com,
       bcapone@sheehan.com;akelleher@sheehan.com
      John  Perten    on behalf of Counter-Claimant Vadim  Kagan jperten@sheehan.com,
       bcapone@sheehan.com;akelleher@sheehan.com
      John  Perten    on behalf of Counter-Claimant   Kagan Development KDC, Corp. jperten@sheehan.com,
       bcapone@sheehan.com;akelleher@sheehan.com
      Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker
       jcalandrelli@ocmlaw.net,  hwolti@ocmlaw.net
      Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net,
       hwolti@ocmlaw.net
      Joseph P. Calandrelli    on behalf of Plaintiff   Lyman-Cutler, LLC jcalandrelli@ocmlaw.net,
       hwolti@ocmlaw.net
      Peter N. Tamposi    on behalf of Counter-Defendant   Lyman-Cutler, LLC
       peter@thetamposilawgroup.com,  Judy@tlgnh.com
      Peter N. Tamposi    on behalf of Plaintiff   Lyman-Cutler, LLC peter@thetamposilawgroup.com,
       Judy@tlgnh.com
      Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net,
       hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net
      Sean T. Carnathan    on behalf of Counter-Defendant   Lyman-Cutler, LLC scarnathan@ocmlaw.net,
       hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net
      Sean T. Carnathan    on behalf of Plaintiff   Lyman-Cutler, LLC scarnathan@ocmlaw.net,
       hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net
      Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net,
       hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net
      Valentin D. Gurvits    on behalf of Miscellaneous Participant (MP Case Only) Boris  Maiden
       vgurvits@bostonlawgroup.com

                                                                                              TOTAL: 31

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

In Re: Lyman-Cutler, LLC v. Kagan et al          Case/AP Number 16-01120 -FJB
                                                 Chapter

Trial Day 10
#1 Complaint by Lyman-Cutler, LLC against Vadim Kagan, Tatiana Kagan, Kagan Development KDC, Corp., ProExcavation Corp.(Tamposi, Peter)

**COURT ACTION:**

_____Hearing held

_____Granted          _____Approved          _____Moot

_____Denied           _____Denied without prejudice          _____Withdrawn in open court

_____Overruled        _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order       _____Released       _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Status conference held. The trial shall proceed on May 6,7,8,9,10,13, 14 and 15 and shall commence at 9:00 A.M. and recess at 1:00 P.M. each day with a presumptive break at 11 AM. June 17, 18, 24 and 25 shall be full trial days and shall commence at 9:00 A.M and recess at approximately 4:30 P.M. each day. The parties shall inform each other and the court of the identity of the witnesses for the next trial day no later than 2 PM on the preceeding trial day. The parties shall submit a revised list of exhibits by 4:30 P.M. on May 3, 2019 and shall make all reasonable efforts to eliminate all objections based on "authenticity." The plaintiffs stated at the conference that there are six subcontractors whose records the plaintiffs believe may not be authentic and are therefore inadmissible. As to all other subcontractors the plaintiffs do not object to the admission of the records but reserve the right to challenge the weight accorded to such evidence. The parties shall have 10 minutes for opening statements either at the commencement of the trial or, as to the defendants, at commencement of the Kagan parties case in chief. The parties shall be timed throughout the trial and shall be allotted equal time. The parties shuold take care to ensure that their time usage stays within this guideline. The court may limit a party whose time usage exceeds this guideline. The court will schedule closing arguments for a time after the parties have submitted proposed findings of fact and conclusions of law. The proposed findings shall include support by reference to the transcripts and/or the admitted exhibits (by specific page number).

IT IS SO ORDERED:

_____ Dated: 04/29/2019
Frank J. Bailey
United States Bankruptcy Judge