| Trial Exhibit Number | Doc Date | Description | Reference | Additional Reference | Defendant's Objections |
|---|---|---|---|---|---|
| Plaintiff's Trial Ex. 001 | | Compilation of Payments from Lyman-Cutler, LLC to KDC | | | Foundation, authentication |
| Plaintiff's Trial Ex. 002 | | Compilation of Payments by KDC on the Project, Crediting all checks produced plus the American Express Summary | | | Foundation, authentication |
| Plaintiff's Trial Ex. 003 | | Compilation of Payments from KDC to Lyman-Cutler, LLC Prior to November 30, 2014 (23 months after date of acquisition) | | | Foundation, authentication |
| Plaintiff's Trial Ex. 004 | | Compilation of Payments from KDC to Lyman-Cutler,LLC After November 30, 2014 | | | Foundation, authentication |
| Plaintiff's Trial Ex. 005 | | Compilation of Payments by ProExcavation on the project, Giving 100% Credit for checks with memos covering other projects as well | | | Foundation, authentication |
| Plaintiff's Trial Ex. 006 | | Compilation of Payments from Lyman-Cutler, LLC to ProExcavation | | | Foundation, authentication |
| Plaintiff's Trial Ex. 007 | 9/28/2015 | e-mail: Project Details Template | Dmitriy Zhukovskiy Depo Ex. 6 | | |
| Plaintiff's Trial Ex. 008 | 9/29/2015 | e-mail: Presentation Draft for Thursday | Dmitriy Zhukovskiy Depo Ex. 7 | | |
| Plaintiff's Trial Ex. 009 | 10/25/2012 | Project Lyman Presentation | Vadim Kagan Depo Ex. 6 | | Authenication |
| Plaintiff's Trial Ex. 010 | 10/29/2012 | e-mail: Lyman 77 | Boris Maiden Depo Ex. 3 | | |
| Plaintiff's Trial Ex. 011 | 10/30/2012 | Draft Lyman Cutler LLC Op Agreement | Boris Maiden Depo Ex. 7 | | |
| Plaintiff's Trial Ex. 012 | 10/30/2012 | e-mail: Lyman 77 | Boris Maiden Depo Ex. 5 | | |
| Plaintiff's Trial Ex. 013 | 10/31/2012 | e-mail: Lyman 77 | Boris Maiden Depo Ex. 8 | | |
| Plaintiff's Trial Ex. 014 | 11/12/2012 | e-mail: Lyman 77 | Boris Maiden Depo Ex. 4 | | |
| Plaintiff's Trial Ex. 015 | 11/14/2012 | Signed Lyman Cutler LLC Op Agreement | Alex Filippov Depo Ex. 10 | | |
| Plaintiff's Trial Ex. 016 | 12/31/2012 | Lyman Cutler LLC Cert of Org | Alex Filippov Depo Ex. 11 | | |
| Plaintiff's Trial Ex. 017 | 12/26/2012 | Lyman Cutler LLC Cert of Org | Boris Maiden Depo Ex. 12 | | |
| Plaintiff's Trial Ex. 018 | 12/26/2012 | Lyman Road Purchase Loan Commitment Letter | L-C BK 000298-303 | STC MSJ Aff Ex. 3 | |
| Plaintiff's Trial Ex. 019 | 12/31/2012 | Deed 77 Lyman to Lyman Cutler LLC | Vadim Kagan Depo Ex. 23 | | |
| Plaintiff's Trial Ex. 020 | 12/28/2012 | Lyman Cutler LLC Managers Certificate and Member Consent | Vadim Kagan Depo Ex. 20 | | |
| Plaintiff's Trial Ex. 021 | 2/20/2013 | e-mail: no subject | Vadim Kagan Depo Ex. 9 | | |
| Plaintiff's Trial Ex. 022 | 4/6/2013 | Text Message: no further investment | Alex Filippov Depo Ex. 13 | | |
| Plaintiff's Trial Ex. 023 | 4/8/2013 | e-mail: Re: Money | L-C BK 001412-13 | | |
| Plaintiff's Trial Ex. 024 | 4/10/2013 | e-mail: 77 Lyman Road | Vadim Kagan Depo Ex. 11 | | |
| Plaintiff's Trial Ex. 025 | 4/11/2013 | e-mail: File #14171 Lyman Cutler LLC… | Vadim Kagan Depo Ex. 10 | | Hearsay |

| Trial Exhibit Number | Doc Date | Description | Reference | Additional Reference | Defendant's Objections |
|---|---|---|---|---|---|
| Plaintiff's Trial Ex. 026 | 4/13/2013 | e-mail: Construction Loan | L-C BK 002597 | | Hearsay |
| Plaintiff's Trial Ex. 027 | | Budget, Plan, and Permit Documents | Vadim Kagan Depo Ex. 8 | | Hearsay |
| Plaintiff's Trial Ex. 028 | 4/17/2013 | Appraisal 77 Lyman Road | John McGregor Depo Ex. 91 | | |
| Plaintiff's Trial Ex. 029 | 4/17/2013 | Appraisal Cutler Road | John McGregor Depo Ex. 89 | | |
| Plaintiff's Trial Ex. 030 | 4/30/2013 | e-mail: Personal Statement | Alex Filippov Depo Ex. 14 | | |
| Plaintiff's Trial Ex. 031 | 5/4/2013 | e-mail: Carrying Cost and the loan needed | Dmitriy Zhukovskiy Depo Ex. 15 | | |
| Plaintiff's Trial Ex. 032 | 5/6/2013 | e-mail: Carrying Cost and the loan needed | Dmitriy Zhukovskiy Depo Ex. 21 | | |
| Plaintiff's Trial Ex. 033 | 5/7/2013 | Construction Loan Commitment Letters, signed with addendums | | | Hearsay |
| Plaintiff's Trial Ex. 034 | 5/8/2013 | e-mail: Approval of Appraisal Report XX Cutler | John McGregor Depo Ex. 87 | | Hearsay |
| Plaintiff's Trial Ex. 035 | 5/8/2013 | e-mail: Approval of Appraisal Report XX Lyman | John McGregor Depo Ex. 88 | | Hearsay |
| Plaintiff's Trial Ex. 036 | 6/18/2013 | Classic Homes Contract | Vadim Kagan Depo Ex. 26 | | |
| Plaintiff's Trial Ex. 037 | 6/24/2013 | Construction Management Contract | Vadim Kagan Depo Ex. 25 | | |
| Plaintiff's Trial Ex. 038 | 7/21/2014 | Text Message on slow progress | L-C BK 000044 | | |
| Plaintiff's Trial Ex. 039 | 8/15/2014 | e-mail: Weekly Progress Reports | Alex Filippov Depo Ex. 34 | | |
| Plaintiff's Trial Ex. 040 | | e-mails: Arina with Carrying Costs | Kristina Brusenkova Depo Ex. 9 | | |
| Plaintiff's Trial Ex. 041 | | Construction Advance Requests, 55 Lyman | Vadim Kagan Depo Ex. 12 | | |
| Plaintiff's Trial Ex. 042 | | Construction Advance Requests, 88 Cutler | Vadim Kagan Depo Ex. 15 | | |
| Plaintiff's Trial Ex. 043 | | Compilation of e-mails re: Carrying Costs | L-C BK Production | | |
| Plaintiff's Trial Ex. 044 | 4/24/2015 | 55 Lyman Listing Agreement | Tatiana Kagan Depo Ex. 53 | | |
| Plaintiff's Trial Ex. 045 | 8/12/2014 | 88 Cutler Listing Agreement | Tatiana Kagan Depo Ex. 54 | | |
| Plaintiff's Trial Ex. 046 | | 88 Cutler MLS Listing | Vadim Kagan Depo Ex. 16 | | |
| Plaintiff's Trial Ex. 047 | | 55 Lyman MLS Listing | Vadim Kagan Depo Ex. 17 | | |
| Plaintiff's Trial Ex. 048 | 11/18/2014 | e-mail: Kagan Development New Office Manager | Dan Gersh Depo Ex. 29 | | |
| Plaintiff's Trial Ex. 049 | 4/29/2015 | e-mail exchange re: Spearate QuickBooks | L-C BK 002378-82 | | |
| Plaintiff's Trial Ex. 050 | 5/7/2015 | Pyle Letter re: Lyman Cutler LLC | Vadim Kagan Depo Ex. 5 | | |

| Trial Exhibit Number | Doc Date | Description | Reference | Additional Reference | Defendant's Objections |
|---|---|---|---|---|---|
| Plaintiff's Trial Ex. 051 | 5/9/2015 | e-mail: Request for all financial records and books | L-C BK 002383 | | |
| Plaintiff's Trial Ex. 052 | 5/11/2015 | e-mail: Request to provide current status… | L-C BK 002384 | | |
| Plaintiff's Trial Ex. 053 | 5/12/2015 | e-mail: Joseph Cohen First Letter | L-C BK 002385-87 | | |
| Plaintiff's Trial Ex. 054 | 5/13/2015 | OCM Reply to Pyle 5/7/15 Demand Ltr | Perten 2nd Aff on MSJ Ex. 13 | | |
| Plaintiff's Trial Ex. 055 | 5/14/2015 | e-mail: Lyman Road | Dan Gersh Depo Ex. 50 | | |
| Plaintiff's Trial Ex. 056 | 5/15/2015 | e-mail: Need some accounts/logins information | L-C BK 002394-96 | | |
| Plaintiff's Trial Ex. 057 | 5/26/2015 | 55 Lyman Appraisal | STC Oppo MSJ Ex. 19 | | |
| Plaintiff's Trial Ex. 058 | 5/26/2015 | 88 Cutler Appraisal | STC Oppo MSJ Ex. 20 | | |
| Plaintiff's Trial Ex. 059 | 6/3/2015 | e-mail: Extension of Loans | L-C BK002514-15 | | |
| Plaintiff's Trial Ex. 060 | 6/8/2015 | Loan Extension Letters | Rockland Bank Subpoena Response | | |
| Plaintiff's Trial Ex. 061 | 5/27/2015 | e-mail: Status Update | Dan Gersh Depo Ex. 49 | | Hearsay |
| Plaintiff's Trial Ex. 062 | 6/1/2015 | e-mail: Budget | L-C BK 002468-2505 | | |
| Plaintiff's Trial Ex. 063 | 6/4/2015 | e-mail: Preparing detailed invoice | J. Joseph Cohen Depo Ex. 27 | | |
| Plaintiff's Trial Ex. 064 | 6/5/2015 | Middlesex Verified Complaint | | | |
| Plaintiff's Trial Ex. 065 | 5/22/2018 | e-mail: Native Construction Contract and metadata screenshot | Vadim Kagan 003024-003037 | STC MSJ Oppo Ex. 7 | Foundation, authentication, no expert opinion |
| Plaintiff's Trial Ex. 066 | 6/22/2015 | Notices of Contract and Mechanics Liens | Vadim Kagan Depo Ex. 24 | | |
| Plaintiff's Trial Ex. 067 | 6/25/2015 | e-mail: collection letter | J. Joseph Cohen Depo Ex. 28 | | Settlement proposal -Rule 408 |
| Plaintiff's Trial Ex. 068 | 6/25/2015 | e-mail: Filippov Requests Construction Contract | L-C BK 002545 | | |
| Plaintiff's Trial Ex. 069 | 6/30/2015 | Rockland Trust Account Statement:Redacted | L-C BK 000533 | STC MSJ Aff Ex. 15 | |
| Plaintiff's Trial Ex. 070 | 7/16/2015 | LLC Member Meeting Minutes by Cohen | Perten 2nd MSJ Aff Ex. 15 | | |
| Plaintiff's Trial Ex. 071 | 9/11/2015 | Perten to Carnathan re Operating Agreement | STC Oppo MSJ Ex. 9 | | |
| Plaintiff's Trial Ex. 072 | 7/22/2016 | Page 5 of Filippov Claim in Bankruptcy | Bankruptcy Claim 11, page 5 | | Inadmissible summary, Rule 1006 |
| Plaintiff's Trial Ex. 073 | 4/23/2018 | QuickBook Transaction Report | Alex Filippov Depo Ex. 36 | | |
| Plaintiff's Trial Ex. 074 | | Compilation of Lyman Cutler LLC Rockland Trust Acct. Statements | Plaintiff's Document Production, Bankruptcy Proceeding | | |
| Plaintiff's Trial Ex. 075 | 9/30/2015 | Filippov Mortgage Note $200K, recorded copy | Bankruptcy Claim 9, page 5-6 | | |

| Trial Exhibit Number | Doc Date | Description | Reference | Additional Reference | Defendant's Objections |
|---|---|---|---|---|---|
| Plaintiff's Trial Ex. 076 | 1/5/2016 | e-mail: Update | Jason Gordon Depo Ex. 64 | | |
| Plaintiff's Trial Ex. 077 | 9/16/2016 | e-mail: Properties with partners | Jason Gordon Depo Ex. 65 | | |
| Plaintiff's Trial Ex. 078 | 9/30/2016 | e-mail: KDC Questions | Jason Gordon Depo Ex. 66 | | Hearsay |
| Plaintiff's Trial Ex. 079 | 6/5/2015 | e-mail: ProEx | SGC-001509-10 | | |
| Plaintiff's Trial Ex. 080 | 9/5/2015 | e-mail: Lyman Cutler Credits | Jason Gordon Depo Ex. 68 | | Hearsay |
| Plaintiff's Trial Ex. 081 | 9/12/2014 | e-mail: KDC Important | Jason Gordon Depo Ex. 69 | | |
| Plaintiff's Trial Ex. 082 | 7/1/2015 | KDC AR Aging Summary | Dan Gersh Depo Ex. 41 | | Summaries, hearsay |
| Plaintiff's Trial Ex. 083 | 9/29/2016 | KDC AR Aging Summary | Dan Gersh Depo Ex. 42 | | Summaries, hearsay |
| Plaintiff's Trial Ex. 084 | 10/6/2016 | Lyman Cutler AP Aging Summary | Dan Gersh Depo Ex. 43 | | Summaries, hearsay |
| Plaintiff's Trial Ex. 085 | 7/1/2015 | ProEx AR Aging Summary | Jason Gordon Depo Ex. 72 | | Summaries, hearsay |
| Plaintiff's Trial Ex. 086 | 9/15/2016 | ProEx Transaction Journal | Jason Gordon Depo Ex. 73 | | Summaries, hearsay |
| Plaintiff's Trial Ex. 087 | 9/15/2016 | ProEx AR Aging Summary | Jason Gordon Depo Ex. 71 | | Summaries, hearsay |
| Plaintiff's Trial Ex. 088 | 9/15/2016 | AP Aging Summary Lyman Cutler | Jason Gordon Depo Ex. 70 | | Summaries, hearsay |
| Plaintiff's Trial Ex. 089 | 5/5/2013 | e-mail: Carrying Cost and the loan needed | Alex Filippov Depo Ex. 19 | | |
| Plaintiff's Trial Ex. 090 | 6/2/2015 | Lyman-Cutler AP Aging Details Report-Kagan QuickBooks 6.2015 | | | |
| Plaintiff's Trial Ex. 091 | | Filippov Contributions to LLC Support Docs-XREF to 72 | | | |
| Plaintiff's Trial Ex. 092 | 3/4/2015 | Cohen letter to Abramskiy | Vlad Abramskiy Depo Ex. 10 | | Settlement, Rule 408, relevance, Rule 403 |
| Plaintiff's Trial Ex. 093 | 6/15/2015 | Cynthia Road Closing Memorandum | Vlad Abramskiy Depo Ex. 14 | | relevance, Rule 403 |
| Plaintiff's Trial Ex. 094 | 6/15/2015 | Cohen Demand Letter Cynthia Road | Vlad Abramskiy Depo Ex. 18 | | relevance, Rule 403 |
| Plaintiff's Trial Ex. 095 | 12/22/2014 | e-mail and attachments Gersh to Lande | Elena Lande Depo Ex. 16 | | relevance, Rule 403 |
| Plaintiff's Trial Ex. 096 | 12/24/2014 | e-mail exchange Cohen and Lande | Elena Lande Depo Ex. 17 | | Settlement, Rule 408 as to the bottom 2 e-mails in the string, relevance, Rule 403 |
| Plaintiff's Trial Ex. 097 | 5/27/2015 | e-mail Steeves and Gordon | SGC-001502-07 | | Hearsay |
| Plaintiff's Trial Ex. 098 | 8/11/2014 | e-mail re Ownership percentages 50/50 | SGC-001410-11 | | |
| Plaintiff's Trial Ex. 099 | 5/2/2013 | 77 Lyman Demolition Permit | Rockland Bank Subpoena Response | | |
| Plaintiff's Trial Ex. 100 | 7/23/2013 | 55 Lyman Building Permit w/Inspections | | | |

| Trial Exhibit Number | Doc Date | Description | Reference | Additional Reference | Defendant's Objections |
|---|---|---|---|---|---|
| Plaintiff's Trial Ex. 101 | 7/23/2013 | 88 Cutler Building Permit w/Inspections | | | |
| Plaintiff's Trial Ex. 102 | 10/2/2014 | 55 Lyman Certificate of Occupancy | Rockland Bank Subpoena Response | | |
| Plaintiff's Trial Ex. 103 | 10/2/2014 | 88 Cutler Certificate of Occupancy | Rockland Bank Subpoena Response | | |
| Plaintiff's Trial Ex. 104 | | 55 Lyman Construction Disbursement Summary | Rockland Bank Subpoena Response | | Foundation, relevance |
| Plaintiff's Trial Ex. 105 | | 88 Cutler Construction Disbursement Summary | Rockland Bank Subpoena Response | | Foundation, relevance |
| Plaintiff's Trial Ex. 106 | 5/12/2015 | 10 Lyman Closing Statement | Dan Gersh Depo Ex. 45 | L-C BK 003840 | Hearsay, relevance, Rule 403 |
| Plaintiff's Trial Ex. 107 | 5/18/2015 | 10 Lyman Closing Statement | Dan Gersh Depo Ex. 46 | SGC-10 Lyman-000174 | Hearsay, relevance, Rule 403 |
| Plaintiff's Trial Ex. 108 | 11/26/2012 | Newton-Cynthia Road, LLC Operating Agreement | Vlad Abramskiy Depo Ex. 4 | | relevance, Rule 403 |
| Plaintiff's Trial Ex. 109 | 1/2/2013 | 131 Cynthia Budget Document | Vlad Abramskiy Depo Ex. 6 | | relevance, Rule 403 |
| Plaintiff's Trial Ex. 110 | 4/29/2015 | e-mail and attachments: Cynthia Road - Accounting | Abramskiy Subpoena Response | | Hearsay, relevance, Rule 403 |
| Plaintiff's Trial Ex. 111 | 5/1/2012 | 10 Lyman Road LLC Agreement | FIVEPROJ000897-909 | | Foundation, relevance, Rule 403 |
| Plaintiff's Trial Ex. 112 | 1/2/2013 | 10 Lyman Road Budget Document | FIVEPROJ010720-22 | | Foundation, relevance, Rule 403 |
| Plaintiff's Trial Ex. 113 | | BST Plumbing Documents, 10 Lyman Road | Five Projects Production | | Hearsay, relevance, Rule 403 |
| Plaintiff's Trial Ex. 114 | | Décor Art Documents, 10 Lyman Road | Five Projects Production | | Hearsay, relevance, Rule 403 |
| Plaintiff's Trial Ex. 115 | 2/5/2014 | Dream Flooring Invoice, 10 Lyman Road | FIVEPROJ001299 | | Hearsay, relevance, Rule 403 |
| Plaintiff's Trial Ex. 116 | 4/4/2015 | Sergey Nikolaev Invoice, 10 Lyman Road | FIVEPROJ005863 | | Hearsay, relevance, Rule 403 |
| Plaintiff's Trial Ex. 117 | | Unicon Electric Documents, 10 Lyman Road | Five Projects Production | | Hearsay, relevance, Rule 403 |
| Plaintiff's Trial Ex. 118 | | V&D Heating and Cooling Documents, 10 Lyman Road | Five Projects Production | | Hearsay, relevance, Rule 403 |
| Plaintiff's Trial Ex. 119 | 2/1/2013 | 50 Yarmouth Road LLC Agreement, signed, missing pages | Elena Lande Depo Ex. 5 | | Incomplete document, relevance, Rule 403 |
| Plaintiff's Trial Ex. 120 | 2/1/2013 | 50 Yarmouth Road LLC Agreement, unsigned, complete pages | Elena Lande Depo Ex. 21 | | Unsigned, relevance, Rule 403 |
| Plaintiff's Trial Ex. 121 | | 50 Yarmouth Road Budget Document | Elena Lande Depo Ex. 3 | | relevance, Rule 403 |
| Plaintiff's Trial Ex. 122 | | BST Plumbing Documents, 50 Yarmouth Road | Five Projects Production | | Hearsay, relevance, Rule 403 |
| Plaintiff's Trial Ex. 123 | | Décor Art Documents, 50 Yarmouth Road | Five Projects Production | | Hearsay, relevance, Rule 403 |
| Plaintiff's Trial Ex. 124 | 8/25/2014 | Dream Flooring Invoice, 50 Yarmouth Road | FIVEPROJ005032-33 | | Hearsay, relevance, Rule 403 |
| Plaintiff's Trial Ex. 125 | 12/22/2014 | Sergey Nokolaev Invoice, 50 Yarmouth Road | FIVEPROJ002255 | | Hearsay, relevance, Rule 403 |

| Trial Exhibit Number | Doc Date | Description | Reference | Additional Reference | Defendant's Objections |
|---|---|---|---|---|---|
| Plaintiff's Trial Ex. 126 | | Unicon Electric Proposal, 50 Yarmouth Road | FIVEPROJ003439 | | Hearsay, relevance, Rule 403 |
| Plaintiff's Trial Ex. 127 | | V&D Heating and Cooling Documents, 50 Yarmouth Road | Five Projects Production | | Hearsay, relevance, Rule 403 |
| Plaintiff's Trial Ex. 128 | 5/1/2012 | Deborah Road, LLC Operating Agreement | Mark Kayserman Depo Ex. 104 | | Relevance, Rule 403 |
| **IF NEEDED** | | | | | |
| Plaintiff's Trial Ex. 129 | | 2013 ProEx Proposals | Kristina Brusenkova Depo Ex. 14 | | |
| Plaintiff's Trial Ex. 130 | 3/6/2014 | e-mail: Form 8566 | Kristina Brusenkova Depo Ex. 5 | | |
| Plaintiff's Trial Ex. 131 | | 2013 KDC Tax Returns | Jason Gordon Depo Ex. 55 | | Requires confidentiality protections |
| Plaintiff's Trial Ex. 132 | | 2014 KDC Tax Returns | Jason Gordon Depo Ex. 56 | | Requires confidentiality protections |
| Plaintiff's Trial Ex. 133 | | 2015 KDC Tax Returns | Jason Gordon Depo Ex. 57 | | Requires confidentiality protections |
| Plaintiff's Trial Ex. 134 | | Statement on Standards for Tax Service No. 3 | Jason Gordon Depo Ex. 58 | | Hearsay, relevance, Rule 403 |
| Plaintiff's Trial Ex. 135 | | 2014 Amended KDC Tax Returns | Jason Gordon Depo Ex. 59 | | Requires confidentiality protections |
| Plaintiff's Trial Ex. 136 | | 2015 Amended KDC Tax Returns | Jason Gordon Depo Ex. 60 | | Requires confidentiality protections |
| Plaintiff's Trial Ex. 137 | | 2013 ProEx Tax Returns | Jason Gordon Depo Ex. 61 | | Requires confidentiality protections |
| Plaintiff's Trial Ex. 138 | | 2014 ProEx Tax Returns | Jason Gordon Depo Ex. 62 | | Requires confidentiality protections |
| Plaintiff's Trial Ex. 139 | | 2015 ProEx Tax Returns | Jason Gordon Depo Ex. 63 | | Requires confidentiality protections |
| Plaintiff's Trial Ex. 140 | 10/13/2017 | Kagan Development KDC's ATI | | | |
| Plaintiff's Trial Ex. 141 | 1/22/2018 | Kagan Development KDC Corp.'s Amended Supplemental Resp. to Filippov's First Ints | | | |
| Plaintiff's Trial Ex. 142 | 12/31/2013 | KDC General Ledger | Dan Gersh Depo Ex. 34 | SGC-000010-84 | Foundation, relevance, Rule 403 (to the extent relates to projects other than Lyman-Cutler) |
| Plaintiff's Trial Ex. 143 | 12/31/2014 | KDC General Ledger | Dan Gersh Depo Ex. 35 | SGC-000085-187 | Foundation, relevance, Rule 403 (to the extent relates to projects other than Lyman-Cutler) |
| Plaintiff's Trial Ex. 144 | 6/30/2015 | KDC General Ledger | Dan Gersh Depo Ex. 36 | SGC-000188-229 | Foundation, relevance, Rule 403 (to the extent relates to projects other than Lyman-Cutler) |
| Plaintiff's Trial Ex. 145 | 10/13/2017 | ProExcavation's Responses to Ints | | | |
| Plaintiff's Trial Ex. 146 | 1/22/2018 | ProExcavation Corp.'s Amended Supplemental Resp. to Filippov's First Set of Ints | | | |
| Plaintiff's Trial Ex. 147 | 12/31/2013 | ProExcavation General Ledger as of 12/31/13 | Dan Gersh Depo Ex. 37 | SGC-001297-1335 | Foundation, relevance, Rule 403 (to the extent relates to projects other than Lyman-Cutler) |

| Trial Exhibit Number | Doc Date | Description | Reference | Additional Reference | Defendant's Objections |
|---|---|---|---|---|---|
| Plaintiff's Trial Ex. 148 | 12/31/2014 | ProExcavation General Ledger as of 12/31/14 | Dan Gersh Depo Ex. 38 | SGC-001336-1370 | Foundation, relevance, Rule 403 (to the extent relates to projects other than Lyman-Cutler) |
| Plaintiff's Trial Ex. 149 | 6/30/2015 | ProExcavation General Ledger as of 6/30/15 | Dan Gersh Depo Ex. 39 | SGC-001371-1383 | Foundation, relevance, Rule 403 (to the extent relates to projects other than Lyman-Cutler) |
| Plaintiff's Trial Ex. 150 | 12/31/2014 | KDC Shareholder Basis | SGC-000608 | | Foundation, relevance, Rule 403 (to the extent relates to projects other than Lyman-Cutler) |
| Plaintiff's Trial Ex. 151 | | Décor Art Proposal, 55 Lyman | Décor Art Depo Ex. 2A | | |
| Plaintiff's Trial Ex. 152 | | Décor Art Invoice #1054, 88 Cutler Extra work | Décor Art Depo Ex. 2B | | |
| Plaintiff's Trial Ex. 153 | | Décor Art Proposal and four invoices, 55 Lyman | Décor Art Depo Ex. 2C | | |
| Plaintiff's Trial Ex. 154 | | Décor Art Proposal and four invoices, 88 Cutler | Décor Art Depo Ex. 2D | | |
| Plaintiff's Trial Ex. 155 | 6/21/2014 | Dream Flooring Invoice, 88 Cutler | Dream Flooring Depo Ex. 2-A | | |
| Plaintiff's Trial Ex. 156 | 7/3/2014 | Dream Flooring Invoice, 55 Cutler [sic] | Dream Flooring Depo Ex. 2-B | | |
| Plaintiff's Trial Ex. 157 | 3/23/2015 | Dream Flooring Invoice, 55 Lyman | Dream Flooring Depo Ex. 2-C | | |
| Plaintiff's Trial Ex. 158 | 7/24/2015 | Kagan Development KDC Corp Check #289 to Dream Flooring | Dream Flooring Depo Ex. 3 | | |
| Plaintiff's Trial Ex. 159 | | Cost Proceeds Summary | Zhukovskiy Depo Ex. 3C | | Hearsay |
| Plaintiff's Trial Ex. 160 | | Hyde Ave. P&L plus tax returns | Zhukovskiy Depo Ex. 5 | | Hearsay, relevance, Rule 403 |
| Plaintiff's Trial Ex. 161 | 6/12/2013 | 24 Druid Hill LLC Agreement (unsigned) | FIVEPROJ003166-69 | | Unsigned, relevance, Rule 403 |
| Plaintiff's Trial Ex. 162 | 12/23/2013 | 7 Fredette LLC Agreement | FIVEPROJ002628-31 | | Relevance, Rule 403 |
| Plaintiff's Trial Ex. 163 | 12/23/2013 | 51 Parker Terrace LLC Agreement | FIVEPROJ002908-11 | | Unsigned, authentication |
| Plaintiff's Trial Ex. 164 | | Kagan Development American Express Statements | American Express Subpoena Response | | Privacy, relevance and Rule 403 (for anything other than Lyman-Cutler) |
| Plaintiff's Trial Ex. 165 | | ProExcavation American Express Statements | American Express Subpoena Response | | Privacy, relevance and Rule 403 (for anything other than Lyman-Cutler) |
| Plaintiff's Trial Ex. 166 | 7/27/2018 | Expert Report of Michael Goldman | | | Hearsay, Rule 801, 802 |
| Plaintiff's Trial Ex. 167 | 9/13/2018 | Expert Report of David Doddridge | | | Hearsay, Rule 801, 802 |
| Plaintiff's Trial Ex. 168 | | 10 Lyman Road MLS listing | | | Hearsay, Rule 801, 802 |
| Plaintiff's Trial Ex. 169 | | 50 Yarmouth Road MLS listing | | | Hearsay, Rule 801, 802 |
| Plaintiff's Trial Ex. 170 | | 137 Cynthia Road MLS listing | | | Hearsay, Rule 801, 802 |
| Plaintiff's Trial Ex. 171 | | 6 Deborah Road MLS listing | | | Hearsay, Rule 801, 802 |

| Trial Exhibit Number | Doc Date | Description | Reference | Additional Reference | Defendant's Objections |
|---|---|---|---|---|---|
| Plaintiff's Trial Ex. 172 | 4/11/2013 | e-mail: Construction cost and carrying cost | KAGAN 01251 | | Hearsay, no attachment. |
| Plaintiff's Trial Ex. 173 | | 28 Hyde Ave. MLS listing | | | Hearsay, Rule 801, 802, late disclosure |
| | | | | | Defendants have asserted relevance and Rule 403 objections to the extent they can anticipate how the exhibits will be used at trial, but understand based on the Court's pretrial order that relevance and Rule 403 objections are reserved until trial. |