Defendants' Trial Exhibit List

| Exhibit | Date | Description | Reference | Secondary Reference | Objection |
|---|---|---|---|---|---|
| 174 | | Proof of Claim Binders (4) | | | Foundation, hearsay, best evidence with regard to the components from ProExcavation, BST Plumbing, Unicon Electric, V&D Heating, Sergey Nikolaev, Dream Flooring, Décor Art and DaCosta Construction (not best evidence re ProEx and Nikolaev) |
| 175 | | Proof of Claims Binder with Authenticity Objections | | | Foundation, authenticity, best evidence and hearsay |
| 176 | 10/23/2012 | October 23, 2012 e-mail with attachments (Filippov Exh. 7) | Filippov Exh. 7 | | Description of Exhibit does not map to Filippov Ex. 7; No objection to admission of Filippov Ex. 7 |
| 177 | 10/26/2012 | October 26, 2012 email (Filippov Exh. 8) | Filippov Exh. 8 | | No objection |
| 178 | 10/29/2012 | October 29-30 email string (LC-BK 2824-27) | LC-BK 2824-27 | | No objection |
| 179 | 10/30/2012 | October 30, 2012 email (Maiden Exh. 7) | Maiden Exh. 7 | Duplicate of Plaintiff 11 | No objection |
| 180 | 10/30/2012 | October 30, 2012 email (Maiden Exh. 4) | Maiden Exh. 4 | | No objection |
| 181 | 10/30/2012 | October 30, 2012 e-mail w/attachments (LC-BK 673-688) | LC-BK 673-688 | | No objection |
| 182 | 10/31/2012 | October 31, 2012 email (Maiden Exh. 8) | Maiden Exh. 8 | Duplicate of Plaintiff 13 | No objection |
| 183 | 10/29/2012 | October 29, 2012 - November 2, 2012 email string (Filippov Exh. 9) | Filippov Exh. 9 | | duplicative of Ex. 186 without attachment, suggest eliminate and go with Ex. 186 |
| 184 | 10/29/2012 | October 29, 2012 - November 2, 2012 email string (LC-BK 729-49) | LC-BK 729-49 | | No objection |
| 185 | 10/29/2012 | October 29, 2012 - November 2, 2012 e-mail string (LC-BK 750-769) | LC-BK 750-769 | | No objection |
| 186 | 11/2/2012 | November 2, 2012 e-mail (LC-BK 770-790) | LC-BK 770-790 | | No objection -- better version of Ex. 183 |
| 187 | 11/3/2012 | November 3, 2012 e-mail (LC-BK 807) | LC-BK 807 | | No objection |
| 188 | 11/12/2012 | November 12, 2012 Operating Agreement (Filippov Exh. 10) | Filippov Exh. 10 | Duplicate of Plaintiff 15 | No objection |
| 189 | 12/18/2012 | December 18, 2012 Credit (McGregor Exh. 83) | McGregor Exh. 83 | | No objection |
| 190 | 12/26/2012 | December 26, 2012 Certificate of Organization (Maiden Exh. 12) | Maiden Exh. 12 | Duplicate of Plaintiff 17 | No objection |
| 191 | 2/28/2013 | Rockland Trust Account Statement dated 2/28/13 – Deborah Road LLC (M. Kayserman 107)* | M. Kayserman 107* | | No objection |
| 192 | 3/27/2013 | March 27, 2013 text (LC-BK 17) | LC-BK 17 | | No objection |
| 193 | 4/5/2013 | April 5, 2013 email (LC-BK 63-64) | LC-BK 63-64 | | Relevance |
| 194 | 4/6/2013 | April 6-8, 2013 email string (LC-BK 245-46) | LC-BK 245-46 | | No objection |
| 195 | 4/6/2013 | April 6, 2013 text message (Filippov Exh. 13) | Filippov Exh. 13 | Duplicate of Plaintiff 22 | No objection |
| 196 | 4/17/2013 | April 17, 2013 Appraisal (Filippov Exh. 15, McGregor Exh. 89) | Filippov Exh. 15 | McGregor Exh. 89 | No objection -- but appraisal is also attached to next exhibit |
| 197 | 4/9/2013 | April 9- 30, 2013 e-mail string (LC-BK 1489-1510) | LC-BK 1489-1510 | | No objection -- suggest drop prior exhibit |
| 198 | 4/30/2013 | April 30, 2013 email (Filippov Exh. 14) | Filippov Exh. 14 | Duplicate of Plaintiff 30 | No objection |
| 199 | 5/1/2013 | May 1, 2013 email (Filippov Exh. 16, Zhukovskiy Exh. 8) | Filippov Exh. 16 | Zhukovskiy Exh. 8 | No objection |
| 200 | 5/1/2013 | May 1, 2013 RTC Loan Proposal Summary Sheet (McGregor Exh. 92) | McGregor Exh. 92 | | No objection |
| 201 | 5/1/2013 | May 1, 2013 RTC Loan Proposal Summary Sheet (McGregor Exh. 93) | McGregor Exh. 93 | | Duplicative of prior exhibit |
| 202 | 5/1/2013 | May 1, 2013 email (Zhukovskiy Exh.9) | Zhukovskiy Exh.9 | | No objection |
| 203 | 5/4/2013 | May 4, 2013 email (Filippov Exh. 17) | Filippov Exh. 17 | Duplicate of Plaintiff 31 | No objection |
| 204 | 5/5/2013 | May 5, 2013 email (Zhukovskiy Exh. 20) | Zhukovskiy Exh. 20 | | duplicative/cumulative |
| 205 | 5/5/2013 | May 5, 2013 email (Filippov Exh. 19) | Filippov Exh. 19 | Duplicate of Plaintiff 89 | No objection |
| 206 | 5/6/2013 | May 6, 2013 Senior Loan Approval Committee (McGregor Exh. 96) | McGregor Exh. 96 | | No objection |
| 207 | 5/7/2013 | May 7, 2013 Construction Loan Supplement to the Commitment Letter (McGregor Exh. 97) | McGregor Exh. 97 | | No objection |
| 208 | 5/24/2013 | May 24- June 3, 2013 e-mail string [PLTF 191-198] | L-C BK 000265-272 | PLTF 191-198 | Relevance |

| Exhibit | Date | Description | Reference | Secondary Reference | Objection |
|---|---|---|---|---|---|
| 209 | 6/18/2013 | June 18, 2013 Classic Homes Contract (Filippov Exh. 20) | Filippov Exh. 20 | | No objection (lousy copy) |
| 210 | 6/1/2013 | June 2013 – Maiden thumb drive production showing word version of Classic Homes Contract | | | Foundation, relevance, hearsay, proposing to put in entire thumb drive means that there may be all manner of objectionable material in this exhibit which we are not given a proper opportunity to object |
| 211 | 6/24/2013 | June 24, 2013 KDC Contract (Kagan Exh. 25) | Kagan Exh. 25 | Duplicate of Plaintiff 37 | No objection |
| 212 | 6/25/2013 | June 25, 2013 e-mail (LC-BK 65-66) | LC-BK 65-66 | | Relevance, duplicative of Ex. 174, legibility |
| 213 | 6/26/2013 | June 26, 2013 email (LC-BK 67-68) | LC-BK 67-68 | | Relevance, duplicative of Ex. 174 |
| 214 | 6/26/2013 | June 26, 2013 email (LC-BK 1910-14) | LC-BK 1910-14 | | Relevance, duplicative of Ex. 174 |
| 215 | 8/21/2013 | 8/21/13 email w/attachments (KAGAN 3017-18) | KAGAN 3017-18 | | Foundation, Authenticity, hearsay, best evidence, relevance, incompleteness |
| 216 | 8/27/2013 | August 27, 2013 email (LC-BK 78-79) | LC-BK 78-79 | | No objection |
| 217 | 8/30/2013 | August 30, 2013 email (LC-BK 82) | LC-BK 82 | | No objection |
| 218 | 9/10/2013 | September 10-12, 2013 e-mail (LC-BK 1955-56) | LC-BK 1955-56 | | No objection |
| 219 | 9/13/2013 | September 13, 2013 email (LC-BK 84-85) | LC-BK 84-85 | | No objection |
| 220 | 9/13/2013 | September 13, 2013 email (McGregor Exh. 99) | McGregor Exh. 99 | | No objection |
| 221 | 9/30/2013 | September 30, 2013 email (LC-BK 89) | LC-BK 89 | | Legibility |
| 222 | 9/30/2013 | September 30, 2013 email (LC-BK 90) | LC-BK 90 | | Legibility |
| 223 | 9/30/2013 | September 30, 2013 email (LC-BK 91-94) | LC-BK 91-94 | | No objection |
| 224 | 9/30/2013 | September 30, 2013 email (LC-BK 95-96) | LC-BK 95-96 | | No objection |
| 225 | 9/30/2013 | September 30, 2013 e-mail (LC-BK 1996-97) | LC-BK 1996-97 | | No objection |
| 226 | 9/30/2013 | September 30, 2013 e-mail (LC-BK2965-66) | LC-BK2965-66 | | No objection |
| 227 | 10/14/2014 | October 15. 2013 email (PLTF00085) (LC-BK 105-06) | LC-BK 105-06 | | No objection |
| 228 | 10/15/2013 | October 15. 2013 email (PLTF00085) | LC-BK 000103 | PLTF00085 | No objection |
| 229 | 10/19/2013 | October 19. 2013 email (LC-BK 109-110) | LC-BK 109-110 | | No objection |
| 230 | 10/19/2013 | October 19. 2013 email (LC-BK 111-12) | LC-BK 111-12 | | No objection |
| 231 | 10/19/2013 | October 19. 2013 email (LC-BK 113-14) | LC-BK 113-14 | | No objection |
| 232 | 10/19/2013 | October 22. 2013 email (LC-BK 115-16) | LC-BK 115-16 | | No objection |
| 233 | 10/27/2013 | October 28. 2013 email (PLTF00098) (LC-BK 129-30) | LC-BK 129-30 | PLTF00098 | No objection |
| 234 | 10/28/2013 | October 30, 2013, Credit file (McGregor Exh. 94) | McGregor Exh. 94 | | No objection |
| 235 | 11/2/2013 | November 5, 2013 email (LC-BK 135-36) | LC-BK 135-36 | | No objection |
| 236 | 11/5/2013 | November 17, 2013 email (LC-BK 137-38) | LC-BK 137-38 | | No objection |
| 237 | 11/17/2013 | November 17, 2013 email (LC-BK 139-40) | LC-BK 139-40 | | No objection |
| 238 | 1/20/2014 | January 24, 2014 email (LC-BK150-58) | LC-BK150-58 | | No objection |
| 239 | 2/17/2014 | February 18, 2014 email (Filippov Exh. 32) | Filippov Exh. 32 | | No objection |
| 240 | 3/17/2014 | March 20, 2014 email (LC-BK 172-80) | LC-BK 172-80 | | No objection |
| 241 | 4/1/2014 | April 4, 2014 email (LC-BK 2219) | LC-BK 2219 | | No objection |
| 242 | 4/11/2014 | April 11, 2014 Brusenkova NDA (Brusenkova Exh. 4) | Brusenkova Exh. 4 | | Relevance, foundation, authenticity |
| 243 | 5/19/2014 | May 19, 2014 spreadsheet (Lande Exh. 6) | Lande Exh. 6 | | No objection |
| 244 | 5/30/2014 | May 30, 2014 e-mail (LC-BK 2658) | LC-BK 2658 | | No objection |
| 245 | 7/21/2014 | July 21, 2014 text message (LC-BK 44)[Delete?] | LC-BK 44 | Duplicate of Plaintiff 38 | No objection |
| 246 | 7/24/2014 | July 24, 2014 email (Lande Exh. 7) | Lande Exh. 7 | | No objection |
| 247 | 8/7/2014 | August 7, 2014 email (Lande Exh. 8) | Lande Exh. 8 | | No objection |
| 248 | 8/12/2014 | August 12, 2014 Listing Agreement 88 Cutler (attached to Keily Aff) | attached to Keily Aff | | No objection |
| 249 | 8/14/2014 | August 14, 2014 email (Filippov Exh. 34) | Filippov Exh. 34 | Duplicate of Plaintiff 39 | No objection |
| 250 | 9/4/2014 | September 4, 2014 email (Filippov Exh. 21) | Filippov Exh. 21 | | No objection |
| 251 | 9/17/2014 | September 17, 2014 email (Lande Exh. 9) | Lande Exh. 9 | | No objection |
| 252 | 10/16/2014 | October 16, 2014 P&S (Lande Exh.12) | Lande Exh.12 | | No objection |

| Exhibit | Date | Description | Reference | Secondary Reference | Objection |
|---|---|---|---|---|---|
| 253 | 11/18/2014 | November 18, 2014 (Gersh Exh. 29) | Gersh Exh. 29 | Duplicate of Plaintiff 48 | No objection |
| 254 | 12/15/2014 | December 15, 2014 email (Lande Exh. 13) | Lande Exh. 13 | | No objection |
| 255 | 12/15/2014 | December 15, 2014 Yarmouth Road Development Balance Sheet (Lande Exh. 14) | Lande Exh. 14 | | No objection |
| 256 | 12/15/2014 | December 15, 2014 email (LC-BK 2309-10) | LC-BK 2309-10 | | No objection |
| 257 | 12/22/2014 | December 22, 2014 email (Lande Exh. 16) | Lande Exh. 16 | Duplicate of Plaintiff 95 | No objection |
| 258 | 1/24/2015 | January 24, 2015 email (Filippov Exh. 31) | Filippov Exh. 31 | | No objection |
| 259 | 4/17/2015 | April 23, 2015 text (LC-BK54) | LC-BK54 | | No objection |
| 260 | 4/23/2015 | April 23, 2015 text (Filippov Exh. 22) | Filippov Exh. 22 | | No objection |
| 261 | 4/23/2015 | April 23, 2015 text (Filippov Exh. 23) | Filippov Exh. 23 | | No objection |
| 262 | 4/23/2015 | April 23-28, 2015 text (L-C BK 000058-61) (Tatiana Exh. 52) | L-C BK 000058-61 | | Duplicate of Ex. 260 in different format |
| 263 | 4/23/2015 | April 25, 2015 e-mail (LC-BK 2985-89) | LC-BK 2985-89 | | No objection |
| 264 | 4/23/2015 | April 24, 2015 Listing Agreement, 55 Lyman (Attached to Keily Aff) | Attached to Keily Aff | | No objection |
| 265 | 4/25/2015 | April 24, 2015 text (Filippov Exh. 24) | Filippov Exh. 24 | | No objection |
| 266 | 4/24/2015 | April 25, 2015 email (Filippov Exh. 25) | Filippov Exh. 25 | | No objection |
| 267 | 4/24/2015 | April 25, 2015 text (Filippov Exh. 26) | Filippov Exh. 26 | | No objection |
| 268 | 4/25/2015 | April 28, 2015 email (Filippov Exh. 27) | Filippov Exh. 27 | | No objection |
| 269 | 4/25/2015 | April 28, 2015 text (LC-BK 59) | LC-BK 59 | | Duplicate, relevance |
| 270 | 4/28/2015 | April 28, 2015 text (Filippov Exh., 28) | Filippov Exh. 28 | | No objection |
| 271 | 4/28/2015 | April 29, 2015 email (Abramskiy Exh. 12) | Abramskiy Exh. 12 | | No objection |
| 272 | 4/28/2015 | May 7, 2015 letter (Kagan Exh. 5) | Kagan Exh. 5 | Duplicate of Plaintiff 50 | No objection |
| 273 | 4/28/2015 | May 13, 2015 P&S (Abramskiy Exh. 13) | Abramskiy Exh. 13 | | No objection |
| 274 | 4/28/2015 | May 14, 2015 letter (Attached to Keily Aff. | Attached to Keily Aff. | | Hearsay |
| 275 | 4/29/2015 | May 13, 2015 letter (LC-BK 3016-19) | LC-BK 3016-19 | | No objection |
| 276 | 5/7/2015 | May 15, 2015 email (PLTF000146) (LC-BK 2713-14) | LC-BK 2713-14 | | No objection |
| 277 | 5/13/2015 | May 25, 2015 email (Filippov Exh. 30) | Filippov Exh. 30 | | No objection |
| 278 | 5/14/2015 | June 11, 2015 e-mail (Gordon Exh. 5 | Gordon Exh. 5 | | No objection |
| 279 | 5/13/2015 | June 16, 2015 email (Abramskiy Exh. 14) | Abramskiy Exh. 14 | Duplicate of Plaintiff 93 | No objection |
| 280 | 5/15/2015 | June 22, 2015 Lien documents (LC-BK 396-405) | LC-BK 396-405 | | No objection |
| 281 | 5/25/2015 | Norfolk Complaint | | | Hearsay, relevance, would discuss admission for limited purpose |
| 282 | 6/11/2015 | July 8, 2015 Notice (LC-BK 3163) | LC-BK 3163 | | No objection |
| 283 | 6/16/2015 | July __, 2015 List of Questions (LC-BK3168-69) | LC-BK3168-69 | | No objection |
| 284 | 6/22/2015 | July 21, 2015 Offer to Purchase Real Estate (LC-BK 3178-80) | LC-BK 3178-80 | | Relevance |
| 285 | | July 22, 2015 email | | | Hearsay, Foundation |
| 286 | 7/8/2015 | August 18, 2015 email (LC-BK 3214) | LC-BK 3214 | | No objection |
| 287 | 7/21/2015 | August 19, 2015 e-mail (LC-BK 3244-50) | LC-BK 3244-50 | | No objection |
| 288 | 7/21/2015 | September 30. 2016 email (Gordon Exh. 66) | Gordon Exh. 66 | | No objection |
| 289 | 7/22/2015 | Rockland Trust Company Bank Account Statements (PLTF000289-420) | L-C BK 000406-537 | PLTF000289-420 | No objection |
| 290 | 8/18/2015 | *Two new home warranties given by KDC | | | Relevance |
| 291 | 8/19/2015 | QuickBooks ledger (Filippov Exh. 36) | Filippov Exh. 36 | Duplicate of Plaintiff 73 | No objection |
| 292 | 9/30/2016 | MLS Listing (Gordon Exhibit 6) | Gordon Exhibit 6 | | No objection |
| 293 | | Agreement for Exclusive Agency with Consent to Designated Agency (Tatiana Exh. 53) | Tatiana Exh. 53 | Duplicate of Plaintiff 44 | No objection |
| 294 | | Rockland Trust Company construction advance request form (Kagan Exh.12) | Kagan Exh.12 | Duplicate of Plaintiff 41 | No objection |

Defendants' Trial Exhibit List

| Exhibit | Date | Description | Reference | Secondary Reference | Objection |
|---|---|---|---|---|---|
| 295 | | Rockland Trust Company construction advance request form (Kagan Exh. 15) | Kagan Exh. 15 | Duplicate of Plaintiff 42 | No objection |
| 296 | | Rockland Trust Loan Payment Notice – 320111600 Due Date 2/27/1 (Kayserman Exh. 108) | Kayserman Exh. 108 | | No objection |
| 297 | | Deborah Road LLC 2013 Tax Return (Kayserman Exh. 110) | Kayserman Exh. 110 | | No objection |
| 298 | | *Paul McDonald Expert Report | | | Hearsay, relevance |
| 299 | | *Exhibits to Paul McDonald's Expert Report | | | Hearsay, relevance, foundation, authenticity |
| 300 | | *Von Salmi Expert Report | | | Hearsay, relevance, foundation, Daubert |
| 301 | | *Von Salmi Rebuttal | | | Hearsay, relevance, foundation, Daubert |
| 302 | | *Documents relied upon by Von Salmi | | | Hearsay, relevance, foundation, Daubert |
| 303 | | August 19, 2015 email (COMM 0056) | COMM 0056 | | No objection |
| 304 | | KDC Adjusted Journal Entries – 2015 (SGC-000674) | SGC-000674 | | Hearsay, relevance, foundation |
| 305 | | ProExcavation Aged Trial Balance – 2015 (SGC-000752) | SGC-000752 | | Hearsay, foundation |
| 306 | | KDC Adjusted Client Trial Balance – 2015 (SGC-000660) | SGC-000660 | | Hearsay, foundation |
| 307 | | *ProExcavation Find Report (KAGAN 2058-59) | KAGAN 2058-59 | | Hearsay, foundation |
| 308 | 8/19/2015 | *ProExcavation Checks (KAGAN 2060-78, 2100-2172) | KAGAN 2060-78, 2100-2172 | | Relevance (no effort to eliminate checks that have nothing to do with this case) |
| 309 | | June 6, 2018-Jun 14, 2018 Email String | | | Hearsay, foundation, relevance |
| 310 | | 88 Cutler Lane Permit Plans | | | No objection |
| 311 | | 88 Cutler Lane Final As Built | | | No objection |
| 312 | | 55 Lyman Road Final As Built | | | No objection |
| 313 | | 55 Lyman Road Foundation As Built | | | No objection |
| 314 | | 55 Lyman Road Site Plan | | | No objection |
| 315 | | Consolidated Exhibit Re: Payment | | | No objection |
| 316 | | Consolidated Exhibit re: Funding | | | No objection |