**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al

**Case/AP Number** 16-01120 **-FJB**
**Chapter**

Trial Day 1
#1 Complaint by Lyman-Cutler, LLC against Vadim Kagan, Tatiana Kagan, Kagan Development KDC, Corp., ProExcavation Corp.(Tamposi, Peter)

**COURT ACTION:**

_____Hearing held
_____Granted      _____Approved      _____Moot
_____Denied       _____Denied without prejudice      _____Withdrawn in open court
_____Overruled    _____Sustained
_____Continued to_____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order      _____Released      _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Day one of trial held.

IT IS SO ORDERED:

*[signature: Frank J. Bailey]*

Dated: 05/06/2019

Frank J. Bailey
United States Bankruptcy Judge