Case 16-01120   Doc 309   Filed 05/08/19   Entered 05/08/19 14:07:13   Desc Main
Document   Page 1 of 1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al

**Case/AP Number** 16-01120 **-FJB**
**Chapter**

Trial Day 3
#1 Complaint by Lyman-Cutler, LLC against Vadim Kagan, Tatiana Kagan, Kagan Development KDC, Corp., ProExcavation Corp.(Tamposi, Peter)

**COURT ACTION:**

_____Hearing held

_____Granted   _____Approved   _____Moot

_____Denied   _____Denied without prejudice   _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order   _____Released _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Day 3 of Trial held.

IT IS SO ORDERED:

_____Dated:_05/08/2019
Frank J. Bailey
United States Bankruptcy Judge