UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>Debtor. | Chapter 7<br>Case No. 15-13881-FJB |
| LYMAN-CUTLER, LLC, ALEX FILIPPOV and NICKOLAY LIPETSKER,<br><br>Plaintiff,<br><br>v.<br><br>VADIM KAGAN, TATIANA KAGAN, KAGAN DEVELOPMENT KDC CORP. and PROEXCAVATION CORP.<br><br>Defendants. | Adv. Case No.16-01120 |

Filed in open Court
5/9/2019 1:00 PM
[signature]

## CERTIFICATION OF WILLIAM HARTZELL PURSUANT TO FED. R. EVID. 902(13)

I, William Hartzell, having been duly sworn, hereby certify that:

1.   I am over 18 years of age. I am a paralegal for the law firm of O'Connor, Carnathan and Mack LLC ("OCM"), which represents Alex Filippov ("Filippov") and Nickolay Lipetsker ("Lipetsker") in the above-captioned matter.

2.   I submit this Certification in accordance with Federal Rule of Evidence 902(13).

3.   I have been working as a litigation paralegal for approximately 19 years. I received a Certificate in Paralegal Studies from Northeastern University in 1996 and

subsequently worked as a paralegal at three litigation firms: Swartz & Swartz, Barry D. Lang, M.D. & Associates, and OCM. Throughout my career I have completed several Continuing Legal Education programs both online and in person, focused on law firm technology and discovery of electronically stored information. During my work as a paralegal for nearly two decades, I have gained extensive experience in and familiarity with reviewing and organizing electronically stored information ("ESI") and the metadata associated therewith. I regularly review and organize ESI and associated metadata as part of my day-to-day duties as a paralegal at OCM.

4. In the above-captioned case, I was responsible for reviewing and organizing all documents, including ESI and associated metadata, produced by the parties and third parties pursuant to subpoenas.

5. During the course of this litigation, on May 23, 2018, Defendant Vadim Kagan produced documents in a tiff images and text format, bates numbered KAGAN 003024-3037, consisting of:

   a. KAGAN 003024, a purported May 22, 2018 e-mail from Joseph Cohen [polysavant@hotmail.com] to himself [j.cohen@kagandevelopment.com], subject line "Fwd: CONSTRUCTION MANAGEMENT Lyman Cutler Executable", and listing an attachment "CONSTRUCTION MANAGEMENT Lyman Cutler Executable";

   b. KAGAN 003025, a purported June 24, 2013 e-mail from Joseph Cohen [polysavant@hotmail.com] to Vadim Kagan [vadim.kagan@yahoo.com], subject line "CONSTRUCTION MANAGEMENT Lyman Cutler Executable", and

listing an attachment "CONSTRUCTION MANAGEMENT Lyman Cutler Executable.docx"; and

c. KAGAN 003026-2037, a document titled "Construction Management/General Contractor Agreement."

6. Based on the appearance of these purported e-mails, on June 5, 2018, OCM requested the native Word (docx) document.

7. On June 6, 2018, counsel for Kagan forwarded via e-mail, as an attachment, the May 22, 2018 e-mail message identified as KAGAN 003024, with its own attachment, an e-mail message dated June 24, 2013, and attached to that June 24, 2013 e-mail, a Word document named "CONSTRUCTION MANAGEMENT Lyman Cutler Executable.docx."

8. Opening the Word document directly from the June 24, 2013 e-mail, I then opened the document information panel to reveal the document properties. A true and correct printout of the metadata for the document identified as KAGAN 003026-37 is attached to that document as part of **Plaintiff's Trial Exhibit 65**.

9. The process described in the foregoing paragraph for retrieving a record of metadata is a process I have performed countless times over my nearly two decades as a paralegal and, based on my experience and understanding, it produces an accurate result.

10. From the time that OCM first received the native e-mail items corresponding to the production identified as KAGAN 003024-37 until the time I viewed the metadata, and at all times thereafter, these files have been maintained in the exact form in which they were produced and have not been altered in any fashion.

Signed under the pains and penalties of perjury on May _2_, 2019.

_____
William Hartzell, Paralegal