United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
        Plaintiff                                                              Adv. Proc. No. 16-01120-fjb

Kagan,
        Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-1          User: bhendry            Page 1 of 2            Date Rcvd: May 07, 2019
                              Form ID: pdf012          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2019.
tr           +David Madoff,    Madoff & Khoury LLP,    124 Washington Street,    Foxboro, MA 02035-1368
ip           +Alex Filippov,    130 Trapelo Road,    Belmont, Ma 02478-1873
dft          +Kagan Development KDC, Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
pla          +Lyman-Cutler, LLC,    Lyman-Cutler, LLC,    130 Trapelo Rd.,    Belmont, MA 02478-1873
ip           +Nickolay Lipetsker,    52 Stony Brae Road,    Newton, MA 02461-1727
dft          +ProExcavation Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
dft          +Tatiana Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
dft          +Vadim Kagan,    239 Nahanton St.,    Newton, MA 02459-2909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov May 08 2019 00:44:25     John Fitzgerald,
               Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*          +Alex Filippov,    130 Trapelo Road,    Belmont, Ma 02478-1873
cc*          +Kagan Development KDC, Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
cd*          +Lyman-Cutler, LLC,    Lyman-Cutler, LLC,    130 Trapelo Rd.,    Belmont, MA 02478-1873
cd*          +Nickolay Lipetsker,    52 Stony Brae Road,    Newton, MA 02461-1727
cc*          +ProExcavation Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
cc*          +Tatiana Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
cc*          +Vadim Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
                                                                                   TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                                      Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2019 at the address(es) listed below:
              Christopher M. Candon    on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              David B. Madoff    on behalf of Trustee David  Madoff madoff@mandkllp.com,  alston@mandkllp.com
              James  Harris    on behalf of Counter-Claimant Vadim  Kagan jharris@sheehan.com,
               dhemeon@sheehan.com
              James  Harris    on behalf of Counter-Claimant    ProExcavation Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James  Harris    on behalf of Defendant    Kagan Development KDC, Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James  Harris    on behalf of Defendant Tatiana  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
              James  Harris    on behalf of Defendant Vadim  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
              James  Harris    on behalf of Defendant    ProExcavation Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James  Harris    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James  Harris    on behalf of Counter-Claimant Tatiana  Kagan jharris@sheehan.com,
               dhemeon@sheehan.com

```
District/off: 0101-1           User: bhendry              Page 2 of 2                  Date Rcvd: May 07, 2019
                               Form ID: pdf012            Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    John Perten   on behalf of Defendant Vadim Kagan   jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
    John Perten   on behalf of Defendant ProExcavation Corp.   jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
    John Perten   on behalf of Counter-Claimant Tatiana Kagan   jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
    John Perten   on behalf of Defendant Kagan Development KDC, Corp.   jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
    John Perten   on behalf of Counter-Claimant ProExcavation Corp.   jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
    John Perten   on behalf of Defendant Tatiana Kagan   jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
    John Perten   on behalf of Counter-Claimant Vadim Kagan   jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
    John Perten   on behalf of Counter-Claimant Kagan Development KDC, Corp.   jperten@sheehan.com, bcapone@sheehan.com;akelleher@sheehan.com
    Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Nickolay Lipetsker   jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
    Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Alex Filippov   jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
    Joseph P. Calandrelli   on behalf of Plaintiff Lyman-Cutler, LLC   jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
    Peter N. Tamposi   on behalf of Counter-Defendant Lyman-Cutler, LLC   peter@thetamposilawgroup.com, Judy@tlgnh.com
    Peter N. Tamposi   on behalf of Plaintiff Lyman-Cutler, LLC   peter@thetamposilawgroup.com, Judy@tlgnh.com
    Sean T. Carnathan   on behalf of Intervenor-Plaintiff Nickolay Lipetsker   scarnathan@ocmlaw.net, hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net
    Sean T. Carnathan   on behalf of Counter-Defendant Lyman-Cutler, LLC   scarnathan@ocmlaw.net, hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net
    Sean T. Carnathan   on behalf of Plaintiff Lyman-Cutler, LLC   scarnathan@ocmlaw.net, hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net
    Sean T. Carnathan   on behalf of Intervenor-Plaintiff Alex Filippov   scarnathan@ocmlaw.net, hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net
    Valentin D. Gurvits   on behalf of Miscellaneous Participant (MP Case Only) Boris Maiden   vgurvits@bostonlawgroup.com

                                                                                   TOTAL: 31

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

In Re: Lyman-Cutler, LLC v. Kagan et al

Case/AP Number 16-01120 -FJB
Chapter

Trial Day 2
#1 Complaint by Lyman-Cutler, LLC against Vadim Kagan, Tatiana Kagan, Kagan Development KDC, Corp., ProExcavation Corp.(Tamposi, Peter)

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved        _____Moot

_____Denied         _____Denied without prejudice        _____Withdrawn in open court

_____Overruled  _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released   _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Day 2 of Trial held.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____ Dated: 05/07/2019
Frank J. Bailey
United States Bankruptcy Judge