# EXHIBIT 2

**From:** John Perten <jperten@sheehan.com>
**Sent:** Thursday, May 9, 2019 2:50 PM
**To:** Sean T. Carnathan <scarnathan@ocmlaw.net>
**Cc:** James P. Harris <JHARRIS@sheehan.com>
**Subject:** LC

This message was sent securely using Zix

Sean, Mr. Cohen just advised me that he was convicted for failing to pay child support which resulted in his incarceration into 2011. I have requested confirmation but wanted to advise you right away.

John


John H. Perten, Esq.

# SHEEHAN PHINNEY

Sheehan Phinney Bass & Green
255 State Street, 5th Floor
Boston, MA 02109
T 617.897.5641
F 617.439.9363
jperten@sheehan.com
www.sheehan.com

1