# EXHIBIT 3



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. |
| | ) 04 – 10066 MEL |
| JAMIE EDELKIND | ) |
| | ) |

I hereby certify on 5/9/11 that the foregoing document is a true and correct copy of the
☐ electronic, filed original
☐ electronically filed document in my office
☐ original filed in my office
☐ original and copy filed on 5/9/11
Robert M. Farrell
Clerk, U.S. District Court
District of Massachusetts
By:
Deputy Clerk

## MOTION OF JAMIE EDELKIND FOR PERMISSION TO TRAVEL

Jamie Edelkind ("Edelkind"), who was the defendant in this proceeding, is currently on supervised release in this district under the standard conditions of supervised release. He is in full compliance with those conditions. Edelkind was released from Bureau of Prisons custody on August 4, 2011 after almost seven years of imprisonment.

As reflected in the attached Affidavit, Edelkind has not seen his three minor children or his wife, who reside in Norway, since October of 2004. For the reasons set forth in his Affidavit attached hereto, Edelkind seeks permission to travel to Norway to visit his wife and children. He would travel as a tourist entering Norway on his United States passport, without a visa but under a tourist visa waiver sanctioned by the Schengen Agreement.[1] He would stay for approximately two weeks and would reside with his family in Stabekk, Norway

---

[1] Although the United States is not a party to the Schengen Agreement, the United States has a tourist waiver agreement with Norway and thus a United sStates citizen with a passport may enter Norway as a tourist without a visa.

He is hopeful that his visit could coincide with the Jewish High Holidays commencing on September 30, 20011.

JAMIE EDELKIND

By his attorney,

/s/ Michael J. Liston

_____

Michael J. Liston BBO# 301760
2 Park Plaza, Suite 610
Boston, Massachusetts  02116
(617) 426-2281

Dated:  September 13, 2011

## CERTIFICATE OF SERVICE

I, Michael J. Liston, do hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date September 13, 2011.

/s/  Michael J. Liston

_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>) <br>v. )<br>) <br>JAMIE EDELKIND ) | CRIMINAL NO.<br>04 – 10066 MEL |

## AFFIDAVIT OF JAMIE EDELKIND IN SUPPORT OF MOTION FOR PERMISSION TO TRAVEL

I, Jamie Edelkind, under the pains and penalties of perjury, state as follows:

1. I was continuously in federal custody serving sentences for federal white collar offenses from October 4, 2004 through August 4, 2011. Since August 4, 2011, I have been on supervised release under the U.S. Probation Office in Boston, Massachusetts. The Probation Officer supervising me is Patrick Skehil. I am subject solely to the standard conditions of supervised release. I am currently in full compliance with all the conditions of my release. I am subject to a restitution order for an amount that has not been determined with finality but is in excess of $2,000,000.

2. My wife and three of my children, ages 9, 13 and 15, live in Norway. My wife is a citizen of Norway. The two younger children, having been born in the United States, have dual citizenship. The older child is a citizen of Norway. My wife and children have been living in Norway since October 10, 2004. Due primarily to illnesses and economic hardship, my

family did not visit me during my incarceration.   I have not seen my family for almost seven years.  It is financially impossible for them to visit me here. However, my wife has managed to save enough for round trip plane fare for me to visit them in Norway.

3.  I am advised that under the conditions of my supervised release I will require permission to travel abroad to see my family.  I have secured a new passport and would stay with my family at their residence at [redacted], Stabekk, Norway N-1368.  I seek permission to visit for approximately two weeks and I hope to be with them during the Jewish High Holidays which commence September 30, 2011 and conclude on October 11, 2011.

4.  At the suggestion of the Probation Office, I have attempted to secure a form of advance permission/notification from Norwegian authorities.  I have contacted the Norwegian Consulate in New York City. I spoke to Ms. Heidi Werenskiold, hew@mfa,no, (646) 430-7563, the Norwegian Consul in New York.  I advised her of the conditions of my supervised release and the suggestion of my supervisor that I obtain a letter of permission to enter Norway.  She advised that she could not provide such written permission, primarily because it was not necessary.  She told me that Norway is a signatory to the Schengen Agreement and that so long as I have a valid and unrestricted passport, I am fee to enter Norway under the visa waiver program for tourists and stay for up to 90 days at a time.   She further advised that my passport must be valid for up to three months beyond my date of entry.  My wife Linda encountered the same advice when she contacted local police in Stabekk and immigration authorities in Oslo.

5.  Norway has strict immigration policies that would require visa status, stamped to my passport, in order to stay for a period longer than under the visa waiver for tourists.   My passport does not have the visa

2

stamp and will not include one.  I would certainly be willing to present my passport to Probation just prior to any departure.

6.  I am currently employed here in the United States and hope that within a reasonable period of time that I will be in a financial position to bring my family to the United States.  I seek only a two week stay in Norway because I cannot afford to be away from work for a longer period.

Jamie Edelkind

Dated:  September 13, 2011

3