# EXHIBIT 1

```
Exhibits: 27-28                    Volume 1, Pages 1-143
         UNITED STATES BANKRUPTCY COURT
            DISTRICT OF MASSACHUSETTS
               (EASTERN DIVISION)
```

----------------------------------

In Re:

                                   Chapter 7
LYMAN-CUTLER, LLC,                 Case No. 15-13881-FJB

         Debtor

----------------------------------

LYMAN-CUTLER, LLC,

         Plaintiff

v.                                 Adv. Case No. 16-01120

VADIM KAGAN, TATIANA KAGAN,
KAGAN DEVELOPMENT KDC CORP.
and PROEXCAVATION CORP.,

         Defendants

----------------------------------

         DEPOSITION OF JAMES JOSEPH COHEN
         Tuesday, May 8, 2018, 10:20 a.m.
         O'Connor Carnathan and Mack LLC
         1 Van de Graaff Drive, Suite 104
             Burlington, Massachusetts

         ---------- David A. Arsenault, RPR ----------
         daa@fabreporters.com   www.fabreporters.com
              Farmer Arsenault Brock LLC
                 Boston, Massachusetts
                    617-728-4404

James Joseph Cohen - Vol. 1 - 5/8/2018

17

1  the criminal -- the application for criminal
2  warrant.
3     Q.  So to what extent do you recall doing a
4  second affidavit?
5     A.  I don't -- I'm not saying I didn't do it; I
6  just don't recall doing another one.
7     Q.  Was the affidavit also provided in the
8  Newton District Court?
9     A.  That's where it was provided.
10    Q.  Have you ever provided any testimony in
11 court by deposition or affidavit in any other legal
12 proceedings?
13          MR. PERTEN:  Other than what he's told
14 you about?
15          MR. CARNATHAN:  Yes.
16    A.  I don't believe so.
17    Q.  Have you ever been convicted of a crime,
18 Mr. Cohen?
19    A.  I have.
20    Q.  What crime was that?
21    A.  Failure to pay court-ordered child support.
22 It was a very contentious divorce.
23    Q.  Have you ever been convicted of any other
24 crimes?

FARMER ARSENAULT BROCK LLC

James Joseph Cohen - Vol. 1 - 5/8/2018

18

1  A. Yes.
2  Q. What other crimes?
3  A. In connection with the same thing, aiding
4  and abetting my ex-wife's mortgage fraud.
5  Q. What was your sentence for aiding and
6  abetting your ex-wife's mortgage fraud?
7  A. I believe it was 36 months.
8  Q. In prison?
9  A. Yes. It was a federal offense.
10 Q. How much time did you serve?
11 A. Between that and the failure to pay
12 court-ordered child support, it was a total of about
13 50-some-odd months.
14 Q. In what court were you convicted of failure
15 to pay child support?
16 A. First Circuit.
17 Q. In what court were you convicted of aiding
18 and abetting mortgage fraud?
19 A. Same.
20 Q. How long ago was that conviction entered?
21 A. 2004.
22 Q. When did you get out of prison?
23 A. 2009.
24 Q. Did you also serve a term of probation?

FARMER ARSENAULT BROCK LLC

19

1  A. Yes.

2  Q. How long was that?

3  A. I think it was two years.

4  Q. Other than those two convictions, have you
5  ever been convicted of any other crimes?

6  A. No.

7  Q. Have you ever been charged with any other
8  crimes?

9  A. I think I was charged when I was like 16 or
10 17 with uttering a bad check but it was dismissed.

11 Q. How old are you now?

12 A. I'm 55 now.

13 Q. Have you ever been charged with any other
14 crimes that we have not already talked about?

15 A. No.

16 Q. Would you briefly describe for me your
17 formal education, starting with high school.

18 A. My high school was, I started in Atlanta,
19 Georgia at Yeshiva, a Jewish high school. Then I
20 graduated from a public high school.

21 Q. What year was that?

22 A. Guessing 1979, 1980, something like that.
23 It was a long time ago.

24 Q. Did you go to college?

James Joseph Cohen - Vol. 1 - 5/8/2018

142

WITNESS: JAMES JOSEPH COHEN
CASE: Lyman-Cutler vs. Kagan, et al

SIGNATURE PAGE/ERRATA SHEET

| PAGE | LINE | CHANGE OR CORRECTION AND REASON |
|---|---|---|
| 18 | 23 | 2009 should read February 2008 |
| 22 | 6 | slerian weight should read schlieren Waves |
| 22 | 10 | Raymond should read "Raman" |
| 26 | 7 | Bachman shuld read "Backman" |
| 35 | 18 | wierd statement is incorrect. Do not know what it should read |
| 56 | 11 | Kirill should read Carol |
| 104 | 19 | Conclude should Include |

I have read the transcript of my deposition taken May 8, 2018. Except for any corrections or changes noted above I hereby subscribe to the transcript as an accurate record of the statements made by me.
Signed ~~u~~nder the pains and penalties of perjury.

_____[signature]_____ DATE 06/20/2018

De~~ponent~~, ~~JAMES~~ JOSEPH COHEN

NOTARY (if requested)
On this _____ day of _____, 20__, before me, the undersigned notary public, personally appeared JAMES JOSEPH COHEN, who presented satisfactory evidence of identification, to wit, _____ and signed this document in my presence.

Notary Public in and for _____
My commission expires _____