United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
        Plaintiff

Kagan,
        Defendant

Adv. Proc. No. 16-01120-fjb

# CERTIFICATE OF NOTICE

| District/off: 0101-1 | User: skeating | Page 1 of 2 | Date Rcvd: May 09, 2019 |
|---|---|---|---|
| | Form ID: pdf012 | Total Noticed: 9 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
```
tr            +David Madoff,   Madoff & Khoury LLP,   124 Washington Street,   Foxboro, MA 02035-1368
ip            +Alex Filippov,   130 Trapelo Road,   Belmont, Ma 02478-1873
dft           +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
pla           +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
ip            +Nickolay Lipetsker,   52 Stony Brae Road,   Newton, MA 02461-1727
dft           +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
dft           +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
dft           +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust           +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov May 10 2019 00:00:18    John Fitzgerald,
               Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                      TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*           +Alex Filippov,   130 Trapelo Road,   Belmont, Ma 02478-1873
cc*           +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
cd*           +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
cd*           +Nickolay Lipetsker,   52 Stony Brae Road,   Newton, MA 02461-1727
cc*           +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
cc*           +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
cc*           +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
                                                           TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
```
        Christopher M. Candon   on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
         ntoli@sheehan.com
        Christopher M. Candon   on behalf of Defendant   ProExcavation Corp. ccandon@sheehan.com,
         ntoli@sheehan.com
        Christopher M. Candon   on behalf of Defendant   Kagan Development KDC, Corp. ccandon@sheehan.com,
         ntoli@sheehan.com
        Christopher M. Candon   on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
         ntoli@sheehan.com
        David B. Madoff   on behalf of Trustee David  Madoff madoff@mandkllp.com,  alston@mandkllp.com
        James  Harris   on behalf of Counter-Claimant   Kagan Development KDC, Corp. jharris@sheehan.com,
         dhemeon@sheehan.com
        James  Harris   on behalf of Counter-Claimant Tatiana  Kagan jharris@sheehan.com,
         dhemeon@sheehan.com
        James  Harris   on behalf of Counter-Claimant Vadim  Kagan jharris@sheehan.com,
         dhemeon@sheehan.com
        James  Harris   on behalf of Counter-Claimant   ProExcavation Corp. jharris@sheehan.com,
         dhemeon@sheehan.com
        James  Harris   on behalf of Defendant   Kagan Development KDC, Corp. jharris@sheehan.com,
         dhemeon@sheehan.com
        James  Harris   on behalf of Defendant Tatiana  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
        James  Harris   on behalf of Defendant Vadim  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
        James  Harris   on behalf of Defendant   ProExcavation Corp. jharris@sheehan.com,
         dhemeon@sheehan.com
```

```
District/off: 0101-1          User: skeating          Page 2 of 2              Date Rcvd: May 09, 2019
                              Form ID: pdf012         Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        John  Perten   on behalf of Defendant   ProExcavation Corp. jperten@sheehan.com,
        bcapone@sheehan.com;akelleher@sheehan.com
        John  Perten   on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com,
        bcapone@sheehan.com;akelleher@sheehan.com
        John  Perten   on behalf of Defendant Vadim  Kagan jperten@sheehan.com,
        bcapone@sheehan.com;akelleher@sheehan.com
        John  Perten   on behalf of Defendant   Kagan Development KDC, Corp. jperten@sheehan.com,
        bcapone@sheehan.com;akelleher@sheehan.com
        John  Perten   on behalf of Counter-Claimant   ProExcavation Corp. jperten@sheehan.com,
        bcapone@sheehan.com;akelleher@sheehan.com
        John  Perten   on behalf of Defendant Tatiana  Kagan jperten@sheehan.com,
        bcapone@sheehan.com;akelleher@sheehan.com
        John  Perten   on behalf of Counter-Claimant Vadim  Kagan jperten@sheehan.com,
        bcapone@sheehan.com;akelleher@sheehan.com
        John  Perten   on behalf of Counter-Claimant   Kagan Development KDC, Corp. jperten@sheehan.com,
        bcapone@sheehan.com;akelleher@sheehan.com
        Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net,
        hwolti@ocmlaw.net
        Joseph P. Calandrelli   on behalf of Plaintiff   Lyman-Cutler, LLC jcalandrelli@ocmlaw.net,
        hwolti@ocmlaw.net
        Joseph P. Calandrelli   on behalf of Counter-Defendant Alex  Filippov jcalandrelli@ocmlaw.net,
        hwolti@ocmlaw.net
        Joseph P. Calandrelli   on behalf of Counter-Defendant Nickolay  Lipetsker
        jcalandrelli@ocmlaw.net,  hwolti@ocmlaw.net
        Joseph P. Calandrelli   on behalf of Intervenor-Plaintiff Nickolay  Lipetsker
        jcalandrelli@ocmlaw.net,  hwolti@ocmlaw.net
        Peter N. Tamposi   on behalf of Plaintiff   Lyman-Cutler, LLC peter@thetamposilawgroup.com,
        Judy@tlgnh.com
        Peter N. Tamposi   on behalf of Counter-Defendant   Lyman-Cutler, LLC
        peter@thetamposilawgroup.com,  Judy@tlgnh.com
        Sean T. Carnathan   on behalf of Counter-Defendant   Lyman-Cutler, LLC scarnathan@ocmlaw.net,
        hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net
        Sean T. Carnathan   on behalf of Plaintiff   Lyman-Cutler, LLC scarnathan@ocmlaw.net,
        hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net
        Sean T. Carnathan   on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net,
        hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net
        Sean T. Carnathan   on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net,
        hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net
        Valentin D. Gurvits   on behalf of Miscellaneous Participant (MP Case Only) Boris  Maiden
        vgurvits@bostonlawgroup.com

                                                                              TOTAL: 33

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al
**Case/AP Number** 16-01120 **-FJB**
**Chapter**

Trial Day 1
#1 Complaint by Lyman-Cutler, LLC against Vadim Kagan, Tatiana Kagan, Kagan Development
KDC, Corp., ProExcavation Corp.(Tamposi, Peter)

**COURT ACTION:**

_____Hearing held

_____Granted _____Approved _____Moot

_____Denied _____Denied without prejudice _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order _____Released _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IT IS SO ORDERED:

_____ Dated: 05/09/2019
Frank J. Bailey
United States Bankruptcy Judge