UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al  **Case/AP Number** 16-01120 **-FJB**
**Chapter**

#314 Motion to Strike (Re: [313] Certification of William Hartzell) filed in Open Court by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., and ProExcavation Corp.

**COURT ACTION:**

_____Hearing held

_____Granted     _____Approved     _____Moot

_____Denied     _____Denied without prejudice     _____Withdrawn in open court

_____Overruled     _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released     _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ORDER: For reasons stated on the record at trial, the Motion to Strike Certification of William Hartzell is denied.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

Dated: 05/13/2019

Frank J. Bailey
United States Bankruptcy Judge