UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| *In re:* ) | |
| ) | |
| LYMAN-CUTLER, LLC, ) | Chapter 7 |
| Debtor ) | Case No. 15-13881 FJB |
| ) | |
| | |
| ) | |
| LYMAN-CUTLER, LLC, ALEX FILIPPOV, ) | |
| and NICKOLAY LIPETSKER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Adv. Case No. 1:16-ap-01120 |
| v. ) | |
| ) | |
| VADIM KAGAN, TATIANA KAGAN, ) | |
| KAGAN DEVELOPMENT KDC, CORP. and ) | |
| PROEXCAVATION CORP. ) | |
| ) | |
| Defendants. ) | |

## **PLAINTIFFS' MOTION TO REDACT PREVIOUSLY FILED EXHIBITS**

Plaintiffs respectfully move this Court to redact certain personal identifying information from exhibits that were previously filed with this Court. Specifically, on May 10, 2019, Plaintiffs filed their Submission Concerning Evidence of the Crimes and Other Wrongs of James Joseph Cohen [Doc. 318]. Attached as Exhibits 4 and 5 to that submission were criminal records that contained a reference to Mr. Cohen's social security numbers. This information was not redacted due to an oversight.

Attached hereto as <u>Exhibits 4</u> and <u>Exhibit 5</u> are proposed replacement copies of the exhibits that were attached to Plaintiffs' May 10, 2019 submission. The new Exhibits 4 and 5 are the same document that was previously filed but have the entirety of Mr. Cohen's social

1

security numbers redacted.  Plaintiffs respectfully request that the Court allow this motion, and replace the previously filed Exhibits 4 and 5 with the Exhibits that are attached hereto.

| | |
|---|---|
| LYMAN-CUTLER, LLC,<br>By its attorney, | ALEX FILIPPOV and<br>NICKOLAY LIPETSKER,<br>By their attorneys, |
| */s/ Peter Tamposi*<br>Peter N. Tamposi, BBO No. 639497<br>The Tamposi Law Group, P.C.<br>159 Main Street<br>Nashua, NH 03060<br>T: (603) 204-5513 | */s/ Sean T. Carnathan*<br>Sean T. Carnathan, BBO No. 636889<br>*scarnathan@ocmlaw.net*<br>Joseph P. Calandrelli, BBO No. 666128<br>*jcalandrelli@ocmlaw.net*<br>O'Connor, Carnathan and Mack, LLC<br>1 Van de Graaff Dr. Suite 104<br>Burlington, MA 01803<br>T:  781-359-9000 |

Dated:  May 14, 2019

### Certificate of Service

I hereby certify that a copy of the foregoing document was served by ECF on counsel of record for all of the parties on May 14, 2019.

*/s/ Sean T. Carnathan*
Sean T. Carnathan