# EXHIBIT 4

P.S

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 1:03-CR-364-CAP |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 11cr10399 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Northern/Georgia | DIVISION Atlanta |
|---|---|---|
| Jamie Edelkind 31 Evans Road Brookline, MA 02445 | NAME OF SENTENCING JUDGE Charles A. Pannell, Jr | |

I hereby certify on 5/01/2019 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☑ electronically filed original filed on 12/27/2011
☐ original filed in my office on

Robert M. Farrell
Clerk, U.S. District Court
District of Massachusetts

By: _Timothy D. DeMarco_
Deputy Clerk

| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 04/10/2011 | TO 08/04/2014 |
|---|---|---|---|

| OFFENSE Bank Fraud | | |

PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   Northern   DISTRICT OF   Georgia

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Massachusetts   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_27 Oct 2011_
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____   DISTRICT OF   Massachusetts

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_11/23/2011_
Effective Date

_____
United States District Judge

ıLED IN CHAMBERS
U.S.D.C. Atlanta

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA   JUN 24 2003

ATLANTA DIVISION

ᴸUTHER D. THOMAS, Clerk

ʏ: ₐₗⱼ

Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. |
| JAMIE EDELKIND | : | 1 : 03 CR 364 |

THE GRAND JURY CHARGES THAT:

## COUNT ONE

1.   On or about November 24, 1998, in the Northern District of Georgia, the defendant, JAMIE EDELKIND, knowingly executed and attempted to execute a scheme and artifice to defraud and to obtain money, funds, and credits owned by and under the custody and control of First Union National Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses, representations, and promises, by obtaining $221,000 for an "equity take out" loan on real property known as Unit 122, Paces Run, Cobb County, Georgia, with an appraised value of $262,000 (the "Paces Run property").

2.   It was a part of the scheme and artifice that when the defendant executed a deed to secure debt in favor of First Union National Bank on the Paces Run property, the defendant did not disclose to First Union National Bank that he had already taken "equity" out of the Paces Run property or that the property was encumbered by deeds to secure debt that he had given, totaling

$260,000 to secure other loans, namely:

      (a) a deed to secure debt to Pioneer Credit Company to secure a $47,515 loan that he obtained on October 22, 1998, and

      (b) a deed to secure debt to New Century Mortgage Corp. to secure a $212,500 loan that he obtained on November 4, 1998,

or that when he obtained the proceeds of the "equity take-out" loan on November 24, 1998, he had little, if any, remaining "equity" to take out of the Paces Run property,.

In violation of Title 18, United States Code, Section 1344(1) and (2).

## COUNTS TWO - NINE

From in or about January, 1999, through in or about May, 1999, the exact dates unknown, in the Northern District of Georgia, the defendant, JAMIE EDELKIND, knowingly executed and attempted to execute a scheme and artifice to defraud and to obtain money, funds, and credits owned by and under the custody and control of SouthTrust Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses, representations, and promises, by the deposit of worthless checks into account #42268-715 of the defendant at SouthTrust Bank, as follows:

| Count | Date | Maker | Amount |
|-------|------|-------|--------|
| 2 | 2/2/99 | Property Systems of Georgia | $10,000 |
| 3 | 2/16/99 | Jamie Edelkind | $12,319 |
| 4 | 2/9/99 | Jamie Edelkind | $10,000 |
| 5 | 2/24/99 | Jamie Edelkind | $16,000 |
| 6 | 2/24/99 | Tachyon Holdings | $6,000 |
| 7 | 3/11/99 | Linda Lien | $10,000 |
| 8 | 3/15/99 | Linda Lien | $9,950 |
| 9 | 4/7/99 | Jamie Edelkind | $4,600 |

In violation of Title 18, United States Code, Section 1344(1) and (2), and Section 2.

### COUNTS TEN - TWELVE

From in or about May, 1999, through July, 1999, the exact dates unknown, in the Northern District of Georgia, the defendant, JAMIE EDELKIND, knowingly executed and attempted to execute a scheme and artifice to defraud, and to obtain money, funds, and credits, owned by and under the custody and control of First Union National Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses, representations, and promises, by the deposit of worthless checks into the defendant's account # 1961(last four digits) at First Union National Bank , as follows:

| Count | Date | Maker | Amount |
|-------|------|-------|--------|
| 10 | 6/14/99 | Sage Technology, Inc. | $8,233.70 |

3

| 11 | 6/17/99 | Sage Technology, Inc. | $8,233.70 |
| 12 | 6/24/99 | Southtrust Leasing Services, Inc. | $12,110.28 |

In violation of Title 18, United States Code, Section 1344(1) and (2), and Section 2.

### COUNTS THIRTEEN - FOURTEEN

From in or about August, 1999, through in or about September, 1999, the exact dates unknown, in the Northern District of Georgia and elsewhere, the defendant, JAMIE EDELKIND, knowingly executed and attempted to execute a scheme and artifice to defraud, and to obtain money, funds, and credits, owned by and under the custody and control of Wachovia Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, by means of false and fraudulent pretenses, representations, and promises, by the deposit of worthless checks into account #13377643 of Tachyon Holdings Ltd. Inc. at Wachovia Bank, as follows:

| Count | Date | Maker | Amount |
|-------|------|-------|--------|
| 13 | 8/12/99 | Jamie Edelkind | $6,000 |
| 14 | 8/25/99 | Univ. of California, Irvine | $55,000 |

In violation of Title 18, United States Code, Section 1344(1) and (2), and Section 2.

### COUNT FIFTEEN

On or about February 25, 1999, in the Northern District of Georgia and elsewhere, the defendant, JAMIE EDELKIND, did make,

4

utter, and possess a counterfeited security of an organization, with intent to deceive another organization, that is, a counterfeited check of Tachyon Holdings Ltd. Inc. in the amount of $20,000, drawn on SouthTrust Bank, that purported to be genuine but was not, because it had been falsely made and manufactured in its entirety, with intent to deceive MBNA America.

In violation of Title 18, United States Code, Section 513(a).

### COUNT SIXTEEN

On or about March 29, 1999, in the Northern District of Georgia, the defendant, JAMIE EDELKIND, did knowingly make, utter, and possess a counterfeited security of an organization, with intent to deceive another organization, that is, counterfeited checks of Tachyon Holdings Ltd. Inc. totaling $45,681, drawn on SouthTrust Bank, that purported to be genuine but were not, because they had been falsely made and manufactured in their entirety, with intent to deceive Pioneer Credit Company.

In violation of Title 18, United States Code, Section 513(a).

### COUNT SEVENTEEN

On or about August 25, 1999, in the Northern District of Georgia and elsewhere, the defendant, JAMIE EDELKIND, did make, utter, and possess a counterfeited security of an organization, with intent to deceive another organization, that is, a counterfeited official check of Wachovia Bank in the amount of $7,400 that purported to be genuine but was not, because it had

5

been falsely made and manufactured in its entirety, with intent to deceive New Century Mortgage Corp.

In violation of Title 18, United States Code, Section 513(a).

### COUNT EIGHTEEN

On or about August 25, 1999, in the Northern District of Georgia and elsewhere, the defendant, JAMIE EDELKIND, did make, utter, and possess a counterfeited security of an organization, with intent to deceive another organization, that is a counterfeited official check of Wachovia Bank in the amount of $7,895 that purported to be genuine but was not, because it had been falsely made and manufactured in its entirety, with intent to deceive First Union National Bank.

In violation of Title 18, United States Code, Section 513(a).

### COUNT NINETEEN

On or about August 25, 1999, in the Northern District of Georgia and elsewhere, the defendant, JAMIE EDELKIND, did make, utter, and possess a counterfeited security of an organization, with intent to deceive another organization, that is a counterfeited official check of Wachovia Bank in the amount of $8,895 that purported to be genuine but was not, because it was falsely made and manufactured in its entirety, with intent to deceive Mercedes Benz Credit.

In violation of Title 18, United States Code, Section 513(a).

## COUNT TWENTY

On or about August 25, 1999, in the Northern District of Georgia and elsewhere, the defendant, JAMIE EDELKIND, did make, utter, and possess a counterfeited security of an organization, with intent to deceive another organization, that is, a counterfeited check of the University of California, Irvine, in the amount of $55,000, drawn on Wachovia Bank N.A., Greenville, South Carolina, that purported to be genuine but was not, because it had been falsely made and manufactured in its entirety, with intent to deceive Wachovia Bank.

In violation of Title 18, United States Code, Section 513(a).

## COUNTS TWENTY-ONE

On or about February 25, 1999, in the Northern District of Georgia and elsewhere, the defendant, JAMIE EDELKIND, with fraudulent intent, transported and caused to be transported in interstate commerce a falsely made, forged, altered, and counterfeited security, knowing the same to have been falsely made, forged, altered, and counterfeited, that is, a falsely made and counterfeited check of Tachyon Holdings Ltd. Inc. drawn on SouthTrust Bank Georgia, payable to MBNA, Newark, Delaware, in the amount of $20,000.

In violation of Title 18, United States Code, Section 2314, and Section 2.

7

### COUNT TWENTY-TWO

On or about August 25, 1999, in the Northern District of Georgia and elsewhere, the defendant, JAMIE EDELKIND, with fraudulent intent, transported and caused to be transported in interstate commerce a falsely made, forged, altered, and counterfeited security, knowing the same to have been falsely made, forged, altered, and counterfeited, that is, a falsely made and counterfeited Wachovia Bank Official Check payable to "New Century Mtg.," Irvine, California, in the amount of $7,400.

In violation of Title 18, United States Code, Section 2314 and Section 2.

### COUNT TWENTY-THREE

On or August 25, 1999, in the Northern District of Georgia and elsewhere, the defendant, JAMIE EDELKIND, with fraudulent intent, transported and caused to be transported in interstate commerce a falsely made, forged, altered, and counterfeited security, knowing the same to have been falsely made, forged, altered, and counterfeited, that is, a falsely made and counterfeited Wachovia Bank Official Check payable to "First Union Mtg.," Wilksboro, North Carolina, in the amount of $7,895.

In violation of Title 18, United States Code, Section 2314, and Section 2.

### COUNT TWENTY-FOUR

On or about August 25, 1999, in the Northern District of Georgia and elsewhere, the defendant, JAMIE EDELKIND, with fraudulent intent, transported and caused to be transported in interstate commerce a falsely made, forged, altered, and counterfeited check, that is, a falsely made, forged, altered, and counterfeited check of the University of California, Irvine, drawn on Wachovia Bank, N.A., Greenville, South Carolina, payable to Tachyon Holdings Ltd. Inc., in the amount of $55,000, knowing the same to have been falsely made, forged, altered, and counterfeited.

In violation of Title 18, United States Code, Section 2314, and Section 2.

### COUNT TWENTY-FIVE

#### Bankruptcy Fraud

On or about October 21, 1999, in the Northern District of Georgia, the defendant, JAMIE EDELKIND, having devised a scheme and artifice to defraud various creditors, as alleged in Counts One through Fourteen of this indictment, which allegations are incorporated by reference herein, for the purpose of executing and concealing the scheme and artifice to defraud and attempting to do so, filed a petition under Title 11, United States Code, in the United States Bankruptcy Court for the Northern District of Georgia, Case Number 99-75643, to delay and confuse his creditors.

In violation of Title 18, United States Code, Section 157(1),

and Section 2.

A _____ _TRUE_ _____ BILL

~~A TRUE COPY~~
~~CERTIFIED THIS~~

_____
FOREPERSON

DEC 2 1 2011

James N. Hatten, Clerk
By _____
Deputy Clerk

WILLIAM S. DUFFEY, JR.
UNITED STATES ATTORNEY

RICHARD M. LANGWAY
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6035
Georgia Bar No. 437050



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA

-vs-                                             Case No.  1:03-CR-364-CAP

JAMIE EDELKIND

Defendant's Attorney:
Steven H. Sadow

---

### JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant plead guilty to Count(s) 1 of the indictment.

Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense:

| Title & Section | Nature of Offense | Count No. |
|---|---|---|
| 18 USC §§1344 (1) and (2) | Bank Fraud | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay the special assessment of $ 100.00 which shall be due immediately.

IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.
Other SSN:                                       Date of Imposition of Sentence:
Defendant's Date of Birth:    April 11, 1963              July 21, 2004
Defendant's Mailing Address:
940 Nantasket Avenue
Hull, Massachusetts   02045

Signed this ___22___ Day of July, 2004.

CHARLES A. PANNELL, JR.
UNITED STATES DISTRICT JUDGE

CERTIFIED

DEC 2 1 2011

Page 2 of 5

1:03-CR-364-CAP : JAMIE EDELKIND

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Twelve (12) months and one (1) day.

The Court recommends that if the defendant is eligible, that the Bureau of Prisons consider the defendant for participation in the Community Confinement Center.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal, but not before September 14, 2004.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By:_____

Deputy U.S. Marshal

Case 16-01120    Doc 326-1    Filed 05/14/19    Entered 05/14/19 10:40:12    Desc Exhibit
4    Page 15 of 29

Case 1:11-cr-10399   Document 2-2   Filed 12/27/11   Page 3 of 5
Case 1:03-cr-00364-CAP-CCH   Document 55   Filed 07/22/04   Page 3 of 5

1:03-CR-364-CAP : JAMIE EDELKIND

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of Five (5) years.

While on supervised release, the defendant shall not commit another federal, state or local crime and shall not illegally possess a controlled substance.  The defendant shall comply with the standard and special conditions that have been adopted by this court (set forth below).  If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release.  The defendant shall comply with the following additional conditions:

Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

The defendant shall perform 100 hours of community service under the guidance of the probation officer.

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

The defendant shall submit to a search of his person, property, real or personal, residence, place of business or employment, and/or vehicle(s) at the request of the United States Probation Officer.

The defendant shall make a full and complete disclosure of finances and submit to an audit of financial documents, at the request of the United States Probation Officer.

The defendant shall pay any financial penalty that is imposed by this judgment.

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

The defendant shall pay any portion of the restitution, as well as the fine, that is not paid in full at the time of the defendant's release from imprisonment as a condition of supervision to be paid at the monthly rate of not less than $150.00 plus 24% of any gross monthly income in excess of $2,000.00.

Case 16-01120    Doc 326-1    Filed 05/14/19    Entered 05/14/19 10:40:12    Desc Exhibit
4    Page 16 of 29

Case 1:11-cr-10399    Document 2-2    Filed 12/27/11    Page 4 of 5
Case 1:03-cr-00364-CAP-CCH    Document 55    Filed 07/22/04    Page 4 of 5

1:03-CR-364-CAP : JAMIE EDELKIND

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall support his or her dependents and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. The defendant shall notify the probation officer within 72 hours of any change in residence or employment;

7. The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11. The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

1:03-CR-364-CAP : JAMIE EDELKIND

## FINE

The defendant shall pay a fine of $5,000.00

The fine shall be paid in full immediately. The defendant shall make fine payments from any wages he may earn in prison in accordance with the Bureau of Prisons Financial Responsibility Program. Any portion of the fine that is not paid in full at the time of the defendant's release from imprisonment shall become a condition of supervision to be paid at the monthly rate of not less that $150.00 plus 25% of any gross monthly income in excess of $2,000.00.

This fine includes any costs of incarceration and supervision.

If the fine is not paid, the court may sentence this defendant to any sentence which might have been originally imposed. See 18 USC 3614.

## RESTITUTION

The defendant shall make restitution to the following person(s) in the following amount:

| Name of Payee | Amount of Restitution |
|---|---|
| Old Republic Title Company<br>1105 Sanctuary Parkway<br>Alpharetta, Georgia 30004 | $221,000.00 |

The restitution shall be paid in full immediately.  The defendant shall make restitution payments from any wages he may earn in prison in accordance with the Bureau of Prisons Financial Responsibility Program. Any portion of the restitution that is not paid in full at the time of the defendant's release from imprisonment shall become a condition of supervision and be paid at the monthly rate of not less than $150.00 plus 25% interest of any gross monthly income in excess of $2,000.00.

The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

2255, CLOSED, TransSup

## U.S. District Court
## Northern District of Georgia (Atlanta)
## CRIMINAL DOCKET FOR CASE #: 1:03-cr-00364-CAP-CCH All Defendants
## Internal Use Only

Case title: USA v. Edelkind

Date Filed: 06/24/2003
Date Terminated: 07/22/2004

Assigned to: Judge Charles A. Pannell, Jr
Referred to: Magistrate Judge C. Christopher Hagy

Appeals court case number: '06-14531-D' 'USCA'

### Defendant (1)

**Jamie Edelkind**
*TERMINATED: 07/22/2004*



represented by **Jamie Edelkind**
31 Evans Road
Brookline, MA 02445
PRO SE

**Michael John Trost**
Law Office of Michael J. Trost
Suite 300
1800 Peachtree Street, NW
Atlanta, GA 30309
404-352-9300
Email: michaeljtrost@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Raymond Burton Lail**
Office of Raymond B. Lail
1800 Peachtree Street, N.W.
300 Peachtree Palisades West
Atlanta, GA 30309
404-352-3848
Email: raylail@mindspring.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Howard Sadow**
Law Office of Steven H. Sadow, P.C.
Suite 2502

260 Peachtree Street, N.W.
Atlanta, GA 30303
404-577-1400
Email: steve8300@mindspring.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pending Counts**

**Disposition**

18:1344(1) and (2) BANK FRAUD
(1)

CBOP 12 mos & 1 day; 5 years
SUPERVISED RELEASE, with
standard and special conditions of
supervision; $5,000 FINE; $221,000.00
RESTITUTION payable to Old
Republic Title Company to be paid in
full immediately; the Court
RECOMMENDS that if the defendant
is eligible, that the BOP consider the
defendant for participation in the
Community Confinement Center.
MODIFIED 8/2/04 per [56] order: The
Court RECOMMENDS that the
defendant be designated to the adjacent
camp at FMC Denvens, in Ayers,
Massachusets; IT IS FURTHER
ORDERED that the judgment remain
the same in every other aspect.

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**

**Disposition**

18:1344(1) and (2) BANK FRAUD
(2-14)

Dismissed Counts

18:513(a) UTTER FORGED AND
COUNTERFEIT SECURITY
(15-20)

Dismissed Counts

18:2314 TRANSPORTATION OF
STOLEN PROPERTY
(21-24)

Dismissed Counts

18:157(1) BANKRUPTCY FRAUD
(25)

Dismissed Counts

**Highest Offense Level (Terminated)**
Felony

**Complaints**

**Disposition**

None

---

**Plaintiff**
USA

represented by **Richard M. Langway**
Office of United States Attorney
Northern District of Georgia
75 Spring Street, S.W.
600 United States Courthouse
Atlanta, GA 30303
404-581-6000
Email: richard.langway@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2003 | 1 | INDICTMENT filed. Jamie Edelkind (1) count(s) 1-14, 15-20, 21-24, 25. (ddm) (Entered: 07/02/2003) |
| 06/24/2003 | 2 | Defendant Information Sheet for Jamie Edelkind. (ddm) (Entered: 07/02/2003) |
| 06/24/2003 | | Praecipe filed. Arrest warrant issued and delivered to USMS on 6/30/03 as to Jamie Edelkind. (ddm) (Entered: 07/02/2003) |
| 07/17/2003 | | (Court only) Move Jamie Edelkind to LC Location custody (kt) (Entered: 08/11/2003) |
| 07/29/2003 | 3 | ORDER by Mag Judge Janet F. King as to Jamie Edelkind, Appointing Public Defender Jimmy Hardy as Counsel IA-only. (cc) (kt) Modified on 08/05/2003 (Entered: 08/05/2003) |
| 07/29/2003 | 4 | Motion by USA as to Jamie Edelkind for detention . (kt) (Entered: 08/05/2003) |
| 07/29/2003 | 5 | Magistrate's Order of temporary commitment of Jamie Edelkind issued by Mag Judge Janet F. King . (kt) Modified on 08/05/2003 (Entered: 08/05/2003) |
| 07/29/2003 | 6 | Detention HEARING continued as to Jamie Edelkind before Mag Judge Janet F. King, hearing set for 1:30 on 7/30/03 (kt) Modified on 08/06/2003 (Entered: 08/05/2003) |
| 07/29/2003 | | INITIAL APPEARANCE HEARING held for Jamie Edelkind before Mag Judge Janet F. King . (kt) (Entered: 08/05/2003) |
| 07/29/2003 | | (Court only) as to Jamie Edelkind (1) terminated. (kt) (Entered: 08/20/2003) |
| 07/30/2003 | 7 | ORDER by Mag Judge Janet F. King as to Jamie Edelkind, extending time until 8/1/03 for dft to obtain counsel of his own choosing , if counsel has not been retained by the allotted time, dft shall appear before Mag King at the |

| | | |
|---|---|---|
| | | above date and time. The Clerk is DIRECTED to exclude pursuant to 18:3161 (h)(8)(A)(B)(iv) beginning 7/30/03 until counsel has appeared for dft or until further order of the Court. (cc USA, DFT & USPO) (kt) (Entered: 08/05/2003) |
| 07/30/2003 | 8 | ARRAIGNMENT HELD before Mag Judge Janet F. King. Case assigned to Judge Charles A. Pannell. Pretrial referral to Mag Judge C. C. Hagy as to Jamie Edelkind. PLEA OF NOT GUILTY. (kt) (Entered: 08/05/2003) |
| 07/30/2003 | 8 | Bond hearing for defendant Jamie Edelkind held before Mag Judge Janet F. King; surety bnd set at one million dollars w/special conditions. BOND NOT EXECUTED. (kt) (Entered: 08/05/2003) |
| 07/31/2003 | | LETTER REQUEST for leave of absence by atty Dick Langway for 8/11-15/03; 10/6-10/03 and 10/13-17/03. (yrm) (Entered: 07/31/2003) |
| 08/06/2003 | | Added attorney for defendant Jamie Edelkind : Michael John Trost. (cb) (Entered: 08/06/2003) |
| 08/06/2003 | 9 | Attorney appearance for defendant by Raymond Burton Lail. (kt) (Entered: 08/07/2003) |
| 08/06/2003 | 10 | Pretrial order setting pretrial conference for 8/19/03 at 11:30 by Mag Judge C. C. Hagy. (kt) (Entered: 08/07/2003) |
| 08/11/2003 | 11 | Arrest warrant as to defendant Jamie Edelkind returned executed on 7/17/03. (kt) (Entered: 08/11/2003) |
| 08/19/2003 | 12 | Pretrial Proceedings HEARING HELD as to Jamie Edelkind before Mag Judge C. C. Hagy, Rule 12(b)(4) requested/ provided, Rule 404(b) requested/ordered disclosed 10 days before trial, 21 days of outside GA; Expert witness requested/to be provided 45 days before trial; Govt Rule 16 requested; the parties shall have until 9/5/03 to file any additional motions , to exclude pursuant to 18:3161 (h)(8)(A) beginning 8/19/03 ending 9/5/03 (kt) (Entered: 08/20/2003) |
| 08/26/2003 | 13 | MOTION by Jamie Edelkind to amend conditions of bond (kt) (Entered: 08/28/2003) |
| 08/28/2003 | | (Court only) (kt) (Entered: 08/28/2003) |
| 09/03/2003 | 14 | Bond hearing for defendant Jamie Edelkind held before Mag Judge Janet F. King. The Court GRANTS dft's [13-1] motion to amend conditions of bond; corporate bond ONLY set at $200,000.00 w/special conditions; BOND NOT EXECUTED. Dft remains in CUSM. (kt) (Entered: 09/04/2003) |
| 09/03/2003 | | (Court only) GRANTING [13-1] motion to amend conditions of bond as to Jamie Edelkind (1) terminated. (kt) (Entered: 09/04/2003) |
| 09/05/2003 | 15 | MOTION by Jamie Edelkind to dismiss Counts 15 through 19 and 21 through 23 . (kt) Modified on 09/22/2003 (Entered: 09/08/2003) |
| 09/09/2003 | | LETTER REQUEST for leave of absence by atty Michael Trost for 10/31/03 thru 11/14/03 and 12/19-26/03. (yrm) (Entered: 09/09/2003) |
| | | |

| 09/18/2003 | 16 | Motion by USA as to Jamie Edelkind to stay proceedings pending appeal of release order . (to CAP) (kt) Modified on 09/22/2003 (Entered: 09/22/2003) |
| 09/18/2003 | 17 | Amended Govt MOTION as to Jamie Edelkind amending [16-1] motion to stay proceedings pending appeal of release order. (to CAP) (kt) Modified on 09/22/2003 (Entered: 09/22/2003) |
| 09/18/2003 | 18 | NOTICE OF APPEAL to District Court by USA of [14-1] bond hearing. (kt) (Entered: 09/22/2003) |
| 09/18/2003 | 21 | ORDER by Mag Judge Janet F. King as to Jamie Edelkind GRANTING [16-1] motion to stay proceedings pending appeal of release order and GRANTING [17-1] amended motion [16-1] motion to stay proceedings pending appeal of release order. (cc by Mag.) (kt) (Entered: 09/22/2003) |
| 09/19/2003 | 19 | Response by USA to [15-1] motion to dismiss Counts 15 through 19 and 21 through 23 by Jamie Edelkind. (kt) (Entered: 09/22/2003) |
| 09/19/2003 | 20 | Response by Jamie Edelkind to [16-1] motion to stay proceedings pending appeal of release order, [17-1] amended motion [16-1] motion to stay proceedings pending appeal of release order. (kt) (Entered: 09/22/2003) |
| 09/22/2003 |  | SUBMITTED to Judge Charles A. Pannell as to Jamie Edelkind on [18-1] Magistrate appeal and [15-1] motion to dismiss Counts 15 through 19 and 21 through 23. (kt) (Entered: 09/22/2003) |
| 09/23/2003 | 22 | Response (entitled motion) by defendant in opposition to [18-1] Magistrate appeal. (kt) (Entered: 09/25/2003) |
| 09/25/2003 | 23 | Notice by CRD as to Jamie Edelkind, hearing for review and appeal of release order at 2:00 on 10/6/03 (kt) (Entered: 09/26/2003) |
| 10/06/2003 | 25 | Motion HEARING held before Judge Charles A. Pannell as to Jamie Edelkind on [18-1] Magistrate appeal; dfts exhibits 1, 2, 3 referenced, Govt's exhibits 1-5, 5a, 5b, 6-8, 8a, 8b, 10-15, 17-23, 26, 27, 29-31 referenced. (kt) (Entered: 10/09/2003) |
| 10/06/2003 | 27 | Defendant's Exhibit list as to Jamie Edelkind. (Exhibits place in exhibit room) (kt) (Entered: 10/09/2003) |
| 10/06/2003 | 28 | Govt's Exhibit list as to Jamie Edelkind. (Exhibits placed in exhibit room) (kt) (Entered: 10/09/2003) |
| 10/07/2003 | 24 | Supplement by plaintiff to [18-1] Magistrate appeal. (kt) (Entered: 10/08/2003) |
| 10/09/2003 | 26 | ORDER by Judge Charles A. Pannell as to Jamie Edelkind re: [18-1] Magistrate appeal, for the foregoing reasons, the Court ADOPTS [21-1] order as the order of this court, the factual findings and legal conclusion of the magistrate judge and the conditions of the bond set forth in the modified release order are reasonable; accordingly the Court orders pretrial release of the dft. (cc) (kt) (Entered: 10/09/2003) |
| 10/09/2003 | 29 | REPORT AND RECOMMENDATION by Mag Judge C. C. Hagy as to Jamie Edelkind RECOMMEND DENYING [15-1] motion to dismiss |

| | | |
|---|---|---|
| | | Counts 15 through 19 and 21 through 23, with order for service ( Submission of RR due 10/26/03 ) (cc by Mag.) (kt) (Entered: 10/15/2003) |
| 10/09/2003 | 30 | ORDER DECLARING CASE READY FOR TRIAL by Mag Judge C. C. Hagy as to Jamie Edelkind. (kt) (Entered: 10/15/2003) |
| 10/15/2003 | | (Court only) Motion for detention as to Jamie Edelkind (1) terminated pursuant to [5-1] order of the Court. (kt) (Entered: 10/15/2003) |
| 10/15/2003 | | (Court only) (kt) (Entered: 10/15/2003) |
| 10/15/2003 | | Surety bond for Jamie Edelkind in the amount of 200,000.00 Surety: Elaine Clark 940 Nantasket Avenue, Hull, Massachusettes 02045; Free At Last, 7097 East Isle Way Court, Villa Rica, GA 30180. (kt) (Entered: 10/16/2003) |
| 10/16/2003 | | Steno notes of proceedings held as to Jamie Edelkind 10/6/03 before Judge Charles A. Pannell, by Court Reporter J. Frutchey. (kt) (Entered: 10/20/2003) |
| 10/27/2003 | | SUBMITTED to Judge Charles A. Pannell as to Jamie Edelkind on [29-1] report & recommendation, and [15-1] motion to dismiss Counts 15 through 19 and 21 through 23. (kt) (Entered: 10/27/2003) |
| 10/27/2003 | 31 | Notice by CRD as to Jamie Edelkind, jury trial set for 9:30 on 12/1/03 (kt) (Entered: 10/29/2003) |
| 10/29/2003 | 32 | ORDER by Judge Charles A. Pannell as to Jamie Edelkind ADOPTING [29-1] report & recommendation as the order of this court and DENYING [15-1] motion to dismiss Counts 15 through 19 and 21 through 23. (cc) (kt) (Entered: 10/31/2003) |
| 10/31/2003 | | (Court only) (kt) (Entered: 10/31/2003) |
| 11/25/2003 | 33 | MOTION by Jamie Edelkind for continuance of trial date until mid-January 2004 . (kt) (Entered: 12/01/2003) |
| 12/01/2003 | 34 | ORDER by Judge Charles A. Pannell as to Jamie Edelkind GRANTING [33-1] motion for continuance of trial date until mid-January 2004, jury trial set for 9:30 on 1/9/04 , to exclude pursuant to 18:3161 (h)(8) beginning 12/1/03 and ending 1/9/04 (cc) (kt) (Entered: 12/02/2003) |
| 01/06/2004 | 35 | MOTION by Jamie Edelkind for continuance of trial with Government's consent. (to CAP) (kt) (Entered: 01/06/2004) |
| 01/07/2004 | 36 | ORDER by Judge Charles A. Pannell as to Jamie Edelkind GRANTING [35-1] motion for continuance of trial, jury trial set for 9:30 on 2/17/04 for Jamie Edelkind , to exclude pursuant to 18:3161 (h)(8) beginning 1/9/04 and ending 2/17/04 . (cc) (kt) (Entered: 01/09/2004) |
| 01/07/2004 | 36 | Trial calendar re-set for 9:30 on 2/17/04 for Jamie Edelkind ( Contained in [36-1] order.) (kt) (Entered: 01/09/2004) |
| 02/03/2004 | | LETTER REQUEST for leave of absence by atty Michael Trost for 5/20/04 thru 6/4/04. (yrm) (Entered: 02/03/2004) |
| | | |

| 02/12/2004 | 37 | ORDER by Judge Charles A. Pannell as to Jamie Edelkind, continuing trial date until 3/22/04 , to exclude pursuant to 18:3161 (h)(8) beginning 2/17/04 and ending 3/22/04 . (cc) (kt) (Entered: 02/12/2004) |
| 02/12/2004 | 37 | Trial calendar re-set for 9:30 3/22/04 for Jamie Edelkind. (See [37-1] order.) (kt) (Entered: 02/12/2004) |
| 03/15/2004 | 38 | Joint MOTION for continuance of trial date until or after 4/26/04 (to CAP) (kt) Modified on 03/18/2004 (Entered: 03/17/2004) |
| 03/17/2004 | 39 | ORDER by Judge Charles A. Pannell as to Jamie Edelkind GRANTING [38-1] joint motion for continuance of trial date until or after 4/26/04, continuing 4/26/04 at 9:30 , to exclude pursuant to 18:3161 (h)(8) beginning 3/19/04 and ending 4/26/04 (cc) (kt) (Entered: 03/19/2004) |
| 03/17/2004 | | Trial date re-set for 9:30 4/26/04 for Jamie Edelkind (yrm) (Entered: 03/26/2004) |
| 04/15/2004 | 40 | Attorney appearance for Jamie Edelkind by Steven Howard Sadow. (kt) (Entered: 04/20/2004) |
| 04/15/2004 | 41 | MOTION by Jamie Edelkind for continuance of trial date until June 2004 , (to CAP) (kt) (Entered: 04/20/2004) |
| 04/16/2004 | 42 | MOTION by Jamie Edelkind to withdraw by Michael John Trost as attorney for Jamie Edelkind . (kt) (Entered: 04/20/2004) |
| 04/19/2004 | 43 | ORDER by Judge Charles A. Pannell as to Jamie Edelkind GRANTING [41-1] motion for continuance of trial date until 5/24/2004 at 9:30 a.m. to exclude pursuant to 18:3161 (h)(8)(B)(iv) beginning 4/20/04 and ending 5/24/04 (cc) (kt) (Entered: 04/20/2004) |
| 04/22/2004 | 44 | ORDER by Judge Charles A. Pannell as to Jamie Edelkind GRANTING [42-1] motion to withdraw by Michael John Trost as attorney for Jamie Edelkind. (cc) (kt) (Entered: 04/23/2004) |
| 04/28/2004 | 45 | Notice by CRD as to Jamie Edelkind, arraignment for a plea hearing at 4:00 on 5/6/04 for Jamie Edelkind (cc by CRD) (kt) (Entered: 04/29/2004) |
| 04/29/2004 | 46 | PETITION by USA as to Jamie Edelkind and ORDER by Mag Judge Janet F. King to show cause why Bond should not be revoked (kt) (Entered: 05/04/2004) |
| 05/06/2004 | 47 | ARRAIGNMENT on change of plea, held before Judge Charles A. Pannell as to Jamie Edelkind. PLEA OF GUILTY by Jamie Edelkind (1) count(s) 1. All remaining counts will be dismissed at sentencing with leave of the Court; Plea agreement between defendant and government. Sentence set 10:00 on 7/8/04 (kt) (Entered: 05/10/2004) |
| 05/07/2004 | | Steno notes of proceedings held as to Jamie Edelkind on 5/6/04 before Judge Charles A. Pannell, by Court Reporter Martha J. Frutchey. (kt) (Entered: 05/10/2004) |
| 05/13/2004 | 48 | TRANSCRIPT of Guilty Plea filed as to Jamie Edelkind RE: for dates of 5/6/04 Court Reporter: Martha J. Frutchey. (kt) (Entered: 05/14/2004) |

| | | |
|---|---|---|
| 05/18/2004 | 49 | Bond hearing for defendant Jamie Edelkind held before Mag Judge Janet F. King; Court finds that dft has not violated terms of bond; Defendant remains on bond, with exh and witlst. (All exhibits returned to dft's counsel.) (kt) Modified on 05/26/2004 (Entered: 05/19/2004) |
| 05/18/2004 | 50 | Arrest warrant as to defendant Jamie Edelkind returned executed on 5/18/04. (kt) (Entered: 05/27/2004) |
| 06/01/2004 | 51 | TRANSCRIPT filed as to Bond Hearing for Jamie Edelkind RE: for dates of 5/18/04 Court Reporter: Andy Ashley. (kt) (Entered: 06/03/2004) |
| 07/06/2004 | 52 | Notice of sentence set for 4:00 on 7/21/04 for Jamie Edelkind in courtroom 2307, U.S. Courthouse. (cc: by courtroom deputy clerk) (kt) (Entered: 07/07/2004) |
| 07/21/2004 | ● 53 | Minute Entry for proceedings held before Judge Charles A. Pannell :Sentencing for Jamie Edelkind (1), Count(s) 1, CBOP 12 mos & 1 day; 5 years SUPERVISED RELEASE; $5,000.00 FINE; $221,000.00 RESTITUTION payable to Old Republic Title Company; the Court RECOMMENDS, if defendant is eligible, that the BOP consider the defendant for participation in the community Confinement Center; Defendant allowed Voluntary Surrender not before September 14, 2004. (Court Reporter Martha J. Frutchey)(kt) (Entered: 07/28/2004) |
| 07/21/2004 | ● 54 | GOVERNMENT MOTION TO DISMISS COUNTS AND ORDER GRANTING SAME as to Jamie Edelkind (1 Count(s) 15-20, 2-14, 21-24, 25, Dismissed. Signed by Judge Charles A. Pannell on 7/21/04. (kt) (Entered: 07/28/2004) |
| 07/22/2004 | ● 55 | JUDGMENT AND COMMITMENT as to Jamie Edelkind (1), Count(s) 1, CBOP 12 mos & 1 day; 5 years SUPERVISED RELEASE, with standard and special conditions of supervision; $5,000 FINE; $221,000.00 RESTITUTION payable to Old Republic Title Company to be paid in full immediately; the Court RECOMMENDS that if the defendant is eligible, that the BOP consider the defendant for participation in the Community Confinement Center.; Count(s) 15-20, 2-14, 21-24, 25, Dismissed Counts Signed by Judge Charles A. Pannell on 7/22/04. (kt) (Entered: 07/28/2004) |
| 07/28/2004 | ● | Steno Notes of proceedings held on 7/21/04 as to Jamie Edelkind before Judge Charles A. Pannell, by Martha J. Frutchey (kt) (Entered: 07/30/2004) |
| 08/03/2004 | ● 56 | Order as to Jamie Edelkind (1), The Court RECOMMENDS that the defendant be designated to the adjacent camp at FMC Denvens, in Ayers, Massachusets; IT IS FURTHER ORDERED that the judgment remain the same in every other aspect, Signed by Judge Charles A. Pannell on 8/2/04. (cc: USA, USM, USPO, DFT, CNSL.) (kt) (Entered: 08/04/2004) |
| 08/06/2004 | ● 57 | IT IS ORDERED AND ADJUDGED that 55 Judgment and Commitment rendered on 7/21/04, be AMENDED and MODIFIED as follows: The Court RECOMMENDS that the defendant be designated to the adjacent camp at FMC Denvens, in Ayers, Massachusetts, IT IS FURTHER ORDERED that 55 Judgment and Commitment remain the same in every other aspect, as to Jamie Edelkind. Signed by Judge Charles A. Pannell on 8/6/04. (cc: USA, |

| | | |
|---|---|---|
| | | USM, USPO, Dft, Cnsl)(kt) (Entered: 08/09/2004) |
| 09/03/2004 | 58 | NOTICE OF FILING Notice Regarding Passport, as to Jamie Edelkind, defendant surrendered his passport on 9/1/04. (kt) (Entered: 09/09/2004) |
| 09/03/2004 | 59 | NOTICE OF VOLUNTARY SURRENDER, from USM to defendant Jamie Edelkind, report date 10/6/04 to FMC Devens-Camp, Ayer, Massachusetts, re: 55 Judgment and Commitment. Reg No. 11855-035. (kt) (Entered: 09/09/2004) |
| 09/29/2004 | 60 | MOTION for Extension of Time to Report until 11/8/04, re: 59 Notice, by Jamie Edelkind. (to CAP) (kt) (Entered: 09/29/2004) |
| 10/05/2004 | 61 | RESPONSE in Opposition to 60 MOTION for Extension of Time re: 59 Notice (Other), as to Jamie Edelkind filed by USA. (kt) (Entered: 10/07/2004) |
| 10/05/2004 | 62 | ORDER denying 60 Motion to Extend reporting date as to Jamie Edelkind (1). Defendent is to report to FMC Devens in Ayers, Massachusetts by noon on 10/6/04. Signed by Judge Charles A. Pannell on 10/5/04. c:served by paper on USM,USPO,USPS. (bh) (Entered: 10/07/2004) |
| 06/20/2005 | 63 | COMBINED Pro Se MOTION to Withdraw and Vacate Plea of Guilty, MOTION to Vacate Sentence and Judgment under 28 U.S.C. 2255, (Civil Action 1:05-cv-1676-CAP), and to Dismiss Indictment by Jamie Edelkind. (Attachments: # 1 Notice to counsel of 2255 motion)(als) (Entered: 06/24/2005) |
| 06/24/2005 | | (Court only) ***Set/Clear Flags as to Jamie Edelkind (als) (Entered: 06/24/2005) |
| 06/28/2005 | | Submission of 63 MOTION to Dismiss Indictment MOTION to Vacate, set aside or correct sentence under 28 U.S.C. 2255 ( Civil Action 1:05-cv-1676-CAP) MOTION to Vacate, set aside or correct sentence under 28 U.S.C. 2255 ( Civil Action 1:05-cv-1676-CAP) MOTION to Withdraw Plea of Guilty MOTION to Withdraw Plea of Guilty as to Jamie Edelkind, Jamie Edelkind, submitted to District Judge Charles A. Pannell. (als) (Entered: 06/28/2005) |
| 07/05/2005 | 65 | Mail Returned as Undeliverable. Copy of plaintiff's motion sent to Jamie Edelkind re 63 MOTION to Dismiss Indictment MOTION to Vacate, set aside or correct sentence under 28 U.S.C. 2255 ( Civil Action 1:05-cv-1676-CAP) (als) (Entered: 07/11/2005) |
| 07/06/2005 | 64 | ORDER directing Respondent TO SHOW CAUSE within 30 days of receipt of this order why motion to vacate should not be granted; in connection therewith,Respondent shall transmit to this court such pleadings, transcripts and decisions as are available and required to determine the issues raised. Show Cause Response due by 8/8/2005. Signed by Judge Charles A. Pannell on 7/6/05. (Copy of order and motion served on the Respondent and US Atty) (als) (Entered: 07/08/2005) |
| 07/06/2005 | | (Court only) ***Submission to Judge Terminated as to Jamie Edelkind, Jamie Edelkind (als) (Entered: 07/08/2005) |

| | | |
|---|---|---|
| 07/26/2005 | ●67 | Mail Returned as Undeliverable. Mail sent to Jamie Edelkind re 64 Order to Show Cause, (als) (Entered: 08/03/2005) |
| 08/01/2005 | ●66 | MOTION for Extension of Time time to respond to defendant's motion for an order to withdraw and vacate guilty plea, vacate sentence, and dismiss indictment re: 63 MOTION to Dismiss Indictment MOTION to Vacate, set aside or correct sentence under 28 U.S.C. 2255 ( Civil Action 1:05-cv-1676-CAP) MOTION to Vacate, set aside or correct sentence under 28 U.S.C. 2255 ( Civil Action 1:05-cv-1676-CAP) MOTION to Withdraw Plea of Guilty MOTION to Withdraw Plea of Guilty by USA as to Jamie Edelkind, Jamie Edelkind. (Langway, Richard) (Entered: 08/01/2005) |
| 08/08/2005 | ●68 | ORDER as to Jamie Edelkind (1)granting 66 Motion for Extension of Time to Respond to Defendant's 63 Motion for Order to Withdraw Guilty Plea. Government shall have through 9/6/05 to respond. Signed by Judge Charles A. Pannell on 8/8/05. (jdb) (Entered: 08/09/2005) |
| 08/19/2005 | ●69 | RESPONSE by USA as to Jamie Edelkind, Jamie Edelkind re: 63 MOTION to Dismiss Indictment MOTION to Vacate, set aside or correct sentence under 28 U.S.C. 2255 ( Civil Action 1:05-cv-1676-CAP) MOTION to Vacate, set aside or correct sentence under 28 U.S.C. 2255 ( Civil Action 1:05-cv-1676-CAP) MOTION to Withdraw Plea of Guilty MOTION to Withdraw Plea of Guilty (Attachments: # 1 Exhibit A)(Langway, Richard) (Entered: 08/19/2005) |
| 08/23/2005 | ●70 | TRANSCRIPT of Sentencing Hearing Proceedings as to Jamie Edelkind, held on 7/21/05 before Judge Charles A. Pannell, Jr., Court Reporter: Martha J. Frutchey. (cdg) (Entered: 08/24/2005) |
| 09/02/2005 | ●71 | REPLY TO 69 RESPONSE to Motion as to Jamie Edelkind, Jamie Edelkind re: 63 MOTION to Dismiss Indictment MOTION to Vacate, set aside or correct sentence under 28 U.S.C. 2255 ( Civil Action 1:05-cv-1676-CAP) MOTION to Vacate, set aside or correct sentence under 28 U.S.C. 2255 ( Civil Action 1:05-cv-1676-CAP) MOTION to Withdraw Plea of Guilty MOTION to Withdraw Plea of Guilty. (dcs) (Entered: 09/08/2005) |
| 09/29/2005 | ● | Submission of 63 MOTION to Dismiss Indictment, MOTION to Vacate, set aside or correct sentence under 28 U.S.C. 2255 ( Civil Action 1:05-cv-1676-CAP) MOTION to Withdraw Plea of Guilty as to Jamie Edelkind; submitted to District Judge Charles A. Pannell. (dcs) (Entered: 09/29/2005) |
| 04/18/2006 | ●72 | ORDER Denying 63 Motion to Dismiss Indictment; Denying 63 Motion to Vacate, Set Aside or Correct Sentence pursuant to USC 28:2255; and Denying 63 Motion to Withdraw Plea of Guilty as to Jamie Edelkind (1). Signed by Judge Charles A. Pannell on 4/18/06. (epm) (Entered: 04/19/2006) |
| 04/26/2006 | ●73 | The Motion to Vacate Sentence -2255- as to Jamie Edelkind having been Denied judgment is entered against Movant in favor of respondent. (yrm) (Entered: 04/26/2006) |
| 04/26/2006 | | (Court only) ***Set/Clear Flags as to Jamie Edelkind (yrm) (Entered: 04/26/2006) |

| 08/18/2006 | ● 74 | NOTICE OF APPEAL as to Jamie Edelkind re 72 Order on Motion to Dismiss Indictment, Order on Motion to Vacate, Set Aside or Correct Sentence, Order on Motion to Withdraw Plea of Guilty, Transcript Order Form due on 9/1/2006, IFP forms and appeal fee letter mailed. (fem) Modified on 8/22/2006 to correct docket text.(fem). (Entered: 08/22/2006) |
| --- | --- | --- |
| 08/18/2006 | ● 76 | MOTION to Appoint Counsel filed by Jamie Edelkind. (epm) (Entered: 08/22/2006) |
| 08/18/2006 | ● 77 | NOTICE of Change of Defendant Address for Jamie Edelkind. (epm) (Entered: 08/22/2006) |
| 08/22/2006 | ● 75 | Transmission of Certified Copy of Notice of Appeal, J&C and Docket Sheet as to Jamie Edelkind to US Court of Appeals re 74 Notice of Appeal (fem) (Entered: 08/22/2006) |
| 08/25/2006 | ● 78 | USCA Acknowledgment of Receipt of Notice of Appeal as to Jamie Edelkind for 74 Notice of Appeal, filed by Jamie Edelkind,. Case Appealed to USCA Case Number 06-14531-D (fem) (Entered: 08/28/2006) |
| 08/28/2006 | ● 79 | MOTION for Leave to Appeal In Forma Pauperis by Jamie Edelkind. (fem) (Entered: 08/31/2006) |
| 08/28/2006 | ● | Submission of 79 MOTION for Leave to Appeal In Forma Pauperis as to Jamie Edelkind, submitted to District Judge Charles A. Pannell. (fem) (Entered: 08/31/2006) |
| 09/01/2006 | ● | Request For Presentence Investigation Report as to Jamie Edelkind re: 74 Notice of Appeal, filed on 8/18/06. (fem) (Entered: 09/01/2006) |
| 09/06/2006 | ● | Submission of 76 MOTION to Appoint Counsel as to Jamie Edelkind, to District Judge Charles A. Pannell. (FILE IN CHAMBERS) (kt) (Entered: 09/06/2006) |
| 09/07/2006 | ● | Received PRESENTENCE INVESTIGATION REPORT (Sealed) as to Jamie Edelkind. (se) (Entered: 09/07/2006) |
| 09/12/2006 | ● 80 | ORDER denying as moot 76 Motion to Appoint Counsel as to Jamie Edelkind (1); denying 79 Motion for Leave to Appeal In Forma Pauperis as to Jamie Edelkind denying Notice of Appeal 74 , construed as a motion for Certificate of Appealability (1). Signed by Judge Charles A. Pannell Jr. on September 11, 2006. cc: usca, movant (fem) (Entered: 09/12/2006) |
| 09/12/2006 | ● 81 | Document No. 80 forwarded to USCA as to Jamie Edelkind re 74 Notice of Appeal, filed by Jamie Edelkind,. USCA Case Number 06-14531-D (fem) (Entered: 09/12/2006) |
| 09/18/2006 | ● 82 | ORDER of USCA (certified copy) DISMISSING appeal for lack of jurisdiction as to Jamie Edelkind dismissing re 74 Notice of Appeal, USCA Appeal Number 06-14531-D. (fem) (Entered: 09/19/2006) |
| 09/20/2006 | ● 83 | USCA Acknowledgment of receipt of order denying IFP, COA, Apt. of counsel as to Jamie Edelkind re 74 Notice of Appeal, filed by Jamie Edelkind,. Case Appealed to USCA Case Number 06-14531-D (fem) |

| | | |
|---|---|---|
| | | (Entered: 09/22/2006) |
| 09/25/2006 | ● 84 | MOTION to Appoint Counsel filed by Jamie Edelkind. (epm) (Entered: 09/28/2006) |
| 10/31/2006 | ● | Submission of 84 MOTION to Appoint Counsel as to Jamie Edelkind, Submitted to District Judge Charles A. Pannell. (epm) (Entered: 10/31/2006) |
| 11/03/2006 | ● 85 | ORDER DENYING 84 Motion to Appoint Counsel as to Jamie Edelkind (1).Signed by Judge Charles A. Pannell Jr. on 11/3/06. (epm) (Entered: 11/03/2006) |
| 11/06/2006 | | (Court only) ***Set/Clear Flags as to Jamie Edelkind (epm) (Entered: 11/06/2006) |
| 11/07/2006 | ● 86 | ORDER of USCA (certified copy) DENYING appellant's motion for reconsideration of the Court's Sepbember 15, 2006 order dismissing appeal for lack of jurisdiction as to Jamie Edelkind re 74 Notice of Appeal, USCA Appeal Number 06-14531-D. (fem) (Entered: 11/08/2006) |
| 12/21/2011 | ● 87 | Supervised Release Jurisdiction Transferred to USDC of MA (Boston) as to Jamie Edelkind to 11cr10399. (Attachments: # 1 Probation Memo)(tcc) (Entered: 12/21/2011) |
| 12/21/2011 | ● 88 | Transmitted Transfer of Jurisdiction form as to Jamie Edelkind, with certified copies of indictment, judgment and docket sheet. (tcc) (Entered: 12/21/2011) |