**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al    **Case/AP Number** 16-01120 **-FJB**
**Chapter**

Trial Day 7
#1 Complaint by Lyman-Cutler, LLC against Vadim Kagan, Tatiana Kagan, Kagan Development KDC, Corp., ProExcavation Corp.(Tamposi, Peter)

**COURT ACTION:**

_____Hearing held

_____Granted   _____Approved   _____Moot

_____Denied   _____Denied without prejudice   _____Withdrawn in open court

_____Overruled  _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order   _____Released  _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Day 7 of Trial held.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____Dated: 05/14/2019
Frank J. Bailey
United States Bankruptcy Judge