UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al  **Case/AP Number** 16-01120 **-FJB**
**Chapter**

#326 Motion to Redact Exhibits 4 and 5 [Re:[318] Opposition]

**COURT ACTION:**

_____Hearing held
_____Granted          _____Approved          _____Moot
_____Denied           _____Denied without prejudice     _____Withdrawn in open court
_____Overruled _____Sustained
_____Continued to_____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order    _____Released  _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted.

IT IS SO ORDERED:

*Frank J Bailey* (signature)

_____Dated: 05/15/2019
Frank J. Bailey
United States Bankruptcy Judge