United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
    Plaintiff
                                                                              Adv. Proc. No. 16-01120-fjb

Kagan,
    Defendant

# CERTIFICATE OF NOTICE

```
District/off: 0101-1           User: jpessimat              Page 1 of 2                  Date Rcvd: May 13, 2019
                               Form ID: pdf012              Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
tr           +David Madoff,   Madoff & Khoury LLP,   124 Washington Street,   Foxboro, MA 02035-1368
ip           +Alex Filippov,   130 Trapelo Road,   Belmont, Ma 02478-1873
dft          +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
pla          +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
ip           +Nickolay Lipetsker,   52 Stony Brae Road,   Newton, MA 02461-1727
dft          +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
dft          +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
dft          +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov May 14 2019 00:22:18     John Fitzgerald,
               Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*          +Alex Filippov,   130 Trapelo Road,   Belmont, Ma 02478-1873
cc*          +Kagan Development KDC, Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
cd*          +Lyman-Cutler, LLC,   Lyman-Cutler, LLC,   130 Trapelo Rd.,   Belmont, MA 02478-1873
cd*          +Nickolay Lipetsker,   52 Stony Brae Road,   Newton, MA 02461-1727
cc*          +ProExcavation Corp.,   239 Nahanton St.,   Newton, MA 02459-2909
cc*          +Tatiana Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
cc*          +Vadim Kagan,   239 Nahanton St.,   Newton, MA 02459-2909
                                                                                   TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:
              Christopher M. Candon    on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant   ProExcavation Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant   Kagan Development KDC, Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon    on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              David B. Madoff    on behalf of Trustee David  Madoff madoff@mandkllp.com,  alston@mandkllp.com
              James  Harris    on behalf of Counter-Claimant   Kagan Development KDC, Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James  Harris    on behalf of Counter-Claimant Tatiana  Kagan jharris@sheehan.com,
               dhemeon@sheehan.com
              James  Harris    on behalf of Counter-Claimant Vadim  Kagan jharris@sheehan.com,
               dhemeon@sheehan.com
              James  Harris    on behalf of Counter-Claimant   ProExcavation Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James  Harris    on behalf of Defendant   Kagan Development KDC, Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James  Harris    on behalf of Defendant Tatiana  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
              James  Harris    on behalf of Defendant Vadim  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
              James  Harris    on behalf of Defendant   ProExcavation Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
```

```
District/off: 0101-1           User: jpessimat              Page 2 of 2                   Date Rcvd: May 13, 2019
                               Form ID: pdf012              Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      John  Perten    on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com
      John  Perten    on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com
      John  Perten    on behalf of Defendant Vadim  Kagan jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com
      John  Perten    on behalf of Defendant    Kagan Development KDC, Corp. jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com
      John  Perten    on behalf of Counter-Claimant    ProExcavation Corp. jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com
      John  Perten    on behalf of Defendant Tatiana  Kagan jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com
      John  Perten    on behalf of Counter-Claimant Vadim  Kagan jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com
      John  Perten    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com
      Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
      Joseph P. Calandrelli    on behalf of Plaintiff    Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
      Joseph P. Calandrelli    on behalf of Counter-Defendant Alex  Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
      Joseph P. Calandrelli    on behalf of Counter-Defendant Nickolay  Lipetsker jcalandrelli@ocmlaw.net,  hwolti@ocmlaw.net
      Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker jcalandrelli@ocmlaw.net,  hwolti@ocmlaw.net
      Peter N. Tamposi    on behalf of Plaintiff    Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com
      Peter N. Tamposi    on behalf of Counter-Defendant    Lyman-Cutler, LLC peter@thetamposilawgroup.com,  Judy@tlgnh.com
      Sean T. Carnathan    on behalf of Counter-Defendant    Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net
      Sean T. Carnathan    on behalf of Plaintiff    Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net
      Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net
      Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net
      Valentin D. Gurvits    on behalf of Miscellaneous Participant (MP Case Only) Boris  Maiden vgurvits@bostonlawgroup.com

                                                                                                                                                                                                                                                                       TOTAL: 33

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al         **Case/AP Number** 16-01120 **-FJB**
                                                   **Chapter**

    #314 Motion to Strike (Re: [313] Certification of William Hartzell) filed in Open Court by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., and ProExcavation Corp.

**COURT ACTION:**

_____Hearing held

_____Granted      _____Approved      _____Moot

_____Denied       _____Denied without prejudice      _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ORDER: For reasons stated on the record at trial, the Motion to Strike Certification of William Hartzell is denied.

IT IS SO ORDERED:

*Frank J. Bailey* (signature)

_____ Dated: 05/13/2019
Frank J. Bailey
United States Bankruptcy Judge