United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
    Plaintiff

Adv. Proc. No. 16-01120-fjb

Kagan,
    Defendant

## CERTIFICATE OF NOTICE

```
District/off: 0101-1           User: bhendry                Page 1 of 2                  Date Rcvd: May 15, 2019
                               Form ID: pdf012              Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2019.
```
tr           +David Madoff,    Madoff & Khoury LLP,    124 Washington Street,    Foxboro, MA 02035-1368
ip           +Alex Filippov,    130 Trapelo Road,    Belmont, Ma 02478-1873
dft          +Kagan Development KDC, Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
pla          +Lyman-Cutler, LLC,    Lyman-Cutler, LLC,    130 Trapelo Rd.,    Belmont, MA 02478-1873
ip           +Nickolay Lipetsker,    52 Stony Brae Road,    Newton, MA 02461-1727
dft          +ProExcavation Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
dft          +Tatiana Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
dft          +Vadim Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust          +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov May 15 2019 08:14:16     John Fitzgerald,
               Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
                                                                                             TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*          +Alex Filippov,    130 Trapelo Road,    Belmont, Ma 02478-1873
cc*          +Kagan Development KDC, Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
cd*          +Lyman-Cutler, LLC,    Lyman-Cutler, LLC,    130 Trapelo Rd.,    Belmont, MA 02478-1873
cd*          +Nickolay Lipetsker,    52 Stony Brae Road,    Newton, MA 02461-1727
cc*          +ProExcavation Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
cc*          +Tatiana Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
cc*          +Vadim Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
                                                                                   TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2019 at the address(es) listed below:
```
          Christopher M. Candon    on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon    on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon    on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
           ntoli@sheehan.com
          Christopher M. Candon    on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
           ntoli@sheehan.com
          David B. Madoff    on behalf of Trustee David  Madoff madoff@mandkllp.com,   alston@mandkllp.com
          James   Harris    on behalf of Counter-Claimant   Kagan Development KDC, Corp. jharris@sheehan.com,
           dhemeon@sheehan.com
          James   Harris    on behalf of Counter-Claimant Tatiana  Kagan jharris@sheehan.com,
           dhemeon@sheehan.com
          James   Harris    on behalf of Counter-Claimant Vadim  Kagan jharris@sheehan.com,
           dhemeon@sheehan.com
          James   Harris    on behalf of Counter-Claimant    ProExcavation Corp. jharris@sheehan.com,
           dhemeon@sheehan.com
          James   Harris    on behalf of Defendant    Kagan Development KDC, Corp. jharris@sheehan.com,
           dhemeon@sheehan.com
          James   Harris    on behalf of Defendant Tatiana  Kagan jharris@sheehan.com,   dhemeon@sheehan.com
          James   Harris    on behalf of Defendant Vadim  Kagan jharris@sheehan.com,   dhemeon@sheehan.com
          James   Harris    on behalf of Defendant    ProExcavation Corp. jharris@sheehan.com,
           dhemeon@sheehan.com
```

```
District/off: 0101-1            User: bhendry              Page 2 of 2                   Date Rcvd: May 15, 2019
                                Form ID: pdf012            Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          John  Perten    on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com
          John  Perten    on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com
          John  Perten    on behalf of Defendant Vadim  Kagan jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com
          John  Perten    on behalf of Defendant    Kagan Development KDC, Corp. jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com
          John  Perten    on behalf of Counter-Claimant    ProExcavation Corp. jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com
          John  Perten    on behalf of Defendant Tatiana  Kagan jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com
          John  Perten    on behalf of Counter-Claimant Vadim  Kagan jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com
          John  Perten    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com
          Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
          Joseph P. Calandrelli    on behalf of Plaintiff    Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
          Joseph P. Calandrelli    on behalf of Counter-Defendant Alex  Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net
          Joseph P. Calandrelli    on behalf of Counter-Defendant Nickolay  Lipetsker jcalandrelli@ocmlaw.net,  hwolti@ocmlaw.net
          Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker jcalandrelli@ocmlaw.net,  hwolti@ocmlaw.net
          Peter N. Tamposi    on behalf of Plaintiff    Lyman-Cutler, LLC peter@thetamposilawgroup.com, Judy@tlgnh.com
          Peter N. Tamposi    on behalf of Counter-Defendant    Lyman-Cutler, LLC peter@thetamposilawgroup.com,  Judy@tlgnh.com
          Sean T. Carnathan    on behalf of Counter-Defendant    Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net
          Sean T. Carnathan    on behalf of Plaintiff    Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net
          Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net
          Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net
          Valentin D. Gurvits    on behalf of Miscellaneous Participant (MP Case Only) Boris  Maiden vgurvits@bostonlawgroup.com

                                                                                                      TOTAL: 33

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

In Re: Lyman-Cutler, LLC v. Kagan et al          Case/AP Number 16-01120 -FJB
                                                 Chapter

Trial Day 6
#1 Complaint by Lyman-Cutler, LLC against Vadim Kagan, Tatiana Kagan, Kagan Development KDC, Corp., ProExcavation Corp.(Tamposi, Peter)

**COURT ACTION:**

_____Hearing held
_____Granted        _____Approved        _____Moot
_____Denied         _____Denied without prejudice    _____Withdrawn in open court
_____Overruled      _____Sustained
_____Continued to _____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Day 6 of trial held.

                                     IT IS SO ORDERED:

                                     /s/ Frank J. Bailey
                                     _____ Dated: 05/13/2019
                                     Frank J. Bailey
                                     United States Bankruptcy Judge