UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al  **Case/AP Number** 16-01120 **-FJB**
**Chapter**

Trial Day 11
#1 Complaint by Lyman-Cutler, LLC against Vadim Kagan, Tatiana Kagan, Kagan Development KDC, Corp., ProExcavation Corp.(Tamposi, Peter)

**COURT ACTION:**

_____Hearing held
_____Granted     _____Approved     _____Moot
_____Denied     _____Denied without prejudice     _____Withdrawn in open court
_____Overruled _____Sustained
_____Continued to_____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order     _____Released _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Day 11 of trial held.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

Dated: 06/24/2019

Frank J. Bailey
United States Bankruptcy Judge