UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al                **Case/AP Number** 16-01120 **-FJB**
                                                           **Chapter**

Trial Day 12
#1 Complaint by Lyman-Cutler, LLC against Vadim Kagan, Tatiana Kagan, Kagan Development KDC, Corp., ProExcavation Corp.(Tamposi, Peter)

**COURT ACTION:**

_____Hearing held

_____Granted         _____Approved         _____Moot

_____Denied          _____Denied without prejudice      _____Withdrawn in open court

_____Overruled       _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order        _____Released      _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Day 12 of trial held. Day 13 of trial shall commence at 9:00 A.M. on July 29, 2019.

The Defendant filed a Motion for Judgment on Partial Findings as to Counts IV, V, VI, VII, VIII, IX and X of Plaintiff's Affirmative Claims and Plaintiff's Proofs of Claim in open court. Any and all objections shall be filed by 4:30 P.M. on July 17, 2019 and any consolidated reply shall be filed by 4:30 P.M. on July 24, 2019.

IT IS SO ORDERED:

*Frank J. Bailey* (signature)

Dated: 06/25/2019

Frank J. Bailey
United States Bankruptcy Judge