**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Lyman–Cutler, LLC v. Kagan et al<br>               Debtor, | Chapter: 0<br>Case No: 16–01120<br>Judge Frank J. Bailey |

**NOTICE OF FILING OF TRANSCRIPT**
**AND OF DEADLINES RELATED TO RESTRICTION, REDACTION AND RELEASE**

**Notice is hereby given** that an official transcript has been filed in the above referenced case. The following deadlines for restriction, redaction and release of the transcript apply:

1. The parties have twenty–one (21) calendar days from the date of filing of the transcript to file a *Request for Redaction* with the court and a Certificate of Service stating that the request was served on the other parties to the case and on the transcriber. **Please contact the court's Electronic Court Recorder Operator for the name and address of the transcriber**.

   The attorney or pro se party filing a *Request for Redaction* must attach a list of information to be redacted with the request. The information should be identified by type of identifier (e.g., minor's name, birth date, etc) with page and line number where the information appears in the transcript. Redaction requires that only the last four(4) digits of an individual's social security number or the last four(4) digits of a financial account number be shown; only a minor's initials, not his/her name, should be shown; and for birth dates only the year of birth should be shown. Specificity will reduce errors. **Please note: The Request for Redaction is a public document – do not include the actual identifiers in the Request or the attached list.**

2. If a *Request for Redaction* is filed, the redacted transcript is due 31 calendar days from the date of filing of the transcript.

3. If no *Request for Redaction* is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 90 calendar days from the date of filing of the transcript unless extended by court order.

   To review the transcript for redaction purposes, you may view the transcript at no cost from any public terminal in the Clerk's office. The document may not be printed from these terminals until the 90 day restriction period has elapsed. You may also purchase a copy of the transcript from the transcriber at the rate established by the Judicial Conference.

   ECF Users who purchase the transcript may also be given remote access to the transcript through the Court's ECF system. Subsequent to the purchase, the transcriber will contact the Court so that the ECF Users' access may be activated. **Please note: Remote access is not the same as purchasing the transcript. Remote access is not free; PACER charges will apply. The 30 page cap does NOT apply to transcripts. The full per page price will be charged to the ECF Users' PACER statement.**

| | |
|---|---|
| Date:7/8/19 | By the Court, |
| | Mary P. Sharon<br>Clerk, U.S. Bankruptcy Court |