UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Lyman-Cutler, LLC v. Kagan et al

**Case/AP Number** 16-01120 **-FJB**
**Chapter**

#361 Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. for Judgment on Partial Findings as to Counts IV, V, VI, VII, VIII, IX and X of Plaintiffs' Affirmative Claims and Plaintiff's Proofs of Claim

**COURT ACTION:**

_____Hearing held

_____Granted _____Approved _____Moot

_____Denied _____Denied without prejudice _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order _____Released _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ORDER: Pursuant to Fed. R. Civ. P. 52(c), made applicable by Fed. R. Bankr. P. 7052, the Court declines to render any judgment until the close of the evidence, and for that reason the motion for judgment on partial findings is hereby denied.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____Dated: 07/25/2019
Frank J. Bailey
United States Bankruptcy Judge