UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Lyman-Cutler, LLC v. Kagan et al     **Case/AP Number** 16-01120 **-FJB**
**Chapter**

Trial Day 13
#1 Complaint by Lyman-Cutler, LLC against Vadim Kagan, Tatiana Kagan, Kagan Development KDC, Corp., ProExcavation Corp.(Tamposi, Peter)

**COURT ACTION:**

_____Hearing held

_____Granted     _____Approved     _____Moot

_____Denied     _____Denied without prejudice     _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released     _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Day 13 of Trial held and Concluded. The parties shall file Proposed Findings of Fact and Rulings of Law by 4:30 P.M. on September 16, 2019. Closing Arguments shall be held on October 4, 2019 at 9:30 A.M. Further, on or before September 16, 2019 by 4:30 P.M., the parties may file post-trial briefs.

IT IS SO ORDERED:

*Frank J Bailey*
_____Dated: 07/29/2019
Frank J. Bailey
United States Bankruptcy Judge