UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>    LYMAN-CUTLER, LLC<br>        Debtor | Chapter 7<br>Case No. 15-13881 FJB |
| LYMAN-CUTLER, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>VADIM KAGAN, TATIANA KAGAN,<br>KAGAN DEVELOPMENT KDC, CORP. and<br>PROEXCAVATION CORP.<br><br>        Defendants. | Adv. Case No. 1:16-ap-01120 |

**EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE
POST-TRIAL BRIEFS AND PROPOSED FINDINGS AND CONCLUSIONS**

Plaintiffs Lyman-Cutler, LLC, Alex Filippov and Nickolay Lipetsker respectfully request a short extension of time of four days until and including Friday, September 20, 2019 at 4:30 p.m. by which to file their Proposed Findings of Fact and Conclusions of Law and Post-Trial Brief.  Plaintiffs bring this motion on an emergency basis because the deadline is currently set for Monday, September 16, 2019 at 4:30 p.m.

This case was tried between May 6, 2019 and July 29, 2019 over 13 days of testimony, the transcripts of which total some 2,201 pages.  The parties offered over 344 exhibits into evidence, some of which were not admitted, and by Plaintiffs' count there are 281 exhibits actually in evidence.

1

In order to properly marshal and present this extensive evidence to the Court properly, the Plaintiffs respectfully request that the deadline for post-trial submissions be extended until and including Friday, September 20, 2019 at 4:30 p.m.

Plaintiffs sought the Defendants' assent to the granting of this motion but the Defendants' counsel could not reach his client and was unable to take a position.

| LYMAN-CUTLER, LLC, | ALEX FILIPPOV and |
|---|---|
| By its attorney, | NICKOLAY LIPETSKER, |
|  | By their attorneys, |

*/s/ Peter Tamposi*  
Peter N. Tamposi, BBO No. 639497  
The Tamposi Law Group, P.C.  
159 Main Street  
Nashua, NH 03060  
T: (603) 204-5513  

*/s/ Sean T. Carnathan*  
Sean T. Carnathan, BBO No. 636889  
scarnathan@ocmlaw.net  
Joseph P. Calandrelli, BBO No. 666128  
jcalandrelli@ocmlaw.net  
O'Connor, Carnathan and Mack, LLC  
1 Van de Graaff Dr. Suite 104  
Burlington, MA 01803  
T: 781-359-9000  

Dated: September 13, 2019

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 13, 2019.

*/s/ Sean T. Carnathan*