

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* | |
| LYMAN-CUTLER, LLC,<br>Debtor | Ch. 7<br>15-13881-FJB |
| LYMAN-CUTLER, LLC,<br>Plaintiff,<br>*v.*<br>VADIM KAGAN, TATIANA KAGAN, KAGAN DEVELOPMENT KDC, CORP. and PROEXCAVATION CORP.,<br>Defendants | Adversary Proceeding<br>16-01120-FJB |

**Order**

**MATTER:**
[#390] Emergency Motion filed by Plaintiff Lyman-Cutler, LLC to Extend Time to File Documents [Re: 379 Order]

ORDER: Granted as follows: the time to file proposed findings and conclusions and post-trial briefs is hereby extended for all parties to Friday, September 20, 2019 at 4:30 p.m.

By the Court,

Frank J. Bailey
United States Bankruptcy Judge

Dated: 9/13/2019