

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> **LYMAN-CUTLER, LLC,** <br>     Debtor | Ch. 7 <br> 15-13881-FJB |
| **LYMAN-CUTLER, LLC,** <br>     Plaintiff, <br><br> *v.* <br><br> **VADIM KAGAN, TATIANA KAGAN, KAGAN DEVELOPMENT KDC, CORP. and PROEXCAVATION CORP.,** <br>     Defendants | Adversary Proceeding <br> 16-01120-FJB |

**Proceeding Memorandum**

**MATTER:**
Closing Argument:
#1 Complaint by Lyman-Cutler, LLC against Vadim Kagan, Tatiana Kagan, Kagan Development KDC, Corp., ProExcavation Corp.
Sean Carnathan
John Perten

Proposed Finding and Rulings of Law Due 9/20/2019 by 4:30 P.M.

**Decision set forth more fully as follows:**
Closing arguments held. The matter is taken under advisement.

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 10/4/2019