United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
    Plaintiff

Kagan,
    Defendant

Adv. Proc. No. 16-01120-fjb

# CERTIFICATE OF NOTICE

District/off: 0101-1     User: jpessimat     Page 1 of 2     Date Rcvd: Oct 08, 2019
               Form ID: pdf012     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2019.

```
tr         +David Madoff,    Madoff & Khoury LLP,    124 Washington Street,    Foxboro, MA 02035-1368
ip         +Alex Filippov,    130 Trapelo Road,    Belmont, Ma 02478-1873
dft        +Kagan Development KDC, Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
pla        +Lyman-Cutler, LLC,    Lyman-Cutler, LLC,    130 Trapelo Rd.,    Belmont, MA 02478-1873
ip         +Nickolay Lipetsker,    52 Stony Brae Road,    Newton, MA 02461-1727
dft        +ProExcavation Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
dft        +Tatiana Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
dft        +Vadim Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust        +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Oct 09 2019 00:44:11     John Fitzgerald,
             Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
             5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
                                                                                              TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*        +Alex Filippov,    130 Trapelo Road,    Belmont, Ma 02478-1873
cc*        +Kagan Development KDC, Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
cd*        +Lyman-Cutler, LLC,    Lyman-Cutler, LLC,    130 Trapelo Rd.,    Belmont, MA 02478-1873
cd*        +Nickolay Lipetsker,    52 Stony Brae Road,    Newton, MA 02461-1727
cc*        +ProExcavation Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
cc*        +Tatiana Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
cc*        +Vadim Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
                                                                                   TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2019 at the address(es) listed below:

         Christopher M. Candon   on behalf of Defendant Vadim  Kagan ccandon@sheehan.com, ntoli@sheehan.com
         Christopher M. Candon   on behalf of Defendant   ProExcavation Corp. ccandon@sheehan.com, ntoli@sheehan.com
         Christopher M. Candon   on behalf of Defendant   Kagan Development KDC, Corp. ccandon@sheehan.com, ntoli@sheehan.com
         Christopher M. Candon   on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com, ntoli@sheehan.com
         David B. Madoff   on behalf of Trustee David  Madoff madoff@mandkllp.com, alston@mandkllp.com
         James   Harris   on behalf of Counter-Claimant   Kagan Development KDC, Corp. jharris@sheehan.com, dhemeon@sheehan.com
         James   Harris   on behalf of Counter-Claimant Tatiana  Kagan jharris@sheehan.com, dhemeon@sheehan.com
         James   Harris   on behalf of Counter-Claimant Vadim  Kagan jharris@sheehan.com, dhemeon@sheehan.com
         James   Harris   on behalf of Counter-Claimant   ProExcavation Corp. jharris@sheehan.com, dhemeon@sheehan.com
         James   Harris   on behalf of Defendant   Kagan Development KDC, Corp. jharris@sheehan.com, dhemeon@sheehan.com
         James   Harris   on behalf of Defendant Tatiana  Kagan jharris@sheehan.com, dhemeon@sheehan.com
         James   Harris   on behalf of Defendant Vadim  Kagan jharris@sheehan.com, dhemeon@sheehan.com
         James   Harris   on behalf of Defendant   ProExcavation Corp. jharris@sheehan.com, dhemeon@sheehan.com

```
District/off: 0101-1          User: jpessimat            Page 2 of 2             Date Rcvd: Oct 08, 2019
                              Form ID: pdf012            Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

       John  Perten    on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com
       John  Perten    on behalf of Counter-Claimant Tatiana  Kagan jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com
       John  Perten    on behalf of Defendant Vadim  Kagan jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com
       John  Perten    on behalf of Defendant    Kagan Development KDC, Corp. jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com
       John  Perten    on behalf of Counter-Claimant    ProExcavation Corp. jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com
       John  Perten    on behalf of Defendant Tatiana  Kagan jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com
       John  Perten    on behalf of Counter-Claimant Vadim  Kagan jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com
       John  Perten    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com
       Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex  Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net
       Joseph P. Calandrelli    on behalf of Plaintiff    Lyman-Cutler, LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net
       Joseph P. Calandrelli    on behalf of Counter-Defendant Alex  Filippov jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net
       Joseph P. Calandrelli    on behalf of Counter-Defendant Nickolay  Lipetsker jcalandrelli@ocmlaw.net,  hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net
       Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker jcalandrelli@ocmlaw.net,  hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net
       Peter N. Tamposi    on behalf of Plaintiff    Lyman-Cutler, LLC peter@thetamposilawgroup.com
       Peter N. Tamposi    on behalf of Counter-Defendant    Lyman-Cutler, LLC peter@thetamposilawgroup.com
       Sean T. Carnathan    on behalf of Counter-Defendant    Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net
       Sean T. Carnathan    on behalf of Plaintiff    Lyman-Cutler, LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net
       Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex  Filippov scarnathan@ocmlaw.net, hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net
       Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay  Lipetsker scarnathan@ocmlaw.net, hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net
       Valentin D. Gurvits    on behalf of Interested Party Boris  Maiden vgurvits@bostonlawgroup.com

                                                                                                                                                       TOTAL: 33



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>**LYMAN-CUTLER, LLC,**<br>    Debtor | Ch. 7<br>15-13881-FJB |
| **LYMAN-CUTLER, LLC,**<br>    Plaintiff,<br><br>*v.*<br><br>**VADIM KAGAN, TATIANA KAGAN, KAGAN DEVELOPMENT KDC, CORP. and PROEXCAVATION CORP.,**<br>    Defendants | Adversary Proceeding<br>16-01120-FJB |

**Proceeding Memorandum**

**MATTER:**
Closing Argument:
#1 Complaint by Lyman-Cutler, LLC against Vadim Kagan, Tatiana Kagan, Kagan Development KDC, Corp., ProExcavation Corp.
Sean Carnathan
John Perten

Proposed Finding and Rulings of Law Due 9/20/2019 by 4:30 P.M.

**Decision set forth more fully as follows:**
Closing arguments held. The matter is taken under advisement.

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 10/4/2019