United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
         Plaintiff                                                           Adv. Proc. No. 16-01120-fjb

Kagan,
         Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-1          User: admin              Page 1 of 2          Date Rcvd: Oct 14, 2019
                              Form ID: transcrp        Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2019.
```
tr           +David Madoff,    Madoff & Khoury LLP,    124 Washington Street,    Foxboro, MA 02035-1368
ip           +Alex Filippov,    130 Trapelo Road,    Belmont, Ma 02478-1873
dft          +Kagan Development KDC, Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
pla          +Lyman-Cutler, LLC,    Lyman-Cutler, LLC,    130 Trapelo Rd.,    Belmont, MA 02478-1873
ip           +Nickolay Lipetsker,    52 Stony Brae Road,    Newton, MA 02461-1727
dft          +ProExcavation Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
dft          +Tatiana Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
dft          +Vadim Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust          +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Oct 14 2019 21:27:18     John Fitzgerald,
               Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
                                                                                             TOTAL: 1
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cd*          +Alex Filippov,    130 Trapelo Road,    Belmont, Ma 02478-1873
cc*          +Kagan Development KDC, Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
cd*          +Lyman-Cutler, LLC,    Lyman-Cutler, LLC,    130 Trapelo Rd.,    Belmont, MA 02478-1873
cd*          +Nickolay Lipetsker,    52 Stony Brae Road,    Newton, MA 02461-1727
cc*          +ProExcavation Corp.,    239 Nahanton St.,    Newton, MA 02459-2909
cc*          +Tatiana Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
cc*          +Vadim Kagan,    239 Nahanton St.,    Newton, MA 02459-2909
                                                                                   TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2019 at the address(es) listed below:
```
              Christopher M. Candon     on behalf of Defendant Vadim  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon     on behalf of Defendant    ProExcavation Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon     on behalf of Defendant    Kagan Development KDC, Corp. ccandon@sheehan.com,
               ntoli@sheehan.com
              Christopher M. Candon     on behalf of Defendant Tatiana  Kagan ccandon@sheehan.com,
               ntoli@sheehan.com
              David B. Madoff     on behalf of Trustee David  Madoff madoff@mandkllp.com,  alston@mandkllp.com
              James   Harris     on behalf of Counter-Claimant    Kagan Development KDC, Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris     on behalf of Counter-Claimant Tatiana  Kagan jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris     on behalf of Counter-Claimant Vadim  Kagan jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris     on behalf of Counter-Claimant    ProExcavation Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris     on behalf of Defendant    Kagan Development KDC, Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
              James   Harris     on behalf of Defendant Tatiana  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
              James   Harris     on behalf of Defendant Vadim  Kagan jharris@sheehan.com,  dhemeon@sheehan.com
              James   Harris     on behalf of Defendant    ProExcavation Corp. jharris@sheehan.com,
               dhemeon@sheehan.com
```

```
District/off: 0101-1            User: admin               Page 2 of 2                  Date Rcvd: Oct 14, 2019
                                Form ID: transcrp         Total Noticed: 9


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John  Perten    on behalf of Defendant    ProExcavation Corp. jperten@sheehan.com,
               lcatinella@sheehan.com;akelleher@sheehan.com
              John  Perten    on behalf of Counter-Claimant Tatiana   Kagan jperten@sheehan.com,
               lcatinella@sheehan.com;akelleher@sheehan.com
              John  Perten    on behalf of Defendant Vadim  Kagan jperten@sheehan.com,
               lcatinella@sheehan.com;akelleher@sheehan.com
              John  Perten    on behalf of Defendant    Kagan Development KDC, Corp. jperten@sheehan.com,
               lcatinella@sheehan.com;akelleher@sheehan.com
              John  Perten    on behalf of Counter-Claimant    ProExcavation Corp. jperten@sheehan.com,
               lcatinella@sheehan.com;akelleher@sheehan.com
              John  Perten    on behalf of Defendant Tatiana   Kagan jperten@sheehan.com,
               lcatinella@sheehan.com;akelleher@sheehan.com
              John  Perten    on behalf of Counter-Claimant Vadim  Kagan jperten@sheehan.com,
               lcatinella@sheehan.com;akelleher@sheehan.com
              John  Perten    on behalf of Counter-Claimant    Kagan Development KDC, Corp. jperten@sheehan.com,
               lcatinella@sheehan.com;akelleher@sheehan.com
              Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Alex   Filippov jcalandrelli@ocmlaw.net,
               hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net
              Joseph P. Calandrelli    on behalf of Plaintiff    Lyman-Cutler, LLC jcalandrelli@ocmlaw.net,
               hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net
              Joseph P. Calandrelli    on behalf of Counter-Defendant Alex   Filippov jcalandrelli@ocmlaw.net,
               hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net
              Joseph P. Calandrelli    on behalf of Counter-Defendant Nickolay   Lipetsker
               jcalandrelli@ocmlaw.net,  hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net
              Joseph P. Calandrelli    on behalf of Intervenor-Plaintiff Nickolay   Lipetsker
               jcalandrelli@ocmlaw.net,  hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net
              Peter N. Tamposi    on behalf of Plaintiff    Lyman-Cutler, LLC peter@thetamposilawgroup.com
              Peter N. Tamposi    on behalf of Counter-Defendant    Lyman-Cutler, LLC peter@thetamposilawgroup.com
              Sean T. Carnathan    on behalf of Counter-Defendant    Lyman-Cutler, LLC scarnathan@ocmlaw.net,
               hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net
              Sean T. Carnathan    on behalf of Plaintiff    Lyman-Cutler, LLC scarnathan@ocmlaw.net,
               hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net
              Sean T. Carnathan    on behalf of Intervenor-Plaintiff Alex   Filippov scarnathan@ocmlaw.net,
               hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net
              Sean T. Carnathan    on behalf of Intervenor-Plaintiff Nickolay   Lipetsker scarnathan@ocmlaw.net,
               hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net
              Valentin D. Gurvits    on behalf of Interested Party Boris   Maiden vgurvits@bostonlawgroup.com
                                                                                             TOTAL: 33
```

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Lyman−Cutler, LLC v. Kagan et al<br>        Debtor, | Chapter: 0<br>Case No: 16−01120<br>Judge Frank J. Bailey |

**NOTICE OF FILING OF TRANSCRIPT**
**AND OF DEADLINES RELATED TO RESTRICTION, REDACTION AND RELEASE**

**Notice is hereby given** that an official transcript has been filed in the above referenced case. The following deadlines for restriction, redaction and release of the transcript apply:

1. The parties have twenty−one (21) calendar days from the date of filing of the transcript to file a *Request for Redaction* with the court and a Certificate of Service stating that the request was served on the other parties to the case and on the transcriber. **Please contact the court's Electronic Court Recorder Operator for the name and address of the transcriber**.

   The attorney or pro se party filing a *Request for Redaction* must attach a list of information to be redacted with the request. The information should be identified by type of identifier (e.g., minor's name, birth date, etc) with page and line number where the information appears in the transcript. Redaction requires that only the last four(4) digits of an individual's social security number or the last four(4) digits of a financial account number be shown; only a minor's initials, not his/her name, should be shown; and for birth dates only the year of birth should be shown. Specificity will reduce errors. **Please note: The Request for Redaction is a public document – do not include the actual identifiers in the Request or the attached list.**

2. If a *Request for Redaction* is filed, the redacted transcript is due 31 calendar days from the date of filing of the transcript.

3. If no *Request for Redaction* is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 90 calendar days from the date of filing of the transcript unless extended by court order.

To review the transcript for redaction purposes, you may view the transcript at no cost from any public terminal in the Clerk's office. The document may not be printed from these terminals until the 90 day restriction period has elapsed. You may also purchase a copy of the transcript from the transcriber at the rate established by the Judicial Conference.

ECF Users who purchase the transcript may also be given remote access to the transcript through the Court's ECF system. Subsequent to the purchase, the transcriber will contact the Court so that the ECF Users' access may be activated. **Please note: Remote access is not the same as purchasing the transcript. Remote access is not free; PACER charges will apply. The 30 page cap does NOT apply to transcripts. The full per page price will be charged to the ECF Users' PACER statement.**

Date:10/14/19                                                         By the Court,


                                                                      Mary P. Sharon
                                                                      Clerk, U.S. Bankruptcy Court