UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| *In re:* ) | |
| ) | |
|     LYMAN-CUTLER, LLC ) | Chapter 7 |
|         Debtor ) | Case No. 15-13881 FJB |
| ) | |
| ) | |
| LYMAN-CUTLER, LLC, ) | |
| ) | |
|         Plaintiff, ) | |
| ) | |
|   v. ) | Adv. Case No. 1:16-ap-01120 |
| ) | |
| VADIM KAGAN, TATIANA KAGAN, ) | |
| KAGAN DEVELOPMENT KDC, CORP. and ) | |
| PROEXCAVATION CORP. ) | |
| ) | |
|         Defendants. ) | |

## REQUEST FOR STATUS CONFERENCE

Plaintiffs Lyman-Cutler, LLC, Alex Filippov and Nickolay Lipetsker respectfully request a status conference.

| | |
|---|---|
| LYMAN-CUTLER, LLC, <br> By its attorney, | ALEX FILIPPOV and <br> NICKOLAY LIPETSKER, <br> By their attorneys, |
| */s/ Peter Tamposi* <br> Peter N. Tamposi, BBO No. 639497 <br> The Tamposi Law Group, P.C. <br> 159 Main Street <br> Nashua, NH 03060 <br> T: (603) 204-5513 | */s/ Sean T. Carnathan* <br> Sean T. Carnathan, BBO No. 636889 <br> *scarnathan@ocmlaw.net* <br> Joseph P. Calandrelli, BBO No. 666128 <br> *jcalandrelli@ocmlaw.net* <br> O'Connor, Carnathan and Mack, LLC <br> 1 Van de Graaff Dr. Suite 104 <br> Burlington, MA 01803 <br> T:  781-359-9000 |

Dated:  January 22, 2021

<u>Certificate of Service</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 22, 2021.

                                                                      */s/ Sean T. Carnathan*