*Dated: 1/25/2021* — /s/ Frank J. Bailey

*On or before Wednesday, January 27, 2021, the movants shall file, as a supplement to this request, a proposed agenda for the requested status conference.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* )<br>)<br>LYMAN-CUTLER, LLC )<br>Debtor )<br>) | Chapter 7<br>Case No. 15-13881 FJB |
| )<br>LYMAN-CUTLER, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VADIM KAGAN, TATIANA KAGAN, )<br>KAGAN DEVELOPMENT KDC, CORP. and )<br>PROEXCAVATION CORP. )<br>)<br>Defendants. )<br>) | Adv. Case No. 1:16-ap-01120 |

## REQUEST FOR STATUS CONFERENCE

Plaintiffs Lyman-Cutler, LLC, Alex Filippov and Nickolay Lipetsker respectfully request a status conference.

LYMAN-CUTLER, LLC,
By its attorney,

*/s/ Peter Tamposi*
Peter N. Tamposi, BBO No. 639497
The Tamposi Law Group, P.C.
159 Main Street
Nashua, NH 03060
T: (603) 204-5513

ALEX FILIPPOV and
NICKOLAY LIPETSKER,
By their attorneys,

*/s/ Sean T. Carnathan*
Sean T. Carnathan, BBO No. 636889
scarnathan@ocmlaw.net
Joseph P. Calandrelli, BBO No. 666128
jcalandrelli@ocmlaw.net
O'Connor, Carnathan and Mack, LLC
1 Van de Graaff Dr. Suite 104
Burlington, MA 01803
T: 781-359-9000

Dated: January 22, 2021