UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> LYMAN-CUTLER, LLC <br> Debtor | Chapter 7 <br> Case No. 15-13881 FJB |
| LYMAN-CUTLER, LLC, <br><br> Plaintiff, <br><br> v. <br><br> VADIM KAGAN, TATIANA KAGAN, KAGAN DEVELOPMENT KDC, CORP. and PROEXCAVATION CORP. <br><br> Defendants. | Adv. Case No. 1:16-ap-01120 |

## PROPOSED AGENDA FOR STATUS CONFERENCE

Pursuant to this Court's ordered dated January 22, 2021, Plaintiffs Lyman-Cutler, LLC, Alex Filippov and Nickolay Lipetsker respectfully propose the following agenda for the requested status conference.

1. How may the Parties assist the court in rendering a decision on the outstanding claims among the Parties?

| | |
|---|---|
| LYMAN-CUTLER, LLC,<br>By its attorney, | ALEX FILIPPOV and<br>NICKOLAY LIPETSKER,<br>By their attorneys, |
| */s/ Peter Tamposi*<br>Peter N. Tamposi, BBO No. 639497<br>The Tamposi Law Group, P.C.<br>159 Main Street<br>Nashua, NH 03060<br>T: (603) 204-5513 | */s/ Sean T. Carnathan*<br>Sean T. Carnathan, BBO No. 636889<br>*scarnathan@ocmlaw.net*<br>Joseph P. Calandrelli, BBO No. 666128<br>*jcalandrelli@ocmlaw.net*<br>O'Connor, Carnathan and Mack, LLC<br>1 Van de Graaff Dr. Suite 104<br>Burlington, MA 01803<br>T: 781-359-9000 |

Dated: January 26, 2021

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 26, 2021.

                                                                                  */s/ Sean T. Carnathan*