*Dated: 1/26/2021*

*Denied.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* ) <br> ) <br> LYMAN-CUTLER, LLC ) <br> Debtor ) <br> ) | Chapter 7 <br> Case No. 15-13881 FJB |
| ) <br> LYMAN-CUTLER, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VADIM KAGAN, TATIANA KAGAN, ) <br> KAGAN DEVELOPMENT KDC, CORP. and ) <br> PROEXCAVATION CORP. ) <br> ) <br> Defendants. ) | Adv. Case No. 1:16-ap-01120 |

## REQUEST FOR STATUS CONFERENCE

Plaintiffs Lyman-Cutler, LLC, Alex Filippov and Nickolay Lipetsker respectfully request a status conference.

| | |
|---|---|
| LYMAN-CUTLER, LLC, <br> By its attorney, | ALEX FILIPPOV and <br> NICKOLAY LIPETSKER, <br> By their attorneys, |
| */s/ Peter Tamposi* <br> Peter N. Tamposi, BBO No. 639497 <br> The Tamposi Law Group, P.C. <br> 159 Main Street <br> Nashua, NH 03060 <br> T: (603) 204-5513 | */s/ Sean T. Carnathan* <br> Sean T. Carnathan, BBO No. 636889 <br> scarnathan@ocmlaw.net <br> Joseph P. Calandrelli, BBO No. 666128 <br> jcalandrelli@ocmlaw.net <br> O'Connor, Carnathan and Mack, LLC <br> 1 Van de Graaff Dr. Suite 104 <br> Burlington, MA 01803 <br> T:  781-359-9000 |

Dated:  January 22, 2021