United States Bankruptcy Court

District of Massachusetts

Lyman-Cutler, LLC,

    Plaintiff

Kagan,

    Defendant

Adv. Proc. No. 16-01120-fjb

# CERTIFICATE OF NOTICE

| District/off: 0101-1 | User: ymw | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 25, 2021 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2021:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion01.bo.ecf@usdoj.gov | Jan 26 2021 01:17:00 | John Fitzgerald, Office of the US Trustee, J.W. McCormack Post Office & Courthouse, 5 Post Office Sq., 10th Fl, Suite 1000, Boston, MA 02109-3901 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2021                Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher M. Candon | on behalf of Defendant Kagan Development KDC Corp. ccandon@sheehan.com, ntoli@sheehan.com |
| Christopher M. Candon | on behalf of Defendant Tatiana Kagan ccandon@sheehan.com ntoli@sheehan.com |
| Christopher M. Candon | on behalf of Defendant Vadim Kagan ccandon@sheehan.com ntoli@sheehan.com |
| Christopher M. Candon | on behalf of Defendant ProExcavation Corp. ccandon@sheehan.com ntoli@sheehan.com |

District/off: 0101-1                                           User: ymw                                           Page 2 of 3
Date Rcvd: Jan 25, 2021                                    Form ID: pdf012                                    Total Noticed: 1

David B. Madoff
on behalf of Trustee David Madoff madoff@mandkllp.com  alston@mandkllp.com

James Harris
on behalf of Counter-Claimant Kagan Development KDC  Corp. jharris@sheehan.com, dhemeon@sheehan.com

James Harris
on behalf of Counter-Claimant Tatiana Kagan jharris@sheehan.com  dhemeon@sheehan.com

James Harris
on behalf of Counter-Claimant Vadim Kagan jharris@sheehan.com  dhemeon@sheehan.com

James Harris
on behalf of Counter-Claimant ProExcavation Corp. jharris@sheehan.com  dhemeon@sheehan.com

James Harris
on behalf of Defendant Kagan Development KDC  Corp. jharris@sheehan.com, dhemeon@sheehan.com

James Harris
on behalf of Defendant Tatiana Kagan jharris@sheehan.com  dhemeon@sheehan.com

James Harris
on behalf of Defendant Vadim Kagan jharris@sheehan.com  dhemeon@sheehan.com

James Harris
on behalf of Defendant ProExcavation Corp. jharris@sheehan.com  dhemeon@sheehan.com

John Perten
on behalf of Defendant Vadim Kagan jperten@sheehan.com  lcatinella@sheehan.com;akelleher@sheehan.com

John Perten
on behalf of Defendant Kagan Development KDC  Corp. jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com

John Perten
on behalf of Counter-Claimant ProExcavation Corp. jperten@sheehan.com  lcatinella@sheehan.com;akelleher@sheehan.com

John Perten
on behalf of Defendant Tatiana Kagan jperten@sheehan.com  lcatinella@sheehan.com;akelleher@sheehan.com

John Perten
on behalf of Counter-Claimant Vadim Kagan jperten@sheehan.com  lcatinella@sheehan.com;akelleher@sheehan.com

John Perten
on behalf of Counter-Claimant Kagan Development KDC  Corp. jperten@sheehan.com,
lcatinella@sheehan.com;akelleher@sheehan.com

John Perten
on behalf of Defendant ProExcavation Corp. jperten@sheehan.com  lcatinella@sheehan.com;akelleher@sheehan.com

John Perten
on behalf of Counter-Claimant Tatiana Kagan jperten@sheehan.com  lcatinella@sheehan.com;akelleher@sheehan.com

Joseph P. Calandrelli
on behalf of Counter-Defendant Alex Filippov jcalandrelli@ocmlaw.net
hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net

Joseph P. Calandrelli
on behalf of Counter-Defendant Nickolay Lipetsker jcalandrelli@ocmlaw.net
hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net

Joseph P. Calandrelli
on behalf of Intervenor-Plaintiff Nickolay Lipetsker jcalandrelli@ocmlaw.net
hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net

Joseph P. Calandrelli
on behalf of Intervenor-Plaintiff Alex Filippov jcalandrelli@ocmlaw.net
hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net

Joseph P. Calandrelli
on behalf of Plaintiff Lyman-Cutler  LLC jcalandrelli@ocmlaw.net,
hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net

Peter N. Tamposi
on behalf of Plaintiff Lyman-Cutler  LLC peter@thetamposilawgroup.com

Peter N. Tamposi
on behalf of Counter-Defendant Lyman-Cutler  LLC peter@thetamposilawgroup.com

Sean T. Carnathan
on behalf of Plaintiff Lyman-Cutler  LLC scarnathan@ocmlaw.net,
hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net

Sean T. Carnathan

on behalf of Intervenor-Plaintiff Alex Filippov scarnathan@ocmlaw.net
hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net

Sean T. Carnathan

on behalf of Intervenor-Plaintiff Nickolay Lipetsker scarnathan@ocmlaw.net
hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net

Sean T. Carnathan

on behalf of Counter-Defendant Lyman-Cutler  LLC scarnathan@ocmlaw.net,
hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net

Valentin D. Gurvits

on behalf of Interested Party Boris Maiden vgurvits@bostonlawgroup.com


TOTAL: 33



Dated: 1/25/2021

On or before Wednesday, January 27, 2021, the movants shall file, as a supplement to this request, a proposed agenda for the requested status conference.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| *In re:* | ) | |
| | ) | |
| LYMAN-CUTLER, LLC | ) | Chapter 7 |
| Debtor | ) | Case No. 15-13881 FJB |
| | ) | |

| | | |
|---|---|---|
| LYMAN-CUTLER, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Case No. 1:16-ap-01120 |
| | ) | |
| VADIM KAGAN, TATIANA KAGAN, | ) | |
| KAGAN DEVELOPMENT KDC, CORP. and | ) | |
| PROEXCAVATION CORP. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **REQUEST FOR STATUS CONFERENCE**

Plaintiffs Lyman-Cutler, LLC, Alex Filippov and Nickolay Lipetsker respectfully request

a status conference.

LYMAN-CUTLER, LLC,                                    ALEX FILIPPOV and
By its attorney,                                              NICKOLAY LIPETSKER,
                                                                   By their attorneys,


*/s/ Peter Tamposi*                                        */s/ Sean T. Carnathan*
Peter N. Tamposi, BBO No. 639497            Sean T. Carnathan, BBO No. 636889
The Tamposi Law Group, P.C.                   *scarnathan@ocmlaw.net*
159 Main Street                                         Joseph P. Calandrelli, BBO No. 666128
Nashua, NH 03060                                     *jcalandrelli@ocmlaw.net*
T: (603) 204-5513                                       O'Connor, Carnathan and Mack, LLC
                                                                  1 Van de Graaff Dr. Suite 104
                                                                  Burlington, MA 01803
                                                                  T:  781-359-9000


Dated:  January 22, 2021