United States Bankruptcy Court

District of Massachusetts

Lyman-Cutler, LLC,
    Plaintiff

Adv. Proc. No. 16-01120-fjb

Kagan,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0101-1 | User: telam | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2021 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion01.bo.ecf@usdoj.gov | Jan 26 2021 23:12:00 | John Fitzgerald, Office of the US Trustee, J.W. McCormack Post Office & Courthouse, 5 Post Office Sq., 10th Fl, Suite 1000, Boston, MA 02109-3901 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher M. Candon | on behalf of Defendant Kagan Development KDC Corp. ccandon@sheehan.com, ntoli@sheehan.com |
| Christopher M. Candon | on behalf of Defendant Tatiana Kagan ccandon@sheehan.com ntoli@sheehan.com |
| Christopher M. Candon | on behalf of Defendant Vadim Kagan ccandon@sheehan.com ntoli@sheehan.com |
| Christopher M. Candon | on behalf of Defendant ProExcavation Corp. ccandon@sheehan.com ntoli@sheehan.com |

Case 16-01120    Doc 407    Filed 01/28/21    Entered 01/29/21 00:39:45    Desc Imaged
Certificate of Notice    Page 2 of 4

| | | |
|---|---|---|
| District/off: 0101-1 | User: telam | Page 2 of 3 |
| Date Rcvd: Jan 26, 2021 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| David B. Madoff | on behalf of Trustee David Madoff madoff@mandkllp.com alston@mandkllp.com |
| James Harris | on behalf of Counter-Claimant Kagan Development KDC Corp. jharris@sheehan.com, dhemeon@sheehan.com |
| James Harris | on behalf of Counter-Claimant Tatiana Kagan jharris@sheehan.com dhemeon@sheehan.com |
| James Harris | on behalf of Counter-Claimant Vadim Kagan jharris@sheehan.com dhemeon@sheehan.com |
| James Harris | on behalf of Counter-Claimant ProExcavation Corp. jharris@sheehan.com dhemeon@sheehan.com |
| James Harris | on behalf of Defendant Kagan Development KDC Corp. jharris@sheehan.com, dhemeon@sheehan.com |
| James Harris | on behalf of Defendant Tatiana Kagan jharris@sheehan.com dhemeon@sheehan.com |
| James Harris | on behalf of Defendant Vadim Kagan jharris@sheehan.com dhemeon@sheehan.com |
| James Harris | on behalf of Defendant ProExcavation Corp. jharris@sheehan.com dhemeon@sheehan.com |
| John Perten | on behalf of Defendant Vadim Kagan jperten@sheehan.com lcatinella@sheehan.com;akelleher@sheehan.com |
| John Perten | on behalf of Defendant Kagan Development KDC Corp. jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com |
| John Perten | on behalf of Counter-Claimant ProExcavation Corp. jperten@sheehan.com lcatinella@sheehan.com;akelleher@sheehan.com |
| John Perten | on behalf of Defendant Tatiana Kagan jperten@sheehan.com lcatinella@sheehan.com;akelleher@sheehan.com |
| John Perten | on behalf of Counter-Claimant Vadim Kagan jperten@sheehan.com lcatinella@sheehan.com;akelleher@sheehan.com |
| John Perten | on behalf of Counter-Claimant Kagan Development KDC Corp. jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com |
| John Perten | on behalf of Defendant ProExcavation Corp. jperten@sheehan.com lcatinella@sheehan.com;akelleher@sheehan.com |
| John Perten | on behalf of Counter-Claimant Tatiana Kagan jperten@sheehan.com lcatinella@sheehan.com;akelleher@sheehan.com |
| Joseph P. Calandrelli | on behalf of Counter-Defendant Alex Filippov jcalandrelli@ocmlaw.net hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net |
| Joseph P. Calandrelli | on behalf of Counter-Defendant Nickolay Lipetsker jcalandrelli@ocmlaw.net hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net |
| Joseph P. Calandrelli | on behalf of Intervenor-Plaintiff Nickolay Lipetsker jcalandrelli@ocmlaw.net hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net |
| Joseph P. Calandrelli | on behalf of Intervenor-Plaintiff Alex Filippov jcalandrelli@ocmlaw.net hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net |
| Joseph P. Calandrelli | on behalf of Plaintiff Lyman-Cutler LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net |
| Peter N. Tamposi | on behalf of Plaintiff Lyman-Cutler LLC peter@thetamposilawgroup.com |
| Peter N. Tamposi | on behalf of Counter-Defendant Lyman-Cutler LLC peter@thetamposilawgroup.com |
| Sean T. Carnathan | on behalf of Plaintiff Lyman-Cutler LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net |
| Sean T. Carnathan | |

| District/off: 0101-1 | User: telam | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 26, 2021 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Intervenor-Plaintiff Alex Filippov scarnathan@ocmlaw.net hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net |
| Sean T. Carnathan | |
| | on behalf of Intervenor-Plaintiff Nickolay Lipetsker scarnathan@ocmlaw.net hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net |
| Sean T. Carnathan | |
| | on behalf of Counter-Defendant Lyman-Cutler  LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net |
| Valentin D. Gurvits | |
| | on behalf of Interested Party Boris Maiden vgurvits@bostonlawgroup.com |

TOTAL: 33

*Fred/Bailey* Dated: 1/26/2021

Denied.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* )<br>)<br>LYMAN-CUTLER, LLC )<br>Debtor )<br>) | Chapter 7<br>Case No. 15-13881 FJB |
| )<br>LYMAN-CUTLER, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VADIM KAGAN, TATIANA KAGAN, )<br>KAGAN DEVELOPMENT KDC, CORP. and )<br>PROEXCAVATION CORP. )<br>)<br>Defendants. )<br>) | Adv. Case No. 1:16-ap-01120 |

## REQUEST FOR STATUS CONFERENCE

Plaintiffs Lyman-Cutler, LLC, Alex Filippov and Nickolay Lipetsker respectfully request a status conference.

| | |
|---|---|
| LYMAN-CUTLER, LLC,<br>By its attorney, | ALEX FILIPPOV and<br>NICKOLAY LIPETSKER,<br>By their attorneys, |
| */s/ Peter Tamposi*<br>Peter N. Tamposi, BBO No. 639497<br>The Tamposi Law Group, P.C.<br>159 Main Street<br>Nashua, NH 03060<br>T: (603) 204-5513 | */s/ Sean T. Carnathan*<br>Sean T. Carnathan, BBO No. 636889<br>scarnathan@ocmlaw.net<br>Joseph P. Calandrelli, BBO No. 666128<br>jcalandrelli@ocmlaw.net<br>O'Connor, Carnathan and Mack, LLC<br>1 Van de Graaff Dr. Suite 104<br>Burlington, MA 01803<br>T:  781-359-9000 |

Dated:  January 22, 2021