

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br> **LYMAN-CUTLER, LLC,** <br>   Debtor | Ch. 7 <br> **15-13881-FJB** |
| **LYMAN-CUTLER, LLC,** <br>   Plaintiff, <br> *v.* <br> **VADIM KAGAN, TATIANA KAGAN, KAGAN DEVELOPMENT KDC, CORP. and PROEXCAVATION CORP.,** <br>   Defendants | Adversary Proceeding <br> **16-01120-FJB** |

### JUDGMENT

For the reasons set forth in the separate memorandum of decision issued today, the counts asserted in the Amended Complaint and the counterclaims are hereby dismissed for lack of subject matter jurisdiction, except that Count VIII of the Amended Complaint, for equitable subordination of the claims of the Kagan Parties to the claims of Filippov and Lipetsker, is hereby dismissed as moot.

Dated: 8/3/2021

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge