United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
    Plaintiff

Kagan,
    Defendant

Adv. Proc. No. 16-01120-fjb

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0101-1 | User: ncalvo | Page 1 of 3 |
| Date Rcvd: Aug 03, 2021 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Lyman-Cutler, LLC, Lyman-Cutler, LLC, 130 Trapelo Rd., Belmont, MA 02478-1873 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion01.bo.ecf@usdoj.gov | Aug 03 2021 21:49:00 | John Fitzgerald, Office of the US Trustee, J.W. McCormack Post Office & Courthouse, 5 Post Office Sq., 10th Fl, Suite 1000, Boston, MA 02109-3901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cd | *+ | Lyman-Cutler, LLC, Lyman-Cutler, LLC, 130 Trapelo Rd., Belmont, MA 02478-1873 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 05, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher M. Candon | on behalf of Defendant Kagan Development KDC Corp. ccandon@sheehan.com, ntoli@sheehan.com |

| | | |
|---|---|---|
| District/off: 0101-1 | User: ncalvo | Page 2 of 3 |
| Date Rcvd: Aug 03, 2021 | Form ID: pdf012 | Total Noticed: 2 |

Christopher M. Candon
    on behalf of Defendant Tatiana Kagan ccandon@sheehan.com ntoli@sheehan.com

Christopher M. Candon
    on behalf of Defendant Vadim Kagan ccandon@sheehan.com ntoli@sheehan.com

Christopher M. Candon
    on behalf of Defendant ProExcavation Corp. ccandon@sheehan.com ntoli@sheehan.com

David B. Madoff
    on behalf of Trustee David Madoff madoff@mandkllp.com alston@mandkllp.com

James Harris
    on behalf of Counter-Claimant Kagan Development KDC Corp. jharris@sheehan.com, dhemeon@sheehan.com

James Harris
    on behalf of Counter-Claimant Tatiana Kagan jharris@sheehan.com dhemeon@sheehan.com

James Harris
    on behalf of Counter-Claimant Vadim Kagan jharris@sheehan.com dhemeon@sheehan.com

James Harris
    on behalf of Counter-Claimant ProExcavation Corp. jharris@sheehan.com dhemeon@sheehan.com

James Harris
    on behalf of Defendant Kagan Development KDC Corp. jharris@sheehan.com, dhemeon@sheehan.com

James Harris
    on behalf of Defendant Tatiana Kagan jharris@sheehan.com dhemeon@sheehan.com

James Harris
    on behalf of Defendant Vadim Kagan jharris@sheehan.com dhemeon@sheehan.com

James Harris
    on behalf of Defendant ProExcavation Corp. jharris@sheehan.com dhemeon@sheehan.com

John Perten
    on behalf of Defendant Vadim Kagan jperten@sheehan.com lcatinella@sheehan.com;akelleher@sheehan.com

John Perten
    on behalf of Defendant Kagan Development KDC Corp. jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com

John Perten
    on behalf of Counter-Claimant ProExcavation Corp. jperten@sheehan.com lcatinella@sheehan.com;akelleher@sheehan.com

John Perten
    on behalf of Defendant Tatiana Kagan jperten@sheehan.com lcatinella@sheehan.com;akelleher@sheehan.com

John Perten
    on behalf of Counter-Claimant Vadim Kagan jperten@sheehan.com lcatinella@sheehan.com;akelleher@sheehan.com

John Perten
    on behalf of Counter-Claimant Kagan Development KDC Corp. jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com

John Perten
    on behalf of Defendant ProExcavation Corp. jperten@sheehan.com lcatinella@sheehan.com;akelleher@sheehan.com

John Perten
    on behalf of Counter-Claimant Tatiana Kagan jperten@sheehan.com lcatinella@sheehan.com;akelleher@sheehan.com

Joseph P. Calandrelli
    on behalf of Intervenor-Plaintiff Alex Filippov jcalandrelli@ocmlaw.net hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net

Joseph P. Calandrelli
    on behalf of Plaintiff Lyman-Cutler LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net

Joseph P. Calandrelli
    on behalf of Counter-Defendant Alex Filippov jcalandrelli@ocmlaw.net hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net

Joseph P. Calandrelli
    on behalf of Counter-Defendant Nickolay Lipetsker jcalandrelli@ocmlaw.net hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net

Joseph P. Calandrelli
    on behalf of Intervenor-Plaintiff Nickolay Lipetsker jcalandrelli@ocmlaw.net hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net

Peter N. Tamposi
    on behalf of Plaintiff Lyman-Cutler LLC peter@thetamposilawgroup.com

| | | |
|---|---|---|
| District/off: 0101-1 | User: ncalvo | Page 3 of 3 |
| Date Rcvd: Aug 03, 2021 | Form ID: pdf012 | Total Noticed: 2 |

Peter N. Tamposi
    on behalf of Counter-Defendant Lyman-Cutler LLC peter@thetamposilawgroup.com

Sean T. Carnathan
    on behalf of Plaintiff Lyman-Cutler LLC scarnathan@ocmlaw.net,
    hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net

Sean T. Carnathan
    on behalf of Intervenor-Plaintiff Alex Filippov scarnathan@ocmlaw.net
    hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net

Sean T. Carnathan
    on behalf of Intervenor-Plaintiff Nickolay Lipetsker scarnathan@ocmlaw.net
    hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net

Sean T. Carnathan
    on behalf of Counter-Defendant Lyman-Cutler LLC scarnathan@ocmlaw.net,
    hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net

Valentin D. Gurvits
    on behalf of Interested Party Boris Maiden vgurvits@bostonlawgroup.com

TOTAL: 33



## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> LYMAN-CUTLER, LLC, <br>    Debtor | Ch. 7 <br> 15-13881-FJB |
| LYMAN-CUTLER, LLC, <br>    Plaintiff, <br><br> *v.* <br><br> VADIM KAGAN, TATIANA KAGAN, <br> KAGAN DEVELOPMENT KDC, CORP. and <br> PROEXCAVATION CORP., <br>    Defendants | Adversary Proceeding <br> 16-01120-FJB |

**JUDGMENT**

For the reasons set forth in the separate memorandum of decision issued today, the counts asserted in the Amended Complaint and the counterclaims are hereby dismissed for lack of subject matter jurisdiction, except that Count VIII of the Amended Complaint, for equitable subordination of the claims of the Kagan Parties to the claims of Filippov and Lipetsker, is hereby dismissed as moot.

Dated: 8/3/2021

By the Court,

*[signature]*

Frank J. Bailey
United States Bankruptcy Judge