UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re:<br><br>LYMAN-CUTLER, LLC,<br><br>    Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 7<br>No. 15-13881-FJB |
| LYMAN-CUTLER, LLC, et al.,<br>    Plaintiffs,<br>    Defendants in Counterclaim,<br><br>v.<br><br>VADIM KAGAN, et al.<br>    Defendants,<br>    Plaintiffs in Counterclaim. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adv. Proc. No. 16-01120 |

**DEFENDANTS' UNOBJECTED-TO MOTION TO EXTEND
DEADLINE BY WHICH TO FILE NOTICE OF APPEAL
[Request for Emergency Determination]**

Defendants Vadim Kagan ("Kagan"), Tatiana Kagan, Kagan Development KDC, Corp. ("KDC") and ProExcavation ("ProExcavation"), pursuant to Fed. R. Bankr. P. 8002(d), submit this Unobjected-To Motion to Extend Deadline By Which to File Notice of Appeal.  In support thereof, Defendants state as follows:

1.    On August 3, 2021, this Court issued a 134-page decision on the merits of the parties' claims [Doc. 408 in the adversary proceeding and Doc. 493 in the bankruptcy case].  It also issued a Judgment [Doc. 409 in the adversary proceeding] and other orders regarding the parties' proofs of claim and proofs of interest (and objections thereto) [Docs. 494-502 in the

bankruptcy case]. Collectively, all of the decisions, orders and judgment issued on August 3, 2021 are referred to herein as the "August 3rd Orders."

2. Defendants' lead counsel, John H. Perten, is currently in Germany where he and his wife are visiting with his son and daughter-in-law who live in Berlin, Germany and just had a new baby (counsel's first grandchild). He will not be returning to the office until August 16, 2021.

3. Given the Court's rulings in the various August 3rd Orders and the impact of its 134-page decision, Attorney Perten needs time to fully analyze the issues and meet with his clients. Trying to orchestrate this from another continent, in a different time zone, and without access to trial materials is impracticable.

4. Defendants therefore request a fourteen-day extension of the deadline to file a Notice of Appeal as to all of the August 3rd Orders such that their Notice of Appeal would be due fourteen days from the date of this Court's order granting the extension. Fed. R. Bankr. P. 8002(d)(3) ("No extension of time may exceed 21 days after the time prescribed by this rule, or 14 days after the order granting the motion to extend time is entered, whichever is later.")

5. Defendants respectfully submit that a brief extension to allow counsel to fully review the Court's decision, counsel their clients, consider whether to appeal and on what issues, and prepare an appropriate response will not cause any material prejudice to the Court or any of the parties.

6. Defendants submit that none of the circumstances of Fed. R. Bankr. P. 8002(d)(2) apply, so this Court may extend the deadline as Defendants request.

7.  Because the current deadline to submit a notice of appeal is Tuesday, August 17, 2021, and for the reasons set forth above, the Defendants request that this motion be determined on an expedited basis.

8.  Counsel for Plaintiffs has indicated that Plaintiffs do not object to the relief requested herein.

WHEREFORE, Defendants respectfully request that this honorable Court:

A. Extend the deadline for Defendants to file a Notice of Appeal to the Court's Judgment and other Orders issued on August 3, 2021, including Doc. 409 in the adversary proceeding and Docs. 494-502 in the bankruptcy case, such that a notice of appeal would be due fourteen days after entry of this Court's order granting the extension; and

B. Grant such additional and further relief as the Court deems necessary.

Dated: August 12, 2021                    VADIM KAGAN, ET AL.
                                          By their attorneys,

                                          /s/ James P. Harris, Esq.
                                          John H. Perten (BBO# 548728)
                                          James P. Harris (BBO # 678283)
                                          SHEEHAN PHINNEY BASS & GREEN, P.A.
                                          28 State Street, 22nd Floor
                                          Boston, MA 02109
                                          (617) 897-5600
                                          jperten@sheehan.com
                                          jharris@sheehan.com

## CERTIFICATE OF SERVICE

I, James P. Harris, hereby certify that on August 12, 2021, copies of the foregoing was served on Plaintiffs by the Court's ECF system or by first class U.S. mail on those parties listed on the attached service list:

Dated: August 12, 2021                    /s/ James P. Harris
                                          James P. Harris

## SERVICE LIST

Eric K. Bradford
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Sean T. Carnathan
O'Connor, Carnathan and Mack, LLC
1 Van De Graaff Drive
Suite 104
Burlington, MA 01772

David B. Madoff
Madoff & Khoury LLP
124 Washington Street - Suite 202
Foxborough, MA 02035

Steffani Pelton Nicholson
Madoff & Khoury LLP
124 Washington Street
Foxborough, MA 02035

Sarah A Smegal
Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110

Joseph P. Calandrelli
O'Connor Carnathan and Mack LLC
1 Van De Graaff Drive
Suite 104
Burlington, MA 01772

Stephen G. DeLisle
Rubin and Rudman LLP
50 Rowes Wharf
3rd Floor
Boston, MA 02110

Peter N. Tamposi
The Tamposi Law Group
159 Main Street
Nashua, NH 03060

David C. Phalen
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

/s/ James P. Harris
James P. Harris