

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>LYMAN-CUTLER, LLC,<br>    Debtor<br><br>---<br><br>LYMAN-CUTLER, LLC,<br>    Plaintiff,<br><br>*v.*<br><br>VADIM KAGAN, TATIANA KAGAN,<br>KAGAN DEVELOPMENT KDC, CORP. and<br>PROEXCAVATION CORP.,<br>    Defendants | Ch. 7<br>15-13881-FJB<br><br><br><br>Adversary Proceeding<br>16-01120-FJB |

### Order

**MATTER:**

#413 Emergency Motion filed by Defendants Tatiana Kagan, Vadim Kagan, Kagan Development KDC, Corp., ProExcavation Corp. To Extend Deadline by Which to File Notice of Appeal (Unobjected-To)

Granted as follows: the time to file a notice of appeal is hereby extended to and including August 31, 2021.

Dated: 8/12/2021

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge