# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re<br><br>LYMAN-CUTLER, LLC,<br><br>　　　　Debtor. | Chapter 7<br>Case No. 15-13881-FJB |
| LYMAN-CUTLER, LLC, ALEX FILIPPOV, and NICKOLAY LIPETSKER,<br><br>　　Plaintiffs/Defendants-in-Counterclaim,<br>　　　　v.<br><br>VADIM KAGAN, TATIANA KAGAN, KAGAN DEVELOPMENT KDC, CORP., and PROEXCAVATION CORP.,<br><br>　　Defendants/Plaintiff-in-Counterclaim | Adversary Proceeding<br>No. 16-1120-FJB |

### NOTICE OF APPEARANCE OF ADAM J. RUTTENBERG AND REQUEST FOR NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned, Adam J. Ruttenberg of Arent Fox LLP, appears as counsel to (i) Vadim Kagan; (ii) Tatiana Kagan; (iii) Kagan Development KDC, Corp.; and (iv) ProExcavation Corp., and pursuant to Fed. R. Bankr. P. 9010 and MLBR 9010-1(c), specifically requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at his office and address set forth below.

AFDOCS/24541707.1

Respectfully submitted,

/s/Adam J. Ruttenberg
Adam J. Ruttenberg, BBO 553158
ARENT FOX LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
(617) 973-6100
Adam.Ruttenberg@arentfox.com

Dated:  August 25, 2021

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing document was filed this 25th day of August, 2021 through the ECF filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/Adam J. Ruttenberg
Adam J. Ruttenberg