# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re | ) |
| | ) Chapter 7 |
| LYMAN-CUTLER, LLC, | ) Case No. 15-13881-FJB |
| Debtor. | ) |
| | ) |
| LYMAN-CUTLER, LLC, ALEX FILIPPOV, and NICKOLAY LIPETSKER, | ) Adversary Proceeding |
| | ) No. 16-1120-FJB |
| Plaintiffs/Defendants-in-Counterclaim, v. | ) |
| VADIM KAGAN, TATIANA KAGAN, KAGAN DEVELOPMENT KDC, CORP., and PROEXCAVATION CORP., | ) |
| Defendants/Plaintiff-in-Counterclaim | ) |

### NOTICE OF APPEARANCE OF JUSTIN A. KESSELMAN AND REQUEST FOR NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned, Justin A. Kesselman of Arent Fox LLP, appears as counsel to (i) Vadim Kagan; (ii) Tatiana Kagan; (iii) Kagan Development KDC, Corp.; and (iv) ProExcavation Corp., and pursuant to Fed. R. Bankr. P. 9010 and MLBR 9010-1(c), specifically requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at his office and address set forth below.

AFDOCS/24541707.1

        Respectfully submitted,

        /s/Justin A. Kesselman
        Justin A. Kesselman, BBO 687793
        ARENT FOX LLP
        Prudential Tower
        800 Boylston Street
        Boston, MA  02199
        (617) 973-6100
        justin.kesselman@arentfox.com

Dated:  August 25, 2021

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing document was filed this 25th day of August, 2021 through the ECF filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

        /s/Justin A. Kesselman
        Justin A. Kesselman