UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____
                                                )
In re:                                          )        Chapter 7
                                                )        No. 15-13881-FJB
LYMAN-CUTLER, LLC,                              )
                                                )
          Debtor.                               )
_____)

_____
                                                )
LYMAN-CUTLER, LLC,  et al.,                     )
          Plaintiffs,                           )
          Defendants in Counterclaim,           )
                                                )        Adv. Proc. No. 16-01120
          v.                                    )
                                                )
VADIM KAGAN, et al.                             )
          Defendants,                           )
          Plaintiffs in Counterclaim.           )
_____)

## **MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

NOW COME John H. Perten, Esq., Christopher Candon, Esq., James P. Harris and the

law firm of Sheehan Phinney Bass & Green, PA and move, pursuant to Local Rule 9010-3(a),

that they be permitted to withdraw their appearance as counsel for Defendants Vadim Kagan,

Tatiana Kagan, Kagan Development KDC, Corp., and ProExcavation, Corp.  Successor counsel

has already entered an appearance.  Because this Court's request to show cause is still pending,

Local Rule 9010-3 requires leave of Court.

WHEREFORE, John H. Perten, Esq., Christopher Candon, Esq., James P. Harris and the

law firm of Sheehan Phinney Bass & Green, PA respectfully request that they be permitted to

withdraw their appearance.

VADIM KAGAN, TATIANA KAGAN,
KAGAN DEVELOPMENT KDC, CORP
And PROEXCAVATION CORP.,

By their attorneys,

/s/ John H. Perten, Esq.
John H. Perten (BBO# 548728)
James P. Harris (BBO # 678283)
Christopher Candon (BBO # 650855)
SHEEHAN PHINNEY BASS & GREEN, P.A.
28 State Street, 22nd Floor
Boston, MA 02109
(617) 897-5600
 jperten@sheehan.com
 jharris@sheehan.com
ccandon@sheehan.com

## CERTIFICATE OF SERVICE

I, John H. Perten, hereby certify that on August 26, 2021, copies of the foregoing was

served on Plaintiffs by the Court's ECF system or by first class U.S. mail on those parties listed

on the attached service list:

Dated:  August 26, 2021                    /s/ John H. Perten
                                           John H. Perten

## <u>SERVICE LIST</u>

Eric K. Bradford
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Sean T. Carnathan
O'Connor, Carnathan and Mack, LLC
1 Van De Graaff Drive
Suite 104
Burlington, MA 01772

David B. Madoff
Madoff & Khoury LLP
124 Washington Street - Suite 202
Foxborough, MA 02035

Steffani Pelton Nicholson
Madoff & Khoury LLP
124 Washington Street
Foxborough, MA 02035

Sarah A Smegal
Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110

Joseph P. Calandrelli
O'Connor Carnathan and Mack LLC
1 Van De Graaff Drive
Suite 104
Burlington, MA 01772

Stephen G. DeLisle
Rubin and Rudman LLP
50 Rowes Wharf
3rd Floor
Boston, MA 02110

Peter N. Tamposi
The Tamposi Law Group
159 Main Street
Nashua, NH 03060

David C. Phalen
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Justin A. Kesselman
Arent Fox LLP
800 Boylston Street
Boston, MA 02199

/s/ John H. Perten
John H. Perten