

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br>**LYMAN-CUTLER, LLC,**<br>  Debtor | Ch. 7<br>15-13881-FJB |
| **LYMAN-CUTLER, LLC,**<br>  Plaintiff,<br>*v.*<br>**VADIM KAGAN, TATIANA KAGAN, KAGAN DEVELOPMENT KDC, CORP. and PROEXCAVATION CORP.,**<br>  Defendants | Adversary Proceeding<br>16-01120-FJB |

**Order**

**MATTER:**

#418 Motion filed by Christopher M. Candon, James Harris, John Perten to Withdraw as Attorney

No objection filed. Granted. Attorneys John H. Perten, Christopher Candon, and James P. Harris and the law firm of Sheehan Phinney Bass & Green, PA are deemed withdrawn as counsel for defendants Vadim Kagan, Tatiana Kagan, Kagan Development KDC, Corp., and ProExcavation Corp.

Dated: 9/13/2021

By the Court,

Frank J. Bailey
United States Bankruptcy Judge