United States Bankruptcy Court
District of Massachusetts

Lyman-Cutler, LLC,
    Plaintiff

Adv. Proc. No. 16-01120-fjb

Kagan,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0101-1    User: telam    Page 1 of 3
Date Rcvd: Sep 13, 2021    Form ID: pdf012    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion01.bo.ecf@usdoj.gov | Sep 13 2021 21:37:00 | John Fitzgerald, Office of the US Trustee, J.W. McCormack Post Office & Courthouse, 5 Post Office Sq., 10th Fl, Suite 1000, Boston, MA 02109-3901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam J. Ruttenberg | on behalf of Defendant Vadim Kagan adam.ruttenberg@arentfox.com |
| Adam J. Ruttenberg | on behalf of Defendant ProExcavation Corp. adam.ruttenberg@arentfox.com |
| Adam J. Ruttenberg | on behalf of Defendant Kagan Development KDC Corp. adam.ruttenberg@arentfox.com |
| Adam J. Ruttenberg | on behalf of Defendant Tatiana Kagan adam.ruttenberg@arentfox.com |

Case 16-01120　Doc 420　Filed 09/15/21　Entered 09/16/21 00:26:47　Desc Imaged
Certificate of Notice　Page 2 of 4

| | | |
|---|---|---|
| District/off: 0101-1 | User: telam | Page 2 of 3 |
| Date Rcvd: Sep 13, 2021 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| Christopher M. Candon | on behalf of Counter-Claimant Vadim Kagan ccandon@sheehan.com ntoli@sheehan.com |
| Christopher M. Candon | on behalf of Defendant Kagan Development KDC Corp. ccandon@sheehan.com, ntoli@sheehan.com |
| Christopher M. Candon | on behalf of Defendant Vadim Kagan ccandon@sheehan.com ntoli@sheehan.com |
| Christopher M. Candon | on behalf of Counter-Claimant ProExcavation Corp. ccandon@sheehan.com ntoli@sheehan.com |
| Christopher M. Candon | on behalf of Defendant Tatiana Kagan ccandon@sheehan.com ntoli@sheehan.com |
| Christopher M. Candon | on behalf of Counter-Claimant Kagan Development KDC Corp. ccandon@sheehan.com, ntoli@sheehan.com |
| Christopher M. Candon | on behalf of Defendant ProExcavation Corp. ccandon@sheehan.com ntoli@sheehan.com |
| Christopher M. Candon | on behalf of Counter-Claimant Tatiana Kagan ccandon@sheehan.com ntoli@sheehan.com |
| David B. Madoff | on behalf of Trustee David Madoff madoff@mandkllp.com alston@mandkllp.com |
| James Harris | on behalf of Counter-Claimant Kagan Development KDC Corp. jharris@sheehan.com, dhemeon@sheehan.com |
| James Harris | on behalf of Counter-Claimant Tatiana Kagan jharris@sheehan.com dhemeon@sheehan.com |
| James Harris | on behalf of Counter-Claimant Vadim Kagan jharris@sheehan.com dhemeon@sheehan.com |
| James Harris | on behalf of Counter-Claimant ProExcavation Corp. jharris@sheehan.com dhemeon@sheehan.com |
| James Harris | on behalf of Defendant Kagan Development KDC Corp. jharris@sheehan.com, dhemeon@sheehan.com |
| James Harris | on behalf of Defendant Tatiana Kagan jharris@sheehan.com dhemeon@sheehan.com |
| James Harris | on behalf of Defendant Vadim Kagan jharris@sheehan.com dhemeon@sheehan.com |
| James Harris | on behalf of Defendant ProExcavation Corp. jharris@sheehan.com dhemeon@sheehan.com |
| John Perten | on behalf of Defendant Vadim Kagan jperten@sheehan.com lcatinella@sheehan.com;akelleher@sheehan.com |
| John Perten | on behalf of Defendant Kagan Development KDC Corp. jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com |
| John Perten | on behalf of Counter-Claimant ProExcavation Corp. jperten@sheehan.com lcatinella@sheehan.com;akelleher@sheehan.com |
| John Perten | on behalf of Defendant Tatiana Kagan jperten@sheehan.com lcatinella@sheehan.com;akelleher@sheehan.com |
| John Perten | on behalf of Defendant ProExcavation Corp. jperten@sheehan.com lcatinella@sheehan.com;akelleher@sheehan.com |
| John Perten | on behalf of Counter-Claimant Vadim Kagan jperten@sheehan.com lcatinella@sheehan.com;akelleher@sheehan.com |
| John Perten | on behalf of Counter-Claimant Kagan Development KDC Corp. jperten@sheehan.com, lcatinella@sheehan.com;akelleher@sheehan.com |
| John Perten | on behalf of Counter-Claimant Tatiana Kagan jperten@sheehan.com lcatinella@sheehan.com;akelleher@sheehan.com |
| Joseph P. Calandrelli | on behalf of Intervenor-Plaintiff Alex Filippov jcalandrelli@ocmlaw.net hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net |
| Joseph P. Calandrelli | on behalf of Plaintiff Lyman-Cutler LLC jcalandrelli@ocmlaw.net, hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net |

District/off: 0101-1 — User: telam — Page 3 of 3
Date Rcvd: Sep 13, 2021 — Form ID: pdf012 — Total Noticed: 1

| | |
|---|---|
| Joseph P. Calandrelli | on behalf of Counter-Defendant Alex Filippov jcalandrelli@ocmlaw.net hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net |
| Joseph P. Calandrelli | on behalf of Counter-Defendant Nickolay Lipetsker jcalandrelli@ocmlaw.net hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net |
| Joseph P. Calandrelli | on behalf of Intervenor-Plaintiff Nickolay Lipetsker jcalandrelli@ocmlaw.net hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net |
| Justin Kesselman | on behalf of Defendant Tatiana Kagan justin.kesselman@arentfox.com jkesselman@pbl.com |
| Justin Kesselman | on behalf of Defendant Kagan Development KDC Corp. justin.kesselman@arentfox.com, jkesselman@pbl.com |
| Justin Kesselman | on behalf of Defendant Vadim Kagan justin.kesselman@arentfox.com jkesselman@pbl.com |
| Justin Kesselman | on behalf of Defendant ProExcavation Corp. justin.kesselman@arentfox.com jkesselman@pbl.com |
| Peter N. Tamposi | on behalf of Plaintiff Lyman-Cutler LLC peter@thetamposilawgroup.com |
| Peter N. Tamposi | on behalf of Counter-Defendant Lyman-Cutler LLC peter@thetamposilawgroup.com |
| Sean T. Carnathan | on behalf of Plaintiff Lyman-Cutler LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net |
| Sean T. Carnathan | on behalf of Intervenor-Plaintiff Alex Filippov scarnathan@ocmlaw.net hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net |
| Sean T. Carnathan | on behalf of Intervenor-Plaintiff Nickolay Lipetsker scarnathan@ocmlaw.net hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net |
| Sean T. Carnathan | on behalf of Counter-Defendant Lyman-Cutler LLC scarnathan@ocmlaw.net, hwolti@ocmlaw.net,lfitzpatrick@Ocmlaw.net,ldalbec@ocmlaw.net |
| Valentin D. Gurvits | on behalf of Interested Party Boris Maiden vgurvits@bostonlawgroup.com |

TOTAL: 45



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> LYMAN-CUTLER, LLC, <br>     Debtor <br><br> LYMAN-CUTLER, LLC, <br>     Plaintiff, <br><br> *v.* <br><br> VADIM KAGAN, TATIANA KAGAN, KAGAN DEVELOPMENT KDC, CORP. and PROEXCAVATION CORP., <br>     Defendants | Ch. 7 <br> 15-13881-FJB <br><br> Adversary Proceeding <br> 16-01120-FJB |

**Order**

**MATTER:**

#418 Motion filed by Christopher M. Candon, James Harris, John Perten to Withdraw as Attorney

No objection filed.  Granted.  Attorneys John H. Perten,  Christopher Candon, and  James P. Harris and the law firm of Sheehan Phinney Bass & Green, PA are deemed withdrawn as counsel for defendants Vadim Kagan, Tatiana Kagan, Kagan Development KDC, Corp., and ProExcavation Corp.

Dated: 9/13/2021

By the Court,

Frank J. Bailey
United States Bankruptcy Judge