**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

In Re:   Lyman−Cutler, LLC v. Kagan et al

Chapter 7
Adversary Proceeding 16−01120
Judge Janet E. Bostwick

**Judge Bailey presided over Trial**

**NOTICE TO PARTIES OF
INTENT TO DISPOSE OF TRIAL EXHIBITS**

The Court hereby notifies you of its intent to discard the exhibits submitted by the parties at the trial in the above Adversary Proceeding held on **MAY 6, 2019.** Neither party has requested the return of its exhibits.

**UNLESS YOU SUBMIT A REQUEST FOR RETURN OF YOUR EXHIBITS AND THE REQUEST IS RECEIVED BY THE COURT BY AUGUST 11, 2023 AT 4:30 P.M., THE EXHIBITS WILL BE DISCARDED IRRETRIEVABLY.**

To request return of your exhibits, submit a written request to Mary E. Murray, at the clerk's office as indicated below.

| | | |
|---|---|---|
| ⦿ United States Bankruptcy Court<br>John W. McCormack Post Office and Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109−3945 | ○ United States Bankruptcy Court<br>211 Donohue Federal Building<br>595 Main Street<br>Worcester, MA 01608−2076 | ○ United States Bankruptcy Court<br>United States Courthouse<br>300 State Street, Suite 220<br>Springfield, MA 01105−2925 |

Date:  7/11/23

By the Court,

Mary Murray
Deputy Clerk
617−748−5350

CC: